GREEN AND SPIEGEL
ATTORNEYS AT LAW

July 15, 2024

**VIA FEDEX**

USCIS Texas Service Center
**Attn: I-129 L**
6046 N Belt Line Rd. STE 129
Irving, TX 75038-0001

RE: Petitioner: Tegra Medical Holdings, LLC
Beneficiary: Luis Alonso FLORES CASTILLO
**Form I-129, Petition to Extend L-1B Nonimmigrant Status**

Dear Sir or Madam:

Please find enclosed the following documentation in support of the petition for L-1B nonimmigrant status submitted by Tegra Medical Holding, LLC on behalf of Mr. Luis Alonso Flores Castillo:

1. A check in the amount of $1,385.00 for the Form I-129 filing fee;
2. A check in the amount of $600.00 for the Asylum Program fee;
3. Form G-28, Notice of Entry of Appearance as Attorney;
4. Form I-129, Petition for Nonimmigrant Worker;
5. L Classification Supplement to Form I-129;
6. Form I-129S, Nonimmigrant Petition Based on Blanket L Petition; and
7. Letter of support, with attached exhibits, provided by Tegra Medical Holdings, LLC.

If you have any questions, please contact me by telephone or by email at zmaria@gands-us.com.

Very truly yours,

Zachary L. Maria, Esq.

ZLM/cmm
Enc.

cc: Tegra Medical Holdings, LLC

017590

Tegra Medical • Franklin, MA 02038

| | | | | | |
|---|---|---|---|---|---|
| 89017 | VENDOR | CPD US onetime business partner | | CHECK DATE | 07/13/2024 |
| 07/09/2024 | 07/09/2024 | | 1,385.00 | 0.00 | 1,385.00 |

Tegra Medical • Franklin, MA 02038

Luis Flores Castillo – Form I-129 filing fee

Superior (888) 590-7998 JB4764393

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**Tegra Medical**

16 FORGE PARK
FRANKLIN, MA 02038
PH: (508) 541-4200 FAX: (508) 553-4100

WELLS FARGO Wells Fargo Bank, N.A.

017590

11-24/1210

CHECK NO. 017590

*** ONE THOUSAND THREE HUNDRED EIGHTY-FIVE USD***

| DATE | AMOUNT |
|---|---|
| 07/13/2024 | *********1,385.00* |

PAY TO THE ORDER OF

U.S DEPT OF HOMELAND SECURITY
2707 MARTIN LUTHER KING JR AVE SE
WASHINGTON DC DC 20528-0525

AUTHORIZED SIGNATURE

[redacted]

017591

Tegra Medical • Franklin, MA 02038

| | | | | | |
|---|---|---|---|---|---|
| 89017 | VENDOR | CPD US onetime business partner | | CHECK DATE | 07/13/2024 |
| 07/09/2024 | 07/09/2024 | | 600.00 | 0.00 | 600.00 |

Tegra Medical • Franklin, MA 02038

Luis Flores Castillo - Asylum Program Fee

Superior (888) 590-7998 JB4764393

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**Tegra Medical**

16 FORGE PARK
FRANKLIN, MA 02038
PH: (508) 541-4200 FAX: (508) 553-4100

WELLS FARGO Wells Fargo Bank, N.A.

017591
11-24/1210
CHECK NO. 017591

*** SIX HUNDRED USD***

| DATE | AMOUNT |
|---|---|
| 07/13/2024 | ************600.00* |

PAY TO THE ORDER OF

U.S DEPT OF HOMELAND SECURITY
2707 MARTIN LUTHER KING JR AVE SE
WASHINGTON DC DC 20528-0525

AUTHORIZED SIGNATURE

[redacted]

# Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any) ▶ 

### *Name of Attorney or Accredited Representative*

**2.a.** Family Name (Last Name): Maria

**2.b.** Given Name (First Name): Zachary

**2.c.** Middle Name: Lawrence

### *Address of Attorney or Accredited Representative*

**3.a.** Street Number and Name: 20600 Chagrin Blvd.

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. 703

**3.c.** City or Town: Shaker Heights

**3.d.** State: OH **3.e.** ZIP Code: 44122

**3.f.** Province: 

**3.g.** Postal Code: 

**3.h.** Country: USA

### *Contact Information of Attorney or Accredited Representative*

**4.** Daytime Telephone Number: (216) 896-0855

**5.** Mobile Telephone Number (if any): 

**6.** Email Address (if any): zmaria@gands-us.com

**7.** Fax Number (if any): (216) 896-0724

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority: Supreme Court of Ohio

**1.b.** Bar Number (if applicable): 100051

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable): Green and Spiegel Midwest LLC

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization: 

**2.c.** Date of Accreditation (mm/dd/yyyy): 

**3.** ☐ I am associated with ____________, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate: 

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-129 - FLORES CASTILLO, Luis Alonso

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[ ] Applicant [X] Petitioner [ ] Requestor
[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

### *Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)*

**6.a.** Family Name (Last Name): Watson

**6.b.** Given Name (First Name): Anabela

**6.c.** Middle Name:

**7.a.** Name of Entity (if applicable)

Tegra Medical Holdings LLC

**7.b.** Title of Authorized Signatory for Entity (if applicable)

Senior HR Manager

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A-

### *Client's Contact Information*

**10.** Daytime Telephone Number

(508) 553-4183

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

awatson@tegramedical.com

### *Mailing Address of Client*

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name: 16 Forge Parkway

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town: Franklin

**13.d.** State: MA **13.e.** ZIP Code: 02038

**13.f.** Province:

**13.g.** Postal Code:

**13.h.** Country

USA

## Part 4. Client's Consent to Representation and Signature

### *Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### *Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** [X] I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** [X] I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** [ ] I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### *Signature of Client or Authorized Signatory for an Entity*

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy) 07/10/2024

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 7/3/2024

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1.a Family Name (Last Name): Watson

1.b. Given Name (First Name): Anabela

1.c. Middle Name:

2.a. Page Number 2.b. Part Number 2.c. Item Number

2.d.

3.a. Page Number 3.b. Part Number 3.c. Item Number

3.d.

4.a. Page Number 4.b. Part Number 4.c. Item Number

4.d.

5.a. Page Number 5.b. Part Number 5.c. Item Number

5.d.

6.a. Page Number 6.b. Part Number 6.c. Item Number

6.d.

# Petition for a Nonimmigrant Worker

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 02/28/2027

| For USCIS Use Only | Receipt | Partial Approval (explain) | Action Block |
|---|---|---|---|
| | | | |

Class:
No. of Workers:
Job Code:
Validity Dates:
From:
To:

☐ Classification Approved
☐ Consulate/POE/PFI Notified
At:
☐ Extension Granted
☐ COS/Extension Granted

▶ **START HERE - Type or print in black ink.**

## Part 1. Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.** **If you are a company or an organization filing this petition, complete Item Number 2.**

**1. Legal Name of Individual Petitioner**

Family Name (Last Name): N/A
Given Name (First Name): N/A
Middle Name: N/A

**2. Company or Organization Name**

Tegra Medical Holdings LLC

**3. Mailing Address of Individual, Company or Organization**

In Care Of Name: Anabela Watson, Senior HR Manager
Street Number and Name: 16 Forge Parkway
Apt. Ste. Flr. ☐ ☐ ☐ Number: N/A
City or Town: Franklin
State: MA
ZIP Code: 02038
Province: N/A
Postal Code: N/A
Country: USA

**4. Contact Information**

Daytime Telephone Number: (508) 553-4183
Mobile Telephone Number: N/A
Email Address (if any): awatson@tegramedical.com

**Other Information**

5. Federal Employer Identification Number (FEIN)
▶ 26-1119049

6. Are you a nonprofit organized as tax exempt or a governmental research organization? ☐ Yes ☒ No

**Part 1. Petitioner Information** (continued)

7. Individual IRS Tax Number ▶ N/A

8. U.S. Social Security Number (if any) ▶ N/A

**Part 2. Information About This Petition**

1. Requested Nonimmigrant Classification (Write classification symbol): L-1B

2. **Basis for Classification** (select **only one** box):

- ☐ **a.** New employment.
- ☒ **b.** Continuation of previously approved employment without change with the same employer.
- ☐ **c.** Change in previously approved employment.
- ☐ **d.** New concurrent employment.
- ☐ **e.** Change of employer.
- ☐ **f.** Amended petition.

3. **Provide the most recent petition/application receipt number for the beneficiary. If none exists, indicate "None."** ▶ None

4. **Requested Action** (select **only one** box):

- ☐ **a.** Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted. (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)
- ☐ **b.** Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations). This is available only when you check "New Employment" in **Item Number 2.**, above.
- ☒ **c.** Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
- ☐ **d.** Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
- ☐ **e.** Extend the status of a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)
- ☐ **f.** Change status to a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5. **Total number of workers included in this petition.** (See instructions relating to when more than one worker can be included.) ▶ One

**Part 3. Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1. Type of Beneficiaries Requested (select **only one** box) ☒ Named ☐ Unnamed (for H-2A or H-2B petitions only)

2. **If an Entertainment Group, Provide the Group Name**
N/A

3. **Provide Name of Beneficiary**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| FLORES CASTILLO | Luis | Alonso |

**Part 3. Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

4. **Provide all other names the beneficiary has used.** Include nicknames, aliases, maiden name, and names from all previous marriages.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
| --- | --- | --- |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

5. **Other Information**

Date of birth (mm/dd/yyyy): 05/14/1996

Gender: ☒ Male ☐ Female

U.S. Social Security Number (if any) ► [redacted]

Alien Registration Number (A-Number) ► A- N / A

Country of Birth: PERU

Province of Birth: Lima

Country of Citizenship or Nationality: COSTA RICA

6. **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy): 01/09/2024

I-94 Arrival-Departure Record Number ► 7 1 8 7 2 7 9 0 0 A 3

Passport or Travel Document Number: G294617

Date Passport or Travel Document Issued (mm/dd/yyyy): 07/27/2021

Date Passport or Travel Document Expires (mm/dd/yyyy): 07/26/2027

Passport or Travel Document Country of Issuance: COSTA RICA

Current Nonimmigrant Status: L-1B

Date Status Expires or D/S (mm/dd/yyyy): 10/31/2024

Student and Exchange Visitor Information System (SEVIS) Number (if any): N/A

Employment Authorization Document (EAD) Number (if any): N/A

7. **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name: 200 Woodview Way

Apt. Ste. Flr. ☒ Apt. ☐ Ste. ☐ Flr. Number: 2318

City or Town: Franklin

State: MA

ZIP Code: 02038

**Part 4. Processing Information**

1. If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

a. **Type of Office** (select only one box): ☒ Consulate ☐ Pre-flight inspection ☐ Port of Entry

b. **Office Address (City)**: San Jose

c. **U.S. State or Foreign Country**: COSTA RICA



[redacted]

## Part 4. Processing Information (continued)

**d. Beneficiary's Foreign Address**

Street Number and Name: House D 22, La Armonia Street, in front of Supermercado Monte Hiedra
Apt. ☐ Ste. ☐ Flr. ☐ Number: N/A

City or Town: Barva, Heredia
State: N/A

Province: Heredia
Postal Code: 40203
Country: COSTA RICA

2. Does each person in this petition have a valid passport? ☒ Yes ☐ No. If no, go to **Part 9.** and type or print your explanation.

3. Are you filing any other petitions with this one?
☐ Yes. If yes, how many? ▶ N/A ☒ No

4. Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition? Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at www.cbp.gov/i94 instead of filing an application for a replacement/initial I-94.

☐ Yes. If yes, how many? ▶ N/A ☒ No

5. Are you filing any applications for dependents with this petition?
☐ Yes. If yes, how many? ▶ N/A ☒ No

6. Is any beneficiary in this petition in removal proceedings?
☐ Yes. If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s). ☒ No

7. Have you ever filed an immigrant petition for any beneficiary in this petition?
☐ Yes. If yes, how many? ▶ N/A ☒ No

8. Did you indicate you were filing a new petition in **Part 2.**?
☐ Yes. If yes, answer the questions below. ☒ No. If no, proceed to **Item Number 9.**

**a.** Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No N/A

**b.** Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No N/A

9. Have you ever previously filed a nonimmigrant petition for this beneficiary?
☒ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No

10. If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No N/A

11.a. Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?
☐ Yes. If yes, proceed to **Item Number 11.b.** ☒ No

11.b. If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent. Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.
N/A

## Part 5. Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

**1.** Job Title: **Quality Engineer**

**2.** LCA or ETA Case Number: **N/A**

**3.** Address where the beneficiary(ies) will work if different from address in **Part 1.**

Street Number and Name: **Same as Part 1**
Apt. Ste. Flr. ☐ ☐ ☐ Number: **N/A**
City or Town: **N/A**
State: **N/A**
ZIP Code: **N/A**

**4.** Did you include an itinerary with the petition? ☐ Yes ☒ No

**5.** Will the beneficiary(ies) work for you off-site at another company or organization's location? ☐ Yes ☒ No

**6.** Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)? ☐ Yes ☒ No

**7.** Is this a full-time position? ☒ Yes ☐ No

**8.** If the answer to **Item Number 7.** is no, how many hours per week for the position? ▶ **N/A**

**9.** Wages: $ **62,227.88** per (Specify hour, week, month, or year) ▶ **year**

**10.** Other Compensation (Explain)

**Standard employee benefits.**

**11.** Dates of intended employment From: (mm/dd/yyyy) **11/01/2024** To: (mm/dd/yyyy) **10/31/2026**

**12.** Type of Business: **Medical device mfr.**

**13.** Year Established: **2007**

**14.** Current Number of Employees in the United States: **791**

**15.** Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization? ☐ Yes ☒ No

**16.** Gross Annual Income: **$101M**

**17.** Net Annual Income: **($10M)**

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions. It is not required for any other classifications. Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate. DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. ☒ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or
2. ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

## Part 7. Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

**1. Name and Title of Authorized Signatory**

Family Name (Last Name): **Watson**

Given Name (First Name): **Anabela**

Title: **Senior HR Manager**

**2. Signature and Date**

Signature of Authorized Signatory: [signature]

Date of Signature (mm/dd/yyyy): 07/10/2024

**3. Signatory's Contact Information**

Daytime Telephone Number: **(508) 553-4183**

Email Address (if any): **awatson@tegramedical.com**

**NOTE:** If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

## Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner

Provide the following information concerning the preparer:

**1. Name of Preparer**

Family Name (Last Name): Maria

Given Name (First Name): Zachary

**2. Preparer's Business or Organization Name** (if any)

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

Green and Spiegel Midwest LLC

**3. Preparer's Mailing Address**

Street Number and Name: 20600 Chagrin Blvd.

Apt. ☐ Ste. ☒ Flr. ☐ Number: 703

City or Town: Shaker Heights

State: OH

ZIP Code: 44122

Province: N/A

Postal Code: N/A

Country: USA

**4. Preparer's Contact Information**

Daytime Telephone Number: (216) 896-0855

Fax Number: (216) 896-0724

Email Address (if any): zmaria@gands-us.com

***Preparer's Declaration***

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory. The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

**5. Signature and Date**

Signature of Preparer: [signature]

Date of Signature (mm/dd/yyyy): 7/8/2024

## Part 9. Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below. If you require more space than what is provided to complete this petition, you may make a copy of **Part 9.** to complete and file with this petition. In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1. A-Number ▶ A- N/A

2. **Page Number** 4 **Part Number** 4 **Item Number** 9

**On January 27, 2022, Beneficiary filed a Blanket L-1B petition prepared by the Petitioner on his behalf. The Blanket L-1B petition was filed at the U.S. Embassy in San Jose, Costa Rica and was approved with validity dates from January 27, 2022 to October 31, 2024.**

3. **Page Number** N/A **Part Number** N/A **Item Number** N/A

**N/A**

4. **Page Number** N/A **Part Number** N/A **Item Number** N/A

**N/A**

# L Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-129**
OMB No. 1615-0009
Expires 02/28/2027

1. Name of the Petitioner

Tegra Medical Holdings LLC

2. Name of the Beneficiary

FLORES CASTILLO, Luis Alonso

3. This petition is (select **only one** box): [X] **a.** An individual petition [ ] **b.** A blanket petition

4.a. Does the petitioner employ 50 or more individuals in the U.S.? [X] Yes [ ] No

4.b. If yes, are more than 50 percent of those employee in H-1B, L-1A, or L-1B nonimmigrant status? [ ] Yes [X] No

## Section 1. Complete This Section If Filing For An Individual Petition

1. Classification sought (select **only one** box): [ ] **a.** L-1A manager or executive [X] **b.** L-1B specialized knowledge

2. List the beneficiary's and any dependent family member's prior periods of stay in an H or L classification in the United States for the last seven years. Be sure to list only those periods in which the beneficiary and/or family members were physically present in the U.S. in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status. If more space is needed, go to **Part 9. of Form I-129**.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) From | To |
|---|---|---|
| FLORES CASTILLO, Luis Alonso (L-1B) | 01/09/2024 | PRESENT |
| FLORES CASTILLO, Luis Alonso (L-1B) | 06/19/2023 | 12/22/2023 |
| FLORES CASTILLO, Luis Alonso (L-1B) | 01/11/2023 | 06/08/2023 |
| FLORES CASTILLO, Luis Alonso (L-1B) | 12/05/2022 | 12/21/2022 |
| FLORES CASTILLO, Luis Alonso (L-1B) | 10/17/2022 | 11/17/2022 |
| FLORES CASTILLO, Luis Alonso (L-1B) | 02/07/2022 | 09/25/2022 |
| N/A | N/A | N/A |

3. Name of Employer Abroad

Tegra Medical, La Aurora

4. Address of Employer Abroad

Street Number and Name: 402 Zona Franca Global Park

Apt. [ ] Ste. [ ] Flr. [ ] Number: N/A

City or Town: La Aurora de Heredia

State: N/A

ZIP Code: N/A

Province: Heredia

Postal Code: 40104

Country: COSTA RICA

**Section 1. Complete This Section If Filing For An Individual Petition** (continued)

**5.** Dates of beneficiary's employment with this employer. Explain any interruptions in employment.

| Dates of Employment (mm/dd/yyyy) From | To | Explanation of Interruptions |
|---|---|---|
| 01/2018 | PRESENT | Without interruptions. |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**6.** Describe the beneficiary's duties abroad for the 3 years preceding the filing of the petition. (If the beneficiary is currently inside the United States, describe the beneficiary's duties abroad for the 3 years preceding the beneficiary's admission to the United States.)

**01/2018 to 09/2022 - The Jr. Quality Engineer: primarily responsible for using Quality & Process Engineering principles, tools, and practices to improve and optimize systems and processes while mitigating risk, aligned with the overall business and quality vision of the company. Also responsible for complying with the standards and procedures good manufacturing practices, occupational health, quality and production established by the company. Please see support letter for additional duties.**

**7.** Describe the beneficiary's proposed duties in the United States.

**Please see addendum.**

**8.** Summarize the beneficiary's education and work experience.

**Beneficiary holds a Bachelor's degree in Industrial Engineering (2021), and has over nine years of progressively responsible professional experience in the medical device manufacturing industry in machining and engineering capacities. Please see support letter for additional details.**

**9.** How is the U.S. company related to the company abroad? (select **only one** box)

☐ **a.** Parent ☒ **b.** Branch ☐ **c.** Subsidiary ☐ **d.** Affiliate ☐ **e.** Joint Venture

## Section 1. Complete This Section If Filing For An Individual Petition (continued)

**10.** Describe the percentage of stock ownership and managerial control of each company that has a qualifying relationship. Provide the Federal Employer Identification Number for each U.S. company that has a qualifying relationship.

| Percentage of company stock ownership and managerial control of each company that has a qualifying relationship. | Federal Employer Identification Number for each U.S. company that has a qualifying relationship |
|---|---|
| Tegra Medical, La Aurora is a branch office of and is wholly controlled by | 261119049 |
| Tegra Medical Holdings LLC. Tegra Medical Holdings LLC is wholly-owned and | N/A |
| controlled by SFS Group USA, Inc. | N/A |
| N/A | N/A |
| N/A | N/A |

**11.** Do the companies currently have the same qualifying relationship as they did during the one-year period of the beneficiary's employment with the company abroad?

☒ Yes ☐ No. If no, provide an explanation in **Part 9. of Form I-129** that the U.S. company has and will have a qualifying relationship with another foreign entity during the full period of the requested period of stay.

**12.** Is the beneficiary coming to the United States to open a new office?

☐ Yes ☒ No (attach explanation)

**If you are seeking L-1B specialized knowledge status for an individual, answer the following question:**

**13.a.** Will the beneficiary be stationed primarily offsite (at the worksite of an employer other than the petitioner or its affiliate, subsidiary, or parent)?

☐ Yes ☒ No

**13.b.** If you answered yes to the preceding question, describe how and by whom the beneficiary's work will be controlled and supervised. Include a description of the amount of time each supervisor is expected to control and supervise the work. If you need additional space to respond to this question, proceed to **Part 9.** of the Form I-129, and type or print your explanation.

N/A

**13.c.** If you answered yes to the preceding question, describe the reasons why placement at another worksite outside the petitioner, subsidiary, affiliate, or parent is needed. Include a description of how the beneficiary's duties at another worksite relate to the need for the specialized knowledge he or she possesses. If you need additional space to respond to this question, proceed to **Part 9.** of the Form I-129, and type or print your explanation.

N/A

## Section 2. Complete This Section If Filing A Blanket Petition

List all U.S. and foreign parent, branches, subsidiaries, and affiliates included in this petition. (Attach separate sheets of paper if additional space is needed.)

| Name and Address | Relationship |
|---|---|
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

## Section 3. Additional Fees

**NOTE:** A petitioner that seeks initial approval of L nonimmigrant status for a beneficiary, or seeks approval to employ an L nonimmigrant currently working for another employer, must submit an additional **$500** Fraud Prevention and Detection fee. For petitions filed on or after December 18, 2015, you must submit an additional fee of **$4,500** if you responded yes to both questions in **Item Numbers 4.a.** and **4.b.** on the first page of this L Classification Supplement. This **$4,500** fee is mandated by the provisions of Public Law 114-113.

**These fees, when applicable, may not be waived.** You must include payment of the fees with your submission of this form. Failure to submit the fees when required will result in rejection or denial of your submission. Each of these fees should be paid by separate checks or money orders.

# Nonimmigrant Petition Based on Blanket L Petition

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129S**
OMB No. 1615-0010
Expires 02/28/2027

**For Government Use Only**

| Received | Resubmitted | Fee Receipt | Action Block |
|---|---|---|---|
| Relocated Sent | Relocated Received | | |
| Validity Dates<br>From: ______<br>To: ______ | | Beneficiary Interviewed on: ______<br>Approved as: ☐ Manager/Executive ☐ Specialized Knowledge Professional<br>Approval Date: ______ | |
| Denial Reason | | | |

| To be completed by an attorney or BIA-accredited representative (if any). | ☒ Select this box if Form G-28 or Form G-28I is attached. | Attorney State Bar Number (if applicable): 100051 | Attorney or Accredited Representative USCIS Online Account Number (if any): |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About The Employer (Petitioner)

**1.** Name of the Petitioning Organization: Tegra Medical Holdings LLC

### *Petitioner's Mailing Address*

**2.a.** In Care Of Name (if any):

**2.b.** Street Number and Name: 16 Forge Parkway

**2.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**2.d.** City or Town: Franklin

**2.e.** State: MA **2.f.** ZIP Code: 02038

**3.** Is this mailing address the same as the physical location of the sponsoring company or organization? ☒ Yes ☐ No

If you answered "No" to **Item Number 3.**, provide the sponsoring company's or organization's physical address in **Item Numbers 4.a. - 4.e.**

### *Petitioner's Physical Address*

**4.a.** Street Number and Name:

**4.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**4.c.** City or Town:

**4.d.** State: **4.e.** ZIP Code:

### *Petitioner's Contact Information*

**5.** Daytime Telephone Number: (508) 553-4183

**6.** Fax Number:

**7.** Email Address (if any): awatson@tegramedical.com

**8.** Website Address (if any): https://www.tegramedical.com/

### *Petitioner's Employees in the United States*

**9.** Does the petitioner employ 50 or more individuals in the United States? ☒ Yes ☐ No

If you answered "Yes" to **Item Number 9.**, complete **Item Number 10.**

## Part 1. Information About The Employer (Petitioner) (continued)

**10.** Are more than 50 percent of the petitioner's employees in H-1B, L-1A, or L-1B nonimmigrant status?

☐ Yes ☒ No

**NOTE:** If you answered "Yes" to both **Item Number 9.** and **Item Number 10.**, you may be required to pay certain fees. See Form G-1055, available at www.uscis.gov/forms, for specific information.

## Part 2. Information About the Proposed Position and Prior Employment Periods in the United States

**The beneficiary will work as a:**

**1.a.** ☐ Manager or Executive (L-1A)

**1.b.** ☒ Specialized Knowledge Professional (L-1B)

### *Dates of Proposed Employment*

Provide the beneficiary's dates of proposed employment.

**2.a.** Start Date (mm/dd/yyyy) **11/01/2024**

**2.b.** End Date (mm/dd/yyyy) **10/31/2026**

### *Prior Periods of Stay in the United States*

**3.** Was the beneficiary of this petition in the United States during the last seven years? ☒ Yes ☐ No

If you answered "Yes" to **Item Number 3.**, provide the dates of the beneficiary's prior periods of stay for the last seven years in a work-authorized capacity and indicate the beneficiary's immigration status and visa category (for example, H-1B, O-1) during the period of stay. If you need extra space to complete this section, use the space provided in **Part 10. Additional Information**.

**Period of Stay 1**

**4.a.** From (mm/dd/yyyy) **01/09/2024**

**4.b.** To (mm/dd/yyyy)

**5.** Nonimmigrant Status During Period of Stay **L-1B**

**Period of Stay 2**

**6.a.** From (mm/dd/yyyy) **06/19/2023**

**6.b.** To (mm/dd/yyyy) **12/22/2023**

**7.** Nonimmigrant Status During Period of Stay **L-1B**

## Part 3. Information About the Beneficiary

**Provide the following information about the beneficiary.**

**1.** Alien Registration Number (A-Number) (if any) ► A-

**2.** USCIS Online Account Number (if any) ►

**3.** U.S. Social Security Number (if any) ► 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

### *Beneficiary's Full Name*

**4.a.** Family Name (Last Name) **FLORES CASTILLO**

**4.b.** Given Name (First Name) **Luis**

**4.c.** Middle Name **Alonso**

### *Other Names Used (if any)*

Provide all other names the beneficiary has ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 10. Additional Information**.

**5.a.** Family Name (Last Name)

**5.b.** Given Name (First Name)

**5.c.** Middle Name

## Part 3. Information About the Beneficiary (continued)

### Beneficiary's Foreign Mailing Address

**6.a.** In Care Of Name (if any):

**6.b.** Street Number and Name or PO Box: House D 22, La Armonia Street

**6.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**6.d.** City or Town: Heredia

**6.e.** Province: Heredia

**6.f.** Postal Code: 40203

**6.g.** Country: COSTA RICA

**7.** Is this mailing address also where the beneficiary physically resides? ☐ Yes ☒ No

If you answered "No" to **Item Number 7.**, provide the beneficiary's physical address in **Item Numbers 8.a. - 8.f.**

### Beneficiary's Foreign Physical Address

**8.a.** Street Number and Name: House D 22, La Armonia Street, In front of Supermercado Monte Hiedra

**8.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**8.c.** City or Town: Barva, Heredia

**8.d.** Province: Heredia

**8.e.** Postal Code: 40203

**8.f.** Country: COSTA RICA

### Other Information About the Beneficiary

**9.** Date of Birth (mm/dd/yyyy): 05/14/1996

**10.** Gender ☒ Male ☐ Female

**11.** City or Town of Birth: Lima

**12.** Province or State of Birth: Lima

**13.** Country of Birth: PERU

**14.** Country of Citizenship or Nationality: COSTA RICA

## Part 4. Information About Proposed United States Employment

**1.** Provide the receipt number for the Blanket L petition upon which this petition is based.

► S R C 2 1 2 2 3 5 0 6 6 1

**2.** Are you filing Form I-129, Petition for a Nonimmigrant Worker, with this petition? ☒ Yes ☐ No

### Proposed Employment Address for the Beneficiary

**3.a.** Street Number and Name: Same as Part 1

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town:

**3.d.** State: **3.e.** ZIP Code:

### Wages and Hours of Proposed Employment

Provide the wages per year the beneficiary will receive and the number of hours the beneficiary will work per week for the proposed employment. Also describe any other compensation the beneficiary will receive, including dollar value (if applicable).

**4.** Beneficiary's Wages Per Year $ 62,227.88

**5.** Beneficiary's Hours Per Week:

**6.** Other Compensation

**Standard employee benefits.**

## Part 4. Information About Proposed United States Employment (continued)

### *Proposed Job Title and Duties*

Provide the job title and duties the beneficiary will perform. Also indicate the percentage of time the beneficiary will spend performing the duties on a daily basis. If you need extra space to complete this section, use the space provided in **Part 10. Additional Information.**

7. Job Title

Quality Engineer

8. Duties Performed on a Daily Basis

**Please see addendum.**

### *Primary Worksite*

If you need extra space to complete this section, use the space provided in **Part 10. Additional Information.**

9. If you are seeking L-1B specialized knowledge professional status for the beneficiary, will the beneficiary work primarily offsite (at a worksite of a company or organization other than the petitioner or its affiliate, branch, subsidiary, or parent company)?

☐ Yes ☒ No

If you answered "Yes" to **Item Number 9.**, describe how and who will control and supervise the beneficiary's work and why the placement is not labor for hire in **Item Numbers 10.a. - 11.**

10.a. Supervisor's Name

10.b. Nature of Supervision and Control of the Beneficiary's Work

11. Describe the reasons why the placement of the beneficiary at this worksite is not an arrangement to provide labor for hire. Also include a description of how the beneficiary's duties at this worksite relate to your need for the specialized knowledge he or she possesses.

## Part 5. Information About Foreign Employment

Provide information for **each** qualifying foreign employer for whom the beneficiary worked during the required one continuous year out of three years. If you need extra space to complete this section, use the space provided in **Part 10. Additional Information.**

### *Qualifying Foreign Position*

Indicate the type of qualifying position the beneficiary was employed in while working for the qualifying foreign employer.

1.a. ☐ Manager

1.b. ☐ Executive

1.c. ☒ Specialized Knowledge Professional

### *Qualifying Foreign Employer Name and Address*

Provide the name and address for the qualifying foreign employer for whom the beneficiary worked.

2. Foreign Employer Name

Tegra Medical, La Aurora

### *Mailing Address*

3.a. Street Number and Name: 402 Zona Franca Global Park

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town: La Aurora de Heredia

3.d. Province: Heredia

3.e. Postal Code: 40104

3.f. Country: COSTA RICA

## Part 5. Information About Foreign Employment (continued)

### *Other Information About the Beneficiary's Foreign Employment*

Provide the beneficiary's job titles, dates of foreign employment, and the duties of the jobs the beneficiary performed during the required one continuous year out of three years. Also provide the yearly wage the beneficiary received and the number of hours the beneficiary worked per week.

**Job 1**

**4.** Job Title: **Jr. Quality Engineer**

**5.a.** Start Date (mm/dd/yyyy): **01/22/2018**

**5.b.** End Date (mm/dd/yyyy): **02/06/2022**

**6.** Job Duties

**Please see addendum.**

**7.** Wages Earned Per Year $ **22290.45**

**8.** Hours Worked Per Week: **40**

**Job 2**

**9.** Job Title:

**10.a.** Start Date (mm/dd/yyyy):

**10.b.** End Date (mm/dd/yyyy):

**11.** Job Duties

**12.** Wages Earned Per Year $

**13.** Hours Worked Per Week:

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

Select **Item Number 1.** or **2.**, as appropriate.

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the **Export Administration Regulations (EAR)** and the **International Traffic in Arms Regulations (ITAR)** and has determined that:

**1.** [X] A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

**2.** [ ] A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary **AND** the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

## Part 7. Contact Information, Certification, and Signature of the Petitioner or Authorized Signatory

### *Petitioner's or Authorized Signatory's Contact Information*

**1.** Petitioner's or Authorized Signatory's Family Name (Last Name): **Watson**

Petitioner's or Authorized Signatory's Given Name (First Name): **Anabela**

**2.** Petitioner's or Authorized Signatory's Title: **HR Manager**

**3.** Petitioner's or Authorized Signatory's Daytime Telephone Number: **(508) 553-4183**

**4.** Petitioner's or Authorized Signatory's Mobile Telephone Number (if any):

**5.** Petitioner's or Authorized Signatory's Email Address (if any): **awatson@tegramedical.com**

## Part 7. Contact Information, Certification, and Signature of the Petitioner or Authorized Signatory (continued)

### *Petitioner's or Authorized Signatory's Certification and Signature*

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization:

1) I reviewed and provided or authorized all of the responses and information in my petition;

2) I understood all of the responses and information contained in, and submitted with, my petition; and

3) All of the responses and information were complete, true, and correct at the time of filing.

Furthermore, I authorize the release of any information from any and all of my records as authorized signatory and the petitioner's records that USCIS may need to determine the petitioner's eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

6. Petitioner's or Authorized Signatory's Signature

➡ [signature]

Date of Signature (mm/dd/yyyy) 07/10/2024

## Part 8. Interpreter's Contact Information, Certification, and Signature

### *Interpreter's Full Name*

1. Interpreter's Family Name (Last Name)

Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name

### *Interpreter's Contact Information*

3. Interpreter's Daytime Telephone Number

4. Interpreter's Mobile Telephone Number (if any)

5. Interpreter's Email Address (if any)

### *Interpreter's Certification and Signature*

I certify, under penalty of perjury, that I am fluent in English and ______, and I have interpreted every question on the petition and Instructions and interpreted the petitioner's or authorized signatory's answers to the questions in that language, and the petitioner or authorized signatory informed me that they understood every instruction, question, and answer on the petition.

6. Interpreter's Signature

Date of Signature (mm/dd/yyyy)

## Part 9. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner or Authorized Signatory

### *Preparer's Full Name*

1. Preparer's Family Name (Last Name)
**Maria**

Preparer's Given Name (First Name)
**Zachary**

2. Preparer's Business or Organization Name
**Green and Spiegel Midwest LLC**

### *Preparer's Contact Information*

3. Preparer's Daytime Telephone Number
**(216) 896-0855**

4. Preparer's Mobile Telephone Number (if any)

5. Preparer's Email Address (if any)
**zmaria@gands-us.com**

**Part 9. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner or Authorized Signatory** (continued)

***Preparer's Certification and Signature***

I certify, under penalty of perjury, that I prepared this petition for the petitioner at their request and with express consent and that all of the responses and information contained in and submitted with the petition are complete, true, and correct and reflects only information provided by the petitioner. The petitioner reviewed the responses and information and informed me that they understand the responses and information in or submitted with the petition.

**6.** Preparer's Signature [signature]

Date of Signature (mm/dd/yyyy) 7/8/2024

## Part 10. Additional Information

If you need extra space to provide any additional information within this petition, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this petition or attach a separate sheet of paper. Type or print the beneficiary's name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Beneficiary's Family Name (Last Name)
FLORES CASTILLO

**1.b.** Beneficiary's Given Name (First Name)
Luis

**1.c.** Beneficiary's Middle Name
Alonso

**2.** Beneficiary's A-Number (if any)
► A-

**3.a.** Page Number: 2 **3.b.** Part Number: 2 **3.c.** Item Number: N/A

**3.d.** Additional Prior Periods of Stay in the United States:

Date of Arrival: 01/11/2023
Date of Departure: 06/08/2023
Entry Status: L-1B

Date of Arrival: 12/05/2022
Date of Departure: 12/21/2022
Entry Status: L-1B

Date of Arrival: 10/17/2022
Date of Departure: 11/17/2022
Entry Status: L-1B

Date of Arrival: 02/07/2022
Date of Departure: 09/25/2022
Entry Status: L-1B

**4.a.** Page Number: 3 **4.b.** Part Number: 3 **4.c.** Item Number: 8

**4.d.** Note that beneficiary is currently physically residing in the U.S. at the following address as of 03/14/2023:

200 Woodview Way, Apt. 2318
Franklin, Massachusetts 02038

**5.a.** Page Number: 5 **5.b.** Part Number: 5 **5.c.** Item Number: 7

**5.d.** Mr. Flores Castillo was paid 13,931,524.84 CRC for his prior position as Jr. Quality Engineering for Tegra Medical, La Aurora. The equivalent value in USD at the time of his initial L-1B filing is indicated here.

**6.a.** Page Number **6.b.** Part Number **6.c.** Item Number

**6.d.**

**7.a.** Page Number **7.b.** Part Number **7.c.** Item Number

**7.d.**

## Addendum

**FLORES CASTILLO, Luis Alonso, Form: I-129S (Page 1)**

Page 4, Part 4, Item 8: Proposed Job Duties:

The Quality Engineer uses Quality & Process Engineering principles, tools, and practices to develop and optimized systems and processes that are aligned with the overall business and quality vision of Tegra Medical and support Franklin Quality and Operations groups.
Specific duties for this position include:
•Investigate and resolve work-in-process problems to reduce/eliminate scrap and rework; analyze process statistics and conduct efficiency studies (10%);
•Recommend and implement process improvements and modifications; establish production/process standards (5%);
•Support on-site transfer projects and product scale-up activities (5%);
•Optimize manufacturing processes to provide sustainable gains in cost effectiveness and product performance through statistical analysis, designed experiments, and procedural changes (10%);
•Drive quality improvements by increasing internal competencies in process control/verification and validation studies, root cause analysis, failure mode and effects analysis (FMEA), and the use of Process Excellence tools (10%);
•Work with suppliers, customers and participates in multi-functional teams to resolve technical/quality issues to develop new protocols (20%);
•Partner with Operations to assure alignment of goals, objectives and strategies (10%);
•Provide general engineering support to in-process inspection & incoming inspection (10%);
•Implement quality and efficiency improvements in in-process inspection (10%); and
•Evaluate process critical quality parameters and update specifications and protocols (10%).

Page 5, Part 5, Item 6: Beneficiary's Qualifying Foreign Employment Job Duties:

The Jr. Quality Engineer is primarily responsible for using Quality & Process Engineering principles, tools, and practices to improve and optimize systems and processes while mitigating risk, aligned with the overall business and quality vision of the company. He is also responsible for complying with the standards and procedures good manufacturing practices, occupational health, quality and production established by the company. The Jr. Quality Engineer supports and cultivates a work environment in the company, stimulating proactivity, continuous improvement and good relationships between department and collaborators.
Specific duties include:
•Working independently and in a team setting to support internal and external customers. (10%)
•Investigating and resolving work-in-process problems to reduce/eliminate non-conforming product, scrap, and rework. (15%)
•Leading equipment and processes qualification efforts including validation plan, IQ, OQ, PQ, TMV pertaining to processes sustaining initiatives. (10%)
•Maintaining risk assessments and risk mitigation activities. (10%)
•Participating in product scale-up activities. (5%)
•Optimizing quality processes to provide sustainable gains in cost, effectiveness, risk mitigation and increased product performance through statistical analysis, designed of experiments, and procedural changes. (25%)
•Driving quality improvements by increasing internal competencies in process control, root cause analysis, failure mode and effects analysis (FMEA). (10%)
•Working with suppliers, customers and participating in multi-functional teams to resolve technical/quality issues. (10%)
•Evaluating process critical quality parameters and updating specifications and protocols. (2.5%)
•Carrying out other duties assigned by the immediate superior and which are related to the nature of its positions. (2.5%)

REPUBLICA DE COSTA RICA

PASAPORTE/PASSPORT



Tipo/Type: P
Código del Estado/Country Code: CRI
Número de Secuencia/Sequence No: G294617
Apellidos/Surname: FLORES CASTILLO
Nombre/Given Names: LUIS ALONSO
Sexo/Sex: M
Nacionalidad/Nationality: COSTARRICENSE
Número de pasaporte/ID No: 8 0137 0574
Lugar de Nacimiento/Place of Birth: PERU
Lugar de emisión/Place of Issue: BCR-949
Fecha de Nacimiento/Date of Birth: 14 05 1996
Fecha de Emisión/Date of Issue: 27 07 2021
Fecha de Vencimiento/Date of Expiry: 26 07 2027

P<CRIFLORES<CASTILLO<<LUIS<ALONSO<<<<<<<<<<<<
G294617<<3CRI9605143M2707266801370574<<<<<94



03

OBSERVACIONES

REPÚBLICA DEL PERÚ
MINISTERIO DE RELACIONES EXTERIORES

SECCIÓN CONSULAR DE LA EMBAJADA DEL PERU EN LA REPÚBLICA DE COSTA RICA
Fecha: MAR-11-2020
FLORES CASTILLO LUIS ALONSO
POR EXPEDICIÓN DE UN PASAPORTE ELECTRÓNICO O
Número de Orden: 0000404
Número de Actuación: 51
Numero de Tarifa: 30B
Tasa: 70.00 SOLES CONSULARES
70.00 DOLAR ESTADOUNIDENSE

NREAC01811928

PASAPORTE
PASSPORT

REPÚBLICA DEL PERÚ

L23516658

TIPO / TYPE: P
CODIGO PAIS / COUNTRY CODE: PER
219016159
APELLIDOS / SURNAMES: FLORES CASTILLO
LUIS ALONSO
PERUANA
14 MAY/MAY 1996
48868483
M
LIMA
11 MAR/MAR 2020
11 MAR/MAR 2025

02

P<PERFLORES<CASTILLO<<LUIS<ALONSO<<<<<<<<<<<<

2190161596PER9605143M2503114<<<<<<<<<<<<<<08

TEGRA
MEDICAL
Where medical devices come to life.®

July 8, 2024

**VIA FEDEX**

USCIS Texas Service Center
**Attn: I-129 L**
6046 N Belt Line Rd. STE 129
Irving, TX 75038-0001

Re: Petitioner: Tegra Medical Holdings, LLC
Beneficiary: Luis Alonso FLORES CASTILLO
**Form I-129, Petition to Extend L-1B Nonimmigrant Status**

Dear Sir or Madam:

This letter is submitted in support of the enclosed L-1B nonimmigrant visa petition (Form I-129 with L Classification and Form I-129S) filed by Tegra Medical Holdings, LLC ("Tegra" or "the Company") on behalf of Mr. Luis Alonso Flores Castillo, a dual citizen of Costa Rica and Peru. Tegra seeks to continue employ Mr. Flores in the specialized knowledge professional position of Quality Engineer at the Company's United States headquarters in Franklin, Massachusetts for an additional, temporary period of two years.

This letter will describe: (1) the petitioner, Tegra Medical Holdings, LLC (dba Tegra Medical, LLC), its Costa Rican branch office, Tegra Medical, La Aurora, the parent company of Tegra, SFS Group USA, Inc., and the ultimate parent company of The SFS Group in Switzerland; (2) the specialized knowledge professional position offered to Mr. Flores; and (3) Mr. Flores' professional qualifications for the position.

**DESCRIPTION OF TEGRA MEDICAL HOLDINGS, LLC**

Founded in 2007, Tegra Medical Holdings, LLC is a contract manufacturer of finished medical devices and complex components including surgical instruments, needles, and implants. Tegra is a subsidiary of SFS Acquisition Holding, Inc., a holding company wholly-owned by SFS Group USA, Inc. Tegra is the core of the SFS Medical Division, encompassing medical manufacturing capabilities from other parts of SFS. Its headquarters are located in Franklin, Massachusetts, with additional facilities in Dartmouth, Massachusetts; Hernando, Mississippi; Heredia, Costa Rica; Altstätten, Switzerland; Hallau, Switzerland; Heerbrugg, Switzerland; Johor Bahru, Malaysia; and Nantong City, China.

Tegra develops and manufactures primarily disposable products made of metal and plastic for global, leading medical device OEMs. Customers rely on the Company's unique ability to integrate common and non-traditional technologies, such as laser cutting with CNC grinding and metal forming, to make complex products, which range from surgical fasteners, retractors and spreaders, stylets and cannulas, and implants to other medical instruments. As an end-to-end solutions provider, Tegra simplifies customer's supply chains by performing all the steps necessary to get a product to market, including final assembly, sterilization management, and packaging. Their products are used in orthopedics, cardiac care, women's health, neurology, ophthalmology, otolaryngology, radiology, pain management, and diabetes treatment.

Tegra currently employs approximately 791 people in the United States. In 2023, the Company's U.S. net sales were over $119 million. **Exhibit 1**. Tegra Medical, La Aurora is a manufacturing plant branch office located in Heredia, Costa Rica.

SFS is a global market leader for mechanical fastening systems and precision formed components. The SFS Group is organized into three business segments—Engineered Components, Fastening Systems, and Distribution & Logistics—which represent the three business models. In the Engineered Components segment, SFS partners with customers to develop and manufacture customer-specific precision formed components, fastening solutions and assemblies. The segment operates in the Automotive, Electronics and Industrial divisions and sells its products under the SFS intec (Automotive, Industrial) and Unisteel (Electronics) brands. In the Fastening Systems segment, consisting of the Construction and the Riveting divisions, SFS develops, manufactures and markets application-specific mechanical fastening systems under the SFS intec (Construction) and GESIPA (Riveting) brands. In the Distribution & Logistics segment with the SFS unimarket brand, SFS is a leading provider of fasteners, tools and architectural hardware as well as innovative logistics solutions in Switzerland. SFS Group is a global player with manufacturing sites and distribution companies at more than 140 locations in 35 countries around the world. Over 13,200 employees worldwide generated sales of CHF 3,073 million in 2022. A copy of the Group's 2023 Annual Report is appended as **Exhibit 2**.

Established in 1985 as SFS Stadler, Inc., SFS USA is a Pennsylvania corporation currently headquartered in Wyomissing, Pennsylvania, with the primary manufacturing plant located in Medina, Ohio. In January 2002, SFS purchased a U.S. competitor, greatly increasing its market in North America. Subsequent reorganization resulted in changing the Company's name to SFS intec, Inc. in 2004, with a recent U.S. corporate name change to SFS Group USA, Inc. in 2016. SFS USA currently employs approximately 1,500 people in the United States. In 2023, the Company's U.S. sales were over $206 million. **Exhibit 3**.

SFS USA, along with other investors, formed SFS Acquisition Holding, Inc. ("Holding") with the purpose of acquiring Tegra on November 30, 2016. During 2017, SFS USA purchased additional shares from another investor, increasing its ownership to 98.8% of Tegra, and during 2020, SFS USA purchased the remaining shares from all other investors, which increased its ownership to 100.00%. An attorney-certified copy of SFS USA's current Blanket L approval notice is appended as **Exhibit 4**, and a list of approved subsidiaries, affiliates, and branch offices is attached to the approval notice.

Tegra Medical, La Aurora is a branch office of Tegra, and Tegra is wholly-owned by SFS USA. Tegra Medical, La Aurora meets the definition of "branch" of Tegra as set forth at 8 C.F.R. §214.2(*l*)(1)(ii)(J). Therefore, Tegra Medical, La Aurora in Cost Rica and Tegra in the U.S. have a qualifying corporate relationship for L visa purposes.

## THE SPECIALIZED KNOWLEDGE PROFESSIONAL POSITION OF QUALITY ENGINEER

The Quality Engineer uses Quality & Process Engineering principles, tools, and practices to develop and optimized systems and processes that are aligned with the overall business and quality vision of Tegra Medical and support Franklin Quality and Operations groups.

Specific duties for this position include:

- Investigate and resolve work-in-process problems to reduce/eliminate scrap and rework; analyze process statistics and conduct efficiency studies (10%);
- Recommend and implement process improvements and modifications; establish production/process standards (5%);

- Support on-site transfer projects and product scale-up activities (5%);
- Optimize manufacturing processes to provide sustainable gains in cost effectiveness and product performance through statistical analysis, designed experiments, and procedural changes (10%);
- Drive quality improvements by increasing internal competencies in process control/verification and validation studies, root cause analysis, failure mode and effects analysis (FMEA), and the use of Process Excellence tools (10%);
- Work with suppliers, customers and participates in multi-functional teams to resolve technical/quality issues to develop new protocols (20%);
- Partner with Operations to assure alignment of goals, objectives and strategies (10%);
- Provide general engineering support to in-process inspection & incoming inspection (10%);
- Implement quality and efficiency improvements in in-process inspection (10%); and
- Evaluate process critical quality parameters and update specifications and protocols (10%).

This position requires a Bachelor's degree in Industrial or Mechanical Engineering and relevant experience in the manufacturing, quality, and process disciplines. The Quality Engineer must also have an understanding of GMP, FDA, and SOP standards, guidelines, and regulatory requirements, as well as experience with risk analysis techniques (including Process Failure Modes and Effects Analysis) and specialized knowledge of Tegra's process validation and verification activities (IQ, QQ, PQ, PPQ).

The Quality Engineer reports to the Director – Quality. An organizational chart showing this position within the Company is appended as **Exhibit 5**. This position receives an annual salary of $62,227.88 along with standard employee benefits.

## THE SPECIALIZED KNOWLEDGE QUALIFICATIONS OF MR. FLORES

Mr. Flores is uniquely qualified for the position of Quality Engineer at Tegra. He has been employed as a Quality Engineer with Tegra in Franklin, Massachusetts since February 2022 pursuant to valid L-1B status. His duties are described above. A full copy of Mr. Flores' Form I-129S, initially filed with the Embassy in San Jose, Costa Rica, is appended as **Exhibit 6**. Copies of paystubs confirming Mr. Flores' current employment are appended as **Exhibit 7**.

Prior to his U.S. employment, Mr. Flores was employed by Tegra Medical, La Aurora in Heredia, Costa Rica in various positions from July 2014 to February 2022. Mr. Flores has over nine years of progressively responsible professional experience in the medical device manufacturing industry in machining and engineering capacities.

From January 2018 to February 2022, Mr. Flores served in the specialized knowledge position of Jr. Quality Engineer for Tegra Medical, La Aurora in Costa Rica. In this position, Mr. Flores was primarily responsible for using Quality & Process Engineering principles, tools, and practices to improve and optimize systems and processes while mitigating risk, aligned with the overall business and quality vision of the company. He was also responsible for complying with the standards and procedures good manufacturing practices, occupational health, quality and production established by the company. As Jr.

Quality Engineer, he supported and cultivated a work environment in the company, stimulating proactivity, continuous improvement and good relationships between department and collaborators.

His specific duties in this position included:

- Working independently and in a team setting to support internal and external customers. (10%)
- Investigating and resolving work-in-process problems to reduce/eliminate non-conforming product, scrap, and rework. (15%)
- Leading equipment and processes qualification efforts including validation plan, IQ, OQ, PQ, TMV pertaining to processes sustaining initiatives. (10%)
- Maintaining risk assessments and risk mitigation activities. (10%)
- Participating in product scale-up activities. (5%)
- Optimizing quality processes to provide sustainable gains in cost, effectiveness, risk mitigation and increased product performance through statistical analysis, designed of experiments, and procedural changes. (25%)
- Driving quality improvements by increasing internal competencies in process control, root cause analysis, failure mode and effects analysis (FMEA). (10%)
- Working with suppliers, customers and participating in multi-functional teams to resolve technical/quality issues. (10%)
- Evaluating process critical quality parameters and updating specifications and protocols. (2.5%)
- Carrying out other duties assigned by the immediate superior and which are related to the nature of its positions. (2.5%)

Through his previous position with Tegra Medical, La Aurora, Mr. Flores accrued a breadth of invaluable quality engineering experience and specialized knowledge of Tegra's system optimization processes and validation and verification activities (IQ, OQ, PQ, TMV). The minimum amount of time required to obtain Mr. Flores' level of specialized knowledge, including training and actual experience after the completion of training, was substantial. In his position as Jr. Quality Engineer with Tegra Medical, La Aurora, he gained an excellent understanding of GMP, FDA, and SOP standards, guidelines, and regulatory requirements, as well as demonstrated experience with Tegra's Process Control application and Six Sigma (pFMEA, SPC, Capability Analysis, GR&R).

In this role, Mr. Flores reported directly to the Director of Quality Assurance & Regulatory Affairs. A copy of the organizational chart for Mr. Flores' previous position in Costa Rica is appended as **Exhibit 8**. A letter from Tegra Medical, La Aurora confirming Mr. Flores' employment abroad is appended as **Exhibit 9**.

Mr. Flores' extensive professional experience also includes:

- Industrial Engineer Intern with Litografía ICAR in San Jose, Costa Rica from January 2018 to April 2018.

- Industrial Engineer Intern with Maquila y Bodegaje San Martin in Heredia, Costa Rica from October 2017 to January 2018.
- Jr. Process Engineer with Tegra Medical, La Aurora in Heredia, Costa Rica from February 2016 to December 2017.
- CNC Lathe Machinist (Precision Mechanic) with Tegra Medical, La Aurora in Heredia, Costa Rica from July 2014 to July 2016.

In addition to his professional experience, Mr. Flores holds a Bachelor's degree in Industrial Engineering (2021) from the Universidad Hispanoamericana in Costa Rica. Copies of Mr. Flores' degree and transcripts, accompanied by a certified English-language translation, are appended at **Exhibit 10**.

Based on the information provided, Mr. Flores is clearly qualified for the position of Quality Engineer for Tegra. Further, Mr. Flores' experience and education clearly qualify him under the requirements for L-1B status as set forth at 8 C.F.R. §214.2(l)(1)(ii)(D).

**CONCLUSION**

Based upon the foregoing, we respectfully request approval of extended L-1B status on behalf of Mr. Luis Alonso Flores Castillo based on his specialized knowledge experience with Tegra Medical, La Aurora in Costa Rica and the specialized knowledge nature of the position of Quality Engineer with the Company in the United States. He is an individual possessing the specialized knowledge and experience with the Company required for the temporary position in the U.S.

Please contact our attorney-of-record, Zachary L. Maria, if you have any questions concerning this petition.

Very truly yours,

Anabela Watson
Human Resources Manager
Enc.

# *Exhibit 1*

# *TEGRA MEDICAL, LLC*

**FINANCIAL STATEMENTS**

**Years Ended December 31, 2023 and 2022**

**TABLE OF CONTENTS**


| | Pages |
|---|---|
| **INDEPENDENT AUDITOR'S REPORT** | 1 - 2 |
| **FINANCIAL STATEMENTS** | |
| Balance Sheets | 3 |
| Statements of Income | 4 |
| Statements of Changes in Member's Equity | 5 |
| Statements of Cash Flows | 6 |
| Notes to Financial Statements | 7 - 21 |

Herbein
CPAs + Advisors

Herbein + Company Inc.
2763 Century Boulevard
Reading, PA 19610
www.herbein.com I 610.378.1175

## INDEPENDENT AUDITOR'S REPORT

**To the Board of Managers and Member**
**Tegra Medical, LLC**
**Franklin, Massachusetts**

### Qualified Opinion

We have audited the accompanying financial statements of Tegra Medical, LLC (a limited liability company), which comprise the balance sheets as of December 31, 2023 and 2022, and the related statements of income, changes in member's equity, and cash flows for the years then ended, and the related notes to the financial statements.

In our opinion, except for the effects of not consolidating a majority-owned subsidiary, as described in the Basis for Qualified Opinion section of our report, the financial statements referred to above present fairly, in all material respects, the financial position of Tegra Medical, LLC as of December 31, 2023 and 2022, and the results of its operations and its cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

### Basis for Qualified Opinion

As more fully described in Note 1 to the financial statements, Tegra Medical, LLC reports its investment in Tegra Medical Costa Rica, S.A., a wholly owned subsidiary, at cost for the years ended December 31, 2023 and 2022. In our opinion, accounting principles generally accepted in the United States of America requires that a majority-owned subsidiary be accounted for as a consolidated subsidiary. Quantification of the effects of that departure on the financial statements is not practicable.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of Tegra Medical, LLC and to meet our other ethical responsibilities in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our qualified audit opinion.

### Emphasis of Matter

As discussed in Note 1 of the financial statements, in 2023, Tegra Medical, LLC adopted FASB ASU 2016-13, *Financial Instruments - Credit Losses (Topic 326) - Measurement of Credit Losses on Financial Instruments, Current Expected Credit Losses (CECL)*. Our opinion is not modified with respect to this matter.



Herbein
CPAs + Advisors

### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about Tegra Medical, LLC's ability to continue as a going concern within one year after the date that the financial statements are available to be issued.

### Auditor's Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with generally accepted auditing standards will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with generally accepted auditing standards, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of Tegra Medical, LLC's internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about Tegra Medical, LLC's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control related matters that we identified during the audit.

*Herbein + Company, Inc.*

**Reading, Pennsylvania**
**January 24, 2024**

TEGRA MEDICAL, LLC

BALANCE SHEETS

| | December 31 2023 | December 31 2022 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ 202,027 | $ - |
| Accounts receivable: | | |
| Trade | 18,635,580 | 15,857,776 |
| Related parties | 15,293,351 | 17,266,271 |
| Allowance for credit losses | (135,242) | (114,723) |
| Net accounts receivable | 33,793,689 | 33,009,324 |
| Cash pooling receivable, SFS Group USA, Inc. | 10,566,141 | 1,994,594 |
| Inventories, net | 15,776,976 | 17,282,416 |
| Prepaid expenses | 749,783 | 952,600 |
| TOTAL CURRENT ASSETS | 61,088,616 | 53,238,934 |
| **PROPERTY AND EQUIPMENT, NET** | 50,501,772 | 46,564,138 |
| **OTHER ASSETS** | | |
| Operating lease right-of-use assets | 3,607,243 | 4,460,870 |
| Investment in Tegra Medical Costa Rica, S.A., at cost | 3,286,024 | 3,286,024 |
| Employee notes and interest receivable | 3,236,376 | 2,451,795 |
| Goodwill, net | 26,948,001 | 35,930,650 |
| Other intangible assets, net | 21,369,200 | 28,695,800 |
| Deposits | 272,526 | 274,928 |
| Deferred tax asset, net | 127,000 | - |
| TOTAL OTHER ASSETS | 58,846,370 | 75,100,067 |
| TOTAL ASSETS | $ 170,436,758 | $ 174,903,139 |
| **LIABILITIES AND MEMBER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Cash overdraft | $ - | $ 32,053 |
| Accounts payable | 5,727,001 | 3,943,247 |
| Other payables, related parties | 5,155,430 | 2,246,726 |
| Notes payable, SFS Group USA, Inc. | 90,429,614 | 91,029,260 |
| Accrued expenses | 6,126,860 | 3,412,928 |
| Current portion of operating lease liabilities | 1,209,662 | 1,117,472 |
| TOTAL CURRENT LIABILITIES | 108,648,567 | 101,781,686 |
| **LONG-TERM LIABILITIES** | | |
| Operating lease liabilities | 2,824,449 | 3,830,725 |
| Deferred tax liability, net | - | 3,151,000 |
| TOTAL LONG-TERM LIABILITIES | 2,824,449 | 6,981,725 |
| TOTAL LIABILITIES | 111,473,016 | 108,763,411 |
| **MEMBER'S EQUITY** | 58,963,742 | 66,139,728 |
| TOTAL LIABILITIES AND MEMBER'S EQUITY | $ 170,436,758 | $ 174,903,139 |

*See accompanying notes.*



TEGRA MEDICAL, LLC

STATEMENTS OF INCOME

| | Year Ended December 31 2023 | Year Ended December 31 2022 |
|---|---|---|
| **NET SALES** | $ 119,927,159 | $ 101,052,665 |
| **COST OF GOODS SOLD** | 86,610,256 | 77,296,938 |
| GROSS PROFIT | 33,316,903 | 23,755,727 |
| **OPERATING EXPENSES** | 38,202,712 | 35,736,762 |
| OPERATING LOSS | (4,885,809) | (11,981,035) |
| **OTHER INCOME (EXPENSES)** | | |
| Management fee income | 420,000 | 420,000 |
| Foreign currency translation (loss) gain | (438) | 5,999 |
| Gain on sale of equipment | 406,740 | 179,765 |
| Interest income, related parties | 1,204,157 | 261,212 |
| Interest expense, SFS Group USA, Inc. | (5,606,636) | (2,184,702) |
| NET OTHER INCOME (EXPENSES) | (3,576,177) | (1,317,726) |
| LOSS BEFORE INCOME TAX BENEFIT | (8,461,986) | (13,298,761) |
| **INCOME TAX BENEFIT** | (3,286,000) | (3,383,000) |
| NET LOSS | $ (5,175,986) | $ (9,915,761) |

*See accompanying notes.*

## TEGRA MEDICAL, LLC

### STATEMENTS OF CHANGES IN MEMBER'S EQUITY

Years Ended December 31, 2023 and 2022

| | |
|---|---|
| **BALANCE AT JANUARY 1, 2022** | $ 76,055,489 |
| Net loss | (9,915,761) |
| **BALANCE AT DECEMBER 31, 2022** | 66,139,728 |
| Net loss | (5,175,986) |
| Distributions to member | (2,000,000) |
| **BALANCE AT DECEMBER 31, 2023** | $ 58,963,742 |

*See accompanying notes.*



## TEGRA MEDICAL, LLC

### STATEMENTS OF CASH FLOWS

| | Year Ended December 31 2023 | 2022 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net loss | $ (5,175,986) | $ (9,915,761) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Allowance for credit losses | 20,519 | 43,315 |
| Depreciation | 5,310,981 | 5,743,783 |
| Amortization | 16,309,249 | 16,309,249 |
| Gain on sale of equipment | (406,740) | (179,765) |
| Noncash lease expense | 1,229,358 | 1,108,564 |
| Deferred taxes | (3,278,000) | (1,034,000) |
| Changes in: | | |
| Accounts receivable - trade | (2,777,804) | (1,729,063) |
| Accounts receivable - related parties | 1,972,920 | (6,818,812) |
| Cash pooling receivable, SFS Group USA, Inc. | (8,571,547) | 3,152,744 |
| Inventories, net | 1,505,440 | (4,200,559) |
| Prepaid expenses | 202,817 | (232,697) |
| Accounts payable | 1,783,754 | 1,652,876 |
| Other payables, related parties | 2,908,704 | 2,224,688 |
| Accrued expenses | 2,713,932 | (344,110) |
| Operating lease liabilities | (1,289,817) | (1,148,363) |
| **NET CASH PROVIDED BY OPERATING ACTIVITIES** | 12,457,780 | 4,632,089 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Purchases of property and equipment | (9,561,125) | (5,499,307) |
| Proceeds from sale of equipment | 719,250 | 629,366 |
| Advances to employees | (784,581) | (1,605,931) |
| Return of deposits | 2,402 | 6,243 |
| **NET CASH USED FOR INVESTING ACTIVITIES** | (9,624,054) | (6,469,629) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Repayments on notes payable, SFS Group USA, Inc. | (599,646) | - |
| Changes in cash overdraft, net | (32,053) | - |
| Distributions to member | (2,000,000) | - |
| **NET CASH USED FOR FINANCING ACTIVITIES** | (2,631,699) | - |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | 202,027 | (1,837,540) |
| **CASH AND CASH EQUIVALENTS AT BEGINNING OF YEAR** | - | 1,837,540 |
| **CASH AND CASH EQUIVALENTS AT END OF YEAR** | $ 202,027 | $ - |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION** | | |
| Cash paid for interest | $ 7,290,677 | $ 500,661 |
| **SUPPLEMENTAL DISCLOSURES OF NONCASH OPERATING AND FINANCING ACTIVITIES** | | |
| Account receivables - related parties refinanced to notes payable, SFS Group USA, Inc. | $ - | $ 3,852,000 |
| Operating lease right-of-use assets obtained in exchange for operating lease liabilities | 296,591 | 5,486,789 |

*See accompanying notes.*

Tegra Medical, LLC ("Tegra" or "the Company") manufactures component parts, assemblies and sub-assemblies and finished devices for customers that manufacture and distribute medical devices, primarily in the United States and Europe. Tegra's manufacturing services include precision grinding, laser processing, machining of metal wire and tubing, plastics injection molding, and plastics over-molding, among others.

## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Change in Accounting Principle**
In June 2016, the FASB issued guidance (FASB ASC 326) which significantly changed how entities will measure credit losses for most financial assets and certain other instruments that aren't measured at fair value through net income. The most significant change in this standard is a shift from the incurred loss model to the expected loss model. Under the standard, disclosures are required to provide users of the financial statements with useful information in analyzing an entity's exposure to credit risk and the measurement of credit losses. Financial assets held by the company that are subject to the guidance in FASB ASC 326 were accounts receivable.

The Company adopted the standard effective January 1, 2023. The impact of the adoption was not considered material to the financial statements and primarily resulted in enhanced disclosures only.

**Use of Estimates**
The preparation of the financial statements in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results may differ from those estimates.

**Cash and Cash Equivalents**
Tegra considers all highly liquid short-term investments purchased with an original maturity of three months or less at the time of acquisition to be cash equivalents.

**Accounts Receivable - Trade**
Accounts receivable - trade are recognized on the shipment of product to customers via common carrier (f.o.b.) and are recorded at the invoiced amount. Tegra uses the allowance method to provide for any accounts receivable - trade which may be unrecoverable and is based upon an analysis of prior collection experience, customer credit worthiness, and current economic trends.

**Allowance for Credit Losses**
The Company maintains an allowance for credit losses for expected uncollectible accounts receivable, which is recorded as an offset to accounts receivable and provisions for credit losses are recorded in operating expenses in the statements of income. At each balance sheet date, the Company recognizes an expected allowance for credit losses. In addition, this estimate is updated to reflect any changes in credit risk since the receivable was initially recorded. This estimate is calculated on a pooled basis where similar risk characteristics exist.





## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Allowance for Credit Losses - continued**
The allowance for current expected credit losses is based on a review of customer accounts and considers historical credit loss information that is adjusted for current conditions and reasonable and supportable forecasts regarding future events and any other factors deemed relevant by the Company. The allowance for credit losses is reviewed on an annual basis to assess the adequacy of the allowance.

The Company writes off receivables when there is information that indicates the debtor is facing significant financial difficulty and there is no possibility of recovery or if any invoice has aged greater than one year. If any recoveries are made from any accounts previously written off, they will be recognized in income or an offset to credit loss expense in the year of recovery, in accordance with the entity's accounting policy election. There were no write-offs for the years ended December 31, 2023 and 2022.

**Concentration of Credit Risk**
Financial instruments which potentially subject the Company to concentrations of credit risk consist principally of cash, cash equivalents, and accounts receivable - trade. During 2023 and 2022, the Company had cash balances in excess of the federally insured limit in a deposit account at one bank. Concentrations of credit risk with respect to all accounts receivable - trade are considered to be limited due to the quantity of customers comprising the Company's customer base. The Company performs ongoing credit evaluations of its customers' financial condition and does not require collateral.

**Inventories**
Inventories consist of raw materials, work-in-process, and finished goods. Raw material inventory is valued at the lower of cost or net realizable value assuming a first-in, first-out flow of materials. Work in process and finished goods are valued at the lower of "full absorption" cost or net realizable value assuming a first-in, first-out flow of goods, a method which includes direct labor, manufacturing overhead, production costs, and certain elements of mixed service costs in the ending inventories. A provision is provided for obsolete/slow-moving inventory based on a formula established by SFS Group International AG. This formula uses the most current twelve-month sales and usage as the base. Inventory quantities between one and two times the base are reserved at 50% of value, while a 100% reserve is provided for quantities in excess of two times the base. This provision results in a tax timing difference for which deferred income taxes are provided (see Note 6).

**Employee Notes and Interest Receivable**
Tegra entered into multiple promissory note arrangements with employees to assist with the purchase of various residences in the United States. Interest on these notes range up to 3.00% and are payable by the borrower within 12 months of termination of the employee's assignment in the United States and/or the sale of the home purchased in the United States. At December 31, 2023 and 2022, the outstanding balance of notes receivable was $3,236,376 and $2,451,795, respectively. The Company has reviewed the employee notes for collectability at the balance sheet date and evaluated the need for an allowance for credit losses related to employee notes and has deemed the allowance to be immaterial to the financial statements as a whole for the years ended December 31, 2023 and 2022.

## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Property and Equipment**
Property and equipment are stated at cost. Major renewals and betterments are capitalized, while replacements, maintenance, and repairs, which do not improve or extend the life of the respective assets, are expensed currently. When an asset is disposed of, the asset and related accumulated depreciation allowance are eliminated and any gain or loss on the transaction is included in other income (expenses) on the statements of income.

**Depreciation**
Depreciation is computed using straight-line methods based upon the following useful lives:

| | |
|---|---|
| Buildings and improvements | 5 to 25 years |
| Machinery and equipment | 4 to 13 years |
| Office furniture and equipment | 5 to 10 years |
| Computer equipment and software | 4 to 5 years |
| Software licenses | 4 to 5 years |

For the years ended December 31, 2023 and 2022, depreciation expense was $5,310,981 and $5,743,783, respectively.

**Impairment of Long-Lived Assets**
Management reviews the carrying value of long-lived assets on an ongoing basis. When factors indicate that a long-lived asset may be impaired, management uses an estimate of the undiscounted future cash flows over the remaining life of the asset in measuring whether the long-lived asset is recoverable. If such an analysis indicates that impairment has in fact occurred, the book value of the long-lived asset is written down to its fair value, which is estimated using discounted cash flows. Impairment of $220,000 and $188,000, on a machine, which was included in operating expenses on the statements of income, was recognized during the years ended December 31, 2023 and 2022, respectively.

**Fair Value of Financial Instruments**
Financial instruments consist of cash and cash equivalents, accounts receivable - trade, and accounts payable - trade. The carrying amounts reported in the financial statements for these items approximate the fair value of such assets and liabilities. The fair value of the notes payable, SFS Group USA, Inc. with a variable rate of interest is deemed to approximate their carrying value because the interest rates are adjusted based upon market rates.

**Investment in Tegra Medical Costa Rica, S.A.**
The Company owns 100% of the outstanding shares of Tegra Medical Costa Rica, S.A. The value of the investment was $3,286,024 for the years ended December 31, 2023 and 2022 and is stated at cost.





**Goodwill and Other Intangible Assets**
Goodwill represents the excess of the purchase price over fair value of those net assets acquired through business combinations. Tegra has elected to adopt the Private Company Council authoritative literature relative to accounting for goodwill, under which the Company amortizes goodwill on a straight-line basis over a 10-year period ($8,982,649 annually through 2026). When events or circumstances indicate that goodwill may be impaired, goodwill is tested for impairment at the entity level. No such event or circumstances were present for the years ended December 31, 2023 and 2022. Impairment, if any, will be recognized for the difference between the fair value of the Company and the carrying amount and will be limited to the carrying amount of goodwill. The total gross carrying amount of goodwill is $89,826,488. Goodwill amortization recorded by the Company totaled $8,982,649 for the years ended December 31, 2023 and 2022 and accumulated amortization was $62,878,487 and $53,895,838 at December 31, 2023 and 2022, respectively.

The costs of other intangible assets including customer relations, internally developed technology, and trademarks are being amortized on a straight-line basis over their estimated useful life of 10 years ($7,326,600 annually through 2026). The total gross carrying amount of other intangibles is $73,266,000. Amortization of other intangible assets amounted to $7,326,600 for the years ended December 31, 2023 and 2022 and accumulated amortization was $51,896,800 and $44,570,200 at December 31, 2023 and 2022, respectively.

**Shipping and Handling Expenses**
The Company elects the practical expedient of recording shipping and handling as a cost of goods sold expense. Shipping and handling expense for the years ended December 31, 2023 and 2022, was approximately $150,000 and $303,000 respectively.

**Foreign Currency Translation**
The Company purchases and sells product in foreign currency with numerous vendors and customers. The culmination of these transactions usually results in a gain or loss on foreign currency translations. The Company recognized a (loss) gain on foreign currency translations (including bank revaluations) of $(438) and $5,999 during 2023 and 2022, respectively.

**Advertising Costs**
All advertising expenses are considered non-direct advertising and expensed as they are incurred. Total advertising expenses were approximately $355,000 and $508,000 for the years ended December 31, 2023 and 2022, respectively. Advertising expenses are included within operating expenses on the statements of income.

NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Income Taxes**
Tegra and its Parent (SFS Group USA, Inc.) file a consolidated federal income tax return. Income tax expense (benefit) in the Company's statements of income has been allocated on the separate return method. Under this method, the income tax is calculated as if the Company was a stand-alone entity and does not consider other tax attributes of the consolidated group.

The Company determined that its portion of the federal income tax benefit for the years ended December 31, 2023 and 2022 was $8,000 and $2,349,000, respectively, which is reported as accounts receivable - related parties on the balance sheets.

The provision for income taxes has been recorded in accordance with ASC 740, Income Taxes. Under the liability method of ASC 740, deferred tax assets and liabilities are determined based on differences between financial reporting and tax bases of assets and liabilities and are measured using enacted tax rates and laws that will be in effect when the differences are expected to be recovered or settled. Deferred tax assets are reduced by a valuation allowance when, in the opinion of management, it is more likely than not that some portion or all of the deferred tax assets will not be realized.

In accordance with generally accepted accounting principles relative to uncertainty in income taxes, the Company recognizes the income tax benefit (or liability as applicable) from an uncertain tax position when it is more likely than not that, based on technical merits, the position will be sustained upon examination, including resolutions of any related appeals or litigation process.

**Revenue Recognition**
The Company's customers are located globally and are typically Original Equipment Manufacturers (OEM) or other medical manufacturers. The customers typically engage the Company to manufacture products based on designs and specifications provided by the end-use customer, which contractually can only be sold to that specific customer. This requires the building of tooling and manufacturing prototypes in order to determine the viability of the product before volume manufacturing.

The Company is a contract manufacturer of finished medical devices and complex components, including surgical instruments, needles, and implants. These revenue streams account for between 85% and 90% of the Company's annual revenues. Tegra earns revenue from other less significant streams such as service revenue on customer owned inventory or wire production not under contract or through specific sales agreements. The Company recognizes revenue when the products are shipped to the customer under the Company's standard delivery method of FOB shipping point. The payment terms and conditions in customer contracts vary, but typically range from net amounts due in 30 - 90 days. The Company has a negotiated sale price with nearly all customers due to the nature of the contract manufacturing process. These prices are included in the purchase orders completed by customers and are the end transaction price billed to the customers through invoicing.





NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Revenue Recognition - continued**
Tegra offers quick pay discounts in nominal amounts. The Company has analyzed the customer acceptance rate of this discount and determined that no amounts are required to be recorded for the years ended December 31, 2023 and 2022. The Company also has return and refund allowances through its agreements with customers for production that does not meet the product specifications. The Company's historical acceptance rate averages between 98% - 99% and returns are generally completed within one month. The Company determined that no allowance for customer returns is necessary for the years ended December 31, 2023 and 2022.

The Company has determined that it satisfies the sole performance obligation related to customer contracts at a point in time, as opposed to over time and accordingly, revenue is recognized at a point in time across all revenue streams. The Company continually evaluates whether contractual arrangements with customers result in the recognition of contract assets or liabilities. No such assets or liabilities existed as of December 31, 2023 and 2022.

The definition of a contract under ASC 606 for the Company is typically defined as a customer purchase order as this is when the Company achieves enforceable right to payment. The majority of the contracts are firm fixed-price contracts. The deliverables within a customer purchase order are analyzed to determine the number of performance obligations. In addition, at times, in order to achieve economies of scale and based upon a customer's forecasted demand, the Company may build in advance of receiving a purchase order from customers and in which case, the Company would not recognize revenue until a customer purchase order is received and the product is shipped.

A performance obligation is a promise in a contract to transfer a distinct good or service to the customer and is the unit of account under ASC 606. A contract's transaction price is allocated to each distinct performance obligation and recognized as revenue when, or as, the performance obligation is satisfied. The majority of contracts have a single performance obligation as the promise to transfer the individual product are highly interrelated or met the series guidance.

The opening balance of accounts receivable - trade was $14,128,713 as of January 1, 2022.

## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Leases**
The Company leases buildings, office equipment, and vehicles. The Company determines if an arrangement is a lease at inception. Operating leases are included in operating lease right-of-use ("ROU") assets and operating lease liabilities on the balance sheets.

ROU assets represent the Company's right to use an underlying asset for the lease term and lease liabilities represent their obligation to make lease payments arising from the lease. Operating lease ROU assets and liabilities are recognized at commencement date based on the present value of lease payments over the lease term. As most of the Company's leases do not provide an implicit rate, the Company uses a risk-free rate based on the information available at commencement date in determining the present value of lease payments. The operating lease ROU asset also includes any lease payments made and excludes lease incentives. The Company's lease terms may include options to extend or terminate the lease when it is reasonably certain that they will exercise that option. Lease expense for lease payments is recognized on a straight-line basis over the lease term.

Variable lease costs are not included within the measurement of the lease liability as they are entirely variable and the difference between the portion captured within the lease liability and the actual cost will be expensed as incurred. Variable costs are contractually obligated and relate primarily to common area maintenance and real estate taxes that are passed on from the lessor in proportion of the space leased.

The Company's lease agreements do not contain any material residual value guarantees or material restrictive covenants.

The Company subleases a building to a third party. See Note 4.

In evaluating contracts to determine if they qualify as a lease, the Company considers factors such as if they have obtained substantially all of the rights to the underlying asset through exclusivity, if they can direct the use of the asset by making decisions about how and for what purpose the asset will be used and if the lessor has substantive substitution rights. This evaluation may require significant judgment.

**Reclassifications**
Certain items have been reclassified in the prior year financial statements to conform to the current year presentation. These changes had no impact on prior year net loss.

**Subsequent Events**
In preparing these financial statements, Tegra has evaluated events and transactions for potential recognition or disclosure through January 24, 2024, the date the financial statements were available to be issued.



TEGRA MEDICAL, LLC

NOTES TO FINANCIAL STATEMENTS

December 31, 2023 and 2022

## NOTE 2 - INVENTORIES

Inventories consist of the following:

| | December 31, 2023 | December 31, 2022 |
|---|---|---|
| Raw materials | $ 6,546,048 | $ 5,535,444 |
| Work-in-process | 10,714,016 | 12,957,606 |
| Finished goods | 1,016,602 | 1,146,338 |
| | 18,276,666 | 19,639,388 |
| Less provision for obsolete/slow-moving inventory | (2,499,690) | (2,356,972) |
| Inventories, net | $ 15,776,976 | $ 17,282,416 |

## NOTE 3 - PROPERTY AND EQUIPMENT

Property and equipment consist of the following:

| | December 31, 2023 | December 31, 2022 |
|---|---|---|
| Land | $ 4,244,000 | $ 4,244,000 |
| Building and improvements | 25,724,195 | 23,942,744 |
| Machinery and equipment | 51,007,600 | 49,186,070 |
| Office furniture and equipment | 648,269 | 587,342 |
| Computer equipment and software | 3,014,127 | 2,731,113 |
| Software licenses | 681,220 | 681,220 |
| Construction in progress | 7,596,899 | 4,939,303 |
| | 92,916,310 | 86,311,792 |
| Less accumulated depreciation | (42,414,538) | (39,747,654) |
| Property and equipment, net | $ 50,501,772 | $ 46,564,138 |

Construction in progress represents projects that are ongoing at year-end, as well as deposits on new equipment purchases. At December 31, 2023 and 2022, the Company had capital commitments for property and equipment of approximately $1,200,000 and $2,070,000, respectively.

## NOTE 4 - LEASES

The Company has operating lease agreements for buildings, office equipment, and vehicles expiring through 2027, some of which may include options to extend the lease term and some of which may include options to terminate the leases.

The components of lease expense were as follows for the year ended December 31:

| | 2023 | 2022 |
|---|---|---|
| Operating lease expense | $ 1,229,358 | $ 1,108,564 |
| Variable lease expense | 63,816 | 105,462 |
| Short-term lease expense | 30,265 | 36,875 |

Supplemental cash flow information related to leases was as follows for the year ended December 31:

| | 2023 | 2022 |
|---|---|---|
| Cash paid for amounts included in the measurement of lease liabilities: | | |
| Operating cash flows from operating leases | $ 1,289,817 | $ 1,148,363 |
| Right-of-use assets obtained in exchange for lease obligations: | | |
| Operating leases | $ 296,591 | $ 5,486,789 |





## NOTE 4 - LEASES - CONTINUED

Supplemental balance sheet information related to leases was as follows:

| | 2023 | 2022 |
|---|---|---|
| **Operating Leases** | | |
| Operating lease right-of-use assets | $ 3,607,243 | $ 4,460,870 |
| Current portion - operating lease liabilities | $ 1,209,662 | $ 1,117,472 |
| Noncurrent portion - operating lease liabilities | 2,824,449 | 3,830,725 |
| Total operating lease liabilities | $ 4,034,111 | $ 4,948,197 |
| **Weighted Average Remaining Lease Term** | | |
| Operating leases | 3.35 years | 4.33 years |
| **Weighted Average Discount Rate** | | |
| Operating leases | 1.79% | 1.68% |

Maturities of lease liabilities were as follows for the years ending December 31:

| | Operating Leases |
|---|---|
| 2024 | $ 1,268,702 |
| 2025 | 1,196,740 |
| 2026 | 1,132,502 |
| 2027 | 548,501 |
| Total lease payments | 4,146,445 |
| Less: imputed interest | (112,334) |
| Total | $ 4,034,111 |

## NOTE 4 - LEASES - CONTINUED

Tegra subleases its building at 9 Forge Parkway under a lease expiring on June 30, 2027. Sublease income of $1,018,171 and $275,621 was received for the years ended December 31, 2023 and 2022, respectively. Minimum future rental receivables under noncancellable operating subleases at December 31, are as follows:

| | |
|---|---|
| 2024 | $ 1,094,202 |
| 2025 | 1,115,130 |
| 2026 | 1,148,862 |
| 2027 | 588,966 |
| | $ 3,947,160 |

## NOTE 5 - NOTES PAYABLE, SFS GROUP USA, INC.

On November 30, 2016, Tegra-CTW Holdings, LLC entered into a loan agreement with SFS Acquisition Holding, Inc. in the amount of $69,676,000. Effective July 1, 2021, the payee of the note was changed to SFS Group, USA, Inc. as the result of a merger with SFS Acquisition Holding, Inc. Interest accrued on the outstanding balance is based on the six months LIBOR rate plus 0.75% (6.50% and 3.70% at December 31, 2023 and 2022, respectively), adjusted semi-annually. The terms of repayment are to be made in minimum amounts of $250,000, with no scheduled repayment dates. Over the course of the loan, the Company has borrowed additional funds to finance capital asset purchases, consolidated related party debts, and accrued interest. At December 31, 2023 and 2022, the outstanding balance was $90,429,614 and $91,029,260, respectively.

## NOTE 6 - INCOME TAXES

**Income Tax Benefit**
The provision for income taxes consists of the following components:

| | December 31, 2023 | December 31, 2022 |
|---|---|---|
| Current tax benefit - federal | $ (8,000) | $ (2,349,000) |
| Deferred income tax benefit - federal | (1,847,000) | (776,000) |
| Deferred income tax benefit - state | (1,431,000) | (258,000) |
| Income tax benefit | $ (3,286,000) | $ (3,383,000) |



TEGRA MEDICAL, LLC

NOTES TO FINANCIAL STATEMENTS

December 31, 2023 and 2022

## NOTE 6 - INCOME TAXES - CONTINUED

The following is a reconciliation of total income tax benefit as presented above compared to applying statutory rates to taxable income:

| | December 31, 2023 | December 31, 2022 |
|---|---|---|
| Tax benefit at statutory rates | $ (2,124,000) | $ (3,539,000) |
| Impact of state fixed asset valuation within deferred taxes to exclude federal bonus depreciation | (1,070,400) | - |
| Other effects | (91,600) | 156,000 |
| Income tax benefit | $ (3,286,000) | $ (3,383,000) |

**Deferred Income Taxes**
Deferred taxes relate primarily to differences between the basis of accounts receivable trade, inventories, property and equipment, goodwill, other intangible assets, and various accrued liabilities for financial and income tax reporting. Deferred tax assets and liabilities represent the future tax return consequences of the aforementioned items.

The net deferred taxes in the accompanying balance sheets include the following components:

<u>December 31, 2023:</u>

| | Federal | State | Total |
|---|---|---|---|
| Deferred tax assets | $ 3,834,000 | $ 1,002,000 | $ 4,836,000 |
| Deferred tax liabilities | (4,356,000) | (353,000) | (4,709,000) |
| | $ (522,000) | $ 649,000 | $ 127,000 |

<u>December 31, 2022:</u>

| | Federal | State | Total |
|---|---|---|---|
| Deferred tax assets | $ 2,591,000 | $ 855,000 | $ 3,446,000 |
| Deferred tax liabilities | (4,960,000) | (1,637,000) | (6,597,000) |
| | $ (2,369,000) | $ (782,000) | $ (3,151,000) |

In the opinion of management, a valuation allowance is not necessary against the deferred tax asset.

## NOTE 7 - RELATED PARTY TRANSACTIONS

There are transactions that occur between the Company and its related parties, Tegra Medical Costa Rica, S.A. and other SFS Group Companies in the normal course of business. These transactions and year-end balances are summarized as follows:

| | December 31, 2023 | December 31, 2022 |
|---|---|---|
| Transactions: | | |
| Management fees paid - SFS Group International AG | $ 660,050 | $ 779,308 |
| Management fees received - Tegra Medical Costa Rica, S.A. | 420,000 | 420,000 |
| Advances to Tegra Medical Costa Rica, S.A. | 4,462,841 | 6,987,500 |
| Net reimbursements for other services provided Tegra Medical Costa Rica, S.A. | (4,383,461) | (3,068,989) |
| Ending Balances: | | |
| Notes payable - SFS Group USA, Inc. | 90,429,614 | 91,029,260 |
| Accrued interest - SFS Group USA, Inc. | - | (1,684,041) |
| Related party receivable - Tegra Medical Costa Rica, S.A. | 15,285,351 | 14,785,971 |
| Related party interest receivable - Tegra Medical Costa Rica, S.A. | - | 131,301 |
| Related party payable - SFS Group International AG | (90,325) | (135,457) |
| Related party receivable - SFS Group USA, Inc. | 8,000 | 2,349,000 |
| Cash pooling receivable, SFS Group USA, Inc. | 10,566,141 | 1,994,594 |
| Accounts payable - other SFS Group Companies | (5,065,105) | (313,993) |
| Related party payable - SFS Group USA, Inc. | - | (113,257) |
| Interest expense, SFS Group USA, Inc. | (5,606,636) | (2,184,702) |
| Interest income, related parties | 1,204,156 | 261,212 |

The Company uses a centralized approach to cash management and financing of operations. Cash is managed centrally at the Parent company with net earnings reinvested and working capital requirements met from existing liquid funds. The Company's and Parent's cash was available for use and was regularly "swept" historically. The cash held at the Parent company was attributed to the Company for each of the years presented, and as such, cash was held in accounts legally owned by the Company. Interest bears a rate based on 1-Month SOFR plus a margin of 0.15%. Transfers of cash both to and from the Parent are included on the balance sheets in cash pooling receivable, SFS Group USA, Inc.



TEGRA MEDICAL, LLC

NOTES TO FINANCIAL STATEMENTS

December 31, 2023 and 2022

## NOTE 8 - BENEFIT PLAN

Tegra maintained a defined contribution plan under the provisions of Section 401(k) of the Internal Revenue Code that covered substantially all domestic salaried and hourly employees. U.S. employees were eligible to participate on the first day of the following month after the date of hire. Participants could elect to defer up to the maximum allowed under the Internal Revenue Code. Tegra had the option to make a matching contribution equal to a percentage of participant salary deferrals, and to make a discretionary profit sharing contribution. Participants are fully vested in their contributions to the plan. Tegra charged approximately $142,000 and $133,000 to expense related to matching contributions during the years ended December 31, 2023 and 2022, respectively. The 2023 contributions were the remaining contributions to close out the defined contribution plan.

On March 1, 2022, the Tegra Medical 401(k) Retirement Plan merged with the SFS Group USA 401(k) Plan. The SFS Group USA 401(k) Plan is a qualified Section 401(k) Retirement Plan in which all employees are eligible to participant. Employee participation is voluntary and participant contributions are deducted from pre-tax wages. Tegra's contribution under this plan was approximately $1,337,000 and $986,000 for the years ended December 31, 2023 and 2022, respectively.

## NOTE 9 - SELF-INSURED HEALTH INSURANCE PROGRAM

Effective January 1, 2022, Tegra maintains an employee medical benefits program to self-insure claims up to $175,000 per year for each covered individual and aggregate claims above approximately $6,696,083 for 2023 and $6,248,000 for 2022 (based on enrollment) and is covered by a stop-loss insurance policy. The Company pays all claims and stop-loss insurance premiums. The Company calculates an accrual ($969,500 and $67,385 at December 31, 2023 and 2022, respectively) based on historical benefit payments, which management believes is sufficient to cover estimated claims outstanding, including claims incurred but not yet paid.

## NOTE 10 - MAJOR CUSTOMER

During the years ended December 31, 2023 and 2022, Tegra had one customer that accounted for 14% ($16,548,000) and 10% ($10,249,000), respectively, of Tegra's revenue. Accounts receivable - trade from this customer amounted to approximately 27% (5,097,000) and 19% ($3,015,000) of accounts receivable - trade at December 31, 2023 and 2022, respectively.

**TEGRA MEDICAL, LLC**

**NOTES TO FINANCIAL STATEMENTS**

**December 31, 2023 and 2022**

## NOTE 11 - COMMITMENTS AND CONTINGENCIES

The Company is subject to a legal proceeding and claim arising in the ordinary course of business. The Company's management does not expect that the outcome of the legal proceeding will have a material adverse effect on the Company's financial condition, results of operations, or liquidity.

## NOTE 12 - ACCOUNTING PRONOUNCEMENT NOT YET IMPLEMENTED

In March 2020, the FASB issued ASU 2020-04, *Reference Rate Reform (Topic 848)*, as amended by ASU 2021-01 in January 2021, directly addressing the effects of reference rate reform on financial reporting as a result of the cessation of the publication of certain LIBOR rates beginning December 31, 2021, with complete elimination of the publication of the LIBOR rates by June 30, 2023. The guidance provides optional expedients and exceptions for applying GAAP to contracts, hedging relationships and other transactions affected by reference rate reform by virtue of referencing LIBOR or another reference rate expected to be discontinued. This guidance became effective on March 12, 2020 and can be adopted no later than December 31, 2024, with early adoption permitted. The Company is evaluating the impact this guidance will have on its financial statements.

# *Exhibit 2*

SFS

SFS Group AG
Annual Report

# Inventing success together

23

SFS

# Content

## Annual Report

**Management Review**

| | |
|---|---|
| SFS in brief | 4 |
| Key takeaways | 7 |
| Financial overview | 8 |
| Management Report | 9 |
| Strategy | 14 |

**Segment Report**

| | |
|---|---|
| Engineered Components | 18 |
| Fastening Systems | 22 |
| Distribution & Logistics | 26 |

**Sustainability Report**

| | |
|---|---|
| Energy and emissions | 31 |
| Sustainable solutions | 39 |
| Procurement | 42 |
| Employee promotion and engagement | 46 |
| Occupational health and safety | 54 |
| Compliance and due diligence | 58 |
| GRI content index | 64 |
| CO content index | 69 |
| About the Sustainability Report | 71 |

**Corporate Governance**

| | |
|---|---|
| Group structure and shareholders | 74 |
| Capital structure | 76 |
| Board of Directors | 78 |
| Group Executive Board | 89 |
| Compensation, shareholdings and loans | 97 |
| Shareholders' participation | 98 |
| Changes of control and defense measures | 99 |
| Auditing body | 100 |
| Information policy | 101 |
| Blocked periods | 102 |

**Compensation Report**

| | |
|---|---|
| Introduction | 104 |
| Principles of the compensation system | 105 |
| Determination process | 108 |
| Compensation in the financial year 2023 | 109 |
| Board of Directors' and Group Executive Board's shareholdings | 111 |
| Business activities of the members of the Board of Directors and Group Executive Board | 112 |
| Auditor's Report | 120 |

**Financial Report**

**Consolidated financial statements**

| | |
|---|---|
| Consolidated income statement | 123 |
| Consolidated balance sheet | 124 |
| Consolidated statement of changes in equity | 125 |
| Consolidated cash flow statement | 126 |
| Notes | 127 |
| Auditor's Report | 157 |

**Financial statements SFS Group AG**

| | |
|---|---|
| Balance sheet | 162 |
| Income statement | 163 |
| Notes | 164 |
| Proposed appropriation of retained earnings and the statutory capital reserve | 167 |
| Auditor's Report | 168 |

| | |
|---|---|
| **Information on the publication** | **171** |



SFS

# Annual Report

**Management Review**

| | |
|---|---|
| SFS in brief | 4 |
| Key takeaways | 7 |
| Financial overview | 8 |
| Management Report | 9 |
| Strategy | 14 |

**Segment Report**

| | |
|---|---|
| Engineered Components | 18 |
| Fastening Systems | 22 |
| Distribution & Logistics | 26 |



SFS

SFS in brief

# Value engineering specialist

**SFS is a worldwide leading supplier of precision components and assemblies, mechanical fastening systems, quality tools and procurement solutions. Positioned as value engineering specialist, SFS creates added value for its customers with tailored solutions for mission-critical end applications. SFS Group AG operates in the three segments Engineered Components, Fastening Systems and Distribution & Logistics, which represent the company's different business models.**

The history of SFS began in 1928 with a hardware store in Altstätten (Switzerland). The cornerstone was laid for the development of industrial activities in 1960 when the company set up its own screw manufacturing plant in Heerbrugg (Switzerland).

**Engineered Components segment**
In the Engineered Components (EC) segment, SFS partners with customers to develop and manufacture customer-specific precision components, assemblies and fastening solutions. EC comprises four divisions – Automotive, Electronics, Industrial and Medical – and distributes its products and services under the brands SFS, UNISTEEL and Tegra Medical.

**Fastening Systems segment**
The Fastening Systems (FS) segment consists of the Construction and Riveting divisions. These divisions develop, manufacture and market application-specific mechanical fastening systems under the SFS, GESIPA®, TFC, HECO® and other quality brands.

**Distribution & Logistics segment**
In the Distribution & Logistics (D&L) segment, SFS is a leading distribution partner in Europe for direct and indirect materials in the areas of quality tools, fasteners and other C-parts as well as procurement solutions for customers in industrial and construction sectors. The segment is made up of the D&L Switzerland and D&L International divisions, and distributes its products under its own strong brands SFS, Hoffmann, GARANT and HOLEX, as well as other leading manufacturer brands.

**Changes as of January 1, 2024**
The Industrial and Medical divisions (EC segment) have been merged within the Medical & Industrial Specials division since January 1, 2024. The Riveting division (FS segment) was also integrated into the Automotive and Medical & Industrial Specials divisions (EC segment) at the start of 2024. As a result, the FS segment's reporting will relate solely to the Construction division from the Half-Year Report 2024 onward.

**SFS Group**
The SFS Group is a global player with 140 manufacturing sites and distribution companies in 35 countries in North America, Europe and Asia. It generated third-party sales of CHF 3,090.8 million in the 2023 financial year with a workforce of approximately 13,200 (FTEs).

**At your side 24/7**
SFS is a reliable companion throughout your day, from early in the morning to late at night, seven days a week. Mostly unnoticed, since our precision components, fastening systems and quality tools are embedded in the successful products and processes of our customers, where they often fulfill mission-critical functions.

Your first contact with SFS products happens early in the morning when using your coffee machine or your smartphone. Even when driving to work or on a plane for a business trip, you are also surrounded by numerous SFS products: integrated into your car's safety systems such as seat belts, airbags and brake systems, they help to save your life in the event of an accident. At work, hard disc drives function smoothly thanks to our high-precision miniature components. SFS products can be found in many electronic lifestyle products, such as adventure cameras, smart watches and AR/VR solutions. You can also find our products in use in high-quality buildings, stadiums and airports. Quality tools play a pivotal role in industrial manufacturing, with one example of this being CNC machining. In the field of healthcare, our precision components in the form of bone screws, dental implants and surgical instruments make an important contribution toward improving your quality of life.




Video: 24/7 by your side

**Our value proposition: Creating sustainable added value for customers**
SFS components embedded into a customer's product or used in the production process often account for less than 1% of the total product cost. But the costs at the customer and arising from procurement, logistics and handling operations can be several times the actual cost of these products. That is why we are not primarily focusing on reducing our direct product costs and differentiating ourselves on price, but on optimizing our customers' overall product-related costs.



This approach generates significantly more cost-saving potential and allows us to create sustainable added value for our customers. Our value engineering model focuses on product design, the definition of manufacturing processes and leveraging the power of digitalization. The result: tailored products and intelligent solutions that increase the competitiveness of our customers. Hence, the SFS solutions lead to greater differentiation and strengthen collaborative partnerships.

**Worldwide presence**




With 140 manufacturing, warehouse and sales locations worldwide, SFS is strategically well positioned in respect of customer proximity. As a result, SFS and its customers benefit from superior supply reliability thanks to regional and robust supply chains.



## Key takeaways

# Progress made

**Strong growth, 2.1% of which organic**
Third-party sales in CHF million




**Reduction of Scope 1 and 2 emissions by −58.5%**
$CO_2$ emissions in metric tons/million value-added francs




**Profitability impacted by mix effects**
EBIT in % of net sales

**11.7**

**No improvement in accident rate**
Number of accidents per million hours worked

**4.0**

**First-time consolidation of Hoffmann for the full year**
Sales by end market/region in CHF million









## Financial overview

# Stable development

| Income statement in CHF million | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|
| Third-party sales | 3,090.8 | 2,746.1 | 1,893.1 | 1,704.9 | 1,781.4 |
| Change to previous year in % | 12.6 | 45.1 | 11.0 | –4.3 | 2.5 |
| thereof currency impact | –4.1 | –1.9 | –0.1 | –4.1 | –1.3 |
| thereof change in scope | 14.6 | 37.9 | 0.8 | 3.0 | 4.4 |
| thereof organic growth | 2.1 | 9.1 | 10.3 | –3.2 | –0.6 |
| Net sales | 3,073.0 | 2,738.7 | 1,697.3 | 1,707.1 | 1,782.1 |
| EBITDA | 486.0 | 448.1 | 407.1 | 327.6 | 331.7 |
| As a % of net sales | 15.8 | 16.4 | 21.5 | 19.2 | 18.6 |
| Operating profit (EBIT) | 358.6 | 330.3 | 301.7 | 227.4 | 236.3 |
| As a % of net sales | 11.7 | 12.1 | 15.9 | 13.3 | 13.3 |
| Operating profit (EBIT) adjusted[1] | 358.6 | 353.2 | 298.6 | 225.3 | 239.1 |
| As a % of net sales | 11.7 | 12.9 | 15.7 | 13.2 | 13.4 |
| Net income | 268.5 | 270.6 | 248.0 | 164.8 | 206.5 |
| As a % of net sales | 8.7 | 9.9 | 13.1 | 10.8 | 11.6 |
| **Balance sheet in CHF million** | | | | | |
| Assets | 2,546.8 | 2,574.2 | 1,839.1 | 1,684.1 | 1,638.6 |
| Net cash (+)/debt (–) | –445.3 | –477.7 | 279.1 | 144.3 | 68.7 |
| Average Capital Employed[2] | 1,758.9 | 1,557.6 | 1,143.6 | 1,134.0 | 1,134.9 |
| Invested Capital[2] | 3,339.5 | 3,290.9 | 2,194.0 | 2,149.5 | 2,153.2 |
| Equity | 1,375.7 | 1,303.6 | 1,450.4 | 1,278.2 | 1,237.2 |
| As a % of assets | 54.0 | 50.6 | 78.9 | 75.9 | 75.5 |
| **Cash flow statement in CHF million** | | | | | |
| Cash flow from operating activities | 313.4 | 287.9 | 324.5 | 296.4 | 277.6 |
| Purchase of property, plant, equipment and intangible assets | –174.0 | –171.0 | –121.7 | –104.1 | –116.7 |
| Acquisition (–)/Disposal (+) of subsidiaries, net of cash | –10.3 | –519.1 | –7.6 | –59.5 | –95.4 |
| **Employees** | | | | | |
| Full-time equivalents (FTE) | 13,198 | 13,262 | 10,509 | 10,692 | 10,571 |
| **Financial key ratios (unaudited)** | | | | | |
| ROCE in %[2] (Return on Capital Employed) | 20.4 | 22.7 | 26.1 | 19.9 | 21.1 |
| ROIC in %[2] (Return on Invested Capital) | 8.9 | 8.9 | 11.2 | 8.6 | 9.2 |
| **Share key ratios** | | | | | |
| Earnings per share in CHF | 6.84 | 6.95 | 6.51 | 4.90 | 5.47 |
| Payout per share in CHF[3] | 2.50 | 2.50 | 2.20 | 1.80 | 1.60 |
| Payout in CHF million | 97.3 | 97.2 | 82.0 | 67.5 | 67.5 |
| Payout ratio in %[4] | 36.6 | 36.4 | 33.6 | 36.7 | 32.9 |

[1]Adjustments are explained in the Information on the publication section
[2]Calculation of the key figure is shown in the Information on the publication section
[3]Proposed payout at SFS Group's Annual General Meeting on April 24, 2024
[4]Calculation is based on the net income attributable to shareholders of SFS Group AG

SFS

Management Report

# Well on track

**The SFS Group achieved a stable development despite a difficult economic environment. It met its defined financial targets, recording sales of CHF 3,090.8 million and an EBIT margin of 11.7%. The high level of investment in the realization of growth projects is proving to be worthwhile and focused. SFS also made further important progress in the area of sustainability and is set to meet its targets for education and training, as well as reducing $CO_2$ emissions.**



Thomas Oetterli, Chair of the Board of Directors



Jens Breu, CEO

Dear Shareholders

Geopolitical and macroeconomic developments had a major impact on our activities in 2023. Key leading economic indicators deteriorated considerably over the course of the year. Many customers reduced their inventories as a result of the normalization of supply chains after COVID-related disruptions, aggravating the situation further. Our course of business over the last 12 months reflect this through inconsistent results in the various end markets.

A strong result was achieved in the trading business with tools for customers in industrial manufacturing despite the slowdown in momentum in the second half of the year. In the construction industry, falling demand and high levels of inventory on the customer side led to a flattish development compared to the previous year. All year, the focus of our customers in the electrical and electronics industry – most of whom are domiciled in Asia – was on reducing the high levels of inventory. In some cases, they reduced the order volumes considerably. Fortunately, this had little effect on seasonal product ramp-ups in the second half of the year. Business in the automotive industry generated good growth. However, the continued appreciation of the Swiss franc put strong demands on our Swiss production sites and productivity-increasing measures were required in order to prevent further erosion of their profitability.



SFS

The SFS Group was still able to achieve a solid result thanks to its broad positioning across different end markets and regions. The considerable investment in the realization of growth projects proved to be effective and sustainable, while the continued integration and cooperation with the D&L International division was very positive.

In the financial year 2023, SFS generated robust organic growth of 2.1%. Third-party sales (sales) increased overall by 12.6% to CHF 3,090.8 million. Consolidation effects stemming from the inclusion of Hoffmann as of May 1, 2022, accounted for 14.6% sales growth. Strong currency effects negatively impacted the development by –4.1%. On a like-for-like basis, sales growth amounted to 0.8% year-over-year in the first half of the year and 3.2% in the second half.

**Profitability significantly impacted**
Consolidation and mix effects stemming from the inclusion of Hoffmann as of May 1, 2022, inconsistent utilization of production capacities in the Engineered Components segment, the occasionally higher cost base due to inflation, and the ongoing appreciation of the Swiss franc all had an impact on profitability. Operating profit (EBIT) came to CHF 358.6 million (PY CHF 330.3 million) and the resulting EBIT margin to 11.7% (PY 12.1%) in the period under review. At CHF 268.5 million (PY CHF 270.6 million), net income corresponds to 8.7% of net sales. The SFS Group achieved an operating free cash flow of CHF 139.4 million (PY CHF 116.9 million) in the financial year 2023.

Earnings per share (EPS) of CHF 6.84 (PY CHF 6.95) was burdened by tax effects. The equity ratio stood at 54.0% at the end of the year under review.

Growth-related expenditure on property, plant, equipment, hardware and software amounted to CHF 174.0 million (PY CHF 171.0 million) in the period under review. This was driven by the equipment of the new production facility in Heerbrugg (Switzerland), the expansion of the production platform in Nantong (China), the switch to S/4HANA (the new-generation ERP system) – which is progressing as planned – and a strong commitment to cybersecurity.

Expenditure on research and development amounted to CHF 60.8 million (PY CHF 53.1 million) and was charged in full to the income statement for the period.

SFS also made important progress in relation to the three areas of sustainability – environmental, social and governance (ESG) – in the year under review.

**Environment: Direct emissions reduced further**
Last year, SFS Group reduced its Scope 1 and 2 emissions by –7.6%, thereby moving one step closer to its target of reducing direct emissions by at least 90% relative to value creation by 2030. The Scope 3 emissions data basis was made more complete. In order to reinforce its emissions reduction targets, SFS committed itself to the "Science Based Targets initiative (SBTi)" and is thereby supporting the climate goals of the Paris Agreement. Owing to the overall energy situation, the energy mix in Switzerland was complemented with nuclear energy. As a result, the share of renewable electricity fell to 40.0% (PY 49.7%). With the installation of new photovoltaic systems in China and Switzerland, the share of self-generated renewable energy increased further in the year under review. Through systematic supplier assessments on environmental and social criteria, SFS is improving transparency in its supply chain.



SFS

**Social: Accident rate unchanged**
At 4.0, the number of accidents per million hours worked remained at the same level as in the previous year. However, there were variations between the individual segments. While the Engineered Components and Fastening Systems segments made good progress in reducing the accident rate, it went up in the D&L segment. With regard to "Training and Education", SFS firmly believes that they are extremely important and play a key role in the economy and society. At 5.1% in 2023 (PY 5.4%), the SFS Group was again on track to meet its long-term goal of 5–7% of permanent employees worldwide participating in dual-track education and training programs. Likewise, SFS continues to focus on "Diversity and Equal Opportunity". However, only some of the desired progress was made in improving the respective data basis in the year under review. We will be following a more targeted approach on this topic in the current year.

**Governance: High standards maintained, social engagement expanded**
The SFS Group met its compliance obligations in the year under review. We have no knowledge of any human rights violations within the company's sphere of influence that were committed. That also includes the topic of child labor. Two compliance audits were carried out; the results of both were positive and document the Code of Conduct's effective implementation. Once again, there were no confirmed cases of corruption in the year under review.

**Engineered Components (EC)**
The Engineered Components segment deftly used the seasonal ramp-up of components used in the area of Mobile Devices in the second half of 2023 to boost the results from the first half year. Demand in the segment's other end markets remained unchanged overall during the course of the year. Economic developments in Europe and the continued strengthening of the Swiss franc posed major challenges for the profitability of the Swiss locations; these challenges are being countered by extensive packages of measures. The segment generated sales of CHF 987.7 million (PY CHF 1,028.2 million). Operating profit (EBIT) came to CHF 104.2 million and resulted in an EBIT margin of 10.5% (PY 14.1%).

**Fastening Systems (FS)**
Fastening Systems achieved a reduced result in 2023 compared to the previous year. Over the course of the financial year, the segment was negatively impacted by a weakened market environment with occasionally high inventories across the entire value chain. In the USA, the Construction division expanded its market presence with three additional distribution locations. The segment generated sales of CHF 615.3 million (PY CHF CHF 644.9 million). Operating profit (EBIT) came to CHF 93.1 million, resulting in an EBIT margin of 14.9% (PY 17.7%).

**Distribution & Logistics (D&L)**
The Distribution & Logistics segment underwent an impressive development in the 2023 financial year. After a strong first half of the year, market demand deteriorated over the course of the year. This resulted in a decline in order intake, which was partially offset by the high order backlog. Both divisions continued a close exchange and benefited from the potential opened up by operational and strategic collaboration. The segment generated sales of CHF 1,487.8 million (PY CHF 1,073.0 million). Operating profit (EBIT) came to CHF 164.0 million, which was reflected in an EBIT margin of 11.1% (PY 7.4%).



SFS

**Organizational development to strengthen the customer focus**
To guarantee a strong customer focus and better leverage cross-selling potentials and both operational and application-oriented synergies, the Automotive and Industrial divisions were complemented with the respective end-market-specific business areas of the Riveting division. This change was implemented within the organization on January 1, 2024. Accordingly, the EC segment's reporting will present the results of the former Riveting division in the future. The growth and profitability targets of the EC and FS segments will remain unchanged.

To make better use of the potential offered between the Industrial and Medical divisions in terms of the technologies used, these two divisions were combined to form the Medical & Industrial Specials division as of January 1, 2024.




Structure of the SFS Group as of January 1, 2024

**Stable headcount**
As at December 31, 2023, the SFS Group had 13,198 employees (FTE) (PY 13,282). After a sharp rise in the previous year as a result of the transaction with Hoffmann, the number of employees remained stable.

**Potential risks evaluated**
The Group Executive Board and the Board of Directors regularly assess the main business risks to which SFS Group is exposed. A comprehensive risk assessment is conducted at least once a year in which the relevant risks are systematically classified according to the likelihood of occurrence and the severity of the potential consequences. Accordingly, potential risks and ways to contain them were also discussed during the year under review. The focus was on exposure to the global economic environment; currency fluctuations; geopolitical instabilities; how to deal with higher energy and raw material prices; data breaches and business interruptions due to cyberattacks; natural disasters; the impact of failing to meet the sustainability targets set; and increasing regulatory requirements in the area of supply chains and tax.

**Changes in the Group Executive Board**
Urs Langenauer took over from Alfred Schneider as Head of the Automotive division on January 1, 2024. The Board of Directors and the Group Executive Board would like to take this opportunity to thank Alfred Schneider for his farsighted approach when positioning the Automotive division as well as for his enormous, longstanding commitment to the SFS Group. Alfred will continue to support SFS on selected projects until his retirement on May 31, 2024.

Thomas Jung took over responsibility for the Construction division from Arthur Blank as of January 1, 2024, which meant that Thomas Jung also joined the Group Executive Board.

Arthur Blank is now responsible for Corporate HR and Communications. Claude Stadler left the Group Executive Board at the end of 2023 and assumed responsibility for his family's holding company. He will continue to represent SFS in selected external bodies and support the company in working on various projects. The Board of Directors and Group Executive Board

SFS

would like to thank Claude for his loyalty and all his successful efforts over many years in Corporate Services. They look forward to continuing to work together with him.

Susanne Jung left the company in fall 2023.

**Changes in the Board of Directors**
Shareholders elected Fabian Tschan to the Board of Directors at the Annual General Meeting on April 26, 2023. He replaced Bettina Stadler as part of the long-term succession plan set up by the family shareholders.

At the 2024 Annual General Meeting, the Board of Directors proposes that Tanja Birner, Senior Vice President Global Sales & Marketing at Siemens, be appointed as a new member. With her many years of experience in multi-divisional, international and listed industrial companies, the Board of Directors is confident she will be a valuable addition to the Board.

**Annual General Meeting and dividend**
The 31st Annual General Meeting of SFS Group AG will be held at Sportzentrum Aegeten in Widnau (Switzerland) on April 24, 2024.

The Sustainability Report now requires the approval of the Annual General Meeting.

In view of the robust earnings situation, the Board of Directors proposes that a dividend of CHF 2.50 (PY CHF 2.50) per share be distributed.

Further information will follow together with the invitation, which will be sent out in March 2024.

**Outlook for the financial year 2024**
The outlook continues to be shaped by considerable uncertainty as a result of economic and geopolitical developments. In this volatile environment, paired with low visibility, placing the highest possible focus on customers, pushing further ahead the innovation projects to generate future growth and ensuring efficient and profitable business processes take top priority. SFS wants to identify the chances and opportunities that go hand in hand with the current changes and, based on the communicated mid-term guidance, seize them in a systematic way.

For the financial year 2024, the SFS Group expects an EBIT margin around previous year level.

**Thank you**
We would like to offer our most sincere thanks to each and every one of our employees for their outstanding efforts in challenging conditions. Every day, we experience outstanding commitment, exceptionally strong team spirit and enormous passion for innovation.

Our thanks also goes out to our customers and other business partners. Our collaborative partnership with them and the trust they place in us lay the foundation for our work together to develop solutions that generate lasting added value.

We would also like to thank our shareholders for their trust in SFS and their loyal support, which lend our company stability.

Thomas Oetterli
Chair of the
Board of Directors

Jens Breu
CEO



SFS

Strategy

# Inventing success together

**Creating added value for our stakeholder groups and inventing success together in close partnership with our customers is our number one goal. A sustainable mindset and approach are key drivers of innovation that will help us reach that goal. We analyze our impact on the economy, environment and society and strive for continuous improvement. As a value engineering specialist, we develop sustainable solutions based on our employees' high levels of application and technology expertise.**

SFS has set itself the goal of holding a distinguished position in the development, manufacturing and distribution of application-critical precision components and assemblies, mechanical fastening systems, quality tools and procurement solutions. We embrace a systematic customer focus in everything we do. We strive to create added value for our customers by providing products and services across the entire value chain – from the initial design concept to timely delivery.

**Focus on megatrends**
To meet our customers' needs, we operate within clearly defined end markets and regions and focus on selected application areas that have strong underlying innovation and growth drivers. The megatrends relevant to SFS are:

- Digital revolution
- Innovation acceleration
- Economic globalization
- Evolving consumption
- Resource constraints
- Demographic asymmetries
- Growing global risks

These megatrends guide our decision-making and enable us to continuously enhance our expertise and develop both our customers' and our own internal processes.



SFS

**Examples of how we seized opportunities presented by the "digital revolution" and "innovation acceleration" megatrends during the period under review**

**1 SAP ERP strategy for 2030+**
As part of the ongoing integration of Hoffmann, the SFS Group reviewed the strategic alignment of the SAP ERP platform for the 2030+ period. To do so, a team was assembled with IT and business representatives from D&L Switzerland, D&L International and SAP Professional Services. The team's results laid the cornerstone for the ERP architecture that will be in place going forward. The new SAP S/4HANA platform, toward which the first steps were already taken in September 2022, is a perfect fit for that alignment and efforts to roll out the platform will continue as planned.

**2 Value Engineering Award – innovations recognized**
The motto of SFS's in-house Value Engineering Award is: "We create value – for customers and us". Teams that have successfully undertaken an innovation or improvement project can submit their project every year. Awards are presented to projects in these three categories:

- Best innovation realized
- Best digital innovation
- Best market introduction

In 2023, the "ESP Bushing" project from the Automotive division won the award for the best innovation realized. Here, the project team successfully switched the manufacturing process used for a high-volume part from machining to cold forming. To do so, the team developed a new type of cold forming process that factors in the strong forces that arise in the forming tool, making it possible to manufacture the precision component more efficiently, save resources and reduce costs.

**Strategic priorities**



Deliberate focus on our main strengths

**Stakeholder dialog as basis for reporting**
SFS conducted a stakeholder dialog in 2022 to update its list of material topics with the help of a double materiality analysis. The company's impact on the environment, society and the economy was analyzed with respect to these topics (inside-out) as well as how these topics impact SFS (outside-in). This dialog occurred within the scope of a preliminary online survey as well as two workshops and was both moderated and evaluated by the independent organization "engageability." The participants included employees, financial analysts, representatives of academic institutions and local authorities, members of the Group Executive Board and of the Board of Directors as well as representatives of customers and suppliers of the Distribution & Logistics segment. SFS conducts this kind of stakeholder dialog every two to three years, with involvement of the customers and suppliers of one of the three segments.



SFS

**Outcome of the double materiality analysis**
Based on the list of topics derived from the preliminary online survey, stakeholders at the workshops discussed which of those topics are most significant in terms of both SFS's impact on the environment, society and the economy as well as the significance of those topics to SFS. This resulted in the following list of most material topics, arranged in order of decreasing significance:

1. Energy consumption
2. Emissions
3. Training and Education
4. Sustainable solutions
5. Employee satisfaction and engagement
6. Occupational health and safety
7. Sustainability checks for suppliers
8. Material efficiency and waste
9. Resource and material procurement

**List of the material topics and their impact on SDGs and ESG dimensions**






**Energy and emissions**
GRI-302 – Energy
GRI-305 – Emissions

**Sustainable solutions**
GRI-301 – Materials

**Procurement**
GRI-308 – Supplier Environmental Assessment
GRI-414 – Supplier Social Assessment

**Employee promotion and engagement**
GRI-404 – Training and Education
GRI-405 – Diversity and Equal Opportunity

**Occupational health and safety**

*Not identified as material

During the discussions that followed, these topics were then grouped into focus topics and assigned to corresponding GRI Standards, not all of those GRI Standards were also classified as material. However, small groups were then assigned to one focus topic each, which they discussed in terms of their potential and actual positive and negative impacts on the environment, the economy and society, including human rights. The results produced by the individual small groups were presented in a plenary session and discussed again with all participants, who then used these findings to prioritize the impacts based on their materiality. "engageability" prepared all results, statements and open points and shared those with SFS and representatives from the stakeholder groups. The chart "List of the material topics and

SFS

their impact on SDGs and ESG dimensions" shows the results of the 2022 double materiality analysis. Any topics identified as "not material" but that are still important will be reported on in the corresponding subsections if they were relevant in the year under review. These most notably include social and anti-corruption topics.

**Clearly defined responsibilities**

**Board of Directors/Audit Committee**
→ Approves sustainability strategy and controls execution

**Group Executive Board**
→ Defines the sustainability strategy, sets the priorities and reviews the progress made

**Steering Team**
→ Coordinates implementation of the sustainability strategy, monitors progress and ensures that new regulatory requirements are complied with

**Reporting Team**
→ Creates the Sustainability Report, ensures participation in numerous ratings and questionnaires and monitors regulatory environment

**EHS Peer Group**
→ Implements sustainability initiatives relating to environment and occupational health and safety, ensures data collection at all relevant sites

**CSR Peer Group**
→ Makes current CSR activities visible and develops new social initiatives

Sustainability is an integral part of the company's business activities and impacts every level – from the Board of Directors as the highest governance body to the Group Executive Board to the individual divisions, sites and teams. The Group Executive Board defines the sustainability strategy, sets the priorities and checks the Group's progress in close cooperation with the Board of Directors and the Steering team. The Sustainability Report newly requires approval by the Annual General Meeting.



SFS

Segment Report – Engineered Components

# Challenging environment

**The Engineered Components (EC) segment deftly used the seasonal ramp-up of components used in the area of Mobile Devices in the second half of 2023 to boost the results from the first half year. Demand in the segment's other end markets remained unchanged overall during the course of the year. Economic developments in Europe and the continued strengthening of the Swiss franc posed major challenges for the profitability of the Swiss locations; these challenges are being countered by extensive packages of measures.**

Developments at the four divisions of the EC segment were mixed during the 2023 financial year. The Electronics division found itself faced with inventory reductions by major customers in Hard Disk Drives as well as lower consumer demand in Lifestyle Electronics. Demand in these applications had begun to cool down toward the end of 2022 and, as expected, this trend persisted throughout the entire 2023 financial year. In the Mobile Devices business area, the division achieved good results due to the customary seasonal ramp-up of a new generation of devices in the second half of the year. Based on stable demand, the Automotive division outgrew the market as a whole by far. We confirmed our strategic positioning as a development and supply partner in automotive applications with strong growth potential again in the 2023 financial year. The Medical division performed very well over the year as a whole, validating the progress made in recent years. Efforts to build the global production platform for medical devices progressed according to plan. In the Industrial division, Aircraft Components and plastic injection molded components reported good growth. The other industrial applications found themselves faced with reduced market demand.

The segment boosted its sales by 6.2% in the second half of the year compared to the first six-month period. This resulted in sales of CHF 987.7 million in the period under review, –3.9% compared to the previous year. Foreign currencies impacted the results by –5.3%.



SFS

| Key figures Engineered Components<br>in CHF million | 2023 | +/–% | 2022 | 2021 |
|---|---|---|---|---|
| Third-party sales | 987.7 | –3.9 | 1,028.2 | 975.2 |
| Sales growth comparable | | 1.4 | | |
| Net sales | 989.2 | –4.7 | 1,036.5 | 985.0 |
| EBITDA | 179.4 | –18.6 | 220.3 | 244.1 |
| As a % of net sales | 18.1 | | 21.2 | 24.8 |
| Operating profit (EBIT) | 104.2 | –28.7 | 146.2 | 168.2 |
| As a % of net sales | 10.5 | | 14.1 | 17.1 |
| Operating profit (EBIT) adjusted | 104.2 | –28.7 | 146.2 | 168.2 |
| As a % of net sales | 10.5 | | 14.1 | 17.1 |
| Average capital employed | 824.9 | 4.2 | 792.0 | 736.5 |
| Investments | 124.6 | –0.7 | 125.5 | 89.1 |
| Employees (FTE) | 6,529 | –1.4 | 6,620 | 7,008 |
| ROCE (%)[1] | 12.6 | | 18.5 | 22.8 |

[1] EBIT adjusted in % of average capital employed

**Implementation of investment projects proceeding according to plan**
Major strategic projects to create the additional capacity needed for growth proceeded according to plan.

- SFS has been successfully positioning itself as a development partner and supplier for customers from the automotive industry for years. Innovations are being driven by trends toward greater comfort, better safety and increased efficiency and, from a higher perspective, autonomous driving technology. The associated electrification of vehicles is a promising growth area that benefits SFS. One example of this is the production of precision components and assemblies for a new generation of electric brake systems. The ramp-up at the Heerbrugg (Switzerland) location – and other locations – is proceeding according to schedule. 18 new production machines were put into operation during the period under review.
- The first stage of the site expansion project in Nantong (China) was finished in fall 2023 and the second is nearing completion. The expansion will result in an approximately 70% increase in the size of the production area. This additional capacity is mainly being used for producing stamped precision components for the electronics industry and the utilization of that new capacity was already at a high level in the second half of the year. Other areas are being used by the Automotive, Industrial, Riveting and Medical divisions.
- In Pune (India), the Electronics division is now using a portion of the Automotive division's existing factory to manufacture miniature fasteners and other components for the electrical and electronics industry.
- Work continued on the expansion of manufacturing capacities for local medical device customers in Heredia (Costa Rica). Once the work has been completed, the production area will be twice as large as before. The location generated strong growth again in the financial year.



SFS



The stamping technology used to produce precision components at the Nantong location is becoming increasingly important.

**Profitability under pressure**
The segment's profitability was impacted strongly by mix effects, inconsistent utilization of production capacities, the occasionally higher cost base due to inflation as well as the ongoing appreciation of the Swiss franc. After hitting a low point in the first half of the year with an EBIT margin of 9.4%, an overall improvement in capacity utilization enabled the segment to increase its EBIT margin to 11.5% in the second half. This resulted in operating profit (EBIT) of CHF 104.2 million for the 2023 financial year as a whole, which corresponds to an EBIT margin of 10.5% (PY 14.1%).

**Measures to restore the competitiveness of the Automotive division in Switzerland**
Europe's automotive supplier industry suffered greatly as a result of inflation-related cost increases and, in Switzerland, the additional burden of the substantial appreciation of the Swiss franc. Despite the fact that capacity utilization in the Swiss production facilities of the Automotive division was good, these factors caused profits to decline considerably in the financial year just ended. A comprehensive package of measures was approved as of November 1, 2023, which is aimed at restoring the competitiveness of the activities in Switzerland. These measures included a hiring freeze, investment reviews, an increase in weekly working hours and a reduction of the annual vacation quota while members of management have waived a portion of their salaries. At the same time, SFS is intensifying its work on development projects in progress as well as projects aimed at boosting productivity. The measures are valid for twelve months and will be reviewed again after six months. The Group Executive Board is aware of the fact that these changes call for employees to make a large personal contribution.



### More quality of life thanks to sharp edges and tips

More than 500 million men worldwide are affected by an enlarged prostate. Tegra Medical manufactures critical components for a device used in the leading life-changing procedure for men with enlarged prostates.

To success story

**Organizational further development**
To guarantee a strong customer focus as well as to better leverage both cross-selling potential and operational and application-oriented synergies, the current Automotive and Industrial divisions were complemented with the end-market-specific business areas of the Riveting division as of January 1, 2024. Accordingly, the EC segment's reporting will include the results of the former Riveting division starting with the Half-Year Report 2024. The growth and profitability targets of the EC segment will remain unchanged.

To make better use of the potential offered between the Industrial and Medical divisions in terms of the technologies used, these two divisions were combined in the Medical & Industrial Specials division with effect from January 1, 2024. Walter Kobler, who had been heading up Industrial and Medical, will take charge of the newly created division. With this step, the organizational structure of the Group will also become leaner.

Alfred Schneider, who had been with SFS since 1987, stepped down from his roles as Head of the Automotive division and member of the Group Executive Board at the end of 2023. Urs Langenauer took over as Head of the Automotive division on January 1, 2024.



Segment Report – Fastening Systems

# Position defended

**Fastening Systems (FS) achieved a reduced result in 2023 compared to the previous year. Over the course of the financial year, the segment was negatively impacted by a weakened market environment with occasionally high inventories across the entire value chain. In the USA, the Construction division expanded its market presence with three additional distribution locations. The Riveting division was integrated into the organization of the EC segment with effect from January 1, 2024.**

While market demand in the first half of the year was stable, the construction industry cooled off in Europe and North America over the course of 2023. This was triggered by a downturn in key economic regions caused by high inflation and steadily rising interest rates. Supply chain bottlenecks from during the COVID-19 pandemic led to high inventory levels throughout the entire supply chain during the year under review. This resulted in more intense competition. In this challenging environment, the Construction division managed to nearly make up for the decline in orders for new construction projects through the sale of products for renovation of building envelopes. The attractive offering based on competent advice, a range of tailored products and services and a systematically high delivery capability enabled a competitive edge also in this changed economic environment.

The good growth seen in the second half of 2022 continued in the application area of riveting solutions for the automotive industry. The business continues to use its good positioning as a manufacturer of automation solutions to its advantage: Automated processing solutions – which are designed for industrial and large-scale productions and can be individually configured and installed in robot applications – meet the requirements of the automotive industry with respect to highly efficient and automated production processes in a targeted manner. However, demand in most areas where riveting solutions are used, including sustainability-driven applications such as heating and thermal technology, deteriorated over the course of the year.

Sales in the segment amounted to CHF 615.3 million in the period under review, which corresponds to a reduction of –4.6% compared to the previous year. Sales in the first half of the year were 15.9% higher than the figure for the second half of the year. In organic terms, a sales increase of 0.7% was achieved. Strong currency effects negatively impacted the development by –5.3%.



**Key figures Fastening Systems**

| in CHF million | 2023 | +/–% | 2022 | 2021 |
|---|---|---|---|---|
| Third-party sales | 615.3 | –4.6 | 674.9 | 574.9 |
| Sales growth comparable | | 0.7 | | |
| Net sales | 626.3 | –4.9 | 658.8 | 589.6 |
| EBITDA | 108.7 | –18.0 | 132.5 | 120.4 |
| As a % of net sales | 17.4 | | 20.1 | 20.4 |
| Operating profit (EBIT) | 93.1 | –19.9 | 116.3 | 102.3 |
| As a % of net sales | 14.9 | | 17.7 | 17.4 |
| Operating profit (EBIT) adjusted | 93.1 | –19.9 | 116.3 | 102.3 |
| As a % of net sales | 14.9 | | 17.7 | 17.4 |
| Average capital employed | 312.8 | 5.5 | 296.4 | 263.0 |
| Investments | 21.5 | 56.9 | 13.7 | 9.9 |
| Employees (FTE) | 2,450 | –4.4 | 2,564 | 2,510 |
| ROCE (%)[1] | 29.8 | | 39.2 | 38.9 |

[1] EBIT adjusted in % of average capital employed

**Efficient processes and prudent cost management**
Efficient processes and prudent cost and price management have enabled the segment to maintain a good profitability. The EBIT margin for the period under review amounts to 14.9%, which falls comfortably within the defined target range. In the second half of the year, the EBIT margin declined by 2.9 percentage points compared to the first half. This is mainly attributable to the deterioration in demand.



PV module mounting is a vital growth market for riveting solutions.



**Market presence in the US expanded**
On July 1, 2023, the Construction division acquired the fasteners business and other product lines of Connective Systems & Supply, Inc. (CSS), which is located in the region of Denver (USA). This geographical area is considered to be a major region of growth in the United States. The business generated sales of USD 15 million in 2022 with around 20 employees. In organizational terms, the business was incorporated into the Triangle Fastener Corporation (TFC) within the Construction division. CSS is maintaining its local presence and SFS has absorbed the entire workforce. The management team previously in place will remain in charge of both locations. TFC also opened an additional distribution location in San Antonio (USA).

With over 25 locations in the United States, TFC serves as a supplier of fastening systems and other products in the construction industry. TFC's expansion of its market presence represents a systematic continuation of its growth strategy through the establishment of new or acquisition of existing distribution locations.



The more than 25 locations of the Triangle Fastener Corporation (TFC) – with the three new locations added in financial year 2023 marked in red.

**Organizational further development**
The Riveting division, which specializes in applications related to riveting technology, mainly serves customers in the industrial manufacturing and automotive industries with its portfolio of blind rivets, nuts and processing tools. In most cases the same production processes are used as in the EC segment. To guarantee a strong customer focus and better leverage cross-selling potential as well as both operational and application-oriented synergies, the Automotive and Industrial divisions were complemented with the respective end-market-specific business areas of the Riveting division. This change was implemented within the organization on January 1, 2024. Accordingly, the EC segment's reporting will present the results of the former Riveting division starting with the Half-Year Report 2024 and the FS segment will report exclusively on the Construction division. The growth and profitability targets of the FS segment will remain unchanged.

Thomas Jung took over responsibility for the Construction division from Arthur Blank as of January 1, 2024. Thomas Jung also joined the Group Executive Board through his appointment as divisional head. He will continue to live in the United States. Arthur Blank, who has been with SFS since 1983, took charge of Corporate HR and Communications.



## Sustainable innovation in aquaculture

The partnership between SFS and Salmon Evolution lays a cornerstone for the future of aquaculture. Salmon Evolution sets a new benchmark for sustainable agriculture and innovation in the fish farming industry. SFS's solution ensures employees' safety when working in the rough maritime climate.

To success story



Segment Report – Distribution & Logistics

# Potential realized

**The Distribution & Logistics (D&L) segment underwent an impressive development in the 2023 financial year. After a strong first half of the year, market demand deteriorated over the course of the year. This resulted in a decline in order intake, which was partially offset by the high order backlog. Both divisions continued a close exchange and benefited from the potential opened up by operational and strategic collaboration.**

The comprehensive range of products and services and high level of material availability proved advantageous for the segment during the year under review. These factors enabled D&L to take advantage of the long-lasting positive market environment in industrial manufacturing to generate strong growth. The high order backlog partially offset demand, which deteriorated over the course of the year. Similarly, there was also a noticeable slowdown in demand from construction customers in Switzerland. All three regions – North America, Europe, and Asia – contributed to the good growth.

Segment sales amounted to CHF 1,487.8 million in the 2023 financial year. This corresponds to a year-on-year growth surge of 38.7%, which was mainly driven by consolidation effects of 37.3% that arose as a result of the inclusion of Hoffmann as of May 1, 2022, as well as the strong organic growth of 3.7%. Foreign currency effects amounted to –2.3%.



**Key figures Distribution & Logistics**
in CHF million

| | 2023 | +/-% | 2022 | 2021 |
|---|---|---|---|---|
| Third-party sales | 1,487.8 | 38.7 | 1,073.0 | 343.0 |
| Sales growth comparable | | 3.7 | | |
| Net sales | 1,477.8 | 38.4 | 1,067.4 | 347.9 |
| EBITDA | 193.7 | 92.7 | 100.5 | 37.7 |
| As a % of net sales | 13.1 | | 9.4 | 10.8 |
| Operating profit (EBIT) | 164.0 | 106.8 | 79.3 | 32.6 |
| As a % of net sales | 11.1 | | 7.4 | 9.4 |
| Operating profit (EBIT) adjusted[1] | 164.0 | 60.5 | 102.2 | 32.6 |
| As a % of net sales | 11.1 | | 9.6 | 9.4 |
| Average capital employed | 616.3 | –1.8 | 627.8 | 130.4 |
| Investments | 20.4 | 27.5 | 16.0 | 4.1 |
| Employees (FTE) | 3,789 | 2.3 | 3,704 | 606 |
| ROCE (%)[2] | 26.6 | | 16.3 | 25.0 |

[1] 2022 adjusted for amortization of inventory step-up related to purchase price allocation of the Hoffmann SE acquisition and first-time intra-segment profit elimination in inventory (Segment D&L) CHF 22.9 million.
[2] EBIT adjusted in % of average capital employed

**Efficient logistics are essential key to success**
Competent advice and high-performance logistics are critical for success in trading with quality tools, personal protective equipment (PPE), fastening systems and the complementary product ranges featuring architectural hardware and construction products. Broad product availability, short delivery times and high reliability of supply are important distinguishing features. The aim is to provide a high level of service as efficiently as possible. The segment made important headway in this regard during the year under review:

- Processes in LogisticCity, Europe's most high-performance logistics center in Nuremberg (Germany), were improved and strengthened. This has boosted process efficiency. Good sales growth in Europe also increased capacity utilization.
- Strategically important decisions were made and groundwork done during the period under review to enable D&L International to supply the customers of three European distribution partners directly from LogisticCity. This will provide the customers of those partner companies with the opportunity to reap the benefits offered by the modern tool logistics and excellent connection to logistics partners. As a result, some 10% more products will be shipped out from LogisticCity from the start of 2024 onward, with another 10% to follow in 2025. That will boost capacity utilization substantially in the years to come. The inventory of the distribution partners will be consolidated in the segment through this onboarding. D&L International will charge the partners a fee for all logistics services provided.



**Further increase in operating profit**
Strong sales growth, prudent cost and price management as well as the first-time consolidation of Hoffmann for a full year were pivotal in generating an operating profit (EBIT) of CHF 164.0 million. The segment boosted its EBIT margin to 11.1%.



Our eShop sfs.ch has been redesigned.

**Potentials of collaboration exploited**
Close, constructive dialog takes place between the two divisional teams as well as across the segments. Department and project managers learn from their colleagues' experiences and adopt established processes from one another. Major progress was made in tapping the early defined potential opened up by the collaboration and benefits are now being leveraged:

- Roadmap for evaluating and implementing shared, efficient processes and platforms for an optimized customer journey
- Roadmap for penetrating existing key accounts and high-potential customers with a complementary portfolio of mechanical fastening systems and electronic procurement solutions
- The supply chain of D&L Switzerland was optimized by using the procurement and logistics capacities of D&L International
- Joint IT projects were launched in the areas of cybersecurity and license management, for example; building on the defined IT strategy, D&L International began preparations for its migration to SAP's S/4HANA platform
- D&L International was successfully incorporated into the financial and sustainability reporting

SFS



### Schneiders-CNC goes digital

After rolling out GARANT Tool24 in 2019, Schneiders-CNC has now successfully implemented yet another product from the Hoffmann Group: Connected Manufacturing. This solution offers a multitude of advantages for Schneiders in the areas of digitalization and efficiency.

To success story



SFS

# Sustainability Report


| | |
|---|---|
| Energy and emissions | 31 |
| Sustainable solutions | 39 |
| Procurement | 42 |
| Employee promotion and engagement | 46 |
| Occupational health and safety | 54 |
| Compliance and due diligence | 58 |
| GRI content index | 64 |
| CO content index | 69 |
| About the Sustainability Report | 71 |




SFS

## Energy and emissions

# Progress made

**In 2023, SFS Group reduced its Scope 1 and 2 emissions by –7.6% in absolute terms. Compared to the 2020 reference year, the tons of $CO_2$equivalent per franc of value added has been reduced by –58.5%. That means SFS has moved another step closer to its target of reducing the intensity of direct greenhouse gas emissions by at least 90% by 2030. The Scope 3 emissions data were further completed. In order to reinforce its emissions reduction targets, SFS committed itself to the "Science Based Targets initiative" (SBTi) in the year under review. Due to the general energy situation, the electricity mix in Switzerland was supplemented with electricity from nuclear energy. As a result, the share of renewable energy fell to 40.0% (PY 49.7%).**

In the area of sustainability, climate and environmental protection is a top priority for SFS. We strive not only to use renewable energy and reduce air emissions as much as possible, but also to use and develop sustainable solutions and implement effective supply chain management. In the last materiality analysis in 2022, the following four topics from "Environment" were identified as material:

- Energy
- Emissions
- Sustainable solutions
- Procurement

We outline our position on other relevant topics from this field, such as use of water resources and the protection of biodiversity, in our sustainability guidelines. These topics are important to us, but were not identified by our stakeholders as material. For that reason, we are not currently reporting on them in detail.

While "Emissions" has already been classified as material in 2019, SFS included the topic of "Energy" on its list of material topics for the first time in 2022. In the light of the fact that, as a manufacturing company, we have high energy requirements and electricity consumption accounts for around 70% of Scope 1 and 2 emissions, it is understandable that stakeholders attach the highest priority to this topic. They believe that SFS Group has the greatest environmental impact in these two topics, which together form the focus topic "Energy & emissions". Conversely, energy costs and the availability of energy have a high impact on SFS's business activities. Continuously increasing our energy efficiency, using energy with the lowest level of emissions possible and increasing the share of self-produced renewable energy are therefore also in our own interest.



SFS

To that end, we are committed to the following goal in our sustainability guidelines: "We endeavor to use energy sustainably and are taking measures to reduce our energy consumption. We are looking for ways to obtain energy from sources that protect the environment. We have taken measures to reduce greenhouse gas emissions and maintain air quality in accordance with the respective statutory and local regulations."

As a leading technology company, SFS is not only committed to making its own processes as energy efficient, environmentally friendly and resource conserving as possible, but also to offering solutions that offer our customers long-term benefits. SFS Group takes the entire supply chain into account, which also helps its customers achieve their own goals.

The overarching principles of environmental management are enshrined in the "Policy on Quality, Environment, Occupational Health and Safety" and in the sustainability guidelines. Among other things, SFS undertakes to manufacture and/or offer all products and services in compliance with statutory and official requirements regarding environmental protection, safety and health.

Certification of the production sites in accordance with ISO 14001 (environmental management system) is part of the management approach and the comprehensive environmental management system and is aimed at continuously reducing the company's environmental impact. 12 additional locations were certified in accordance with ISO 14001 during the year under review. Overall, certification is currently being planned for another three locations.

The emissions management approaches and measures are presented annually to the Group Executive Board by the Group's Environment, Health and Safety (EHS) manager, with the targets then being reviewed and, if necessary, adjusted. That includes reviewing environmental performance: Among the things ISO 14001-certified locations report on is their progress in reducing $CO_2$ emissions.



## New ideas implemented in the realm of environment, health and safety

Environment, health and safety (EHS) is a fundamental component of SFS's sustainability strategy. In addition to Group-wide measures, the locations and divisions implement many projects from this realm in an effort to reduce their environmental impact, make the workplace safer for employees and better protect their health.

Link to success story

**Commitment to the "Science Based Targets initiative"**
SFS is using scientifically sound targets that are consistent with the requirements of the Paris Agreement in an effort to reduce its direct and indirect emissions along the entire value chain. To this end, it joined the "Science Based Targets initiative" in the year under review. By following a clearly defined path towards reducing our emissions, we are helping to minimize the impact of climate change. In order to ensure this, the Paris Agreement stipulates that global warming is to be limited to below 2° or 1.5° Celsius. Now, SFS Group has two years in which to further develop its emissions reduction targets and bring them into line with the SBTi criteria.

We are currently pursuing the goal of reducing direct $CO_2$ emissions (Scope 1 and 2) by ≥90% by 2030. This reduction target is based on 2020. Emissions savings are calculated based on the tons of $CO_2$ equivalent per franc of value added. By 2040, SFS also wants to reduce $CO_2$ emissions across the entire value chain (Scope 3) by at least 90%. SFS will keep these targets in future, but supplement them with short and long-term climate targets within the framework of the SBTi and have them validated within two years.



**Direct emissions further reduced**
Despite a marginal increase in absolute emissions in Scope 1 (1.0%), direct emissions were reduced by –4.6% on a like-for-like basis. The renewed increase in vehicle fuels can be attributed to the first-time consolidation of the Distribution & Logistics International division for a full year (PY: eight months): As a commercial enterprise with strong direct sales, Hoffmann has a large fleet of vehicles for its direct sales force. Consumption of heating oil and gas was reduced by –5.5% in the year under review through optimization of the company's performance and the associated efficiency gains, as well as the mild winter.

**GRI 305-1 Direct (Scope 1) GHG emissions**

| In metric tons of $CO_2e$ | 2023 | % | 2022 | 2021 | +/–% |
|---|---|---|---|---|---|
| ecoinvent | v3.1.0 | | v3.9.1 | v3.8 | – |
| **Scope 1** | **27,443** | – | **27,166** | **29,680** | **1.0%** |
| Scope 1 "like-for-like" | 25,917 | – | – | – | –4.6% |
| | | | | | |
| Car fuels/Fuels | 7,171 | 26.1% | 6,738 | 3,629 | 6.4% |
| Oil/Gas | 18,202 | 66.3% | 19,257 | 24,593 | –5.5% |
| Operating fluid | 2,070 | 7.5% | 1,170 | 1,458 | 76.9% |
| **Scope 1** | **27,443** | | **27,166** | **29,680** | **1.0%** |

The following overview shows the substances that have a significant impact on air quality. With a share of 73.7%, nitrogen oxides from combustion-related activities had the greatest impact on air quality in our Scope 1 emissions.

**GRI 305-7 Nitrogen oxides (NOx), sulfur oxides (SOx), and other significant air emissions**

| Scope 1 in kg | 2023 | % |
|---|---|---|
| Nitrogen Oxides (NOx) | 37,324 | 73.7% |
| Sulfur Oxides (SOx) | 1,041 | 0.7% |
| Fine Particulate Matter, 2.5 µm (PM2.5) | 2,045 | 19.6% |
| Coarse Particulate Matter, 10 µm (PM10) | 427 | 4.1% |
| Non-Methane Volatile Organic Compounds (NMVOC) | 1,438 | 1.0% |

We were able to further reduce Scope 2 emissions by –11.0% in 2023. Adjusted for the new emissions factors in the ecoinvent dataset (a switch from the ecoinvent v3.9.1 database to the v3.1.0 database) and taking into account the first-time consolidation of Hoffmann for a full year, the result is a total like-for-like reduction of –10.4%. The main driver of this improvement was the higher share of consumption taken by renewable energy in the Engineered Components and Fastening Systems segments. In China and Switzerland, SFS put new photovoltaic systems into operation and switched to 100% renewable electricity at its site in France.

**GRI 305-2 Energy indirect (Scope 2) GHG emissions**

| In metric tons of $CO_2e$ | 2023 | % | 2022 | 2021 | +/–% |
|---|---|---|---|---|---|
| ecoinvent | v3.1.0 | | v3.9.1 | v3.8 | – |
| **Scope 2** | **60,367** | – | **67,834** | **87,201** | **–11.0%** |
| Scope 2 "like-for-like" | 60,805 | – | – | – | –10.4% |
| | | | | | |
| Electricity | 60,362 | 100.0% | 67,828 | 87,195 | –11.0% |
| District heating | 5 | 0.07 | 6 | 6 | –14.1% |
| **Scope 2** | **60,367** | | **67,834** | **87,201** | **–11.0%** |

Taken together, absolute $CO_2$ emissions in Scope 1 and 2 declined by –7.6% in the year under review. Adjusted for the new emissions factors in the ecoinvent dataset (a switch from the ecoinvent v3.9.1 database to the v3.1.0 database) and taking into account the first-time consolidation of Hoffmann for a full year, the result is a total like-for-like reduction of –8.7%.



**Direct and indirect GHG emissions**

| In metric tons of $CO_2e$ | 2023 | +/–% | 2022 | 2021 |
|---|---|---|---|---|
| ecoinvent | v3.1.0 | | v3.9.1 | v3.8 |
| Scope 1 and 2 | 87,810 | –7.6% | 95,000 | 116,881 |
| Update emission factors (ecoinvent) | 459 | – | – | – |
| Adjustment scope of consolidation | –1,547 | – | – | – |
| **Scope 1 and 2 "like-for-like"** | **86,723** | **–8.7%** | **–** | **–** |

Compared to the previous year, we were able to reduce the intensity of greenhouse gas emissions measured in tons of $CO_2$ equivalents in relation to the value added francs generated by –19.6%. SFS Group has set itself the target of reducing this figure by at least 90% by 2030 compared to the 2020 reference year. With a reduction of –58.5% in total in the past four years, SFS is on the right track, but will have to take further measures in the future in order to further reduce its emissions consistently. The progress made on the greenhouse gas emissions intensity ratio can be attributed to the 16.2% reduction in absolute emissions on the one hand and the increase in value added due to the growth of the SFS Group on the other. Mix effects resulting from the consolidation of Hoffmann were also a factor.

**GRI 305-4 GHG emissions intensity**

| In metric tons of $CO_2e$ | 2023 | 2022 | 2021 | 2020 | +/–% 2020 |
|---|---|---|---|---|---|
| ecoinvent | v3.1.0 | v3.9.1 | v3.6 | v3.7.1 | |
| Scope 1 and 2 | 87,810 | 95,000 | 116,881 | 104,822 | –16.2% |
| Value-added francs in million (VA-CHF million) | 1,914 | 1,666 | 1,107 | 948 | 101.9% |
| **Scope 1 and 2/VA-CHF million** | **45.9** | **57.0** | **105.6** | **110.6** | **–58.5%** |

**Data basis for Scope 3 further improved**
With respect to Scope 3 emissions, which account for over 90% of total emissions, the data basis was improved further. The rise of 69.1% (PY 50.7%) was mainly a result of making the data basis more complete for the two categories "Purchased goods and services" and "Capital goods". As SFS is able to illustrate the Scope 3 categories "Use of sold products" and "End-of-life treatment of sold products" for the first time in 2024, we also expects another significant rise in Scope 3 emissions in the next reporting period. By 2040, we intend to reduce our $CO_2$ emissions across the entire value chain by at least 90%. SFS will define the reference year as soon as the data basis and quality offer sufficient planning certainty.

**GRI 305-3 Other indirect (Scope 3) GHG emissions**

| In metric tons of $CO_2e$ | 2023 | +/–% | 2022 | 2021 |
|---|---|---|---|---|
| ecoinvent | v3.1.0 | | v3.9.1 | v3.8 |
| Purchased goods and services | 879,138 | 72.4% | 509,988 | 331,965 |
| Capital goods | 53,509 | 2,076.8% | 2,458 | 1,098 |
| Fuel and energy-related activities (not included in Scope 1 or 2) | 32,146 | 7.1% | 30,013 | 21,224 |
| Upstream transport and distribution | 31,956 | 3,762.7% | 827 | 3,174 |
| Waste generated in operations | 8,120 | –61.8% | 21,249 | 9,516 |
| Business travel | 1,467 | 9.8% | 1,335 | 100 |
| Employee commuting | 21,691 | 4.2% | 20,810 | 37,524 |
| Downstream transport and distribution | 20,250 | –38.7% | 33,047 | 6,646 |
| Use of sold products* | – | – | – | – |
| End-of-life treatment of sold products* | – | – | – | – |
| Other (upstream) | 535 | 16.8% | 458 | 171 |
| **Scope 3** | **1,048,811** | **69.1%** | **620,185** | **411,417** |

*Data for this category is not available at this time. Future reporting periods will include emissions values for this category.



**Setback owing to change in energy mix**
Developments in 2022, which brought enormous increases in energy prices in some regions and the threat of supply bottlenecks, have confirmed that SFS Group – with its focus on renewable energies as well as the expansion of its in-house power generation – is on the right track. This not only strengthens our independence from energy suppliers and increases operational reliability, but also reduces energy costs, which are repeatedly subject to high fluctuations. Because of the general energy situation, SFS decided in the year under review to temporarily adjust the energy mix in Switzerland and buy electricity from nuclear energy in addition to energy from renewable sources. As a result, we encountered a setback in respect of our target of obtaining at least 50% of our electricity from renewable energy sources by 2025. The $CO_2$ equivalents for Scope 1 and 2 are not affected by the adjustment of the energy mix, which is a top priority for us with regard to the most urgent challenge – reducing the effects of climate change. SFS will continue to focus on the topic of energy efficiency as well as the use of renewable or emission-neutral sources of energy, particularly at production-intensive sites, and is confident that it will be able to switch the energy mix in Switzerland back to 100% renewable electricity in the coming years.

**GRI 302-1 Energy consumption within the organization**

| Scope 1 and 2 in MWh | 2023 | +/–% | 2022 | 2021 |
|---|---|---|---|---|
| **Total Electricity** | **215,006** | **–1.8%** | **219,024** | **203,381** |
| renewable in % | 40.0% | –9.7 pp | 49.7% | 37.7% |
| Purchased electricity | 202,563 | –3.2% | 209,216 | 198,252 |
| renewable in % | 36.2% | –11.2 pp | 47.4% | 36.1% |
| Self-generated electricity | 12,444 | 26.9% | 9,807 | 5,129 |
| renewable in % | 99.3% | –0.5 pp | 99.8% | 100.0% |
| **Purchased heat** | **352** | **0.2%** | **352** | **383** |
| renewable in % | 100.0% | 0.0 pp | 100.0% | 100.0% |
| **Total fuel** | **118,626** | **–0.5%** | **119,163** | **112,791** |
| renewable in % | 3.9% | 2.4 pp | 1.5% | 0.1% |
| Natural gas | 83,115 | –2.8% | 85,479 | 89,762 |
| Heating oil | 1,700 | –39.8% | 2,824 | 608 |
| Methanol | 3,823 | –23.7% | 5,012 | 5,201 |
| Propane | 4,150 | 166.1% | 1,560 | 4,021 |
| Diesel | 22,092 | 7.6% | 20,527 | 10,547 |
| Petrol | 3,746 | –0.4% | 3,761 | 2,653 |
| **Total Energy** | **333,984** | **–1.3%** | **338,539** | **316,555** |
| renewable in % | 27.1% | –5.7 pp | 32.8% | 24.4% |

**Expansion of self-produced renewable energy**
SFS is aware that purchasing renewable energy alone will not be enough to sufficiently limit negative impacts on the climate. By expanding our own electricity production, we want to fulfill our responsibility towards the environment and society and strengthen our autonomy. Again we increased the share of self-generated electricity in the year under review and installed two new photovoltaic systems. The new installation in Tianjin (China) had already been installed at the end of 2022 and went live at the beginning of 2023. It produces 1,300 MWh of renewable electricity per year, or around 10% of the site's electricity requirements. A new photovoltaic installation covering an area of 4,135 m2 was also installed in Rebstein (Switzerland). This new installation went live in November 2023 and will enable the location to meet around 50% of its electricity requirements with an installed capacity of 800 MWh per year. In total, we increased the share of self-generated electricity groupwide by 26.9% compared with the previous year.

SFS

**Wind turbine being planned to supplement solar power**
To supplement the existing large-scale photovoltaic installation in Heerbrugg (Switzerland), a wind turbine is to be built on SFS's premises. This turbine should generate 5 GWh of electricity per year, which is roughly equivalent to the consumption of 1,300 households. A wind measurement mast that supplied important information for the specification of the project during a one-year measurement campaign was dismantled in August 2023. Wind measurements and environmental studies have gone well so far. The dismantling of the mast brought the measurement campaign and the feasibility study as a whole to an end. The data collected was evaluated and the feasibility study subsequently submitted to the cantonal authorities. SFS expects to be able to erect the turbine in 2025 once the approval process has been completed. The project's original timeline will be delayed by around one year as a result. In March 2024, SFS will provide information to interested stakeholders at an event being held to report on how the project is going. Further information on the planned wind turbine can be found at RhintlWind.ch (website only in German).



Visualization of the planned wind turbine

**Energy intensity reduced considerably**
Compared to the reference year, we were able to reduce energy intensity, i.e. absolute energy consumption in relation to value added, by –39.0%. This pleasing development can be attributed firstly to sustained efforts to make sparing, efficient use of energy. Secondly, the consolidation of the Hoffmann SE – which, as a commercial enterprise, has a lower energy intensity – for a full year also had a positive impact on this key indicator.

SFS's power consumption rose by 21.3% in this period. This is mainly attributable to the company's remarkable growth during this time. While the consumption of purchased heat was reduced by –14.9%, fuel consumption rose considerably. The increased consumption of fossil fuels over the reference year is partly attributable to a baseline effect, however, which was caused by pandemic-related restrictions in 2020 and led to figures that were lower than usual.

**GRI 302-3 Energy intensity**

| Scope 1 and 2 in MWh | 2023 | 2022 | 2021 | 2020 | +/–% 2020 |
|---|---|---|---|---|---|
| Electricity | 215,006 | 219,024 | 203,381 | 177,200 | 21.3% |
| Purchased heat | 352 | 352 | 383 | 414 | –14.9% |
| Fuel | 118,626 | 119,163 | 112,791 | 93,343 | 27.1% |
| **Energy total** | **333,984** | **338,539** | **316,555** | **270,957** | **23.3%** |
| Value-added francs in million (VA–CHF million) | 1,914 | 1,666 | 1,107 | 948 | 101.9% |
| **Energy total/VA–CHF million** | **174.5** | **203.2** | **286.0** | **285.9** | **–39.0%** |



SFS

**Supply chain has considerable impact on energy consumption**
At 3.1 TWh, "Purchased goods and services" accounted for about 80% of energy consumption in Scope 3. This illustrates the supply chain's considerable impact on overall energy consumption. The sharp rise in energy consumption in this category can chiefly be attributed to more precise calculation methods for finished goods from the D&L segment. This segment alone accounts for around 47% of total consumption.

The reason for the high energy consumption in the "Capital goods" category in comparison to the previous year is more comprehensive data collection: Whereas in 2022 we only used data regarding our fleet of vehicles, we were able to include all other goods in the year under review – for example machines, production equipment and buildings.

The category "Downstream transport and sales" was shown separately for the first time in the year under review. Some of the energy consumption previously shown in the category "Upstream transport and sales" has now been correctly assigned to the category "Downstream transport and sales".

The reduction in energy consumption of –72.2% in the category "Waste generated in operations" can be put down to more accurate reporting, as well as a more efficient circular economy system. Waste utilized to recover energy is not included in this category.

**GRI 302-2 Energy consumption outside of the organization**

| Scope 3 in MWh | 2023 | +/–% | 2022 |
|---|---|---|---|
| Purchased goods and services | 3,074,771 | 64.5% | 1,869,381 |
| Capital goods | 152,957 | 1,775.2% | 8,157 |
| Fuel and energy-related activities (not included in Scope 1 or Scope 2) | 341,421 | 26.9% | 269,041 |
| Upstream transport and distribution | 62,349 | –52.4% | 130,929 |
| Waste generated in operations | 7,905 | –72.2% | 28,389 |
| Business travel | 5,366 | 10.7% | 4,846 |
| Employee commuting | 76,302 | 2.4% | 76,483 |
| Downstream transport and distribution | 75,459 | – | – |
| Use of sold products* | – | – | – |
| End-of-life treatment of sold products* | – | – | – |
| Other (upstream) | 3,166 | 12.5% | 2,815 |
| **Total** | **3,801,696** | **59.1%** | **2,390,040** |

*Data for this category is not available at this time. Future reporting periods will include emissions values for this category.



SFS

## Sustainable solutions

# Create added value

**SFS's value engineering approach helps develop ideas and solutions that create sustainable added value for the stakeholder groups – in economic, ecological and social terms. With a focus on the conscious use of raw materials, conscientious waste management and recycling as well as energy-efficient product design, the following products and changes during the year under review were implemented: Recyclable fully stainless steel fasteners, biodegradable centering sleeves for fastening facade panels as well as the next generation of GAV blind riveters with increased energy efficiency.**

All stakeholders involved in the double materiality analysis identified the topic of "Sustainable solutions" as material. Customers, in particular, assigned a high rating to the impact of sustainable solutions on people and the environment. Their focus was mainly on the materials used, their recyclability and the products' energy consumption when used by customers.

SFS strives to provide products and services that have economic, environmental and social utility factored in throughout their entire life cycle – thereby creating added value for all stakeholder groups. To that end, we are committed to these guidelines:

- **Conscious use of raw materials**
  We are aware of the value of raw materials and ensure that we minimize our consumption of those materials when designing products and processes. Using the cold forming process – one of our core technologies – helps us to achieve significant material savings compared to machining.
- **Focused waste management and recycling**
  We avoid waste and ensure its proper disposal. Wherever possible, we use recycled materials and return materials that are no longer in use to a recycling management system.
- **Energy-efficient product design**
  Ensuring that our products are energy-efficient in use takes top priority during the design phase. That applies both to machines' and devices' consumption of power and compressed air as well as to the application-optimized design of components.

**Improved dataset for greater transparency**
SFS introduced additional processes for collecting relevant data in 2023 to enable the Group to implement these principles for new and existing solutions. These efforts were aimed at improving transparency regarding the use and efficiency of materials, the type and amount of waste generated and increasing the percentage of recycled materials.



SFS

The material topic of "Sustainable solutions" is presented and measured using the GRI Standard "Materials" (please refer to the table GRI 301-1 entitled "Materials used by weight or volume"). While the GRI Standard "Waste", which was also allocated to this topic, was classified by stakeholders as important, they did not classify it as a priority. As a result, the current report does not elaborate on this GRI Standard in any great detail.

**GRI 301-1 Materials used by weight or volume**

| In tons | 2023 | +/– in pp | 2022 |
|---|---|---|---|
| Raw Materials (e.g. ores, minerals, wood) | 7[illegible],737 | | 77,276 |
| Renewable materials used in % | 0.3% | –0.5 pp | 0.8% |
| Associated Process Materials (e.g. Lubricants) | 3,908 | | 4,412 |
| Renewable materials used in % | 0.0% | 0.0 pp | 0.0% |
| Semi-manufactured Goods or Parts | 15,822 | | 9,509 |
| Renewable materials used in % | 0.3% | –0.5 pp | 0.8% |
| Packaging Materials (e.g. paper, cardboard, plastics) | 6,642 | | 8,251 |
| Renewable materials used in % | 91.9% | –1.9 pp | 93.8% |
| Trading Goods | 62,095 | | 73,032 |
| Renewable materials used in % | 1.0% | 1.0 pp | 0.0% |
| **Total** | **162,205** | | **172,480** |
| Renewable materials used in % | 5.5% | 0.6 pp | 4.9% |

Around 80% of the materials used at SFS come from the categories of raw materials (primarily steel) and finished goods. Due to the large volumes used, these are also the two categories where we would like to systematically increase the percentage of recycled materials.

**Creating sustainable added value for stakeholder groups**
SFS components embedded into a customer's product or used in the production process often account for less than 1% of the total product cost. However, the expenses that a customer incurs in connection with procurement, logistics and handling operations can be several times the actual cost of these products. As a result, our primary focus isn't on reducing our direct product costs and differentiating ourselves through price, but on increasing the product's total utility for our customers and stakeholders with respect to economic, ecological and social aspects.

This perspective taps considerably higher savings potential in terms of energy, the use of material and costs while also enabling us to create sustainable value added for all stakeholder groups. Our value engineering model focuses on product design, the definition of manufacturing processes and leveraging the power of digitalization. The result: tailored products and intelligent solutions that boost our customers' competitiveness. SFS solutions result in greater differentiation as a result and strengthen collaborative partnerships. SFS implemented the following "Sustainable solutions" during the year under review:

**Recyclable fully stainless steel fasteners with a smaller carbon footprint**
Conserving resources and avoiding waste: Recyclability is a key factor in the circular economy and a dominant topic in the construction industry. What our customers want: Modern-day buildings – down to the tiniest detail – need to be deconstructable. Since material combinations throw a wrench into the recycling process, they should be avoided. SFS became the pioneer of rust-free fastening when it developed the first stainless steel drill screw in the late 1970s. The tip of the drill screw, however, was always made of carbon steel. After several years of development work, SFS has now succeeded in launching a fully stainless steel fastener for steel applications. This innovation represents the the next technological leap forward. While the new solutions are on a par with their corresponding bi-metal fasteners, they offer one decisive advantage as mono-metal solutions: They are easier to recycle and also rust-free. This also reduces the resources required during the production process. Consequently, producing a new mono-metal fastener takes around four times less energy as in the past, which improves the product's carbon footprint considerably.

**Biodegradable centering sleeves for fastening facade panels**
The patented "Center Point System" is an all-in-one solution that simplifies panel installation on rear-ventilated curtain-wall facades. The system consists of a self-drilling screw and a special centering sleeve made of plastic that breaks apart during use, generating waste in the process. This fastening solution was refined during the year under review and adapted to meet customers' need for greater sustainability: We can now manufacture the centering sleeve, which serves as an installation aid for perfectly positioning the fastener, using a 100% biodegradable material. This sustainable solution was developed with the goal of preventing the use of non-renewable resources and plastic waste. A challenge that SFS's value creators mastered with the help of a material used for applications such as funerary urns.



The centering sleeve, which serves as an installation aid for perfectly positioning the fastener, is made of biodegradable material.

**New blind riveters featuring improved energy efficiency**
Automated blind rivet processing is particularly suitable for industrial use in large-scale production. Here, the setting devices are adapted to meet customers' individual requirements and can easily be integrated into robot applications or operated by employees if configured accordingly.

The experts at GESIPA® enhanced the existing technology during the past year to make better use of the compressed air required during the process. In the past, only around 15% of the electrical energy used was actually available as useful energy in the form of compressed air – which is normal for conventional compressed air systems. SFS made numerous modifications to the system and, in doing so, succeeded both in improving this figure and in making the application more sustainable. The new blind riveters use up to 24% less compressed air while still performing at the same high level. Greater flexibility is another advance: The tube package was extended from 5 m to up to 8 m to enable a larger working radius.



Procurement

# Supply chain in focus

**SFS has sharpened its focus on supply chain management in order to comply with its due diligence more consistently: Through systematic supplier assessments on ecological and social criteria as well as the introduction of a separate Supplier Code of Conduct, SFS is striving to improve transparency and traceability in its supply chain. These efforts are aimed in part at enabling the Group to measure all upstream Scope 3 emissions more accurately going forward and reduce them in the long term.**

The focus topic "Procurement" is gaining importance for several reasons. Not only do increasing regulatory requirements call for systematic sustainability management along the entire supply chain, but this is also crucial for identifying and reducing Scope 3 emissions, which account for the largest share of emissions at SFS. The decisions we make with respect to procurement have major impacts – from both a social and an environmental perspective. Conversely, suppliers and their activities also impact SFS's environmental footprint and ethical integrity. In the materiality analysis workshops, this topic was therefore classified as one of the most important issues. It includes two GRI Standards: "Supplier Environmental Assessment" and "Supplier Social Assessment". The standard "Procurement Practices" also falls under the topic but stakeholders did not classify it as material.

**Procurement practices in line with clear guidelines**
We use our procurement practices to reduce negative consequences in the supply chain and reinforce positive consequences. This includes compliance with and respect for human rights, the ban on child labor and the responsible procurement and processing of minerals and metals from areas of conflict. We also expect our suppliers to conduct themselves in accordance with both our principles and the Supplier Code of Conduct. Moreover, suppliers – in all business activities within their own sphere of influence – are expected to work toward ensuring that their business partners and suppliers acknowledge these principles as well.



In this context, SFS has formulated the following principles, which will be binding for all suppliers and business partners from 2024 onward and form part of the Supplier Code of Conduct:

- "We expect our suppliers to comply with the principles of the Code of Conduct and refrain from committing or being involved in any human rights violations."
- "We expect our suppliers to comply with the minimum age defined by the International Labour Organization (ILO) and heed the respective state permits for employment."
- "Our suppliers shall make a reasonable effort to avoid the use of raw materials in any of their products that come from areas of conflict or risk and that could contribute to human rights violations, corruption, the financing of armed groups or other negative impacts of this nature."

**Local-for-local: The implementation of our procurement practices**
In keeping with our "local-for-local" strategy, SFS is steadily expanding its global development and production platform. This helps stakeholder groups benefit from superior supply reliability thanks to short, robust, environmentally sustainable and traceable supply chains.



Our procurement practices follow clear guidelines.

SFS's supplier network, including Hoffmann, currently comprises around 11,700 organizations (PY: 11,500) that are domiciled and have operations in North America, Europe and Asia. The (raw) materials purchased can be broken down into the following main product groups:

- WOM (wire and other materials): 13.8% (PY: 16.3%)
- FC (finished components): 70.1% (PY: 63.5%)
- OCE (oil, chemistry, energy): 1.6% (PY: 2.2%)
- Tools: 1.9% (PY: 2.8%)
- ME (machines and equipment): 4.4% (PY: 5.7%)
- PACK (packing material): 1.2% (PY: 1.2%)
- SP (service providers): 7.0% (PY: 8.3%)



Global procurement amounted to more than CHF 1.5 billion in the year under review (PY: more than CHF 1.4 billion), with the procured goods stemming from the following three regions:

- Europe 77.9% (PY: 66.1%)
- Asia 14.7% (PY: 23.4%)
- America 7.4% (PY: 10.5%)

The first shifts attributable to the first-time consolidation of Hoffmann for a full year were seen in 2023 in both the main product groups (shift from WOM to FC) as well as the global procurement volume (shift from Asia toward Europe).

**Gradual improvement of systematic supply chain management**
New legal requirements entered into force in 2023 with the counterproposal to the Responsible Business Initiative (VSoTr) in Switzerland as well as the new Act on Corporate Due Diligence Obligations in Supply Chains (Lieferkettensorgfaltspflichtengesetz, LkSG) in Germany. We additionally decided to implement a software solution to comply with these and systematically enforce our procurement-related sustainability strategy and goals. This solution perfectly complements our current risk management and helps us fulfill our due diligence obligations with the following instruments:

- Anonymous reporting procedure with internal and external access
- On-site supplier audits, carried out by the Group and/or by an external audit firm, including corresponding documentation
- Application of recognized standards and certification systems such as ISO 14001 and ISO 45001, for example
- Regular consultation of experts and specialist literature
- Cooperation with authorities, international organizations, business partners and other stakeholder groups

The new software solution helps improve transparency in our supply chains and ensure the traceability of individual raw materials. Going forward, this solution combined with an online analytics platform will enable us to:

- evaluate the sustainability status of our supply chains based on country- and sector-specific risks as well as self-disclosures and the analysis of critical news
- identify critical suppliers and potential opportunities and risks in our supply chains
- organize and document preventive and corrective measures to improve our suppliers' performance with respect to sustainability
- share important information with our suppliers and ensure regular communication on topics such as our joint target agreement
- measure key figures and/or defined indicators related to supply chain management

**Supplier assessment results**
Our supplier assessment takes social and ecological criteria into consideration and covered the following key topics during the year under review:

- Environmental protection
- Human and labor rights
- Occupational safety
- Responsibility in the supply chain
- Conflict minerals
- Cybersecurity
- Anti-corruption and anti-bribery

SFS

The assessment is based on the self-declaration principle and carried out by means of standardized questionnaires. During the year under review, SFS examined a total of 3,821 suppliers and invited them to participate in the sustainability assessment. The response rate was at around 55% at the end of the reporting period. An analysis of the sustainability monitoring revealed that 96% of the suppliers examined did not report any critical news during the year under review.

The results of the environmental and social assessment of suppliers can be summarized as follows:

- 39% (69/176) of the suppliers added to the list in the year under review were screened based on environmental and social criteria (GRI 308-1 and GRI 414-1).
- 1,873 suppliers were screened for negative environmental impacts. Of these, 1,357 suppliers were revealed as being compliant with the rules or safe in terms of their environmental impact in the supply chain.
- At the end of the year under review, 516 suppliers were suspected of having potentially negative environmental impacts (GRI 308-2).
- A total of 1,805 suppliers were assessed in terms of their social impacts in the supply chain. Of these, 1,420 suppliers were revealed as being non-critical in terms of their social impact in the supply chain.
- At the end of the year under review, 385 suppliers were suspected of having potentially negative social impacts (GRI 414-2).

**Supplier management outlook**
SFS launched a supply chain monitoring initiative in 2023 and is currently still in the start-up phase of that initiative. Our goal is to survey around 85% of all strategic direct suppliers in 2024.

Strategic suppliers have an enormous impact on SFS's performance contribution and usually account for a significant percentage of the procurement volume (all in all, around 80% of the total procurement volume). They are frequently characterized by materials with unique selling points as well as highly integrated and automated business processes.

Additionally, all suspected cases of negative environmental or social impacts that were identified in 2023 are to be investigated and measures agreed to make corresponding improvements where necessary. The announced software expansion will let us access our suppliers' emission data in the future and trace the upstream emissions of purchased goods and services. This will take us one large step closer to reaching our goal of calculating our products' carbon footprints and ultimately working together with our suppliers to agree specific reduction targets for the upstream Scope 3 emissions. We expect some initial progress to be made on this front in 2024.



SFS

Employee promotion and engagement

# Involvement strengthened

**SFS attaches great importance to both employee satisfaction and having an open line of communication to and with its leaders. This is also confirmed by regular employee surveys. For example, 74% of those surveyed rated the company as attractive again in 2023 and are satisfied with the SFS Group as an employer. SFS made further progress in the year under review, especially in the expansion of training and dual education programs. While the Group sought to improve the dataset related to "Diversity and Equal Opportunity" and plan related measures, progress made in this regard was limited for organizational reasons. In the current financial year, SFS is addressing this issue in a targeted manner.**

Only well-trained, highly motivated and satisfied employees will achieve the best results in their role as value creators and create added value. Through its active promotion of the dual-track system of vocational education and training, SFS not only invests in talent development but social and economic development as well. In the 2022 materiality analysis, stakeholders classified the topic of "Training and Education" as the most important topic in the social sphere and combined it with "Diversity and Equal Opportunity" to create the focus topic "Employee promotion and engagement".

**Regular dialog with employees**
SFS's Corporate Principles are aligned with the values of "Partnership", "Engagement", "Success" and others. Achieving those values hinges on having employees with above-average qualifications, commitment and integrity – qualities that can only be facilitated through genuine appreciation, solidarity and fairness. That makes the satisfaction of its employees pivotally important to SFS.

Communication with employees, employee engagement and having the best-possible working conditions play a key role in this. We also made a commitment to these principles in our sustainability guidelines: "We encourage discussions and dialog with employees and employee representatives. We grant employees the right to freedom of association in accordance with the laws and regulations of the individual countries and regions".



SFS

**Focus on "Diversity and Equal Opportunity"**
SFS is a company whose diversity is already reflected in its international corporate structure. Diversity contributes to a positive overall environment and strengthens our business performance. Diversity relates to gender, ethnicity, age and disability, as well as religion, personal lifestyle and sexual orientation. The promotion of diversity and the equal treatment of all employees and business partners are important components of our sustainability guidelines and our Code of Conduct. Our sustainability guidelines state: "We promote a working environment in which the diversity of our employees is respected and encouraged. We are aware that our employees are important stakeholders and are committed to ensuring that everybody is treated fairly and equally".



Diversity contributes to a positive working atmosphere.

**Only some of the progress targeted has been made**
SFS views greater diversity as an opportunity to counteract the shortage of skilled labor and increase the performance of its teams. Gender diversity is still not as pronounced as desired in the Board of Directors, the Group Executive Board and the divisional management teams (see table GRI 405-1 Diversity of governance bodies and employees). As a result, future recruitment activities will attach greater importance to this topic, particularly with respect to the composition of the various teams. That means, given equal qualifications, preference is more likely to be given to women. Additionally, SFS will also deliberately hire more candidates over the age of 50 in order to promote a diverse age structure as well. The topic of diversity will become increasingly important in both new and existing projects and it will be taken into consideration when putting together project teams, in particular. Tables GRI 2-7/GRI 2-8 Employee figures by employment relationship and by region provide a good overview of the current personnel structure.



SFS

**GRI 405-1 Diversity of governance bodies and employees**

| In headcount | 2023 | % |
|---|---|---|
| **Members of controlling bodies total*** | **339** | **100.0%** |
| Board of Directors | 7 | 2.1% |
| Group Management | 10 | 2.9% |
| Division Management | 54 | 15.9% |
| Middle Management | 268 | 79.1% |
| **thereof internally hired** | **240** | **70.8%** |
| Board of Directors | 1 | 0.3% |
| Group Management | 9 | 2.7% |
| Division Management | 39 | 11.5% |
| Middle Management | 191 | 56.3% |
| **thereof female** | **56** | **16.5%** |
| Board of Directors | 1 | 0.3% |
| Group Management | – | 0.0% |
| Division Management | 8 | 2.4% |
| Middle Management | 47 | 13.9% |
| **thereof male** | **283** | **83.5%** |
| Board of Directors | 6 | 1.8% |
| Group Management | 10 | 2.9% |
| Division Management | 46 | 13.6% |
| Middle Management | 221 | 65.2% |
| **thereof age <30** | **8** | **2.4%** |
| Board of Directors | – | 0.0% |
| Group Management | – | 0.0% |
| Division Management | – | 0.0% |
| Middle Management | 8 | 2.4% |
| **thereof age 30–50** | **174** | **51.3%** |
| Board of Directors | 2 | 0.6% |
| Group Management | 4 | 1.2% |
| Division Management | 15 | 4.4% |
| Middle Management | 153 | 45.1% |
| **thereof age >51** | **157** | **46.3%** |
| Board of Directors | 5 | 1.5% |
| Group Management | 6 | 1.8% |
| Division Management | 39 | 11.5% |
| Middle Management | 107 | 31.6% |

* The absence of a previous year's column is due to the initial disclosure of these figures in the current reporting period.

**GRI 2-7/GRI 2-8 Employee figures by employment relationship**

| In FTE | Female | Male | Total |
|---|---|---|---|
| **Employment relationship indefinite** | 3,103.7 | 8,346.2 | **11,449.9** |
| Prior-year figure | 3,050.8 | 8,375.4 | **11,426.2** |
| **Employment relationship definite** | 116.5 | 228.0 | **344.5** |
| Prior-year figure | 100.3 | 249.8 | **350.1** |
| **Employment relationship definite – external** | 276.1 | 595.0 | **871.1** |
| Prior-year figure | 255.9 | 584.6 | **840.5** |
| **Employment relationship full time** | 2,628.3 | 8,256.7 | **11,085.0** |
| Prior-year figure | 2,439.1 | 7,196.8 | **9,634.9** |
| **Employment relationship full time – external** | 271.6 | 591.2 | **862.8** |
| Prior-year figure | 255.9 | 584.6 | **840.5** |
| **Employment relationship part time** | 391.9 | 317.5 | **709.4** |
| Prior-year figure | 712.0 | 1,429.4 | **2,141.4** |
| **Employment relationship part time – external** | 4.5 | 3.8 | **8.3** |
| Prior-year figure | 0.0 | 0.0 | **0.0** |
| **Total number of employees** | 3,496.3 | 9,169.2 | **12,665.5** |
| Prior-year figure | 3,407.1 | 9,209.8 | **12,616.9** |

SFS

**GRI 2-7/GRI 2-8 Employee figures by region**

| In FTE | Switzerland | America | Europe | Asia | Total |
|---|---|---|---|---|---|
| **Employment relationship indefinite** | 2,346.5 | 1,725.7 | 4,243.2 | 3,134.5 | **11,449.9** |
| Prior-year figure | 2,293.5 | 1,562.9 | 4,773.4 | 2,796.5 | **11,426.2** |
| **Employment relationship definite** | 23.7 | 59.1 | 438.9 | 693.9 | **1,215.6** |
| Prior-year figure | 17.6 | 80.7 | 486.4 | 606.0 | **1,190.7** |
| **Employment relationship full time** | 2,126.0 | 1,743.9 | 4,255.0 | 3,822.9 | **11,947.8** |
| Prior-year figure | 2,103.5 | 1,631.3 | 3,338.1 | 3,402.4 | **10,475.4** |
| **Employment relationship part time** | 244.2 | 40.9 | 427.1 | 5.5 | **717.7** |
| Prior-year figure | 207.5 | 12.3 | 1,921.6 | 0.0 | **2,141.4** |
| **Total number of employees** | 2,370.2 | 1,784.8 | 4,682.1 | 3,828.4 | **12,665.5** |
| Prior-year figure | 2,311.0 | 1,643.6 | 5,259.9 | 3,402.4 | **12,616.9** |

Although SFS wanted to create a dataset on "Diversity and Equal Opportunity" that can be compared at the international level, due to organizational reasons, the year under review only saw the project's initiation. We continue to focus on the topic of "Diversity and Equal Opportunity" and will prioritize it in 2024 with the intention of expanding the existing dataset and using that information together with the insights gained to define measures and targets.



## Promotion of diversity and equal opportunities

Our sustainability guideline states that "We promote a working environment in which the diversity of our employees plays an active role". "Our top priority is ensuring that all employees are treated fairly and equitably." But how are these principles embraced and implemented in day-to-day work? Asif Khan Shinwari and Cabdirisaq Jamac Dahir will tell us a little more about that. These two originally come from Afghanistan and Somalia and are currently in an apprenticeship program at Stamm AG in Hallau (Switzerland), a company of the SFS Group.

Link to success story



SFS

**Expansion dual education and training measures**
SFS is convinced of the enormous importance of the dual-track system of education and training and its impact on the economy and society. We are committed to strengthening the dual-track system and have a variety of measures in place to achieve that goal. These include the financial support of the Hans Huber Stiftung (Hans Huber Association), our partnership with the Stiftung FH Schweiz (Foundation of the University of Applied Sciences Switzerland), the presentation of the SFS Apprentice Award as well as the twelve apprenticeship programs that SFS offers in Switzerland. Entirely in keeping with our motto "from good to better", we strengthened the area of dual education and training even further by making several different changes such as:

- Talent coach This newly created position provides advice to apprentices and young professionals in Switzerland on the future of their career at SFS and points out in-house prospects and development opportunities.
- Improved needs analysis Through more intense involvement on the part of our vocational trainers in Switzerland as well as the new format of the regional job fair, we were able to gain an even better understanding of the needs of both current and future apprentices and present SFS as a more modern, local and attractive employer.
- Leadership@SFS: This initiative covers three levels of leadership training aimed at the global harmonization and promotion of leadership skills across the various development levels (also see success story from 2022: Employee development as a success criteria). Also included in this are the Junior Leadership Development Program (JLDP), the Advanced Leadership Development Program (ALDP) and the Senior Leadership Development Program (SLDP). The ALDP was rolled out in the US in the year under review and continued in Europe. While the international focus of the SLDP meant that it had been put on hold since the COVID-19 pandemic, planning resumed in 2023 and the program is making its comeback this year.
- New uniform collection of data on in-house training programs: The standardized approach to collecting data about both skills enhancement programs and retirement support programs makes it easier to compare and harmonize the services provided internationally, identify needs at an early stage and share experiences with other locations (see table below: GRI 404-2 Programs for upgrading employee skills and transition assistance programs).

**GRI 404-2 Programs for upgrading employee skills and transition assistance programs**

| In headcount | 2023 |
|---|---|
| Pre-retirement planning for intended retirees | 38 |
| Retraining for those employees intending to continue working | 3 |
| Job placement services | 28 |
| Assistance on transitioning to a non-working life | 70 |
| **Total*** | **139** |

*The absence of a previous year's column is due to the initial disclosure of these figures in the current reporting period.

Our goal is to offer attractive dual-track education opportunities and promote cooperation with schools and parents not only in German-speaking countries of the EU, but also at our international locations.



SFS



## Traditional Indian teaching method meets Swiss education system

"We need dedicated employees. They've got integrity and have above-average qualifications." That's what it says in our Corporate Principles. SFS is heavily involved in activities related to training and education. We're very interested in expanding the dual education system that's so very successful in German-speaking countries to the international locations. The leadership team from the Pune (India) location had a chance to become acquainted with the dual education program during a visit in Switzerland and was impressed: Providing young people with training on both the practical and theoretical aspects of precision engineering was the solution they needed to make the planned capacity expansion at the location in India a reality.

Link to success story

**Objectives in the area of dual education and training reconfirmed**
The high priority given to this topic by the company's management is reflected in its anchoring in the corporate strategy and long-term objectives. SFS aims to ensure that 5–7% of its permanent employees worldwide are enrolled in dual education and training programs. This target was confirmed again in the reporting year with a share of 5.1% (PY 5.4%). The reporting relates to around 90% of the workforce.

**GRI 404-1 Average hours of training per year per employee**

| | Quantity | Ø per employees | % of employees |
|---|---|---|---|
| Number of employees in dual education | 627 | | 5.1% |
| Training hours internal | 202,430 | 16.3 | – |
| Training hours external | 95,361 | 7.7 | – |
| **Total hours** | **297,791** | **24.0** | – |

**Knowledge transfer thanks to in-house succession arrangements**
SFS uses suitable training measures to achieve its goal of providing employees at all levels with targeted support. That will expand the pool of talented individuals that can be tapped to fill key positions or find replacements internally when the need arises. SFS not only plans to train internal managers – this is actually a clearly defined goal that the Group has been monitoring for years: 70% of upper management positions are to be filled with internal candidates. 70.8% of the key positions were filled by internal candidates during the period under review (PY 100%; scope: members of divisional management and site managers). Divisional management is responsible for filling these key positions together with the HR team. Potential candidates are promoted through the Group-wide Structured Employee Development Process (SEDP). The



SFS

CEO and HR officers are responsible for reviewing individual target achievement, informing the Nomination and Compensation Committee (NCC) and the Group Executive Board of the degree of target achievement and drawing up proposals for measures.

**Surveys confirm satisfaction and engagement**
Only satisfied and engaged employees can deliver extraordinary performance. That is something confirmed by our employees, our value creators, not only through their creative and innovative solutions but also their responses in surveys. SFS conducts this Group-wide survey every two years. Not included during the year under review were the Electronics and Distribution & Logistics International divisions, which used other formats for their employee surveys. 76% of the 7,003 employees invited to take part in the survey completed the questionnaire. Not only was the response rate above average, but it was particularly encouraging to see that SFS once again achieved extremely good results for the dimensions "Commitment", "Satisfaction" and "Attractiveness and willingness to recommend the employer" and that there were no notable negative variances from the last survey in 2021. This means in detail:

- Commitment: 83/100 (2021: 84/100)
- Satisfaction: 74/100 (2021: 75/100)
- Employer attractiveness: 74/100 (2021: 76/100)
- Willingness to recommend the employer: 79/100 (2021: 81/100)

Both the above-average response rate and especially the frequent use of the comment function bore testimony to the fact that the Group embraces a culture of feedback and has highly engaged employees. The concerns and key topics with the most potential for improvement come from the following topic areas:

- Compensation and benefits: Pay compared to other employers
- Compensation and benefits: Pay incl. fringe benefits
- Work-life balance: Energy for recreational activities after work
- Agility: Trying out new things
- Agility: Authority to make decisions
- Work-life balance: Workload

All feedback from the 2023 survey was compiled and evaluated to extrapolate measures aimed at boosting SFS's attractiveness as an employer and improving the working conditions.

**Dialog and leadership tools that target employee promotion and engagement**
In addition to the survey, SFS employs other dialog and leadership tools in order to make ongoing improvements to working conditions and regularly seek out and incorporate employees' opinions. The tools for dialog include among others:

- Information events where employees can meet in person to discuss quarterly information or hold shop floor meetings, for example
- "mySFS" employee app as a digital communications platform and Intranet
- "Internes", the magazine published by employees for employees
- Sporting events and themed events like Sustainability Day

Other examples of leadership tools include regular performance reviews (management by objectives) and targeted internal training programs (see GRI 404-3 Percentage of employees receiving regular performance and career development reviews and GRI 404-2 Programs for upgrading employee skills and transition assistance programs).

SFS

**Number of employees with a performance review increased**
For the regular employee performance review, SFS has set up a globally valid process with the following objectives:

- Implementation of overarching objectives (corporate targets)
- Review of employees' performance and conduct
- Employees' degree of identification with the corporate targets
- Employee engagement
- Identification of training needs and verification of the training program's effectiveness

In the year under review, the proportion of employees with a performance review rose to 74% (PY: 66%). SFS intends to maintain this encouraging trend in the future with the aim of maintaining or further increasing the performance review rate in the long term. In addition to the performance review, the Group-wide process will also be used for determining specific training requirements. For this, the manager works together with the employee to agree which training measures are to be implemented.

**GRI 404-3 Percentage of employees receiving regular performance and career development reviews**

| | Female | Male | Total |
|---|---|---|---|
| Percentage of employees with a performance review | 75% | 73% | 74% |
| Prior-year figure | 63% | 67% | 66% |
| Number of employees with a performance review in FTEs | 2,620 | 6,737 | 9,357 |
| Prior-year figure | 2,133 | 6,199 | 8,332 |



SFS

Occupational health and safety

# Accident rate unchanged

**At 4.0 accidents per million hours worked in the year under review, the accident rate remained at the same level as in 2022. A total of 103 occupational accidents were reported, one accident more than in the previous year. Fortunately, the SFS Group succeeded in reducing the number of accidents with serious consequences by –34.0% year-over-year and the number of lost days by –15.2%. SFS is making great efforts to reduce the accident rate in the coming year and to achieve the ambitious target by 2025. Based on an accident rate of 4.7 in 2020, the target for 2025 is 2.35 accidents per million working hours.**

"Occupational Health and Safety" was no longer classified as a material topic in the materiality analysis carried out in 2022. Instead, we and our stakeholders decided together to classify this as a standard topic, similar to the topics of "Human rights" and "Socioeconomic compliance". Standard topics define the framework for every business activity engaged in by SFS and are therefore considered to be basic content that is reported on an ongoing basis. The scope of that reporting, however, is smaller than for material topics.

**Great importance placed on occupational health and safety**
The company's employees are crucial to the success of the SFS Group, which makes creating a healthy and safe working environment for all employees a major concern at SFS. This holds particularly true at our production sites, where the processes pose health and safety risks for employees and suitable steps must be taken to reduce those risks. These locations and the employees who work there are pivotal for evaluations and improvements in the area of occupational health and safety. "The quality, environmental and safety policy we're implementing is aimed at ensuring the health and safety of our employees as they perform their work, as well as at preventing accidents at work and promoting mental and physical health." Our commitment to this is set forth in our sustainability guidelines.



SFS

**Prerequisites for creating a healthy and safe working environment**
Several measures have been implemented to reduce potential risks and negative consequences for employees' health at the workplace – and ideally to avoid them altogether. Some of these include:

- We make ongoing improvements to safety measures by identifying and assessing hazards, burdens and risks on a regular basis.
- Preventive measures and programs such as the drafting and introduction of the "10 SFS Safety Rules" help prevent accidents.
- SFS maintains an ongoing dialog with stakeholders in order to further improve health and safety at work.
- We encourage employees to take personal responsibility for their own health: Preventive hazard identification and risk assessments at employees' own workplaces help adapt the working environment accordingly and prevent potential accidents.
- In this context, employees are also instructed to and required to set down their work if a potential risk arises and to only resume work again once the situation permits. This approach is also regularly communicated in training on the "10 SFS Safety Rules".
- Employees are required to report to their supervisors any circumstances that could endanger employees' occupational health and safety. That also gives them an opportunity to suggest improvements or point out any deficiencies (opportunity to submit anonymous complaints).
- All employees are required to report ideas and noticeable problems immediately. They have several different communication channels and platforms available for this purpose. These include the "mySFS" employee app, the ideas box, shop floor meetings and regular meetings with managers. The compliance system integrated by SFS is accessible to all employees (anonymous complaints hotline).
- Employees who report violations will not be penalized as a result.



Creating a healthy and safe working environment is a top priority for us.

At the end of 2023, the SFS Group employed 13,198 employees (FTE, PY 13,282). The reporting entities comprise 12,666 FTE (PY 12,617). The number of accidents per million working hours remained at the same level as in the previous year at 4.0 (see table GRI 403-9 Work-related injuries), but showed a mixed trend in the individual segments: While the Engineered Components and Fastening Systems segments made good progress in terms of the accident rate, it increased in the D&L segment. In the current financial year, SFS will further intensify its efforts to reduce the accident rate and still achieve its ambitious target: Based on an accident rate of 4.7 in 2020, the target for 2025 is 2.35 accidents per million working hours.



SFS

Although the number of work-related accidents has risen marginally to 103 (PY: 102), we made vital progress in terms of both the severity of the work-related accidents and the number of days lost: During the year under review, SFS lowered its work-related injuries with serious consequences by –34.0% and reduced the number of days lost by –15.2% to 1,880 days compared to the previous year (see table GRI 403-9 Work-related injuries). Work-related injuries with serious consequences are deemed to be injuries resulting in a recovery period of at least six months.

Top priority in the current financial year is the prevention of all accidents – regardless of the number of days lost. In addition to regular trainings and corresponding prevention campaigns, the implementation of ISO Standard 45001 is an efficient means of promoting occupational health and safety. As a result, the certification of the production sites in accordance with ISO 45001 (Management System for Occupational Health and Safety) forms part of the management approach. Five additional locations were certified in accordance with ISO 45001 during the year under review. Certification is currently being planned for another 10 locations.

SFS

**GRI 403-9 Work-related injuries**

| | Unit | 2023 | +/–% | 2022 | 2021 |
|---|---|---|---|---|---|
| **Employee Metrics**[1] | FTE | 12,666 | 0.4% | 12,617 | 9,455 |
| Total hours worked | hours | 25,504,900 | 1.1% | 25,233,800 | 20,230,895 |
| Permanent employees | | 23,628,550 | –0.1% | 23,650,800 | 17,494,478 |
| Temporary employees | | 1,876,350 | 18.5% | 1,583,000 | 2,736,417 |
| | | | | | |
| **Occupational accidents >=1 day**[2] | # | 103.0 | 1.0% | 102.0 | 82.0 |
| Permanent employees | | 102.0 | 10.9% | 92.0 | 80.0 |
| Temporary employees | | 1.0 | –90.0% | 10.0 | 2.0 |
| | | | | | |
| **Accident rate >=1 day**[2] | #/million hours | 4.0 | –0.1% | 4.0 | 4.1 |
| Permanent employees | | 4.3 | 11.0% | 3.9 | 4.6 |
| Temporary employees | | 0.5 | –91.6% | 6.3 | 0.7 |
| | | | | | |
| **Occupational accidents >3 days** | # | 67.0 | –2.9% | 69.0 | 63.0 |
| Permanent employees | | 66.0 | 0.0% | 66.0 | 62.0 |
| Temporary employees | | 1.0 | –66.7% | 3.0 | 1.0 |
| | | | | | |
| **Accident rate >3 days** | #/million hours | 2.6 | –3.9% | 2.7 | 3.1 |
| Permanent employees | | 2.8 | 0.1% | 2.8 | 3.5 |
| Temporary employees | | 0.5 | –71.9% | 1.9 | 0.4 |
| | | | | | |
| **Work-related injuries with serious consequences**[3] | # | 2.0 | –33.3% | 3.0 | 2.0 |
| Permanent employees | | 2.0 | –33.3% | 3.0 | 1.0 |
| Temporary employees | | 0.0 | 0.0% | 0.0 | 1.0 |
| | | | | | |
| **Accident rate with serious consequences** | #/million hours | 0.1 | –34.0% | 0.1 | 0.1 |
| Permanent employees | | 0.1 | –33.3% | 0.1 | 0.1 |
| Temporary employees | | 0.0 | 0.0% | 0.0 | 0.4 |
| | | | | | |
| **Work-related injuries resulting in fatalities** | # | – | – | – | – |
| Permanent employees | | – | – | – | – |
| Temporary employees | | – | – | – | – |
| | | | | | |
| **Rate of deaths** | #/million hours | – | – | – | – |
| Permanent employees | | – | – | – | – |
| Temporary employees | | – | – | – | – |
| | | | | | |
| **Total number of days lost** | | 1,880 | –15.2% | 2,217 | 1,580 |
| **Days lost** | day/1.000 FTE | 148 | –15.5% | 176 | 167 |
| **Occupational accidents** | #/1.000 FTE | 8.1 | 0.6% | 8.1 | 8.7 |
| **Days lost due to work-related illnesses** | # days | 45.0 | –83.2% | 268.0 | 0.0 |
| **Days lost due to work-related illnesses** | days/1.000 FTE | 3.6 | –83.3% | 21.2 | 0.0 |

[1] Number of employees in the entities currently reporting
[2] Occupational accidents are based on the number of work-related injuries resulting in an absence of at least one working day
[3] Work-related injuries with serious consequences resulting in a recovery period of at least 6 months (not including fatalities)
The number # refers to the absolute number of incidents in each case



SFS

## Compliance and due diligence

# High standards maintained

**There were no compliance incidents at SFS during the year under review that resulted in fines or legal proceedings. We additionally have no knowledge of any human rights violations within the company's sphere of influence that were committed in 2023. That also includes the topic of child labor. Two compliance audits were carried out; the results of both were positive and document the Code of Conduct's effective implementation. SFS expanded its social engagement even further during the year under review by launching new initiatives.**

In keeping with the OECD Guidelines on Responsible Business Conduct, SFS is committed to sustainable and responsible business practices – in the interests of the company, its employees, society and the environment. Compliance with the laws and regulations valid in the respective countries forms the basis of any cooperation. Furthermore, we respect societies' and nations' cultural, social, political and legal diversity. We additionally expect our business partners and suppliers to conduct themselves in accordance with our principles. The SFS Code of Conduct (including its explanatory document), our Corporate Principles as well as the Supplier Code of Conduct contain our guidelines defining amongst others how human rights are safeguarded and respected. Topics contained therein include child and forced labor as defined by the International Labour Organization (ILO). "SFS does not tolerate child labor and does not cooperate with partners that accept child labor. We do not allow the employment of children under the minimum age defined by the laws and regulations of the individual countries and regions." – that's what our sustainability guideline says.

**Responsibility embraced, due diligence obligations fulfilled**
By fulfilling our due diligence obligations, we protect our employees, create attractive jobs, meet up to our responsibilities toward society and remain sustainably competitive over the long term. As a signatory of the UN Global Compact, SFS is committed to the United Nations Declaration of Human Rights. The risk of human rights violations must be prevented and reduced to the greatest extent possible, both at the company's own locations and within its entire supply chain. We are therefore increasingly incorporating human diligence into our business processes and have been working with our suppliers since 2023 to conduct regular assessments that include both social and ecological criteria, see Supplier assessment results.



SFS

**Effective compliance system implemented**
The SFS Code of Conduct is geared toward all management bodies and employees. It is a central element in efforts to promote SFS's sustainable, positive development in a continuously changing international environment. Our Corporate Principles, another core compliance element, contain a description of the cornerstones of the Group's corporate culture: partnership, commitment, community, success, change. Both documents have been translated into more than ten languages and their contents were communicated and made available to all employees. They lay the basis for SFS's values and simultaneously provide specific guidance for our value creators.

To ensure compliance with the requirements of the Code of Conduct, SFS has established an effective compliance system that focuses on the following eight topics:

- Human rights
- Anti-corruption
- Antitrust law
- Insider trading
- Data protection
- Foreign trade compliance
- Information security
- Personal integrity violations

In practice, the system comprises various elements such as guidelines, regular training, induction of new employees, e-learning campaigns, periodic newsletters, integration of compliance-related topics into internal audits, annual reporting on the Code of Conduct to the Board of Directors and a central reporting office for employees and external partners. By launching the new Supplier Code of Conduct and including compliance obligations and the requirements of the UN Global Compact in the General Terms and Conditions of Purchase, the SFS Standards are applied to our suppliers as well. Similarly, corresponding provisions are incorporated into contracts with sales partners.

**Compliance reports examined with care**
Compliance with the requirements of the Code of Conduct for employees is monitored as part of annual reporting on the Code of Conduct for employees. All sites report relevant incidents to the Group Compliance Officer. The Group Compliance Officer and the local compliance officers received a total of 36 compliance-related reports in the year under review. Following careful examination, 19 of those reports were confirmed as being compliance violations and appropriate consequences initiated. The violations reported primarily related to failures to comply with labor regulations, incidents of unethical conduct and other violations of the Code of Conduct. The reports were investigated either locally or with the involvement of the Group Compliance Officer and closed with the exception of one case that is still pending. The consequences of the various cases ranged from warnings all the way to dismissals, depending on the severity of the violation. The question of which sanctions are to be imposed in the individual cases is decided at the discretion of the local Compliance Officer, who may coordinate this with the specialist units involved or the Group Compliance Officer where necessary.



SFS

**Compliance audits conducted make positive impression overall**
SFS conducted internal compliance audits at individual sites in Germany and the Czech Republic during the year under review. The audit contents primarily addressed the Code of Conduct as well as the internal and external reporting channels available to the employees in the event of violations related to compliance or any other type of violation. The results of the the investigation were entirely positive: The Code of Conduct is effectively implemented at the sites audited and employees are aware of its content.

Overall, the introduction of the internal compliance audit was perceived as being a suitable tool for identifying opportunities and risks in this area. Further compliance audits will be conducted in other countries in 2024 as part of the financial audits. The results of reports and audits form the basis for the annual compliance report submitted to the Board of Directors and any further development of the compliance system.

**No cases of corruption in the year under review**
Despite the fact that "corruption and bribery" was not classified as a material topic in the most recent materiality analysis, it forms part of the basis of our business activities – much like the topic of "human rights". The anti-corruption policy in force at SFS since 2016 and imparted to staff in high-risk positions via mandatory e-learning courses was again communicated to all new employees in management positions and in the sales, procurement and finance units during the year under review.

We also take a clear stand on this topic in our sustainability guidelines and are committed to complying with the following principles: "We are not corruptible and do not demand or accept gifts or payments. We do not engage in any unfair action that could influence the decisions of customers, suppliers, competitors or authorities."

Corruption is a topic that is highlighted time and again in SFS's day-to-day work. This may be in specific cases when assistance is requested with regard to accepting gifts or invitations or in internal communications such as the compliance newsletter, which is published four times a year. Anonymized reports about specific incidents are used to raise employees' awareness of compliance-related topics.

As in the previous year, there were no confirmed cases of corruption in the reporting year.

**ESG topics integrated into risk analysis**
In addition to the business risk analysis carried out in the past, SFS conducted a separate ESG risk analysis during the year under review. Its focus was on potential risks and opportunities that arise in connection with the environment, social and corporate governance dimensions. The results of the ESG risk analysis are based on the findings of the materiality analysis, an in-house ESG risk workshop and an analysis conducted by an external third party. Our risk assessment considers the likelihood of occurrence and the amount of the loss that could occur as a result. The risks are classified based on predefined threshold values. In the case of risks with substantial strategic or financial repercussions, appropriate steps are taken with the highest priority in order to avoid or mitigate these as far as possible. The same also applies for opportunities identified: If they line up with our strategic objectives, we seize those opportunities proactively and take suitable steps or measures. Potential opportunities and risks with strategic impacts from within the realm of ESG such as the development of energy and commodity prices, possible natural disasters, the effects of not achieving sustainability targets and the increase in regulatory requirements in the area of supply chains and taxes were incorporated into the business risk analysis. The Management Report presents a summary of the business risks for the current reporting year.

SFS

**Stakeholder opinions taken into consideration and dialog continued**
"We encourage discussions and dialog with all stakeholder groups" – we have made a commitment to this in our sustainability guidelines. To ensure that we consider more than merely the internal perspective when assessing both critical issues as well as potential opportunities and risks for the company, we get our external stakeholder groups involved on a regular basis. We offer our stakeholders a variety of different platforms for expressing also critical concerns and discussing them with us. That includes regular discussions with customers and suppliers, investors and analysts as well as various in-house and external events (e.g. Sustainability Day, quarterly information, Annual General Meeting, etc.). We also receive valuable feedback through our cooperation with academic institutions, communication with the media and surveys conducted among employees. The summary below shows the five issues (PY five issues) addressed in this context in 2023 and how we dealt with them:

**Media: CEO mandate of Chair of the Board Thomas Oetterli**
During the year under review, Thomas Oetterli, Chair of the Board of Directors of SFS, took on a new position as CEO of Rieter, a manufacturer of textile machinery. Various media questioned whether he would have enough time with this new position to meet up to his responsibilities as Chair of the Board of Directors of SFS.

Having previously served as CEO of Schindler, Thomas Oetterli already has experience under his belt as the CEO of an international industrial group. At the same time, he also served as a member of the Board of Directors of SFS and as Chair of the Audit Committee. Experience has shown that – with prudent time management – this combination of responsibilities is feasible. Thomas Oetterli also worked hard in 2022 to become intimately familiar with SFS's business processes.

**Local communities/population: Expansion in Flawil (Switzerland)**
In order to expand its production capacity, SFS is planning on expanding its Flawil (Switzerland) location and acquired another plot of land in 2021 to that end. Due to its special location in the city center and because it is in the immediate vicinity of the train station, this construction project must satisfy more stringent architectural requirements. SFS has therefore collaborated with architects and urban planners as well as the communal and cantonal authorities to draft a special utilization plan. This plan also includes a traffic plan that aims to reduce truck traffic at the train station. SFS held an informational event where it presented the project to the general populace and invited them to participate in the communal participation procedure. As part of this participation procedure, local residents called for a noise barrier along the property line to SFS. The special utilization plan was also occasionally criticized by the public, specifically with regard to the height of the building and the setback reductions.

For SFS, the expansion of the plant in Flawil is a pivotal step towards achieving the desired growth in the area of deep-drawn and extrusion-molded components for the automotive industry. The expansion will create around 40 additional jobs and positions for trainees. To SFS, creating a high-quality building project that takes the special location at the center of town into account and blends in perfectly with the surroundings is important. The concerns expressed by people from the neighborhood as part of the participation procedure are to be taken into consideration as far as possible.



SFS

**Population/media: Questions concerning the wind turbine planned in Heerbrugg (Switzerland)**
SFS sent a letter to residents and published a media release to update the public about the status of the "RhintlWind" project during the year under review. The project was also presented at several events organized by us and professional organizations. SFS dismantled the measurement mast in August that it had erected one year earlier, thereby bringing the measurement campaign to a close. Despite an unusually low level of wind activity seen nationwide in the fall and winter months, the results so far are in line with expectations. The estimated energy output for the year remains unchanged at around 5 GWh. Ideally, SFS plans to be able to erect the turbine in 2025 once the approval process has been completed. The project's original timeline will be delayed by around one year as a result.

Reporting on the project was met with occasional criticism voiced by opponents of wind power, who are afraid that the wind turbine will have negative impacts such as (subsonic) noise, shadows or falling ice. SFS will invite all its neighbors to a meeting in March 2024, where it will provide information about the project's current status and answer questions.

Answers to frequently asked questions can be found in the FAQs on the RhintlWind website (only in german). Additional questions can be submitted via the contact form.

**Investors: Negative corporate governance rating from ISS**
SFS received nine of ten points in the "Quality Score", an ESG rating issued by Institutional Shareholder Services (ISS). This result corresponds to a high level of governance risk. Areas where SFS performed poorly related in particular to its independence, the diversity of its Board of Directors as well as the transparency and structure of its compensation system.

SFS has analyzed the ISS rating and duly noted the concerns raised. Corporate governance assessments based exclusively on standards defined by rating agencies are not necessarily expedient for all shareholder structures. SFS conducted individual discussions with investors and addressed the issues highlighted in a transparent way. SFS is convinced that it has an independent Board of Directors and an appropriate compensation system. The company is working on making ongoing improvements to the level of diversity found in the Board of Directors and Group Executive Board.

**Media: Measures being taken in the Automotive division in Switzerland**
Supply chain disruptions and inflation-related cost increases caused profitability in the Automotive division in Switzerland to decline sharply in the year under review. In an effort to counteract this trend, SFS rolled out a package of measures in late October that included a hiring freeze, more intense cost management and moderate job cuts. As a temporary measure, the weekly hours of Automotive division employees in Switzerland were increased by two hours from November 1 onward and annual leave was reduced by five days to 25 days as of January 2024. Salaries were cut by 10% for members of the Automotive division's management who live in Switzerland and by 7% for the heads of the business units. The employees impacted could consent to the contractual amendment tacitly or reject the changes in writing within the space of one month. These measures were then criticized in reports published by numerous media outlets. They questioned whether the approach was permissible under labor laws and criticized that SFS was not adhering to the industry's collective labor agreement. The fact that communication regarding the measures came with such short notice was another point of criticism.

SFS is not subject to the collective labor agreement. The measures are supported by the Employee Council. They will only be implemented swiftly if employees voluntarily consent to the measures; otherwise, the normal notice periods will apply. The measures are limited to a period of one year and are subject to review at the end of the first six months. These measures can also be reversed on short notice. SFS has already faced economically challenging times in the past. At those difficult times, it was able to count on the solidarity of its employees and secure jobs as a result. The current situation, too, has shown that the vast majority of employees support the measures – only about 1% of the approximately 950 workers impacted have not accepted the measures.



SFS

**Importance of external ratings on the rise**
In 2023, SFS was assessed within the scope of the following external ratings or participated in the following assessments:

| Rating/questionnaire | 2023 rating | 2022 rating | Scale | Remark |
|---|---|---|---|---|
| CDP (climate questionnaire) | B | – | A to F | |
| EcoVadis (ESG questionnaire) | Silver (63/100) | Bronze (54/100) | Platinum to Bronze | |
| Ethos | A- (61/100) | A- (60/100) | A+ to C- | |
| Inrate, zRating | 69/100 | 67/100 | 100 to 0 | |
| ISS | D+ | D+ | A+ to D- | |
| MSCI | AA | AA | AAA to CCC | |
| SAQ 5.0 | B88 (location in Heerbrugg, CH) | – | A to D, 100 to 0 | The SAQ 5.0 rating was newly introduced in 2023; the SAQ 4.0 questionnaire was in use prior to that. |
| Sustainalytics | ESG risk status medium 26.3 | ESG risk status medium 25.0 | Negligible to severe | |
| UN Global Compact | Active | Active | Active – inactive – not reporting | |



## Social engagement expanded

At "ORANGE Social Days", employees have a chance to get acquainted with a local social institution for children that is being supported by the Hoffmann Group Foundation. They can use the day to help out on-site during their working hours. The "Social Days" were also introduced at SFS during the year under review, initially as a pilot project at the site in Heerbrugg (Switzerland). Employees were given the opportunity to get involved in a social project that's close to their heart on three workdays per year.

Link to success story



SFS

## GRI content index

**GRI 1**
Foundation 2021

| Statement | GRI 1 applied | Applicable GRI sector standard(s) |
|---|---|---|
| SFS prepared this report for the period from December 2022 to November 2023 in compliance with the GRI Standards. | GRI 1: Foundation 2021 | No applicable sector standard is available yet. |

**GRI 2**
General Disclosures 2021

| Disclosure | Place | Omission |
|---|---|---|
| 2-1 Organizational details | SFS Group AG, Rosenbergsaustrasse 8, 9435 Heerbrugg, Switzerland | |
| | Corporate Governance, Group structure & shareholders | |
| | Financial Report, Group structure | |
| 2-2 Entities included in the organization's sustainability reporting | Scope: Entities in which SFS holds a stake of ≥50% are included in the scope of consolidation. For this, sustainability data is collected for locations with production activities as well as for locations without production activities with ≥50 employees. This was the case for 54 entities in the year under review (PY: 53 entities). | |
| 2-3 Reporting period, frequency and contact point | About the Sustainability Report | |
| 2-4 Restatements of information | About the Sustainability Report | |
| 2-5 External assurance | About the Sustainability Report | |
| 2-6 Activities, value chain and other business relationships | Financial Report, Segment information | |
| | SFS in brief, page 4 | |
| | Procurement | |
| 2-7 Employees | Employees by employment relationship | |
| | Employee figures by region | |
| 2-8 Workers who are not employees | Employees by employment relationship | |
| | Employee figures by region | |
| 2-9 Governance structure and composition | Corporate Governance, Board of Directors and Group Executive Board | |
| 2-10 Nomination and selection of the highest governance body | Corporate Governance, Board of Directors | |
| | Organizational regulations | |
| | Articles of Association of SFS Group AG | |
| 2-11 Chair of the highest governance body | Corporate Governance, Members of the Board of Directors | |
| 2-12 Role of the highest governance body in overseeing the management of impacts | Strategy, Clearly defined responsibilities | |
| 2-13 Delegation of responsibility for managing impacts | Strategy, Clearly defined responsibilities | |
| 2-14 Role of the highest governance body in sustainability reporting | The 2023 Sustainability Report was approved by the Board of Directors as an integral part of the 2023 Annual Report. The report will also be presented to shareholders at the 2024 Annual General Meeting for approval. | |
| 2-15 Conflicts of interest | Code of Conduct | |
| | Explanatory document on the Code of Conduct | |

| | | |
|---|---|---|
| 2-16 Communication of critical concerns | Corporate Governance, Shareholders' participation | |
| | Corporate Governance, Information policy | |
| | Compliance and due diligence | |
| 2-17 Collective knowledge of the highest governance body | All members of the Board of Directors have taken various steps during the year under review to expand their knowledge on the topic of sustainability. These efforts included workshops/training, regular exchanges of information with audit firms, communication with peers and the reading of specialized literature. | |
| 2-18 Evaluation of the performance of the highest governance body | Corporate Governance, Members of the Board of Directors | |
| | Corporate Governance, Compensation, shareholdings and loans | |
| 2-19 Remuneration policies | Compensation Report, Fundamental principles of the compensation system | |
| 2-20 Process to determine remuneration | Compensation Report, Fundamental principles of the compensation system | |
| 2-21 Annual total compensation ratio | | SFS does not currently have a centralized system in place at the international level for managing salary payments; the information requested cannot be calculated due to the insufficient dataset. |
| 2-22 Statement on sustainable development strategy | Management Report | |
| | Strategy | |
| 2-23 Policy commitments | Code of Conduct | |
| | Explanatory document on the Code of Conduct | |
| | Supplier Code of Conduct | |
| | Sustainability guidelines | |
| 2-24 Embedding policy commitments | Code of Conduct | |
| | Explanatory document on the Code of Conduct | |
| 2-25 Processes to remediate negative impacts | Compliance@SFS, incl. anonymous complaint process | |
| 2-26 Mechanisms for seeking advice and raising concerns | Corporate Governance, Information policy | |
| | Compliance and due diligence | |
| 2-27 Compliance with laws and regulations | During the year under review, SFS was not impacted by any material violation and there were no compliance incidents at SFS that resulted in fines or legal proceedings. | |
| 2-28 Membership associations | Arbeitgeberverband Rheintal (Rheintal Employers' Association) | |
| | Hans-Huber-Stiftung (Hans-Huber Foundation) | |
| | Saint Gallen Appenzell Chamber of Commerce and Industry | |
| | Landesverband Gross- und Aussenhandel Bayern (LGAD, Bavarian Wholesale and Export Association) | |
| | Stiftung FH SCHWEIZ – zur Förderung des dualen Bildungswegs (Foundation of the University of Applied Sciences Switzerland – for the promotion of the dual education system) | |
| | Swissavant | |
| | Swissmem | |
| | SFS is an active member of the associations and interest groups listed above and supports the organizations both financially and through the provision of personnel. | |
| 2-29 Approach to stakeholder engagement | Strategy, Stakeholder dialog as the basis for reporting | |
| 2-30 Collective bargaining agreements | At the end of the year under review, 32.3% (PY: 27.4%, corrected figure) of all employees were covered by collective bargaining agreements. | |



**GRI 3**
Material Topics 2021

| Disclosure | Place | Omission |
|---|---|---|
| 3-1 Process to determine material topics | Strategy, Stakeholder dialog as the basis for reporting | |
| 3-2 List of material topics | Strategy, List of material topics | |

**GRI 301**
Materials 2016

| Disclosure | Place | Omission |
|---|---|---|
| 3-3 Management of material topics | Sustainable solutions | |
| 301-1 Materials used by weight or volume | Sustainable solutions | |
| 301-2 Recycled input materials used | | Information regarding recycled input materials used is not currently available or not available in full. The process for collecting the required data will be implemented in 2024. The data is expected to be analyzed for the first time in the coming reporting year and published in the 2024 Sustainability Report. |
| 301-3 Reclaimed products and their packaging materials | | Currently not applicable: Once the products (primarily high-precision components and fastening solutions) have been installed in a customer's product, SFS does not have any opportunity to require or recycle them. |

**GRI 302**
Energy 2016

| Disclosure | Place | Omission |
|---|---|---|
| 3-3 Management of material topics | Energy and emissions | |
| 302-1 Energy consumption within the organization | Energy and emissions | |
| 302-2 Energy consumption outside of the organization | Energy and emissions | |
| 302-3 Energy intensity | Energy and emissions | |
| 302-4 Reduction of energy consumption | | The information on reducing energy consumption is currently unavailable or incomplete; the process for collecting the necessary data is currently being completed and information on this is expected to be published in the 2024 report. |
| 302-5 Reductions in energy requirements of products and services | | Not applicable: SFS currently assumes that only an insignificant proportion of our products consume energy themselves. SFS would like to carry out further investigations/clarifications in 2024. |

**GRI 305**
Emissions 2016

| Disclosure | Place | Omission |
|---|---|---|
| 3-3 Management of material topics | Energy and emissions | |
| 305-1 Direct (Scope 1) GHG emissions | Energy and emissions | |
| 305-2 Energy indirect GHG emissions (Scope 2) | Energy and emissions | |



| | | |
|---|---|---|
| 305-3 Other indirect (Scope 3) GHG emissions | Energy and emissions | |
| 305-4 GHG emissions intensity | Energy and emissions | |
| 305-5 Reduction of GHG emissions | | The information regarding the reduction of greenhouse gas emissions is currently not available or incomplete. The process for collecting the necessary data is currently being completed and information on this is expected to be published in the 2024 report. |
| 305-6 Emissions of ozone-depleting substances (ODS) | | Not applicable: According to our in-house life cycle assessment, the emissions of ozone-depleting substances amounts to 0.01 %. |
| 305-7 Nitrogen oxides (NOx), sulfur oxides (SOx), and other significant air emissions | Energy and emissions | |

**GRI 308**
Supplier Environmental Assessment 2016

| Disclosure | Place | Omission |
|---|---|---|
| 3-3 Management of material topics | Procurement | |
| 308-1 New suppliers that were screened using environmental criteria | Procurement | |
| 308-2 Negative environmental impacts in the supply chain and actions taken | Procurement | |



**GRI 404**
Training and Education 2016

| Disclosure | Place | Omission |
|---|---|---|
| 3-3 Management of material topics | Employee promotion and engagement | |
| 404-1 Average hours of training per year per employee | Employee promotion and engagement | Information regarding the average hours of training per year per employee is not currently available or not available in full. The process for collecting the required information will be expanded in the next few reporting years. |
| 404-2 Programs for upgrading employee skills and transition assistance programs | Employee promotion and engagement | |
| 404-3 Percentage of employees receiving regular performance and career development reviews | Employee promotion and engagement | Any presentation/breakdown by employee category that is still missing will be added in the reporting years to come. |

**GRI 405**
Diversity and Equal Opportunity 2016

| Disclosure | Place | Omission |
|---|---|---|
| 3-3 Management of material topics | Employee promotion and engagement | |
| 405-1 Diversity of governance bodies and employees | Employee promotion and engagement | Data regarding additional categories of diversity will be added in the reporting years to come. |
| 405-2 Ratio of basic salary and remuneration of women to men | | Information regarding the ratio of basic salary and remuneration of women to men is not currently available or not available in full. The process for collecting the required data is expected to be implemented on a Group-wide basis in the next two to three years. |

**GRI 414**
Supplier Social Assessment 2016

| Disclosure | Place | Omission |
|---|---|---|
| 3-3 Management of material topics | Procurement | |
| 414-1 New suppliers that were screened using social criteria | Procurement | |
| 414-2 Negative social impacts in the supply chain and actions taken | Procurement | |

SFS

## CO content index

Index used for reporting on non-financial matters pursuant to the Swiss Code of Obligations (CO) Art. 964 and the Responsible Business Initiative (RBI) on due diligence and transparency regarding minerals and metals from conflict-affected areas and child labor.

| Topic | Link | Explanation | Compliance with GRI |
|---|---|---|---|
| Business model | SFS in brief, page 4 | | GRI 2-1, 2-6 |
| | Corporate Governance, Group structure and shareholders | | |
| Environmental concerns | Energy and emissions | | GRI 302, 305 |
| | Sustainable solutions | | GRI 301 |
| | Supplier Environmental Assessment | | GRI 308 |
| | Procurement | | GRI 308 |
| | Sustainability guidelines | | |
| Social concerns | Corporate Governance, Information policy | | GRI 2-16, 2-23, 2-24, 2-25, 2-26, 2-27 |
| | Compliance and due diligence | | |
| | Supplier Social Assessment | | GRI 414 |
| | Sustainability guidelines | | |
| Employee concerns | Attractiveness as an employer | | |
| | Training and Education | | GRI 404 |
| | Diversity and Equal Opportunity | | GRI 405 |
| | Occupational Health and Safety | | GRI 309 |
| | Remuneration system and policies | | GRI 2-19, 2-20 |
| | SFS Code of Conduct | | |
| Respect for human rights | Procurement | | GRI 414 |
| | Compliance and due diligence | | GRI 1 Foundation |
| | Sustainability guidelines | | |
| | SFS Code of Conduct | | |
| | Supplier Code of Conduct | | |
| Combating corruption | Compliance and due diligence | | GRI 2-27 |
| | Sustainability guidelines | | |
| | SFS Code of Conduct | | |
| Due diligence obligations regarding conflict minerals and child labor | Sustainability guidelines<br>Supplier Code of Conduct | Conflict minerals: (CO 964j-l and VSoTR 3-4) SFS screens for minerals and metals from conflict and high-risk areas once per year. The import and processing quantities as defined under Swiss law were not exceeded during the year under review, which means that no reporting obligation applies. | GRI 1 Foundation |
| | Sustainability guidelines | Suspicion of child labor: (CO 964j-l and VSoTR 5 and 11) SFS uses questionnaires to screen suppliers for any suspicion of child labor. There was no justified suspicion of child labor in the year under review. It should be noted, however, that the first supplier survey has not yet been concluded and not all suppliers are reflected in full. The | |



SFS

| | | |
|---|---|---|
| Supplier Code of Conduct | procurement practices are set down in the Supplier Code of Conduct, which is obligatory for all SFS suppliers from 2024 onward. Any violations against these regulations committed by a supplier or upstream supplier can be reported anonymously at any time to the office specified in the Code. | |



SFS

## About the Sustainability Report

**Reporting period**
Annual reporting, December 1, 2022, to November 30, 2023, the 2023 Sustainability Report was published together with the Annual Report on March 7, 2024, as a combined report.

**System limitations**
The management system as it relates to sustainability as well as all data specified is currently limited to 54 sites. This corresponds to a coverage level of 96% expressed in FTE terms.

**Restatements**
In the current year under review, the following material restatements or changes were made compared to the 2022 reporting year

- Complete integration of Hoffmann SE into all key sustainability indicators surveyed
- Switch from using ecoinvent's v3.9.1 dataset to the v3.1.0 dataset for measuring the material topics of Energy and Emissions
- The report will be approved by the Board of Directors and presented to shareholders at the Annual General Meeting for approval
- CO content index (index used for reporting on non-financial matters pursuant to the Swiss Code of Obligations OR (Art. 964) and the Responsible Business Initiative (VSoTr))

**External assurance**
No external assurance has been obtained for SFS's Sustainability Report. The Compensation report and Financial report were audited by PricewaterhouseCoopers AG as external auditors.

See the compensation report, auditor's report and financial report, auditor's report, page 157

**Contact**
SFS Group AG
Corporate Services
Arthur Blank, Head of Corporate HR and Communications,
Member of the Group Executive Board
Rosenbergsaustrasse 8
CH-9435 Heerbrugg
T +41 71 727 51 51
sustainability@sfs.com



SFS

# Corporate Governance


| | |
|---|---|
| Group structure and shareholders | 74 |
| Capital structure | 76 |
| Board of Directors | 78 |
| Group Executive Board | 89 |
| Compensation, shareholdings and loans | 97 |
| Shareholders' participation | 98 |
| Changes of control and defense measures | 99 |
| Auditing body | 100 |
| Information policy | 101 |
| Blocked periods | 102 |

SFS

Corporate Governance

# Responsibility and transparency

**The Board of Directors and Group Executive Board attach very great importance to good Corporate Governance. In the interest of shareholders, customers, business partners and employees, the principles of Corporate Governance ensure the necessary transparency and a healthy balance of management and control.**

The structure of the following Corporate Governance report follows the Directive on Information relating to Corporate Governance published by the SIX Swiss Exchange AG (DCG). All figures apply to December 31, 2023, unless otherwise stated.



SFS

## Group structure and shareholders

**Group structure**
SFS Group AG operates in the three segments Engineered Components, Fastening Systems and Distribution & Logistics, and eight divisions.

In the Engineered Components (EC) segment, SFS partners with customers to develop and manufacture customer-specific precision components, assemblies, and fastening solutions in four divisions. The Fastening Systems (FS) segment consists of two divisions which develop, manufacture and market application-specific mechanical fastening systems. In the Distribution & Logistics (D&L) segment, SFS is a leading distribution partner in Europe for direct and indirect materials in the areas of quality tools, fasteners, and other C-parts as well as procurement solutions for customers in industrial and construction sectors. The D&L segment is made up of two divisions. As of January 1, 2024, the Industrial and Medical divisions (EC segment) are being merged within the Medical & Industrial Specials division. The Riveting division (FS segment) is also being integrated into the Automotive and Medical & Industrial Specials divisions (EC segment) from the start of 2024. As a result, the SFS Group AG operates in six divisions and the FS segment's reporting will relate solely to the Construction division from the Half-Year Report 2024 onward.

The Board of Directors (BoD) and Group Executive Board are supported in their management and supervisory functions by the corporate cross-functions Corporate Finance & IT & Finance (information technology, finance, controlling, tax, legal & compliance), Corporate Services (human resources, communication, marketing and corporate development) and Technology (technology and knowledge transfer, operations and business development). As of 2024 the cross-function Corporate Services will be merged partly into Corporate HR & Communications (HR, communication, marketing) and partly into Corporate IT & Finance & IT (investor relations and corporate development).

The parent company of SFS Group is SFS Group AG, domiciled in Heerbrugg, municipality of Widnau/SG, Switzerland. It is incorporated under Swiss law and listed on the SIX Swiss Exchange AG under the Swiss Reporting Standard (security number 23,922,930, ISIN CH 023 922 930 2). Its share capital amounts to CHF 3,890,000 (PY 3,890,000) and its market capitalization was CHF 4,053.4 million (PY CHF 3,403.8 million) as of December 31, 2023.

An overview of all affiliated companies in the scope of consolidation can be found in section 5.2 of the appendix of the Financial Report. The scope of consolidation does not contain any other listed companies besides SFS Group AG.




The structure of the SFS Group on December 31, 2023 – the Group structure as of January 1, 2024, is shown in the Management Report.



SFS

**Significant shareholders**
The founding families of SFS Group AG, Huber and Stadler/Tschan, form an organized group according to Art. 12 of the Ordinance of the Swiss Financial Market Supervisory Authority on Financial Market Infrastructures and Market Conduct in Securities and Derivatives Trading (FINMA Financial Market Infrastructure Ordinance, FinMIO-FINMA). This shareholder group holds 53.0% of the shares (20,619,177 shares) in SFS Group AG as per December 31, 2023 (PY 53.0%, 20,619,177 shares).

Detailed information about group composition can be found here: Significant shareholders | Founding families

Both families have defined their principles of cooperation and partnership in a pool agreement. It is their intention to retain a majority of more than 50% of the capital and the voting rights in the long run. They agree with each other on important decisions and always put the successful development of the SFS Group before the particular interests of the families.

In the context of the acquisition of Hoffmann SE, a group in the sense of Art. 12 of the FinMIO-FINMA was established in 2021. The purpose of this group, consisting of companies controlled by the previous shareholders of Hoffmann SE, was the future acquisition of 4.09% of the shares in SFS Group AG in the light of the acquisition and the respective lock-up obligation. Since the lock-up obligation is still valid at the end of the reporting year, this organized group still exists. This shareholder group under the name "First SALT Stiftung/First ELF Stiftung" holds 4.11% of the shares (1,600,000 shares) in SFS Group AG as per December 31, 2023 (PY 4.11%, 1,600,000 shares).

Detailed information about group composition can be found here: Significant shareholders | First SALT Stiftung/First ELF Stiftung

The Board of Directors is not aware of any shareholders listed in the share register or shareholder groups holding more than 3% of the share capital or voting rights other than UBS Fund Management (Switzerland) AG. UBS held 3.01% of the shares (1,171,591 shares) in SFS Group AG as per December 31, 2023 (PY below 3%).

Detailed information about group composition can be found here: Significant shareholders | UBS Fund Management (Switzerland) AG

SFS Group AG holds treasury shares to the extent of 0.03% (PY 0.03%). Disclosure notifications pertaining to changes in shareholdings during the business year under review are published on the electronic publication platform of SIX Swiss Exchange AG. The notifications can be accessed via the following web link to the database search page of the disclosure office. Significant shareholders.

**Cross-shareholdings**
No cross-shareholdings of capital or voting rights exist with any other company.



SFS

## Capital structure

**Capital**
The share capital of SFS Group AG amounts to CHF 3,890,000 (PY CHF 3,890,000) and is divided into 38,900,000 (PY 38,900,000) registered shares each with a par value of CHF 0.10.

**Authorized and conditional capital**
As of December 31, 2023, SFS Group AG has no conditional capital or capital band outstanding (PY CHF 20,000).

**Changes in capital**
There were no changes in the share capital in the reporting year. In 2022, the share capital was increased by CHF 140,000 to CHF 3,890,000.

| | 2023 | +/-% | 2022 | 2021 |
|---|---|---|---|---|
| Share capital | 3,890,000 | 0.0 | 3,890,000 | 3,750,000 |

**Shares and participation certificates**
The share capital of SFS Group AG is divided into 38,900,000 registered shares with a nominal value of CHF 0.10 each. The share capital is fully paid in and each share is entitled to dividend. Each share represents one voting right at the Annual General Meeting. SFS Group AG has issued no participation certificates.

**Dividend right certificates**
SFS Group AG has issued no dividend right certificates.

**Limitations on transferability and nominee listings**
Persons acquiring registered shares of SFS Group AG are entered in the share register without limitation as shareholders with voting rights, provided they expressly declare themselves to have acquired the said shares in their own name and for their own account and comply with the disclosure requirement stipulated by the Financial Market Infrastructure Act (FMIA).

Persons not expressly declaring themselves to be holders of shares for their own account in their application for entry in the share register, or on request by the company (nominees), are entered in the share register with voting rights without further inquiry up to a maximum of 2.0% of the share capital outstanding at that time. Above this limit, registered shares held by nominees are entered in the share register with voting rights only if the nominees declare the names, addresses and shareholdings of the persons for whose account they are holding 0.3% or more of the share capital outstanding at that time, and provided that they comply with the disclosure requirements stipulated by the Financial Market Infrastructure Act (FMIA). The Board of Directors has the right to conclude agreements with nominees concerning their disclosure requirements. In the year under review no such agreements were concluded.

The above-mentioned limit of registration also applies to the subscription for or acquisition of registered shares by exercise of preemptive, option or convertible rights arising from shares or any other securities issued by the company or third parties.

Legal entities or partnerships or other associations or joint ownership arrangements linked through capital ownership or voting rights, through common management or in like manner, and individuals, legal entities and partnerships (in particular syndicates) that act in concert with the intent to avoid the entry restriction are considered as one shareholder or nominee.

The company may in special cases approve exceptions to the above restrictions. After due consultation with the persons concerned, the company is further authorized to delete entries in the share register as shareholder with voting rights with retroactive effect if they were effected on the basis of false information or if the respective person does not provide the information requested. The person concerned must be informed of the deletion. In the reporting year, no exceptions were granted, and no deletions were executed (PY none). Cancellation or easing of the restrictions on the transferability of registered shares requires a resolution of the General Meeting passed by at least two thirds of the shares represented and an absolute majority of the par value of the shares represented.

**Convertible bonds and options**
No convertible bonds are outstanding and SFS Group has issued no options (including employee options).



## Board of Directors

**Members of the Board of Directors**
The Board of Directors of SFS Group AG consists of a minimum of five and a maximum of nine members. At the end of the reporting year, it consisted of seven members (PY seven). The average age of the members of the Board of Directors was 54.7 years as at December 31, 2023 (PY 55.1 years). The members of the Board of Directors were on average in their 7th term of office (PY 7th term of office).

Over the last three years, the external members of the Board of Directors have not had any material business relationship with SFS Group with the exemption of the transactions mentioned below.

The SFS Group rendered services for information technology, finance, and human resources to some related parties and some of their companies based on internal group rates. In addition, and at arm's length, some goods were exchanged and property was rented or leased.



From left: Thomas Oetterli, Nick Huber, Manuela Suter, Jörg Walther, Fabian Tschan, Urs Kaufmann, Peter Bauschatz





**Thomas Oetterli**

**Chair of the BoD, since 2022**
**Independent, non-executive member, since 2011**
**Chair of the Audit Committee, 2014–2022**
Swiss citizen, born 1969

**Professional background**

| | |
|---|---|
| 2016–2022 | Schindler Group, Chief Executive Officer |
| 2013–2016 | Schindler Group, Head of China |
| 2010–2022 | Schindler Group, member of the Group Executive Committee |
| 2010–2013 | Schindler Group, Head of Europe North & East |
| 2006–2009 | Schindler Group, Head of Switzerland |
| 1994–2022 | Schindler Group |

**Other current activities and vested interests**

| | |
|---|---|
| Since June 2023 | SWISSMEM, member of the Council |
| Since April 2023 | Rieter, member of the BoD |
| Since March 2023 | Rieter, Chief Executive Officer |

**Qualifications**

| | |
|---|---|
| 1996 | Master's degree in economics, University of Zurich |

---



**Urs Kaufmann**

**Vice Chair, since 2023**
**Chair of the Nomination and Compensation Committee, since 2014**
**Independent, non-executive BoD member, since 2012**
**Lead Director, 2014–2023**
Swiss citizen, born 1962

**Professional background**

| | |
|---|---|
| 2014–2017 | HUBER + SUHNER AG, delegate of the BoD |
| 2002–2017 | HUBER + SUHNER AG, Chief Executive Officer |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Bucher Industries AG, member of the BoD |
| Since 2017 | HUBER + SUHNER AG, Chair of the BoD |
| 2017–2024 | Vetropack Holding AG, member of the BoD |
| Since 2009 | Müller Martini Holding AG, member of the BoD |



**Qualifications**

| | |
|---|---|
| 1995 | Senior Executive Program IMD Lausanne |
| 1987 | Master's degree in mechanical engineering, Swiss Federal Institute of Technology (ETH) Zurich |

---



**Peter Bauschatz**

**Independent, non-executive BoD member, since 2022**
German citizen, born 1971

**Professional background**

| | |
|---|---|
| 2013–2016 | TRITIO Rechtsanwaltsgesellschaft, partner |
| 2007–2013 | McDermott Will & Emery Attorneys at law, partner |
| 2004–2007 | GSK Gassner Stockmann & Kollegen, partner |
| 2001–2004 | ckss Attorneys at law, tax consultant |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2017 | Hoffmann SE, Chair of the Supervisory Board |
| Since 2017 | NV Holding GmbH, Managing Director |
| Since 2016 | SZA Schilling, Zutt & Anschütz Rechtsanwaltsgesellschaft mbH, partner |

**Qualifications**

| | |
|---|---|
| 2001 | Specialist attorney for tax law |
| 2001 | Master in European and International Business Law (MBL-HSG), University of St. Gallen |
| 2000 | Doctorate in tax law, University of Augsburg |
| 1998 | Attorney at law |
| 1996 | Master of law, University of Bayreuth and Constance |

---



**Nick Huber**

**Non-executive BoD member, since 2017**
**Family shareholder Huber**
Swiss citizen, born 1964

**Professional background**

| | |
|---|---|
| 1995–2016 | With SFS in various management positions |
| 1990–1995 | IBM (Switzerland) AG, Account Manager |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Mettler Entwickler AG, member of the BoD |
| Since 2022 | Inventx AG, member of the BoD |
| Since 2017 | DGS Druckguss Systeme AG, member of the BoD |
| Since 2014 | sturmsfs ag, member of the BoD |
| Since 2014 | Inhaus Handels GmbH, member of the BoD |
| Since 2009 | Rauch Trading AG and Rauch Schweiz AG, member of the BoD |
| Since 2008 | COLTENE Holding AG, Chair of the BoD |
| Since 1997 | HUWA Finanz- und Beteiligungs AG, member of the BoD |
| Since 1995 | Gurit Holding AG, member of the BoD |

**Qualifications**

| | |
|---|---|
| 2013 | Stanford Executive Program, Stanford University |
| 2002 | SKU, Advanced Management Program, Switzerland |
| 1984 | Matura (university entrance examination) type E in economics |



**Fabian Tschan**

**Non-executive member of the BoD, since 2023**
**Family shareholder Stadler/Tschan**
Swiss citizen, born 1977

**Other current activities and vested interests**

| | |
|---|---|
| Since 2022 | Lilly Capital AG, member of the BoD |
| Since 2020 | MBaer Merchant Bank AG, member of the BoD |
| Since 2019 | Gulfyr AG, member of the BoD |
| Since 2018 | Stiftung Gehresbisches für Appenzeller Musik, member of the Foundation Board |
| Since 2017 | Altoo AG, member of the BoD |



| | |
|---|---|
| Since 2015 | Data Cave Switzerland AG, Chair of the BoD and member of the BoD, 2013–2015 |
| Since 2015 | Octopus Cloud AG, member of the BoD |
| Since 2014 | Hawak Holding AG, CEO and member of the BoD, since 2008 |
| Since 2012 | prisid AG, member of the BoD |
| Since 2008 | CONPLIO Consulting GmbH, managing partner |

**Qualifications**

| | |
|---|---|
| 2010 | Master of advanced studies in business excellence, Lucerne University of Applied Sciences and Arts |
| 2007 | Bachelor in business administration, Zurich University of Applied Sciences, Winterthur |



**Manuela Suter**

**Independent, non-executive BoD member, since 2021**
Swiss citizen, born 1974

**Professional background**

| | |
|---|---|
| 2014–2018 | Bucher Industries, Head of Group Controlling |
| 2011–2014 | Bucher Industries, Group Controller |
| 2010–2011 | SIX Exchange Regulation, Zurich, Senior Financial Reporting Specialist |
| 2007–2010 | Holcim, Zürich, Head Financial Holdings |
| 2001–2007 | Ernst & Young, Auditor |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2018 | Bucher Industries, Chief Financial Officer |

**Qualifikationen**

| | |
|---|---|
| 2005 | Certified public accountant |
| 2001 | Master's degree in economics, University of Zurich |





**Jörg Walther**

**Chair of the Audit Committee, since 2022**
**Independent, non-executive BoD member, since 2014**
Swiss citizen, born 1961

**Professional background**

| | |
|---|---|
| 2015–2018 | Sika AG, Chair of the Special Expert Committee |
| 2010–2012 | Resun AG, General Counsel and Head Corporate Services, member of the Executive Committee |
| 2001–2009 | Novartis International AG, Global Head Legal M&A and Antitrust, member of the Group Legal Executive Committee |
| 1999–2001 | ABB Asea Brown Boveri AG, Group Vice Chair M&A |
| 1995–1998 | ABB Schweiz AG, Senior Legal Counsel |
| 1991–1995 | Danzas Management AG, Senior Legal Counsel and Head Group Legal Services |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Apotheke im Stadtspital Zürich AG, member of the BoD |
| Since 2023 | Aare-Apotheke Rombach AG, member of the BoD |
| Since 2021 | swissVR, member of Executive Board |
| Since 2020 | AEW Energie AG, Vice Chair of the BoD, member of the Audit Committee since 2014 |
| Since 2016 | HUBER + SUHNER AG, member of the BoD and Chair of the Audit Committee |
| Since 2016 | Zehnder Group AG, Vice Chair of the BoD and Chair of the Audit Committee |
| Since 2015 | Kraftwerk Augst AG, member of the BoD |
| Since 2015 | Immobilien AEW AG, Vice Chair of the BoD |
| Since 2010 | Schärer Attorneys at law, partner |

**Qualifications**

| | |
|---|---|
| 1999 | Master's degree in business administration (MBA), University of Chicago |
| 1996 | Certificate Advanced Management Program (AMP), University of Oxford |
| 1993 | Postgraduate certificate in European economic law, University of St. Gallen |
| 1990 | Admitted to the bar (Attorney at Law) |
| 1989 | Master's degree in law (MLaw), University of Zurich |

**Other current activities and vested interests**
The profiles of the members of the Board of Directors give an overview of other current activities and vested interests. Beyond that, no member of the Board of Directors belongs to any important body, is permanent head of or consultant to important interest groups, has public functions or holds public office.



**Permitted additional activities**
The members of the Board of Directors may have other functions in the executive management or supervisory bodies. The number of functions for third parties and legal units that are not controlled by SFS Group is limited to:

- Five mandates in publicly traded companies (Art. 727 para. 1 num. 1 CO); and, in addition,
- Ten mandates in companies that exceeded in two successive reporting years CHF 20 million of total assets, CHF 40 million of total sales and 250 full-time employees on average (Art. 727 para. 1 num. 2 OR); and, in addition;
- Twenty mandates in legal entities that do not meet the above-mentioned criteria; and, in addition,
- Ten mandates in associations, charity foundations and employee assistance foundations.

Mandates in companies that are under uniform control or the same beneficial ownership are deemed to be one mandate.

**Election and terms of office**
The terms of office of each member of the Board of Directors correspond to the legally permitted maximum term of one year. The members of the Board of Directors, the Chair and the members of the Nomination and Compensation Committee are elected by the Annual General Meeting. Every member is elected individually.

The term of office ends at the end of the next Annual General Meeting. Re-election is possible as long as the relevant member has not attained the age of 70.

If the office of the Chair of the Board of Directors is vacant, the Nomination and Compensation Committee is not complete or the company does not have an Independent Proxy, the Board of Directors shall appoint a substitute for the time period until the conclusion of the next Annual General Meeting who must be – with the exception of the Independent Proxy – a member of the Board of Directors.

**Internal organizational structure**
The Board of Directors is responsible for the ultimate direction, supervision and control of the Group Executive Board.

In support of its directive and supervisory capacity, the Board of Directors has formed two standing committees, the Nomination and Compensation Committee and the Audit Committee.

**Board of Directors' procedures**
A meeting of the Board of Directors is held whenever the business of the company requires but at least six times per annum. The meetings are usually spread at regular intervals over the first and second half-year. The Chair or in his absence the Vice Chair, or in the absence of both, another member of the Board of Directors, chairs the meeting. The Chair convenes Board meetings and sets meeting agendas. Additionally, the Chair ensures that the meeting agenda and supporting material are sent to Board members no later than ten days before the meeting date. The Chief Executive Officer, the Chief Financial Officer and the Group General Counsel and Company Secretary attend each BoD meeting. Other members of the Group Executive Board, as the case may be, attend partially BoD meetings for specific agenda items within their area of managerial responsibility with an advisory vote. The Board of Directors carries out an internal self-evaluation usually every two years.

In the reporting year, a total of eight (PY eight) ordinary and no (PY one) extraordinary Board meetings took place. Two meetings lasted less than two hours, six meetings lasted for a day, and one strategy conference was held over a period of three days. The meetings were held at regular intervals of one or two months during the reporting year. All members of the Board of Directors participated in all Board meetings (PY Bettina Stadler participated in all but one Board meeting, all others in all Board meetings).

The Chair of the Board of Directors maintains continuous contact with the members of the Board of Directors and keeps them updated in a regular and timely fashion. Decisions are made by the Board of Directors as a whole. A quorum of the Board of Directors is constituted when a majority of the members attend the meeting in person. In exceptional cases, the presence can take place by telephone or electronic media. The Board of Directors passes its resolutions with the majority of the votes cast. In the event of a tie, the Chair has the casting vote. Voting by proxy is not allowed. All resolutions and deliberations are recorded. The minutes are signed by the Chair and the Company Secretary and must be approved by the Board of Directors.

**Vice Chair**
The Board of Directors elected Urs Kaufmann as Vice Chair until the end of the next Annual General Meeting. In his function, he takes the chair of the Board meetings if the Chair is indisposed. In particular, the Vice Chair precides Board meetings if the Chair is required to abstain from the deliberation and decision taking if the following items are on the agenda:

- Assessment of the Chair's work
- Decision of the Board of Directors on the request to the General Meeting for the re-election or not of the Chair
- Decision about the Chair's compensation

**Committees constitution and procedures**
The committees' areas of authority and responsibility are defined in Section 5 of the Organizational Regulations of SFS Group. These are available on the SFS Group website: Organizational Regulations

The committees support the Board of Directors in its supervisory and control capacities and act mainly as consulting, assessment and preparation bodies. The committees have final decision competence only in the topics explicitly mentioned below.

At the end of the reporting period, the committees were set up as follows:

**Nomination and Compensation Committee**

| | |
|---|---|
| Urs Kaufmann | Chairman |
| Nick Huber | Member |
| Thomas Oetterli (since April 2022) | Member |

**Audit Committee**

| | |
|---|---|
| Jörg Walther | Chair |
| Fabian Tschan | Member |
| Manuela Suter | Member |

The committees meet as often as the business of the company requires. The Audit Committee typically meets in January, February and the fall. The Nomination and Compensation Committee usually meets in February and December. A record is kept of every meeting, and participants and the Board of Directors are provided with the minutes. The Chairs of the committees report on the committees' activities at the next meeting of the Board of Directors and prepare formal requests to the Board of Directors.

The term of office of the committee members is one year and corresponds to their term of office as members of the Board of Directors.



**Nomination and Compensation Committee**
The committee consists of a Chair and at least one additional member with a maximum of four members of the Board of Directors. The committee members are elected by the General Meeting on a yearly basis by request of the Board of Directors. The Nomination and Compensation Committee constitutes itself. The committee prepares all relevant decisions related to the nomination and compensation of the members of the Board of Directors and the Group Executive Board.

The Chief Executive Officer and the Chief Human Resources Officer attend the meetings of the committee unless their own nomination or compensation is being discussed. In the reporting period, the committee held four meetings (PY four), each lasting about three hours. In particular, the Nomination and Compensation Committee has the following duties:

- Requests related to the compensation system of the SFS Group;
- Requests related to the setting of compensation-related targets for the Group Executive Board;
- Requests related to the approval of the individual compensation of the Chair and the members of the Board of Directors, the Chief Executive Officer and other members of the Group Executive Board;
- Requests related to amendments to the Articles of Association in respect of the compensation system;
- Proposals related to a balanced composition of the Board of Directors and determination of the criteria of independence;
- Selection process for new members of the Board of Directors, the Chief Executive Officer and members of the Group Executive Board;
- Evaluation of proposals of the Chief Executive Officer related to the appointment or removal from office of members of the Group Executive Board;
- Approval of agreements and employment contracts with the Chair of the Board of Directors, the Chief Executive Officer and other members of the Group Executive Board;
- Approval of the acceptance of external mandates by members of the Board of Directors and the Group Executive Board

The motions of the committee are proposed to the full Board of Directors as a whole. Further functions of the Nomination and Compensation Committee are defined in Section 5.3 of the Organizational Regulations.

**Audit Committee**
The Audit Committee has a minimum of three members, elected by the Board of Directors. The Audit Committee constitutes itself and supports the Board of Directors in its ultimate supervisory function on the completeness of the financial statements, compliance with the legal requirements, the aptitude of the external auditor and the performance of the internal and external auditors. The Audit Committee assesses the appropriateness of the financial reporting, the non-financial reporting, the internal control system and the general control of business risks.

The Chief Financial Officer, the Chief Executive Officer, the Head of Corporate Accounting and Reporting, the Head of Internal Audit and the external auditor attend the meetings of the Audit Committee. If necessary, the Audit Committee discusses certain agenda items separately with the external auditor. In the reporting period, the committee held four meetings (PY five), each lasting about two hours.



In particular, the Audit Committee has the following duties and competences:

- Evaluation of the external auditor and proposal to the Board of Directors on the appointment of the external auditor at the General Meeting;
- Assessment of the performance and independence of the current external auditor and approval of the budget for auditing and other fees by the external auditor;
- Organization of the internal audit, appointment of the internal auditor and assessment of its performance review
- Approval of the audit plans of both the internal and external auditors;
- Approval of any non-audit related services of the external auditor;
- Request for information from the Group Executive Board and the internal and external auditors on major risks, contingent liabilities and other liabilities of the Group and assessment of the mitigation measures taken;
- Review and discussion of the annual and interim financial statements and other published financial information;
- Discussion of the results of the annual audit with the external auditor and the reports of the internal audit and submissions or proposals to the Board of Directors;
- Assurance of the collaboration between external and internal auditors

Further functions of the Audit Committee are defined in Section 5.2.2 of the Organizational Regulations.

**Definition of areas of responsibility**
The functions and responsibilities of the various bodies are set out in detail in Section 2 ff. of the Organizational Regulations. The Board of Directors is responsible for the ultimate direction, supervision and control of the Group Executive Board.

The Board of Directors deals with all matters that are not delegated to the General Meeting or another body of the company either by law, its Articles of Associations or the Organizational Regulations.

Pursuant to the Articles of Association and the Organizational Regulations, the Board of Directors has delegated corporate management responsibility to the Group Executive Board. The Organizational Regulations are reviewed and amended by the Board of Directors on a regular basis.

The Board of Directors approves in particular the business strategy and organization as proposed by the Group Executive Board, the budgets, medium-term plans, and any other business that by its nature or financial importance is considered strategically significant. For any projects that require a Board of Directors' decision, the Group Executive Board submits written requests and appropriate documentation.

**Information and control instruments vis-a-vis Group Executive Management**
During the Board of Directors' meeting, the Chief Executive Officer and the Chief Financial Officer give information on the current state of business, the most important business transactions of the segments, the divisions and the subsidiaries (management units), and the execution of functions delegated to the Group Executive Board.

The management information system of SFS Group works as follows: The balance sheet, income statement, cash flow statement and key figures of the management units are set up and consolidated on a quarterly, half-yearly and yearly basis, and compared with the previous year's figures and budget. The budget is reviewed based on the quarterly financials in the form of a latest best estimate on the reachability of each unit and on a consolidated basis. The Board of Directors is provided with a monthly overview of the development of the group sales and a quarterly estimate of financial results for the whole reporting year.

The Board of Directors approves the budget of SFS Group, the segments and the divisions. Once a year, the Board of Directors is provided with the results of the current mid-term planning for the following three to five years. Usually, the Board of Directors deals with strategic questions about the group, the segments and the divisions in a one-and-a-half to two-day meeting.



The Chief Executive Officer, the Group Executive Board and the Chair of the Board of Directors are provided with condensed financial reporting about the business development on a monthly basis. Substantial discrepancies and developments are brought to the attention of the whole Board of Directors immediately in written form.

The internal audit is executed by the Corporate Controlling team and in cooperation with an external specialized partner. Although the Head of Internal Audit is subordinate to the Chief Financial Officer, they report directly to the Audit Committee in regard to these activities. The internal audit of SFS Group is aligned with the size of the group. Based on financial risk considerations approved by the Audit Committee, the group companies are audited every two to four years depending on the risk assessment. The written internal audit report is discussed with the management of the companies concerned, and the most significant measures are agreed. Material findings of the internal audit and the audit reports are presented to and discussed in the Audit Committee. In the reporting year, six internal audits took place (PY six).

The external auditor assesses the internal control system (ICS) annually in a comprehensive report to the Audit Committee and confirms its existence.

The Group Executive Board selects and assesses the substantial financial, operational and strategic risks annually together with the ICS managers. Based on its own assessment (top-down) and on information provided by the segments and divisions (bottom-up), risks are categorized depending on their probability of occurrence and their potential financial impact. For each listed risk, mitigation measures are defined. The risks assessed and the actions defined are submitted in the Risk Analysis of the SFS Group to the Board of Directors' meeting in December for discussion and approval. In the reporting period, the following potential risks with possible countermeasures were discussed in particular (hereinafter listed without prioritization):

- Loss of data and impairment of going concern due to cyberattacks
- Investment risks in large-scale projects
- Delivery constraints (caused, inter alia, by Ukraine conflict, trade conflict China/USA)
- Risks with acquired corporations
- Shortage of energy, increase of energy cost
- Warranty risks due to recalls
- Dependency on global economic developments
- Compliance risks
- Currency risks

SFS

# Group Executive Board

**Members of the Group Executive Board**
The Chief Executive Officer, together with the Group Executive Board, is responsible for the management of the SFS Group. Under the CEO's leadership, the Group Executive Board addresses all issues of relevance to the Group, takes decisions within its remit and submits proposals to the Board of Directors. The Heads of the segments, divisions and corporate cross-functions are responsible for the outline and achievement of their business objectives and for the autonomous management of their units.

At the end of the reporting year 2023, the Group Executive Board consisted of ten (PY ten) members.



From left: Volker Dostmann, Ian Raunjak, Arthur Blank, Jens Breu, George Poh, Claude Stadler, Alfred Schneider, Urs Langenauer, Walter Kobler, Martin Reichenecker



SFS



**Jens Breu**

**Chief Executive Officer, since 2016**
**Head of Engineered Components segment, since 2014**
**Head of Fastening Systems segment, since 2014**
**Head of Distribution & Logistics segment, since 2022**
**With SFS since 1995**
Swiss citizen, born 1972

**Functions within the company**

| | |
|---|---|
| | Member of the BoD of several SFS Group companies |
| 2014–2015 | Chief Operating Officer |
| 2012–2013 | Head of Industrial division |
| 2008–2013 | Technical Director SFS intec |
| 2000–2008 | Vice President of manufacturing, SFS Group USA |
| 1995–2000 | Tool engineer |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2019 | Dätwyler Holding AG, member of the BoD |

**Qualifications**

| | |
|---|---|
| 2007 | MBA, Cleveland State University |
| 1996 | Mechanical engineer, University of Applied Sciences St. Gallen |



**Arthur Blank**

**Head of Corporate HR and Communications, since September 27, 2023**
**Head of Construction division 2014–2023**
**With SFS since 1979**
Swiss citizen, born 1959

**Functions within the company**

| | |
|---|---|
| | Member of the BoD of several SFS Group companies |
| 2010–2013 | General Manager Europe |
| 2008–2010 | Head of various Business Units |
| 1998–2008 | General Manager International Manufacturing |

**Qualifications**

| | |
|---|---|
| 2000 | SKU, Advanced Management Program, Switzerland |
| 1994 | International management program with focus on manufacturing management, IMD Lausanne |
| 1982 | Bachelor of Science (B. Sc.), Buchs Institute of Technology (NTB) |



SFS



**Volker Dostmann**

**Chief Financial Officer, since 2021**
**With SFS since 2020**
Swiss citizen, born 1970

**Functions within the company**

| | |
|---|---|
| | Member of the BoD of several SFS Group companies |
| Since 2020 | Member of the Group Executive Board |

**Qualifications**

| | |
|---|---|
| 2017 | Senior Executive Program, London Business School |
| 2007 | Executive MBA Business Engineering, University of St. Gallen |
| 1994 | Economist SEBA, HWV Zürich |



**Walter Kobler**

**Head of Industrial division, since 2014**
**Head of Medical division, since 2021**
**With SFS since 1987**
Swiss citizen, born 1963

**Functions within the company**

| | |
|---|---|
| | Member of the BoD of several SFS Group companies |
| 2004–2014 | General Manager of aircraft activities |

**Qualifications**

| | |
|---|---|
| 2012 | Stanford Executive Program, Stanford University |
| 1994 | Sales manager at the Institute of Marketing, University of St. Gallen |
| 1992 | Advanced courses in sales and leadership, Management Center St. Gallen |
| 1990 | Federally certified marketing planner, Kaderschule St. Gallen |



SFS



**Urs Langenauer**

**Head of Riveting division, since 2019**
**With SFS since 1995**
Swiss citizen, born 1979

**Functions within the company**

| | |
|---|---|
| 2013–2019 | General Manager Automotive division, SFS Group USA |
| 2008–2013 | Vice President of manufacturing, SFS Group USA |

**Qualifications**

| | |
|---|---|
| 2003 | Engineer in mechatronics, University of Applied Sciences St. Gallen |



**George Poh**

**Head of Electronics division, since 2014**
**With SFS (Unisteel) since 1995**
Singapore citizen, born 1963

**Functions within the company**

| | |
|---|---|
| | Member of the BoD of several SFS Group companies |
| 2012–2014 | Chief Operating Officer Unisteel |
| 2011–2012 | Chief Technology Officer Unisteel |
| 2003–2011 | Managing Director Unisteel |
| 1995–2003 | Various management positions within Unisteel |

**Qualifications**

| | |
|---|---|
| 1998 | MBA, University of Hull, UK |
| 1988 | Bachelor of Engineering (B. Eng.), mechanical engineering, University of Sheffield, UK |
| 1983 | Diploma mechanical engineering, Singapore Polytechnic |

SFS



**Iso Raunjak**

**Head of Distribution & Logistics Switzerland division, since 2020**
**With SFS since 1992**
Swiss citizen, born 1976

**Functions within the company**

| | |
|---|---|
| 2018–2019 | Head of Business Unit Architectural Hardware |
| 2012–2018 | Head of Business Unit Central Logistics |
| 2006–2012 | Head of Quality Management |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Pestalozzi AG, member of the BoD |
| Since 2020 | SWISSAVANT association, member of the BoD |

**Qualifications**

| | |
|---|---|
| 2023 | Stanford Executive Program, Stanford University |
| 2014 | Diploma in logistics management, University of St. Gallen |
| 2008 | Training in antitrust law, University of Constance |
| 2004 | Diploma as a technical merchant |

---



**Martin Reichenecker**

**Head of Distribution & Logistics International division, since 2022**
**With SFS (Hoffmann) since 2004**
German citizen, born 1977

**Functions within the company**

| | |
|---|---|
| | Member of the Management and the BoD of several SFS Group companies |
| Since 2021 | Chief Executive Officer of Hoffmann SE |
| 2018–2021 | Director of sales and marketing and spokesman of the Executive Board Hoffmann |
| 2015–2018 | Group Executive sales and marketing Hoffmann |
| 2014–2015 | Group Executive product management and purchasing Hoffmann |
| 2011–2013 | Head of International Key Account Management Hoffmann |
| 2004–2011 | Various management positions Hoffmann |



SFS

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Cordes & Graefe KG, member of the Advisory Forum |

**Qualifications**

| | |
|---|---|
| 2004 | Master of Business Administration and Engineering, University of Applied Sciences Mannheim |
| 2001 | Diploma in Business Administration, Academy Ravensburg |

---



**Alfred Schneider**

**Head of Automotive division, since 2014**
**With SFS since 1987**
Swiss citizen, born 1959

**Functions within the company**

| | |
|---|---|
| | Member of the BoD of several SFS Group companies |
| Since 2008 | Member of the BoD of the joint venture in China, Sunil SFS intec |
| 2008–2013 | General Manager Automotive Products |
| 2002–2008 | General Manager Industrial Products |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2019 | Libracore AG, member of the BoD |

**Qualifications**

| | |
|---|---|
| 1999 | SKU, Advanced Management Program, Switzerland |
| 1994 | Diploma in sales management, University of St. Gallen |
| 1986 | Business management, Swiss Engineering STV |
| 1982 | Mechanical engineer, Buchs Institute of Technology (NTB) |

---



SFS



**Claude Stadler[1]**

**Head of Corporate Services, since 2018**
**With SFS since 2013**
Swiss citizen, born 1976

**Functions within the company**

| | |
|---|---|
| 2013–2017 | Head of Corporate Communications and Investor Relations |

**Other current activities and vested interests**

| | |
|---|---|
| Since 2022 | Golfyr AG, member of the BoD |
| Since 2022 | icotec AG, Chair of the BoD, member of the BoD since 2015 |
| Since 2021 | Stadler Holding AG, Chair of the BoD |
| Since 2019 | Eastern Switzerland University of Applied Sciences, member of the Board of Trustees |
| Since 2019 | Rüden AG, member of the BoD |
| Since 2015 | Avantama AG, member of the BoD |
| Since 2011 | WISTAMA Finanz- und Beteiligungs AG, member of the BoD |

**Qualifications**

| | |
|---|---|
| 2015 | Swiss Board School, IMP-HSG, University of St. Gallen |
| 2001 | University of St. Gallen, Master's degree in Information & Technology Management |
| 2000 | Stockholm School of Economics, CEMS MIM |

[1] Claude Stadler stepped down from the Group Executive Board earlier than communicated, already at the end of 2023, to assume responsibility for his family's holding company. A. Blank and V. Dostmann took over managerial responsibility of Corporate Services as of 2024.

---

**Susanne Jung**

**Chief Human Resources Officer**
**With SFS from January 1 until September 27, 2023**
German citizen, born 1976

---



SFS

**Other current activities and vested interests**
The profiles of the members of the Group Executive Board above give an overview of other current activities and vested interests. Beyond that, no member of the Group Executive Board belongs to any important body, is permanent head of or consultant to important interest groups, has public functions or holds public office.

**Permitted additional activities**
The members of the Group Executive Board may have other functions in the executive management or administrative bodies if approved by the Nomination and Compensation Committee of the Board. The number of functions for third parties and legal units that are not controlled by SFS Group is limited to:

- Two mandates in publicly traded companies (Art. 727 para. 1 num. 1 CO); and, in addition,
- Three mandates in companies that exceeded in two successive reporting years CHF 20 million of total assets, CHF 40 million of total sales and 250 full-time employees on average (Art. 727 para. 1 num. 2 CO); and, in addition;
- Five mandates in legal entities that do not meet the above-mentioned criteria

Mandates in companies that are under uniform control or the same beneficial ownership are deemed one mandate.

**Management contracts**
No management contracts exist with companies or individuals outside SFS Group.

SFS

## Compensation, shareholdings and loans

All information on this subject can be found below unser the section Fundamental Principles of the compensation system of the Compensation Report of this Annual Report.



SFS

## Shareholders' participation

**Voting rights and representation restrictions**
Shareholders' participation rights are detailed in Art. 11 of the Articles of Association.

Each share entitles to one vote, subject to the provisions above on Capital structure, Limitations on transferability and nominee listings. In the reporting year, no exceptions were granted (PY none).

The Board of Directors determines the requirements related to proxies and voting instructions.

An easement or abolition of the restriction of the transferability of the registered shares can be resolved by the General Meeting. A resolution passed by at least two thirds of the represented share votes and an absolute majority of the represented shares par value is required.

The Articles of Association do not contain any regulations concerning the issuance of instructions to the Independent Proxy or the electronic participation at the Annual General Meeting.

Each shareholder may be represented by the Independent Proxy. The term of office of the Independent Proxy ends at the next Annual General Meeting. Re-election is possible. Its duties are governed by the relevant statutory provisions. The Annual General Meeting of April 26, 2023, elected bürki bolt Rechtsanwälte, 9435 Heerbrugg, as Independent Proxy until the next Annual General Meeting.

**Statutory quorums**
For:

- The cases listed in Art. 704 para. 1 CO and in Art. 18 and 64 of the Federal Act on Mergers, Demergers, Transformations and Transfers of Assets and Liabilities (Mergers Act);
- The easement or abolition of the restrictions of the transferability of registered shares;
- Any change to the provisions of Art. 13 of the Articles of Association (Quorums);

a resolution of the General Meeting passed by at least two thirds of the represented share votes and an absolute majority of the represented shares par value is required.

**Convocation of the Annual General Meeting**
No regulations deviate from the relevant statutory provisions.

**Inclusion of items on the agenda**
The Board of Directors states the items on the agenda.

Registered shareholders with voting rights individually or jointly representing at least 0.5% of the share capital or the votes may demand that items are put on the agenda. Such demands must be submitted in writing to the Chair of the Board of Directors at least 45 days before the date of the Annual General Meeting. The demands must be in writing, specifying the item and the proposals.

**Registration in the share register**
No registrations are made in the share register around ten days before and five days after the date of the Annual General Meeting. The exact dates of closing of the share register are set out in the invitation to the Annual General Meeting. In the reporting year, the Board of Directors has granted no exceptions to this rule (PY none).



SFS

## Changes of control and defense measures

**Duty to make an offer**
Pursuant to Art. 31 of the Articles of Association, the obligation to submit a public takeover offer pursuant to Art. 135 of the Federal Act on Financial Market Infrastructures and Market Conduct in Securities and Derivatives Trading (FinMIA) has been waived in accordance with Art. 125 para. 3 FinMIA (opting out).

**Clauses on changes of control**
No contractual clauses governing changes in control exist in agreements or plans with the members of the Board of Directors. The employment contracts of the members of the Group Executive Board do not contain any provisions related to change of control. The blocking period of shares continues to apply in the event of a change of control. There are no clauses related to a change of control in the employment contracts of other key members of the management.

The contractual notice period for members of the Group Executive Board is set to a maximum of twelve months. The agreed non-competition clause of members of the Group Executive Board of two years is not applicable if employment is terminated due to a change of control.



SFS

## Auditing body

**Duration of the mandate and term of office of the lead auditor**
PricewaterhouseCoopers AG, St. Gallen, has been the independent auditor of SFS Group AG and several subsidiaries since 1993. The independent auditor is elected by the Annual General Meeting for a period of one year. The lead auditor in the present mandate, Gianluca Galasso, took office at the Annual General Meeting of 2021.

**Audit fees**
In the reporting period, PricewaterhouseCoopers charged SFS Group around CHF 1.2 million (PY CHF 1.3 million) for the audit of SFS Group AG, the Group financial statements and several subsidiaries.

**Additional fees**
PricewaterhouseCoopers AG and affiliated companies did not raise invoices for audit-related services in the reporting period (PY <CHF 0.1 million). For additional services related to tax compliance and other tax consulting services, a total amount of CHF 0.3 million (PY CHF 0.4 million) and for other consulting services a total amount of CHF 0.2 million (PY CHF 0.0 million) was invoiced from PricewaterhouseCoopers AG to SFS Group. In relation to the acquisition of Hoffmann SE (financial and tax due diligence), PricewaterhouseCoopers AG did not raise invoices in the reporting period (PY <CHF 0.1 million).

**Informational instruments pertaining to an external audit**
The Audit Committee briefs the Board of Directors on the work done by and the working relation with the external auditor at least once a year.

Each year, the external auditor submits an audit plan and a comprehensive report on the financials for the attention of the Board of Directors and the Audit Committee. The report contains conclusions on financial accounting, the internal control system and the process and results of the audit.

The Audit Committee evaluates the scope of the annual audit and the audit plans, and discusses audit results with the external auditor. In the reporting period, the external and internal auditors were present at four meetings of the Audit Committee (PY five).

The Audit Committee makes an annual assessment of the effectiveness, performance, independence and fees paid to the external auditor, and provides the Board of Directors with a proposal for the election of the auditor by the General Meeting.

This evaluation is based on the reports and presentations provided by the external auditor, the discussions held in the meetings, its objectivity and its technical and operational competency.

The Audit Committee assesses the sustainability, the scope and the fee for the services rendered by the external auditor. For internal organizational structure and further functions of the Audit Committee reference is made to section "Internal organizational structure" above.

SFS

## Information policy

Open and regular communication on all levels is an important part of the managerial responsibility. All information measures are based on a commitment to uphold the credibility of the group. Communication is carried out in an active, open and timely way with all stakeholders.

SFS Group maintains a dialog with investors and media on a regular basis, including media and analyst conferences in March and in July, an investor day every other year in August/September, roadshows in spring and every other fall, a volume notification with sales numbers in January and investors days at various banks. An overview of the dates of the most important events for all stakeholders, such as the date of the Annual General Meeting and the date of the publication of the Annual Report, can be found here: Agenda

As a company listed on the SIX Swiss Exchange AG, SFS Group AG is subject to ad hoc publicity rules, i.e. the obligation to immediately report any information that is potentially relevant to the share price. All ad hoc announcements according to Art. 53 LR, as well as further news, can be found here: Media & Newsroom

Interested parties can subscribe to an email service free of charge at the following link: Mailing list

Annual Reports and Half-Year Reports, presentations on important activities and other relevant documents go online simultaneously with publication on the following website: Financial publications

The Annual Report webpage can be found here: Annual Report 2023

Shareholders receive the summary of the Annual Report automatically with the invitation to the Annual General Meeting. The complete version of the Annual Report is available electronically on the website.

Official announcements and company notices are published in the Swiss Commercial Gazette (SOGC).

The following information is available on the SFS Group website sfs.com:

- Numbers: SFS at a glance
- Information for investors
- Articles of Association
- Organizational regulations

**Issuer**
SFS Group AG
Rosenbergsaustrasse 8
9435 Heerbrugg, Switzerland
SFSN 23.922.930
sfs.com

+41 71 727 51 51
info@sfs.com

**Contact**
SFS Group Schweiz AG
Investor Relations
Benjamin Sieber
Rosenbergsaustrasse 8
9435 Heerbrugg, Switzerland
+41 71 727 62 48
corporate.communications@sfs.com



SFS

## Blocked periods

The SFS Group Trading Policy specifies fixed blocking periods for trading in shares of SFS Group AG or derivatives that are significantly influenced by the share price of SFS Group AG (Ordinary Blocked Periods) for employees who have insider knowledge due to their function in the phase of preparing the Half-Year and Annual Financial Reports. In addition to the members of the Board of Directors and the Group Executive Board, this group consists of various persons designated by the CEO or CFO, in particular in the areas of finance, IT and communication. The fixed blocking periods last from December 1 until the end of one day after the publication of the Annual Report and from June 1 until the end of one day after the publication of the Half-Year Report. In the reporting year, there were thus fixed blocking periods from December 1, 2022, to March 6, 2023, from June 1, 2023, to July 19, 2023, and from December 1, 2023, to March 8, 2024. Exceptions to the trading suspension may be approved by the CEO or the Chair of the Board of Directors. No exceptions were requested or granted under the year under review.

Furthermore, the Trading Policy of SFS Group provides for Extraordinary Blocked Periods, which can be declared by the CEO or the Chair of the Board of Directors if there is a risk of insider information being available during a certain period of time which is only accessible to a limited group of persons.



SFS

# Compensation Report


| | |
|---|---|
| Introduction | 104 |
| Principles of the compensation system | 105 |
| Determination process | 108 |
| Compensation in the financial year 2023 | 109 |
| Board of Directors' and Group Executive Board's shareholdings | 111 |
| Business activities of the members of the Board of Directors and Group Executive Board | 112 |
| Auditor's Report | 120 |




SFS

## Introduction

This Compensation Report provides information about the compensation system established by SFS Group and the compensation paid to the Board of Directors (BoD) and the Group Executive Board (GEB).

The report was prepared in accordance with the provisions of the Swiss Code of Obligations, which also covers the regulations on remuneration for public listed companies, as well as the provisions set forth in the Directive on Information relating to Corporate Governance issued by SIX Swiss Exchange AG. The report refers to the Articles of Association of the SFS Group.

SFS

## Principles of the compensation system

The success of SFS Group depends largely on the quality, entrepreneurial mindset and motivation of its workforce. The aim of the compensation system is to attract well-qualified specialists and executives, and foster commitment to the company's long-term goals. The compensation policy of SFS Group satisfies the following criteria:

- Performance-oriented with fixed and variable compensation components
- Based on clearly defined and measurable targets
- Clear and straightforward
- Compensation is fair and market-based
- Predefined maximum and minimum thresholds

The Articles of Association prohibit the company from providing members of the BoD or the GEB with any loans, credits, or pension benefits other than from occupational pension plans.

The basic principles of the compensation program are set forth in Arts. 25–30 of SFS Group AG's Articles of Association.

Responsibility for revision of the compensation system and proposal of the amounts of compensation to be paid lies with the Nomination and Compensation Committee (NCC). Its proposals are submitted to the entire BoD. The composition, tasks, duties and working methods of the NCC are disclosed in the Corporate Governance Report.

**Compensation of the Board of Directors**
The members of the BoD receive a fixed basic fee, fixed fees for membership of committees and a lump-sum compensation for expenses. The various amounts of compensation are determined annually by the BoD based on a proposal submitted by the NCC. The amount of compensation paid is subject to and within the limits of the aggregate amounts approved by the Annual General Meeting. Compensation is paid in cash and in the form of a fixed number of shares of SFS Group AG. The SFS shares are a compensation component focused on long-term success and are subject to a minimum holding period of three years. The NCC reviews the weighting of SFS shares as a component of overall compensation on a regular basis and submits proposals for modification to the BoD.

**Basic fee and share allocation (per term of office)**

| | Fixed basic fee in CHF | Fee for membership in a committee in CHF | Fixed number of shares |
|---|---|---|---|
| Chair of the Board of Directors | 240'000 | – | 1'500 |
| Vice Chair of the Board of Directors | 80'000 | 20'000 | 500 |
| Member of the Board of Directors | 60'000 | 20'000 | 500 |

An additional compensation, as specified in Art. 25 of the Articles of Association, was not awarded during the year under review or during the previous year. Compensation of the members of the BoD is subject to approval by the Annual General Meeting.

In principle, there will be no payments to pension funds or similar institutions for the members of the BoD. In exceptional cases, such payments may be made upon request of the NCC and are subject to approval by the Annual General Meeting if the members in question do not have other insurable income from subordinate employment.



SFS

**Compensation of the Group Executive Board**
Members of the GEB receive a base salary in cash commensurate with their responsibilities and experience. In addition, a variable component of compensation based on individual performance and the operational results is paid in cash and in the form of SFS shares. The SFS shares awarded are blocked for a period of at least three years.

The compensation of the members of the GEB is subject to approval by the Annual General Meeting. Members of the GEB additionally receive a lump-sum cash payment as reimbursement for business and representational expenses. This is in accordance with local legislation and in Switzerland with the business and travel expense policy document approved by the competent cantonal tax authority.

The compensation for GEB members comprises the following components:

1. Base salary
2. Variable cash compensation
3. Variable SFS share compensation

**1. Base salary**
The base salary is fixed individually and considers the function performed and the responsibility of the respective member of the GEB.

**2. Variable cash compensation**
The variable compensation system of the GEB is based on the MBO (Management by Objectives) process of the SFS Group. A success and performance-oriented target compensation in cash is agreed in advance for each member of the GEB that, according to the Articles of Association, may not exceed an amount equal to 100% of the base salary. In accordance with the compensation system of the SFS Group, which is approved by the NCC, the variable target cash compensation is limited to 40 to 60% of the base salary for the Chief Executive Officer (CEO) and to 30 to 50% for the other GEB members. If the threshold for the specific target is not met, no variable cash compensation will be paid out. Where the agreed targets are significantly outperformed, a cap for this salary component is set at 150% of the agreed variable cash amount.

The amount of variable cash compensation is governed by three criteria:

a. Extent to which the financial targets have been achieved
The financial targets are proposed by the NCC and set by the BoD in advance for a one-year period of service. For the financial year 2023, the financial targets at Group and divisional level pertained to sales and the EBIT margin and, in contrast to 2022, the cash-to-cash cycle.

b. Achievement of individual annual targets
The Board of Directors determines these compensation-relevant targets for the CEO and the CEO, in coordination with the Chair of the BoD, determines them individually in respect of all other GEB members. Ongoing projects, the established strategic targets and sustainable corporate development serve as guidelines in this process. A floor value is determined for each of the defined targets, below which there is no entitlement to compensation. A cap value determines the maximum amount of variable compensation for each target.
Specific ESG goals are defined as part of the individual target agreements for the Group Executive Board to strengthen the emphasis on ecological and social governance aspects in the context of corporate management. This includes e.g. the use of renewable energy, $CO_2$ reduction and topics from the fields of occupational health and safety, equal treatment as well as training and education.

c. A discretionary decision regarding leadership
Leadership, values and conduct are also topics that are evaluated when determining entitlement to variable cash compensation. These compensation-relevant components for the CEO are determined by the BoD; in respect of all other GEB members, they are determined individually by the CEO, in coordination with the Chair of the BoD.



SFS

The weighting of the goals for the variable cash compensation is determined by the BoD based on a proposal submitted by the NCC. For the year under review and the previous year, these weightings were set as follows:

| | CEO, CFO and Head of Corporate Services | Other members of Group Executive Board |
|---|---|---|
| Financial targets Group | 60% | 30% |
| Financial targets segments and divisions | – | 30% |
| Individual targets | 20% | 20% |
| Leadership, values and conduct | 20% | 20% |

**3. Variable SFS share compensation**
A second part of the variable compensation is paid out in the form of SFS shares. The BoD defines the number of shares to be awarded to each member every year at the beginning of the performance period. The number of the shares should be for the CEO within a target range of 1,500 to 2,500 shares and for the other members of the GEB within a target range of 250 to 1,000 shares. At the end of the performance period, the BoD will determine at its own discretion how many shares will be granted based on the proposal submitted by the NCC, taking into consideration the market environment (economic activity, industry developments, etc.), the execution of company strategy, the company's financial situation as well as the individual performance. A factor of 0 to 150% may be applied. The SFS shares are transferred to the members at the end of the Annual General Meeting at which this compensation is confirmed. These SFS shares are blocked for a period of at least three years. Shares awarded to a member of the GEB shall remain their property on separation from the company.

The compensation of the members of the GEB is subject to approval by the Annual General Meeting.

**Stock ownership plan**
SFS Group AG can periodically offer company shares to selected and long-standing employees (at all levels). The BoD issued a regulation addressing the following elements in particular: Determination of the purchase price, granting of a potential discount on the purchase price, maximum reference value (valued upon allocation) in relation to the individual annual base compensation as well as a blocking period of the shares. The NCC calculates the figures for the respective plan based on these figures and submits the terms to the Board of Directors for approval. Members of the BoD and the GEB may be included in this program. The SFS shares acquired through this plan will be blocked for at least three years.

A regular stock ownership program was executed in the financial year 2023.



SFS

## Determination process

Based on a proposal by the CEO, the NCC discusses the financial and individual targets to be set for the GEB for the coming financial year at the end of every year. It submits its proposals to the entire BoD for approval.

Compensation of the BoD and the variable compensation of the GEB is determined every year in February after the close of the financial year by the full BoD based on the proposals of the NCC, subject to approval by the Annual General Meeting. The base salary of the GEB for the upcoming year is determined in December of the previous year by the full BoD at the request of the NCC.

When setting its own compensation, all members of the BoD are present and they all have decision-making authority.

When setting the aggregate compensation of the BoD and the GEB, data for listed international industrial companies with a similar geographic footprint and of a similar size and with headquarters in Switzerland are consulted, and the area of responsibility, the individual performance and experience of the respective member are also taken into consideration. This data is reviewed on a regular basis.

In the year under review the peer group included: Arbonia, Autoneum, Bucher Industries, Bossard, EMS, Geberit, Huber+Suhner, Rieter and VAT.

Responsibility for determination of variable compensation and aggregate compensation is shown in the following table:

| | Proposal | Decision | Approval |
|---|---|---|---|
| Board of Directors | NCC | BoD | AGM |
| Chief Executive Officer (CEO) | NCC | BoD | AGM |
| Group Executive Board | NCC | BoD | AGM |

As stated in the Articles of Association, each year the Annual General Meeting approves the aggregate amounts decided by the BoD for:

1. Compensation of the BoD for the term of office up to the next Annual General Meeting
2. Any additional compensation of the BoD for the preceding financial year
3. The variable compensation of the CEO and the GEB based on the operational results and individual objectives achieved in the preceding financial year, to be paid immediately after approval
4. The fixed compensation of the CEO and the GEB to be paid in the following financial year.

If the Annual General Meeting does not approve the proposed amount of the fixed compensation or the variable compensation, the BoD may convene a new extraordinary Annual General Meeting and submit new proposals for approval. Alternatively, it may submit the proposals for compensation for retrospective approval at the Annual General Meeting.

The respective amounts of aggregate compensation include all social and pension plan contributions due from the members of the BoD and the GEB and of the company (employee and employer contributions).

If new members are appointed to the GEB or existing members promoted and take up their position with the company after the Annual General Meeting has approved the maximum aggregate amount of fixed compensation for members of the GEB for the next financial year, these members may be paid no more than 25% of the aggregate compensation most recently approved for the GEB by the Annual General Meeting for the period up to the next Annual General Meeting.

SFS

## Compensation in the financial year 2023 (audited by the external auditor)

**Compensation of the Board of Directors 2023**
At the 2023 Annual General Meeting, the shareholders approved a maximum aggregate amount of CHF 1,480,000 (incl. social benefit contributions) for the 2023/2024 term of office. The compensation actually allocated for this period amounts to CHF 1,462,648 (incl. social benefit contributions) and is therefore below the approved amount.

| In CHF except number of shares | Base salary in cash | Number of SFS shares | Value of SFS shares[1] | Social benefits[2] | Total |
|---|---|---|---|---|---|
| Thomas Oetterli, Chair | 240,000 | 1,500 | 178,500 | 64,283 | 482,783 |
| Peter Bauschatz | 80,000 | 500 | 59,500 | – | 139,500 |
| Nick Huber | 80,000 | 500 | 59,500 | 23,792 | 163,292 |
| Urs Kaufmann, Vice Chair since April 26, 2023 | 93,333 | 500 | 59,500 | 25,816 | 178,649 |
| Bettina Stadler, until April 26, 2023 | 33,333 | – | – | 5,066 | 38,399 |
| Manuela Suter | 80,000 | 500 | 59,500 | 23,792 | 163,292 |
| Fabian Tschan, since April 26, 2023 | 53,333 | 500 | 59,500 | 19,748 | 132,581 |
| Jörg Walther | 80,000 | 500 | 59,500 | 24,651 | 164,152 |
| **Total Board of Directors** | **740,000** | **4,500** | **535,500** | **187,149** | **1,462,648** |

[1]The market value of the SFS shares at the time the number of shares were allocated on May 3rd, 2023 was CHF 119.00 per share.
[2]Employer contributions as well as employee contributions taken over by the employer to social benefits.

**Compensation of the Board of Directors 2022**

| In CHF except number of shares | Base salary in cash | Number of SFS shares | Value of SFS shares[1] | Social benefits[2] | Total |
|---|---|---|---|---|---|
| Heinrich Spoerry, Chair until April 27, 2022 | 59,937 | – | – | 7,645 | 67,582 |
| Thomas Oetterli, Chair since April 27, 2022 | 186,667 | 1,500 | 180,000 | 53,430 | 420,097 |
| Peter Bauschatz, since April 2022 | 53,333 | 500 | 60,000 | – | 113,333 |
| Nick Huber | 80,000 | 500 | 60,000 | 21,380 | 161,380 |
| Urs Kaufmann | 80,000 | 500 | 60,000 | 21,380 | 161,380 |
| Bettina Stadler | 80,000 | 500 | 60,000 | 21,380 | 161,380 |
| Manuela Suter | 80,000 | 500 | 60,000 | 21,380 | 161,380 |
| Jörg Walther | 80,000 | 500 | 60,000 | 21,286 | 161,286 |
| **Total Board of Directors** | **699,937** | **4,500** | **540,000** | **167,881** | **1,407,818** |

[1]The exchange value of the SFS shares at the time of the allocation of the number of shares on May 3, 2022, was CHF 120.00 per share.
[2]Employer contributions as well as employee contributions taken over by the employer to social benefits.



SFS

**Compensation of the Group Executive Board 2023**
One new member joined the GEB on January 1, 2023, and one member left the GEB on September 27, 2023. The total target compensation of the GEB was reviewed as of January 1, 2023. No changes were made.

The total compensation paid out for the financial year amounted to CHF 7,351,606 (gross incl. social benefit contributions). This was 2.1% more than the previous year, as a consequence of an additional member joining.

The 2022 and 2023 Annual General Meeting approved a maximum total compensation (fixed and variable remuneration, incl. social benefit contributions) for the Group Executive Board of CHF 7,700,103. The compensation actually paid was thus below the approved amount.

The fixed total remuneration for 2023, comprising the basic salary, the variable cash salary, the value of the allocated shares and the other benefits, is shown in the table below.

The overall target achievement for the variable cash compensation of the GEB for the financial year 2023 was in the range between 75% and 108%.

For the determination of the share factor, the BoD assessed the aspects market environment, strategy implementation and financial situation of the company (detailed description in section "Compensation of the Group Executive Board" of the Compensation Report). Due to the broad economic slowdown, it assessed the market environment as challenging. Overall, strategy implementation is on track in all areas and the company's financial situation and future prospects are considered to be positive. This results in an individual share factor of 1.00.

| In CHF except number of shares | Base salary gross in cash | Variable cash compensation gross | Number of SFS shares | Value of SFS shares gross[1] | Other benefits[2] | Total |
|---|---|---|---|---|---|---|
| Jens Breu, CEO | 628,352 | 312,805 | 2,000 | 240,309 | 154,746 | 1,336,212 |
| Other members of Group Executive Board[3] | 3,087,797 | 1,220,678 | 5,580 | 685,823 | 713,201 | 5,707,500 |
| **Total Group Executive Board** | **3,716,149** | **1,533,483** | **7,580** | **926,132** | **867,947** | **7,043,711** |

[1]The exchange value of the SFS shares at the time of the determination at the meeting of the Board of Directors on February 19th, 2024, was CHF 109.00 per share. Employee contributions to social benefits had been added to compensation "gross" numbers.
[2]Employer contributions to social benefits and occupational pension plans.
[3]At the end of the reporting period, the Group Executive Board consisted of nine members and in the reporting period of [illegible] members [illegible] the CEO).

**Compensation of the Group Executive Board 2022**

| In CHF except number of shares | Base salary gross in cash | Variable cash compensation gross | Number of SFS shares | Value of SFS shares gross[1] | Other benefits[2] | Total |
|---|---|---|---|---|---|---|
| Jens Breu, CEO | 639,002 | 373,964 | 2,500 | 299,266 | 154,841 | 1,467,073 |
| Other members of Group Executive Board[3] | 2,725,154 | 1,352,314 | 5,588 | 674,559 | 576,914 | 5,328,941 |
| **Total Group Executive Board** | **3,364,156** | **1,726,278** | **8,088** | **973,825** | **731,755** | **6,796,014** |

[1]The exchange value of the SFS shares at the time of the determination at the meeting of the Board of Directors on February 23th, 2023, was CHF 109.20 per share. Employee contributions to social benefits had been added to compensation "gross" numbers.
[2]Employer contributions to social benefits and occupational pension plans.
[3]At the end of the reporting period the Group Executive Board consisted of nine members, one member of which joined the Executive Board in June 2022 with the acquisition of Hoffmann SE (CEO not included).

**Loans and credit facilities**
SFS Group did not grant any loans, credits, securities or pension benefits other than from occupational pension funds to the members of the BoD, of the GEB or to any related parties.



SFS

## Board of Directors' and Group Executive Board's shareholdings (audited by the external auditor)

**Board of Directors**

| Board of Directors | Number of shares 12/31/2023 | Number of shares 12/31/2022 |
|---|---|---|
| Thomas Oetterli, Chair, non-executive, independent member | 11,840 | 10,820 |
| Peter Bauschatz, non-executive, independent member | 1,560 | 1,060 |
| Nick Huber, non-executive member* | 117,232 | 116,212 |
| Urs Kaufmann, non-executive, independent member | 12,840 | 11,820 |
| Bettina Stadler, non-executive member* until April 2023 | n/a | 393,960 |
| Manuela Suter, non-executive, independent member | 2,040 | 1,260 |
| Fabian Tschan, non-executive member* since April 2023 | 2,687,033 | n/a |
| Jörg Walther, non-executive, independent member | 7,720 | 6,700 |
| **Total** | **2,840,265** | 541,852 |

*Member family shareholders

**Group Executive Board**

| Group Executive Board | Number of shares 12/31/2023 | Number of shares 12/31/2022 |
|---|---|---|
| Jens Breu, Chief Executive Officer | 33,870 | 31,370 |
| Arthur Blank, Head of Construction division | 16,235 | 15,485 |
| Volker Dostmann, Chief Financial Officer | 2,571 | 1,363 |
| Walter Kobler, Head of Industrial division, Head of Medical division | 24,415 | 23,555 |
| Urs Langenauer, Head of Riveting division | 5,091 | 4,691 |
| George Poh, Head of Electronics division | 50,567 | 49,197 |
| Iso Raunjak, Head of Distribution & Logistics Switzerland division | 1,913 | 1,153 |
| Martin Reichenecker, Head of Distribution & Logistics International division | 1,630 | 560 |
| Alfred Schneider, Head of Automotive division | 19,655 | 19,055 |
| Claude Stadler, Head of Corporate Services* | 393,716 | 393,266 |
| **Total** | **549,863** | 539,695 |

*Member family shareholders



SFS

## Business activities of the members of the Board of Directors and Group Executive Board (audited by the external auditor)

**Members of the Board of Directors**



**Thomas Oetterli**

Chair of the BoD, since 2022
Independent, non-executive member, since 2011
Chair of the Audit Committee, 2014–2022
Swiss citizen, born 1969

**Other current activities and vested interests**

| | |
|---|---|
| Since June 2023 | SWISSMEM, member of the Council |
| Since April 2023 | Rieter, member of the BoD |
| Since March 2023 | Rieter, Chief Executive Officer |



**Urs Kaufmann**

Vice Chair, since 2023
Chair of the Nomination and Compensation Committee, since 2014
Independent, non-executive BoD member, since 2012
Lead Director, 2014–2023
Swiss citizen, born 1962

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Bucher Industries AG, member of the BoD |
| Since 2017 | HUBER + SUHNER AG, Chair of the BoD |
| 2017–2024 | Vetropack Holding AG, member of the BoD |
| Since 2009 | Müller Martini Holding AG, member of the BoD |

SFS



**Peter Bauschatz**

**Independent, non-executive BoD member, since 2022**
German citizen, born 1971

**Other current activities and vested interests**

| | |
|---|---|
| Since 2017 | Hoffmann SE, Chair of the Supervisory Board |
| Since 2017 | NV Holding GmbH, Managing Director |
| Since 2016 | SZA Schilling, Zutt & Anschütz Rechtsanwaltsgesellschaft mbH, partner |



**Nick Huber**

**Non-executive BoD member, since 2017**
**Family shareholder Huber**
Swiss citizen, born 1964

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Mettler Entwickler AG, member of the BoD |
| Since 2022 | Inventx AG, member of the BoD |
| Since 2017 | DGS Druckguss Systeme AG, member of the BoD |
| Since 2014 | stürmsfs ag, member of the BoD |
| Since 2014 | Inhaus Handels GmbH, member of the BoD |
| Since 2009 | Rauch Trading AG und Rauch Schweiz AG, member of the BoD |
| Since 2008 | COLTENE Holding AG, Chair of the BoD |
| Since 1997 | HUWA Finanz- und Beteiligungs AG, member of the BoD |
| Since 1995 | Gurit Holding AG, member of the BoD |



SFS



**Fabian Tschan**

**Non-executive member of the BoD, since 2023**
**Family shareholder Stadler/Tschan**
Swiss citizen, born 1977

**Other current activities and vested interests**

| | |
|---|---|
| Since 2022 | Lilly Capital AG, member of the BoD |
| Since 2020 | MBaer Merchant Bank AG, member of the BoD |
| Since 2019 | Golfyr AG, member of the BoD |
| Since 2018 | Stiftung Gehresbisches für Appenzeller Musik, member of the Foundation Board |
| Since 2017 | Altoo AG, member of the BoD |
| Since 2015 | Data Cave Switzerland AG, Chair of the BoD and member of the BoD, 2013–2015 |
| Since 2015 | Octopus Cloud AG, member of the BoD |
| Since 2014 | Hawak Holding AG, CEO and member of the BoD, since 2008 |
| Since 2012 | priaid AG, member of the BoD |
| Since 2008 | CONPLIO Consulting GmbH, managing partner |



**Manuela Suter**

**Independent, non-executive BoD member since 2021**
Swiss citizen, born 1974

**Other current activities and vested interests**

| | |
|---|---|
| Since 2018 | Bucher Industries, Chief Financial Officer |



SFS



**Jörg Walther**

**Chair of the Audit Committee, since 2022**
**Independent, non-executive BoD member, since 2014**
Swiss citizen, born 1961

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Apotheke im Stadtspital Zürich AG, member of the BoD |
| Since 2023 | Aare-Apotheke Rombach AG, member of the BoD |
| Since 2021 | swissVR, member of Executive Board |
| Since 2020 | AEW Energie AG, Vice Chair of the BoD, member of the Audit Committee since 2014 |
| Since 2016 | HUBER + SUHNER AG, member of the BoD and Chair of the Audit Committee |
| Since 2016 | Zehnder Group AG, Vice Chair of the BoD and Chair of the Audit Committee |
| Since 2015 | Kraftwerk Augst AG, member of the BoD |
| Since 2015 | Immobilien AEW AG, Vice Chair of the BoD |
| Since 2010 | Schärer Attorneys at law, partner |



SFS

**Members of the Group Executive Board**



**Jens Breu**

**Chief Executive Officer, since 2016**
**Head of Engineered Components segment, since 2014**
**Head of Fastening Systems segment, since 2014**
**Head of Distribution & Logistics segment, since 2022**
**With SFS since 1995**
Swiss citizen, born 1972

**Other current activities and vested interests**

| | |
|---|---|
| Since 2019 | Dätwyler Holding AG, member of the BoD |



**Arthur Blank**

**Head of Corporate HR and Communications since September 27, 2023**
**Head of Construction division 2014–2023**
**With SFS since 1979**
Swiss citizen, born 1959



**Volker Dostmann**

**Chief Financial Officer since 2021**
**With SFS since 2020**
Swiss citizen, born 1970

SFS



**Walter Kobler**

Head of Industrial division since 2014
Head of Medical division since 2021
With SFS since 1987
Swiss citizen, born 1963

---



**Urs Langenauer**

Head of Riveting division since 2019
With SFS since 1995
Swiss citizen, born 1979

---



**George Poh**

Head of Electronics division since 2014
With SFS (Unisteel) since 1995
Singapore citizen, born 1963

---



SFS



**Iso Raunjak**

Head of Distribution & Logistics Switzerland division since 2020
With SFS since 1992
Swiss citizen, born 1976

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Pestalozzi AG, member of the BoD |
| Since 2020 | SWISSAVANT association, member of the BoD |

---



**Martin Reichenecker**

Head of Distribution & Logistics International division since 2022
With SFS (Hoffmann) since 2004
German citizen, born 1977

**Other current activities and vested interests**

| | |
|---|---|
| Since 2023 | Cordes & Graefe KG, member of the Advisory Forum |

---



**Alfred Schneider**

Head of Automotive division since 2014
With SFS since 1987
Swiss citizen, born 1959

**Other current activities and vested interests**

| | |
|---|---|
| Since 2019 | Libracore AG, member of the BoD |

---



SFS



**Claude Stadler**[1]

Head of Corporate Services since 2018
With SFS since 2013
Swiss citizen, born 1976

**Other current activities and vested interests**

| | |
|---|---|
| Since 2022 | Golfyr AG, member of the BoD |
| Since 2022 | icotec AG, Chair of the BoD, member of the BoD since 2015 |
| Since 2021 | Stadler Holding AG, Chair of the BoD |
| Since 2019 | Eastern Switzerland University of Applied Sciences, member of the Board of Trustees |
| Since 2019 | Rüden AG, member of the BoD |
| Since 2015 | Avantama AG, member of the BoD |
| Since 2011 | WISTAMA Finanz- und Beteiligungs AG, member of the BoD |

[1]Claude Stadler stepped down from the Group Executive Board earlier than communicated, already at the end of 2023, to assume responsibility for his family's holding company. Arthur Blank and Volker Dostmann took over managerial responsibility of Corporate Services as of 2024.

---

**Susanne Jung**

Chief Human Resources Officer
With SFS from January 1, 2023 until September 27, 2023
German citizen, born 1976

---



pwc

# Report of the statutory auditor

to the General Meeting of SFS Group AG

Heerbrugg, municipality of Widnau

## Report on the audit of the remuneration report

### Opinion

We have audited the remuneration report of SFS Group AG (the Company) for the year ended 31 December 2023. The audit was limited to the information pursuant to article 734a-734f CO in the tables marked 'audited' namely in the chapter "Compensation in the financial year 2023" on pages 109 and 110, in the chapter "Board of Directors' and Group Executive Board's shareholdings" on page 111 and in the chapter "Business activities of the members of the Board of Directors and Group Executive Board" on pages 112 to 119 of the remuneration report.

In our opinion, the information pursuant to article 734a-734f CO in the remuneration report (pages 109 to 119) complies with Swiss law and the Company's articles of incorporation.

### Basis for opinion

We conducted our audit in accordance with Swiss law and Swiss Standards on Auditing (SA-CH). Our responsibilities under those provisions and standards are further described in the 'Auditor's responsibilities for the audit of the remuneration report' section of our report. We are independent of the Company in accordance with the provisions of Swiss law and the requirements of the Swiss audit profession, and we have fulfilled our other ethical responsibilities in accordance with these requirements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

### Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the annual report, but does not include the tables marked 'audited' in the remuneration report, the consolidated financial statements, the financial statements and our auditor's reports thereon.

Our opinion on the remuneration report does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the remuneration report, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the audited financial information in the remuneration report or our knowledge obtained in the audit, or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

### Board of Directors' responsibilities for the remuneration report

The Board of Directors is responsible for the preparation of a remuneration report in accordance with the provisions of Swiss law and the Company's articles of incorporation, and for such internal control as the Board of Directors determines is necessary to enable the preparation of a remuneration report that is free from material misstatement, whether due to fraud or error. It is also responsible for designing the remuneration system and defining individual remuneration packages.

pwc

**Auditor's responsibilities for the audit of the remuneration report**

Our objectives are to obtain reasonable assurance about whether the information pursuant to article 734a-734f CO is free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with Swiss law and SA-CH will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of this remuneration report.

As part of an audit in accordance with Swiss law and SA-CH, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement in the remuneration report, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.
- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made.

We communicate with the Board of Directors or its relevant committee regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide the Board of Directors or its relevant committee with a statement that we have complied with relevant ethical requirements regarding independence, and communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, actions taken to eliminate threats or safeguards applied.

PricewaterhouseCoopers AG

| Gianluca Galasso | André P. Kueffer |
|---|---|
| Licensed audit expert<br>Auditor in charge | Licensed audit expert |

St. Gallen, 6 March 2024

SFS

# Financial Report

**Consolidated financial statements**


| | |
|---|---|
| Consolidated income statement | 123 |
| Consolidated balance sheet | 124 |
| Consolidated statement of changes in equity | 125 |
| Consolidated cash flow statement | 126 |
| Notes | 127 |
| Auditor's Report | 157 |


**Financial statements SFS Group AG**


| | |
|---|---|
| Balance sheet | 162 |
| Income statement | 163 |
| Notes | 164 |
| Proposed appropriation of retained earnings and the statutory capital reserve | 167 |
| Auditor's Report | 168 |
| **Information on the publication** | **171** |




SFS

## Consolidated income statement

| In CHF million | Notes | 2023 | % | 2022 | % | +/-% |
|---|---|---|---|---|---|---|
| **Net sales** | 2.2 | **3,073.0** | **100.0%** | 2,738.7 | 100.0% | 12.2% |
| Other operating income | 2.3 | 37.9 | | 37.7 | | |
| Change in work in progress and finished goods | | –14.8 | | 16.1 | | |
| Material expenses | | –1,318.7 | | –1,182.3 | | |
| Contribution margin | | 1,777.4 | 57.8% | 1,610.2 | 58.8% | 10.4% |
| Personnel expenses | 2.4 | –829.6 | | –737.1 | | |
| Other operating expenses | 2.5 | –461.8 | | –425.0 | | |
| Depreciation on property, plant and equipment | 3.4 | –117.0 | | –110.5 | | |
| Amortization of intangible assets | 3.5 | –10.4 | | –7.3 | | |
| **Total operating expenses** | | **–1,418.8** | **–46.1%** | –1,279.9 | –46.7% | 10.9% |
| **Operating profit (EBIT)** | | **358.6** | **11.7%** | 330.3 | 12.1% | 8.6% |
| Financial result | 2.6 | –8.3 | | 6.4 | | |
| Share of profit/(loss) from associates/joint ventures | | 1.9 | | 1.1 | | |
| **Earnings before tax** | | **352.2** | **11.5%** | 337.8 | 12.3% | 4.3% |
| Income taxes | 2.7 | –83.7 | | –67.2 | | |
| **Net income** | | **268.5** | **8.7%** | 270.6 | 9.9% | –0.8% |
| Attributable to non-controlling interests | | 2.5 | | 3.9 | | |
| Attributable to SFS shareholders | | 266.0 | | 266.7 | | |
| **Earnings per share of the SFS shareholders (in CHF) basic and diluted** | 4.6 | **6.84** | | 6.95 | | –1.6% |



SFS

## Consolidated balance sheet

| Assets in CHF million | Notes | 12/31/2023 | % | 12/31/2022 | % | +/-% |
|---|---|---|---|---|---|---|
| Cash and cash equivalents | 4.1 | 227.5 | | 221.5 | | |
| Trade receivables | 3.1 | 458.5 | | 412.7 | | |
| Other current receivables | 3.2 | 86.3 | | 104.3 | | |
| Inventories | 3.3 | 550.9 | | 630.6 | | |
| Prepayments and accrued income | | 31.5 | | 25.4 | | |
| **Current assets** | | **1,354.7** | **53.2%** | 1,394.5 | 54.2% | –2.9% |
| Property, plant and equipment | 3.4 | 991.9 | | 1,001.5 | | |
| Intangible assets | 3.5 | 59.4 | | 57.7 | | |
| Financial assets | 4.2 | 97.0 | | 75.1 | | |
| Deferred tax assets | 3.11 | 43.8 | | 45.4 | | |
| **Non-current assets** | | **1,192.1** | **46.8%** | 1,179.7 | 45.8% | 1.1% |
| **Assets** | | **2,546.8** | **100.0%** | 2,574.2 | 100.0% | –1.1% |
| **Liabilities and equity in CHF million** | | | | | | |
| Current borrowings | 4.3 | 36.7 | | 27.2 | | |
| Trade payables | 3.7 | 186.9 | | 202.6 | | |
| Other current payables | 3.8 | 92.5 | | 125.9 | | |
| Accrued liabilities and deferred income | | 124.8 | | 142.9 | | |
| **Current liabilities** | | **440.9** | **17.3%** | 498.6 | 19.4% | –11.6% |
| Non-current borrowings | 4.3 | 636.1 | | 672.0 | | |
| Other non-current payables | | 6.8 | | 6.4 | | |
| Pension benefit obligations | 3.9 | 12.0 | | 13.4 | | |
| Non-current provisions | 3.10 | 14.2 | | 15.4 | | |
| Deferred tax liabilities | 3.11 | 61.1 | | 64.8 | | |
| **Non-current liabilities** | | **730.2** | **28.7%** | 772.0 | 30.0% | –5.4% |
| **Liabilities** | | **1,171.1** | **46.0%** | 1,270.6 | 49.4% | –7.8% |
| Share capital | | 3.9 | | 3.9 | | |
| Capital reserves | | 131.1 | | 179.6 | | |
| Treasury shares | | –1.4 | | –1.5 | | |
| Retained earnings | | 1,223.8 | | 1,102.5 | | |
| **Equity attributable to SFS shareholders** | 4.6 | **1,357.4** | **53.3%** | 1,284.7 | 49.9% | 5.7% |
| Non-controlling interests | | 18.3 | | 18.9 | | |
| **Total equity** | | **1,375.7** | **54.0%** | 1,303.6 | 50.6% | 5.5% |
| **Liabilities and equity** | | **2,546.8** | **100.0%** | 2,574.2 | 100.0% | –1.1% |

SFS

## Consolidated statement of changes in equity

| In CHF million | Notes | Share capital | Capital reserves | Treasury shares | Goodwill offset against equity | Cash flow hedges | Net investment hedges | Currency translation adjustments | Other retained earnings | Retained earnings | Equity attributable to SFS shareholders | Non-controlling interests | Total equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance as at 01/01/2022** | | **3.8** | **11.6** | **-7.4** | -1,022.7 | 2.6 | – | -70.4 | 2,514.2 | **1,423.7** | **1,431.7** | **18.7** | **1,450.4** |
| Capital increase | 4.6 | 0.1 | 169.2 | – | – | – | – | – | – | – | **169.3** | – | **169.3** |
| Changes of hedges | 4.7 | – | – | – | – | -2.6 | 32.0 | – | – | **29.4** | **29.4** | – | **29.4** |
| Acquisitions | 5.1 | – | – | – | -486.9 | – | – | – | – | **-486.9** | **-486.9** | – | **-486.9** |
| Currency translation adjustments | | – | – | – | – | – | – | -49.2 | – | **-49.2** | **-49.2** | **-1.8** | **-51.0** |
| Net income | | – | – | – | – | – | – | – | 266.7 | **266.7** | **266.7** | **3.9** | **270.6** |
| Dividend for 2021 | | – | – | – | – | – | – | – | -82.0 | **-82.0** | **-82.0** | **-1.9** | **-83.9** |
| Purchase of treasury shares | 4.6 | – | – | -20.7 | – | – | – | – | – | – | **-20.7** | – | **-20.7** |
| Disposal of treasury shares | 4.6 | – | -1.0 | 26.6 | – | – | – | – | – | – | **25.6** | – | **25.6** |
| Other changes | | – | – | – | – | – | – | – | 0.8 | **0.8** | **0.8** | – | **0.8** |
| **Balance as at 12/31/2022** | | **3.9** | **179.8** | **-1.5** | -1,509.6 | – | 32.0 | -119.6 | 2,699.7 | **1,102.5** | **1,284.7** | **18.9** | **1,303.6** |
| Changes of hedges | 4.7 | – | – | – | – | 0.9 | 18.3 | – | – | **19.2** | **19.2** | – | **19.2** |
| Acquisitions | 5.1 | – | – | – | -8.9 | – | – | – | – | **-8.9** | **-8.9** | – | **-8.9** |
| Currency translation adjustments | | – | – | – | – | – | – | -106.4 | – | **-106.4** | **-106.4** | **-1.1** | **-107.5** |
| Net income | | – | – | – | – | – | – | – | 266.0 | **266.0** | **266.0** | **2.5** | **268.5** |
| Dividend for 2022 | | – | -48.6 | – | – | – | – | – | -48.6 | **-48.6** | **-97.2** | **-2.0** | **-99.2** |
| Purchase of treasury shares | 4.6 | – | – | -2.6 | – | – | – | – | – | – | **-2.6** | – | **-2.6** |
| Disposal of treasury shares | 4.6 | – | -0.1 | 2.7 | – | – | – | – | – | – | **2.6** | – | **2.6** |
| **Balance as at 12/31/2023** | | **3.9** | **131.1** | **-1.4** | -1,518.5 | 0.9 | 50.3 | -226.0 | 2,917.1 | **1,223.8** | **1,357.4** | **18.3** | **1,375.7** |

The capital reserves stem from the statutory capital reserve as well as other capital reserves of SFS Group AG.



SFS

## Consolidated cash flow statement

| In CHF million | Notes | 2023 | 2022 | +/-% |
|---|---|---|---|---|
| Net income | | 266.5 | 270.6 | |
| Income taxes | | 83.7 | 67.2 | |
| Financial result | | 6.4 | -7.5 | |
| Depreciation/amortization | 3.4/3.5 | 127.4 | 117.8 | |
| Interest paid | | -17.3 | -6.3 | |
| Income tax paid | | -80.6 | -64.2 | |
| Changes in provisions and allowances | | 6.1 | 14.0 | |
| Other non-cash expenses/income | | 3.3 | 8.2 | |
| Profit (-)/loss (+) from disposal of property, plant and equipment | | -2.9 | -1.3 | |
| Changes in trade receivables | | -74.7 | -15.7 | |
| Changes in other receivables and prepayments and accrued income | | 5.7 | -7.9 | |
| Changes in inventories | | 41.3 | -76.1 | |
| Changes in trade payables | | -5.3 | -2.5 | |
| Changes in other current liabilities, accrued liabilities and deferred income | | -48.2 | 11.6 | |
| **Cash flow from operating activities** | | **313.4** | 287.9 | 8.9% |
| Purchases of property, plant and equipment | 3.4 | -161.5 | -149.2 | |
| Proceeds from sale of property, plant and equipment | | 3.9 | 1.2 | |
| Purchases of intangible assets | 3.5 | -12.5 | -21.8 | |
| Proceeds from sale of intangible assets | | 0.0 | 0.2 | |
| Proceeds from government grants | | 0.7 | – | |
| Acquisition of subsidiaries, net of cash acquired | 5.1 | -10.3 | -510.1 | |
| Changes in loans granted | | -0.7 | -4.2 | |
| Investment in/dividends from associates/joint ventures | | – | -0.2 | |
| Proceeds from interest and securities | | 1.4 | 1.2 | |
| **Cash flow from investing activities** | | **-179.0** | -643.5 | -72.2% |
| Dividends to the shareholders | | -97.2 | -82.0 | |
| Dividends to non-controlling interests | | -2.0 | -1.9 | |
| Purchase (-)/disposal of treasury shares (+) | | -1.6 | -19.5 | |
| Proceeds (+)/repayment from/of current borrowings (-) | | -6.1 | -190.7 | |
| Proceeds (+)/repayment from/of non-current borrowings (-) | | -10.8 | 588.8 | |
| **Cash flow from financing activities** | | **-117.7** | 294.7 | |
| Translation adjustment on cash and cash equivalents | | -10.7 | -3.6 | |
| **Changes in cash and cash equivalents** | | **6.0** | -64.5 | |
| Cash and cash equivalents at beginning of period | 4.1 | 221.5 | 286.0 | |
| **Cash and cash equivalents at end of period** | 4.1 | **227.5** | 221.5 | |



SFS

# Notes to the consolidated financial statements

**1 General information**
1.1 Summary of significant accounting policies 128
1.2 Consolidation principles and currency conversion 128
1.3 Critical accounting estimates and judgments 129

**2 Performance**
2.1 Segment information 130
2.2 Net sales 134
2.3 Other operating income 134
2.4 Personnel expenses 135
2.5 Other operating expenses 135
2.6 Financial result 135
2.7 Income taxes 136

**3 Capital employed**
3.1 Trade receivables 137
3.2 Other current receivables 137
3.3 Inventories 137
3.4 Property, plant and equipment 138
3.5 Intangible assets 140
3.6 Theoretical statement of changes in goodwill 141
3.7 Trade payables 141
3.8 Other current payables 141
3.9 Pension benefit obligations 142
3.10 Provisions 143
3.11 Deferred tax assets (-)/liabilities (+) 144

**4 Financing and risk management**
4.1 Cash and cash equivalents 145
4.2 Financial assets 145
4.3 Borrowings 146
4.4 Leasing 147
4.5 Off-balance sheet transactions 147
4.6 Equity and earnings per SFS share 148
4.7 Derivative financial instruments 149
4.8 Exchange rates 150

**5 Group structure**
5.1 Changes in scope of consolidation 151
5.2 Group companies 152
5.3 Transactions with related parties 154

**6 Events after the balance sheet date 156**



SFS

**1 General information**
SFS Group AG is a limited company according to Swiss law, incorporated and domiciled in Heerbrugg, municipality of Widnau/SG, Switzerland. SFS Group AG is the parent company of all SFS Group companies and therefore the ultimate holding company of the SFS Group.

All amounts are in CHF million unless otherwise stated and refer to December 31 for balance sheet items and to the financial year from January 1 to December 31 for items of the income statement.

The structure of the notes is as follows:

1. General information
2. Performance
3. Capital employed
4. Financing and risk management
5. Group structure
6. Events after the balance sheet date

**1.1 Summary of significant accounting policies**
The consolidated financial statements have been prepared in accordance with all of the existing guidelines of the accounting and reporting recommendations of Swiss GAAP FER. Swiss GAAP FER provides a true and fair view of the financial position of the SFS Group and of its financial performance. The financial statements are based on the principle of historical acquisition costs (except for securities and derivative financial instruments recognized at fair value) and are based on the going concern principle. The consolidated financial statements for the year ended December 31 comprise the company and its subsidiaries and the group's interest in associates and joint ventures. The directives under the accounting standards (Swiss GAAP FER) have not changed in the reporting period.

**1.2 Consolidation principles and currency conversion**
The consolidated financial statements include the financial statements of SFS Group AG and all its Swiss and foreign subsidiaries. Using the full consolidation method, all assets and liabilities as well as the expenses and income of the subsidiaries controlled by SFS Group AG are included in the consolidated financial statements. Control is assumed when SFS Group AG directly or indirectly holds more than 50% of the voting rights of a subsidiary. Equity and profit or loss attributable to third parties are presented as separate line items in the consolidated balance sheet and consolidated income statement. The consolidated financial statements have been prepared based on the financial statements of the Group companies, which have been prepared in accordance with uniform Group accounting policies as of December 31.

Intercompany transactions, balances, income and expenses between Group companies are eliminated. Intercompany profits are eliminated.

The acquisition method is used to account for business combinations. Under this method, the acquiree's net assets and liabilities are measured at their fair values using uniform Group accounting policies. Any excess of consideration transferred over the fair value of the net assets acquired is offset against equity. In case of disposal, acquired goodwill offset with equity at an earlier date is to be considered at original cost to determine the profit or loss recognized in the income statement.

Subsidiaries are fully consolidated from the date on which control is transferred to the Group. They are deconsolidated from the date that control ceases. Entities managed equally with an SFS external partner are called joint ventures. Joint control is established by contractual agreement. Strategic, financial and operating decisions require unanimous consent. Associates are those entities in which the Group exerts significant influence, but does not control the financial and operating policies. The group's share of voting rights in joint ventures and associates are between 20% and 50%. SFS is entitled to its proportional share of the net assets. Goodwill (if any) is offset against equity.

Items included in the financial statements of each of the SFS Group's entities are measured using the currency of the primary economic environment in which the entity operates. Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign exchange gains and losses resulting from

the settlement of such transactions and from the translation at year-end exchange rates of monetary assets and liabilities denominated in foreign currencies are recognized in the income statement, except when deferred in equity as qualifying cash flow hedges.

The consolidated financial statements are presented in Swiss francs (CHF). For consolidation purposes, the results and financial positions of all Group entities whose functional currency differs from the presentation currency are translated into the presentation currency. Assets and liabilities are translated at the closing exchange rate at the date of that balance sheet. Income and expenses are translated at average exchange rates. All resulting conversion differences are recognized in equity.

Foreign exchange differences resulting from intercompany equity loans in a foreign currency are recognized in equity and reversed through profit and loss upon disposal of the entity or upon repayment of the loan.

### 1.3 Critical accounting estimates and judgments

The preparation of consolidated financial statements requires management to make estimates and judgments that affect the reported amounts of income, expenses, assets, liabilities and the disclosure of contingent assets and liabilities at the date of the financial statements. Therefore, the actual results may differ from these estimates.

The main estimates are in connection with the valuation of the inventory, the determination of useful lives of fixed assets, as well as the capitalization and valuation of deferred tax liabilities and tax assets. All estimates and judgments are continually reviewed and are based on historical experience and other factors, including expectations regarding future events that appear reasonable under the given circumstances.



## 2 Performance

This chapter comprises the performance and segment information as well as selected income and expense items.

### 2.1 Segment information

The SFS Group is divided into the three segments: Engineered Components, Fastening Systems and Distribution & Logistics.

The financial performance of the segments is monitored based on EBIT as well as on operating profit before amortization and depreciation (EBITDA). The segments apply the Group's accounting policies. Internal transactions are conducted based on internal group rates.

Segment assets are all assets which are directly attributable to a segment, such as receivables, inventories, prepayments and accrued income, property, plant and equipment, intangible assets, as well as deferred tax assets. The segment liabilities include directly attributable payables, accrued liabilities and deferred income, pension benefit obligations, non-current provisions as well as deferred tax liabilities. Financial assets and financial liabilities are not allocated to a segment.

Segment assets less segment liabilities adds up to capital employed. Intercompany transactions, balances, income and expenses between segments are eliminated and reported in the "Corporate" column.

As of January 1, 2024 the Riveting division, which is part of the Fastening Systems segment, will be allocated to the Automotive and Industrial divisions. Therefore the disclosure, monitoring and assessment of the financial results of the Riveting division will be included in the Engineered Components segment. In addition, as of January 1, 2024, the Industrial and Medical divisions will be merged into one division called Medical & Industrial Specials which will be part of the Engineered Components segment. The monitoring and assessment of the financial results of the three existing segments for the year 2023 remains unchanged.



**Third-party sales**
In CHF million




**EBIT**
In CHF million




**EBIT**
In % of net sales




The key figure EBIT includes one-off effects:
- Engineered Components: 2019 CHF 17.1 million relocation costs in CN-Nantong
- Fastening Systems: 2020 CHF 2.1 million book gains
- Distribution & Logistics: 2019 CHF 14.3 million book gains; 2022 CHF 22.9 million Amortization of inventory step-up related to purchase price allocation of Hoffmann SE acquisition and first-time intra-segment profit elimination in inventory
- Corporate: 2021 CHF 3.1 million book gains



| 2023 | Notes | Engineered Components | Fastening Systems | Distribution & Logistics | Corporate | Total SFS Group |
|---|---|---|---|---|---|---|
| Third-party sales | 2.2 | 987.7 | 615.3 | 1,487.8 | – | 3,090.8 |
| Change from previous year in % | | –3.9 | –4.6 | 38.7 | – | 12.6 |
| **Net sales** | 2.2 | **989.2** | **626.3** | **1,477.8** | **–20.3** | **3,073.0** |
| **EBITDA** | | **179.4** | **108.7** | **193.7** | **4.2** | **486.0** |
| In % of net sales | | 18.1 | 17.4 | 13.1 | | 15.8 |
| **Operating profit (EBIT)** | | **104.2** | **93.1** | **164.0** | **–2.7** | **358.6** |
| In % of net sales | | 10.5 | 14.9 | 11.1 | | 11.7 |
| Capital expenditures | | 124.6 | 21.5 | 20.4 | 7.5 | 174.0 |
| Operating assets | | 996.9 | 350.4 | 792.5 | 80.4 | 2,220.2 |
| Operating liabilities | | 188.2 | 75.0 | 169.1 | 59.2 | 491.5 |
| Capital employed | | 808.7 | 275.4 | 623.4 | 21.2 | 1,728.7 |
| of which net working capital | | 246.7 | 164.0 | 328.1 | –17.9 | 720.9 |

| 2022 | Notes | Engineered Components | Fastening Systems | Distribution & Logistics | Corporate | Total SFS Group |
|---|---|---|---|---|---|---|
| Third-party sales | 2.2 | 1,028.2 | 644.9 | 1,073.0 | – | 2,746.1 |
| Change from previous year in % | | 5.4 | 12.2 | 212.8 | – | 45.1 |
| **Net sales** | 2.2 | **1,038.5** | **658.8** | **1,067.4** | **–26.0** | **2,738.7** |
| **EBITDA** | | **220.3** | **132.5** | **100.5** | **–6.2** | **448.1** |
| In % of net sales | | 21.2 | 20.1 | 9.4 | | 16.4 |
| **Operating profit (EBIT)** | | **146.2** | **116.3** | **79.3** | **–11.5** | **330.3** |
| In % of net sales | | 14.1 | 17.7 | 7.4 | | 12.1 |
| Capital expenditures | | 125.5 | 13.7 | 16.0 | 15.8 | 171.0 |
| Operating assets | | 995.7 | 399.4 | 804.4 | 76.9 | 2,276.4 |
| Operating liabilities | | 203.2 | 96.4 | 203.4 | 62.0 | 565.0 |
| Capital employed | | 792.5 | 303.0 | 601.0 | 14.9 | 1,711.4 |
| of which net working capital | | 255.7 | 190.3 | 279.9 | –25.4 | 700.5 |

During the reporting period no customer exceeded the reportable threshold of 10% of third-party sales (PY none).

SFS

| Sales by region | Notes | 2023 | % | 2022 | % |
|---|---|---|---|---|---|
| Switzerland | | 362.5 | 11.7 | 373.7 | 13.6 |
| Germany | | 930.3 | 30.1 | 662.5 | 24.9 |
| Other Europe | | 892.7 | 28.9 | 729.0 | 26.5 |
| America | | 504.8 | 16.3 | 507.6 | 18.5 |
| China | | 265.4 | 8.6 | 300.7 | 10.9 |
| Other Asia | | 127.8 | 4.2 | 144.6 | 5.3 |
| Africa, Australia | | 7.3 | 0.2 | 8.0 | 0.3 |
| **Third-party sales** | 2.2 | **3,090.8** | **100.0** | 2,746.1 | 100.0 |
| Not assigned items | | –17.8 | | –7.4 | |
| **Total net sales** | 2.2 | **3,073.0** | | 2,738.7 | |

Gross sales to third parties are allocated to the countries of the receiving party. Not assigned items include invoiced freight, hedged foreign currency fluctuations affects and cash discounts.

| Sales by end market | Notes | 2023 | % | 2022 | % |
|---|---|---|---|---|---|
| Automotive industry | | 642.2 | 20.8 | 548.8 | 20.0 |
| Construction industry | | 644.3 | 20.8 | 679.5 | 24.7 |
| Industrial manufacturing | | 847.1 | 27.4 | 623.9 | 22.7 |
| Electrical and electronics industry | | 395.1 | 12.8 | 434.6 | 15.8 |
| Medical devices industry | | 175.1 | 5.7 | 154.1 | 5.6 |
| Other industries | | 387.0 | 12.5 | 305.2 | 11.2 |
| **Third-party sales** | 2.2 | **3,090.8** | **100.0** | 2,746.1 | 100.0 |
| Not assigned items | | –17.8 | | –7.4 | |
| **Total net sales** | 2.2 | **3,073.0** | | 2,738.7 | |

**Reconciliation of segments to income statement and balance sheet**

| **Income statement** | Notes | 2023 | 2022 |
|---|---|---|---|
| **Operating profit (EBIT)** | | **358.6** | 330.3 |
| Financial result | 2.6 | –8.3 | 6.4 |
| Share of profit from associates/joint ventures | | 1.9 | 1.1 |
| **Earnings before tax** | | **352.2** | 337.8 |

| **Assets** | | | |
|---|---|---|---|
| **Operating assets** | | **2,220.2** | 2,276.4 |
| + Cash and cash equivalents | 4.1 | 227.5 | 221.5 |
| + Short-term derivative financial instruments | 4.7 | 2.1 | 1.2 |
| + Financial assets | 4.2 | 97.0 | 75.1 |
| **Assets** | | **2,546.8** | 2,574.2 |

| **Liabilities and equity** | | | |
|---|---|---|---|
| **Operating liabilities** | | **491.5** | 565.0 |
| + Current borrowings | 4.3 | 36.7 | 27.2 |
| + Other non-current payables | | 6.8 | 6.4 |
| + Long-term borrowings | 4.3 | 636.1 | 672.0 |
| **Liabilities** | | **1,171.1** | 1,270.6 |
| **Equity (Net assets)** | | **1,375.7** | 1,303.6 |



SFS

2.2 Net sales

**Net sales**
In CHF million




**Growth of net sales**
In %




| | 2023 | 2022 | +/–% |
|---|---|---|---|
| Third-party sales | 3,090.8 | 2,746.1 | 12.6 |
| Other items | –17.8 | –7.4 | |
| **Net sales** | **3,073.0** | 2,738.7 | 12.2 |

Third-party sales increased by 12.6% (PY 45.1%). The growth due to changes in the scope of consolidation amounts to 14.6% (PY 37.9%). Based on a like-for-like view and ignoring foreign currency effects, sales increased by 2.1% (PY 9.1%). The currency translation effect amounts to –4.1% (PY –1.9%).

Sales does not comprise interests, user fees or dividends.

Sales of goods and services are recognized when the risks and rewards have been transferred to the customer, which is the point of shipping or billing or when services are rendered. Cash discounts and rebates granted to customers are treated as a reduction of sales.

2.3 Other operating income

| | 2023 | 2022 |
|---|---|---|
| Revenue from services | 21.8 | 19.9 |
| Lease income | 1.0 | 0.8 |
| Own-built machinery and capitalized own work | 11.8 | 15.0 |
| Gain on disposals of assets | 3.3 | 2.0 |
| **Total** | **37.9** | 37.7 |

In 2020, the SFS Group started a project for the upgrade of the ERP system to SAP S/4HANA. The project was continued in 2023. A part of the project was completed in 2022 and capitalized in intangible assets, the remaining part of the project is expected to be completed in 2025. The related own work is capitalized.



SFS

2.4 Personnel expenses

| | 2023 | 2022 |
|---|---|---|
| Wages and salaries | 654.5 | 577.7 |
| Profit sharing | 9.5 | 11.5 |
| Social security expenses | 147.3 | 131.6 |
| Other employment expenses | 18.3 | 16.3 |
| **Total** | **829.6** | 737.1 |

In 2023, personnel expenses are not reduced by any contributions from government support programs and internal measures worldwide (PY CHF 6.4 million).

**Share-based payments**
The members of the Board of Directors and Group Executive Board receive a variable compensation in the form of shares of SFS Group AG. The shares rewarded must be held for at least three years. The expenses amounting to CHF 1.5 million (PY CHF 1.7 million) of these shares represent the share price on the day they are granted and are charged to the income statement under the line item "Personnel expenses".

In addition, SFS maintains a share purchase program for selected employees. Usually, every other year shares of SFS Group AG are sold to Board of Directors and key management members as well as specialists at a discount, which is charged to personnel expenses. The last share purchase program took place in 2023.

2.5 Other operating expenses

| | 2023 | 2022 |
|---|---|---|
| Tools, energy, maintenance | 165.2 | 167.7 |
| Selling and distribution | 171.3 | 153.1 |
| Other operating expenses | 125.3 | 104.2 |
| **Total** | **461.8** | 425.0 |

Other operating expenses include operating lease expenses amounting to CHF 34.2 million (PY CHF 31.8 million). The total expenses for research and development recognized during the reporting period amount to CHF 60.8 million (PY CHF 53.1 million). The main items responsible for those costs include the fields development, tools, sampling and preparation for large–scale production. They are included in several expense line–items in the income statement.

Development costs are only capitalized in case the future income covers the capitalized amount and if the other criteria required by Swiss GAAP FER are met. The requirements for capitalization according to Swiss GAAP FER have not been met for items in other operating expenses in the current reporting period as well as in the prior year.

2.6 Financial result

| | 2023 | 2022 |
|---|---|---|
| Interest expenses | –20.1 | –9.4 |
| **Financial expenses** | **–20.1** | –9.4 |
| Interest income | 1.9 | 1.2 |
| Foreign exchange gains on financial investments | 9.9 | 14.6 |
| **Financial income** | **11.8** | 15.8 |
| **Financial result** | **–8.3** | 6.4 |

Borrowing costs directly attributable to the acquisition, construction or production of qualifying assets, which are assets that necessarily take a substantial period of time to get ready for their intended use, are added to the cost of those assets. All other borrowing costs are recognized in financial expenses in the period in which they incurred.



SFS

2.7 Income taxes

| | 2023 | 2022 |
|---|---|---|
| Current income tax expense | 87.5 | 72.5 |
| Deferred tax expense (+)/income (–) | –3.8 | –5.3 |
| **Income taxes** | **83.7** | 67.2 |
| **Reconciliation** | | |
| Earnings before tax | 352.2 | 337.8 |
| Expected tax rate | 14.3% | 14.3% |
| **Expected income tax expense** | **50.4** | 48.3 |
| Variance in tax rates | 38.4 | 17.6 |
| Impact of change in tax rate on deferred taxes | –5.0 | –1.4 |
| Items not subject to tax | –1.7 | 6.4 |
| Changes in tax loss carryforwards | –0.1 | –0.4 |
| Adjustments in respect of prior years and other items | 1.7 | –3.3 |
| **Income taxes** | **83.7** | 67.2 |
| **Effective tax rate** | **23.8%** | 19.9% |

The income tax expense includes taxes which have been paid and accrued based on the profits of the taxable entities. These are calculated based on the relevant tax rates in the different countries. The reconciliation summarizes the individual reconciliation calculations which have been prepared based on the applicable tax rates of the respective tax jurisdictions. The expected income tax has been calculated based on the future expected tax rate of 14.3% (PY 14.3%) and corresponds to the maximum tax rate for legal entities in the canton of St.Gallen.

In December 2021, the OECD published the Pillar Two model rules to introduce a global minimum tax of 15% for multinational companies with consolidated revenues of more than EUR 750 million. Meanwhile, relevant elements of Pillar Two legislation have been substantively enacted in many jurisdictions in which SFS operates including Switzerland. Such legislation will be effective for SFS Group's financial year 2024. SFS Group has performed assessments of its potential exposure to Pillar two income taxes. If the Pillar Two model rules, in particular the Transitional CBCR Safe Harbor rules, would have been applicable in periods in relation to which the assessments were performed, the profits of SFS Group would not have been expected to be materially impacted by the Pillar Two rules. SFS Group continues to monitor the development of the Pillar Two rules and its impact on the group.

SFS

**3 Capital employed**
"Capital employed" consists of operating assets less operating liabilities. Operating assets include all assets directly attributable to the segments such as receivables, inventories, prepaid expenses, property, plant and equipment, intangible assets and deferred tax assets. Operating liabilities comprise all liabilities directly attributable to the segments such as accrued liabilities, pension benefit obligations, provisions and deferred tax liabilities.

**3.1 Trade receivables**

| | 2023 | 2022 |
|---|---|---|
| From third parties | 463.7 | 418.2 |
| From associates/joint ventures | 0.3 | 0.4 |
| From related parties | 0.2 | 0.2 |
| Valuation allowances | –5.7 | –6.1 |
| **Total** | **458.5** | 412.7 |

| **Aging analysis** | 2023 | 2022 |
|---|---|---|
| Not due | 379.4 | 330.6 |
| Overdue 1 to 30 days | 59.0 | 59.4 |
| Overdue 31 to 90 days | 17.9 | 22.1 |
| Overdue more than 91 days | 7.9 | 6.7 |
| **Trade receivables (gross)** | **464.2** | 418.8 |
| Valuation allowances | –5.7 | –6.1 |
| **Trade receivables (net)** | **458.5** | 412.7 |

Current receivables are valued at par value. The valuation allowances are determined based on the maturity structure and identifiable credit risks of trade receivables.

**3.2 Other current receivables**

| | 2023 | 2022 |
|---|---|---|
| VAT and withholding tax | 16.8 | 21.8 |
| Receivables from supplier rebates | 41.1 | 42.9 |
| Other receivables | 26.4 | 38.4 |
| Short-term derivative financial instruments | 2.0 | 1.2 |
| **Total** | **86.3** | 104.3 |

**3.3 Inventories**

| | 2023 | 2022 |
|---|---|---|
| Raw materials | 55.0 | 65.6 |
| Consumables | 11.5 | 12.5 |
| Work in progress | 84.1 | 100.7 |
| Finished goods incl. trading goods | 485.5 | 537.0 |
| Valuation allowances | –85.2 | –85.2 |
| **Total** | **550.9** | 630.6 |

Inventories are generally valued at acquisition cost or at production cost or – if this is lower – at the net realizable value. The cost of goods comprises raw materials, direct labor, other direct costs and related production overheads based on normal operating capacity utilization. Cash discounts from suppliers are deducted from the acquisition costs.

Necessary valuation allowances are based on the individual valuation of single items. The inventory quantity of each item is generally compared to the annual consumption over the last twelve months. The first annual consumption of stock is assessed recoverable by 100%. If the quantity of inventory is higher than annual consumption, the excess inventory for the second annual consumption is written down to 50% of the value. All inventory above two years annual consumption is completely written off. Items added to the product range during the last 18 months prior to the balance sheet date are defined as new products and are not revalued.



SFS

In addition, the average sales price less cost to sell is compared to the inventory value of the individual inventory items. If the sales price less cost to sell is lower than the inventory value, a provision in the amount of the difference is recognized and disclosed in the valuation allowances.

**3.4 Property, plant and equipment**

| | Undeveloped property | Land and buildings | Machines and equipment | Assets under construction | Total |
|---|---|---|---|---|---|
| Cost as at 01/01/2022 | 6.5 | 680.5 | 1,140.3 | 68.2 | 1,895.5 |
| Changes in scope of consolidation | 13.8 | 162.9 | 101.0 | 9.6 | 287.3 |
| Additions | – | 46.8 | 52.6 | 49.8 | 149.2 |
| Disposals | – | –14.6 | –36.2 | –0.2 | –51.0 |
| Reclassifications | – | 9.9 | 30.3 | –41.6 | –1.4 |
| Exchange differences | –0.5 | –18.8 | –26.6 | –0.8 | –46.7 |
| Cost as at 12/31/2022 | 19.8 | 866.7 | 1,261.4 | 85.0 | 2,232.9 |
| Changes in scope of consolidation | – | – | 0.3 | – | 0.3 |
| Additions | – | 22.3 | 64.3 | 74.9 | 161.5 |
| Disposals | – | –1.3 | –22.7 | – | –24.0 |
| Reclassifications | – | 10.7 | 36.7 | –48.6 | –1.2 |
| Exchange differences | –0.8 | –35.8 | –61.1 | –4.7 | –102.4 |
| **Cost as at 12/31/2023** | **19.0** | **862.6** | **1,278.9** | **106.6** | **2,267.1** |
| Accumulated depreciation as at 01/01/2022 | – | –386.1 | –807.4 | | –1,193.5 |
| Changes in scope of consolidation | – | – | – | – | – |
| Depreciation | – | –27.9 | –82.6 | – | –110.5 |
| Disposals | – | 14.6 | 36.5 | – | 51.1 |
| Reclassifications | – | 0.0 | 0.0 | – | 0.0 |
| Exchange differences | – | 6.1 | 15.4 | – | 21.5 |
| Accumulated depreciation as at 12/31/2022 | – | –393.3 | –838.1 | – | –1,231.4 |
| Depreciation | – | –31.1 | –85.9 | – | –117.0 |
| Disposals | – | 0.7 | 22.3 | – | 23.0 |
| Exchange differences | – | 11.8 | 38.4 | – | 50.2 |
| **Accumulated depreciation as at 12/31/2023** | **–** | **–411.9** | **–863.3** | **–** | **–1,275.2** |
| Net book value as at 01/01/2022 | 6.5 | 294.4 | 332.9 | 68.2 | 702.0 |
| Net book value as at 12/31/2022 | 19.8 | 473.3 | 423.4 | 85.0 | 1,001.5 |
| **Net book value as at 12/31/2023** | **19.0** | **450.7** | **415.6** | **106.6** | **991.9** |



SFS

Property, plant and equipment are recognized in the balance sheet at acquisition cost or production cost less depreciation. Value-added expenditures, which lead to an extension of useful life or increased production capacity, are capitalized. Interest expenses incurred when the asset was under construction, are included in the historical costs, if material. Depreciation is calculated using the straight-line method to allocate the cost over the asset's estimated useful lives, as follows:

| **Buildings** | Years |
|---|---|
| Buildings | 20–33 |
| Infrastructure | 10–15 |

| **Machinery and equipment** | |
|---|---|
| Machinery | 5–15 |
| Furniture, fittings and equipment | 5–10 |
| Vehicles | 3–8 |
| IT hardware | 3–5 |

Based on its unlimited useful life, land is capitalized at acquisition cost and is not depreciated.

The assets are reviewed for impairment whenever events or changes in circumstances indicate that their carrying amount may not be recoverable. An impairment loss is recognized through profit and loss for the amount by which the asset's carrying amount exceeds its recoverable amount. Government grants related to assets are offset against the acquisition costs of the asset concerned, as long as SFS Group has no repayment obligation.

The book value of assets under construction includes down payments to suppliers of CHF 26.9 million (PY CHF 29.1 million).

In order to collateralize borrowings, assets amounting to CHF 60.5 million (PY CHF 71.9 million) have been pledged with CHF 42.3 million (PY CHF 53.3 million), of which CHF 38.7 million (PY CHF 50.5 million) have been drawn.

The financial commitments for contracted purchases of property, plant and equipment as well as for assets under construction amount to CHF 86.8 million (PY CHF 113.1 million).

The following charts show the additions to property, plant and equipment as well as intangible assets from the notes 3.4 and 3.5.

**Additions property, plant and equipment and intangible assets**
In CHF million




**Additions property, plant and equipment and intangible assets**
In % net sales






SFS

**3.5 Intangible assets**

| | Software | Software in development | Building rights, patents | Total |
|---|---|---|---|---|
| Cost as at 01/01/2022 | 77.4 | 18.3 | 1.3 | 97.0 |
| Changes in scope of consolidation | 5.8 | – | 8.3 | 14.1 |
| Additions | 5.0 | 11.1 | 5.7 | 21.8 |
| Disposals | –0.8 | – | –0.2 | –1.0 |
| Reclassifications | 17.0 | –13.2 | – | 3.8 |
| Exchange differences | –0.7 | – | –0.4 | –1.1 |
| Cost as at 12/31/2022 | 103.7 | 16.2 | 14.7 | 134.6 |
| Additions | 3.8 | 3.6 | 4.9 | 12.5 |
| Disposals | –0.3 | – | 0.0 | –0.3 |
| Reclassifications | 4.8 | – | – | 4.8 |
| Exchange differences | –1.6 | 0.0 | –1.3 | –2.9 |
| **Cost as at 12/31/2023** | **110.4** | **20.0** | **18.3** | **148.7** |
| Accumulated amortization as at 01/01/2022 | –66.3 | – | –0.3 | –66.6 |
| Amortization | –5.5 | – | –1.8 | –7.3 |
| Disposals | 0.7 | – | – | 0.7 |
| Reclassifications | –2.4 | – | – | –2.4 |
| Exchange differences | 0.7 | – | 0.0 | 0.7 |
| Accumulated amortization as at 12/31/2022 | –74.8 | – | –2.1 | –76.9 |
| Amortization | –6.7 | – | –3.7 | –10.4 |
| Disposals | 0.3 | – | 0.0 | 0.3 |
| Reclassifications | –3.7 | – | – | –3.7 |
| Exchange differences | 1.0 | – | 0.4 | 1.4 |
| **Accumulated amortization as at 12/31/2023** | **–83.9** | **–** | **–5.4** | **–89.3** |
| Net book value as at 01/01/2022 | 9.1 | 18.3 | 1.0 | 28.4 |
| Net book value as at 12/31/2022 | 28.9 | 16.2 | 12.6 | 57.7 |
| **Net book value as at 12/31/2023** | **26.5** | **20.0** | **12.9** | **59.4** |
| Intangible assets generated internally | 5.3 | 11.1 | – | 16.4 |
| Purchased intangible assets | 21.2 | 8.9 | 12.9 | 43.0 |

Intangible assets are recognized in the balance sheet at acquisition cost or production cost less accumulated amortization. Amortization is calculated using the straight-line method to allocate the costs over the assets' estimated useful lives, as follows:

| | Years |
|---|---|
| Customers, brands, technology | 3–5 |
| Software | 3–10 |
| Building rights (maximum) | 50 |
| Patents | 3–5 |

Intangible assets generated internally can only be recognized as an asset if they meet all of the following conditions at the time of the initial recognition: They are identifiable, controlled by SFS, they will yield a measurable benefit over several years, expenses can be recognized and measured separately and it is likely that the resources needed to complete the intangible assets are available or will be made available.

The intangible assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. An impairment loss is recognized through profit and loss for the amount by which the asset's carrying amount exceeds its recoverable amount.

The financial commitments for contracted intangible assets amount to CHF 2.1 million (PY CHF 3.9 million) in 2023.

SFS

### 3.6 Theoretical statement of changes in goodwill

Goodwill related to acquisitions is offset against equity at acquisition date. The effects of theoretical capitalization and amortization over five years are shown in the table below. If a contract is concluded, transaction costs are part of the acquisition costs. Earnout payments are offset against equity as well. As goodwill is immediately offset against equity at acquisition date, an impairment of goodwill would not impact the income statement, but the theoretical impact would be shown in the theoretical statement of changes in goodwill.

| | 2023 | 2022 |
|---|---|---|
| Balance as at 01/01/2023 | 584.7 | 132.8 |
| Acquisitions | 8.9 | 486.9 |
| Exchange differences | –39.2 | –35.0 |
| Balance as at 12/31/2023 | 554.4 | 584.7 |
| Accumulated amortization on 01/01/2023 | –158.6 | –78.6 |
| Amortization | –112.1 | –83.4 |
| Exchange differences | 17.8 | 3.4 |
| Accumulated amortization on 12/31/2023 | –252.9 | –158.6 |
| **Theoretical value of goodwill as at 12/31/2023** | **301.5** | **426.1** |
| Equity according to balance sheet | 1,375.7 | 1,303.6 |
| Theoretical value of goodwill | 301.5 | 426.1 |
| **Theoretical shareholders' equity as at 12/31/2023** | **1,677.2** | **1,729.7** |
| Net income | 268.5 | 270.6 |
| Amortization of goodwill | –112.1 | –83.4 |
| **Theoretical net income** | **156.4** | **187.2** |

Theoretical goodwill is derecognized in the table above as soon as it is fully amortized.

### 3.7 Trade payables

| | 2023 | 2022 |
|---|---|---|
| Against third parties | 186.9 | 202.6 |
| **Total** | **186.9** | 202.6 |

Trade payables are recognized in the balance sheet at par value.

### 3.8 Other current payables

| | 2023 | 2022 |
|---|---|---|
| VAT and other liabilities | 52.0 | 58.8 |
| Tax liabilities | 40.5 | 35.8 |
| Liabilities from ABCP program | – | 31.3 |
| **Total** | **92.5** | 125.9 |

In 2021 Hoffmann Group signed a framework contract in order to sell and assign trade receivables to a third–party service provider (Asset Backed Commercial Paper program; ABCP program). Therefore part of trade receivables of Hoffmann Group were sold on a biweekly basis. The payment receipts of trade receivables not yet transferred to the third–party service provider during the period between the last date of sale of trade receivables and the next date of sale were part of other current payables. The framework contract was terminated in 2023.



SFS

### 3.9 Pension benefit obligations

SFS Group maintains pension plans in several countries. The pension plans are mostly legal entities or foundations that are financially independent from the SFS Group. They are compliant with local requirements and the employees and SFS usually fund the plans in equal parts.

The economic impact of the pension plans on SFS Group is reassessed annually. The valuation of a surplus or deficit is based on the plan's financial statement in accordance with Swiss GAAP FER 26 (Swiss plans) or based on an established method in the respective jurisdiction (non-Swiss plans). In the case of a surplus, an economic benefit exists if it is permitted and intended to use the surplus to decrease the employer contributions, to reimburse it to the employer based on local law or to use it beyond the statutory benefits for another economic benefit of the employer. Surpluses which SFS Group can use as contributions at any time are recognized as assets in SFS Group's balance sheet. In the case of a deficit, an economic obligation exists if the conditions for recognizing a provision are met. The change from the previous year in economic benefit and economic obligation is recognized (together with the expenses relating to the business period) as personnel expenses in the result of the period.

Swiss plans

Employees of the SFS Group in Switzerland are insured against the risks of old age, death and disability with the SFS Pension Fund based on the Federal Law on Occupational Retirement, Survivors', and Disability Pension Plans (OPA). The SFS Pension Fund is a foundation which is legally separated from the SFS Group. As per 31 December 2023, the SFS Pension Fund has an expected coverage ratio according to the OPA 111.2% (PY 108.3%). The pension liabilities and actuarial reserves are calculated based on a technical interest rate of 1.5% (PY 1.5%) using the life expectancy table BVG 2020 (PY BVG 2020). The trustees of the SFS Pension Fund decided to reduce the conversion rate gradually to 5.2% until 2024 in order to ensure the financial stability of the Fund. The determination of the economic impact on the SFS Group is based on the preliminary financial statements of the SFS Pension Fund and the Patronage Fund.

Non-Swiss plans

For non-Swiss plans, external actuarial reports are used to determine the economic impact on SFS Group. Depending on the mix of insured persons (employees, retirees), the present value of benefit obligations is calculated using an interest rate of 3.1% to 4.7% (PY 3.4% to 4.9%).

| **Employer contribution reserve (ECR)** | Nominal value 12/31/2023 | Waiver of use 2023 | Balance sheet 12/31/2023 | Accumulation 2023 | Balance sheet 12/31/2022 | Result from ECR in personnel expenses 2023 | 2022 |
|---|---|---|---|---|---|---|---|
| Patronage Fund | 21.4 | – | 21.4 | 0.7 | 20.7 | –0.7 | –0.3 |
| SFS Pension Fund | 1.4 | – | 1.4 | 0.0 | 1.4 | –0.0 | – |
| **Total** | **22.8** | **–** | **22.8** | **0.7** | **22.1** | **–0.7** | **–0.3** |



SFS

An economic benefit is capitalized in SFS Group's balance sheet coming from uncommitted employer contribution reserves as well as from the Patronage fund's non-committed funds. It is intended to use the surplus to decrease the employer contributions.

| **Economic benefit/economic obligation and pension benefit expenses** | Surplus/deficit 12/31/2023 | Economic share of the entity 12/31/2023 | 12/31/2022 | Change to prior year | Contribution concerning 2023 | Pension benefit expenses within personnel expenses 2023 | 2022 |
|---|---|---|---|---|---|---|---|
| Patronage Fund | 2.0 | 2.0 | 0.0 | 2.0 | – | –2.0 | 4.8 |
| Pension Funds | | | | | | | |
| without surplus/deficit | – | – | – | – | 32.7 | 32.7 | 29.1 |
| with deficit | –2.6 | –2.6 | –2.9 | 0.3 | – | –0.1 | –0.4 |
| without own assets | –9.4 | –9.4 | –10.5 | 1.1 | – | –0.5 | –1.8 |
| **Total** | **–10.0** | **–10.0** | **–13.4** | **3.4** | **32.7** | **30.1** | **31.7** |

Pension Funds "without surplus/deficit" include the SFS Pension Fund. At balance sheet date, no non-committed funds exist. Therefore, neither an economic benefit nor an economic obligation is capitalized in SFS Group's balance sheet. Furthermore, foreign contribution-based plans are included in this category.

Pension Funds "with deficit" include plans of which benefit obligations exceed the plan's assets. As of December 31, 2023, this is the case for one plan in Germany (PY one) and one plan in France (PY one).

Pension Funds "without own assets" include five plans in Germany (PY six), one plan in France (PY one), one plan in Italy (PY one) and one plan in Mexico (PY one). The economic obligations of these plans are recognized in SFS Group's balance sheet as provisions if the conditions for recognizing a provision are met.

### 3.10 Provisions

| | Anniversaries, severance payments | Other provisions | Total |
|---|---|---|---|
| Balance as at 01/01/2022 | 8.5 | 4.1 | 12.6 |
| Changes in scope of consolidation | 0.8 | 1.0 | 1.8 |
| Additions | 1.8 | 1.8 | 3.6 |
| Used amounts | –0.9 | 0.0 | –0.9 |
| Unused amounts reversed | –0.6 | –0.7 | –1.3 |
| Exchange differences | –0.5 | 0.1 | –0.4 |
| Balance as at 12/31/2022 | 9.1 | 6.3 | 15.4 |
| Additions | 1.7 | 0.3 | 2.0 |
| Used amounts | –1.1 | –0.1 | –1.2 |
| Unused amounts reversed | –0.3 | –0.7 | –1.0 |
| Exchange differences | –0.8 | –0.2 | –1.0 |
| **Balance as at 12/31/2023** | **8.6** | **5.6** | **14.2** |
| of which non-current | 8.6 | 5.6 | 14.2 |

Various countries are obliged to recognize provisions as the employees are entitled to receive severance payments following the termination of employment. These provisions are disclosed in the "Anniversaries, severance payments" column. The "Other provisions" column contains provisions for warranty claims and business risks. Obligations arising from product liability are covered by the SFS Group's insurance policies. Provisions for warranty claims are recognized based on historical experience and amount to CHF 2.3 million (PY CHF 2.6 million). Provisions for specific business risks amount to CHF 3.3 million (PY CHF 3.7 million).

A provision is recognized when SFS Group has a present legal or constructive obligation as a result of past events, the outflow of resources becomes probable and the amount of the outflow can be estimated reliably. The valuation of provisions is based on SFS Group's best estimate at the balance sheet date.



SFS

### 3.11 Deferred tax assets (–)/liabilities (+)

| **Net deferred tax balances** | **12/31/2023** | 12/31/2022 |
|---|---|---|
| Deferred tax assets | –43.8 | –45.4 |
| Deferred tax liabilities | 61.1 | 64.8 |
| **Total** | **17.3** | 19.4 |

| **Movement in net deferred tax balances** | **2023** | 2022 |
|---|---|---|
| Balance as at 01/01/2023 | 19.4 | 27.7 |
| Changes in scope of consolidation | –0.3 | –1.5 |
| Charged (+)/credited (–) to income statement | –3.8 | –5.0 |
| Charged (+)/credited (–) to equity | 0.1 | –1.1 |
| Exchange differences | 1.9 | –0.7 |
| **Balance as at 12/31/2023** | **17.3** | 19.4 |

Current tax liabilities arising from the taxable profit of the reporting period are accrued for, irrespective of when they are due for payment. Deferred tax assets and liabilities are recognized on all temporary differences arising between the carrying amount of an asset or liability in the statement of financial position according to Swiss GAAP FER and its tax base.

The deferred taxes are determined using local tax rates that have been enacted by the balance sheet date and are expected to apply when the deferred tax items are realized or settled. Deferred tax liabilities arising from future distribution of retained earnings are not recognized when the Group is able to control the timing and a reversal of the temporary difference is unlikely.

SFS does not recognize deferred tax assets and liabilities in relation to Pillar Two income taxes.

The table below shows the tax loss carryforwards:

| **Tax loss carryforwards** | Recognized **2023** | 2022 | Unrecognized **2023** | 2022 |
|---|---|---|---|---|
| Expiry <3 years | 2.0 | – | – | – |
| Expiry within 3–7 years | 1.3 | 1.5 | 4.3 | – |
| Expiry >7 years | 5.2 | 5.8 | 28.3 | 37.5 |
| **Total** | **8.5** | 7.3 | **32.6** | 37.5 |

Deferred tax assets are recognized for tax loss carryforwards and on other temporary differences to the extent that is expected to be realizable within the next five years.

SFS

**4. Financing and risk management**
This chapter describes the management of the capital structure and its financial risks. The aim is to optimize profits in relation to equity plus net debt, to secure liquidity and to minimize currency risks.

**Net cash (+)/debt (–)**
In CHF million




4.1 Cash and cash equivalents

| | 2023 | 2022 |
|---|---|---|
| Cash at bank and on hand | 164.5 | 204.3 |
| Current bank deposits | 63.0 | 17.2 |
| **Total** | **227.5** | 221.5 |

Cash and cash equivalents include cash on hand, deposits held on call with banks and other short-term highly liquid investments. Due to the short-term maturities of the cash equivalents, the carrying amount is equal to the fair value of these assets. In order to qualify as a cash equivalent, the original maturity of the instrument must be 90 days or less.

4.2 Financial assets

| | 2023 | 2022 |
|---|---|---|
| Loans to third parties | 4.1 | 3.7 |
| Investments | 14.8 | 14.7 |
| Assets from employer contribution reserves | 22.8 | 22.1 |
| Economic benefit from pension plans | 2.0 | – |
| Derivative financial instruments | 50.3 | 32.0 |
| Other financial assets | 3.0 | 2.6 |
| **Total** | **97.0** | 75.1 |

Marketable securities and financial assets are measured at market value, if available, and non-realized gains and losses are recognized through profit or loss. In absence of a market value, marketable securities and financial assets are measured at acquisitions costs less any impairment. Investments include investments in associates, joint ventures and immaterial subsidiaries which are not included in the scope of consolidation.

In connection with the financing of the Hoffmann SE acquisition and the corresponding issuance of two bonds with a volume of CHF 400 million (refer to note 4.3), SFS Group has entered into two cross-currency-swaps (CHF/EUR) with the same volume and maturity (refer to note 4.7). The cross-currency-swaps (designated as hedging instruments) are used to hedge the foreign currency exposure which arises from the translation of net investments in foreign



SFS

entities (designated as hedged items) into the Group's presentation currency. Changes in the fair values of the cross-currency-swaps (net investment hedges) are recognized in equity and reversed through profit and loss upon disposal of the entity. As of December 31, 2023, the fair values of the cross-currency-swaps amount to CHF 50.3 million (PY CHF 32.0 million).

4.3 Borrowings

| | 2023 CHF million | 2023 Interest | 2022 CHF million | 2022 Interest |
|---|---|---|---|---|
| Bank borrowings | 20.9 | 4.0% | 10.5 | 1.1% |
| Other current borrowings | 15.8 | 4.4% | 16.7 | 0.5% |
| **Current borrowings** | **36.7** | **4.2%** | 27.2 | 0.7% |
| of which EUR | 24.1 | 3.1% | 27.2 | 0.7% |
| of which USD | 12.6 | 6.3% | – | – |
| | | | | |
| Bonds | 400.0 | See below | 400.0 | See below |
| Bank borrowings | 223.0 | 3.8% | 241.1 | 1.0% |
| Non-current borrowings from third parties | 13.1 | 1.2% | 30.9 | 1.1% |
| **Non-current borrowings** | **636.1** | **2.2%** | 672.0 | 1.1% |
| of which CHF | 400.0 | 1.2% | 400.0 | 1.2% |
| of which EUR | 236.1 | 3.9% | 272.0 | 1.0% |
| of which other currencies | 0.0 | 0.0% | – | – |
| | | | | |
| **Total borrowings** | **672.8** | **2.3%** | 699.2 | 1.1% |

**Bonds**

| Nominal value in CHF million | Interest rate | Term | Expiration at nominal value |
|---|---|---|---|
| 250.0 | 1.00% | 2022–2025 | 06/06/2025 |
| 150.0 | 1.45% | 2022–2027 | 06/06/2027 |

In connection with the financing of the Hoffmann SE acquisition, SFS Group issued two bonds with a volume of CHF 400 million in June 2022. Bonds are recognized in the balance sheet at par value. Deviations from the par value in the case of below or above-par issues are offset with the emission costs and recognized as accruals and deferrals and afterwards reversed on a straight-line basis over the term of the bonds.

The financial liabilities have the following maturities:

| **2023 Cash outflows** | **Total** | In 3 months | In 4–12 months | In 13–24 months | Later |
|---|---|---|---|---|---|
| Borrowings | 672.8 | 6.4 | 30.3 | 258.2 | 377.9 |
| Interest payments | 50.4 | 3.8 | 11.1 | 12.4 | 23.1 |
| **Total 12/31/2023** | **723.2** | **10.2** | **41.4** | **270.6** | **401.0** |

| 2022 Cash outflows | Total | In 3 months | In 4–12 months | In 13–24 months | Later |
|---|---|---|---|---|---|
| Borrowings | 699.2 | 3.4 | 23.8 | 25.6 | 646.4 |
| Interest payments | 27.4 | 1.9 | 5.5 | 7.2 | 12.8 |
| Total 12/31/2022 | 726.6 | 5.3 | 29.3 | 32.8 | 659.2 |



SFS

Syndicated loan
A loan contract was negotiated with five banks in August 2014. Due to the acquisition of Hoffmann SE in 2022, the existing syndicated loan contract was prematurely renewed and two additional banks were included in the syndicate. After exercise of the first extension option, the contract term is still five years and ends on May 10, 2028. The committed and uncollateralized revolving credit line amounts to CHF 600 million until May 10, 2027, and afterwards CHF 500 million until May 10, 2028 and is used at the end of 2023 to 31.6% (PY 32.8%). It may be increased by a maximum amount of an additional CHF 100 million and it may be extended once by one year, provided the lenders agree to the request of SFS Group. The option to increase the maximum amount can be used up to three months before the final maturity date.

The syndicated loan includes normal commercial terms and conditions. The variable interest yield is linked to the financial key ratio "leverage ratio". The smaller this key ratio, the lower the interest margin. The financial covenant has been met in all subsequent periods.

| | Threshold |
|---|---|
| Leverage Ratio: Net senior debt/EBITDA | maximum 2.50x |

4.4 Leasing
Finance leases are capitalized at the start of the lease at the lower of the fair value of the leased asset and the present value of the minimum lease payments. They are amortized over the period of the lease. The related leasing obligations are recognized as liabilities. In the reporting period as well as in the previous year, no material finance leases existed.

Lease payments from operating leases are recognized through profit or loss during the period of the lease. If a contract is terminated early, a provision is made for the full amount owed less income realized from subleasing.

| **Future aggregate minimum lease payments** | **2023** | 2022 |
|---|---|---|
| Due <1 year | 39.8 | 44.7 |
| Due between 1–5 years | 91.0 | 80.2 |
| Due >5 years | 193.5 | 206.5 |
| **Total** | **324.3** | 331.4 |

4.5 Off-balance sheet transactions

| | 2023 | 2022 |
|---|---|---|
| Debt guarantees | 0.2 | 0.7 |
| Guarantee obligations | 11.1 | 12.3 |
| Other non-recognizable commitments | 325.7 | 292.2 |
| **Total** | **337.0** | 305.2 |

Off-balance sheet transactions consist mainly of debt guarantees, guarantee obligations, liens in favor of third parties and long-term rental contracts. Intercompany items are eliminated. Off-balance sheet transactions are assessed on the basis of the likelihood and the amount of the potential future liabilities and are disclosed above.



SFS

4.6 Equity and earnings per SFS share

**Earnings and payout per share**
In CHF




**Payout**
In %, In CHF million




A payout for the financial year 2023 of CHF 2.50 (PY CHF 2.50) per registered share, amounting to a total of CHF 97.3 million (PY CHF 97.2 million), will be proposed at the Annual General Meeting of SFS Group AG on April 24, 2024. The payout from retained earnings and the statutory capital reserve will be realized and accounted in the books after the approval of the Annual General Meeting.

| | 2023 | 2022 |
|---|---|---|
| Weighted average number of outstanding shares | 38,886,854 | 38,365,076 |
| Net income attributable to SFS shareholders | 266.0 | 266.7 |
| **Earnings per share (in CHF) basic and diluted** | **6.84** | 6.95 |

As of December 31, 2023, 38,900,000 (PY 38,900,000) registered shares at CHF 0.10 are issued and outstanding. The earnings per share are the result of dividing net income entitled to the owners of SFS Group by the weighted average number of shares in issue and outstanding during the year. As of balance sheet date there exists no authorized capital (PY CHF 20,000), no conditional capital (PY none) and no capital band. There are no dilutive effects (PY none). Statutory and legal reserves that may not be distributed amount to CHF 65.7 million (PY CHF 60.4 million) as of December 31, 2023.

Share capital and treasury shares

| | Quantity | Transaction price (Ø) in CHF | Purchase cost (Ø) in CHF million |
|---|---|---|---|
| Balance as at 01/01/2022 | 58,064 | 128.3 | 7.4 |
| Purchases | 172,264 | 120.3 | 20.7 |
| Disposals (acquisitions) | –200,000 | 121.0 | –24.5 |
| Sale | –17,500 | 86.0 | –2.1 |
| Balance as at 12/31/2022 | 12,628 | 119.0 | 1.5 |
| Purchases | 25,000 | 102.0 | 2.8 |
| Sale | –24,422 | 106.0 | –2.7 |
| **Balance as at 12/31/2023** | **13,406** | **102.0** | **1.4** |

In connection with the financing of the Hoffmann SE acquisition the share capital of SFS Group AG was increased in 2022 by 1,400,000 shares with a nominal value of CHF 0.10 per share. The premium on the issuance of shares amounted to CHF 169.2 million.

SFS

The share capital of SFS Group AG constitutes the share capital of the SFS Group. The consideration paid for treasury shares is deducted from the equity and separately disclosed. The profit or loss realized by sales of treasury shares are recognized as a reduction of capital reserves, net of any related income taxes. Part of the purchase price of Hoffmann SE in 2022 was paid by transferring 200,000 treasury shares with a fair value of CHF 24.5 million. As of December 31, 2023, SFS Group companies hold 13,406 shares (PY 12,828) and the SFS Patronage Fund holds 0 shares (PY 41,247) in SFS Group AG.

There exist no obligations to repurchase treasury shares disposed of.

### 4.7 Derivative financial instruments

| | | | Contract value | | | Market value |
|---|---|---|---|---|---|---|
| **Forward foreign exchange contracts 2023** | CHF | EUR | USD | CNY | JPY | CHF |
| EUR sale/CHF purchase | 54.1 | –57.1 | – | – | – | 1.7 |
| CHF sale/EUR purchase (FX-Swap) | –2.1 | 2.2 | – | – | – | 0.0 |
| USD sale/CHF purchase | 14.4 | – | –16.8 | – | – | 0.5 |
| USD sale/CNY purchase | – | – | –39.8 | 277.8 | – | –0.2 |

| **Other derivative financial instruments 2023** | | | | | | |
|---|---|---|---|---|---|---|
| Cross-Currency-Swap EUR sale/CHF purchase | 250.0 | –236.4 | – | – | – | 30.5 |
| Cross-Currency-Swap EUR sale/CHF purchase | 150.0 | –143.0 | – | – | – | 19.8 |

| | | | Contract value | | | Market value |
|---|---|---|---|---|---|---|
| **Forward foreign exchange contracts 2022** | CHF | EUR | USD | CNY | JPY | CHF |
| EUR sale/CHF purchase | 46.0 | –45.9 | – | – | – | 1.1 |
| CHF sale/EUR purchase (FX-Swap) | –6.4 | 6.5 | – | – | – | 0.0 |
| CHF sale/USD purchase (FX-Swap) | –4.6 | – | 5.0 | – | – | 0.0 |
| USD sale/CHF purchase | 14.5 | – | –15.0 | – | – | 0.9 |
| USD sale/CNY purchase | – | – | –53.5 | 362.0 | – | –0.8 |
| USD sale/JPY purchase | – | – | –0.2 | – | 31.1 | 0.0 |

| **Other derivative financial instruments 2022** | | | | | | |
|---|---|---|---|---|---|---|
| Cross-Currency-Swap EUR sale/CHF purchase | 250.0 | –236.4 | – | – | – | 19.4 |
| Cross-Currency-Swap EUR sale/CHF purchase | 150.0 | –143.0 | – | – | – | 12.6 |

The SFS Group uses derivative financial instruments to reduce the risks from interest and foreign currency fluctuations on business and financial transactions. To hedge foreign currency exposures, usually cash flow hedges are used. To reduce volatility in the income statement, changes in the fair value of derivatives are recognized in equity. Amounts accumulated in equity are reclassified to the income statement in the periods when the hedged item affects the income statement or the future cash flow is no longer expected to occur. Derivatives in the current and previous financial year were exclusively held for the purpose of currency hedging.

The SFS Group also uses derivative financial instruments to hedge the foreign currency exposure which arises from the translation of net investments in foreign entities (designated as hedged items) into the Group's presentation currency. Changes in the fair values of the net investment hedges are recognized in equity and reversed through profit and loss upon disposal of the entity. In connection with the financing of the Hoffmann SE acquisition in 2022 and the corresponding issuance of two bonds with a volume of CHF 400 million (refer to note 4.3), SFS Group has entered into two cross-currency-swaps (CHF/EUR) with the same volume and maturity as the bonds. These cross-currency-swaps (designated as hedging instruments) are used to hedge the foreign currency exposure which arises from the translation of net



SFS

investments in foreign entities (designated as hedged items) into the Group's presentation currency.

### 4.8 Exchange rates

| | | Balance sheet | | Income statement | |
|---|---|---|---|---|---|
| | Unit | **2023** | 2022 | **2023** | 2022 |
| China | CNY 100 | 11.795 | 13.362 | 12.702 | 14.200 |
| EU | EUR 1 | 0.926 | 0.985 | 0.972 | 1.005 |
| United Kingdom | GBP 1 | 1.066 | 1.110 | 1.117 | 1.160 |
| USA | USD 1 | 0.838 | 0.923 | 0.899 | 0.955 |



SFS

## 5 Group structure

This chapter provides an overview of the Group structure. Changes and related detailed information are explained. Transactions with related parties are also disclosed.

### 5.1 Changes in scope of consolidation

| **Acquisition of subsidiaries** | **2023** | 2022 |
|---|---|---|
| Cash and cash equivalents | – | 25.2 |
| Trade receivables | – | 373.3 |
| Inventories | 1.0 | 203.7 |
| Other current assets | – | 73.6 |
| Property, plant and equipment | 0.3 | 287.3 |
| Intangible assets | – | 14.1 |
| Other non-current assets | 0.2 | 58.7 |
| Current liabilities | –0.1 | –385.1 |
| Non-current liabilities | – | –73.3 |
| **Acquired net assets** | **1.4** | **577.5** |
| Goodwill offset against equity | 8.9 | 486.9 |
| **Purchase price incl. acquisition cost** | **10.3** | **1,064.4** |
| Non-cash part of purchase price | – | –520.1 |
| Cash and cash equivalents | – | –25.2 |
| **Consideration in cash flow statement** | **10.3** | **519.1** |

2023
As of July 1, 2023, the assets of the business concerning fasteners and other products of Connective Systems & Supply, Inc. (CSS) were acquired in an asset deal. In organizational terms, this business unit of the company based in Denver (US) was incorporated into Triangle Fastener Corporation (TFC). This business unit of CSS generated sales of USD 15 million in 2022 with around 20 employees. Contract clauses do not include any contingent consideration (earnout).

2022
As of May 1, 2022, SFS Group acquired 100% of Hoffmann SE. Hoffmann was incorporated into the SFS organization as an individual division with the name "D&L International" within the Distribution & Logistics segment. Headquartered in Munich (Germany), Hoffmann SE has around 3,000 employees and is on site in over 50 countries. In 2021, Hoffmann generated sales of approximately EUR 1.0 billion. Hoffmann is a leading international systems partner for quality tools that is well-known on European markets and serves more than 100,000 customers with a product range comprising around 500,000 items. Customers appreciate not only the company's comprehensive range of products but also its high level of product and logistics expertise. The transaction did not include Contorion, the eCommerce subsidiary of Hoffmann SE, which is geared toward a different customer segment. The Russian subsidiary of Hoffmann is also not included in the scope of consolidation. Contract clauses do not include any contingent consideration (earnout).



SFS

### 5.2 Group companies

Subsidiaries

| Country | Registered office | Name of the company | Participation in % 2023 | 2022 | Currency | Share capital (in local currency 1,000) | Activities |
|---|---|---|---|---|---|---|---|
| China | Nantong | Unisteel Technology (China) Co., Ltd. | 100.0 | 100.0 | CNY | 606,040 | V, P |
| | Shanghai | Unisteel Fastening Systems (Shanghai) Co., Ltd. | – | 100.0 | CNY | 100,688 | L |
| | | SFS Group (Shanghai) Co., Ltd. | 100.0 | 100.0 | CNY | 14,263 | DL |
| | | Hoffmann Quality Tools Trading Co., Ltd. | 100.0 | 100.0 | CNY | 77,069 | V |
| Costa Rica | La Aurora Heredia | Tegra Medical Costa Rica S.A. | 100.0 | 100.0 | CRC | 1 | V, P |
| Germany | Achim | Hoffmann GmbH | 100.0 | 100.0 | EUR | 512 | V |
| | Essen | Hoffmann Essen Qualitätswerkzeuge GmbH | 100.0 | 100.0 | EUR | 100 | V |
| | Göppingen | Hoffmann Göppingen Qualitätswerkzeuge GmbH | 100.0 | 100.0 | EUR | 30 | V |
| | Mörfelden-Walldorf | GESIPA Blindniettechnik GmbH | – | 100.0 | EUR | 5,000 | V, P |
| | Munich | Hoffmann Auslands-Beteiligungs GmbH | 100.0 | 100.0 | EUR | 25 | H |
| | | Hoffmann Engineering Services GmbH | 100.0 | 100.0 | EUR | 25 | DL |
| | | Hoffmann Group Immobilien GmbH | 100.0 | 100.0 | EUR | 25 | DL |
| | | Hoffmann GmbH Qualitätswerkzeuge | 100.0 | 100.0 | EUR | 512 | V |
| | | Hoffmann SE | 100.0 | 100.0 | EUR | 2,550 | H, DL |
| | | Hoffmann IT & General Services GmbH | 100.0 | 100.0 | EUR | 25 | DL |
| | | Hoffmann Group System GmbH | 100.0 | 100.0 | EUR | 100 | DL |
| | | Proserve Vertriebs- und Beratungs GmbH | 100.0 | 100.0 | EUR | 26 | H |
| | | Simple System GmbH | 100.0 | 100.0 | EUR | 26 | V |
| | Nuremberg | Hoffmann Nürnberg GmbH Qualitätswerkzeuge | 100.0 | 100.0 | EUR | 625 | V |
| | | Hoffmann Supply Chain GmbH | 100.0 | 100.0 | EUR | 75 | DL |
| | | Hoffmann Supply Management GmbH & Co. KG | 100.0 | – | EUR | 75 | DL |
| | | Supply Chain Verwaltungs GmbH (former Hoffmann Asset Management GmbH) | 100.0 | 100.0 | EUR | 25 | DL |
| | Oberursel | SFS Group Germany GmbH | 100.0 | 100.0 | EUR | 5,000 | V, P |
| | Reutlingen | Garant Productions GmbH | 100.0 | 100.0 | EUR | 25 | P |
| | Schramberg | Ludwig Hettich Holding GmbH & Co. KG | 51.0 | 51.0 | EUR | 2,500 | H |
| | | Ludwig Hettich Verwaltungs-GmbH | 51.0 | 51.0 | EUR | 26 | H |
| | | HECO Schrauben GmbH & Co. KG | 51.0 | 51.0 | EUR | 1,230 | V, P |
| Denmark | Copenhagen | Hoffmann Danmark ApS | 100.0 | 100.0 | DKK | 125 | V |
| | Roskilde | Jevith A/S | 100.0 | 100.0 | DKK | 500 | V |
| Estonia | Tallinn | SFS Group Finland Oy Eesti Filiaal | 100.0 | 100.0 | EUR | n/a | V |
| Finland | Nummela | SFS Group Finland Oy (former SFS intec Oy) | 100.0 | 100.0 | EUR | 84 | V |
| France | Drusenheim | Hoffmann France SAS | 100.0 | 100.0 | EUR | 500 | V |
| | Lyon | Simple System SAS | – | 100.0 | EUR | 10 | L |
| | Saint-Projet | HECO France Sarl | 51.0 | 51.0 | EUR | 8 | V |
| | Valence | SFS Group SAS | 100.0 | 100.0 | EUR | 3,076 | V, P |
| United Kingdom | Leeds | SFS Group Fastening Technology Ltd. | 100.0 | 100.0 | GBP | 2,000 | V, P |
| | London | Hoffmann UK Quality Tools Ltd. | 100.0 | 100.0 | GBP | 5,973 | V |

SFS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| India | Pune | Hoffmann Quality Tools India Pvt. Ltd. | 100.0 | 100.0 | INR | 528,750 | V |
| | | SFS Group India Pvt. Ltd. | 99.7 | 99.7 | INR | 46,654 | V, P |
| Italy | Pordenone | SFS Group Italy S.r.l. unipersonale (former SFS intec S.r.l. unipersonale) | 100.0 | 100.0 | EUR | 10,000 | V, P |
| | Viganza | Hoffmann Italia S.p.A. | 100.0 | 100.0 | EUR | 500 | V |
| Canada | Dundas | SFS Group Canada Inc. (former SFS intec Inc.) | 100.0 | 100.0 | CAD | 4,000 | V, P |
| Malaysia | Johor Bahru | Unisteel Technology (M) Sdn Bhd | 100.0 | 100.0 | USD | 1,372 | V, P |
| | Subang Jaya | Hoffmann Quality Tools (Malaysia) Sdn Bhd | 100.0 | 100.0 | MYR | 16,024 | V |
| Mexico | Puebla | Hoffmann Quality Tools Mexico S. de R.L. de C.V. | 100.0 | 100.0 | MXN | 9,150 | V |
| | Querétaro | SFS Group Fastening Technology Mexico S.A. | 100.0 | 100.0 | MXN | 50 | V |
| Netherlands | Borne | Hoffmann Quality Tools B.V. | 100.0 | 100.0 | EUR | 37 | V |
| | Helmond | SFS Group the Netherlands B.V. (former Guardian B.V.) | 100.0 | 100.0 | EUR | 18 | V, P |
| Norway | Frogner | SFS Group Norway AS | 100.0 | 100.0 | NOK | 2,030 | V |
| Austria | Korneuburg | SFS Group Austria GmbH | 100.0 | 100.0 | EUR | 146 | V, P |
| | Zell am Moos | Hoffmann Austria Qualitätswerkzeuge GmbH | 100.0 | 100.0 | EUR | 35 | V |
| Poland | Poznan | SFS Group Sp. z o.o. | 100.0 | 100.0 | PLN | 11,937 | V |
| Portugal | Lisbon | Hoffmann Iberia Quality Tools S.L. | 100.0 | 100.0 | EUR | n/a | V |
| | Malveira | SFS Group Fastening Technology (Iberica), S.A.U. Sucursal em Portugal | 100.0 | 100.0 | EUR | n/a | V |
| Romania | Bucharest | Hoffmann Industrial Tools S.R.L. | 100.0 | 100.0 | RON | 10 | V |
| | Carncia Turzi | HECO Schrauben S.r.l. | 51.0 | 51.0 | RON | 12,737 | – |
| Sweden | Strängnäs | SFS Group Sweden AB | 100.0 | 100.0 | SEK | 200 | V, P |
| Switzerland | Emmenbrücke municipality of Emmen | Allchemet AG | 100.0 | 100.0 | CHF | 340 | V |
| | Hallau | Stamm AG | 100.0 | 100.0 | CHF | 500 | V, P |
| | Heerbrugg municipality of Widnau | SFS Group International AG | 100.0 | 100.0 | CHF | 5,400 | H |
| | | SFS Group Schweiz AG | 100.0 | 100.0 | CHF | 12,550 | V, P, DL |
| Singapore | Singapore | Hoffmann Quality Tools Asia Pacific Pte. Ltd. | 100.0 | 100.0 | SGD | 12,665 | V |
| | | Unisteel Technology Limited | 100.0 | 100.0 | USD | 340,443 | V |
| Slovakia | Bratislava | Hoffmann Qualitätswerkzeuge SK s.r.o. | 100.0 | 100.0 | EUR | 7 | V |
| Slovenia | Ljubljana | Hoffmann kvalitetna orodja d.o.o. | 100.0 | 100.0 | EUR | 500 | V |
| Spain | Madrid | Hoffmann Iberia Quality Tools S.L. | 100.0 | 100.0 | EUR | 50 | V |
| | Sondika-Bizkaia | SFS Group Fastening Technology (Iberica), S.A.U. | 100.0 | 100.0 | EUR | 975 | V |
| Taiwan | Kaohsiung | Unisteel Technology Limited Taiwan Branch | 100.0 | 100.0 | NTD | n/a | DL |
| Czech Republic | Ejpovice | Hoffmann Qualitätswerkzeuge CZ s.r.o. | 100.0 | 100.0 | CZK | 100 | V |
| | Turnov | SFS Group CZ s.r.o. | 100.0 | 100.0 | CZK | 205,000 | V, P |
| Turkey | Torbali-Izmir | SFS Group TR San. ve Tic. A.Ş. (former SFS intec Baglanti Teknolojileri Sanayi ve Ticaret A.S.) | 95.1 | 95.1 | TRY | 23,109 | V, P |
| | | SFS Group Pazarlama A.S. | 95.1 | 95.1 | TRY | 100 | V |
| Hungary | Budapest | Hoffmann Hungary Quality Tools Kft. | 100.0 | 100.0 | HUF | 3,000 | V |
| | Janossomorja | SFS Group Hungary Kft. | 100.0 | 100.0 | HUF | 412,500 | V, P |
| USA | Franklin, MA | Tegra Medical, LLC | 100.0 | 100.0 | USD | 137,639 | V, P |
| | | Tegra Medical CR, LLC | 100.0 | 100.0 | USD | – | H |
| | Knoxville, TN | Hoffmann Quality Tools USA, Inc. | 100.0 | 100.0 | USD | 6,000 | V |



SFS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Pittsburgh, PA | Triangle Fastener Corporation | 100.0 | 100.0 | USD | 1 | V |
| | Watertown, CT | Truelove & Maclean, Inc. | 100.0 | 100.0 | USD | 1 | V, P |
| | Wyomissing, PA | SFS Group USA, Inc. | 100.0 | 100.0 | USD | 37,750 | V, P |

DL Services, P Production, V Sales, H Holding, L Liquidation

The closing date of all companies, except of Hoffmann Quality Tools India Pvt. Ltd., is December 31.

2023
Hoffmann Asset Management GmbH was renamed Supply Chain Verwaltungs GmbH. SFS intec Oy was renamed SFS Group Finland Oy. SFS intec S.r.l. unipersonale was renamed SFS Group Italy S.r.l. unipersonale. SFS intec, Inc. was renamed SFS Group Canada Inc. Guardian B.V. was renamed SFS Group the Netherlands B.V. SFS intec Baglanti Teknolojileri Sanayi ve Ticaret A.S. was renamed SFS Group TR San. ve Tic. A.Ş.

GESIPA Blindniettechnik GmbH was merged into SFS Group Germany GmbH. Simple System SAS was merged into Simple System GmbH. Unisteel Fastening Systems (Shanghai) Co., Ltd. was merged into Unisteel Technology (China) Co., Ltd.

Hoffmann Supply Management GmbH & Co. KG was established with a share capital of CHF 0.075 million.

2022
SFS intec AS was renamed SFS Group Norway AS. Indo Schöttle Auto Parts Pvt. Ltd. was renamed SFS Group India Pvt. Ltd. SFS intec GmbH was renamed SFS Group Germany GmbH. SFS intec AB was renamed SFS Group Sweden AB.

MBE Moderne Befestigungselemente GmbH and SFS intec Beteiligungen GmbH & Co. KG were merged into SFS Group Germany GmbH.

SFS intec AG and SFS Group Schweiz AG were merged into SFS unimarket AG, which was renamed SFS Group Schweiz AG. Furthermore, Unisteel International Pte Ltd was liquidated.

Joint ventures

| Country | Registered office | Name of the company | Shareholding in % 2023 | 2022 | Currency | Share capital in (1,000) | Activities |
|---|---|---|---|---|---|---|---|
| China | Tianjin | Sunil SFS intec Automotive Parts (Tianjin) Co., Ltd | 50.0 | 50.0 | CNY | 212,483 | V, P |

**5.3 Transactions with related parties**
Transaction with related parties are generally conducted based on usual market conditions.

Business relationships with related parties
Business transactions with members of the Board of Directors and of the Group Executive Board as well as related companies are summarized in the table below:

| | 2023 | 2022 |
|---|---|---|
| Sales of goods and services | 3.0 | 3.5 |
| Purchases of goods and services | 1.2 | 0.9 |
| Receivables | 0.2 | 0.2 |
| Payables | 0.1 | – |



SFS

The sales of goods and services mainly include IT, HR and finance services to companies owned by the founding families.

Business relationship with pension funds
SFS Group charges CHF 0.6 million (PY CHF 0.6 million) in connection with the administration of the SFS pension fund and the patronage fund. Further business relationships with the pension fund include expenses of CHF 0.3 million (PY CHF 0.4 million).

Business relationships with associates and joint ventures

| | 2023 | 2022 |
|---|---|---|
| Sales of goods and services | 0.5 | 2.0 |
| Receivables | 0.3 | 0.4 |
| Bank guarantees | 11.1 | 12.3 |



SFS

**6 Events after the balance sheet date**
SFS is not aware of any events that occurred after the balance sheet date that could have a material impact on the consolidated financial statements for the financial year ended December 31, 2023.

The consolidated financial statements of the SFS Group were approved by the Audit Committee and the Board of Directors on March 6, 2024, and are subject to final approval at the Annual General Meeting of shareholders, which will take place on April 24, 2024.

pwc

# Report of the statutory auditor

to the General Meeting of SFS Group AG

Heerbrugg, municipality of Widnau

## Report on the audit of the consolidated financial statements

### Opinion

We have audited the consolidated financial statements of SFS Group AG and its subsidiaries (the Group), which comprise the consolidated income statement, and the consolidated balance sheet as at 31 December 2023, the consolidated statement of changes in equity, the consolidated cash flow statement for the year then ended, and notes to the consolidated financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying consolidated financial statements (pages 123 to 156) give a true and fair view of the consolidated financial position of the Group as at 31 December 2023 and its consolidated financial performance and its consolidated cash flows for the year then ended in accordance with Swiss GAAP FER and comply with Swiss law.

### Basis for opinion

We conducted our audit in accordance with Swiss law and Swiss Standards on Auditing (SA-CH). Our responsibilities under those provisions and standards are further described in the 'Auditor's responsibilities for the audit of the consolidated financial statements' section of our report. We are independent of the Group in accordance with the provisions of Swiss law and the requirements of the Swiss audit profession, and we have fulfilled our other ethical responsibilities in accordance with these requirements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

### Our audit approach

**Overview**




Overall Group materiality: CHF 17.8 million

We concluded full scope audit work at sixteen Group companies in nine countries. We further, concluded a review at a Group company and specified procedures at seven further Group companies.

Our activities cover Group companies that account for 83% of the group's net sales and 83% of its assets.

As key audit matter, the following area of focus has been identified:

Valuation of inventories

pwc

### Materiality

The scope of our audit was influenced by our application of materiality. Our audit opinion aims to provide reasonable assurance that the consolidated financial statements are free from material misstatement. Misstatements may arise due to fraud or error. They are considered material if, individually or in aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of the consolidated financial statements.

Based on our professional judgement, we determined certain quantitative thresholds for materiality, including the overall Group materiality for the consolidated financial statements as a whole as set out in the table below. These, together with qualitative considerations, helped us to determine the scope of our audit and the nature, timing and extent of our audit procedures and to evaluate the effect of misstatements, both individually and in aggregate, on the consolidated financial statements as a whole.

| | |
|---|---|
| Overall Group materiality | CHF 17.6 million |
| Benchmark applied | Profit before income taxes |
| Rationale for the materiality benchmark applied | We chose profit before income taxes as the benchmark because, in our view, it is the benchmark against which the performance of the Group is most commonly measured, and it is a generally accepted benchmark. |

We agreed with the Audit Committee that we would report to them misstatements above CHF 0.880 million identified during our audit as well as any misstatements below that amount which, in our view, warranted reporting for qualitative reasons.

### Audit scope

We tailored the scope of our audit in order to perform sufficient work to enable us to provide an opinion on the consolidated financial statements as a whole, taking into account the structure of the Group, the accounting processes and controls, and the industry in which the Group operates.

We designed the scope of our audit in order to cover the significant subsidiaries with a full scope audit or review For the other companies, we relied on the results of the completed statutory audits and on analyses of significant changes. In particular, for these companies we checked the reconciliation of the statutory financial statements to Swiss GAAP FER. Where audits were perofrmed by component auditors, we ensure that, as Group auditor, we were adequately involved in the audit in order to assess whether sufficient appropriate audit evidence was obtained from the work of the component auditors to provide a basis for our opinion. This involvement included communicating the risks identified at Group level, specifying the materiality levels to be used, detailed audit instructions, holding meetings and reviewing the reports for the interim and final audits of the relevant subsidiaries.

### Key audit matters

Key audit matters are those matters that, in our professional judgement, were of most significance in our audit of the consolidated financial statements of the current period. These matters were addressed in the context of our audit of the consolidated financial statements as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

pwc

### Valuation of inventories

| Key audit matter | How our audit addressed the key audit matter |
|---|---|
| Inventories as at 31 December 2023 amount to CHF 550.9 million. This represents 21.6% of total assets.<br><br>We consider the valuation of inventories a key audit matter. In particular, the following risks exist in connection with the valuation of inventories by management:<br><br>• Inventories are not stated at the lower of average acquisition or production cost or – if this is lower – at the net realizable value (lower of cost or market value principle: assessment of the lover value from acquisition and production costs on the one hand and the net realizable value on the other hand).<br><br>• Write-downs for obsolescent inventory or stock that exceeds the usual sales volume (e.g. slow moving or excess inventory) are inadequate.<br><br>Further details regarding inventories can be found in note 3.3. | We performed the following audit procedures:<br><br>• Sample-based testing of whether inventories were stated at acquisition or production costs in accordance with Swiss GAAP FER. We compared the acquisition costs used for the valuation of raw materials, supplies and consumables, and purchased finished goods with the latest purchase prices or other evidence. We tested the additional costs included in the production costs of semi-finished and finished goods, in particular using overhead recovery variance analysis or alternative methods.<br><br>• Sample-based testing of whether the lower of acquisition or production cost and net realisable value has been applied.<br><br>• Sample-based testing of the mathematical correctness and appropriateness of Management's calculation of write-downs of obsolescent inventory.<br><br>• Testing whether the determined write-downs for obsolescent inventory or stock have been correctly recorded in the accounts.<br><br>On the basis of our audit procedures, we consider Management's valuation of the inventories to be appropriate. |

### Other information

The Board of Directors is responsible for the other information. The other information comprises the information included in the annual report, but does not include the financial statements, the consolidated financial statements, the remuneration report and our auditor's reports thereon.

Our opinion on the consolidated financial statements does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the consolidated financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the consolidated financial statements or our knowledge obtained in the audit, or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

### Board of Directors' responsibilities for the consolidated financial statements

The Board of Directors is responsible for the preparation of consolidated financial statements that give a true and fair view in accordance with Swiss GAAP FER and the provisions of Swiss law, and for such internal control as the Board of Directors determines is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, the Board of Directors is responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the Board of Directors either intends to liquidate the Group or to cease operations, or has no realistic alternative but to do so.

pwc

### Auditor's responsibilities for the audit of the consolidated financial statements

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with Swiss law and SA-CH will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

A further description of our responsibilities for the audit of the consolidated financial statements is located on EXPERTsuisse's website: http://www.expertsuisse.ch/en/audit-report. This description forms an integral part of our report.

## Report on other legal and regulatory requirements

In accordance with article 728a para. 1 item 3 CO and PS-CH 890, we confirm the existence of an internal control system that has been designed, pursuant to the instructions of the Board of Directors, for the preparation of the consolidated financial statements.

We recommend that the consolidated financial statements submitted to you be approved.

PricewaterhouseCoopers AG

Gianluca Galasso
Licensed audit expert
Auditor in charge

André P. Kueffer
Licensed audit expert

St. Gallen, 6 March 2024

SFS

# Financial Report

Financial statements SFS Group AG


| | |
|---|---|
| Balance sheet | 162 |
| Income statement | 163 |
| Notes | 164 |
| Proposed appropriation of retained earnings and the statutory capital reserve | 167 |
| Auditor's Report | 168 |




SFS

## Balance sheet

| Assets in CHF million | Notes | 12/31/2023 | 12/31/2022 |
|---|---|---|---|
| Cash and cash equivalents | | 20.5 | 19.9 |
| Other current receivables from Group companies | | 1.8 | 5.4 |
| Prepayments and accrued income | | 0.2 | 0.4 |
| **Current assets** | | **22.5** | 25.7 |
| Derivative financial instruments | | 50.3 | 32.0 |
| Financial assets from Group companies | | 1,651.0 | 1,645.1 |
| Investments | | 119.1 | 119.1 |
| **Non-current assets** | | **1,820.4** | 1,796.2 |
| **Assets** | | **1,842.9** | 1,821.9 |

| Liabilities and equity in CHF million | Notes | 12/31/2023 | 12/31/2022 |
|---|---|---|---|
| Interest-bearing borrowings from Group companies | | 22.1 | 24.4 |
| Deferred income and accrued expenses | | 7.6 | 2.9 |
| **Current liabilities** | | **29.7** | 27.3 |
| Derivative financial instruments | | 50.3 | 32.0 |
| Bonds | 8 | 400.0 | 400.0 |
| Interest-bearing borrowings from Group companies | | 251.9 | 284.4 |
| **Non-current liabilities** | | **702.2** | 716.4 |
| Share capital | | 3.9 | 3.9 |
| Statutory capital reserve | | 132.1 | 180.7 |
| Other capital reserve | | −1.0 | −0.9 |
| Statutory retained earnings | | 1.9 | 1.9 |
| Voluntary retained earnings | | 275.1 | 275.1 |
| Treasury shares | | −1.4 | −1.5 |
| Profit carryforward | | 570.5 | 527.9 |
| Net income | | 129.9 | 91.2 |
| **Total equity*** | | **1,111.0** | 1,078.2 |
| **Liabilities and equity** | | **1,842.9** | 1,821.9 |

*2022 includes rounding differences of CHF 0.1 million.



SFS

## Income statement

| Income in CHF million | 2023 | 2022 |
|---|---|---|
| Investment income | 110.0 | 95.0 |
| Financial income | 54.4 | 42.6 |
| **Total income** | **164.4** | 137.6 |

| Expenses in CHF million | 2023 | 2022 |
|---|---|---|
| Administration expense | −0.6 | −2.0 |
| Financial expenses | −30.5 | −44.4 |
| **Total expenses** | **−31.1** | −46.4 |
| **Net income before taxes** | **133.3** | 91.2 |
| Direct taxes | −3.4 | −0.0 |
| **Net income** | **129.9** | 91.2 |



SFS

# Notes to the financial statements SFS Group AG


| | |
|---|---|
| 1 Accounting policies | 165 |
| 2 Number of employees | 165 |
| 3 Investments | 165 |
| 4 Share capital | 165 |
| 5 Board of Directors' and Group Executive Board's shareholdings | 165 |
| 6 Statutory capital reserve | 166 |
| 7 Contingent liabilities | 166 |
| 8 Bonds | 166 |
| 9 Events after the balance sheet date | 166 |

SFS

## Notes

**1 Accounting policies**
The present financial statements have been prepared in accordance with the regulations on commercial accounting and reporting given in the Swiss Code of Obligations. Securities (marketable securities with a stock exchange price) as well as derivative financial instruments are recognized at fair value. All other assets are stated at historical cost less necessary impairments.

**2 Number of employees**
The company does not have any employees (PY none).

**3 Investments**
The SFS Group AG is incorporated and domiciled in Heerbrugg, municipality of Widnau/SG, Switzerland and owns the following investments:

| | 2023 | | 2022 | |
|---|---|---|---|---|
| | Share capital | Participation[1] | Share capital | Participation[1] |
| SFS Group International AG, Heerbrugg, municipality of Widnau, Switzerland | 5.4 | 100% | 5.4 | 100% |
| SFS Group Schweiz AG, Heerbrugg, municipality of Widnau, Switzerland | 12.6 | 100% | 12.6 | 100% |

[1]Each share represents one voting right

The significant indirect shareholdings are disclosed in note 5.2 of the consolidated financial report.

**4 Share capital**
The share capital is divided into 38,900,000 registered shares (PY 38,900,000 registered shares) each with a par value of CHF 0.10. No conversion and option rights have been issued (PY none).

As of December 31, 2023, SFS Group Schweiz AG holds 13,406 treasury shares (PY 12,828). In the reporting period 25,000 treasury shares (PY 172,264) were purchased at an average transaction price of CHF 102.0 (PY CHF 120.3) and 24,422 treasury shares (PY 17,500) were disposed of at an average transaction price of CHF 106.0 (PY CHF 86.0) due to share-based compensation or employee share purchase programs. In 2022, additional 200,000 treasury shares were disposed of due to the acquisition of Hoffmann SE.

**5 Board of Directors' and Group Executive Board's shareholdings**
The following tables provide information with regard to the shareholdings of the Board members:

| Board of Directors | Number of shares 12/31/2023 | Number of shares 12/31/2022 |
|---|---|---|
| Thomas Oetterli, Chair, non-executive, independent member | 11,640 | 10,820 |
| Peter Bauschatz, non-executive, independent member | 1,560 | 1,060 |
| Nick Huber, non-executive member* | 117,232 | 116,212 |
| Urs Kaufmann, non-executive, independent member | 12,640 | 11,820 |
| Bettina Stadler, non-executive member* until April 2023 | n/a | 393,960 |
| Manuela Suter, non-executive, independent member | 2,040 | 1,280 |
| Fabian Tschan, non-executive member* since April 2023 | 2,687,033 | n/a |
| Jörg Walther, non-executive, independent member | 7,720 | 6,700 |
| **Total** | **2,840,265** | 541,852 |

*Member family shareholders

Shares, granted during the reporting period, are disclosed in the compensation report.



SFS

| Group Executive Board | Number of shares 12/31/2023 | Number of shares 12/31/2022 |
|---|---|---|
| Jens Breu, Chief Executive Officer | 33,670 | 31,370 |
| Arthur Blank, Head of Construction division | 16,235 | 15,485 |
| Volker Dostmann, Chief Financial Officer | 2,571 | 1,363 |
| Walter Kobler, Head of Industrial division, Head of Medical division | 24,415 | 23,555 |
| Urs Langenauer, Head of Riveting division | 5,091 | 4,691 |
| George Poh, Head of Electronics division | 50,567 | 49,197 |
| Iso Raunjak, Head of Distribution & Logistics Switzerland division | 1,913 | 1,153 |
| Martin Reichenecker, Head of Distribution & Logistics International division | 1,630 | 560 |
| Alfred Schneider, Head of Automotive division | 19,655 | 19,055 |
| Claude Stadler, Head of Corporate Services* | 393,716 | 393,266 |
| **Total** | **549,863** | 539,695 |

*Member family shareholders

Shares, granted during the reporting period, are disclosed in the compensation report.

**6 Statutory capital reserve**
The disclosed statutory capital reserve of SFS Group AG amounts to CHF 132,122,251.35 (PY CHF 180,741,326.35). The increase of CHF 169,192,076.35 in 2022 was due to the premium on the issuance of shares in connection with the financing of the Hoffmann SE acquisition. Based on a resolution of the Annual General Meeting 2023, the statutory capital reserve was distributed to the shareholders in the amount of CHF 48,619,075.00. The Federal Tax Administration (FTA) has not approved CHF 12,858,791.85 of the statutory capital reserve (capital expenses resulting from the IPO 2014 as well as from the capital increase 2022). In this context, the SFS Group AG is still of the opinion that the share premium before deduction of the IPO and capital expenses qualify to the full extent as a statutory capital reserve.

**7 Contingent liabilities**
Apart from the warranty obligations there are no contingent liabilities.

| | 12/31/2023 | 12/31/2022 |
|---|---|---|
| Guarantee obligations to Group companies in favor of third parties | 651.3 | 641.8 |
| Guarantee obligations to related parties in favor of third parties | 11.1 | 12.3 |
| of which used | 210.5 | 205.6 |

**8 Bonds**

| Nominal value in CHF million | Interest rate | Term | Expiration at nominal value |
|---|---|---|---|
| 250.0 | 1.00% | 2022–2025 | 06/06/2025 |
| 150.0 | 1.45% | 2022–2027 | 06/06/2027 |

In connection with the financing of the Hoffmann SE acquisition, SFS Group issued two bonds in June 2022. The total volume amounts to CHF 400 million. Bonds are recognized in the balance sheet at nominal value. Deviations from the nominal value in the case of below or above-par issues are offset with the emission costs and recognized as accruals and deferrals and afterwards reversed on a straight-line basis over the term of the bonds.

**9 Events after the balance sheet date**
SFS is not aware of any events that occurred after the balance sheet date that could have a material impact on the financial statements for the financial year ended December 31, 2023.



SFS

## Proposed appropriation of retained earnings and the statutory capital reserve

The Board of Directors proposes to the Annual General Meeting of shareholders to pay out a total of CHF 2.50 (PY CHF 2.50) per registered share with a nominal of CHF 0.10 per share.

**Proposed appropriation of retained earnings**
Payment from retained earnings **CHF 1.25** (PY 1.25) per registered share with a nominal of CHF 0.10 per share.

| Retained earnings in CHF million | 12/31/2023 | Decision AGM 12/31/2022 |
|---|---|---|
| Profit carryforward | 570.5 | 527.9 |
| Net income | 129.9 | 91.2 |
| Earnings available for distribution | 700.4 | 619.1 |
| **Payout from retained earnings*** | **–48.6** | –48.6 |
| Carryforward to retained earnings | 651.8 | 570.5 |

*The dividend is based on the issued share capital as at December 31, 2023. No dividends will be distributed to treasury shares held by SFS Group AG.

**Proposed appropriation of the statutory capital reserve**
Payment from the statutory capital reserve **CHF 1.25** (PY 1.25) per registered share with a nominal of CHF 0.10 per share.

| Statutory capital reserve in CHF million | 12/31/2023 | 12/31/2022 |
|---|---|---|
| Carryforward of statutory capital reserve | 132.1 | 11.5 |
| Changes of statutory capital reserve | – | 169.2 |
| **Payout from statutory capital reserve*** | **–48.6** | –48.6 |
| Carryforward to statutory capital reserve | 83.5 | 132.1 |

*The dividend is based on the issued share capital as at December 31, 2023. No dividends will be distributed to treasury shares held by SFS Group AG.

Due to the presentation in millions, rounding differences may arise for the value "Carry forward to retained earnings".



pwc

# Report of the statutory auditor

to the General Meeting of SFS Group AG

Heerbrugg, municipality of Widnau

## Report on the audit of the financial statements

### Opinion

We have audited the financial statements of SFS Group AG (the Company), which comprise the balance sheet as at 31 December 2023, and the income statement for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the financial statements (pages 162 to 167) comply with Swiss law and the Company's articles of incorporation.

### Basis for opinion

We conducted our audit in accordance with Swiss law and Swiss Standards on Auditing (SA-CH). Our responsibilities under those provisions and standards are further described in the 'Auditor's responsibilities for the audit of the financial statements' section of our report. We are independent of the Company in accordance with the provisions of Swiss law and the requirements of the Swiss audit profession, and we have fulfilled our other ethical responsibilities in accordance with these requirements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

### Our audit approach

### Materiality

The scope of our audit was influenced by our application of materiality. Our audit opinion aims to provide reasonable assurance that the financial statements are free from material misstatement. Misstatements may arise due to fraud or error. They are considered material if, individually or in aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of the financial statements.

Based on our professional judgement, we determined certain quantitative thresholds for materiality, including the overall materiality for the financial statements as a whole as set out in the table below. These, together with qualitative considerations, helped us to determine the scope of our audit and the nature, timing and extent of our audit procedures and to evaluate the effect of misstatements, both individually and in aggregate, on the financial statements as a whole.

| | |
|---|---|
| Overall materiality | CHF 5.5 Mio. |
| Benchmark applied | Total equity |
| Rationale for the materiality benchmark applied | We chose total equity as the benchmark because, in our view, it is an appropriate benchmark for materiality considerations relating to a holding company. |

pwc

**Audit scope**

We designed our audit by determining materiality and assessing the risks of material misstatement in the financial statements. In particular, we considered where subjective judgements were made; for example, in respect of significant accounting estimates that involved making assumptions and considering future events that are inherently uncertain. As in all of our audits, we also addressed the risk of management override of internal controls, including among other matters consideration of whether there was evidence of bias that represented a risk of material misstatement due to fraud.

We tailored the scope of our audit in order to perform sufficient work to enable us to provide an opinion on the financial statements as a whole, taking into account the structure of the Company, the accounting processes and controls, and the industry in which the Company operates.

**Key audit matters**

We have determined that there are no key audit matters to communicate in our report.

**Other information**

The Board of Directors is responsible for the other information. The other information comprises the information included in the annual report, but does not include the financial statements, the consolidated financial statements, the remuneration report and our auditor's reports thereon.

Our opinion on the financial statements does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit, or otherwise appears to be materially misstated.

If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

**Board of Directors' responsibilities for the financial statements**

The Board of Directors is responsible for the preparation of financial statements in accordance with the provisions of Swiss law and the Company's articles of incorporation, and for such internal control as the Board of Directors determines is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the Board of Directors is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the Board of Directors either intends to liquidate the Company or to cease operations, or has no realistic alternative but to do so.

**Auditor's responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with Swiss law and SA-CH will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

pwc

A further description of our responsibilities for the audit of the financial statements is located on EXPERTsuisse's website: http://www.expertsuisse.ch/en/audit-report. This description forms an integral part of our report.

## Report on other legal and regulatory requirements

In accordance with article 728a para. 1 item 3 CO and PS-CH 890, we confirm the existence of an internal control system that has been designed, pursuant to the instructions of the Board of Directors, for the preparation of the financial statements.

We further confirm that the proposed appropriation of available earnings and the proposed appropriation of statutory capital reserves complies with Swiss law and the Company's articles of incorporation. We recommend that the financial statements submitted to you be approved.

PricewaterhouseCoopers AG

Gianluca Galasso
Licensed audit expert
Auditor in charge

André P. Kueffer
Licensed audit expert

St. Gallen, 6 March 2024

SFS

# Information on the publication

**Explanation regarding alternative performance measurements**

In addition to financial key figures defined by general accounting principles, SFS Group uses alternative performance measurements. For SFS it is of strategic importance to generate value added for all stakeholders: Customers, vendors, employees, shareholders and the community. Return on investment is a highly condensed key figure to measure value added. A comprehensive corporate management of the group requires additional operational key figures: organic sales growth, operating profit (EBIT) adjusted margin and Operating Free Cash Flow. These key figures help to steer the organization and to monitor strategic implementations.

**Return on Invested Capital (ROIC)**

This key figure measures the return on invested capital as a percentage. ROIC illustrates how efficiently the company's resources are used. If ROIC exceeds weighted average cost of capital, SFS Group creates value added. The mid-term target is >10%. The key figure relates the operating profit adjusted after tax (EBIT adjusted after tax) to the invested capital. The invested capital is based on the equity at year end before goodwill offset, less net financial assets. A standard tax rate of 17.5% is applied.

| In CHF million | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|
| Equity at year end | 1,375.7 | 1,303.6 | 1,450.4 | 1,278.2 | 1,237.2 |
| + Goodwill offset against equity | 1,518.5 | 1,509.6 | 1,022.7 | 1,015.6 | 984.7 |
| – Net cash/+ net debt | 445.3 | 477.7 | -279.1 | -144.3 | -68.7 |
| **Invested capital** | **3,339.5** | 3,290.9 | 2,194.0 | 2,149.5 | 2,153.2 |
| Operating profit (EBIT) adjusted | 358.6 | 353.2 | 298.6 | 225.3 | 239.1 |
| – Tax 17.5% | –62.8 | –61.8 | –52.3 | –39.4 | –41.8 |
| **Operating profit (EBIT) adjusted after tax** | **295.8** | 291.4 | 246.3 | 185.9 | 197.3 |
| **ROIC** | **8.9%** | 8.9% | 11.2% | 8.6% | 9.2% |

**Return on Capital Employed (ROCE)**

Like ROIC, this key figure is an indicator for the profitability in relation to capital employed. In contrast to ROIC, goodwill offsets and taxes are not taken into account. ROCE relates the operating profit (EBIT) adjusted to the average capital employed. The capital employed is calculated based on the average of the last twelve months.

| In CHF million | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|
| Ø Working capital | 962.2 | 896.1 | 701.6 | 603.0 | 615.8 |
| – Ø Cash and cash equivalents | –220.6 | –228.3 | –235.1 | –146.2 | –147.8 |
| + Ø Tangible and intangible assets | 1,063.4 | 940.7 | 729.2 | 721.2 | 723.1 |
| – Ø Net deferred tax liabilities and provisions | –46.1 | –50.9 | –52.1 | –44.1 | –56.2 |
| **Ø Capital employed** | **1,758.9** | 1,557.6 | 1,143.6 | 1,134.0 | 1,134.9 |
| **Operating profit (EBIT) adjusted** | **358.6** | 353.2 | 298.6 | 225.3 | 239.1 |
| **ROCE** | **20.4%** | 22.7% | 26.1% | 19.9% | 21.1% |



SFS

**Organic sales growth**

All segments, divisions and management are measured by their contribution to growth. Organic sales growth is a key figure which measures the top-line growth compared to the previous year. To increase transparency and comparability, currency impacts and changes in scope are excluded from third-party sales. The result is the organic sales growth as illustrated in the Financial overview in the management review section of the Annual Report.

**Operating profit (EBIT) adjusted and EBIT margin adjusted**

SFS uses the operating profit (EBIT) to assess the earnings situation and operational success. EBIT margin relates the operating profit to net sales and illustrates if the operating business is led successfully. The operating profit adjusted and hence EBIT margin adjusted are calculated excluding one-off effects. This increases comparability and transparency for a performance measurement over time. One-off effects are non–recurring items that adulterate the validity and comparability of the key figure.

| In CHF million | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|
| Operating profit (EBIT) | 358.6 | 330.3 | 301.7 | 227.4 | 236.3 |
| + Amortization of inventory step-up related to purchase price allocation of [illegible] acquisition and first-time intra-segment profit elimination in inventory (D&I segment) | – | 22.9 | – | – | – |
| – Book gain on disposal of non-operating assets | – | – | –3.1 | –2.1 | –14.3 |
| + Relocation cost CN-Nantong | – | – | – | – | 17.1 |
| **Operating profit (EBIT) adjusted** | **358.6** | 353.2 | 298.6 | 225.3 | 239.1 |
| Net sales | 3,073.0 | 2,738.7 | 1,897.3 | 1,707.1 | 1,782.1 |
| **EBIT margin adjusted** | **11.7%** | 12.9% | 15.7% | 13.2% | 13.4% |

**Operating Free Cash Flow**

It is very important to SFS to finance capital expenditures (mainly for buildings, machines, equipment and information systems infrastructure) needed for organic growth with own funds. Operating Free Cash Flow is used as a key figure to determine cash generation. The key figure measures the ability to convert operational success into cash inflows. This enables to finance day-to-day operations (working capital) and necessary investments in operating assets from SFS Group's own business. Sustainable operating profitability and effective net working capital management have a great impact on Operating Free Cash Flow generation. To increase comparability, acquisitions of subsidiaries are not taken into account.

| In CHF million | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|
| Cash flow from operating activities | 313.4 | 287.9 | 324.5 | 296.4 | 277.6 |
| – Purchases of | | | | | |
| property, plant and equipment | –161.5 | –149.2 | –104.6 | –98.4 | –114.5 |
| intangible assets | –12.5 | –21.8 | –16.8 | –5.7 | –2.2 |
| **Operating Free Cash Flow** | **139.4** | 116.9 | 203.1 | 102.3 | 160.9 |

The registered shares of the SFS Group AG of CHF 0.10 each have been listed on the SIX Swiss Exchange AG since May 7, 2014. The consolidated financial statements have been prepared in accordance with Swiss GAAP FER since 2017.

| | 12/31/2023 | 12/31/2022 | 12/31/2021 | 12/31/2020 | 12/31/2019 |
|---|---|---|---|---|---|
| Number of registered shares (in 1,000) | 38,900 | 38,900 | 37,500 | 37,500 | 37,500 |
| Number of shares ranking for dividend (in 1,000) | 38,900 | 38,900 | 37,500 | 37,500 | 37,500 |
| Weighted average number of outstanding shares (in 1,000) | 38,887 | 38,365 | 37,480 | 37,500 | 37,500 |
| Number of shareholders | 8,881 | 8,691 | 7,910 | 7,825 | 8,353 |
| **Stock exchange quotation (in CHF)** | | | | | |
| Year high | 128.80 | 140.90 | 143.00 | 106.90 | 97.00 |
| Year low | 87.90 | 80.90 | 103.90 | 58.85 | 68.60 |
| Year-end price | 104.20 | 87.50 | 126.20 | 105.00 | 93.10 |
| **Share key data** | | | | | |
| Earnings per share in CHF | 6.84 | 6.95 | 6.51 | 4.90 | 5.47 |
| Distribution per share in CHF | 2.50 | 2.50 | 2.20 | 1.80 | 1.80 |
| Payout ratio in % of net income | 36.6 | 36.4 | 33.6 | 36.7 | 32.9 |
| Price/earnings ratio (year-end price) | 15.2 | 12.6 | 19.4 | 21.4 | 17.0 |
| **Market capitalization** | | | | | |
| In CHF million (year-end price × number of shares ranking for dividend) | 4,053.4 | 3,403.8 | 4,732.5 | 3,937.5 | 3,491.3 |
| As a % of net sales | 131.9 | 124.3 | 249.4 | 230.7 | 195.9 |
| As a % of equity | 294.7 | 261.1 | 326.3 | 308.1 | 282.2 |

## Agenda

**31st Annual General Meeting of SFS Group AG**
Wednesday, April 24, 2024

**Publication of half-year results 2024**
Thursday, July 18, 2024

**Investor Day**
Thursday, September 5, 2024

## Stock information

**Security no.**
23.922.930

**ISIN**
CH 023 922 930 2

**SIX Swiss Exchange AG**
SFSN

**Reuters**
SFSN.S

**Bloomberg**
SFSN SW

**Fact Set**
SFSN-CH



# Imprint

**Annual Report 2023**
The Annual Report is available in German and English. The German language version of the full Annual Report is the only legally binding version.

**Exclusion of liability**
This Annual Report includes forward looking statements. These statements reflect the SFS Group's current assessment of market conditions and future events. The statements are therefore subject to risks, uncertainties and assumptions. Unforeseen events may lead to deviations of the actual results from the forecasts and esti- mates made in this presentation and in other published information. To this extent, all forward looking statements in this Annual Report are subject to such limitations.

**Imprint**
Publisher: SFS Group AG
Concept and design: SFS Group AG
Text: SFS Group AG
Printing: Galledia Print AG
System integration: NeidhartSchön AG, Zürich
Content management system: ns.wow, mms solutions AG, Zürich

**Contact**
SFS Group AG
Rosenbergsaustrasse 8
CH-9435 Heerbrugg

P +41 71 727 51 51
corporate.communications@sfs.com
sfs.com



23

# *Exhibit 3*

# *SFS GROUP USA, INC.*

FINANCIAL STATEMENTS

Years Ended December 31, 2023 and 2022

## TABLE OF CONTENTS


| | Pages |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 - 2 |
| FINANCIAL STATEMENTS | |
| Balance Sheets | 3 |
| Statements of Income | 4 |
| Statements of Changes in Stockholder's Equity | 5 |
| Statements of Cash Flows | 6 - 7 |
| Notes to Financial Statements | 8 - 21 |

Herbein
CPAs + Advisors

Herbein + Company Inc.
2763 Century Boulevard
Reading, PA 19610
www.herbein.com | 610.378.1175

## INDEPENDENT AUDITOR'S REPORT

**To the Board of Directors and Stockholder**
**SFS Group USA, Inc.**
**Wyomissing, Pennsylvania**

### Qualified Opinion

We have audited the accompanying financial statements of SFS Group USA, Inc. (a C corporation) which comprise the balance sheets as of December 31, 2023 and 2022, and the related statements of income, changes in stockholder's equity, and cash flows for the years then ended, and the related notes to the financial statements.

In our opinion, except for the effects of not consolidating all majority-owned subsidiaries, as described in the Basis for Qualified Opinion section of our report, the financial statements referred above present fairly, in all material respects, the financial position of SFS Group USA, Inc. as of December 31, 2023 and 2022, and the results of its operations and its cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

### Basis for Qualified Opinion

As more fully described in Note 1 to the financial statements, SFS Group USA, Inc. reports its investments in Tegra Medical, LLC, Triangle Fastener Corporation, and Truelove & Maclean Incorporated, wholly owned subsidiaries, at cost for the years ended December 31, 2023 and 2022. In our opinion, accounting principles generally accepted in the United States of America require that all majority-owned subsidiaries be accounted for as consolidated subsidiaries. Quantification of the effects of that departure on the financial statements is not practicable.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of SFS Group USA, Inc. and to meet our other ethical responsibilities in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our qualified audit opinion.

### Emphasis of Matter

As discussed in Note 1 of the financial statements, in 2023, SFS Group USA, Inc. adopted FASB ASU 2016-13, *Financial Instruments - Credit Losses (Topic 326) - Measurement of Credit Losses on Financial Instruments, Current Expected Credit Losses (CECL)*. Our opinion is not modified with respect to this matter.





### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about SFS Group USA, Inc.'s ability to continue as a going concern within one year after the date that the financial statements are available to be issued.

### Auditor's Responsibilities for the Audit of the Financial Statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with generally accepted auditing standards will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with generally accepted auditing standards, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of SFS Group USA, Inc.'s internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about SFS Group USA, Inc.'s ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control related matters that we identified during the audit.

Herbein + Company, Inc.

**Reading, Pennsylvania**
**January 24, 2024**

**SFS GROUP USA, INC.**

**BALANCE SHEETS**

| | December 31 | |
|---|---|---|
| | 2023 | 2022 |
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ 10,728,431 | $ 7,699,373 |
| Accounts receivable: | | |
| Trade | 19,938,560 | 25,465,940 |
| SFS Group companies | 6,978,755 | 4,056,807 |
| Allowance for credit losses | (115,111) | (452,060) |
| Net accounts receivable | 26,802,204 | 29,070,687 |
| Inventories, net | 68,079,667 | 70,151,688 |
| Other receivable, SFS Group companies | 4,770,000 | 2,729,000 |
| Other accounts receivable | 944,987 | 894,478 |
| Other current assets | 4,728,360 | 883,754 |
| | 78,523,014 | 74,658,920 |
| TOTAL CURRENT ASSETS | 116,053,649 | 111,428,980 |
| **PROPERTY AND EQUIPMENT** | | |
| Buildings and improvements | 34,643,786 | 33,163,169 |
| Machinery and equipment | 118,773,945 | 112,696,471 |
| Office equipment | 2,262,221 | 2,186,160 |
| Motor vehicles | 3,026,416 | 2,774,560 |
| | 158,706,368 | 150,820,360 |
| Accumulated depreciation | (113,612,212) | (109,740,439) |
| | 45,094,156 | 41,079,921 |
| Land | 2,536,046 | 2,536,046 |
| Construction in progress | 10,415,288 | 9,065,291 |
| NET PROPERTY AND EQUIPMENT | 58,045,490 | 52,681,258 |
| **OTHER ASSETS** | | |
| Operating lease right-of-use assets | 5,852,847 | 6,739,728 |
| Investment in subsidiaries, at cost | 267,839,783 | 267,839,783 |
| Note receivable, Tegra Medical, LLC | 90,429,614 | 91,029,260 |
| Deferred tax asset, net | 1,893,000 | 1,352,000 |
| TOTAL OTHER ASSETS | 366,015,244 | 366,960,771 |
| TOTAL ASSETS | $ 540,114,383 | $ 531,071,009 |

| | December 31 | |
|---|---|---|
| | 2023 | 2022 |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Lines of credit | $ 15,000,000 | $ - |
| Notes payable, SFS Group International AG | 111,000,000 | 153,000,000 |
| Other payable, SFS Group companies | 251,707 | - |
| Cash pooling payable, SFS Group companies | 32,543,148 | 38,778,223 |
| Accounts payable: | | |
| Trade | 8,021,573 | 13,955,436 |
| SFS Group companies | 7,153,362 | 5,188,152 |
| | 15,174,935 | 19,143,588 |
| Payroll and related taxes | 2,406,736 | 2,616,839 |
| Accrued sales rebates | 558,975 | 909,476 |
| Accrued medical insurance | 1,343,179 | 1,255,975 |
| Other accrued expenses | 1,611,389 | 1,656,745 |
| Current portion of operating lease liabilities | 1,043,417 | 1,085,314 |
| | 6,963,696 | 7,524,349 |
| TOTAL CURRENT LIABILITIES | 180,933,486 | 218,446,160 |
| **LONG-TERM LIABILITIES** | | |
| Operating lease liabilities | 5,059,858 | 5,837,033 |
| TOTAL LIABILITIES | 185,993,344 | 224,283,193 |
| **STOCKHOLDER'S EQUITY** | 354,121,039 | 306,787,816 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ 540,114,383 | $ 531,071,009 |

*See accompanying notes.*

## SFS GROUP USA, INC.

### STATEMENTS OF INCOME

| | Year Ended December 31 2023 | 2022 |
|---|---|---|
| NET SALES | $ 197,759,643 | $ 206,657,559 |
| COST OF GOODS SOLD | 147,359,927 | 155,176,207 |
| GROSS PROFIT | 50,399,716 | 51,481,352 |
| OPERATING EXPENSES | 38,297,693 | 36,236,436 |
| OPERATING PROFIT | 12,102,023 | 15,244,916 |
| OTHER INCOME (EXPENSES) | | |
| Management fee income | 1,220,786 | 792,845 |
| Foreign currency translation gain (loss) | 38,310 | (161,398) |
| Gain on sale of property and equipment | 240,567 | 36,320 |
| Interest income, SFS Group companies | 5,606,636 | 2,184,702 |
| Interest expense, SFS Group companies | (10,114,581) | (4,503,609) |
| Interest expense | (568,405) | - |
| Dividend income, SFS Group companies | 38,700,000 | - |
| Miscellaneous income | 403,794 | 536,672 |
| NET OTHER INCOME (EXPENSES) | 35,527,107 | (1,114,468) |
| INCOME BEFORE INCOME TAX EXPENSE | 47,629,130 | 14,130,448 |
| INCOME TAX EXPENSE | 295,907 | 3,684,687 |
| NET INCOME | $ 47,333,223 | $ 10,445,761 |

*See accompanying notes.*



## SFS GROUP USA, INC.

### STATEMENTS OF CHANGES IN STOCKHOLDER'S EQUITY

**For the Years Ended December 31, 2023 and 2022**

| | Common Stock (a) | Additional Paid-in Capital | Retained Earnings | Total |
|---|---|---|---|---|
| BALANCE - JANUARY 1, 2022 | $ 37,750,000 | $ 214,929,872 | $ 43,662,183 | $ 296,342,055 |
| Net income | - | - | 10,445,761 | 10,445,761 |
| BALANCE - DECEMBER 31, 2022 | 37,750,000 | 214,929,872 | 54,107,944 | 306,787,816 |
| Net income | - | - | 47,333,223 | 47,333,223 |
| BALANCE - DECEMBER 31, 2023 | $ 37,750,000 | $ 214,929,872 | $ 101,441,167 | $ 354,121,039 |

(a) Common Stock - $1 par value, 50,000,000 shares authorized, 37,750,000 shares issued and outstanding

*See accompanying notes.*

## SFS GROUP USA, INC.

### STATEMENTS OF CASH FLOWS

| | Year Ended December 31 2023 | 2022 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net income | $ 47,333,223 | $ 10,445,761 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Allowance for credit losses | (336,949) | 445,819 |
| Depreciation | 8,935,219 | 7,862,207 |
| Gain on sale of property and equipment | (240,567) | (36,320) |
| Noncash lease expense | 1,359,711 | 1,293,525 |
| Deferred taxes | (541,000) | 5,388,000 |
| Changes in: | | |
| Accounts receivable - trade | 5,527,380 | (5,334,257) |
| Accounts receivable - SFS Group companies | (2,921,948) | (2,369,839) |
| Inventories, net | 2,072,021 | (24,498,210) |
| Other receivable, SFS Group companies | (2,041,000) | (2,729,000) |
| Other accounts receivable | (50,509) | (133,227) |
| Other current assets | (3,844,606) | (300,345) |
| Other payable, SFS Group companies | 251,707 | (292,000) |
| Accounts payable - trade | (5,933,863) | 8,705,949 |
| Accounts payable - SFS Group companies | 1,965,210 | 4,552,750 |
| Payroll and related taxes | (210,103) | (266,001) |
| Accrued sales rebates | (350,501) | 328,648 |
| Accrued medical insurance | 87,204 | 457,294 |
| Deferred revenue | - | (278,665) |
| Other accrued expenses | (45,356) | (1,069,920) |
| Operating lease liabilities | (1,291,902) | (1,110,906) |
| **NET CASH PROVIDED BY OPERATING ACTIVITIES** | 49,723,371 | 1,061,263 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| Proceeds from sale of property and equipment | 308,825 | 59,991 |
| Purchases of property and equipment | (14,367,709) | (13,711,855) |
| Repayments on note receivable, Tegra Medical, LLC | 599,646 | 3,852,000 |
| **NET CASH USED FOR INVESTING ACTIVITIES** | (13,459,238) | (9,799,864) |

*See accompanying notes.*



## SFS GROUP USA, INC.

### STATEMENTS OF CASH FLOWS - CONTINUED

| | Year Ended December 31 2023 | 2022 |
|---|---|---|
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Borrowings on lines of credit | 15,000,000 | - |
| Net (repayments) borrowings on cash pooling payable, SFS Group companies | (6,235,075) | 16,417,283 |
| Repayments on notes payable, SFS Group International AG | (42,000,000) | (7,500,000) |
| **NET CASH PROVIDED BY (USED FOR) FINANCING ACTIVITIES** | (33,235,075) | 8,917,283 |
| **NET INCREASE IN CASH AND CASH EQUIVALENTS** | 3,029,058 | 178,682 |
| **CASH AND CASH EQUIVALENTS AT BEGINNING OF YEAR** | 7,699,373 | 7,520,691 |
| **CASH AND CASH EQUIVALENTS AT END OF YEAR** | $ 10,728,431 | $ 7,699,373 |
| **SUPPLEMENTAL DISCLOSURES OF CASH FLOW INFORMATION** | | |
| Cash paid during the year for interest | $ 10,589,285 | $ 4,503,609 |
| Cash paid during the year for income taxes | 9,696,886 | 1,258,852 |
| **SUPPLEMENTAL DISCLOSURE OF NONCASH OPERATING ACTIVITIES** | | |
| Operating lease right-of-use assets obtained in exchange for operating lease liabilities | $ 321,479 | $ 7,098,444 |

*See accompanying notes.*

SFS Group USA, Inc. ("SFS" or the "Company") is a Pennsylvania corporation that is a wholly-owned subsidiary of SFS Group International AG (the "Parent"). The Company manufactures and distributes specialty fasteners, fastening systems, and components for the construction, automotive, transportation, hardware, and electronics industries. The Company's products are distributed world-wide in addition to its primary customer base throughout North America.

## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Change In Accounting Principle**
In June 2016, the FASB issued guidance (FASB ASC 326) which significantly changed how entities will measure credit losses for most financial assets and certain other instruments that aren't measured at fair value through net income. The most significant change in this standard is a shift from the incurred loss model to the expected loss model. Under the standard, disclosures are required to provide users of the financial statements with useful information in analyzing an entity's exposure to credit risk and the measurement of credit losses. Financial assets held by the company that are subject to the guidance in FASB ASC 326 were accounts receivable.

The Company adopted the standard effective January 1, 2023. The impact of the adoption was not considered material to the financial statements and primarily resulted in enhanced disclosures only.

**Use of Estimates**
The preparation of financial statements in conformity with generally accepted accounting principles in the United States of America ("GAAP") requires management to make estimates and assumptions that affect certain reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Cash and Cash Equivalents**
The Company considers all investments with an original maturity of three months or less to be cash equivalents.

**Accounts Receivable - Trade**
Accounts receivable - trade are recognized on the shipment of product to customers via common carrier ("f.o.b. shipping point") and are recorded at the invoiced amount. The Company uses the allowance method to provide for any accounts receivable - trade which may be unrecoverable and is based upon an analysis of the Company's prior collection experience, customer credit worthiness, and current economic trends.

**Allowance for Credit Losses**
The Company maintains an allowance for credit losses for expected uncollectible accounts receivable, which is recorded as an offset to accounts receivable - trade and provisions for credit losses are recorded in operating expenses in the statements of income. At each balance sheet date, the Company recognizes an expected allowance for credit losses. In addition, this estimate is updated to reflect any changes in credit risk since the receivable was initially recorded. This estimate is calculated on a pooled basis where similar risk characteristics exist.





## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Allowance for Credit Losses - continued**
The allowance for current expected credit losses is based on a review of customer accounts and considers historical credit loss information that is adjusted for current conditions and reasonable and supportable forecasts regarding future events and any other factors deemed relevant by the Company. The allowance for credit losses is reviewed on an annual basis to assess the adequacy of the allowance.

The Company writes off receivables when there is information that indicates the debtor is facing significant financial difficulty and there is no possibility of recovery or if any invoice has aged greater than one year. If any recoveries are made from any accounts previously written off, they will be recognized in income or an offset to credit loss expense in the year of recovery, in accordance with the entity's accounting policy election. The total amount of write-offs was immaterial to the financial statements as a whole for the years ending December 31, 2023 and 2022.

**Concentrations of Credit Risk**
Financial instruments which potentially subject the Company to concentrations of credit risk consist principally of cash, cash equivalents, and accounts receivable - trade. During 2023 and 2022, the Company had cash balances in excess of the federally insured limit in a deposit account at two banks. Concentrations of credit risk with respect to all accounts receivable - trade are considered to be limited due to the quantity of customers comprising the Company's customer base. The Company performs ongoing credit evaluations of its customers' financial condition and does not require collateral.

**Inventories**
Inventories are stated at the lower of cost or net realizable value. Cost is determined using average cost method. A provision is provided for obsolete/slow-moving inventory based on a formula established by the Parent. This formula uses the most current 12-month sales and usage as the base. Inventory quantities between one and two times the base is reserved at 50% of value, while a 100% reserve is provided for quantities in excess of two times the base. This provision results in a tax timing difference for which deferred income taxes are provided (see Note 6).

**Property and Equipment**
Property and equipment are stated at cost. Major renewals and improvements are capitalized while replacements, maintenance, and repairs, which do not improve or extend the life of the respective assets, are expensed currently. When an asset is disposed of, the asset and related accumulated depreciation are eliminated, and any gain or loss on the transaction is included in other income (expenses) on the statements of income. Construction in progress represents deposits paid on new equipment purchases that have not been put into service at year end and/or any construction projects still in progress at year end. As of December 31, 2023 and 2022, the Company had capital commitments for property and equipment of $18,289,381 and $11,152,551, respectively.

## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Depreciation**
Depreciation is computed using straight-line methods based upon the following useful lives:

| | |
|---|---|
| Buildings and improvements | 25 to 39 years |
| Machinery and equipment | 3 to 12 years |
| Office equipment | 3 to 12 years |
| Motor vehicles | 3 years |

Depreciation expense was $8,935,219 and $7,862,207 for the years ended December 31, 2023 and 2022, respectively. For income tax purposes, different depreciation methods and lives are used, resulting in timing differences for which deferred income taxes are provided (see Note 6).

**Impairment of Long-Lived Assets**
Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of the asset to future net cash flows expected to be generated by the asset. If any such assets were considered to be impaired, the impairment to be recognized would be measured by the amount by which the carrying amount of the assets exceeds the fair value of the assets. Assets to be disposed of, if any, are reported at the lower of the carrying amount or fair value less costs to sell. No impairment losses were recognized for the years ended December 31, 2023 and 2022.

**Fair Value of Financial Instruments**
Financial instruments consist of cash and cash equivalents, accounts receivable - trade, and accounts payable - trade. The carrying amounts reported in the financial statements for these items approximate the fair value of such assets and liabilities. The fair value of the notes payable with a variable rate of interest are deemed to approximate their carrying value because the interest rates are adjusted based upon market rates.

**Investment in Subsidiaries**
The Company owns 100% of the outstanding shares of Tegra Medical, LLC. The value of the investments was $140,479,078 for the years ended December 31, 2023 and 2022 and is stated at cost.

The Company owns 100% of the outstanding shares of Triangle Fastener Corporation. The value of the investment was $83,408,091 for the years ended December 31, 2023 and 2022 and is stated at cost.

The Company owns 100% of the outstanding shares of Truelove & Maclean Incorporated. The value of the investment was $43,952,614 for the years ended December 31, 2023 and 2022 and is stated at cost.





## NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Notes Receivable, Tegra Medical, LLC**
Note receivable, Tegra Medical, LLC is stated at its outstanding principal amount, net of an allowance of $0 for uncollectible notes for both the years ended December 31, 2023 and 2022. The Company provides an allowance for uncollectible notes, which is based upon a review of outstanding receivables, historical collection information, and existing economic conditions. Outstanding notes accrue interest based on the terms of the respective note agreements. Periodically, any unpaid interest is moved from interest receivable and added to the related loan receivable balance. Delinquent notes are written off based on individual credit evaluation and specific circumstances of the borrower. No amounts were written off for the years ended December 31, 2023 and 2022.

**Revenue Recognition**
The Company operates in two segments, Engineered Components and Fastening Systems. Engineered Components represent customer specific manufactured precision components and mechanical fastening solutions and assemblies. This segment includes the Company's automotive, riveting and electronics division. Fastening Systems develops, assembles, manufactures, and markets application specific mechanical fastening systems. This segment includes the Company's construction division. The customer base related to all segments primarily consists of manufacturers and/or distributors. Material revenue streams include divisional based revenue, described above, of which is segmented by foreign and domestic sales of products and invoiced freight, net of discounts, both foreign and domestic.

The majority of the Company's contracts are at the individual invoice level and have one performance obligation as the promise to transfer the individual goods. Individual goods are not separately identifiable from other promises in the contract and therefore, not distinct. The payment and terms and conditions in the Company's contracts vary from 30-90 days from transfer of control. Net sales include product sales and invoiced freight, net of discounts and rebates. Revenue is measured as the amount of consideration that is expected to receive in exchange for transferring products. All revenue is recognized when the Company satisfies the performance obligation under the contract. Revenue is recognized by transferring the promised products to the customer, with revenue recognized at the point in time the customer obtains control of the products. The Company recognizes revenue for shipping and handling charges at the time the products are shipped to the customer. Majority of shipping and handling is paid by the customer, but at times the Company may subsidize the shipping costs for larger orders within the construction division. Such costs are accounted for as fulfillment costs and are included in cost of goods sold on the statements of income.

Using probability assessments, sales commissions expected to be paid are estimated and paid quarterly and/or annually. The majority of the Company's contracts have a single performance obligation and are short term in nature, therefore, the Company elected the practical expedient to expense commissions when paid. Sales taxes that are collected from customers and remitted to governmental authorities are accounted for on a net basis and therefore are excluded from net sales.

NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Revenue Recognition - continued**
The nature of the Company's business gives rise to variable consideration including rebates. These variable amounts are generally credited to the customer, based on achieving certain levels of sales activity. Variable consideration is estimated at the most likely amount that is expected to be earned.

The opening balance of accounts receivable - trade was $20,131,683 as of January 1, 2022.

**Shipping and Handling Expenses**
The Company elects the practical expedient of recording shipping and handling as a cost of goods sold expense. Shipping and handling expenses for the years ended December 31, 2023 and 2022 was $4,919,036 and $6,107,158, respectively.

**Foreign Currency Translation**
The Company purchases and sells product in foreign currency with numerous vendors and customers. The culmination of these transactions usually results in a gain or loss on foreign currency translations. The Company recognized a gain (loss) on foreign currency translations (including bank revaluations) of $38,310 and $(161,398) during 2023 and 2022, respectively.

**Advertising Expenses**
All advertising expenses are considered non-direct advertising and expensed as they are incurred. Total advertising expenses were approximately $342,630 and $340,474 for the years ended December 31, 2023 and 2022, respectively. Advertising expenses are included within operating expenses on the statements of income.

**Income Taxes**
The Company and its subsidiaries file a consolidated federal income tax return. Income tax expense in the Company's statements of income has been allocated on the separate return method. Under this method, the income tax is calculated as if the Company was a stand-alone entity and does not consider other tax attributes of the consolidated group.

The Company determined that its pro-rata portion of the federal income tax benefit for the year ended December 31, 2023 was $4,770,000, which is included in other receivable, SFS Group companies on the balance sheets. The Company determined that its portion of the federal income tax benefit for the year ended December 31, 2022 was $2,729,000, which is reported as other receivable, SFS Group companies on the balance sheets.

The provision for income taxes has been recorded in accordance with ASC 740, *Income Taxes.* Under the liability method of ASC 740, deferred tax assets and liabilities are determined based on differences between financial reporting and tax bases of assets and liabilities and are measured using enacted tax rates and laws that will be in effect when the differences are expected to be recovered or settled. Deferred tax assets are reduced by a valuation allowance when, in the opinion of management, it is more likely than not that some portion or all of the deferred tax assets will not be realized.





NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES - CONTINUED

**Income Taxes - continued**
In accordance with generally accepted accounting principles relative to uncertainty in income taxes, the Company recognizes the income tax benefit (or liability as applicable) from an uncertain tax position when it is more likely than not that, based on technical merits, the position will be sustained upon examination, including resolutions of any related appeals or litigation process.

**Leases**
The Company leases various facilities, office equipment and vehicles. The Company determines if an arrangement is a lease at inception. Operating leases are included in operating lease right-of-use ("ROU") assets and operating lease liabilities on the balance sheets.

ROU assets represent the Company's right to use an underlying asset for the lease term and lease liabilities represent their obligation to make lease payments arising from the lease. Operating lease ROU assets and liabilities are recognized at commencement date based on the present value of lease payments over the lease term. As most of the Company's leases do not provide an implicit rate, the Company uses a risk-free rate based on the information available at commencement date in determining the present value of lease payments. The operating lease ROU asset also includes any lease payments made and excludes lease incentives. The Company's lease terms may include options to extend or terminate the lease when it is reasonably certain that they will exercise that option. Lease expense for lease payments is recognized on a straight-line basis over the lease term.

Variable lease costs are not included within the measurement of the lease liability as they are entirely variable and the difference between the portion captured within the lease liability and the actual cost will be expensed as incurred. Variable costs are contractually obligated and relate primarily to common area maintenance and real estate taxes that are passed on from the lessor in proportion of the space leased.

The Company's lease agreements do not contain any material residual value guarantees or material restrictive covenants.

In evaluating contracts to determine if they qualify as a lease, the Company considers factors such as if they have obtained substantially all of the rights to the underlying asset through exclusivity, if they can direct the use of the asset by making decisions about how and for what purpose the asset will be used and if the lessor has substantive substitution rights. This evaluation may require significant judgment.

**Reclassifications**
Certain items have been reclassified in the prior year financial statements to conform to the current year presentation. These changes had no impact on prior year net income.

**Subsequent Events**
In preparing these financial statements, the Company has evaluated events and transactions for potential recognition or disclosure through January 24, 2024, the date the financial statements were available to be issued.

## NOTE 2 - INVENTORIES

Inventories consisted of the following at December 31:

| | 2023 | 2022 |
|---|---|---|
| Raw materials | $ 8,762,723 | $ 8,788,423 |
| Work in process | 5,758,657 | 7,900,049 |
| Finished goods | 57,217,604 | 57,221,316 |
| | 71,738,984 | 73,909,788 |
| Provision for obsolete/ slow moving inventory | (3,659,317) | (3,758,100) |
| Inventories, net | $ 68,079,667 | $ 70,151,688 |

## NOTE 3 - NOTE RECEIVABLE, TEGRA MEDICAL, LLC

On November 30, 2016, the Company entered into a note receivable agreement with SFS Acquisition, Inc. Holding ("Holding") for the acquisition of Tegra Medical, LLC. Effective January 1, 2021, Holding was merged into the Company. As a result of the merger, the note receivable agreement was amended and restated whereby the borrower is now Tegra Medical, LLC. For the years ended December 31, 2023 and 2022, the note receivable had a balance of $90,429,614 and $91,029,260, respectively. The note receivable is not collateralized and bears interest at six months LIBOR plus 0.75% (6.50% at December 31, 2023 and 3.70% at December 31, 2022). The terms of repayment are to be made in minimum amounts of $250,000, with no scheduled repayment dates. If terminated, payments are due on demand with 15 days written notice.





## NOTE 4 - NOTES PAYABLE, SFS GROUP INTERNATIONAL AG

| | December 31 2023 | 2022 |
|---|---|---|
| Notes payable, SFS Group International AG with rolling terms of generally six months. The notes are callable subject to prior notice of one month. Interest is fixed at the beginning of each term at the six-month LIBOR rate plus 0.75% (6.50% at December 31, 2023 and 3.70% at December 31, 2022) and are payable semi-annually on all outstanding balances. The notes are unsecured. | $ 111,000,000 | $ 153,000,000 |
| Portion payable on demand and classified as a current liability | (111,000,000) | (153,000,000) |
| Total long-term notes payable | $ - | $ - |

## NOTE 5 - LINES OF CREDIT

The Company has available an unsecured line of credit agreement with UBS AG, maturing in 2024. The maximum borrowing allowed under this agreement is $10,000,000. The agreement calls for interest to be charged at the time of borrowing at a fixed rate equal to the Bank's prime rate plus 0.55%, payable quarterly. During 2023, the Company received two separate $5,000,000 advances. The interest rate on the first advance was 6.27% at December 31, 2023. The interest rate on the second advance was 6.05% at December 31, 2023. The outstanding balance on the line of credit was $10,000,000 and $0 at December 31, 2023 and 2022, respectively.

Additionally, the Company maintains an unsecured line of credit agreement with Credit Suisse, maturing in 2024. The maximum borrowing allowed under this agreement is $10,000,000. The agreement calls for interest to be charged at a variable rate equal to compounded SOFR plus 1.25%, payable monthly (6.63% at December 31, 2023). The outstanding balance on the line of credit was $5,000,000 and $0 at December 31, 2023 and 2022, respectively.

The Company's Parent guarantees all outstanding balances.

## NOTE 6 - INCOME TAXES

The provisions for income taxes consist of the following components:

| | December 31 2023 | December 31 2022 |
|---|---|---|
| Current income tax expense (benefit) - federal | $ 298,849 | $ (2,240,080) |
| Current income tax expense - state | 538,058 | 536,767 |
| Deferred income tax expense - federal | 616,000 | 4,751,000 |
| Deferred income (benefit) tax expense - state | (1,157,000) | 637,000 |
| Income tax expense | $ 295,907 | $ 3,684,687 |

The following is a reconciliation of total income tax expense as presented above compared to applying statutory rates to taxable income:

| | 2023 | 2022 |
|---|---|---|
| Tax expense at statutory rates | $ 11,955,000 | $ 3,759,000 |
| Change in reserve against deferred tax asset | - | (2,334,000) |
| Impact of state fixed asset valuation within deferred taxes to exclude federal bonus depreciation | (1,874,100) | - |
| Dividend income from subsidiaries exempt from tax | (9,713,700) | - |
| Other effects | (71,293) | 2,259,687 |
| Income tax expense | $ 295,907 | $ 3,684,687 |

**Deferred Income Taxes**
Deferred taxes relate primarily to differences between the basis of accounts receivable - trade, inventories, property and equipment, research and development costs, and various accrued liabilities for financial and income tax reporting. Deferred tax assets and liabilities represent the future tax return consequences of the aforementioned items.





## NOTE 6 - INCOME TAXES - CONTINUED

**Deferred Income Taxes - continued**
The net deferred taxes in the accompanying balance sheets include the following components:

| | Federal 2023 | Federal 2022 | State 2023 | State 2022 | Total 2023 | Total 2022 |
|---|---|---|---|---|---|---|
| Deferred tax asset | $ 4,914,000 | $ 4,283,000 | $ 1,285,000 | $ 1,536,000 | $ 6,199,000 | $ 5,819,000 |
| Deferred tax liability | (4,438,000) | (3,191,000) | 132,000 | (1,276,000) | (4,306,000) | (4,467,000) |
| | 476,000 | 1,092,000 | 1,417,000 | 260,000 | 1,893,000 | 1,352,000 |
| Valuation allowance | - | - | - | - | - | - |
| | $ 476,000 | $ 1,092,000 | $ 1,417,000 | $ 260,000 | $ 1,893,000 | $ 1,352,000 |

In the opinion of management, a valuation allowance is not necessary against the deferred tax asset.

**Utilization of Income Tax Losses**
The Company previously had various tax losses available to offset future federal and state taxable income to the extent of those carryforwards. These tax loss carryovers have been used in their entirety as of December 31, 2022 and no further effects are included within the deferred tax asset. For the year ended December 31, 2022, the Company utilized $17,741,321 of income loss carryforwards.

## NOTE 7 - RETIREMENT PLAN

The Company maintains a qualified Section 401(k) Retirement Plan in which all employees are eligible to participate. Employee participation is voluntary and participant contributions are deducted from pre-tax wages. The Company's contributions were $1,053,160 and $928,344 for the years ended December 31, 2023 and 2022, respectively.

## NOTE 8 - LEASES

The Company leases various facilities, office equipment and vehicles. The leases have remaining lease terms of 3 months to 8 years, some of which may include options to extend the leases, and some of which may include options to terminate the leases.

The components of lease expense were as follows for the year ended December 31:

| | 2023 | 2022 |
|---|---|---|
| Operating lease expense | $ 1,359,711 | $ 1,293,525 |
| Variable lease expense | 325,541 | 301,383 |
| Short-term lease expense | 426,098 | 117,260 |

Supplemental cash flow information related to leases was as follows for the year ended December 31:

| | 2023 | 2022 |
|---|---|---|
| Cash paid for amounts included in the measurement of lease liabilities: | | |
| Operating cash flows from operating leases | $ 1,291,902 | $ 1,110,906 |
| Right-of-use assets obtained in exchange for lease obligations: | | |
| Operating leases | $ 321,479 | $ 7,098,444 |

Supplemental balance sheet information related to leases was as follows:

| | 2023 | 2022 |
|---|---|---|
| **Operating Leases** | | |
| Operating lease right-of-use assets | $ 5,852,847 | $ 6,739,728 |
| Current portion - operating lease liabilities | $ 1,043,417 | $ 1,085,314 |
| Noncurrent portion - operating lease liabilities | 5,059,858 | 5,837,033 |
| Total operating lease liabilities | $ 6,103,275 | $ 6,922,347 |
| **Weighted Average Remaining Lease Term** | | |
| Operating leases | 6.11 years | 6.93 years |
| **Weighted Average Discount Rate** | | |
| Operating leases | 2.39% | 2.30% |



SFS GROUP USA, INC.

NOTES TO FINANCIAL STATEMENTS

December 31, 2023 and 2022

## NOTE 8 - LEASES - CONTINUED

Maturities of lease liabilities were as follows for the years ending December 31:

| | Operating Leases |
|---|---|
| 2024 | $ 1,175,682 |
| 2025 | 1,155,198 |
| 2026 | 1,067,401 |
| 2027 | 903,686 |
| 2028 | 902,133 |
| Thereafter | 1,354,455 |
| Total lease payments | 6,558,555 |
| Less: imputed interest | (455,280) |
| Total | $ 6,103,275 |

## NOTE 9 - SELF-INSURED HEALTH INSURANCE PROGRAM

The Company maintains an employee medical benefits program to self-insure claims up to $175,000 per year for each covered individual and aggregate claims above approximately $8,059,074 for 2023 and $7,535,850 for 2022 (based on enrollment) and is covered by a stop-loss insurance policy. The Company pays all claims and stop-loss insurance premiums. The Company calculates an accrual ($1,343,179 at December 31, 2023 and $1,255,975 at December 31, 2022) based on historical benefit payments, which management believes is sufficient to cover estimated claims outstanding, including claims incurred but not yet paid.

## NOTE 10 - RELATED PARTY TRANSACTIONS

There are transactions that occur between the Company and related SFS Group Companies ("SFS Group") in the normal course of business. These transactions and year end intercompany balances are summarized as follows:

| | December 31 | |
|---|---|---|
| | 2023 | 2022 |
| Transactions: | | |
| Commissions paid | $ 583,430 | $ 486,503 |
| Management fee income | 1,220,786 | 792,845 |
| Purchase of product for resale | 17,784,973 | 18,485,945 |
| Product sales | 19,455,700 | 19,009,578 |
| Inventory and production supplies | 317,464 | 1,375,781 |
| Machinery purchases | 1,352,929 | 2,521,372 |
| Interest income | 5,606,636 | 2,184,702 |
| Interest expense | 10,114,581 | 4,503,609 |
| Dividend income | 38,700,000 | - |
| Other charges, SFS Group | 12,186,952 | 11,040,531 |
| Ending Balances: | | |
| Accounts receivable | 6,978,755 | 4,056,807 |
| Other receivable, SFS Group companies | 4,770,000 | 2,729,000 |
| Note receivable, Tegra Medical, LLC | 90,429,614 | 91,029,260 |
| Notes payable, SFS Group International AG | 111,000,000 | 153,000,000 |
| Other payable, SFS Group companies | 251,707 | - |
| Cash pooling payable, SFS Group companies | 32,543,148 | 38,778,223 |
| Accounts payable | 7,153,362 | 5,188,152 |

The Company uses a centralized approach to cash management and financing of operations. Cash is managed centrally at the Company with net earnings reinvested and working capital requirements met from existing liquid funds. The Company's and subsidiaries' cash was available for use and was regularly "swept" historically. The cash in the pooling accounts at year end was held in accounts legally owned by the Company. Interest bears a rate based on 1-Month SOFR plus a margin of 0.15%. Transfers of cash both to and from the subsidiaries are included on the balance sheets in cash pooling payable, SFS Group companies.





## NOTE 11 - COMMITMENTS AND CONTINGENCIES

The Company is subject to a legal proceeding and claim arising in the ordinary course of business. The Company's management does not expect that the outcome of the legal proceeding will have a material adverse effect on the Company's financial condition, results of operations, or liquidity.

## NOTE 12 - ACCOUNTING PRONOUNCEMENT NOT YET IMPLEMENTED

In March 2020, the FASB issued ASU 2020-04, *Reference Rate Reform (Topic 848)*, as amended by ASU 2021-01 in January 2021, directly addressing the effects of reference rate reform on financial reporting as a result of the cessation of the publication of certain LIBOR rates beginning December 31, 2021, with complete elimination of the publication of the LIBOR rates by June 30, 2023. The guidance provides optional expedients and exceptions for applying GAAP to contracts, hedging relationships and other transactions affected by reference rate reform by virtue of referencing LIBOR or another reference rate expected to be discontinued. This guidance became effective on March 12, 2020 and can be adopted no later than December 31, 2024, with early adoption permitted. The Company is evaluating the impact this guidance will have on its financial statements.

# *Exhibit 4*

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| SRC2122350661 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| **Received Date** 05/12/2021 | **Priority Date** | **Petitioner** SFS GROUP USA INC |
| **Notice Date** 06/22/2021 | **Page** 1 of 1 | Blanket Petition |

SFS GROUP USA INC
c/o MARIN K RITTER
GREEN AND SPIEGEL MIDWEST LLC
20600 CHAGRIN BLVD STE 703
BEACHWOOD OH 44122

**Notice Type:** Approval Notice
Class: Blanket Petition
Valid from 05/10/2021 to Indefinitely (INDEF)

The above blanket petition is approved. Petition approval does not authorize the employment or training of any specific employee. When a worker is granted "L" nonimmigrant status based on this petition, he or she can work for the petitioner, but only as detailed in the individual Form I-129 or I-129S petition for the period authorized.

To include an individual employee as an intra-company transferee, the particular U.S. entity that wishes to employ the foreign worker should follow the instruction below that best fits the employee's situation.

If the employee is outside the U.S. and requires a visa, the U.S. entity that wishes to employ the foreign worker must complete Form I-129S, Nonimmigrant Petition based on Blanket L Petition. The employee must present the I-129S to an American consulate or embassy as part of an L-1 visa application.

If the employee is outside the U.S. and is visa exempt, the U.S. entity that wishes to employ the foreign worker must complete Form I-129S, Nonimmigrant Petition based on Blanket L Petition. If the employee is eligible under the U.S.-Canada Free Trade Agreement, the employee may present the I-129S directly at a U.S. port of entry as part of an application for admission in L-1 status. Otherwise, the U.S. entity should file the I-129S at the appropriate Service Center.

If the employee is in the U.S. in other than L-1 status and wishes to change status to L-1, the U.S. entity wishing to employ the foreign worker must complete a Form I-129, Petition for a Nonimmigrant Worker, and file it at the appropriate Service Center which processed the original blanket petition to request a change to L-1 status for the worker. These same requirements apply to a request for extension of stay on behalf of an employee who is currently in valid L-1 status.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

I, Zachary L. Maria, Esq., admitted to practice in the State of Ohio, certify that I have compared this copy with its original and that it is a true and complete copy.

[signature] 5/3/2024

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

**USCIS Contact Center: www.uscis.gov/contactcenter**

THE UNITED STATES OF AMERICA

I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

SFS

## SFS Group AG, Heerbrugg, Switzerland - 2021

| SFS intec Holding AG | Heerbrugg, Switzerland | 100% SFS Group AG | |
|---|---|---|---|
| Name | Location | % Ownership | Remarks |
| SFS Group Austria GmbH | Korneuburg, Austria | 100% SFS intec Holding AG | |
| SFS intec, Inc. | Dundas, ON, Canada | 100% SFS intec Holding AG | |
| Sunil SFS intec Automotive Parts Co., Ltd. | Tianjin City, China | 50% SFS intec Holding AG | |
| SFS intec Advanced Precision Parts Manufacturing Co. Ltd | Guangzhou, P.R., China | 100% SFS intec Holding AG | |
| SFS Group Co. Ltd. | Shanghai, China | 100% SFS intec Holding AG | |
| SFS Group CZ s.r.o. | Turnov, Czech Republic | 100% SFS intec Holding AG | |
| - SFS Group CZ s.r.o. Jimy | Jimy, Czeck Republic | 100% SFS Group CZ s.r.o. | |
| SFS intec Oy | Nummela, Finland | 100% SFS intec Holding AG | |
| - SFS intec Oy, Eesti Filiaal | Harju Maakond, Estonia | 100% SFS intec Oy | |
| SFS Group SAS | Valence, France | 100% SFS intec Holding AG | |
| SFS intec GmbH | Oberursel, Germany | 100% SFS intec Holding AG | Headquarters-Germany |
| - SFS intec GmbH, Aircraft Components | Althengstett, Germany | 100% SFS intec GmbH | |
| - MBE Moderne Befestigungselemente GmbH | Menden, Germany | 100% SFS intec GmbH | |
| - SFS intec Beteiligungen GmbH & Co. KG | Oberursel, Germany | 99% SFS intec Gmbh | |
| - GESIPA Blindniettechnik GmbH | Morfelden-Walldorf, Germany | 94.9% SFS intec GmbH | |
| " " " " | | 5.1% SFS intec Beteiligungen | |
| - Ludwig Hettich Holding GmbH & Co. KG | Schramberg, Germany | 51% SFS intec GmbH | |
| HECO Schrauben S.r.l. | Campia Turzii, Romania | 100% Ludwig Hettich Holding | |
| Ludwig Hettick Verwaltungs | Schramberg, Germany | 100% Ludwig Hettich Holding | |
| HECO Schrauben GmbH & Co. KG | Schramberg, Germany | 99.2% Ludwig Hettich Holding | |
| " " " " " | | 0.8% Ludwig Hetick Verwaltungs | |
| – HECO France Sarl | Saint-Projet, France | 100% HECO Schrauben GmbH | |
| SFS Group Hungary Kft. | Janossomorja, Hungary | 100% SFS intec Holding AG | |
| Indo Schottle auto Parts Private Limited | District Pune, India | 99.7% SFS intec Holding AG | |
| SFS intec S.r.l. unipersonale | Pordenone, Italy | 100% SFS intec Holding AG | |
| SFS Group Fastening Technology Mexico S.A. | Queretaro, Mexico | 100% SFS intec Holding AG | |
| Guardian B.V. | Helmond, Netherlands | 100% SFS intec Holding AG | |
| SFS intec AS | Frogner, Norway | 100% SFS intec Holding AG | |
| SFS Group Sp.z.o.o. | Poznan, Poland | 100% SFS intec Holding AG | |

THE UNITED STATES OF AMERICA

I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

SFS

**SFS intec Holding AG - Continued** — **Heerbrugg, Switzerland** — **100% SFS Group AG**

| Name | Location | % Ownership | Remarks |
|---|---|---|---|
| SFS Group Fastening Technology (Iberica) S.A.U. | Sondika, Spain | 100% SFS intec Holding AG | |
| - SFS Group Fastening Technology (Iberica) S.A.U. | Malveira, Portugal | | |
| SFS intec AB | Strangnas, Sweden | 100% SFS intec Holding AG | |
| SFS intec AG | Heerbrugg, Switzerland | 100% SFS intec Holding AG | Headquarters Switzerland |
| - SFS intec AG, Kunststoffwerk | Altstatten, Switzerland | 100% SFS intec AG | |
| - SFS intec AG, Tiefzieh-und Fliesspresstechnik | Flawil, Switzerland | 100% SFS intec AG | |
| - SFS intec AG, Japan office | Shizuoka, Japan | 100% SFS intec AG | |
| - Unisteel Technology International AG | Heerbrugg, Switzerland | 100% SFS intec AG | Headquarters-Unisteel |
| Unisteel Technology Limited, Taiwan Branch | Kaohsiung City, Taiwan | 100% Unisteel Tech Internat'l | |
| Unisteel Fastening Systems Co., Limited | Shanghai, China | 100% Unisteel Tech Internat'l | |
| Unisteel International Pte Ltd. | Cybercity, Mauritius | 100% Unisteel Tech Internat'l | |
| Unisteel Technology Limited, Singapore | Singapore | 100% Unisteel Tech Internat'l | |
| — Unisteel Precision Co., Ltd. | Jiangsu Suzhou, China | | |
| — Unisteel Technology Co., Ltd. | Nantong City, China | | |
| — Unisteel Technology Sdn. Bhd. | Nusajaya, Johor, Malaysia | | |
| Stamm AG | Hallau, Switzerland | 100% SFS intec Holding AG | |
| SFS intec Baglanti Teknolojileri Sanayi ve Ticaret A.S. | Torbali, Turkey | 95.1% SFS intec Holding AG | |
| - SFS Group Pazarlama Anonim Sirketi | | 100% SFS Baglanti Teknolojileri | |
| SFS Group USA, Inc. | Wyomissing, PA, USA | 100% SFS intec Holding AG | Headquarters-USA |
| - SFS Group USA, Inc. | Medina, OH, USA | | |
| - SFS Group USA, Inc. | Durant, IA, USA | | |
| - SFS Group USA, Inc. | Lawrenceville, GA, USA | | |
| - SFS Group USA, Inc. | West Sacramento, CA, USA | | |
| - SFS Group USA, Inc. | Mocksville, NC USA | | |
| - Triangle Fastener Corporation | Pittsburgh, PA USA | 100% SFS Group USA, Inc. | Multiple locations in USA |
| - Trulove & Maclean, Inc. | Watertown, CT, USA | 100% SFS Group USA, Inc. | |
| - Tegra Medical | Franklin, MA, USA | 100% SFS Group USA, Inc. | Headquarters-Tegra |
| Tegra Medical, La Aurora | La Aurora de Heredia, Costa Rica | | |
| Tegra Medical, Dartmouth | Dartmouth, MA, USA | | |
| Tegra Medical, Hernando | Hernando, MS, USA | | |
| SFS Group Fastening Technology Ltd. | Leeds, United Kingdom | 100% SFS intec Holding AG | |
| - SFS Group Fastening Technology Ltd. | Welwyn Garden City, United Kingdom | | |

# *Exhibit 5*


Manuel Hasler
Project Manager
SC
Stephen Cassidy
Director of Enginee...
7
EP
Edi Peric
New Product Introdu...
2
NA
Nidhi Agrawal
Project Manager
PR
Patty Rushia
Director of Quick W...
2
SL
Steven Lee
Director QA/RA Medi...
3
AJ
Allison Jalbert
Human Resources Gen...
MS
Morgan Sullivan
Talent Acquisition ...
AB
Alexandria Besset...
Training & Developm...
CF
Chris Furlong
Quality Engineer Su...
10
EW
Earl Wood
Quality Control Sup...
19
MD
Marin Dolan
Document Control Ma...
12
HV
r Villodas
ngineering...
NS
Nuchada Suksawat
Quality Engineering...
JP
Jacob Poirier
Quality Engineer
AS
Amy Smith
Quality Engineer
NB
Nathan Bhobho
Quality Engineer
WK
William Kellogg
Quality Engineer
SE
Silvia Elena Esqu...
Quality Engineer
CZ
Chris Zumpfe
Sr. Quality Engineer
PA
Peter Antoniou
Quality Engineering...
LF
Luis Flores
Quality Engineer

# *Exhibit 6*

# Nonimmigrant Petition Based on Blanket L Petition

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-129S
OMB No. 1615-0010
Expires 09/30/2023

**For Government Use Only**

| Received | Resubmitted | Fee Receipt | Action Block |
|---|---|---|---|
| Relocated Sent | Relocated Received | | |
| Validity Dates: From: 27 ENE. 2022 To: 10/31/2024 | | Beneficiary Interviewed on: 27 ENE. 2022 | Laura Golland Vice Cónsul United States of America |
| Denial Reason | | Approved as: ☐ Manager/Executive ☒ Specialized Knowledge Professional; Approval Date: 27 ENE. 2022 | |

| To be completed by an attorney or BIA-accredited representative (if any). | ☒ Select this box if Form G-28 or Form G-28I is attached. | Attorney State Bar Number (if applicable) 0066602 | Attorney or Accredited Representative USCIS Online Account Number (if any) 080923216942 |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About The Employer (Petitioner)

1. Name of the Petitioning Organization: Tegra Medical Holdings LLC

### *Petitioner's Mailing Address*

2.a. In Care Of Name (if any):

2.b. Street Number and Name: 9 Forge Parkway

2.c. ☐ Apt. ☐ Ste. ☐ Flr.

2.d. City or Town: Franklin

2.e. State: MA 2.f. ZIP Code: 02038

3. Is this mailing address the same as the physical location of the sponsoring company or organization? ☒ Yes ☐ No

If you answered "No" to **Item Number 3.**, provide the sponsoring company's or organization's physical address in **Item Numbers 4.a. - 4.e.**

### *Petitioner's Physical Address*

4.a. Street Number and Name:

4.b. ☐ Apt. ☐ Ste. ☐ Flr.

4.c. City or Town:

4.d. State: 4.e. ZIP Code:

### *Petitioner's Contact Information*

5. Daytime Telephone Number: (508) 553-4183

6. Fax Number:

7. Email Address (if any): awatson@tegramedical.com

8. Website Address (if any): https://www.tegramedical.com/

### *Petitioner's Employees in the United States*

9. Does the petitioner employ 50 or more individuals in the United States? ☒ Yes ☐ No

If you answered "Yes" to **Item Number 9.**, complete **Item Number 10.**

10. Are more than 50 percent of the petitioner's employees in H-1B, L-1A, or L-1B nonimmigrant status? ☐ Yes ☒ No

## Part 2. Information About the Proposed Position and Prior Employment Periods in the United States

**The beneficiary will work as a:**

**1.a.** ☐ Manager or Executive (L-1A)

**1.b.** ☒ Specialized Knowledge Professional (L-1B)

### *Dates of Proposed Employment*

Provide the beneficiary's dates of proposed employment.

**2.a.** Start Date (mm/dd/yyyy) 11/01/2021

**2.b.** End Date (mm/dd/yyyy) 10/31/2024

### *Prior Periods of Stay in the United States*

**3.** Was the beneficiary of this petition in the United States during the last seven years? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 3.**, provide the dates of the beneficiary's prior periods of stay for the last seven years in a work-authorized capacity and indicate the beneficiary's immigration status and visa category (for example, H-1B, O-1) during the period of stay. If you need extra space to complete this section, use the space provided in **Part 10. Additional Information.**

**Period of Stay 1**

**4.a.** From (mm/dd/yyyy)

**4.b.** To (mm/dd/yyyy)

**5.** Nonimmigrant Status During Period of Stay

**Period of Stay 2**

**6.a.** From (mm/dd/yyyy)

**6.b.** To (mm/dd/yyyy)

**7.** Nonimmigrant Status During Period of Stay

## Part 3. Information About the Beneficiary

**Provide the following information about the beneficiary.**

**1.** Alien Registration Number (A-Number) (if any) ▶ A-

**2.** USCIS Online Account Number (if any) ▶

**3.** U.S. Social Security Number (if any) ▶

### *Beneficiary's Full Name*

**4.a.** Family Name (Last Name) FLORES CASTILLO

**4.b.** Given Name (First Name) Luis

**4.c.** Middle Name Alonso

### *Other Names Used (if any)*

Provide all other names the beneficiary has ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 10. Additional Information.**

**5.a.** Family Name (Last Name)

**5.b.** Given Name (First Name)

**5.c.** Middle Name

### *Beneficiary's Foreign Mailing Address*

**6.a.** In Care Of Name (if any)

**6.b.** Street Number and Name or PO Box: House D 22, La Armonia Street, in front of Supermercado Monte Hiedra

**6.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**6.d.** City or Town Barva, Heredia

**6.e.** Province Heredia

**6.f.** Postal Code 40203

**6.g.** Country COSTA RICA

**7.** Is this mailing address also where the beneficiary physically resides? ☒ Yes ☐ No

If you answered "No" to **Item Number 7.**, provide the beneficiary's physical address in **Item Numbers 8.a. - 8.f.**

## Part 3. Information About the Beneficiary (continued)

### Beneficiary's Foreign Physical Address

8.a. Street Number and Name

8.b. ☐ Apt. ☐ Ste. ☐ Flr.

8.c. City or Town

8.d. Province

8.e. Postal Code

8.f. Country

### Other Information About the Beneficiary

9. Date of Birth (mm/dd/yyyy) **05/14/1996**

10. Gender ☒ Male ☐ Female

11. City or Town of Birth **Lima**

12. Province or State of Birth **Lima**

13. Country of Birth **PERU**

14. Country of Citizenship or Nationality **COSTA RICA**

## Part 4. Information About Proposed United States Employment

1. Provide the receipt number for the Blanket L petition upon which this petition is based.
▶ **SRC2122350661**

2. Are you filing Form I-129, Petition for a Nonimmigrant Worker, with this petition? ☐ Yes ☒ No

### Proposed Employment Address for the Beneficiary

3.a. Street Number and Name **9 Forge Parkway**

3.b. ☐ Apt. ☐ Ste. ☐ Flr.

3.c. City or Town **Franklin**

3.d. State **MA** 3.e. ZIP Code **02038**

### Wages and Hours of Proposed Employment

Provide the wages per year the beneficiary will receive and the number of hours the beneficiary will work per week for the proposed employment. Also describe any other compensation the beneficiary will receive, including dollar value (if applicable).

4. Beneficiary's Wages Per Year $ **39,000.00**

5. Beneficiary's Hours Per Week **40**

6. Other Compensation

**Standard employee benefits plus paid travel costs, relocation costs, rental assistance, and a weekly expat allowance of $300.00.**

### Proposed Job Title and Duties

Provide the job title and duties the beneficiary will perform. Also indicate the percentage of time the beneficiary will spend performing the duties on a daily basis. If you need extra space to complete this section, use the space provided in **Part 10. Additional Information.**

7. Job Title **Quality Engineer**

8. Duties Performed on a Daily Basis

**The Quality Engineer uses Quality & Process Engineering principles, tools, and practices to develop and optimize systems and processes. Please see support letter for additional duties.**

### Primary Worksite

If you need extra space to complete this section, use the space provided in **Part 10. Additional Information.**

9. If you are seeking L-1B specialized knowledge professional status for the beneficiary, will the beneficiary work primarily offsite (at a worksite of a company or organization other than the petitioner or its affiliate, branch, subsidiary, or parent company)? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 9.**, describe how and who will control and supervise the beneficiary's work and why the placement is not labor for hire in **Item Numbers 10.a. - 11.**

10.a. Supervisor's Name

10.b. Nature of Supervision and Control of the Beneficiary's Work

## Part 4. Information About Proposed United States Employment (continued)

11. Describe the reasons why the placement of the beneficiary at this worksite is not an arrangement to provide labor for hire. Also include a description of how the beneficiary's duties at this worksite relate to your need for the specialized knowledge he or she possesses.

## Part 5. Information About Foreign Employment

Provide information for each qualifying foreign employer for whom the beneficiary worked during the required one continuous year out of three years. If you need extra space to complete this section, use the space provided in **Part 10. Additional Information.**

### *Qualifying Foreign Position*

Indicate the type of qualifying position the beneficiary was employed in while working for the qualifying foreign employer.

1.a. ☐ Manager
1.b. ☐ Executive
1.c. ☒ Specialized Knowledge Professional

### *Qualifying Foreign Employer Name and Address*

Provide the name and address for the qualifying foreign employer for whom the beneficiary worked.

2. Foreign Employer Name: Tegra Medical, La Aurora

### *Mailing Address*

3.a. Street Number and Name: 402 Zona Franca Global Park
3.b. ☐ Apt. ☐ Ste. ☐ Flr.
3.c. City or Town: La Aurora de Heredia
3.d. Province: Heredia
3.e. Postal Code: 40104
3.f. Country: COSTA RICA

### *Other Information About the Beneficiary's Foreign Employment*

Provide the beneficiary's job titles, dates of foreign employment, and the duties of the jobs the beneficiary performed during the required one continuous year out of three years. Also provide the yearly wage the beneficiary received and the number of hours the beneficiary worked per week.

**Job 1**

4. Job Title: Jr. Quality Engineer
5.a. Start Date (mm/dd/yyyy): 01/22/2018
5.b. End Date (mm/dd/yyyy):
6. Job Duties: The Jr. Quality Engineer uses Quality & Process Engineering principles, tools, and practices to improve and optimize the systems and processes while mitigating risk. Please see support letter for additional duties.
7. Wages Earned Per Year: $ 22290.45
8. Hours Worked Per Week: 40

**Job 2**

9. Job Title:
10.a. Start Date (mm/dd/yyyy):
10.b. End Date (mm/dd/yyyy):
11. Job Duties:
12. Wages Earned Per Year: $
13. Hours Worked Per Week:

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

Select **Item Number 1.** or **2.**, as appropriate.

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the **Export Administration Regulations (EAR)** and the **International Traffic in Arms Regulations (ITAR)** and has determined that:

1. [X] A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

2. [ ] A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary **AND** the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

## Part 7. Statement, Contact Information, Declaration, and Signature of the Petitioner or Authorized Signatory

**NOTE:** Read the **Penalties** section of the Form I-129S Instructions before completing this section.

### *Petitioner's or Authorized Signatory's Statement*

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a. [X] I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

1.b. [ ] The interpreter named in **Part 8.** has read to me every question and instruction on this petition and my answer to every question in ______________________, a language in which I am fluent, and I understood all of this information as interpreted.

2. [X] At my request, the preparer named in **Part 9.**, Marin K. Ritter, prepared this petition for me based only upon information I provided or authorized.

### *Authorized Signatory's Contact Information*

3.a. Authorized Signatory's Family Name (Last Name)
WATSON

3.b. Authorized Signatory's Given Name (First Name)
Anabela

4. Authorized Signatory's Title
Human Resources Manager

5. Authorized Signatory's Daytime Telephone Number
508-553-4183

6. Authorized Signatory's Mobile Telephone Number (if any)

7. Authorized Signatory's Email Address (if any)
awatson@tegramedical.com

### *Petitioner's or Authorized Signatory's Declaration and Certification*

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to USCIS at a later date.

I authorize the release of any information contained in this petition, in supporting documents, and in my USCIS records, and in the petitioning organization's USCIS records, to USCIS or other entities and persons where necessary to determine eligibility for the immigration benefit sought or where authorized by law. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition, I understand all of the information contained in, and submitted with, this petition, and all of this information is complete, true, and correct.

### *Petitioner's or Authorized Signatory's Signature*

8.a. Petitioner's or Authorized Signatory's Signature
➡

8.b. Date of Signature (mm/dd/yyyy)

**NOTE TO ALL PETITIONERS AND AUTHORIZED SIGNATORIES:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may deny your petition.

## Part 8. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### *Interpreter's Full Name*

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

### *Interpreter's Mailing Address*

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### *Interpreter's Contact Information*

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### *Interpreter's Certification*

I certify, under penalty of perjury, that:

I am fluent in English and ____________,

which is the same language specified in **Part 7., Item Number 1.b.**, and I have read to this petitioner or the authorized signatory in the identified language every question and instruction on this petition and his or her answer to every question. The petitioner or authorized signatory informed me that he or she understands every instruction, question, and answer on the petition, including the **Petitioner's or Authorized Signatory's Declaration and Certification**, and has verified the accuracy of every answer.

### *Interpreter's Signature*

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 9. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner or Authorized Signatory

Provide the following information about the preparer.

### *Preparer's Full Name*

**1.a.** Preparer's Family Name (Last Name): Ritter

**1.b.** Preparer's Given Name (First Name): Marin

**2.** Preparer's Business or Organization Name (if any): Green and Spiegel Midwest LLC

### *Preparer's Mailing Address*

**3.a.** Street Number and Name: 20600 Chagrin Blvd

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. 703

**3.c.** City or Town: Shaker Heights

**3.d.** State: OH **3.e.** ZIP Code: 44122

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country: USA

## Part 9. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Petitioner or Authorized Signatory (continued)

### *Preparer's Contact Information*

**4.** Preparer's Daytime Telephone Number

(216) 896-0855

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

mritter@gands-us.com

### *Preparer's Statement*

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this petition on behalf of the petitioner and with the petitioner's or authorized signatory's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the petitioner in this case ☒ extends ☐ does not extend beyond the preparation of this petition.

**NOTE:** If you are an attorney or accredited representative, you may need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or Form G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this petition.

### *Preparer's Certification*

By my signature, I certify, under penalty of perjury, that I prepared this petition at the request of the petitioner or authorized signatory. The petitioner or authorized signatory has reviewed this completed petition, including the **Petitioner's or Authorized Signatory's Declaration and Certification**, and informed me that all of the information in the petition and in the supporting documents is complete, true, and correct.

### *Preparer's Signature*

**8.a.** Preparer's Signature

[signature]

**8.b.** Date of Signature (mm/dd/yyyy) 11/02/2021

## Part 10. Additional Information

If you need extra space to provide any additional information within this petition, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this petition or attach a separate sheet of paper. Type or print the beneficiary's name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Beneficiary's Family Name (Last Name): FLORES CASTILLO

**1.b.** Beneficiary's Given Name (First Name): Luis

**1.c.** Beneficiary's Middle Name: Alonso

**2.** Beneficiary's A-Number (if any) ► A-

**3.a.** Page Number: 3 **3.b.** Part Number: 4 **3.c.** Item Number: 1

**3.d.** The Blanket L Approval Notice (Receipt No. SRC2122350661) upon which this petition is based was issued on June 22, 2021 for SFS Group USA, Inc., which is the U.S.-based parent company of the Petitioner, Tegra Medical Holdings, LLC.

**4.a.** Page Number: 4 **4.b.** Part Number: 5 **4.c.** Item Number: 7

**4.d.** Mr. Flores is paid 13,931,524.84 CRC for his current position as Jr. Quality Engineer for Tegra Medical, La Aurora. The equivalent value in USD is indicated here.

**5.a.** Page Number **5.b.** Part Number **5.c.** Item Number

**5.d.**

**6.a.** Page Number **6.b.** Part Number **6.c.** Item Number

**6.d.**

**7.a.** Page Number **7.b.** Part Number **7.c.** Item Number

**7.d.**

For: **LUIS FLORES CASTILLO**

U.S. Customs and Border Protection
*Securing America's Borders*

## Most Recent I-94

**Admission (I-94) Record Number : 718727900A3**
**Most Recent Date of Entry: 2024 January 09**
**Class of Admission : L1B**
**Admit Until Date : 10/31/2024**
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | FLORES CASTILLO |
| First (Given) Name : | LUIS |
| Birth Date : | 1996 May 14 |
| Document Number : | G294617 |
| Country of Citizenship : | Costa Rica |

Get Travel History

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 04/30/2024

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

For: **LUIS FLORES CASTILLO**

U.S. Customs and Border Protection
*Securing America's Borders*

## Most Recent I-94

**Admission (I-94) Record Number : 764288719A2**
**Most Recent Date of Entry: 2022 February 07**
**Class of Admission : L1B**
**Admit Until Date : 10/31/2024**
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | FLORES CASTILLO |
| First (Given) Name : | LUIS |
| Birth Date : | 1996 May 14 |
| Document Number : | 801370574 |
| Country of Citizenship : | Costa Rica |

Get Travel History

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 02/28/2022

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacidad - Términos

Visas

6

VISA

UNITED STATES OF AMERICA



Issuing Post Name
SAN JOSE
Surname
FLORES CASTILLO
Given Name
LUIS ALONSO
Passport Number
G294617
Entries
M
Annotation
BLANKET L1
MUST PRESENT I-129S AT POE
PN-SFS PORTSIDE DR
P#-SRC2122350661

Sex
M

Issue Date
28JAN2022

Control Number
20220271590001

Visa Type /Class
R L1

Birth Date
14MAY1996

Nationality
CSTR

Expiration Date
26JAN2027

0100

R0981640

PED-31OCT2024

* *

VNUSAFLORES<CASTILLO<<LUIS<ALONSO<<<<<<<<<<<

G294617<<3CRI9605143M2701264L1SNJOL6T4310268

# *Exhibit 7*

## Pay Summary: **2024 - 26 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date**<br>6/16/2024 | **Pay Date**<br>6/27/2024 | **Co.**<br>TKK | **Clock** | **Home Dept**<br>000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date**<br>6/22/2024 | **WGPS Advance Pay Date** | **File #**<br>101200 | **Number**<br>00260516 | **Worked In Dept**<br>000QCA |

### Gross Pay — $ 1,197.98

| | | | |
|---|---|---|---|
| Regular | Rate: 1,196.6900 | Hours: 32.00 | $ 1,196.69 |
| Vacation (field 3) | | Hours: 8.00 | |
| ER PAID EE FLI (field 5) | | | $ 1.29 |

Total Hours Worked: 32

Basis of Pay: SALARY

### Taxes — $ 245.09

| | | |
|---|---|---|
| Federal Income Tax | | $ 94.83 |
| Social Security | | $ 72.41 |
| Medicare | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | $ 55.41 |
| Medical Leave Insurance | | $ 3.35 |
| Family Leave Insurance | Code: MA | $ 2.16 |

### Deductions — $ 94.97

| | |
|---|---|
| 401 - 401K $ | $ 59.83 |
| C - Health Ins | $ 30.00 |
| CI1 - Critical Illnes | $ 1.00 |
| HI - Hos Indemnity | $ 3.93 |
| N - Vol Life | $ 0.21 |

### Take Home — $ 857.92

| | |
|---|---|
| Savings Dir Dep | $ 857.92 |

## Other Details

### Memos

| | |
|---|---|
| Float | 12.00 |
| Safe Harbor | 35.90 |
| Vacation | 96.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 25 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date**<br>6/9/2024 | **Pay Date**<br>6/20/2024 | **Co.**<br>TKK | **Clock** | **Home Dept**<br>000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date**<br>6/15/2024 | **WGPS Advance Pay Date** | **File #**<br>101200 | **Number**<br>00250508 | **Worked In Dept**<br>000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | $ 245.10 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 55.41 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 857.91 |
| Savings Dir Dep | | | $ 857.91 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 12.00 |
| Safe Harbor | 35.90 |
| Vacation | 104.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 24 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 6/2/2024 | **Pay Date** 6/13/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 6/8/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00240511 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | $ 245.09 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 55.41 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 857.92 |
| Savings Dir Dep | | | $ 857.92 |

## Other Details

### Memos

| | |
|---|---|
| Float | 12.00 |
| Safe Harbor | 35.90 |
| Vacation | 104.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 23 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 5/26/2024 | **Pay Date** 6/6/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 6/1/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00230497 | **Worked In Dept** 000QCA |

### Gross Pay — $ 1,197.98

| | | | |
|---|---|---|---|
| Regular | Rate: 1,196.6900 | Hours: 16.00 | $ 1,196.69 |
| HOLIDAY (field 3) | | Hours: 8.00 | |
| Vacation (field 3) | | Hours: 16.00 | |
| ER PAID EE FLI (field 5) | | | $ 1.29 |

Total Hours Worked: 16

Basis of Pay: SALARY

### Taxes — $ 245.10

| | | |
|---|---|---|
| Federal Income Tax | | $ 94.83 |
| Social Security | | $ 72.42 |
| Medicare | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | $ 55.41 |
| Medical Leave Insurance | | $ 3.35 |
| Family Leave Insurance | Code: MA | $ 2.16 |

### Deductions — $ 94.97

| | |
|---|---|
| 401 - 401K $ | $ 59.83 |
| C - Health Ins | $ 30.00 |
| CI1 - Critical Illnes | $ 1.00 |
| HI - Hos Indemnity | $ 3.93 |
| N - Vol Life | $ 0.21 |

### Take Home — $ 857.91

| | |
|---|---|
| Savings Dir Dep | $ 857.91 |

## Other Details

### Memos

| | |
|---|---|
| Float | 12.00 |
| Safe Harbor | 35.90 |
| Vacation | 104.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 22 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 5/19/2024 | **Pay Date** 5/30/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 5/25/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00220511 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| Gross Pay | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| Taxes | | | $ 245.09 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 55.41 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| Deductions | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| Take Home | | | $ 857.92 |
| Savings Dir Dep | | | $ 857.92 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 12.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 21 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 5/12/2024 | **Pay Date** 5/23/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 5/18/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00210504 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 32.00 | $ 1,196.69 |
| FLOATER (field 3) | | Hours: 8.00 | |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 32 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | $ 245.09 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | | $ 55.41 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.16 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 857.92 |
| Savings Dir Dep | | | $ 857.92 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 12.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 20 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 5/5/2024 | **Pay Date** 5/16/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 5/11/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00200493 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | $ 241.19 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 51.50 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 861.82 |
| Savings Dir Dep | | | $ 861.82 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 20.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 19 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 4/28/2024 | **Pay Date** 5/9/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 5/4/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00190505 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| **Total Hours Worked: 40** | | | |
| **Basis of Pay: SALARY** | | | |
| **Taxes** | | | $ 240.61 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.40 |
| Savings Dir Dep | | | $ 862.40 |

## Other Details

### Memos

| | |
|---|---|
| Float | 20.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 18 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 4/21/2024 | **Pay Date** 5/2/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 4/27/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00180498 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | $ 240.64 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.16 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.37 |
| Savings Dir Dep | | | $ 862.37 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 20.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 17 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 4/14/2024 | **Pay Date** 4/25/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 4/20/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00170504 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| **Total Hours Worked: 40** | | | |
| **Basis of Pay: SALARY** | | | |
| **Taxes** | | | $ 240.62 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.39 |
| Savings Dir Dep | | | $ 862.39 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 20.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 16 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 4/7/2024 | **Pay Date** 4/18/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 4/13/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00160493 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 36.00 | $ 1,196.69 |
| FLOATER (field 3) | | Hours: 4.00 | |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| **Total Hours Worked: 36** | | | |
| **Basis of Pay: SALARY** | | | |
| **Taxes** | | | $ 240.64 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.36 |
| Family Leave Insurance | Code: MA | | $ 2.16 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.37 |
| Savings Dir Dep | | | $ 862.37 |

## Other Details

### Memos

| | |
|---|---|
| Float | 20.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 15 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Tegra Medical Holdin | **Period Beginning Date** 3/31/2024 | **Pay Date** 4/11/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
|---|---|---|---|---|---|
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 4/6/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00150502 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | $ 240.62 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.39 |
| Savings Dir Dep | | | $ 862.39 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 24.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 14 - 2**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 4/2/2024 | **Pay Date** 4/5/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 4/3/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00144083 | **Worked In Dept** 000QCA |

| | | |
|---|---|---|
| **Gross Pay** | | **$ 1,868.86** |
| BONUS (field 3) | | $ 1,866.84 |
| ER PAID EE FLI (field 5) | | $ 2.02 |
| Basis of Pay: SALARY | | |
| **Taxes** | | **$ 623.79** |
| Federal Income Tax | | $ 390.61 |
| Social Security | | $ 115.87 |
| Medicare | | $ 27.10 |
| State Worked In: Massachusetts | Code: MA | $ 81.63 |
| Medical Leave Insurance | | $ 5.22 |
| Family Leave Insurance | Code: MA | $ 3.36 |
| **Deductions** | | **$ 93.34** |
| 401 - 401K $ | | $ 93.34 |
| **Take Home** | | **$ 1,151.73** |
| Savings Dir Dep | | $ 1,151.73 |

## Other Details

### Memos

| | |
|---|---|
| Safe Harbor | 56.01 |
| 401k Max Elig/c | 1,866.84 |

## Pay Summary: **2024 - 14 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 3/24/2024 | **Pay Date** 4/4/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 3/30/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00140494 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 1,197.98** |
| Regular | Rate: 1,196.6900 | Hours: 36.00 | $ 1,196.69 |
| MA SICK (field 3) | | Hours: 4.00 | |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 36 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | **$ 240.62** |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | **$ 94.97** |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | **$ 862.39** |
| Savings Dir Dep | | | $ 862.39 |

## Other Details

### Memos

| | |
|---|---|
| Float | 24.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 14 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 3/24/2024 | **Pay Date** 4/4/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 3/30/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00001204 | **Worked In Dept** 000QCA |

| | | |
|---|---|---|
| Gross Pay | | $ 526.53 |
| BONUS (field 3) | | $ 525.96 |
| ER PAID EE FLI (field 5) | | $ 0.57 |
| Basis of Pay: SALARY | | |
| Taxes | | $ 87.66 |
| Federal Income Tax | | $ 21.95 |
| Social Security | | $ 32.64 |
| Medicare | | $ 7.64 |
| State Worked In: Massachusetts | Code: MA | $ 23.00 |
| Medical Leave Insurance | | $ 1.48 |
| Family Leave Insurance | Code: MA | $ 0.95 |
| Deductions | | $ 26.30 |
| 401 - 401K $ | | $ 26.30 |
| Take Home | | $ 412.57 |

### Other Details

#### Memos

| | |
|---|---|
| Safe Harbor | 15.78 |
| 401k Max Elig/c | 1,052.49 |

## Pay Summary: **2024 - 13 - 2**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Tegra Medical Holdin | Period Beginning Date<br>3/23/2024 | Pay Date<br>3/29/2024 | Co.<br>TKK | Clock | Home Dept<br>000QCA |
|---|---|---|---|---|---|
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | Period Ending Date<br>3/29/2024 | WGPS Advance Pay Date | File #<br>101200 | Number<br>00134474 | Worked In Dept<br>000QCA |

| | | |
|---|---|---|
| **Gross Pay** | | **$ 537.60** |
| BONUS (field 3) | | $ 537.02 |
| ER PAID EE FLI (field 5) | | $ 0.58 |
| **Basis of Pay: SALARY** | | |
| **Taxes** | | **$ 90.21** |
| Federal Income Tax | | $ 23.14 |
| Social Security | | $ 33.33 |
| Medicare | | $ 7.79 |
| State Worked In: Massachusetts | Code: MA | $ 23.48 |
| Medical Leave Insurance | | $ 1.50 |
| Family Leave Insurance | Code: MA | $ 0.97 |
| **Deductions** | | **$ 26.85** |
| 401 - 401K $ | | $ 26.85 |
| **Take Home** | | **$ 420.54** |
| Savings Dir Dep | | $ 420.54 |

### Other Details

#### Memos

| | |
|---|---|
| Safe Harbor | 16.11 |
| 401k Max Elig/c | 537.02 |

## Pay Summary: **2024 - 13 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 3/17/2024 | **Pay Date** 3/28/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 3/23/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00130512 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| **Total Hours Worked: 40** | | | |
| **Basis of Pay: SALARY** | | | |
| **Taxes** | | | $ 240.63 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.38 |
| Savings Dir Dep | | | $ 862.38 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 24.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

# Pay Summary: **2024 - 12 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 3/10/2024 | **Pay Date** 3/21/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 3/16/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00120492 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | $ 240.62 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.16 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.39 |
| Savings Dir Dep | | | $ 862.39 |

## Other Details

### Memos

| | |
|---|---|
| Float | 24.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 11 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date**<br>3/3/2024 | **Pay Date**<br>3/14/2024 | **Co.**<br>TKK | **Clock** | **Home Dept**<br>000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date**<br>3/9/2024 | **WGPS Advance Pay Date** | **File #**<br>101200 | **Number**<br>00110500 | **Worked In Dept**<br>000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 1,197.98** |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | **$ 240.63** |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | **$ 94.97** |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | **$ 862.38** |
| Savings Dir Dep | | | $ 862.38 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 24.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 10 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Tegra Medical Holdin | **Period Beginning Date** 2/25/2024 | **Pay Date** 3/7/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
|---|---|---|---|---|---|
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 3/2/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00100483 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 36.00 | $ 1,196.69 |
| MA SICK (field 3) | | Hours: 4.00 | |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| **Total Hours Worked: 36** | | | |
| **Basis of Pay: SALARY** | | | |
| **Taxes** | | | $ 240.61 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.40 |
| Savings Dir Dep | | | $ 862.40 |

## Other Details

### Memos

| | |
|---|---|
| Float | 24.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 9 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date**<br>2/18/2024 | **Pay Date**<br>2/29/2024 | **Co.**<br>TKK | **Clock** | **Home Dept**<br>000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date**<br>2/24/2024 | **WGPS Advance Pay Date** | **File #**<br>101200 | **Number**<br>00090491 | **Worked In Dept**<br>000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 1,197.98** |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | **$ 240.64** |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.16 |
| **Deductions** | | | **$ 94.97** |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | **$ 862.37** |
| Savings Dir Dep | | | $ 862.37 |

## Other Details

### Memos

| | |
|---|---|
| Float | 24.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 8 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 2/11/2024 | **Pay Date** 2/22/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 2/17/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00080489 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| Total Hours Worked: 40 | | | |
| Basis of Pay: SALARY | | | |
| **Taxes** | | | $ 240.62 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.39 |
| Savings Dir Dep | | | $ 862.39 |

## Other Details

### Memos

| | |
|---|---|
| Float | 24.00 |
| Safe Harbor | 35.90 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 7 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 2/4/2024 | **Pay Date** 2/15/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 2/10/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00070480 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| **Total Hours Worked: 40** | | | |
| **Basis of Pay: SALARY** | | | |
| **Taxes** | | | $ 240.64 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.42 |
| Medicare | | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.36 |
| Family Leave Insurance | Code: MA | | $ 2.16 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.37 |
| Savings Dir Dep | | | $ 862.37 |

## Other Details

### Memos

| | |
|---|---|
| Float | 24.00 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 6 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| Tegra Medical Holdin | **Period Beginning Date**<br>1/28/2024 | **Pay Date**<br>2/8/2024 | **Co.**<br>TKK | **Clock** | **Home Dept**<br>000QCA |
|---|---|---|---|---|---|
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date**<br>2/3/2024 | **WGPS Advance Pay Date** | **File #**<br>101200 | **Number**<br>00060486 | **Worked In Dept**<br>000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | | $ 1,196.69 |
| Vacation (field 3) | | Hours: 40.00 | |
| ER PAID EE FLI (field 5) | | | $ 1.29 |
| **Basis of Pay: SALARY** | | | |
| **Taxes** | | | $ 240.62 |
| Federal Income Tax | | | $ 94.83 |
| Social Security | | | $ 72.41 |
| Medicare | | | $ 16.94 |
| State Worked In: Massachusetts | Code: MA | | $ 50.94 |
| Medical Leave Insurance | | | $ 3.35 |
| Family Leave Insurance | Code: MA | | $ 2.15 |
| **Deductions** | | | $ 94.97 |
| 401 - 401K $ | | | $ 59.83 |
| C - Health Ins | | | $ 30.00 |
| CI1 - Critical Illnes | | | $ 1.00 |
| HI - Hos Indemnity | | | $ 3.93 |
| N - Vol Life | | | $ 0.21 |
| **Take Home** | | | $ 862.39 |
| Savings Dir Dep | | | $ 862.39 |

## Other Details

### Memos

| | |
|---|---|
| Float | 24.00 |
| Vacation | 120.00 |
| 401k Max Elig/c | 1,196.69 |

## Pay Summary: **2024 - 5 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| Tegra Medical Holdin | **Period Beginning Date** 1/21/2024 | **Pay Date** 2/1/2024 | **Co.** TKK | **Clock** | **Home Dept** 000QCA |
| Luis Flores<br>50 Woodview Way<br>Apt 2318<br>Franklin, MA 02038 | **Period Ending Date** 1/27/2024 | **WGPS Advance Pay Date** | **File #** 101200 | **Number** 00050485 | **Worked In Dept** 000QCA |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 1,197.98 |
| Regular | Rate: 1,196.6900 | Hours: 40.00 | $ 1,196.69 |
| ER PAID EE FLI (field 5) | | | $ 1.29 |

Total Hours Worked: 40

Basis of Pay: SALARY

| | | |
|---|---|---|
| **Taxes** | | $ 240.62 |
| Federal Income Tax | | $ 94.83 |
| Social Security | | $ 72.42 |
| Medicare | | $ 16.93 |
| State Worked In: Massachusetts | Code: MA | $ 50.94 |
| Medical Leave Insurance | | $ 3.35 |
| Family Leave Insurance | Code: MA | $ 2.15 |

| | |
|---|---|
| **Deductions** | $ 94.97 |
| 401 - 401K $ | $ 59.83 |
| C - Health Ins | $ 30.00 |
| CI1 - Critical Illnes | $ 1.00 |
| HI - Hos Indemnity | $ 3.93 |
| N - Vol Life | $ 0.21 |

| | |
|---|---|
| **Take Home** | $ 862.39 |
| Savings Dir Dep | $ 862.39 |

### Other Details

#### Memos

| | |
|---|---|
| Float | 24.00 |
| Vacation | 160.00 |
| 401k Max Elig/c | 1,196.69 |

# *Exhibit 8*




**Total Headcount = 37** **TEGRA MEDICAL COSTA RICA QUALITY DEPARTMENT**

# *Exhibit 9*

TEGRA
MEDICAL
Where medical devices come to life.®

October 25, 2021

Re: *Mr. Luis Alonso Flores Castillo*

Dear Sir or Madam:

The purpose of this letter is to confirm the previous employment of Mr. Luis Alonso Flores Castillo with Tegra Medical, La Aurora in Heredia, Costa Rica. Mr. Flores has served us in the position of Jr. Quality Engineer since January 22, 2018.

In this position, Mr. Flores is primarily responsible for using Quality & Process Engineering principles, tools, and practices to improve and optimize systems and processes while mitigating risk, aligned with the overall business and quality vision of the company. He also is responsible for complying with the standards and procedures good manufacturing practices, occupational health, quality and production established by the company. Mr. Flores supports and cultivates a work environment in the company, stimulating proactivity, continuous improvement and good relationships between department and collaborators.

Specific duties for his position include:

- Working independently and in a team setting to support internal and external customers. (10%)
- Investigating and resolving work-in-process problems to reduce/eliminate non-conforming product, scrap, and rework. (15%)
- Leading equipment and processes qualification efforts including validation plan, IQ, OQ, PQ, TMV pertaining to processes sustaining initiatives. (10%)
- Maintaining risk assessments and risk mitigation activities. (10%)
- Participating in product scale-up activities. (5%)
- Optimizing quality processes to provide sustainable gains in cost, effectiveness, risk mitigation and increased product performance through statistical analysis, designed of experiments, and procedural changes. (25%)
- Driving quality improvements by increasing internal competencies in process control, root cause analysis, failure mode and effects analysis (FMEA). (10%)
- Working with suppliers, customers and participating in multi-functional teams to resolve technical/quality issues. (10%)
- Evaluating process critical quality parameters and updating specifications and protocols. (2.5%)

- Carrying out other duties assigned by the immediate superior and which are related to the nature of its positions. (2.5%)

I have been employed by Tegra Medical, La Aurora in Heredia, Costa Rica since August 30, 2010, and currently hold the title of Director of Quality Assurance/Regulatory Affairs. I am thus able to verify Mr. Flores' employment in this position with our company.

If you have any questions regarding the employment of Mr. Flores with Tegra Medical, La Aurora, please contact our U.S. immigration counsel, Marin. K. Ritter, at mritter@gands-us.com.

Sincerely,

Karim Silman Winstanley
Director – Quality Assurance/Regulatory Affairs
Tegra Medical, La Aurora

# *Exhibit 10*

# UNIVERSIDAD HISPANOAMERICANA

Por haber cumplido con los requisitos reglamentarios
de la carrera respectiva se confiere a

**FLORES CASTILLO LUIS ALONSO**

***Céd.: 8-0137-0574***

el grado académico de:

***BACHILLERATO EN INGENIERÍA INDUSTRIAL***

con todos los derechos y deberes inherentes a tal grado.

Dado en San José de Costa Rica, en la sede de la Universidad
el día ***veinticinco de mayo de dos mil veintiuno***

UNIVERSIDAD HISPANOAMERICANA

Dirección Ejecutiva
CONESUP

*MSc. Francisco Préstamo Gil*
*Rector*
*UNIVERSIDAD*

Inscrita Ministerio de Educación:
Código de la Universidad: 9

Asiento: 267915 Anotado Universidad: Tomo: 5 Folio: 32 Número: 21050

# República de Costa Rica

## *Ministerio de Educación Pública*

## Colegio Ténico Profesional de Heredia

*Por Cuanto*

## Luis Alonso Flores Castillo

**Cédula N° 160400283625**

Ha cumplido satisfactoriamente con todos los requisitos prescritos por la Ley y los Reglamentos vigentes,se le otorga el Título de:

## *Técnico Medio en Mecánica de Precisión*

Dado en Heredia, a los doce días del mes de diciembre del dos mil trece

Registrado en Libro de Títulos Tomo: dos Folio: Cientoveintiocho

N° de Título: Nueve mil novecientos ochenta y dos

Lic. Rubén Salas Salazar
Director de la Institución

MSc. Gener Mora Zúñiga
Director Región Educativa de Heredia

MINISTERIO DE EDUCACIÓN PÚBLICA DIRECTOR REGIONAL HEREDIA DIRECCIÓN REGIONAL DE EDUCACIÓN

H-I Translating
& Interpreting

October 4, 2021

To Whom It May Concern:

This is to certify that the attached translated document embossed by H-I Translating & Interpreting, LLC, has been translated by a Spanish translator, who is fluent in both Spanish and English. It is a true, complete and accurate translation, to the best of our ability, of the document presented to us:

*Republic of Costa Rica*
*Diploma*
***Flores Castillo Luis Alonso***

Judith A. Sabol
H-I Translating & Interpreting, LLC

State of Ohio
County of Cuyahoga

Before me, a Notary Public, personally appeared the above named Judith A. Sabol who acknowledges that she did sign the foregoing instrument and that the same is her free act and deed. In the Testimony Whereof, I have hereunto affixed my name and official seal on this 4 day of October, 2021.

CORTNEY M. KALFAS
Notary Public, State of Ohio
My Commission Expires
January 30, 2022

# HISPANIO-AMERICAN UNIVERSITY

Having satisfactorily completed all course requirements
for the respective degree we hereby confer upon

***FLORES CASTILLO LUIS ALONSO***
*ID: 8-0137-0574*

The academic title of:

***BACHELOR'S IN INDUSTRIAL ENGINEERING***

with all the inherent privileges and responsibilities pertaining to the degree.
Given in San Jose, Costa Rica at the University Campus
on ***May twenty-fifth, two thousand twenty-one***

UH
Hispanic -American
University

*Signature*
Executive Director
CONESUP

*Signature*
Francisco Prestamo Gil, MSc
Dean of
UNIVERSITY

Registered with Ministry of Education
University Code 9

Record 267915

Registered in University Book 5

Page 32

Number 21050



# WIZARD
INSTITUTO DE IDIOMAS

We Certify that:

Luis Alonso Flores Castillo

completed the CERTIFICATION W12 LEVEL

at Wizard

in June, 25, 20 20.

San José, Costa Rica

Laura Rodríguez A.
Directora General
Wizard Costa Rica

Giovanni Giovannelli
Presidente

# CERTIFICATE OF COMPLETION

This is to certify that

## Luis Flores Castillo

has successfully completed

## Quality Trainer by Minitab

a 20-hour online training program

25 junio 2018

Quality Trainer

Minitab®

QMS Associates

# Luis Flores Castillo

Participó exitosamente en el curso

## Gestión de Riesgo para Dispositivos Médicos ISO 14971:2019

Dado en Heredia, el 15, 16, 17 y 19 de Febrero del 2021
con una duración de 16 horas

César Libby Murillo
Instructor

ORIGIN ID:LNNA (216) 896-0855
ZACHARY MARIA, ESQ.
GREEN AND SPIEGEL MIDWEST LLC
20600 CHAGRIN BLVD.
SUITE 703
SHAKER HEIGHTS, OH 44122
UNITED STATES US

SHIP DATE: 15JUL24
ACTWGT: 3.00 LB
CAD: 256507636/INET4535

BILL SENDER

TO **ATTN: I-129L**
**USCIS - TEXAS SERVICE CENTER**
**6046 N BELT LINE RD.**
**STE. 129**
**IRVING TX 75038**
(216) 896-0855 REF: TEGRA/FLORES, L (L-1B)
INV:
PO: DEPT:

583J9/E0E4/9AE3

FedEx Express

E

J243024071301uv

**TUE - 16 JUL 5:00P**
**STANDARD OVERNIGHT**

TRK# 0201 **7773 9826 9407**

**75038**
TX-US **DFW**

**XS DALA**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.