**COVERSHEET**
**SCANNING REQUIRED**
PLEASE RETURN THE REQUESTED INFORMATION AND
ALL SUPPORTING DOCUMENTS WITH
**THIS PAGE ON TOP TO:**

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**P.O. BOX 30113**
**TUSTIN, CA 92781**

**REQUEST FOR EVIDENCE**

Form I-129, Petition for a Nonimmigrant Worker

FLORES CASTILLO, LUIS

SRC2423750404

Please check the appropriate box regarding if there is a new Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, additional fees, additional forms, etc. Please place the new Form G-28, additional fees, additional forms directly under this sheet.

**Yes, there is:**

- ☐ **A New G-28**
- ☐ **Additional Fees**
- ☐ **Additional Forms**
- ☐ **Other:**

August 21, 2024

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
2642 MICHELLE DRIVE
TUSTIN, CA 92780

TEGRA MEDICAL HOLDINGS LLC
c/o ZACHARY LAWRENCE MARIA
GREEN AND SPIEGEL MIDWEST LLC
20600 CHAGRIN BLVD STE 703
SHAKER HEIGHTS, OH 44122

**U.S. Citizenship and Immigration Services**

SRC2423750404

Form I-129, Petition for a Nonimmigrant Worker

## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested below.

**Your response must be received in this office by November 18, 2024.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. Title 8, Code of Federal Regulations (8 CFR) § 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. 8 CFR § 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and **complete** English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

Processing of your Form I-129 will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center at **1-800-375-5283.** If you are hearing impaired, please call the USCIS Contact Center TDD at **1-800-767-1833.**

On July 16, 2024, your organization, TEGRA MEDICAL HOLDINGS LLC (petitioner or petitioning organization), filed a Petition for a Nonimmigrant Worker (Form I-129) with U.S. Citizenship and Immigration Services (USCIS), seeking to classify LUIS FLORES CASTILLO (beneficiary) as a nonimmigrant intracompany transferee (L-1B).

Documentation submitted with your petition indicates that your organization provides medical device manufacturer. You seek to employ the beneficiary as Quality Engineer from November 1, 2024 to October 31, 2026.

*Specialized knowledge* is defined as:

- special knowledge possessed by an individual of the petitioning organization's product, service, research, equipment, techniques, management, or other interests and its application in international markets, or
- an advanced level of knowledge or expertise in the organization's processes and procedures.

*Petitioning organization,* as used in this request for evidence, refers to your organization and/or any qualifying organization. *Qualifying organization* is defined to include the petitioning employer's parent, branch, affiliate or subsidiary.

"Special" knowledge is knowledge of the petitioning organization's product, service, research, equipment, techniques, management, or other interests and its application in international markets that is distinct or uncommon in comparison to that generally found in the particular industry.

"Advanced" knowledge is knowledge or expertise in the petitioning organization's specific processes and procedures that is:

- Not commonly found in the relevant industry, **AND**

- Greatly developed or further along in progress, complexity and understanding than that generally found within the employer.

To process your petition and determine if your organization and the beneficiary are eligible, additional information is required. This request provides suggested evidence that you may submit to satisfy each of the eligibility criteria described below. You may:

- Submit one, some, or all of these items.
- Submit none of the suggested items and instead submit other evidence to satisfy the request.
- Explain how the evidence in the record already establishes eligibility.
- Request a decision based on the record.

Please note that, as the petitioner, you are responsible for providing evidence which shows your organization and the beneficiary meet all requirements and are eligible for the requested benefit at the time you filed the Form I-129 by a preponderance of the evidence. While a petitioner's statement may be persuasive if it is detailed, specific and credible, USCIS may, in appropriate cases, request additional evidence to support a petitioner's statement.

Please do not include copies of documentation previously submitted with your response.

USCIS checks all petitions filed for this classification in its Validation Instrument for Business Enterprises (VIBE) system. VIBE uses commercially available data to validate basic information about organizations petitioning to employ foreign workers. For more information about this program, please visit USCIS website at www.uscis.gov/VIBE.

**Prior Approvals**

USCIS acknowledges that you are requesting to extend your petition. The beneficiary has been employed in L-1 status since February 7, 2022. The beneficiary was admitted to the United States pursuant to a blanket L-1 petition, SRC2122350661 filed by SFS Group USA Inc. When adjudicating a subsequent petition or application involving the same parties, USCIS will consider, but not defer to, previous eligibility determinations made by other U.S. government agencies. In this instant petition, eligibility determination will be made based on the evidence of record. Despite any prior approvals, the petitioner bears the burden to establish eligibility for each petition on its own merits, and an immigration benefit cannot be granted when the petitioner fails to meet the standard of proof, including a filing for extension. See INA § 291.

**Beneficiary Requirements**

To qualify a beneficiary for L-1B classification, you must show that he or she:

- Will be employed in a specialized knowledge capacity in the United States;
- Has prior education, training, and employment that qualifies him or her to perform the intended services in the United States; and
- Has at least one continuous year of full-time employment abroad with a qualifying organization:
  - Within the three years before application for admission to the United States; and
  - In a position that was managerial or executive, or involved specialized knowledge.

**One Continuous Year of Employment Abroad:** Your organization must show that the beneficiary has at least one continuous year of full-time employment abroad with a qualifying organization or organizations within the three years prior to his or her application for admission to the United States.

To satisfy this requirement, your organization submitted:

- Cover letter;
- Letter of support;
- Organizational chart of the foreign entity;
- Employment verification letter.

The evidence your organization submitted is insufficient. You state that the beneficiary was employed with Tegra Medical, La Aurora from January 2018 to February 2022. However, you did not submit corroborating evidence to support your claim. Without supporting documentation you have not sufficiently established that the beneficiary has at least one continuous year of full-time employment aboard with the foreign entity within the three years prior to the application for admission to the United States.

Your organization may still submit evidence to satisfy this requirement. Evidence may include, but is not limited to:

- Copies of the beneficiary's pay records.
- Copies of the beneficiary's personnel records.
- Copies of the beneficiary's training records.
- Any other evidence demonstrating one continuous year of full-time employment.

**Managerial, Executive, or Specialized Knowledge Position Abroad.** The beneficiary must have at least one continuous year, within the three years prior to his or her application for admission to the United States, of full-time employment with a qualifying foreign organization. The foreign position must have been primarily managerial or executive in nature, or involved specialized knowledge. Any combination of requirements for one of these position types may not be combined with another. Hybrid positions that combine requirements will not establish eligibility.

To satisfy this requirement, you submitted:

- Cover letter;
- Letter of support;
- Organizational chart of the foreign entity;
- Employment verification letter;
- The beneficiary's academic transcripts;
- The beneficiary's training certificates.

The evidence you submitted is not sufficient. You state that the beneficiary was employed in the position of Jr. Quality Engineer and he performed the following job duties:

- Working independently and in a team setting to support internal and external customers. (10%)
- Investigating and resolving work-in-process problems to reduce/eliminate non-conforming product, scrap, and rework. (15%)
- Leading equipment and processes qualification efforts including validation plan, IQ, OQ, PQ, TMV pertaining to processes sustaining initiatives. (10%)
- Maintaining risk assessments and risk mitigation activities. (10%)
- Participating in product scale-up activities. (5%)
- Optimizing quality processes to provide sustainable gains in cost, effectiveness, risk mitigation and increased product performance through statistical analysis, designed of experiments, and procedural changes. (25%)
- Driving quality improvements by increasing internal competencies in process control, root cause analysis, failure mode and effects analysis (FMEA). (10%)
- Working with suppliers, customers and participating in multi-functional teams to resolve technical/quality issues. (10%)
- Evaluating process critical quality parameters and updating specifications and protocols. (2.5%)
- Carrying out other duties assigned by the immediate superior and which are related to the nature of its positions. (2.5%)

However, you provided no documentary evidence to show that the beneficiary performed the claimed duties. You also did not provide any evidence demonstrating how and when the beneficiary acquired specialized knowledge and at what point during his tenure abroad that he began utilizing specialized knowledge to perform his day-to-day duties. Further, knowledge that is proprietary or

company-specific must still shown to be either special or advanced in order to be deemed specialized knowledge; you must demonstrate that some qualities of your products, tools, processes, technologies, and service offerings require your Jr. Quality Engineers to have knowledge that is truly different from what is commonly found in the industry. You also did not provide evidence to compare and contrast the described duties of the position to those of other, similarly employed individuals within your organization and in the industry. Without sufficient documentation to support your claim, you have not established that the beneficiary's position abroad involved "special" or "advanced" knowledge.

You may still submit evidence to satisfy this requirement. Evidence may include, but is not limited to:

- Copies of the beneficiary's training, pay, or other personnel records.
- An organizational chart or diagram, showing the foreign entity's organizational structure and staffing levels. Clearly identify the beneficiary's position in the chart.
- A list of all employees in the beneficiary's immediate division, department, or team, by name, job title, summary of duties, education level, and salary.

**Foreign position involved specialized knowledge:**

- A letter from an authorized representative of the foreign entity describing the specialized knowledge duties of the position abroad. The letter should also describe the percentage of time spent on each duty. In addition, the letter should:
  - Identify which of the petitioning organization's products, services, tools, research, equipment, techniques, management, or processes and procedures involved in the beneficiary's job duties required specialized knowledge;
  - Explain how the knowledge or expertise identified was either "special" or "advanced";
  - State the minimum time required to obtain this knowledge, including training and actual experience accrued after the completion of training;
  - Explain the knowledge required to perform the duties of the foreign position and how it compares to that of similarly employed individuals within the employer and within the industry, if you are seeking to establish that the beneficiary's foreign position involved "advanced" knowledge.
- Additional documentary evidence to support the claims made in your letter and to show the knowledge involved in performing the duties of the beneficiary's foreign position was special and/or advanced.

**<u>Beneficiary's Qualifications (Specialized Knowledge):</u>** You must establish that the beneficiary has specialized knowledge and that the beneficiary's prior education, training, and employment qualifies him/her to perform the intended services in the United States; however, the work in the United States need not be the same work which the beneficiary performed abroad.

To satisfy this requirement, you submitted:

- Cover letter;
- Letter of support;
- Organizational chart of the foreign entity;
- Employment verification letter;
- The beneficiary's academic transcripts;
- The beneficiary's training certificates.

The evidence you submitted is not sufficient. You have not sufficiently defined what the beneficiary's

specialized knowledge is and how he acquired it. The record must document what specific aspects of your products, tools, processes, and technologies the beneficiary has knowledge of; how the beneficiary came to gain such knowledge; when the beneficiary acquired such knowledge; and how his level and depth of knowledge rises to that of "specialized knowledge." Presently, the record establishes none of these.

Furthermore, you did not provide evidence to compare and contrast the described duties of the position to those of other, similarly employed individuals within your organization and in the industry. Therefore, you have not established that the beneficiary has specialized knowledge.

You may still submit evidence to satisfy this requirement. Please submit:

- Evidence of the beneficiary's prior education, training, and employment and an explanation how that relates to the claimed specialized knowledge.
- A description of the beneficiary's knowledge or expertise and why it is specialized. Please identify the beneficiary's knowledge as either "special" and/or "advanced."
- A comparison of the beneficiary's knowledge to that of other employees and workers in the same field.

Other evidence you may submit includes, but is not limited to:

- Documentation of training, work experience, or education establishing the number of years the individual has been using or developing the claimed specialized knowledge as an employee of the petitioning organization or in the industry;
- Evidence of the impact, if any, the transfer of the individual would have on the petitioning organization's U.S. operations;
- Evidence that the alien is qualified to contribute to the U.S. operation's knowledge of foreign operating conditions as a result of knowledge not generally found in the petitioning organization's U.S. operations;
- Contracts, statements of work, or other documentation that shows that the beneficiary possesses knowledge that is particularly beneficial to the petitioning organization's competitiveness in the marketplace;
- Evidence, such as correspondence or reports, establishing that the beneficiary has been employed abroad in a capacity involving assignments that have significantly enhanced the petitioning organization's productivity, competitiveness, image, or financial position;
- Personnel or in-house training records that establish that the beneficiary's claimed specialized knowledge normally can be gained only through prior experience or training with the petitioning organization;
- Curricula and training manuals for internal training courses, financial documents, or other evidence that may demonstrate that the beneficiary possesses knowledge of a product or process that cannot be transferred or taught to another individual without significant economic cost or inconvenience;
- Evidence of patents, trademarks, licenses, or contracts awarded to the petitioning organization based on the beneficiary's work, or similar evidence that the beneficiary has knowledge of a process or a product that either is sophisticated or complex, or of a highly technical nature, although not necessarily proprietary or unique to the petitioning organization;
- Payroll documents, federal or state wage statements, documentation of other forms of compensation, resumes, organizational charts, or similar evidence documenting the

positions held and the compensation provided to the beneficiary and parallel employees in the petitioning organization; and
- Any other evidence that shows the beneficiary has specialized knowledge.

USCIS will review the entire record to determine whether the petitioner has established by a preponderance of the evidence that the beneficiary has specialized knowledge under the totality of the circumstances.

**Specialized Knowledge Position in the United States:** You must show that the position in the United States involves specialized knowledge.

To satisfy this requirement, you submitted:

- Cover letter;
- Letter of support;
- Organizational chart;
- The beneficiary's pay stubs from the U.S. entity.

The evidence you submitted is not sufficient. You state that you will continue to employ the beneficiary in the specialized knowledge position of Quality Engineer and he will continue to perform the following job duties:

- Investigate and resolve work-in-process problems to reduce/eliminate scrap and rework; analyze process statistics and conduct efficiency studies (10%);
- Recommend and implement process improvements and modifications; establish production/process standards (5%);
- Support on-site transfer projects and product scale-up activities (5%);
- Optimize manufacturing processes to provide sustainable gains in cost effectiveness and product performance through statistical analysis, designed experiments, and procedural changes (10%);
- Drive quality improvements by increasing internal competencies in process control/verification and validation studies, root cause analysis, failure mode and effects analysis (FMEA), and the use of Process Excellence tools (10%);
- Work with suppliers, customers and part1c1pates in multi-functional teams to resolve technical/quality issues to develop new protocols (20%);
- Partner with Operations to assure alignment of goals, objectives and strategies (10%);
- Provide general engineering support to in-process inspection & incoming inspection (10%);
- Implement quality and efficiency improvements in in-process inspection (10%); and
- Evaluate process critical quality parameters and update specifications and protocols (10%).

However, your description of the duties does not sufficiently establish how the duties to be performed by the beneficiary in the United States is "special" or "advance." You state that the position involves specialized knowledge, but you have not provided sufficient evidence to support and corroborate your assertions. Furthermore, you did not provide evidence to compare and contrast the beneficiary's duties to those of other, similarly employed individuals within your organization and in the industry. Therefore, you have not sufficiently established whether the position in the United States involves specialized knowledge.

You may still submit evidence to satisfy this requirement. Please submit:

- A detailed description of the services to be performed which may include information regarding:
  - the specific nature of the industry or field involved,
  - the nature of the petitioning organization's products or services,
  - the nature of the specialized knowledge required to perform the beneficiary's duties, and
  - the need for the beneficiary's specialized knowledge.

The letter may also include:

  - The percentage of time spent on each duty.
  - The products, services, tools, research, equipment, techniques, management, or processes and procedures of the petitioning organization of which the beneficiary has specialized knowledge;
  - An explanation of how the knowledge or expertise identified is "special" and/or "advanced";
  - The minimum time required to obtain this knowledge, including training and actual experience accrued after the completion of training;
  - An explanation of the knowledge required to perform the duties of the U.S. position and how it compares to that of similarly employed individuals within the employer and within the industry, if you are seeking to establish that the beneficiary's U.S. position involves "advanced" knowledge.
- You may also submit additional documentary evidence to support the claims made in your letter and to show the knowledge involved in performing the duties of the beneficiary's U.S. position is special and/or advanced.

## General Reminders

If you are submitting evidence in response to this request also submit the following:

- An index of the evidence and include corresponding tabs for each section of evidence.
- Clear and legible copies of the evidence. If clear and legible copies are not possible, submit the original documents. These originals will be returned, if requested.
- Full English language translation(s) of evidence submitted to USCIS containing a foreign language. The translator must certify that the translations are accurate and complete and that he or she is competent to translate from the foreign language into English.

**PLACE THE ATTACHED COVERSHEET AND THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE.**

Sincerely,

Tracy Tarango
Director, California Service Center

GREEN AND SPIEGEL
ATTORNEYS AT LAW

November 13, 2024

**RESPONSE TO REQUEST FOR EVIDENCE**

**VIA FEDEX**

USCIS California Service Center
**ATTN: I-129 L (RFE Returns)**
2642 Michelle Drive
Tustin, California 92780

Re: Petitioner: Tegra Medical Holdings, LLC
Beneficiary: Mr. Luis Alonso FLORES CASTILLO
Form I-129, Petition for L-1B Nonimmigrant Status (Receipt No. SRC2423750404)
***Response to Request for Evidence Dated August 21, 2024***

Dear Sir or Madam:

Please continue my appearance in the above-captioned matter. An executed Form G-28 is on file with the Service.

We are in receipt of your Request for Evidence ("RFE") in the above-captioned matter, dated August 21, 2024. The original RFE is appended as **Exhibit 11**. This response is timely as it is being submitted prior to November 18, 2024.

**APPLICABLE STANDARD OF PROOF AND INCORPORATION OF RECORD**

The petitioner, Tegra Medical Holdings LLC ("Tegra US" or "the Company") appreciates the Service providing this opportunity to clarify the eligibility of the beneficiary, Mr. Luis Alonso Flores Castillo for L-1B nonimmigrant visa classification. However, the petitioner respectfully submits that the instant petition captioned above, as filed, more than adequately meets all of the legal and regulatory requirements for approval by a preponderance of the evidence at the time of filing, which is the appropriate standard of proof here.[1] In any respect, Tegra US in good faith responds herein to each item the Service alleges to be insufficient, as indicated in your RFE. This letter and its exhibits shall discuss and rebut each of objections enumerated by the Service.

The underlying petition captioned above, and all its attachments, exhibits, and enclosures, are hereby adopted and incorporated by reference to this response to the Service's RFE, and therefore to any further proceedings including but not limited to motions to reopen and/or

[1] February 16, 2005 Memorandum from William R. Yates, Associate Director of Operations entitled "Requests for Evidence (RFE) and Notices of Intent to Deny (NOID)" *at* p3; *Matter of Chawathe*, 25 I&N Dec. 369 (AAO 2010); *Matter of* __, VSC, Orlando (AAO Nov. 18, 2014).

reconsider, administrative appeals, or litigation in federal district court or the federal courts of appeal.[2]

## APPLICABLE LAW, POLICY AND ANALYTICAL CONSIDERATIONS

The statutory definition for L-1 classification is:

> an alien who, within 3 years preceding the time of his application for admission into the United States, has been employed continuously for one year by a firm or corporation or other legal entity or an affiliate or subsidiary thereof and who seeks to enter the United States temporarily in order to continue to render his services to the same employer or a subsidiary or affiliate thereof in a capacity that is managerial, executive, or involves specialized knowledge...,[3]

The statutory definition of "specialized knowledge" in the context of L-1B eligibility specifies:

> an alien is considered to be serving in a capacity involving specialized knowledge with respect to a company if the alien has a special know-ledge of the company product and its application in international markets or has an advanced level of knowledge of processes and procedures of the company.[4]

Similarly, the regulatory definition of "specialized knowledge" in the L-1B context provides:

> special knowledge possessed by an individual of the petitioning organization's product, service, research, equipment, techniques, management, or other interests and its application in international markets, or an advanced level of knowledge or expertise in the organization's processes and procedures.[5]

These statutory and regulatory definitions of the L-1B "specialized knowledge" classification, unfortunately, fail to provide a more specific explanation as to what "specialized knowledge" is. Therefore, the Service issued several policy memoranda over the last two decades in an attempt to clarify this.

The regulations indicate that the petitioner shall submit additional evidence as the director, in his or her discretion, may deem necessary in the adjudication of the petition.[6] The purpose of such a

---

[2] Fed. R. Civ. P. 10(c).
[3] INA § 101(a)(15)(L).
[4] INA § 214(c)(2)(B).
[5] 8 CFR § 214.2(*l*)(1)(ii)(D).
[6] 8 CFR §§103.2(b)(8); 214.2(*l*)(3)(viii).

request for evidence is to elicit further information that clarifies whether eligibility for the benefit sought has been established, as of the time the petition is filed.[7] The regulations further provide that failure to submit requested evidence that precludes a *material* line of inquiry shall be grounds for denying the petition.[8] That said, longstanding Service policy places reasonable limits upon such requests:

> A RFE is most appropriate when a particular piece or pieces of necessary evidence are missing, and the highest quality RFE is one that limits the request to the missing evidence. Generally it is unacceptable to issue a RFE for a broad range of evidence when, after review of the record so far, only a small number of types of evidence is still required. "Broad brush" RFEs tend to generate "broad brush" responses (and initial filings) that overburden our customers, overdocument the file, and waste examination resources through the review of unnecessary, duplicative, or irrelevant documents. *** [T]he record must be examined for what is missing, and a limited, specific RFE should be sent.... The RFE should set forth what is required in a comprehensible manner so that the filer is sufficiently informed of what is required.[9]

As such, the Service may properly request additional evidence to determine eligibility at time of filing, provided the line of inquiry is material to such a determination. However, RFEs are not open-ended and cannot be unreasonable. Further, the Service is free to take issue with the substance, credibility, or weight of the evidence submitted by the petitioner in the record. However, in doing so, it is incumbent upon the Service to explain why it takes such issue. The agency is not permitted to ignore evidence, or otherwise proceed as though probative evidence in the record does not exist.[10]

With this in mind, binding Service policy on the quantum and weight of evidence required to prove L-1 eligibility provides:

> It is the petitioner's burden to provide the documentation required to establish eligibility for L classification. The regulations do not require submission of extensive evidence of business relationships or of the beneficiary's prior and proposed employment. In some cases, completion of the items on the petition and supplementary explanations by an authorized official of the petitioning company may be sufficient. In doubtful

---

[7] 8 CFR §103.2(b )(1), (8), and (12).

[8] 8 CFR § 103.2(b)(14), (emphasis supplied).

[9] Memo, Yates Assoc. Dir. Operations, USCIS, HQOPRD 70/2 (Feb. 16, 2005) at p4.

[10] *Stellar It Solutions, Inc. v. United States Citizenship and Immigration Services*, Civil Action No. 2018-2015 (D.D.C. 2018), Decided November 19, 2018, *at* p23; *Granite Parts Co. v. EPA*, 890 F.3d 304, 312 (D.C. Cir. 2018) ("[A]n agency cannot ignore evidence contradicting its position." (quoting *Butte Cty. v. Hogen*, 613 F.3d 190, 194 (D.C. Cir. 2010)).

> or marginal cases, officers may require other appropriate evidence which they deem necessary to establish eligibility in a particular case.[11]

The petitioner is required to prove its case by a preponderance of the evidence. This means it is incumbent upon the Company to establish that what it claims is more likely to be true than not. This is a lesser standard than the near-criminal "clear and convincing evidence," and the "beyond a reasonable doubt" standard applied in criminal adjudications. In order for the Service to approve the petition, the Company is not required to remove any and all doubt as to eligibility. Rather, Tegra US will have proven its case by a preponderance of the evidence provided the Company submits relevant, probative, and credible evidence, considered "individually and within the context of the totality of the evidence," that leads to the conclusion that the claim is "more likely than not" or "probably" true. This is the case even if a Service adjudicator has some doubt about a claim.[12]

Both the L-1B Policy Memorandum ("L-1B Memo") and the USCIS Policy Manual specify several factors and considerations to be applied when making determinations as to the issue of specialized knowledge. Since the regulatory definition at 8 CFR §214.2(*l*)(1)(ii)(D) *supra* fails to explain what the key terms "special knowledge" or "advanced knowledge" mean, the Service has determined that specialized knowledge persons and professionals should, as a threshold matter, possess:

* **special knowledge**, which is knowledge of the petitioning organization's product, service, research, equipment, techniques, management, or other interests and its application in international markets that is distinct or uncommon in comparison to that generally found in the particular industry; or

* **advanced knowledge**, which is knowledge of or expertise in the petitioning organization's specific processes and procedures that is not commonly found in the relevant industry and is greatly developed or further along in progress, complexity and understanding than that generally found within the employer.[13]

Further, a number of appeals to the Administrative Appeals Office ("AAO") of L-1B denials on the issue of specialized knowledge have overturned the Service's adverse decisions.[14] Though none of these cases have been designated as precedent, they do follow two common analytical threads: 1) they follow the legal interpretation of specialized knowledge set forth at INA §214(c)(2)(B) and 8 CFR §214.2(*l*)(1)(ii)(D); and 2) they all overturned L-1B denials where the record had ample evidence before it for approval under this statute and regulation. Hence, the lines of reasoning in those cases are instructive here.

---

[11] USCIS Policy Manual, vol. 2, pt. 1, Ch. 8 (2024), https://www.uscis.gov/policy-manual/volume-2-part-l-chapter-8. *See also Id, at* §(e).

[12] *Matter of Chawathe*, 25 I. & N. Dec. 369, 375-376 (AAO 2010).

[13] USCIS Policy Manual, vol. 2, pt. 1, ch. 6 (2024), https://www.uscis.gov/policy-manual/volume-2-part-l-chapter-6#S-E.

[14] *See e.g., Matter of [name withheld], WAC-10-212-50789,* (AAO, March 1, 2013); *Matter of [name withheld], WAC-10-140-51163,* (AAO, March 15, 2013); *Matter of [name withheld], [file# withheld],* (AAO, April 9, 2013); and *Matter of [name withheld], WAC-13-046-50322,* (AAO, September 19, 2013).

The definition of specialized knowledge established by Congress is set forth in the disjunctive: "an alien is considered to be serving in a capacity involving specialized knowledge with respect to a company if the alien has a special knowledge of the company product and its application in international markets *or* has an advanced level of knowledge of processes and procedures of the company."[15] Thus, specialized knowledge is established by meeting only one (not both) of the phrases on either side of the "or." "The petitioner may establish eligibility by submitting evidence that the beneficiary and the proffered position satisfy either prong of the definition."[16] Furthermore, and importantly, it is incumbent on the Service to "examine each piece of evidence for relevance, probative value, and credibility, both individually and within the context of the totality of the evidence to determine whether the fact to be proven is probably true."[17] "The ultimate question is whether the petitioner has met its burden of demonstrating by a preponderance of the evidence that the beneficiary's knowledge or expertise is advanced or special, and that the beneficiary's position requires such knowledge."[18]

The petitioner submits that the petition, as filed, clearly meets this legal standard and is supported by a preponderance of the evidence.

The Service's RFE calls into question the following four (4) issues: 1) whether the beneficiary has one continuous year of qualifying employment abroad; 2) whether the position abroad involved specialized knowledge; 3) whether the beneficiary has specialized knowledge; and 4) whether the proposed position in the United States involves specialized knowledge. These are the only issues called into question by the Service for discussion with respect to the beneficiary's eligibility for L-1B status in the instant matter. The Service has offered no evidence to the record to support its assertions in the RFE.

## ANALYSIS

We shall now apply these legal and evidentiary standards to the Service's claims in the RFE for the instant matter.

### 1. Prior Approvals

USCIS acknowledges the following in its RFE:

> USCIS acknowledges that you are requesting to extend your petition. The beneficiary has been employed in L-1 status since February 7, 2022. The beneficiary was admitted to the United States pursuant to a blanket L-1 petition, SRC2122350661 filed by SFS Group USA Inc. When adjudicating a subsequent petition or application involving the same parties, USCIS will

---

[15] INA §214(c)(2)(B) (emphasis supplied).

[16] *Matter of [name withheld], WAC-10-212-50789,* (AAO, March 1, 2013) at pp6-7.

[17] Id. at p7.

[18] Id.

> consider, but not defer to, previous eligibility determinations made by other U.S. government agencies. In this instant petition, eligibility determination will be made based on the evidence of the record. Despite any prior approvals, the petitioner bears the burden to establish eligibility for each petition on its own merits, and an immigration benefit cannot be granted when the petitioner fails to meet the standard of proof, including a filing for extension. See INA § 291.

USCIS acknowledges in its RFE that the beneficiary was admitted to the United States pursuant to a blanket L-1 petition filed by SFS Group USA Inc., Tegra US's parent company. However, USCIS found the Department of State's prior approval of the initial blanket L-1 petition to be insufficient for it to determine Mr. Flores' eligibility for L-1B status.

According to the USCIS Policy Manual, a request for extension of petition validity follows a previous finding of eligibility. These determinations are typically made by USCIS, "although U.S. Customs and Border Protection (CBP) and U.S. Department of State (DOS) also make these determinations."[19] According to the USCIS Policy Manual, "officers are not bound to approve subsequent petitions or applications seeking immigration benefits where eligibility has not been demonstrated strictly because of a prior approval."[20] However, when "adjudicating a subsequent petition or application involving the same parties…and the same underlying facts," officers should "defer to a prior determination" that the applicant is eligible, unless:

- There was a material error involved with previous approval(s);
- There has been a material change in circumstances or eligibility requirements; or
- There is new material information that adversely impacts the petitioner's or beneficiary's eligibility.[21]

When an officer determines that deference to a prior approval is not appropriate, they must acknowledge the previous approvals and must "articulate the reason for not deferring to the previous determination."[22]

Mr. Flores has previously received an approval for L-1B status from the U.S. Embassy in San Jose, Costa Rica on January 27, 2022 (stamped I-129S previously provided as *Exhibit 6*). The Service itself says that "deviation from a previous approval carries important consequences and implicates predictability and consistency concerns."[23] Based on this petition involving the same parties and same underlying facts as the previous application, the Service should have deferred to the Department of State's prior determination that the beneficiary is eligible. If there was a reason to deviate from deferring to the prior approval, the RFE must articulate the reason for not deferring

---

[19] U.S. Citizenship & Immigration Servs., *Significance of Prior USCIS Approvals and Deference in Adjudications*, USCIS Policy Manual, vol. 2, pt. A, ch. 4 (2024), https://www.uscis.gov/policy-manual/volume-2-part-a-chapter-4.
[20] See *Matter of Church Scientology International*, 19 I&N Dec. 593, 597 (Comm. 1988).
[21] U.S. Citizenship & Immigration Servs., *Significance of Prior USCIS Approvals and Deference in Adjudications*, USCIS Policy Manual, vol. 2, pt. A, ch. 4 (2024), https://www.uscis.gov/policy-manual/volume-2-part-a-chapter-4.
[22] *Id.*
[23] *Id.*

to the previous determination, and that is not articulated in this RFE. With an identical requirement to show specialized knowledge, the Service should have explained why the previous L-1B nonimmigrant visa approval with the same parties and same underlying facts was deviated from.

The petitioner submits that the petition, as filed, clearly meets this legal standard and is supported by a preponderance of the evidence, which is the appropriate standard of proof here.[24]

2. **<u>'Evidence the Beneficiary Has One Continuous Year of Employment Abroad</u>**

The Service's RFE claims the evidence in the record on this point to be insufficient for the following reasons, each of which are rebutted herein:

The Service's RFE states:

> Your organization must show that the beneficiary has at least one continuous year of full-time employment abroad with a qualifying organization or organizations within three years prior to his or her application for admission to the United States.
>
> To satisfy this requirement, your organization submitted:
>
> - Cover letter;
> - Letter of support;
> - Organizational chart of the foreign entity;
> - Employment verification letter.
>
> The evidence you submitted is insufficient.[25]

The RFE continues:

> You state that the beneficiary was employed with Tegra Medical, La Aurora from January 2018 to February 2022. However, you did not submit corroborating evidence to support your claim. Without supporting documentation you have not sufficiently established that the beneficiary has at least one continuous year of full-time employment aboard with the foreign entity within three years prior to the application for admission to the United States.
>
> Your organization may still submit evidence to satisfy this requirement. Evidence may include, but is not limited to:

---

[24] February 16, 2005 Memorandum from William R. Yates, Associate Director of Operations entitled "Requests for Evidence (RFE) and Notices of Intent to Deny (NOID" *at* p3; *Matter of Chawathe*, 24 I&N Dec. 369 (AAO 2010).
[25] RFE *at* p4 of 10.

- Copies of the beneficiary's pay records.
- Copies of the beneficiary's personnel records.
- Copies of the beneficiary's training records.
- Any other evidence demonstrating one continuous year of full-time employment.

Please see **<u>Exhibit 12</u>** which includes Mr. Flores' original pay statements in Spanish and the certified English-language translation of those statements for the period of January 2021 through February 2022.

3. **<u>Evidence the Beneficiary Has Been Employed Abroad in Specialized Knowledge Capacity</u>**

The Service's RFE claims the evidence in the record on this point to be insufficient for the following reasons, each of which are rebutted herein:

The Service's RFE states:

> The beneficiary must have at least one continuous year, within the three years prior to his or her application for admission to the United States, of full-time employment with a qualifying foreign organization. The foreign position must have been primarily managerial or executive in nature, or involved specialized knowledge…
>
> To satisfy this requirement, you submitted:
> - Cover letter;
> - Letter of support;
> - Organizational chart of the foreign entity;
> - Employment verification letter;
> - The beneficiary's academic transcripts;
> - The beneficiary's training certificates.
>
> The evidence you submitted is not sufficient.[26]

The RFE continues:

> You state that the beneficiary was employed in the position of Jr. Quality Engineer and he performed the following job duties:

- Working independently and in a team setting to support internal and external customers. (10%)

[26] RFE *at* p5 of 10.

- Investigating and resolving work-in-process problems to reduce/eliminate non-conforming product, scrap, and rework. (15%)
- Leading equipment and processes qualification efforts including validation plan, IQ, OQ, PQ, TMV pertaining to processing sustaining initiatives. (10%)
- Maintaining risk assessments and risk mitigation activities. (10%)
- Participating in product scale-up activities. (5%)
- Optimizing quality processes to provide sustainable gains in cost, effectiveness, risk mitigation and increased product performance through statistical analysis, designed of experiments, and procedural changes. (25%)
- Driving quality improvements by increasing internal competencies in process control, root cause analysis, failure mode and effects analysis (FMEA). (10%)
- Working with suppliers, customers, and participating in multi-functional teams to resolve technical/quality issues. (10%)
- Evaluating process critical quality parameters and updating specifications and protocols. (2.5%)
- Carrying out other duties assigned by the immediate superior and which are related to the nature of its positions. (2.5%)

> However, you provided no documentary evidence to show that the beneficiary performed the claimed duties. You also did not provide any evidence demonstrating how and when the beneficiary acquired specialized knowledge and at what point during his tenure abroad that he begun utilizing specialized knowledge to perform his day-to-day duties. Further, knowledge that is proprietary or company-specific must still shown [sic] to be either special or advanced in order to be deemed specialized knowledge; you must demonstrate that some qualities of your products, tools, processes, technologies, and service offerings require your Jr. Quality Engineers to have knowledge that is truly different from what is commonly found in the industry. You also did not provide evidence to compare and contrast the described duties of the position to those of other, similarly employed individuals withing your organization and industry. Without sufficient documentation to support your claim, you have not established that the beneficiary's position abroad involved "special" or "advanced" knowledge.[27]

The RFE then lists suggested evidence to satisfy the requirement that Mr. Flores held a specialized knowledge position abroad:

- Copies of the beneficiary's training, pay, or other personnel records.
- An organizational chart or diagram, showing the foreign entity's organizational structure and staffing levels. Clearly identify the beneficiary's position in the chart.

[27] RFE *at* pp5-6 of 10.

- A list of all employees in the beneficiary's immediate division, department, or team, by name, job title, summary of duties, education level, and salary.[28]

Additionally, the RFE then requests evidence that the foreign position involved specialized knowledge:

- A letter from an authorized representative of the foreign entity describing the specialized knowledge duties of the position abroad. The letter should also describe the percentage of time spent on each duty. In addition the letter should:
    - Identify which of the petitioning organization's products, services, tools, research, equipment, techniques, management, or processes and procedures involved in the beneficiary's job duties required specialized knowledge;
    - Explain how the knowledge or expertise identified was either "special" or "advanced";
    - State the minimum time required to obtain this knowledge, including training and actual experience accrued after the completion of training;
    - Explain the knowledge required to perform the duties of the foreign position and how it compares to that of similarly employed individuals within the employer and within the industry, if you are seeking to establish that the beneficiary's foreign position involved "advanced" knowledge.
- Additional more detailed documentary evidence to support the claims made in your letter and to show the knowledge involved in performing the duties of the beneficiary's foreign position was special and/or advanced.[29]

Each questioned or suggested item will now be discussed in order.

***a. Copies of the beneficiary's training, pay, or other personnel records***

Please see **<u>Exhibit 12</u>** which includes Mr. Flores' original pay statements in Spanish and the certified English-language translation of those statements for the period of January 2021 through February 2022.

Please also see **<u>Exhibit 13</u>** which includes a list of the different trainings that Mr. Flores completed between July 2014 and February 2022 while working at Tegra Medical, La Aurora. Please note that Mr. Flores completed in excess of 240 different training courses, which clearly demonstrates both special knowledge possessed by an individual of the petitioning organization's product, service, equipment, techniques, or other interests and its application in international markets as

[28] *Id* at p6 of 10.
[29] *Id.*

well as an advanced level of knowledge or expertise in the organization's processes and procedures.

> ***b. An organizational chart or diagram, showing the foreign entity's organizational structure and staffing levels. Clearly identify the beneficiary's position in the chart.***

An organizational chart depicting Mr. Flores' position, including his supervisor, is already in the record as *Exhibit 8*. The Company now provides a new organization chart that confirms Mr. Flores' position at Tegra Medical, La Aurora and supports the original organization chart that was provided as **Exhibit 14**. Mr. Flores had no direct reports and he reported to Karim Silman, the Director of Quality Assurance & Regulatory Affairs.

> ***c. A list of all employees in the beneficiary's immediate division, department, or team, by name, job title, summary of duties, education level, and salary.***

An organizational chart depicting Mr. Flores' position in his department, including names and job titles, is already in the record at *Exhibit 8*. In response to the request for more information regarding employees in the beneficiary's immediate division, the company respectfully notes that this information is not necessary. The additional evidence already provided in this RFE response sufficiently demonstrates the beneficiary's specialized knowledge and qualifications for the role.

> ***d. A letter from an authorized representative of the foreign entity describing the specialized knowledge duties of the position abroad. The letter should also describe the percentage of time spent on each duty. In addition the letter should:***
> - ***i. Identify which of the petitioning organization's products, services, tools, research, equipment, techniques, management, or processes and procedures involved in the beneficiary's job duties required specialized knowledge;***
> - ***ii. Explain how the knowledge or expertise identified was either "special" or "advanced";***
> - ***iii. State the minimum time required to obtain this knowledge, including training and actual experience accrued after the completion of training;***
> - ***iv. Explain the knowledge required to perform the duties of the foreign position and how it compares to that of similarly employed individuals within the employer and within the industry, if you are seeking to establish that the beneficiary's foreign position involved "advanced" knowledge.***

The record already contains a letter of support from Tegra Medical, La Aurora (*Exhibit 9* of the underlying petition) explaining the job description with percentage of time spent on each job duty

at pages 1-2. Tegra Medical, La Aurora now provides an updated letter, including the additional requested information, appended as **Exhibit 15**.

Mr. Flores' Junior Quality Engineer position was substantially more specialized and advanced than the normal Junior Quality Engineering role. Test Method Validation (TVM) is a highly specialized skill within quality engineering, especially in regulated industries like medical devices. Few Jr. Quality Engineers will be directly involved in such advanced tasks. Mr. Flores' involvement in TMV gives him expertise in validating testing methods to ensure that results are reliable and repeatable—a task usually performed by more senior engineers or specialists. **Exhibit 16** includes job descriptions for open Junior Quality Engineering (or similar) positions in similar industries. None of these jobs require any knowledge of TMV. Additionally, none of these roles required any knowledge of IQ, OQ, and PQ, which is an important requirement for the Jr. Quality Engineer role at Tegra Medical, La Aurora.

> ***e. Additional documentary evidence to support the claims made in your letter and to show the knowledge involved in performing the duties of the beneficiary's foreign position was special and/or advanced.***

The above additional evidence should suffice to show that the knowledge involved in performing the duties of the beneficiary's foreign position was both special and advanced.

**4. Evidence the Beneficiary Possesses Specialized Knowledge**

The Service's RFE states:

> You must establish that the beneficiary has specialized knowledge and that the beneficiary's prior education, training, and employment qualifies him/her to perform the intended services in the United States....
>
> To satisfy this requirement, you submitted:
> - Cover letter;
> - Letter of support;
> - Organizational chart of the foreign entity;
> - Employment verification letter;
> - The beneficiary's academic transcripts;
> - The beneficiary's training certificates.
>
> The evidence you submitted is not sufficient.[30]

The RFE then continues:

[30] *Id.*

> You have not sufficiently defined what the beneficiary's specialized knowledge is and how he acquired it. The record must document what specific aspects of your products, tools, processes, and technologies the beneficiary has knowledge of; how the beneficiary came to gain such knowledge; when the beneficiary acquired such knowledge; and how his level and depth of knowledge rises to that of "specialized knowledge." Presently, the record establishes none of these.
>
> Furthermore, you did not provide evidence to compare and contrast the described duties of the position to those of other, similarly employed individuals within your organization and in the industry. Therefore, you have not established that the beneficiary has specialized knowledge.[31]

The RFE then lists suggested evidence for this requirement;

- Evidence of the beneficiary's prior education, training, and employment and an explanation how that relates to the claimed specialized knowledge.
- A description of the beneficiary's knowledge or expertise and why it is specialized. Please identify the beneficiary's knowledge as either "special" and/or "advanced."
- A comparison of the beneficiary's knowledge to that of other employees and workers in the same field.

Other evidence you may submit includes, but is not limited to:

- Documentation of training, work experience, or education establishing the number of years the individual has been using or developing the claimed specialized knowledge as an employee of the petitioning organization or in the industry;
- Evidence of the impact, if any, the transfer of the individual would have on the petitioning organization's U.S. operations;
- Evidence that the alien is qualified to contribute to the U.S. operation's knowledge of foreign operating conditions as a result of knowledge not generally found in the petitioning organization's U.S. operations;
- Contracts, statements of work, or other documentation that shows that the beneficiary possesses knowledge that is particularly beneficial to the petitioning organization's competitiveness in the marketplace;
- Evidence, such as correspondence or reports, establishing that the beneficiary has been employed abroad in a capacity involving assignments that have significantly enhanced the petitioning organization's productivity, competitiveness, image, or financial position;

[31] *Id* at pp6-7 of 10.

- Personnel or in-house training records that establish that the beneficiary's claimed specialized knowledge normally can be gained only through prior experience or training with the petitioning organization;
- Curricula and training manuals for internal training courses, financial documents, or other evidence that may demonstrate that the beneficiary possesses knowledge of a product or process that cannot be transferred or taught to another individual without significant economic cost or inconvenience;
- Evidence of patents, trademarks, licenses, or contracts awarded to the petitioning organization based on the beneficiary's work, or similar evidence that the beneficiary has knowledge of a process or a product that either is sophisticated or complex, or of a highly technical nature, although not necessarily proprietary or unique to the petitioning organization;
- Payroll documents, federal or state wage statements, documentation of other forms of compensation, resumes, organizational charts, or similar evidence documenting the positions held and the compensation provided to the beneficiary and parallel employees in the petitioning organization; and
- Any other evidence that shows the beneficiary has specialized knowledge.[32]

Each suggested item will now be discussed in order.

***a) Evidence of the beneficiary's prior education, training, and employment and an explanation how that relates to the claimed specialized knowledge.***

Mr. Flores holds a Bachelor's degree in Industrial Engineering (2021) from the Universidad Hispanoamericana in Costa Rica. Copies of Mr. Flores' degree and transcripts, accompanied by a certified English-language translation, is already included as part of the record at *Exhibit 10*. This degree is crucial for his role, as the company operates in the medical device manufacturing industry. The specialized knowledge and skills Mr. Flores acquired through his degree program provide him with a foundational understanding of manufacturing principles, quality control, and production efficiency, all of which are essential to producing the diverse range of devices manufactured at the Company. This background enables him to contribute effectively to the Company's manufacturing operations, ensuring that products meet both industry standards and regulatory requirements.

Mr. Flores has over ten years of progressively responsible professional experience in the medical device manufacturing industry in machining and engineering capacities. Details of his employment at Tegra Medical, La Aurora in Heredia, Costa Rica in various positions from July 2014 to February 2022 is already included as part of the record, on pages 3-5 of the letter of support provided by Tegra US. This extensive background has allowed him to develop a deep understanding of the specific products manufactured by the Company, as well as their applications in international markets, where strict quality and regulatory standards apply. His experience gives him an advanced level of knowledge of the Company's proprietary processes and procedures,

[32] *Id* at pp7-8 of 10.

which are essential for maintaining product quality and consistency. This expertise not only enables him to oversee complex manufacturing tasks but also positions him to contribute to product adaptations and improvements tailored for international regulatory compliance.

Mr. Flores has also completed over 240 different training courses relating to his positions at Tegra Medical, La Aurora between July 2014 and February 2022. The complete list of these training courses is attached as **Exhibit 13**. Copies of certificates of some of these completed trainings are also attached as part of *Exhibit 10* in the underlying petition. These trainings helped to provide Mr. Flores with an in-depth understanding of the company's unique products, services, equipment, and techniques, as well as their application in international markets—insights that are uncommon and highly valuable within the medical device manufacturing industry. Additionally, his training has deepened his advanced knowledge of the Company's specific processes and procedures, knowledge that is both complex and uniquely developed beyond the typical industry standard. This advanced level of expertise, cultivated through targeted training, enables him to navigate and optimize the company's proprietary systems with an understanding that greatly exceeds that of others in the field, making him a critical asset to the Company's global operations.

***b) A description of the beneficiary's knowledge or expertise and why it is specialized. Please identify the beneficiary's knowledge as either "special" and/or "advanced."***

Through his previous position with Tegra Medical, La Aurora, Mr. Flores accrued a breadth of invaluable quality engineering experience and specialized knowledge of the company's system optimization processes, as well as its validation and verification activities, specifically Installation Qualification (IQ), Operational Qualification (OQ), Performance Qualification (PQ), and Test Method Validation (TMV). These activities are critical to ensuring that all systems, processes, and equipment operate according to precise standards and produce consistent, reliable results in line with stringent industry regulations. The minimum amount of time required to obtain Mr. Flores' level of specialized knowledge, including training and real-world application post-training, was substantial.

In his role as a Jr. Quality Engineer with Tegra Medical, La Aurora, Mr. Flores developed an excellent understanding of key regulatory and quality standards, such as Good Manufacturing Practice (GMP), the Food and Drug Administration (FDA) regulations, and Standard Operating Procedures (SOPs). Each of these standards is integral to maintaining quality and safety in manufacturing, particularly in regulated industries like medical devices. GMP, for instance, outlines requirements for consistent production and quality control, while FDA regulations enforce safety, efficacy, and compliance for products entering the U.S. market.

Mr. Flores' expertise with Process Control applications, as well as Six Sigma tools and methodologies, further adds to his specialized skill set. Six Sigma techniques, including Process Failure Modes and Effects Analysis (pFMEA), Statistical Process Control (SPC), Capability Analysis, and Gauge Repeatability & Reproducibility (GR&R), are advanced tools used to minimize defects and optimize processes. His knowledge of these methodologies enables him to

proactively identify potential risks and process failures, thereby maintaining high standards of quality and efficiency within the company.

Each of these tools and standards requires a deep understanding and practical skill level to apply effectively. Test Method Validation (TMV), for example, is a highly specialized area in quality engineering, as it involves verifying that testing methods produce reliable, repeatable results. Achieving competency in TMV requires advanced analytical skills, as well as detailed knowledge of product-specific requirements and industry regulations. Evidence of Mr. Flores' use of TMV is attached as **Exhibit 17**. Likewise, IQ, OQ, and PQ are comprehensive qualification processes, each with specific protocols designed to confirm that equipment and processes operate within defined limits. This combination of knowledge and hands-on expertise in regulatory requirements and Six Sigma methods equips Mr. Flores with special and advanced skills in quality engineering, positioning him as a vital asset in maintaining compliance and enhancing operational efficiency within the company.

***c) A comparison of the beneficiary's knowledge to that of other employees and workers in the same field.***

A Junior Quality Engineer in industries like medical devices or manufacturing usually performs entry-level quality assurance tasks, including basic compliance monitoring, document control, inspection and testing, data collection, root cause analysis, and process auditing. In general, Jr. Quality Engineers may receive training in regulatory standards, basic quality tools, and process control, but the depth of knowledge and hands-on experience may be less than that of someone in a more specialized role.

Mr. Flores' Junior Quality Engineer position was substantially more specialized and advanced than the normal Junior Quality Engineering role. TMV is a highly specialized skill within quality engineering, especially in regulated industries like medical devices. Few Jr. Quality Engineers will be directly involved in such advanced tasks. Mr. Flores' involvement in TMV gives him expertise in validating testing methods to ensure that results are reliable and repeatable—a task usually performed by more senior engineers or specialists. **Exhibit 16** includes job descriptions for open Junior Quality Engineering (or similar) positions in similar industries. None of these jobs require any knowledge of TMV. Additionally, none of these roles required any knowledge of IQ, OQ, and PQ, which is an important requirement for the Jr. Quality Engineer role at Tegra Medical, La Aurora.

***d) Documentation of training, work experience, or education establishing the number of years the individual has been using or developing the claimed specialized knowledge as an employee of the petitioning organization or in the industry;***

This item was sufficiently covered in the petitioner's letter of support, where it was shown that Mr. Flores has a four-year degree, 10 years of progressively responsible professional experience in the medical device manufacturing industry, and substantive training provided by the Company.

However, an explanation of his training, work experience, and education along with the requested documentation are listed below.

Mr. Flores holds a Bachelor's degree in Industrial Engineering (2021) from the Universidad Hispanoamericana in Costa Rica. Copies of Mr. Flores' degree and transcripts, accompanied by a certified English-language translation, is already included as part of the record at *Exhibit 10*. The specialized knowledge and skills Mr. Flores acquired through his degree program provide him with a foundational understanding of manufacturing principles, quality control, and production efficiency, all of which are essential to producing the diverse range of devices manufactured at the Company.

Mr. Flores has over ten years of progressively responsible professional experience in the medical device manufacturing industry in machining and engineering capacities. Details of his employment at Tegra Medical, La Aurora in Heredia, Costa Rica in various positions from July 2014 to February 2022 is already included as part of the record, on pages 3-5 of the letter of support provided by Tegra US. This extensive background has allowed him to develop a deep understanding of the specific products manufactured by the Company, as well as their applications in international markets, where strict quality and regulatory standards apply. His experience gives him an advanced level of knowledge of the Company's proprietary processes and procedures, which are essential for maintaining product quality and consistency.

Mr. Flores has also completed over 240 different training courses relating to his positions at Tegra Medical, La Aurora between July 2014 and February 2022. The complete list of these training courses is attached as **Exhibit 13**. Copies of certificates of some of these completed training courses are also attached as part of *Exhibit 10* in the underlying petition. These trainings helped to provide Mr. Flores with an in-depth understanding of the company's unique products, services, equipment, and techniques, as well as their application in international markets—insights that are uncommon and highly valuable within the medical device manufacturing industry. Additionally, his training has deepened his advanced knowledge of the Company's specific processes and procedures, knowledge that is both complex and uniquely developed beyond the typical industry standard.

e) ***Evidence of the impact, if any, the transfer of the individual would have on the petitioning organization's U.S. operations;***

Mr. Flores has been in L-1B status since February 7, 2022. Since Mr. Flores has already been working in the US as a part of his previously approved L-1B, speculating on the impact the transfer would have on the petitioning organizations' US operations is unnecessary. Since Mr. Flores has started working for Tegra US, Mr. Flores has directly impacted the automation and subsequent volume increases for various projects for customers like Viant, Medtronic, Arthrex, and Stryker. **Exhibit 18** includes presentations for projects that Mr. Flores has directly worked on, including the Automated Manufacturing of Meniscal Repair Devices Fast Fix 360, which won the SFS Value Engineering Award 2023. Additionally, Mr. Flores has an instrumental role in greater than $30 million in annual revenue for the Company, based on the purchase orders attached as **Exhibit 19**.

*f) Evidence that the alien is qualified to contribute to the U.S. operation's knowledge of foreign operating conditions as a result of knowledge not generally found in the petitioning organization's U.S. operations;*

Mr. Flores possesses key knowledge of the Company's customers and internal processes, acquired over seven years of experience with Tegra Medical, La Aurora prior to his work in the U.S. He brought with him expertise not previously established in the U.S. operations, including the use of the Root Cause Analysis form and the structure for essential engineering documents such as control plans, Process Failure Modes and Effects Analysis (PFMEA), process flow diagrams, process flow work instructions (WIs), and the training plan for Root Cause Analysis. This specialized knowledge has enriched the U.S. team, contributing significantly to their documentation, process optimization, and problem-solving frameworks.

*g) Contracts, statements of work, or other documentation that shows that the beneficiary possesses knowledge that is particularly beneficial to the petitioning organization's competitiveness in the marketplace;*

Since Mr. Flores has started working for Tegra US, Mr. Flores has directly impacted the automation and subsequent volume increases for various projects for customers like Viant, Medtronic, Arthrex, and Stryker. **Exhibit 18** includes presentations for projects that Mr. Flores has directly worked on, including the Automated Manufacturing of Meniscal Repair Devices Fast Fix 360, which won the SFS Value Engineering Award 2023. Additionally, Mr. Flores has an instrumental role in greater than $30 million in annual revenue for the Company, based on the purchase orders attached as **Exhibit 19**.

*h) Evidence, such as correspondence or reports, establishing that the beneficiary has been employed abroad in a capacity involving assignments that have significantly enhanced the petitioning organization's productivity, competitiveness, image, or financial position;*

Mr. Flores has been the project manager on multiple Test Method Validation projects. Copies of some of these Test Method Validation summaries are attached as **Exhibit 17**. Test Method Validation (TMV) significantly enhances an organization's productivity, competitiveness, image, and financial position by ensuring that testing processes are accurate, consistent, and compliant with industry standards. A validated test method provides reliable, repeatable results, reducing the risk of errors, rework, and product recalls, which directly saves time and resources. This level of accuracy allows the organization to operate more efficiently, reducing production downtime and improving overall productivity. Furthermore, TMV supports regulatory compliance, strengthening the company's reputation for quality and reliability in the marketplace. This reputation not only builds customer trust but also gives the organization a competitive edge by differentiating it from competitors who may not uphold the same standards. Financially, TMV minimizes costly quality failures and supports the production of high-quality products that meet or exceed market

expectations, leading to increased customer satisfaction, potential market expansion, and sustainable profitability.

*i)* ***Personnel or in-house training records that establish that the beneficiary's claimed specialized knowledge normally can be gained only through prior experience or training with the petitioning organization;***

Mr. Flores has completed over 240 different training courses relating to his positions at Tegra Medical, La Aurora between July 2014 and February 2022. The complete list of these training courses is attached as **Exhibit 13**. Copies of certificates of some of these completed training courses are also attached as part of *Exhibit 10* in the underlying petition. These trainings helped to provide Mr. Flores with an in-depth understanding of the company's unique products, services, equipment, and techniques, as well as their application in international markets—insights that are uncommon and normally can be gained only through prior experience or training with the Company. Additionally, his training has deepened his advanced knowledge of the Company's specific processes and procedures, knowledge that is both complex and uniquely developed beyond the typical industry standard and normally can be gained only through prior experience or training with the Company.

*j)* ***Curricula and training manuals for internal training courses, financial documents, or other evidence that may demonstrate that the beneficiary possesses knowledge of a product or process that cannot be transferred or taught to another individual without significant economic cost or inconvenience;***

Mr. Flores has completed over 240 different training courses relating to his positions at Tegra Medical, La Aurora between July 2014 and February 2022. The complete list of these training courses is attached as **Exhibit 13**. Copies of certificates of some of these completed training courses are also attached as part of *Exhibit 10* in the underlying petition. This extensive and specialized training has equipped Mr. Flores with in-depth knowledge of proprietary products and processes unique to the Company, knowledge that is critical to the company's operations. The expertise he possesses cannot be easily transferred or taught to another individual without incurring significant economic costs and causing operational disruptions. His mastery of these specialized skills, developed over years of targeted training and practical experience, is not only difficult to replicate but also essential for maintaining the company's efficiency, quality standards, and competitive edge.

*k)* ***Evidence of patents, trademarks, licenses, or contracts awarded to the petitioning organization based on the beneficiary's work, or similar evidence that the beneficiary has knowledge of a process or a product that either is sophisticated or complex, or of a highly technical nature, although not necessarily proprietary or unique to the petitioning organization;***

Since Mr. Flores has started working for Tegra US, Mr. Flores has directly impacted the automation and subsequent volume increases for various projects for customers like Viant, Medtronic, Arthrex, and Stryker. **Exhibit 18** includes presentations for projects that Mr. Flores has directly worked on, including the Automated Manufacturing of Meniscal Repair Devices Fast Fix 360, which won the SFS Value Engineering Award 2023. Additionally, Mr. Flores has an instrumental role in greater than $30 million in annual revenue for the Company, based on the purchase orders attached as **Exhibit 19**.

> ***l) Payroll documents, federal or state wage statements, documentation of other forms of compensation, resumes, organizational charts, or similar evidence documenting the positions held and the compensation provided to the beneficiary and parallel employees in the petitioning organization; and***

In response to the request for more information regarding parallel employees in the petitioning organization, the company respectfully notes that this information is not necessary. The additional evidence already provided in this RFE response sufficiently demonstrates the beneficiary's specialized knowledge and qualifications for the role.

> ***m) Any other evidence that shows the beneficiary has specialized knowledge***

In response to the request for additional evidence demonstrating that the beneficiary possesses specialized knowledge, we are providing PFMEA (Process Failure Modes and Effects Analysis) and risk assessment documents, PPAP (Production Part Approval Process) documentation, as well as other highly complex and technical work documents as **Exhibit 20**. These materials reflect the beneficiary's advanced expertise in critical quality and engineering methodologies, which are essential for ensuring product reliability, compliance, and continuous improvement within the company's manufacturing processes. The beneficiary's involvement in creating, analyzing, and implementing these specialized documents underscores his deep understanding of the company's proprietary processes and quality control systems—expertise that is not easily transferable to others without significant training and experience. This evidence further substantiates the beneficiary's unique skill set, which is crucial for maintaining the organization's high standards of production and operational excellence.

## 5. Evidence of the Specialized Knowledge Position in the United States

The Service's RFE states:

> You must show that the position in the United States involves specialized knowledge.
>
> To satisfy this requirement, you submitted:
>
> - Cover letter;
> - Letter of support;

- Organizational chart;
- The beneficiary's pay stubs from the U.S. entity.[33]

The RFE continues:

> The evidence you submitted is not sufficient. You state that you will continue to employ the beneficiary in the specialized knowledge position of Quality Engineer and he will continue to perform the following job duties:
>
> - Investigate and resolve work-in-process problems to reduce/eliminate scrap and rework; analyze process statistics and conduct efficiency studies (10%);
> - Recommend and implement process improvements and modifications; establish production/process standards (5%);
> - Support on-site transfer projects and product scale-up activities (5%);
> - Optimize manufacturing processes to provide sustainable gains in cost effectiveness and product performance through statistical analysis, designed experiments, and procedural changes (10%);
> - Drive quality improvements by increasing internal competencies in process control/verification and validation studies, root cause analysis, failure mode and effects analysis (FMEA), and the use of Process Excellence tools (10%);
> - Work with suppliers, customers and part1c1pates [sic] in multi-functional teams to resolve technical/quality issues to develop new protocols (20%);
> - Partner with Operations to assure alignment of goals, objectives and strategies (10%);
> - Provide general engineering support to in-process inspection & incoming inspection (10%);
> - Implement quality and efficiency improvements in in-process inspection (10%); and
> - Evaluate process critical quality parameters and update specification and protocols (10%).
>
> However, your description of the duties does not sufficiently establish how the duties to be performed by the beneficiary in the United States is [sic] "special" or "advance." You state that the position involves specialized knowledge, but you have not provided sufficient evidence to support and corroborate your assertions. Furthermore, you did not provide evidence to compare and contrast the beneficiary's duties to those of other, similarly employed individuals within your

---

[33] RFE *at* p8 of 10.

organization and in the industry. Therefore, you have not sufficiently established whether the position in the United States involves specialized knowledge.[34]

The RFE lists suggested evidence to satisfy its contention that the petitioner did not sufficiently prove the position in the United States involves specialized knowledge:

- A detailed description of the services to be performed which may include information regarding:
  - the specific nature of the industry or field involved,
  - the nature of the petitioning organization's products or services,
  - the nature of the specialized knowledge required to perform the beneficiary's duties, and
  - the need for the beneficiary's specialized knowledge.

  The letter may also include:

- The percentage of time spent on each duty.
- The products, services, tools, research, equipment, techniques, management, or processes and procedures of the petitioning organization of which the beneficiary has specialized knowledge;
- An explanation of how the knowledge or expertise identified is "special" and/or "advanced";
- The minimum time required to obtain this knowledge, including training and actual experience accrued after the completion of training;
- An explanation of the knowledge required to perform the duties of the U.S. position and how it compares to that of similarly employed individuals within the employer and within the industry, if you are seeking to establish that the beneficiary's U.S. position involves "advanced" knowledge.

- You may also submit additional documentary evidence to support the claims made in your letter and to show the knowledge involved in performing the duties of the beneficiary's U.S. position is special and/or advanced.[35]

Petitioner now responds to each suggested item of evidence.

- ***A detailed description of the services to be performed which may include information regarding:***
  - ***the specific nature of the industry or field involved,***
  - ***the nature of the petitioning organization's products or services,***

[34] *Id.*
[35] RFE *at* p9 of 10.

- ***the nature of the specialized knowledge required to perform the beneficiary's duties, and***
- ***the need for the beneficiary's specialized knowledge.***

***The letter may also include:***

- ***The percentage of time spent on each duty.***
- ***The products, services, tools, research, equipment, techniques, management, or processes and procedures of the petitioning organization of which the beneficiary has specialized knowledge;***
- ***An explanation of how the knowledge or expertise identified is "special" and/or "advanced";***
- ***The minimum time required to obtain this knowledge, including training and actual experience accrued after the completion of training;***
- ***An explanation of the knowledge required to perform the duties of the U.S. position and how it compares to that of similarly employed individuals within the employer and within the industry, if you are seeking to establish that the beneficiary's U.S. position involves "advanced" knowledge.***

The record already contains a letter of support from the Company explaining the job description with percentage of time spent on each job duty at pages 2-3. The Company now provides an updated letter, including the additional requested information, appended as **Exhibit 21**.

In order to gain the knowledge necessary to successfully fill the Quality Engineer role, the Company believes that it takes a Bachelor's degree in Industrial or Mechanical Engineering as well as years of experience in the manufacturing, quality, and process disciplines. This would mean at least a 4-year degree along with at least 3-5 years of working in these areas to develop the baseline of experience necessary. The combination of regulatory expertise, hands-on experience with quality control methodologies, and proficiency in process validation techniques needed to perform this job successfully is extremely specialized and advanced knowledge and experience and takes a long time to master, which is why it is so imperative that Mr. Flores continues to perform these duties in the US.

The specific knowledge that is required for this role is also particularly specialized and advanced. This position requires expertise in process validation and verification activities, including Installation Qualification (IQ), Operational Qualification (OQ), Performance Qualification (PQ), and Test Method Validation (TMV). These activities are critical in ensuring that processes, systems, and equipment meet stringent FDA standards, and they are particularly emphasized at Tegra due to their focus on disposable products and complex components used in medical procedures. Most quality engineering roles in the medical device industry require similar regulatory knowledge, especially of FDA guidelines, GMP, and ISO 13485 standards. However, the level of expertise and direct involvement in complex activities like IQ, OQ, PQ, and TMV

might be less intensive, especially in companies that focus on less complex or more standard products. **Exhibit 22** includes job listings that are Quality Engineer (or similar) roles in similar industries, mostly focused on the medical device industry. None of the openings have any requirements relating to IQ, OQ, PQ, and TMV. Some do require knowledge of FDA standards, but overall, these job openings do not require the same level of expertise and direct involvement in complex activities as Mr. Flores' role.

- ***You may also submit additional documentary evidence to support the claims made in your letter and to show the knowledge involved in performing the duties of the beneficiary's U.S. position is special and/or advanced.***

In response to the request for additional evidence demonstrating that the beneficiary possesses specialized knowledge, we are including **Exhibit 23**, which is a copy of a number of training certificates Mr. Flores has received since starting his position with Tegra US. These certificates confirm that Mr. Flores has to continually train to make sure he maintains an up-to-date knowledge of requirements and regulations. Being in the medical device field, it is an important aspect of his position and certainly falls under having specialized and advanced knowledge. Additionally, we are including **Exhibit 24**, which is evidence of trainings that Mr. Flores has provided to individuals at the Company. The fact that Mr. Flores is training other lower-level staff shows that he has a strong understanding of the processes and products unique to the Company and that his specialized and advanced knowledge is important to the advancement of the Company.

## SUMMARY

The relevant, probative and credible evidence submitted herein is responsive to your RFE.[36] Furthermore, it establishes by a preponderance of the evidence[37] that 1) the beneficiary has been employed with a qualifying entity abroad in a position involving specialized knowledge; 2) he possesses the specialized knowledge required of the U.S. position; and 3) the position the beneficiary will hold in the U.S. also involves specialized knowledge. The Service has provided no evidence to the contrary.

---

[36] "Even if the director has some doubt as to the truth, if the petitioner submits relevant, probative, and credible evidence that leads the director to believe that the claim is "more likely than not" or "probably" true, the applicant has satisfied the standard of proof. *Matter of E-—*, 20 I&N Dec. 77, 79-80 (Comm'r 1989), followed." *Matter of Chawathe*, 25 I&N Dec. 369 (AAO 2010); *Mätter of__*, VSC, Orlando (AAO Nov. 18, 2014).

[37] "The standard to be met by a petitioner or applicant is 'preponderance of the evidence,' which means that the matter asserted is more likely than not to be true. Filings are not required to demonstrate eligibility beyond a reasonable doubt." February 16, 2005 Memorandum from William R. Yates, Associate Director of Operations entitled "Requests for Evidence (RFE) and Notices of Intent to Deny (NOID). " *See also* January 11, 2006 Memorandum from Michael Aytes, Acting Director, Field Operations regarding "Alternate definition of "American firm or corporation" for purposes of section 316(b) of the Immigration and Nationality Act, 8 USC 1427(b), and the standard of proof applicable in most administrative immigration proceedings." formally adopting this evidentiary standard: "...[E]ven if the director has some doubt as to the truth, if the petitioner submits relevant, probative, and credible evidence that leads the director to believe that the claim is "probably true" or "more likely than not," the applicant or petitioner has satisfied the standard of proof. *See U.S. v. Cardozo-Fonseca,* 480 U.S. 421 (1987) (defining 'more likely than not' as a greater than 50 percent probability of something occurring). " In most administrative immigration proceedings, the applicant must prove by a preponderance of evidence that he or she is eligible for the benefit sought," *Matter of Chawathe*, 25 I&N Dec. 369 (AAO 2010).

If you have further questions regarding this matter, please contact me directly at (216) 896-0855 or by email at zmaria@gands-us.com.

Very truly yours,

Zachary L. Maria, Esq.
Enc.

cc: Tegra Medical Holdings, LLC

**Index for RFE Response (Receipt No. SRC2423750404)**

| NAME OF EXHIBIT: | APPENDED AS: |
|---|---|
| Copy of the RFE | Exhibit 11 |
| Copies of paystubs from January 2021 to February 2022, evidencing Luis Flores' qualifying employment abroad | Exhibit 12 |
| List of training courses completed by Mr. Flores while employed with Tegra Medical, La Aurora | Exhibit 13 |
| Updated organizational chart for Mr. Flores' position with Tegra Medical, La Aurora | Exhibit 14 |
| Updated employment confirmation letter from Tegra Medical, La Aurora | Exhibit 15 |
| Examples of Junior Quality Engineer job postings, including requirements | Exhibit 16 |
| Copies of Test Method Validation Summaries completed by Mr. Flores on behalf of Tegra Medical | Exhibit 17 |
| Presentations for Tegra Medical and SFS projects worked on by Mr. Flores | Exhibit 18 |
| Purchase orders from key Tegra Medical customers for whom Mr. Flores plays an instrumental role | Exhibit 19 |
| Copies of Rework Operation and technical workbook documents, which Mr. Flores helped to create in his role with Tegra Medical | Exhibit 20 |
| Updated employment confirmation letter from Tegra US | Exhibit 21 |
| Examples of Quality Engineer job postings, including requirements | Exhibit 22 |
| Training certificates received by Mr. Flores since the start of his employment with Tegra US | Exhibit 23 |
| A list of trainings provided by Mr. Flores to Tegra Medical employees | Exhibit 24 |

# *Exhibit 11*

August 21, 2024

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
California Service Center
2642 MICHELLE DRIVE
TUSTIN, CA 92780

TEGRA MEDICAL HOLDINGS LLC
c/o ZACHARY LAWRENCE MARIA
GREEN AND SPIEGEL MIDWEST LLC
20600 CHAGRIN BLVD STE 703
SHAKER HEIGHTS, OH 44122

U.S. Citizenship and Immigration Services

SRC2423750404

Form I-129, Petition for a Nonimmigrant Worker

## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested below.

**Your response must be received in this office by November 18, 2024.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. Title 8, Code of Federal Regulations (8 CFR) § 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. 8 CFR § 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and **complete** English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

Processing of your Form I-129 will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center at **1-800-375-5283.** If you are hearing impaired, please call the USCIS Contact Center TDD at **1-800-767-1833.**

On July 16, 2024, your organization, TEGRA MEDICAL HOLDINGS LLC (petitioner or petitioning organization), filed a Petition for a Nonimmigrant Worker (Form I-129) with U.S. Citizenship and Immigration Services (USCIS), seeking to classify LUIS FLORES CASTILLO (beneficiary) as a nonimmigrant intracompany transferee (L-1B).

Documentation submitted with your petition indicates that your organization provides medical device manufacturer. You seek to employ the beneficiary as Quality Engineer from November 1, 2024 to October 31, 2026.

*Specialized knowledge* is defined as:

- special knowledge possessed by an individual of the petitioning organization's product, service, research, equipment, techniques, management, or other interests and its application in international markets, or
- an advanced level of knowledge or expertise in the organization's processes and procedures.

*Petitioning organization,* as used in this request for evidence, refers to your organization and/or any qualifying organization. *Qualifying organization* is defined to include the petitioning employer's parent, branch, affiliate or subsidiary.

"Special" knowledge is knowledge of the petitioning organization's product, service, research, equipment, techniques, management, or other interests and its application in international markets that is distinct or uncommon in comparison to that generally found in the particular industry.

"Advanced" knowledge is knowledge or expertise in the petitioning organization's specific processes and procedures that is:

- Not commonly found in the relevant industry, **AND**

- Greatly developed or further along in progress, complexity and understanding than that generally found within the employer.

To process your petition and determine if your organization and the beneficiary are eligible, additional information is required. This request provides suggested evidence that you may submit to satisfy each of the eligibility criteria described below. You may:

- Submit one, some, or all of these items.
- Submit none of the suggested items and instead submit other evidence to satisfy the request.
- Explain how the evidence in the record already establishes eligibility.
- Request a decision based on the record.

Please note that, as the petitioner, you are responsible for providing evidence which shows your organization and the beneficiary meet all requirements and are eligible for the requested benefit at the time you filed the Form I-129 by a preponderance of the evidence. While a petitioner's statement may be persuasive if it is detailed, specific and credible, USCIS may, in appropriate cases, request additional evidence to support a petitioner's statement.

Please do not include copies of documentation previously submitted with your response.

USCIS checks all petitions filed for this classification in its Validation Instrument for Business Enterprises (VIBE) system. VIBE uses commercially available data to validate basic information about organizations petitioning to employ foreign workers. For more information about this program, please visit USCIS website at www.uscis.gov/VIBE.

**Prior Approvals**

USCIS acknowledges that you are requesting to extend your petition. The beneficiary has been employed in L-1 status since February 7, 2022. The beneficiary was admitted to the United States pursuant to a blanket L-1 petition, SRC2122350661 filed by SFS Group USA Inc. When adjudicating a subsequent petition or application involving the same parties, USCIS will consider, but not defer to, previous eligibility determinations made by other U.S. government agencies. In this instant petition, eligibility determination will be made based on the evidence of record. Despite any prior approvals, the petitioner bears the burden to establish eligibility for each petition on its own merits, and an immigration benefit cannot be granted when the petitioner fails to meet the standard of proof, including a filing for extension. See INA § 291.

**Beneficiary Requirements**

To qualify a beneficiary for L-1B classification, you must show that he or she:

- Will be employed in a specialized knowledge capacity in the United States;
- Has prior education, training, and employment that qualifies him or her to perform the intended services in the United States; and
- Has at least one continuous year of full-time employment abroad with a qualifying organization:
    - Within the three years before application for admission to the United States; and
    - In a position that was managerial or executive, or involved specialized knowledge.

**One Continuous Year of Employment Abroad:** Your organization must show that the beneficiary has at least one continuous year of full-time employment abroad with a qualifying organization or organizations within the three years prior to his or her application for admission to the United States.

To satisfy this requirement, your organization submitted:

- Cover letter;
- Letter of support;
- Organizational chart of the foreign entity;
- Employment verification letter.

The evidence your organization submitted is insufficient. You state that the beneficiary was employed with Tegra Medical, La Aurora from January 2018 to February 2022. However, you did not submit corroborating evidence to support your claim. Without supporting documentation you have not sufficiently established that the beneficiary has at least one continuous year of full-time employment aboard with the foreign entity within the three years prior to the application for admission to the United States.

Your organization may still submit evidence to satisfy this requirement. Evidence may include, but is not limited to:

- Copies of the beneficiary's pay records.
- Copies of the beneficiary's personnel records.
- Copies of the beneficiary's training records.
- Any other evidence demonstrating one continuous year of full-time employment.

**Managerial, Executive, or Specialized Knowledge Position Abroad.** The beneficiary must have at least one continuous year, within the three years prior to his or her application for admission to the United States, of full-time employment with a qualifying foreign organization. The foreign position must have been primarily managerial or executive in nature, or involved specialized knowledge. Any combination of requirements for one of these position types may not be combined with another. Hybrid positions that combine requirements will not establish eligibility.

To satisfy this requirement, you submitted:

- Cover letter;
- Letter of support;
- Organizational chart of the foreign entity;
- Employment verification letter;
- The beneficiary's academic transcripts;
- The beneficiary's training certificates.

The evidence you submitted is not sufficient. You state that the beneficiary was employed in the position of Jr. Quality Engineer and he performed the following job duties:

- Working independently and in a team setting to support internal and external customers. (10%)
- Investigating and resolving work-in-process problems to reduce/eliminate non-conforming product, scrap, and rework. (15%)
- Leading equipment and processes qualification efforts including validation plan, IQ, OQ, PQ, TMV pertaining to processes sustaining initiatives. (10%)
- Maintaining risk assessments and risk mitigation activities. (10%)
- Participating in product scale-up activities. (5%)
- Optimizing quality processes to provide sustainable gains in cost, effectiveness, risk mitigation and increased product performance through statistical analysis, designed of experiments, and procedural changes. (25%)
- Driving quality improvements by increasing internal competencies in process control, root cause analysis, failure mode and effects analysis (FMEA). (10%)
- Working with suppliers, customers and participating in multi-functional teams to resolve technical/quality issues. (10%)
- Evaluating process critical quality parameters and updating specifications and protocols. (2.5%)
- Carrying out other duties assigned by the immediate superior and which are related to the nature of its positions. (2.5%)

However, you provided no documentary evidence to show that the beneficiary performed the claimed duties. You also did not provide any evidence demonstrating how and when the beneficiary acquired specialized knowledge and at what point during his tenure abroad that he began utilizing specialized knowledge to perform his day-to-day duties. Further, knowledge that is proprietary or

company-specific must still shown to be either special or advanced in order to be deemed specialized knowledge; you must demonstrate that some qualities of your products, tools, processes, technologies, and service offerings require your Jr. Quality Engineers to have knowledge that is truly different from what is commonly found in the industry. You also did not provide evidence to compare and contrast the described duties of the position to those of other, similarly employed individuals within your organization and in the industry. Without sufficient documentation to support your claim, you have not established that the beneficiary's position abroad involved "special" or "advanced" knowledge.

You may still submit evidence to satisfy this requirement. Evidence may include, but is not limited to:

- Copies of the beneficiary's training, pay, or other personnel records.
- An organizational chart or diagram, showing the foreign entity's organizational structure and staffing levels. Clearly identify the beneficiary's position in the chart.
- A list of all employees in the beneficiary's immediate division, department, or team, by name, job title, summary of duties, education level, and salary.

**Foreign position involved specialized knowledge:**

- A letter from an authorized representative of the foreign entity describing the specialized knowledge duties of the position abroad. The letter should also describe the percentage of time spent on each duty. In addition, the letter should:
  - Identify which of the petitioning organization's products, services, tools, research, equipment, techniques, management, or processes and procedures involved in the beneficiary's job duties required specialized knowledge;
  - Explain how the knowledge or expertise identified was either "special" or "advanced";
  - State the minimum time required to obtain this knowledge, including training and actual experience accrued after the completion of training;
  - Explain the knowledge required to perform the duties of the foreign position and how it compares to that of similarly employed individuals within the employer and within the industry, if you are seeking to establish that the beneficiary's foreign position involved "advanced" knowledge.
- Additional documentary evidence to support the claims made in your letter and to show the knowledge involved in performing the duties of the beneficiary's foreign position was special and/or advanced.

**Beneficiary's Qualifications (Specialized Knowledge):** You must establish that the beneficiary has specialized knowledge and that the beneficiary's prior education, training, and employment qualifies him/her to perform the intended services in the United States; however, the work in the United States need not be the same work which the beneficiary performed abroad.

To satisfy this requirement, you submitted:

- Cover letter;
- Letter of support;
- Organizational chart of the foreign entity;
- Employment verification letter;
- The beneficiary's academic transcripts;
- The beneficiary's training certificates.

The evidence you submitted is not sufficient. You have not sufficiently defined what the beneficiary's

specialized knowledge is and how he acquired it. The record must document what specific aspects of your products, tools, processes, and technologies the beneficiary has knowledge of; how the beneficiary came to gain such knowledge; when the beneficiary acquired such knowledge; and how his level and depth of knowledge rises to that of "specialized knowledge." Presently, the record establishes none of these.

Furthermore, you did not provide evidence to compare and contrast the described duties of the position to those of other, similarly employed individuals within your organization and in the industry. Therefore, you have not established that the beneficiary has specialized knowledge.

You may still submit evidence to satisfy this requirement. Please submit:

- Evidence of the beneficiary's prior education, training, and employment and an explanation how that relates to the claimed specialized knowledge.
- A description of the beneficiary's knowledge or expertise and why it is specialized. Please identify the beneficiary's knowledge as either "special" and/or "advanced."
- A comparison of the beneficiary's knowledge to that of other employees and workers in the same field.

Other evidence you may submit includes, but is not limited to:

- Documentation of training, work experience, or education establishing the number of years the individual has been using or developing the claimed specialized knowledge as an employee of the petitioning organization or in the industry;
- Evidence of the impact, if any, the transfer of the individual would have on the petitioning organization's U.S. operations;
- Evidence that the alien is qualified to contribute to the U.S. operation's knowledge of foreign operating conditions as a result of knowledge not generally found in the petitioning organization's U.S. operations;
- Contracts, statements of work, or other documentation that shows that the beneficiary possesses knowledge that is particularly beneficial to the petitioning organization's competitiveness in the marketplace;
- Evidence, such as correspondence or reports, establishing that the beneficiary has been employed abroad in a capacity involving assignments that have significantly enhanced the petitioning organization's productivity, competitiveness, image, or financial position;
- Personnel or in-house training records that establish that the beneficiary's claimed specialized knowledge normally can be gained only through prior experience or training with the petitioning organization;
- Curricula and training manuals for internal training courses, financial documents, or other evidence that may demonstrate that the beneficiary possesses knowledge of a product or process that cannot be transferred or taught to another individual without significant economic cost or inconvenience;
- Evidence of patents, trademarks, licenses, or contracts awarded to the petitioning organization based on the beneficiary's work, or similar evidence that the beneficiary has knowledge of a process or a product that either is sophisticated or complex, or of a highly technical nature, although not necessarily proprietary or unique to the petitioning organization;
- Payroll documents, federal or state wage statements, documentation of other forms of compensation, resumes, organizational charts, or similar evidence documenting the

positions held and the compensation provided to the beneficiary and parallel employees in the petitioning organization; and
- Any other evidence that shows the beneficiary has specialized knowledge.

USCIS will review the entire record to determine whether the petitioner has established by a preponderance of the evidence that the beneficiary has specialized knowledge under the totality of the circumstances.

**Specialized Knowledge Position in the United States:** You must show that the position in the United States involves specialized knowledge.

To satisfy this requirement, you submitted:

- Cover letter;
- Letter of support;
- Organizational chart;
- The beneficiary's pay stubs from the U.S. entity.

The evidence you submitted is not sufficient. You state that you will continue to employ the beneficiary in the specialized knowledge position of Quality Engineer and he will continue to perform the following job duties:

- Investigate and resolve work-in-process problems to reduce/eliminate scrap and rework; analyze process statistics and conduct efficiency studies (10%);
- Recommend and implement process improvements and modifications; establish production/process standards (5%);
- Support on-site transfer projects and product scale-up activities (5%);
- Optimize manufacturing processes to provide sustainable gains in cost effectiveness and product performance through statistical analysis, designed experiments, and procedural changes (10%);
- Drive quality improvements by increasing internal competencies in process control/verification and validation studies, root cause analysis, failure mode and effects analysis (FMEA), and the use of Process Excellence tools (10%);
- Work with suppliers, customers and part1c1pates in multi-functional teams to resolve technical/quality issues to develop new protocols (20%);
- Partner with Operations to assure alignment of goals, objectives and strategies (10%);
- Provide general engineering support to in-process inspection & incoming inspection (10%);
- Implement quality and efficiency improvements in in-process inspection (10%); and
- Evaluate process critical quality parameters and update specifications and protocols (10%).

However, your description of the duties does not sufficiently establish how the duties to be performed by the beneficiary in the United States is "special" or "advance." You state that the position involves specialized knowledge, but you have not provided sufficient evidence to support and corroborate your assertions. Furthermore, you did not provide evidence to compare and contrast the beneficiary's duties to those of other, similarly employed individuals within your organization and in the industry. Therefore, you have not sufficiently established whether the position in the United States involves specialized knowledge.

You may still submit evidence to satisfy this requirement. Please submit:

- A detailed description of the services to be performed which may include information regarding:
  - the specific nature of the industry or field involved,
  - the nature of the petitioning organization's products or services,
  - the nature of the specialized knowledge required to perform the beneficiary's duties, and
  - the need for the beneficiary's specialized knowledge.

The letter may also include:

  - The percentage of time spent on each duty.
  - The products, services, tools, research, equipment, techniques, management, or processes and procedures of the petitioning organization of which the beneficiary has specialized knowledge;
  - An explanation of how the knowledge or expertise identified is "special" and/or "advanced";
  - The minimum time required to obtain this knowledge, including training and actual experience accrued after the completion of training;
  - An explanation of the knowledge required to perform the duties of the U.S. position and how it compares to that of similarly employed individuals within the employer and within the industry, if you are seeking to establish that the beneficiary's U.S. position involves "advanced" knowledge.
- You may also submit additional documentary evidence to support the claims made in your letter and to show the knowledge involved in performing the duties of the beneficiary's U.S. position is special and/or advanced.

## General Reminders

If you are submitting evidence in response to this request also submit the following:

- An index of the evidence and include corresponding tabs for each section of evidence.
- Clear and legible copies of the evidence. If clear and legible copies are not possible, submit the original documents. These originals will be returned, if requested.
- Full English language translation(s) of evidence submitted to USCIS containing a foreign language. The translator must certify that the translations are accurate and complete and that he or she is competent to translate from the foreign language into English.

**PLACE THE ATTACHED COVERSHEET AND THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE.**

Sincerely,

Tracy Tarango
Director, California Service Center

**COVERSHEET**
**SCANNING REQUIRED**
PLEASE RETURN THE REQUESTED INFORMATION AND
ALL SUPPORTING DOCUMENTS WITH
**THIS PAGE ON TOP TO:**

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**P.O. BOX 30113**
**TUSTIN, CA 92781**

## REQUEST FOR EVIDENCE

Form I-129, Petition for a Nonimmigrant Worker

FLORES CASTILLO, LUIS

SRC2423750404

Please check the appropriate box regarding if there is a new Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, additional fees, additional forms, etc. Please place the new Form G-28, additional fees, additional forms directly under this sheet.

**Yes, there is:**

☐ **A New G-28** ☐ **Additional Fees**
☐ **Additional Forms** ☐ **Other:**

# *Exhibit 12*

H-I Translating
& Interpreting

October 7, 2024

To Whom It May Concern:

This is to certify that the attached translated documents embossed by H-I Translating & Interpreting, LLC, have been translated by a Spanish translator, who is fluent in both Spanish and English. It is a true, complete and accurate translation, to the best of our ability, of the documents presented to us:

*Republic of Costa Rica*
*Earning Statements*
***Flores Castillo Luis Alonso***

Judith A. Sabol
H-I Translating & Interpreting, LLC

State of Ohio
County of Cuyahoga

Before me, a Notary Public, personally appeared the above named Judith A. Sabol who acknowledges that she did sign the foregoing instrument and that the same is her free act and deed. In the Testimony Whereof, I have hereunto affixed my name and official seal on this 7th day of October, 2024.

CORTNEY M. KALFAS
Notary Public, State of Ohio
My Commission Expires
January 30, 2027

TEGRA MEDICAL
Where medical devices come to live

TEGRAMEDICAL
LA AURORA
HEREDIA
4070-0999

Date: 09/24/2024
Time: 08:05:31
Page: Page 1

Earnings Statement
From 01/31/2021 through 02/13/2021

General Details

| | | | |
|---|---|---|---|
| Name: | Flores Castillo Luis Alonso | Code: | 141 |
| Cost Center: | Validation | Identification: | 801370574 |
| Position: | Junior Quality Engineer | Location: | HEREDIA GLOBAL PARK |
| Department: | Quality | Bank: | BSCR |
| Payroll: | BI-MONTHLY PAYROLL | Bank Account: | 16003596970 |

**Benefits**

| Concept | Quantity | Amount | Total |
|---|---|---|---|
| Regular Salary | 96.00 | 0.00 | 525,000.00[1] |
| Bonus & MBO[2] | 0.00 | 341,250.00 | 341,250.00 |
| | | Total Benefits: | 866,250.00 |

**Deductions**

| Concept | Quantity | Amount | Total |
|---|---|---|---|
| CCSS (9.67%)[3] | 0.00 | 0.00 | 82,293.75 |
| Popular Bank | 0.00 | 0.00 | 8,662.50 |
| Income Tax | 0.00 | 0.00 | 53,928.12 |
| Lunch Allowance | 0.00 | 7,550.00 | 7,550.00 |
| Other Deductions | 0.00 | 257,418.75 | 257,418.75 |
| | | Total Deductions: | 409,853.12 |

Basis

| Concept | Quantity | Amount | Total |
|---|---|---|---|
| Daily Salary | 0.00 | 0.00 | 43,750.00 |
| | | Total Basis: | 43,750.00 |

| | |
|---|---|
| Net Paycheck: | 456,396.88 |

[1] Currency of Costa Rica is Colon currently valued at Colon 1.00 = USD 0.0019
[2] MBO: Management by Objectives
[3] CCSS: Costa Rica's Social Security

The remaining 27 Earning Statements follow the exact same format which is summarized below:

**Paystub for period 02/14/2021 through 02/27/2021**
Gross earnings: 525,000.00
Deductions: 67,034.37
Net earnings: 457,965.63

**Paystub for period 02/28/2021 through 03/13/2021**
Gross earnings: 535,827.84
Deductions: 73,975.33
Net earnings: 462,742.51

**Paystub for period 03/14/2021 through 03/27/2021**
Gross earnings: 535,827.84
Deductions: 88,470.51
Net earnings: 447,357.33

**Paystub for period 03/28/2021 through 04/10/2021**
Gross Earnings: 554,209.36
Deductions: 90,440.87
Net earnings: 463,768.48

**Paystub for period 04/11/2021 through 04/24/2021**
Gross earnings: 597,282.08
Deductions: 109,905.03
Net earnings: 487,377.05

**Paystub for period 04/25/2021 through 05/08/2021**
Gross earnings: 535,827.84
Deductions: 70,970.24
Net earnings: 464,857.60

**Paystub for period 05/09/2021 through 05/22/2021**
Gross earnings: 535,827.84
Deductions: 116,910.56
Net earnings: 418,917.28

**Paystub for period 05/23/2021 through 06/05/2021**
Gross earnings: 535,827.84
Deductions: 130,711.64
Net earnings: 405,116.20

**Paystub for period 06/06/2021 through 06/19/2021**
Gross earnings: 535,827.84
Deductions: 133,110.56
Net earnings: 402,717.28

**Paystub for period 06/20/2021 through 07/03/2021**
Gross earnings: 640,037.84
Deductions: 151,124.69
Net earnings: 488,913.15

**Paystub for period 07/04/2021 through 07/17/2021**
Gross earnings: 535,827.84
Deductions: 141,771.06
Net earnings: 394,056.78

**Paystub for period 07/18/2021 through 07/31/2021**
Gross earnings: 535,827.84
Deductions: 134,211.64
Net earnings: 401,616.20

**Paystub for period 08/01/2021 through 08/14/2021**
Gross earnings: 535,827.84
Deductions: 139,310.56
Net earnings: 396,517.28

**Paystub for period 08/15/2021 through 08/28/2021**
Gross earnings: 580,827.84
Deductions: 157,215.63
Net earnings: 423,264.53

**Paystub for period08/29/2021 through 09/11/2021**
Gross earnings: 535,827.84
Deductions: 155,406.21
Net earnings: 380,421.63

**Paystub for period 09/12/2021 through 09/25/2021**
Gross earnings: 535,827.84
Deductions: 159,429.60
Net earnings: 376,398.24

**Paystub for period 09/26/2021 through 10/09/2021 in US dollars**
Gross earnings: 2,100.48
Deductions: 591.23
Net earnings: 1,509.25

**Paystub for period 10/10/2021 through 10/23/2021 in US dollars**
Gross earnings: 2,100.48
Deductions: 591.23
Net earnings: 1,509.25

**Paystub for period 10/24/2021 through 11/06/2021 in US Dollars**
Gross earnings: 2,100.48
Deductions: 590.22
Net earnings: 1,510.26

**Paystub for period 11/07/2021 through 11/20/2021 in US dollars**
Gross earnings: 2,100.48
Deductions: 591.23
Net earnings: 1,509.25

**Paystub for period 11/21/2021 through 12/04/2021 in US dollars**
Gross earnings: 2,100.48
Deductions: 590.24
Net earnings: 1,500.24

**Paystub for period 12/05/2021 through 12/18/2021 in US dollars**
Gross earnings: 2,100.48
Deductions: 593.18
Net earnings: 1,507.30

**Paystub for period 12/19/2021 through 01/01/2022 in US dollars**
Gross earnings: 2,450.56
Deductions: 734.89
Net earnings: 1,715.67

**Paystub for period 01/02/2022 through 01/15/2022 in US dollars**
Gross earnings: 2,042.38
Deductions: 660.01
Net earnings: 1,382.37

**Paystub for period 01/16/2022 through 01/29/2022 in US dollars**
Gross earnings: 2,100.48
Deductions: 644.92
Net earnings: 1,455.56

**Paystub for period 01/30/2022 through 02/12/2022 in US dollars**
Gross earnings: 3,465.79
Deductions: 1,119.78
Net earnings: 2,346.01



**Paystub for period 02/13/2022 through 02/26/2022 in US dollars**

| | |
|---|---|
| Gross earnings: | 2,163.84 |
| Deductions: | 661.97 |
| Net earnings: | 1,501.87 |

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:05:31*
*Página : 1*

## Comprobante de Pago

**Del 31/01/2021 al 13/02/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 525,000.00 |
| Bonificaciones y MbO | 0.00 | 341,250.00 | 341,250.00 |
| | | Total Beneficios: | 866,250.00 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 82,293.75 |
| Banco Popular (1%) | 0.00 | 0.00 | 8,662.50 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 53,928.12 |
| Crédito Soda | 0.00 | 7,550.00 | 7,550.00 |
| Otras Deducciones | 0.00 | 257,418.75 | 257,418.75 |
| | | Total Deducciones: | 409,853.12 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 43,750.00 |
| | | Total Bases: | 43,750.00 |

**Total a Pagar: 456,396.88**

TEGRA MEDICAL
Where medical devices come to life.℠

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha :* *24/09/2024*
*Hora :* *08:07:01*
*Página :* *1*

## Comprobante de Pago

**Del 14/02/2021 al 27/02/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 525,000.00 |
| | | Total Beneficios: | 525,000.00 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 49,875.00 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,250.00 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 8,759.37 |
| Crédito Soda | 0.00 | 3,150.00 | 3,150.00 |
| | | Total Deducciones: | 67,034.37 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 43,750.00 |
| | | Total Bases: | 43,750.00 |

**Total a Pagar:** **457,965.63**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:07:50*
*Página : 1*

# Comprobante de Pago

**Del 28/02/2021 al 13/03/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| | | Total Beneficios: | 535,827.84 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 13,123.41 |
| Crédito Soda | 0.00 | 3,700.00 | 3,700.00 |
| | | Total Deducciones: | 73,085.33 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 462,742.51**

TEGRA MEDICAL
Where medical devices come to life.™

TEGRAMEDICAL
LA AURORA
HEREDIA
4070-0999

Fecha : 24/09/2024
Hora : 08:08:32
Página : 1

# Comprobante de Pago

**Del 14/03/2021 al 27/03/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| | | Total Beneficios: | 535,827.84 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 28,358.58 |
| Crédito Soda | 0.00 | 3,850.00 | 3,850.00 |
| | | Total Deducciones: | 88,470.51 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar:** **447,357.33**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:09:18*
*Página : 1*

# Comprobante de Pago

**Del 28/03/2021 al 10/04/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 40.00 | 0.00 | 223,261.60 |
| Vacaciones | 0.00 | 0.00 | 241,643.12 |
| Feriado | 16.00 | 0.00 | 89,304.64 |
| | | Total Beneficios: | 554,209.36 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 52,649.89 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,542.09 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 32,248.89 |
| | | Total Deducciones: | 90,440.87 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 463,768.48**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:10:14*
*Página : 1*

# Comprobante de Pago

**Del 11/04/2021 al 24/04/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 72.00 | 0.00 | 401,870.88 |
| Vacaciones | 0.00 | 0.00 | 150,758.88 |
| Feriado | 8.00 | 0.00 | 44,652.32 |
| | | Total Beneficios: | 597,282.08 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 56,741.80 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,972.82 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 46,490.41 |
| Crédito Soda | 0.00 | 700.00 | 700.00 |
| | | Total Deducciones: | 109,905.03 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 487,377.05**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:10:52*
*Página : 1*

# Comprobante de Pago

**Del 25/04/2021 al 08/05/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 88.00 | 0.00 | 491,175.52 |
| Feriado | 8.00 | 0.00 | 44,652.32 |
| | | Total Beneficios: | 535,827.84 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 9,808.32 |
| Crédito Soda | 0.00 | 4,900.00 | 4,900.00 |
| | | Total Deducciones: | 70,970.24 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 464,857.60**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:13:21*
*Página : 1*

## Comprobante de Pago

**Del 09/05/2021 al 22/05/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| | | Total Beneficios: | 535,827.84 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 13,157.25 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 26,791.39 |
| Crédito Soda | 0.00 | 5,700.00 | 5,700.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| | | Total Deducciones: | 116,910.56 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 418,917.28**

TEGRA MEDICAL
Where medical devices come to life.℠

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha :* *24/09/2024*
*Hora :* *08:13:57*
*Página :* *1*

## Comprobante de Pago

**Del 23/05/2021 al 05/06/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| | | Total Beneficios: | 535,827.84 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 9,808.32 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 26,791.39 |
| Crédito Soda | 0.00 | 2,850.00 | 2,850.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 130,711.64 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar:** **405,116.20**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:31:55*
*Página : 1*

# Comprobante de Pago

**Del 06/06/2021 al 19/06/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| | | Total Beneficios: | 535,827.84 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 13,157.25 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 26,791.39 |
| Crédito Soda | 0.00 | 1,900.00 | 1,900.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 133,110.56 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar:** **402,717.28**

TEGRA MEDICAL
Where medical devices come to life.™

TEGRAMEDICAL
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:32:27*
*Página : 1*

# Comprobante de Pago

**Del 20/06/2021 al 03/07/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| Bonificaciones y MbO | 0.00 | 104,210.00 | 104,210.00 |
| | | Total Beneficios: | 640,037.84 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 60,803.59 |
| Banco Popular (1%) | 0.00 | 0.00 | 6,400.38 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 15,018.82 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 32,001.89 |
| Crédito Soda | 0.00 | 1,900.00 | 1,900.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 151,124.69 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 488,913.15**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:32:57*
*Página : 1*

## Comprobante de Pago

**Del 04/07/2021 al 17/07/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| | | Total Beneficios: | 535,827.84 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 18,367.75 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 26,791.39 |
| Crédito Soda | 0.00 | 5,350.00 | 5,350.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 141,771.06 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 394,056.78**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha :* *24/09/2024*
*Hora :* *08:34:06*
*Página :* *1*

## Comprobante de Pago

**Del 18/07/2021 al 31/07/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 88.00 | 0.00 | 491,175.52 |
| Feriado | 8.00 | 0.00 | 44,652.32 |
| | | Total Beneficios: | 535,827.84 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 9,808.32 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 26,791.39 |
| Crédito Soda | 0.00 | 6,350.00 | 6,350.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 134,211.64 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar:** **401,616.20**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha :* *24/09/2024*
*Hora :* *08:34:39*
*Página :* *1*

## Comprobante de Pago

**Del 01/08/2021 al 14/08/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| | | Total Beneficios: | 535,827.84 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 13,157.25 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 26,791.39 |
| Crédito Soda | 0.00 | 8,100.00 | 8,100.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 139,310.56 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar:** **396,517.28**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:35:23*
*Página : 1*

## Comprobante de Pago

**Del 15/08/2021 al 28/08/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| Feriado | 8.00 | 0.00 | 44,652.32 |
| | | Total Beneficios: | 580,480.16 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 55,145.62 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,804.80 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 30,591.20 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 29,024.01 |
| Crédito Soda | 0.00 | 1,650.00 | 1,650.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 157,215.63 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 423,264.53**

TEGRA MEDICAL
Where medical devices come to life.™

TEGRAMEDICAL
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:35:53*
*Página : 1*

## Comprobante de Pago

**Del 29/08/2021 al 11/09/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 535,827.84 |
| | | Total Beneficios: | 535,827.84 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 33,102.89 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 26,791.39 |
| Crédito Soda | 0.00 | 4,250.00 | 4,250.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 155,406.21 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar: 380,421.63**

TEGRA MEDICAL
Where medical devices come to life.™

TEGRAMEDICAL
LA AURORA
HEREDIA
4070-0999

Fecha : 24/09/2024
Hora : 08:36:43
Página : 1

# Comprobante de Pago

**Del 12/09/2021 al 25/09/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 88.00 | 0.00 | 491,175.52 |
| Feriado | 8.00 | 0.00 | 44,652.32 |
| | | Total Beneficios: | 535,827.84 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 50,903.64 |
| Banco Popular (1%) | 0.00 | 0.00 | 5,358.28 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 38,126.28 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 26,791.39 |
| Crédito Soda | 0.00 | 3,250.00 | 3,250.00 |
| Ahorro Extraordinario | 0.00 | 15,000.00 | 15,000.00 |
| Ahorro Navideño | 0.00 | 20,000.00 | 20,000.00 |
| | | Total Deducciones: | 159,429.60 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Diario | 0.00 | 0.00 | 44,652.32 |
| | | Total Bases: | 44,652.32 |

**Total a Pagar:** **376,398.24**

TEGRA MEDICAL
Where medical devices come to life.℠

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:38:02*
*Página : 1*

## Comprobante de Pago

**Del 26/09/2021 al 09/10/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| | | Total Beneficios: | 2,100.48 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 199.55 |
| Banco Popular (1%) | 0.00 | 0.00 | 21.00 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 209.11 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 105.02 |
| Ahorro Extraordinario | 0.00 | 24.23 | 24.23 |
| Ahorro Navideño | 0.00 | 32.31 | 32.31 |
| | | Total Deducciones: | 591.23 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 252,185.77 |
| | | Total Bases: | 252,185.77 |

**Total a Pagar:** **1,509.25**

TEGRA MEDICAL
Where medical devices come to life.℠

TEGRAMEDICAL
LA AURORA
HEREDIA
4070-0999

Fecha : 24/09/2024
Hora : 08:39:38
Página : 1

## Comprobante de Pago

**Del 10/10/2021 al 23/10/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| | | Total Beneficios: | 2,100.48 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 199.55 |
| Banco Popular (1%) | 0.00 | 0.00 | 21.00 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 209.11 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 105.02 |
| Ahorro Extraordinario | 0.00 | 24.23 | 24.23 |
| Ahorro Navideño | 0.00 | 32.31 | 32.31 |
| | | Total Deducciones: | 591.23 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 252,185.77 |
| | | Total Bases: | 252,185.77 |

**Total a Pagar: 1,509.25**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:40:18*
*Página : 1*

# Comprobante de Pago

**Del 24/10/2021 al 06/11/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| | | Total Beneficios: | 2,100.48 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 199.55 |
| Banco Popular (1%) | 0.00 | 0.00 | 21.00 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 209.11 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 105.02 |
| Ahorro Extraordinario | 0.00 | 23.80 | 23.80 |
| Ahorro Navideño | 0.00 | 31.74 | 31.74 |
| | | Total Deducciones: | 590.22 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 252,185.77 |
| | | Total Bases: | 252,185.77 |

**Total a Pagar: 1,510.26**

TEGRA MEDICAL
Where medical devices come to life.®

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:40:48*
*Página : 1*

# Comprobante de Pago

**Del 07/11/2021 al 20/11/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| | | Total Beneficios: | 2,100.48 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 199.55 |
| Banco Popular (1%) | 0.00 | 0.00 | 21.00 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 209.11 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 105.02 |
| Ahorro Extraordinario | 0.00 | 24.23 | 24.23 |
| Ahorro Navideño | 0.00 | 32.31 | 32.31 |
| | | Total Deducciones: | 591.23 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 252,185.77 |
| | | Total Bases: | 252,185.77 |

**Total a Pagar:** **1,509.25**

TEGRA MEDICAL
Where medical devices come to life.™

TEGRAMEDICAL
LA AURORA
HEREDIA
4070-0999

Fecha : 24/09/2024
Hora : 08:43:59
Página : 1

# Comprobante de Pago

**Del 21/11/2021 al 04/12/2021**

## Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

## Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| | | Total Beneficios: | 2,100.48 |

## Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 199.55 |
| Banco Popular (1%) | 0.00 | 0.00 | 21.00 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 209.11 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 105.02 |
| Ahorro Extraordinario | 0.00 | 23.81 | 23.81 |
| Ahorro Navideño | 0.00 | 31.75 | 31.75 |
| | | Total Deducciones: | 590.24 |

## Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 252,185.77 |
| | | Total Bases: | 252,185.77 |

**Total a Pagar:** **1,510.24**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:46:49*
*Página : 1*

## Comprobante de Pago

**Del 05/12/2021 al 18/12/2021**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| | | Total Beneficios: | 2,100.48 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 199.55 |
| Banco Popular (1%) | 0.00 | 0.00 | 21.00 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 209.11 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 105.02 |
| Crédito Soda | 0.00 | 2.94 | 2.94 |
| Ahorro Extraordinario | 0.00 | 23.81 | 23.81 |
| Ahorro Navideño | 0.00 | 31.75 | 31.75 |
| | | Total Deducciones: | 593.18 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 252,185.77 |
| | | Total Bases: | 252,185.77 |

**Total a Pagar:** **1,507.30**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:47:22*
*Página : 1*

## Comprobante de Pago

**Del 19/12/2021 al 01/01/2022**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| Feriado | 16.00 | 0.00 | 350.08 |
| | | Total Beneficios: | 2,450.56 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 232.80 |
| Banco Popular (1%) | 0.00 | 0.00 | 24.51 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 244.12 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 122.53 |
| Ahorro Extraordinario | 0.00 | 79.24 | 79.24 |
| Ahorro Navideño | 0.00 | 31.70 | 31.70 |
| | | Total Deducciones: | 734.89 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 294,405.42 |
| | | Total Bases: | 294,405.42 |

**Total a Pagar: 1,715.67**

TEGRA MEDICAL
Where medical devices come to life.℠

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:48:12*
*Página : 1*

## Comprobante de Pago
**Del 02/01/2022 al 15/01/2022**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 88.00 | 0.00 | 1,925.44 |
| Vacaciones | 0.00 | 0.00 | 116.94 |
| | | Total Beneficios: | 2,042.38 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 194.03 |
| Banco Popular (1%) | 0.00 | 0.00 | 20.42 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 232.50 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 102.12 |
| Ahorro Extraordinario | 0.00 | 79.24 | 79.24 |
| Ahorro Navideño | 0.00 | 31.70 | 31.70 |
| | | Total Deducciones: | 660.01 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 287,398.43 |
| | | Total Bases: | 287,398.43 |

**Total a Pagar: 1,382.37**

TEGRA MEDICAL
Where medical devices come to life.™

TEGRAMEDICAL
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:48:40*
*Página : 1*

## Comprobante de Pago

**Del 16/01/2022 al 29/01/2022**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| | | Total Beneficios: | 2,100.48 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 199.55 |
| Banco Popular (1%) | 0.00 | 0.00 | 21.00 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 209.11 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 105.02 |
| Ahorro Extraordinario | 0.00 | 78.74 | 78.74 |
| Ahorro Navideño | 0.00 | 31.50 | 31.50 |
| | | Total Deducciones: | 644.92 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 252,185.77 |
| | | Total Bases: | 252,185.77 |

**Total a Pagar: 1,455.56**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:49:08*
*Página : 1*

## Comprobante de Pago

**Del 30/01/2022 al 12/02/2022**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,100.48 |
| Bonificaciones o MbO | 0.00 | 1,365.31 | 1,365.31 |
| | | Total Beneficios: | 3,465.79 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 329.25 |
| Banco Popular (1%) | 0.00 | 0.00 | 34.66 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 471.64 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 173.29 |
| Ahorro Extraordinario | 0.00 | 79.24 | 79.24 |
| Ahorro Navideño | 0.00 | 31.70 | 31.70 |
| | | Total Deducciones: | 1,119.78 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 410,492.16 |
| | | Total Bases: | 410,492.16 |

**Total a Pagar: 2,346.01**

TEGRA MEDICAL
Where medical devices come to life.™

**TEGRAMEDICAL**
*LA AURORA*
*HEREDIA*
*4070-0999*

*Fecha : 24/09/2024*
*Hora : 08:49:56*
*Página : 1*

## Comprobante de Pago

**Del 13/02/2022 al 26/02/2022**

### Datos Generales

| | | | |
|---|---|---|---|
| **Nombre:** | Flores Castillo Luis Alonso | **Código:** | 141 |
| **Centro de Costos:** | Validation | **Identificación:** | 801370574 |
| **Puesto:** | Quality Engineer Junior | **Ubicación:** | GLOBAL PARK HEREDIA |
| **Departamento:** | Quality | **Banco:** | BSCR |
| **Nómina:** | NÓMINA BISEMANAL DÓLARES | **Cuenta Bancaria:** | 16003596970 |

### Beneficios

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Salario Ordinario | 96.00 | 0.00 | 2,163.84 |
| | | Total Beneficios: | 2,163.84 |

### Deducciones

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| CCSS (9.67%) | 0.00 | 0.00 | 205.56 |
| Banco Popular (1%) | 0.00 | 0.00 | 21.64 |
| Impuesto sobre la Renta | 0.00 | 0.00 | 216.52 |
| Ahorro Asociación Solidarista | 0.00 | 0.00 | 108.19 |
| Ahorro Extraordinario | 0.00 | 78.62 | 78.62 |
| Ahorro Navideño | 0.00 | 31.45 | 31.45 |
| | | Total Deducciones: | 661.97 |

### Bases

| Concepto | Cantidad | Monto | Total |
|---|---|---|---|
| Tabla de Renta | 0.00 | 0.00 | 261,118.21 |
| | | Total Bases: | 261,118.21 |

**Total a Pagar:** **1,501.87**

# *Exhibit 13*

TEGRA MEDICAL

# EMPLOYEE TRAINING HISTORY REPORT

Monday, September 23, 2024

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | ADHOC | 6/17/2021 | SCP-0022/ REV 10 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0003 | 9/14/2017 | MANEJO ALMACENAJE Y CONSERVACION DEL PRODUCTO |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0005 | 5/10/2016 | SISTEMA 3-PAN |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0008 | 11/17/2020 | INSPECCION PRIMERA PIEZA |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0010 | 1/19/2021 | USO DE MICROMETRO |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0011 | 6/6/2018 | Instruccion para el uso de Calibrador Vernier Manual o Digital |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0012 | 1/20/2020 | USO DE COMPARADOR OPTICO |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0013 | 4/10/2017 | PROCEDIMIENTO ENTRENAMIENTO CITIZEN |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0034 | 10/10/2017 | MANUAL HASS TM1P |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0048 | 11/12/2020 | CONTROL DE PESTES |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0063 | 6/1/2018 | Procedimiento para Pasivado |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0069 | 11/6/2015 | ALERTA CALIDAD, SJM TUNNELERS |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0071 | 3/20/2020 | INSTRUCCION PULL TESTER |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0073 | 7/28/2014 | INSTRUCCION SCOUT PRO BALANCE |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0074 | 7/28/2014 | INSTRUCCION BALANZA EC15 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0099 | 7/28/2014 | ALERTA DE CALIDAD CAYENNE 70072 |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0100 | 7/28/2014 | ALERTA DE CALIDAD LONGITUD DE PARTES |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0101 | 7/28/2014 | ALERTA DE CALIDAD 70035 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0102 | 9/6/2016 | INSTRUCCION PARA KNURLING TOOL |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0104 | 4/26/2018 | LASER WELD BIOCARDIA 02141 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0108 | 12/8/2014 | LASER ENGRAVING HOLOGIC 100152 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0113 | 6/6/2016 | INSTRUCTIVO PARA MEDICION DE P/N 11728 EN COMPARADOR OPTICO OGP QL20 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0120 | 12/8/2016 | FIRMA TEGRA |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0122 | 7/14/2014 | DETERMINAR LA FRECUENCIA DE MUESTREO |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0127 | 8/7/2015 | LASER ENGRAVING HOLOGIC BAND ASY-05841 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0131 | 4/27/2018 | VERIFICACION DE MATERIAL CON PIN GAGE |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0139 | 8/7/2015 | LASER ENGRAVING ARROW ASY-05841 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0145 | 8/5/2015 | LASER ENGRAVING BAND HOLOGIC XL ASY-05785 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0154 | 4/29/2020 | INSTRUCCION EMPAQUE Y ETIQUETADO DEL PRODUCTO TERMINADO |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0155 | 7/17/2017 | PROCEDIMIENTO DE INSPECCION FINAL |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0159 | 12/8/2016 | INSTRUCCION PARA EL USO DE LA BOMBA DE WATERS 515HPLC |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0164 | 4/10/2017 | CONTROL PLAN MEDTRONIC DISTRACTOR PIN 875-087_088_089-01 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0167 | 1/27/2021 | Buenas Practicas de Documentacion GDP |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0168 | 11/19/2018 | IDENTIFICATION AND TRACEABILITY |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0169 | 7/4/2017 | INSTRUCCION PARA REALIZAR EL DEBURR DEL HEX TUBE CAYENNE 10569 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0177 | 9/11/2020 | INSTRUCCION PARA EL USO DEL LASER POWERENERGY MONITOR OPHIR NOVA |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0182 | 3/19/2015 | INSTRUCCION DE CALIBRACION CHANFER GAGE |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0185 | 9/23/2021 | INSTRUCCION PARA EL MANTENIMIENTO DE EQUIPOS |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0194 | 6/28/2016 | INSTRUCCION PARA EL USO DEL RUGOSIMETRO MITUTOYO SJ-410 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0195 | 10/11/2017 | OPERACION DE PRE-LAVADO |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0196 | 2/1/2017 | INSTRUCCION PARA MEDIR LAS PIEZAS DE MEDTRONIC REDUCTION HEAD 75495525-02 & 86995525-02 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0198 | 4/10/2017 | CONTROL PLAN MEDTRONIC REDUCTION HEAD 75495525-02 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0199 | 10/13/2015 | CONTROL PLAN MEDTRONIC REDUCTION HEAD 86995525-02 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0215 | 7/15/2016 | ALERTA DE CALIDAD MEDTRONIC DISTRACTOR PIN 875-087_088_089-01 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0218 | 7/14/2014 | ACCESO A DOCUMENTOS EN QCBD |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0219 | 1/14/2021 | ENTRENAMIENTOS EN QCBD |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0224 | 6/2/2021 | LIMPIEZA DE LINEA |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0230 | 6/23/2021 | Instruccion para realizar prueba de penetracion_Sharpness Test_Hologic Assembly Cannula Outer EVIVA y ATEC |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0232 | 5/17/2018 | Instruccion para el ajuste y operacion del Hologic Electro-Pneumatic Dimple Fixture |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0233 | 6/11/2020 | PFMEA |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0236 | 12/14/2016 | Instrucción para realizar el Deburr para las partes Reduction Head 75495525-02 & 86995525-02 |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0241 | 10/13/2015 | Instrucción para realizar el Set Up de la M*quina Citizen L20 PN Medtronic Reduction Head 75495525-02 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0246 | 12/15/2014 | Instrucción para realizar el Set Up de la Maquina Citizen K16 PN Cutter Blade Blank 100001 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0248 | 11/25/2015 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN Medtronic Distractor Pin 875-087_088_089-01 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0249 | 2/13/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN Cayenne Cannulated Tibial Driver Welded Tip 11729 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0252 | 1/6/2021 | Buenas Practicas de Manufactura |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0254 | 12/8/2016 | Instruccion para realizar el set up de la maquina Citizen A20 PN 35-0071-01_35-0002-01_35-0071-02 Tunneling Tool |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0255 | 11/25/2015 | Instruccion para realizar el Set Up de la Maquina Citizen k16 PN 100157 _ FAB-08828 _ FAB - 08902 Outer Tube Retainer |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0256 | 5/31/2017 | Instruccion para realizar el Set Up de la Maquina Citizen B12 PN 11730 DRIVER SHAFT TUBE |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0257 | 12/8/2016 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN 405013771 NEEDLE .039 OD x .005 ID |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0258 | 1/14/2015 | Instruccion para realizar el Set Up de la Maquina Citizen L20 PN11480 Engagement Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0259 | 9/4/2014 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 11368 NUT ENGAGEMENT TUBE |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0261 | 1/14/2015 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN34066-1 Knotless Suture Pulley Rod 2.9mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0262 | 2/1/2017 | Instruccion para realizar el Set Up de la maquina Citizen A20 34067-1 Knotless Suture Pulley Rod Midle 2.9 mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0263 | 2/1/2017 | Instruccion para realizar el Set Up de la maquina Citizen A20 70036 Knotless Suture Pulley Rod |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0264 | 5/13/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 100157 _ FAB-08828 _ FAB - 08902 Outer Tube Retainer |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0265 | 1/15/2015 | Instruccion para realizar el Set Up de la maquina Citizen L20 PN 70036 Knotless Suture Pulley Rod |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0267 | 1/20/2015 | Instruccion para realizar el Set Up de la Maquina CitizenB12 PN70035 Knotless Hammer Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0268 | 3/20/2017 | Instruccion para realizar el Set Up de la Maquina Citizen B12 PN NEPG703 BUSHING TUNNELING |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0269 | 10/27/2016 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 70599 Quattro X Driver Shaft 5.5mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0271 | 5/13/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 10569 OVERMOLDABLE HEX TUBE |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0272 | 1/21/2015 | Instruccion para realizar el Set Up de la Maquina Citizen B12 PN 34064 Knotless Hammer Tube 2.9mm Inserter |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0273 | 7/26/2016 | Instruccion para realizar el Set Up de la Maquina CitizenA20 PN 70035 Knotless Hammer Tube |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0276 | 12/15/2014 | Instruccion para realizar el Set Up de la maquina Citizen L20PN10569 Overmoldable Hex Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0277 | 3/20/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN NEPG703 BUSHING TUNNELING |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0278 | 12/15/2014 | Instruccion para realizar el Set Up de la maquina Citizen L20 PN70599 Quattro X Driver Shaft 5.5mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0279 | 4/29/2015 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PNFAB-10013 HOSE BARB XL |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0280 | 12/28/2016 | Instruccion para realizar el Set Up de la maquina Citizen A20 PN10001 CUTTER BLADE BLANK |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0281 | 12/5/2014 | Instruccion para Uso y Mantenimiento de los Block GaGe |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0283 | 12/15/2014 | Instruccion para realizar el Deburr para el numero de parte FAB-10013 Hose Barb XL |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0284 | 12/3/2015 | Instrucción para realizar el Set Up de la M*quina Citizen L20: PN 100157 _ FAB-08828 _ FAB - 08902 Outer Tube Retainer |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0290 | 1/26/2015 | Instruccion para realizar el Set Up de la maquina Citizen A20 PN 90584773601 Cannula Overmolded Shank |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0292 | 5/31/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN11730 Driver Shaft Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0293 | 5/13/2017 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN 11368 NUT ENGAGEMENT TUBE |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0297 | 5/11/2016 | Instruccion para Calibracion del Setting Master de Chamfer Gage |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0302 | 7/28/2017 | Instruccion para realizar el Set Up de la maquina CNC MILL PN 70036 Knotless Suture Pulley Rod _ 34066 -1 Knotless Suture Pulley Rod 2.9 mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0303 | 5/10/2016 | Instruccion para realizar el Set Up de la Maquina Citizen B12 PN 70037 Knotless Suture Pulley Thread |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0304 | 2/24/2015 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 405013771 NEEDLE .039 OD x .005 ID |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0305 | 1/23/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN Y200379 y Y200148 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0307 | 3/13/2017 | Instruccion para realizar el Set Up de la Maquina Citizen L20 PN 75495525-02 REDUCTION MULTIAXIAL HEAD FOR 5.5MM RODTI L20 -374 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0308 | 5/13/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 11480 Engagement Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0309 | 6/11/2015 | Instruccion para realizar el Set Up de la maquina Citizen B12 PN 90584773601 Cannula Overmolded Shank |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0318 | 7/26/2016 | Instruccion para realizar el Set Up de la Maquina Citizen A20PN70072 Preloaded Driver Shaft |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0320 | 5/11/2016 | Instruccion para realizar la operacion de Deburr a la PN 34067-1 y 70036 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0322 | 6/11/2015 | Instruccion para realizar el Set Up de la Maquina Citizen A20PN 34064 Knotless Hammer Tube Inserter 2.9 mm |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0326 | 11/25/2015 | Instruccion para realizar el Set Up de la Maquina Citizen L20 PN 34064 Knotless Hammer Tube Inserter 2.9 mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0334 | 10/13/2015 | Instruccion para realizar el Set Up de la Maquina Citizen L20 ASSET 451 PN 86995525-02 M8 REDUCTION MAS HEAD TI |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0339 | 12/1/2016 | Instructivo para el Reporte de Accidentes e Incidentes |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0347 | 1/9/2016 | Instruccion para realizar el Set Up de la Maquina Citizen A20 - 547 PN : 100157 _ FAB-08828 _ FAB - 08902 Outer Tube Retainer |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0350 | 1/11/2016 | Instruccion para realizar el Set Up de la Maquina Citizen A20 Dissection Punch 4 mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0351 | 1/11/2016 | Instruccion para realizar el Set Up de la Maquina Citizen A20 Dissection Punch 19mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0353 | 11/25/2015 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 34006 Preloaded Glenoid Shaft Tip |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0354 | 9/20/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN34007 Overmoldable Preloaded Glenoid Shaft Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0363 | 11/24/2020 | Politica de Salud y Seguridad Ocupacional |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0364 | 2/15/2021 | Plan de Emergencias |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0371 | 4/27/2018 | Manual de Materiales Peligrosos |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0372 | 9/23/2019 | Instructivo para la revisión de los equipos e implementos de emergencia |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0373 | 12/22/2020 | Instruccion para realizar la operacion de Deburr a la parte 34007 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0379 | 5/11/2016 | Instrucción para realizar el Deburr para los numeros de parte PRT-25117 Dissection Punch4mm y PRT-25055 Dissection Punch 19mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0380 | 12/22/2016 | Instrucción de uso para Vision System Starrett |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0381 | 2/20/2019 | Instrucción de uso para Vision System Micro Vu |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0382 | 7/23/2020 | Procedimiento para el Manejo de JOBs de Desarrollo de Ingenieria (D-JOB) |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0383 | 5/11/2016 | Instrucción de Uso para medidores de altura |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0384 | 5/13/2020 | Instrucción de uso para Relojes Indicadores |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0385 | 4/15/2021 | CR-WI-0385 Procedimiento para DMR. |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0387 | 7/26/2016 | Instruccion para realizar el Set Up de la Maquina Citizen k16 PN 80061 All-Suture Anchor |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0392 | 7/13/2016 | Instruccion para el uso del Comparador Optico Digital |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0393 | 3/9/2017 | Instrucción para los cuidados generales de los equipos de medición Tegra Medical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0395 | 12/7/2016 | Instruccion de trabajo para la operacion de Buffing PN 80061 Inner Shaft Nut . |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0396 | 8/7/2019 | Plan de Combate de Incendios |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0397 | 1/10/2017 | Instrucción para realizar el Set Up de la Maquina Citizen L20 PN 11729 Cannulated Tibial Driver WeldmentTip. |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0399 | 9/26/2016 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN 80378 Deployment Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0400 | 9/26/2016 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN 80377 Hub Deployment Tube |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0402 | 9/26/2016 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN 80376 Spacer Deployment Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0410 | 12/8/2016 | Instructivo para la Investigación de Accidentes e Incidentes |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0411 | 7/4/2017 | Instrucción para realizar el Set Up de la Maquina CNC MILL PN 10569 Ovemoldable Hex Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0412 | 12/9/2016 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 70037 Knotless Suture Pulley Thread |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0414 | 5/31/2017 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN 11730 Driver Shaft Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0420 | 9/26/2016 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN 34067-1 Knotless Suture Pulley Rod Midle 2.9 mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0423 | 9/25/2017 | Instrucción para realizar el Set Up de la Maquina Citizen K16 PN TEG-02-GM214.33-037-03 TIP |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0425 | 11/30/2017 | Manual de Materiales Peligrosos para Citizen |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0429 | 11/30/2017 | Manual de Materiales Peligrosos para Milling |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0452 | 1/27/2021 | Instruccion para crear Change Order en QCBD |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0454 | 11/2/2016 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN 70035 Knotless Hammer Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0455 | 12/14/2016 | Instruccion para la operación de Deburr PN 875-087_088_089-01 Distractor Pin |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0458 | 12/7/2016 | Alerta de Calidad Cayenne 11729 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0463 | 12/7/2016 | Instruccion para realizar el Set Up de la Maquina Citizen L20 PN 70035 Knotless Hammer Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0473 | 1/25/2018 | Instruccion de Uso para el Microgague |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0480 | 2/2/2017 | Instruccion para la medicion con micrometro de PN 11729 _11728 Cannulated Tibial Driver Weldment |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0483 | 6/20/2017 | Alerta de Calidad para defectos cosmeticos en operacion de CNC Hass Mill PN70036_34066-1 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0484 | 6/15/2017 | Instruccion para realizar el Set Up de la Maquina Citizen K16 PN TEG-02-GM214.33-037_041_042-01 BORE HOLE |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0487 | 10/26/2018 | Criterios de Inspeccion de piezas Medtronic |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0491 | 6/19/2017 | Instrucción para realizar la operación secundaria de Limpieza de ID e Inspeccion visual de PN 90584736 Cannula Overmoldable Shank |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0492 | 4/10/2017 | Alerta de Calidad para Comparador Optico QL142085 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0493 | 5/24/2017 | Procedimiento para Rimado del P/N Y200378 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0497 | 9/27/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN FAB-05039_05048_05049_05050_03877_08628__12233_11623 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0498 | 11/12/2020 | Politica de Reclutamiento, promocion y traslados |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0503 | 4/6/2018 | Instruccion para la Creación y Administracion de los Fixtures Tegra Medical Costa Rica |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0506 | 5/11/2017 | Instrucción para realizar el Set Up de la Maquina Citizen A20 PN 35-0456-SHAFT-01_02_03_04_05 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0507 | 1/23/2018 | Gage Repeatability and Reproducibility Procedure |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0510 | 11/12/2020 | Device History Record |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0513 | 5/31/2021 | Instruccion de trabajo para el manejo del form de Traveler Change Request |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0516 | 6/12/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PNTEG -02-0456 Bushing-01_02. |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0518 | 6/12/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN TEG-02-0456-Handle-01_02 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0529 | 9/7/2021 | Instrucción de vestimenta ingreso y operación del cuarto limpio |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0535 | 10/6/2017 | Instrucción para realizar el Set Up de la Maquina Citizen A20 PN 80377 Hub Deployment Tube |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0541 | 7/31/2017 | Instruccion para realizar la medicion con el FIX-0007 PN 70036 Knotless Suture Pulley Rod_34066-1 Knotless suture pulley rod 2.9 mm |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0543 | 7/28/2017 | Alerta de Calida para el P/N 80378 - Tube, Deployment Tube, Frosty Sure lock |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0549 | 4/27/2021 | Procedimiento de Monitoreo de Particulas No Viables Medio Ambiente Controlado (Cuarto Limpio) |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0555 | 8/7/2018 | Instrucción para el Redondeo de Cifras Significativas |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0560 | 10/4/2017 | Instruccin para la medicin de la rectitud con el comparador ptico del nmero de parte FAB-03877 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0561 | 1/23/2018 | Instruccion para crear Change Order de Validaciones |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0563 | 1/24/2018 | Problem Solving Training |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0564 | 6/23/2021 | Instruccin para hacer el Pull Test Moldeo |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0570 | 10/20/2017 | Instruccion para realizar el Set Up de la Maquina Citizen A20 PN 80061 All-Suture Anchor |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0604 | 4/13/2018 | Alerta de calidad para Waters 405013771 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0626 | 11/18/2020 | Instruccion para el ingreso de datos de Medtronic a SOQ |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0647 | 11/11/2020 | Quality Plan Creation |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0649 | 7/3/2019 | Plan de Evacuacion para CR1 y CR2 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0650 | 8/20/2021 | Instruccion para la medida de los PN Smith and New Nephew |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0694 | 7/4/2018 | Instruccion para Laser Weld del PN 00806 Nypro |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0699 | 3/4/2021 | Alerta de Calidad Suture Passer Needle 70172 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0708 | 12/22/2020 | Alerta de Calidad PN 34008 |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0715 | 4/23/2020 | Control Plan for PN 90504774 & 90504774SM Actuator Heat treat Fast Fix 360 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0716 | 4/23/2020 | Control Plan for TEG-02-90504761-01 Shaft Fast Fix |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0718 | 2/15/2019 | INSTRUCCION DE TRABAJO PARA EL MOLDE TEGRA DESCRIPTION S&N-005 TOOL 90504682 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0719 | 6/6/2019 | INSTRUCCION DE TRABAJO PARA EL MOLDE TEGRA DESCRIPTION S&N-004 TOOL 90505021 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0722 | 4/23/2020 | Control Plan for TEG-02-90504761-02 Needle Fast Fix 360 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0727 | 6/18/2020 | Control Plan for P39893 Needle Assy Curved Up Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0736 | 9/28/2018 | Alerta de Calidad PN FAB-11621 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0737 | 5/8/2019 | Instruccion de trabajo para realizar el Ensamble del PN P39899 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0756 | 10/26/2018 | Instruccion para el uso del Equipo Lynx |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0758 | 7/8/2020 | Instruccion para el Uso del Comparador Optico Digital |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0762 | 7/29/2019 | Instruccion Laser Weld PN 90504761 |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0764 | 6/17/2021 | Instruccion procesos de entrenamiento |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0790 | 12/16/2020 | Plan de Monitoreo Certificacion y muestreo Microbiologico para los Cuartos Limpios (CRE-01 & CRE-02) de Tegra Medical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0793 | 7/30/2019 | Instruccion para medir el paralelismo del numero de parte TEG-02-90504761-01 Shaft Fast Fix |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0794 | 6/18/2020 | Control Plan for P39899 Assy Sleeve Obturator Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0795 | 6/18/2020 | Control Plan for P39899 Assy Sleeve Obturator Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0798 | 7/30/2019 | Instruccion para medir el numero de parte TEG-02-90504761-02 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0801 | 5/27/2020 | Control Plan Flextronics Injection Needle ICH-170-1004271 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0807 | 4/16/2020 | Instrucción para el uso del Keyence IM -6145 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0845 | 4/29/2020 | Instrucción para el Empaque y Etiquetado del Producto P39893 P39899 P39904 7512-01 7512-02 y 7510-01 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0875 | 1/16/2020 | Alerta de calidad para los productos de DSM Biomedical 2.0 |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0897 | 8/13/2019 | Control Plan for P40301Needle Stiffener Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0898 | 11/6/2019 | Control Plan for P39897 Needle Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0899 | 6/18/2020 | Control Plan for P40756 Needle Assy Straight Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0900 | 8/13/2019 | Control Plan for P40757 Needle Stiffener Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0901 | 8/13/2019 | Control Plan for P39900 Obturator Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0902 | 8/13/2019 | Control Plan for P39898 Needle Flange Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0903 | 8/13/2019 | Control Plan for P40632 Obturator Sleeve Air 2.0 DSM Biomedical |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0946 | 9/23/2019 | Instrucción de Trabajo para la Reanudación del Panel de Control de la Alarma de Incendios |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0966 | 8/12/2020 | Instruccion de Trabajo para la medicion del numero de parte 90504682 Push Actuator Fast Fix 360 grados |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0993 | 5/15/2020 | Instrucción de Trabajo para Jobs de Venta |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-0994 | 8/11/2020 | Instruccion de trabajo para medir el numero de parte 90504761 needle Assy Fast fix 360 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0995 | 4/23/2020 | Control Plan for 90504761 Needle Assy Fast Fix 360 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0996 | 3/17/2020 | Control Plan for 90505021 Spline Handle 1 Piece Overmolded. |
| 141 | Flores Castillo | Luis Alonso | CR-WI-0997 | 3/17/2020 | Control Plan for PN 90504682 Actuator Push Assembly Fast Fix 360 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1000 | 8/6/2020 | Instruccion de Trabajo para la Inspeccion Visual y Lavado Manual del PN 9050476 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1001 | 3/5/2020 | Control Plan 70172 Suture Passer Needle Weldment Zimmer Biomet |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1009 | 4/17/2020 | Instruccion de Trabajo para el uso del Keyence System XG-X2902 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1032 | 11/12/2020 | Instruccion de Trabajo para el Manejo de Contratistas |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1060 | 5/19/2021 | Instruccion de Trabajo para Medir los numeros de parte 11728 y 11729 |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1063 | 3/18/2021 | Instrucciones de Trabajo para la creación de Job traveler Blanket y Split jobs |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | CR-WI-1073 | 6/8/2021 | Instrucción de trabajo para el manejo del formulario de Order launch |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1092 | 12/8/2020 | Instrucción de Trabajo para verificación de material con Medidores de rosca |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1093 | 3/24/2021 | Work Instruction for Process Development |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1104 | 3/9/2021 | Instrucción de Trabajo para el Manejo y Aceptación de Material suministrado por Clientes |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1115 | 4/15/2021 | Quality Plan: DMR TCR Transition to QCBD |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1116 | 4/22/2021 | Instruccion de Trabajo para Politica de Acciones Disciplinarias |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1117 | 6/15/2021 | Instrucción de Trabajo para Uso de Equipos de Computo e Internet Tegra Medical Costa Rica |
| 141 | Flores Castillo | Luis Alonso | CR-WI-1142 | 9/9/2021 | Instruccion de Trabajo para la creación y clasificación de materiales en JobBoss |
| 141 | Flores Castillo | Luis Alonso | MDQM-1 | 7/23/2021 | Tegra Medical Quality Management System Manual |
| 141 | Flores Castillo | Luis Alonso | QCBD-USERS | 1/24/2018 | QCBD USERS MANUAL |
| 141 | Flores Castillo | Luis Alonso | QMS-1 | 12/2/2020 | QUALITY SYSTEM MANUAL COSTA RICA |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | QP-01 | 7/23/2021 | Quality Policy |
| 141 | Flores Castillo | Luis Alonso | QUALITY POLICY | 10/9/2015 | QUALITY POLICY TRAINING |
| 141 | Flores Castillo | Luis Alonso | SCP-0002 | 3/16/2021 | COMPLAINT HANDLING |
| 141 | Flores Castillo | Luis Alonso | SCP-0003 | 5/20/2021 | CORRECTIVE / PREVENTIVE ACTION |
| 141 | Flores Castillo | Luis Alonso | SCP-0004 | 8/25/2021 | CALIBRATION |
| 141 | Flores Castillo | Luis Alonso | SCP-0005 | 9/9/2021 | RECEIVING INCOMING INSPECTION |
| 141 | Flores Castillo | Luis Alonso | SCP-0006 | 1/12/2021 | DOCUMENT CONTROL |
| 141 | Flores Castillo | Luis Alonso | SCP-0007 | 11/12/2020 | INTERNAL AUDITING |
| 141 | Flores Castillo | Luis Alonso | SCP-0008 | 3/16/2021 | MANAGEMENT REVIEW |
| 141 | Flores Castillo | Luis Alonso | SCP-0009 | 11/11/2020 | MDR HANDLING |
| 141 | Flores Castillo | Luis Alonso | SCP-0011 | 2/15/2021 | PURCHASING |
| 141 | Flores Castillo | Luis Alonso | SCP-0013 | 11/11/2020 | RISK MANAGEMENT |
| 141 | Flores Castillo | Luis Alonso | SCP-0014 | 9/24/2020 | TRAINING |
| 141 | Flores Castillo | Luis Alonso | SCP-0019 | 6/29/2021 | PRODUCTION COSTA RICA |
| 141 | Flores Castillo | Luis Alonso | SCP-0020 | 7/14/2014 | METALS WORKMANSHIP STANDARD |
| 141 | Flores Castillo | Luis Alonso | SCP-0022 | 7/2/2021 | CONTROL OF NONCONFORMIN G PRODUCT |
| 141 | Flores Castillo | Luis Alonso | SCP-0023 | 1/18/2021 | PROCESS VALIDATION |
| 141 | Flores Castillo | Luis Alonso | SCP-0024 | 8/24/2020 | MONITORING AND MEASUREMENT OF PRODUCT |

| Employee ID | Last Name | First Name | Training Name | Date Given | Description tr |
|---|---|---|---|---|---|
| 141 | Flores Castillo | Luis Alonso | SCP-0025 | 11/11/2020 | ADVISORY NOTICE PROCEDURE |
| 141 | Flores Castillo | Luis Alonso | SCP-0026 | 10/28/2020 | CUSTOMER PURCHASE ORDER AND PRODUCT REQUIREMENTS |

**Record Count: 245**

**Filter criteria:**

*Where Employee ID equal to 141*

# *Exhibit 14*


Sean Mikus
General Manager
Karim Silman Director
QA/RA*
Jonathan Murillo
Quality Engineer
Jorge Campos
Quality Engineer
Eduardo Mena
Quality Systems
Engineer
Wady Rosales
Quality Engineer
Maria T. Sancho
Quality Systems
Engineer
Melody Delgado
Quality Engineering Jr
Luis Flores
Quality Engineering Jr
Tannia Orozco Quality
Engineering Technician
Karina Guadamuz
Quality Engineering
Technician
Elizabeth Arrieta Quality
Engineering Technician
Kristel Díaz Quality
Engineering Technician
Pamela Hidalgo
Kenneth Sandi
Carolyne Leon
Quality Leads
Yadicxa Ramirez
Document Control
Specialist
Adriana Bejarano
Training Specialist
Calibration Technician
(2)
Quality Systems
Technician (3)
Quality Inspector (15)
1
2
3
4
5
6
7

# *Exhibit 15*

TEGRA
MEDICAL
Where medical devices come to life.®

November 8, 2024

Re: *Mr. Luis Alonso Flores Castillo*

Dear Sir or Madam:

The purpose of this letter is to confirm the previous employment of Mr. Luis Alonso Flores Castillo with Tegra Medical, La Aurora in Heredia, Costa Rica. Mr. Flores has served us in the position of Jr. Quality Engineer since January 22, 2018.

In this position, Mr. Flores is primarily responsible for using Quality & Process Engineering principles, tools, and practices to improve and optimize systems and processes while mitigating risk, aligned with the overall business and quality vision of the company. He also is responsible for complying with the standards and procedures good manufacturing practices, occupational health, quality and production established by the company. Mr. Flores supports and cultivates a work environment in the company, stimulating proactivity, continuous improvement and good relationships between department and collaborators.

Specific duties for his position include:

- Working independently and in a team setting to support internal and external customers. (10%)
- Investigating and resolving work-in-process problems to reduce/eliminate non-conforming product, scrap, and rework. (15%)
- Leading equipment and processes qualification efforts including validation plan, IQ, OQ, PQ, TMV pertaining to processes sustaining initiatives. (10%)
- Maintaining risk assessments and risk mitigation activities. (10%)
- Participating in product scale-up activities. (5%)
- Optimizing quality processes to provide sustainable gains in cost, effectiveness, risk mitigation and increased product performance through statistical analysis, designed of experiments, and procedural changes. (25%)
- Driving quality improvements by increasing internal competencies in process control, root cause analysis, failure mode and effects analysis (FMEA). (10%)
- Working with suppliers, customers and participating in multi-functional teams to resolve technical/quality issues. (10%)
- Evaluating process critical quality parameters and updating specifications and protocols. (2.5%)

TEGRA
MEDICAL
Where medical devices come to life.®

- Carrying out other duties assigned by the immediate superior and which are related to the nature of its positions. (2.5%)

This role requires an in-depth understanding of industry-specific regulatory standards, including Good Manufacturing Practice (GMP), FDA regulations, and Standard Operating Procedures (SOPs), as well as experience with risk management techniques like Process Failure Modes and Effects Analysis (pFMEA). Additionally, expertise in process validation and verification activities—specifically Installation Qualification (IQ), Operational Qualification (OQ), Performance Qualification (PQ), and Test Method Validation (TMV)—is crucial to ensuring that all systems, processes, and equipment operate within precise specifications.

Each of these tools and standards requires a deep understanding and practical skill level to apply effectively. Test Method Validation (TMV), for example, is a highly specialized area in quality engineering, as it involves verifying that testing methods produce reliable, repeatable results. Achieving competency in TMV requires advanced analytical skills, as well as detailed knowledge of product-specific requirements and industry regulations. Likewise, IQ, OQ, and PQ are comprehensive qualification processes, each with specific protocols designed to confirm that equipment and processes operate within defined limits. This combination of knowledge and hands-on expertise in regulatory requirements equips Mr. Flores with specialized and advanced skills in quality engineering, positioning him as a vital asset in maintaining compliance and enhancing operational efficiency within the company.

In order to gain the knowledge necessary to successfully fill the Jr. Quality Engineer role, the Company believes that it takes a Bachelor's degree in Industrial or Mechanical Engineering as well as years of experience in the manufacturing, quality, and process disciplines. This would mean at least a 4-year degree along with at least 2-3 years of working in these areas to develop the baseline of experience necessary. This experience is needed to develop a deep understanding of the specific products manufactured by the Company, as well as their applications in international markets, where strict quality and regulatory standards apply. This time also helps someone to gain an advanced level of knowledge of the Company's proprietary processes and procedures, which are essential for maintaining product quality and consistency.

I have been employed by Tegra Medical, La Aurora in Heredia, Costa Rica since August 1, 2010, and currently hold the title of Director of Quality Assurance/Regulatory Affairs. I am thus able to verify Mr. Flores' employment in this position with our company.

If you have any questions regarding the employment of Mr. Flores with Tegra Medical, La Aurora, please contact our U.S. immigration counsel, Zachary L. Maria, at zmaria@gands-us.com.

Sincerely,

Karim Silman Winstanley
Director – Quality Assurance/Regulatory Affairs
Tegra Medical, La Aurora

Tegra Medical Costa Rica, S.A.
Partway 602
Global Park Free Zone
La Aurora de Heredia, 40104
Costa Rica
Ph. (506) 4070 0999
Fax: (506) 2235 1773
TEGRA MEDICAL

# *Exhibit 16*

Microsoft Bing junior quality engineer jobs

11840

JOBS SAVED JOBS SAVED SEARCHES

Job title | Location | Distance | Date posted | Job type | Company | Benefit | Salary | Clear filters | Save this search

Any | Quality Engineer | Quality Assurance Engineer | Supplier Quality Engineer | Engineering | Manufacturing Quality Engineer

Junior Quality Engineer Technician
Lumenance
Marysville OH
HEALTH INSURANCE DENTAL INSURANCE +3
10 days ago via beBee

Junior Process Quality Engineer
De La Rue
Malta, OH · Full-time
28 days ago via LinkedIn

Junior Supplier Quality Engineers
Curtiss-Wright Corporation
Pittsburgh, PA · Full-time
401(K) HEALTH INSURANCE PAID TIME OFF
14 days ago via LinkedIn

Junior Supplier Quality Engineers
Curtiss-Wright
Cheswick, PA · Full-time
401(K) HEALTH INSURANCE PAID TIME OFF
14 days ago via Glassdoor

Quality Engineer
Insight Global
Wayne MI
6 days ago via beBee

Quality Engineering Spring Internship
Worthington Steel
Cuyahoga Heights, OH · Full-time
2 days ago via Snagajob

Quality Engineering Spring Internship
Worthington Industries Inc
Garfield Heights, OH · Full-time
8 days ago via Adzuna

Quality Engineer
The Will-Burt Company
Orrville OH
13 days ago via beBee

Quality Engineer Summer Intern
Precision Castparts Corp.
Wickliffe OH
5 days ago via beBee

Quality Engineer
Tempur Sealy International, Inc

## Junior Process Quality Engineer

Save

**De La Rue**
Malta, OH

28 days ago

Apply on LinkedIn

Employment type:
**Full-time**

### Job description

**The Vacancy**

**Main Purpose**

To ensure that manufactured products from the process meet the quality standard agreed with the customer. To develop quality systems and to assist with training of personnel and develop the product and process through continuous improvements activities, corrective, and preventive actions.

**Key Responsibilities**

**Individual**

APQP implementer and driver
Create and update Process FMEAs as required while involvement in job-planning is necessary to focus on prevention mentality
Create risk mitigation plans based on RPNs and come up with process improvements to reduce the RPNs (Quality Systems)
Create new quality systems, conduct quality system improvements, creates quality gates to reduce process waste and protect the end customer
Adheres to and improve lean manufacturing principles on the shop floor and focus on right-first-time to achieve Build in Quality Level 4.
Support projects and work to meet the BIQ costs and savings.
Strive towards a 6-sigma quality level, where appropriate.
Support in external customer complaints and be able to communicate outside the factory
Lead QRQC to ensure that the causes of customer dissatisfaction and internal complaints are identified, and robust actions are introduced to stop reoccurrence
Motivate and lead a group of subordinates aligned with the business strategy. Coaching is expected when required or needed by the subordinates.
Support the Quality Manager in investigations and follow up any pending Process Quality issues.
Work with all the sections in the Currency division to compile CoPQ and have respective actions to reduce and eliminate it
Drive and support problem solving sessions on-line or off-line and drives a zero defects mentality
Be OpEx Driven and support in Floor Management System such as Gemba, Escalations, Daily Routines and TIPS when necessary or required
Interpretation of statistical data and come up with actions to improve Built-in-Quality costs
Support the behaviour of working as One De La Rue, sharing best practice, and collaborating with colleagues outside of own sphere of business.
Assist with the development of audit plans for product and process audits

**Essential Skills, Qualifications And Experience**

Possess a bachelor's degree in Engineering or equivalent in a related field
Understanding of Good Manufacturing practices and lean processes
Experience in a quality related function would be preferable
Demonstrated competency in project management
Excellent communication skills and a team player
Strong analytical and problem-solving skills
3 years of experience in a similar role

**What's in it for you?**

You will benefit from: A competitive salary package

Feedback

indeed

Sign in

What Job title, keywords, or company | Where City, state, zip code, or "remote" | Find Jobs

# Associate Quality Engineer

Carbon Medical Technologies Inc · 4.7 ★

1290 Hammond Road, Saint Paul, MN 55110

$60,000 - $800,000 a year - Full-time

Carbon Medical Technologies Inc

★★★★★ 3 reviews

Read what people are saying about working here.

Apply now

## Profile insights

Find out how your skills align with the job description

**Skills**

Do you have experience in **Technical writing**? Yes No

**Education**

Do you have a **Bachelor's degree**? Yes No

## Job details

Here's how the job details align with your profile.

**Pay**

$60,000 - $800,000 a year

**Job type**

Full-time

## Location

1290 Hammond Road, Saint Paul, MN 55110

## Full job description

Description:

POSITION SUMMARY

The Associate Quality Engineer assists with technical activities to ensure ongoing product compliance with the company's quality management systems and objectives. Responsibilities include supporting quality activities (for all stages of product lifecycle) and taking part in cross-functional teams to achieve company goals.

The ideal candidate is a hands-on critical-thinker that can operate independently to achieve shared team goals. This position is a part of the QA/RA team and reports to the Quality Director

Requirements:

KNOWLEDGE AND EXPERIENCE REQUIREMENTS

**Education:** Bachelor's degree in a scientific or technical discipline.

**Experience:** 1+ year(s) experience within a regulated industry (medical device experience preferred), or similar.

Experience with Quality Management Systems and knowledge of ISO 13485.

**Other Skills:**

- Good mechanical/technical aptitude.
- Effective technical writing and communication skills; good organizational skills.
- Excellent attention to detail.
- The ability to interface professionally and diplomatically throughout the organization is required.

**POSITION RESPONSIBILITIES**

1. Perform and document engineering studies, including process validations and verifications.

- Assist with sterilization monitoring/revalidation, and environmental monitoring programs.
- Assist with implementation of new equipment and maintenance/calibration of existing equipment
- Carry out technical protocols and/or inspection procedures as assigned

2. Document nonconforming product reports and potential rework opportunities

- Provide data trending and perform root cause assessment for corrective and preventative action

3. Perform activities to maintain the effectiveness of the quality system.

- Assist in supplier monitoring and respond to customer compliance requests
- Assist in planning and conducting internal and external audits to assess compliance with quality and regulatory requirements
- Ensure proper documentation and traceability of quality activities and findings

4. Participate in continuous improvement initiatives to enhance product quality, reduce defects, and improve processes

5. Participate in cross-functional development teams to provide product quality insight and feedback.

6. Conduct inspection and quality checks on incoming materials, in-process products, and finished goods to ensure compliance with specifications and standards

7. Assist Quality Assurance, Manufacturing, or other functions as needed.

**This position is an on-site position. Not for remote.**

**Salary ranging from $60,000 - $80,0000**

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Quality Engineer jobs in Saint Paul, MN

Jobs at Carbon Medical Technologies in Saint Paul, MN

Quality Engineer salaries in Saint Paul, MN

Hiring Lab Career advice Browse jobs Browse companies Salaries Indeed Events Work at Indeed Countries About Help ESG at Indeed

© 2024 Indeed Your Privacy Choices Accessibility at Indeed Privacy Center and Ad Choices Terms

indeed

Sign in

What Job title, keywords, or company
Where City, state, zip code, or "remote"
Find Jobs

# Associate Quality Engineer

Biolife LLC

8163 25th Court East, Sarasota, FL 34243

Full-time

Apply now

## Profile insights

Find out how your skills align with the job description

**Skills**

Do you have experience in **Quality management**? Yes No

**Education**

Do you have a **Bachelor's degree**? Yes No

## Job details

Here's how the job details align with your profile.

**Job type**

**Full-time**

**Shift and schedule**

**10 hour shift**

## Location

8163 25th Court East, Sarasota, FL 34243

## Benefits

Pulled from the full job description

- 401(k)
- Dental insurance
- Employee assistance program
- Flexible schedule
- Flexible spending account
- Health insurance

Show more

## Full job description

Biolife, LLC, a rapidly growing medical device manufacturer in Sarasota, has an immediate part-time opening for an Associate Quality Engineer to join our team. This position provides an excellent opportunity for the right candidate to learn about medical device manufacturing processes and is ideal for someone committed to learning and growing. If you are detail oriented, energetic and enjoy working in a friendly team environment, this job is for you.

Biolife products help to improve patient care and outcomes. The Company is growing at a tremendous pace, is consistently profitable, and relentlessly pursues their corporate Vision, "To contribute to the universal greater good by providing products that save lives, and reduce pain and suffering". Come join a team where your daily work can contribute to achieving company growth and be personally rewarding at the same time.

**Summary Description:**

Ensure all relevant quality requirements for products and processes are met while maintaining compliance with Federal and International regulatory requirements (21CFR,ISO13485, Health Canada and European Union Medical Device Regulation (MDR), etc.).

**Key Responsibilities:**

- Develop, maintain, and improve Quality Management System (QMS)
- Timely and accurate generations of quality documents: Standard Operating Procedures (SOPs); Work Instructions; Specifications; Master Manufacturing Records; Inspection and Test Procedures and report forms; Equipment Qualifications Protocols; Process Validations Protocols and reports; Design Control documentation; etc.
- Ensure timely review and approval of production records, procedures, and risk assessments
- Supports completion of nonconformances, corrective actions/preventive actions (CAPAs), deviations, and supplier-initiated change controls
- Ensure timely evaluation and closure of batch release and material hold events
- Communicate lot disposition pending issues to management
- Supports approval of change records
- Maintain metrics related to the Quality Management System (QMS) in support of the Management Review
- Monitor the production process and interface with other departments to address and resolve operations problems and improve methods, processes, and specifications
- Collaborates with cross-functional departments to ensure timely implementation of quality records
- Supports stakeholders during the execution of quality system and product audits and inspections.
- Conduct internal quality audits as needed
- Create QMS awareness and provide training as needed
- Supports the overall process of Quality Assurance (QA) and Quality Control (QC)
- Work closely with suppliers to continuously improve the quality of incoming raw materials through management of the Supplier Quality Process
- Performs independent technical assessment on product quality performance and post-market product quality analysis to lead quality related problem solving and root cause analysis during design and manufacturing and initiates field actions when required
- Produces and completes Quality Engineering documents under supervision
- Responsible for performing timely detailed quality engineering tasks such as; assessing product designs and reviewing test and other performance data, analyze market feedback, completing or assisting with root cause analysis and quality problem solving
- Performing QC inspection
- Lab work, as necessary
- Other duties as needed

**Qualifications:**

- Currently pursuing a BS degree in the engineering, chemistry, biological sciences or related field
- Ability to effectively negotiate and build collaboration among individuals
- Requires the ability to change the thinking of, or gain acceptance from, others in sensitive situations, without damage to the relationship
- Exceptional organizational skills and attention to detail
- Needs to have the ability to work independently and make decisions
- Use professional concepts and company objectives to resolve complex issues in creative and effective ways
- Knowledge of Microsoft Office (Excel, Word, PowerPoint

Job Type: Part-time (20hrs/week)

Benefits: None

Schedule: Flexible

Education: Student

Experience: None required

Work Location: In person

Job Type: Full-time

Benefits:

- 401(k)
- Dental insurance
- Employee assistance program
- Flexible schedule
- Flexible spending account
- Health insurance
- Health savings account
- Life insurance
- Paid time off
- Referral program
- Tuition reimbursement
- Vision insurance

Schedule:

- 10 hour shift

Education:

- Bachelor's (Preferred)

Experience:

- Lab Environment: 5 years (Preferred)

Work Location: In person

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

**Report job**

Quality Engineer jobs in Sarasota, FL

Jobs at Biolife in Sarasota, FL

Quality Engineer salaries in Sarasota, FL

Hiring Lab   Career advice   Browse jobs   Browse companies   Salaries   Indeed Events   Work at Indeed   Countries   About   Help   ESG at Indeed

© 2024 Indeed   Your Privacy Choices   Accessibility at Indeed   Privacy Center and Ad Choices   Terms

# *Exhibit 17*

| | | |
|---|---|---|
| TEGRA MEDICAL | **VARIABLE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL** | CR-REC-0268 |
| | | REV: 2 |
| | | Page 1 of 16 |

| | | | |
|---|---|---|---|
| **Gage Family:** | **Visual System**<br>**Micrometer**<br>**Optical Comparator** | **Study Number:** | **TMV-0104** |
| **Characteristic:** | **EDM Witness Marks .020" Max.**<br>**Flat Thickness .018" ± .001"**<br>**Tip radius .004" ± .002"** | **Document Revision:** | **1** |
| **Part Name & Number:** | **Push Actuator, Heat Treat Fast Fix 360°, P/N 90504774** | **Date:** | **29-Oct-18** |

| **TEGRA MEDICAL APPROVALS** | | | |
|---|---|---|---|
| **Function** | **Print Name** | **Signature** | **Date** |
| Project Leader | Luis Alonso Flores | LFlores | 14-Nov-18 |
| Quality Engineer | Jorge Campos | J. Campos | 14-Nov-18 |
| Engineering Representative | Mauricio Rodriguez | M. Rodriguez | 11-14-18. |
| Operations or Manufacturing Manager/Representative | José Ramirez | JRamirez | 11/14/18 |
| Quality Manager | Karen Silman | KSilman | 15-Nov-18 |

| **SMITH & NEPHEW APPROVALS** | | | |
|---|---|---|---|
| **Function** | **Print Name** | **Signature** | **Date** |
| | | | |
| | | | |
| | NA | | |
| | Refer | to the next page | for |
| | Customer | Approval signs | LFlores 23Nov18 |

| TEGRA MEDICAL | VARIABLE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL | CR-REC-0268 |
|---|---|---|
| | | REV: 2 |
| | | Page 1 of 9 |

| | | | |
|---|---|---|---|
| **Gage Family:** | **Pin Gage** | **Study Number:** | **TMV-0127** |
| **Characteristic:** | **Width .018" ± .001"** | **Document Revision:** | **1** |
| **Part Name & Number:** | **Needle, Fast Fix 360° P/N TEG-02-90504761-02** | **Date:** | ~~3-Jan-18~~ ① |

**TEGRA MEDICAL APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Leader | Luis Alonso Flores | LFlores | 3 Jan 19 |
| Quality Engineer | Jorge Campos | J. Campos | 03/Jan/19 |
| Engineering Representative | Fabian Mora | F. Mora | 03/Jan/19 |
| Operations or Manufacturing Manager/Representative | Ricardo Castro | RCastro | 1/3/19 |
| Quality Manager | Karina Silman | KSilman | 03 Jan 19 |

① Typo error, read correctly 3-Jan-19 LFlores 3 Jan 19

| | | |
|---|---|---|
| TEGRA MEDICAL | VARIABLE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL | CR-REC-0268<br>REV: 2<br>Page 1 of 11 |

| | | | |
|---|---|---|---|
| **Gage Family:** | **Visual System** | **Study Number:** | **TMV-0128** |
| **Characteristic:** | **Perpendicularity** | **Document Revision:** | **1** |
| **Part Name & Number:** | **Actuator Push Assembly Fast-Fix, P/N 90504682** | **Date:** | **21-Dec-18** |

**TEGRA MEDICAL APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Leader | ① ~~LFlores~~ Luis Alonso Flores | LFlores | 3 Jan 19 |
| Quality Engineer | Jorge Campos | J Campos | 3 Jan 19 |
| Engineering Representative | Johnny Hinrichs Naranjo | J Hinrichs | 3-Jan-19. |
| Operations or Manufacturing Manager/Representative | Ricardo Castro Castro | RCastro | 1/3/19 |
| Quality Manager | Karim Silman | KSilman | 03-Jan-19 |

**SMITH & NEPHEW APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Leader | Bill Karpovich | Bill Karpovich | 2 Jan 2019 |
| Manufacturing Engineer | David Zelenis | David Zelenis | 2 JAN 2019 |
| R+D Engineer | Eric Tar | [signature] | 02 Jan 19 |
| Quality Engineer | Jeremiah Shyne | Jeremiah D Shyne | 02 JAN 2019 |

① Wrong entry LFlores 3 Jan 19

| | | |
|---|---|---|
| TEGRA MEDICAL | VARIABLE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL | CR-REC-0268<br>REV: 2<br>Page 1 of 10 |

| | | | |
|---|---|---|---|
| **Gage Family:** | **Visual System** | **Study Number:** | **TMV-0129** |
| **Characteristic:** | **Parallelism .003" Max** | **Document Revision:** | **1** |
| **Part Name & Number:** | **Spline Handle, 1 piece, Overmolded, P/N 90505021** | **Date:** | **9-Feb-19** |

**TEGRA MEDICAL APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Leader | Luis Alonso Flores | LFlores | 19Feb19 |
| Quality Engineer | Jorge Campos | J-Campos | 2/18/19 |
| Engineering Representative | Johanny Hinrichs N. | J.Hinrichs | 18-Feb-19. |
| Manufacturing Manager/Representative | Eduardo Villalobos | [signature] 2/18/19 | 2/18/19 |
| Quality Manager | Karim Silman | KSilman | 18-Feb-19 |

**SMITH & NEPHEW APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Quality Engineer | Jeremiah Shyne | [signature] | 14FEB2019 |
| Manufacturing Engineer | David Zelonis | [signature] | 14 Feb 2019 |
| R+D Engineer | Eric Tor | [signature] | 14Feb19 |
| Project Manager | Bill Karpavich | Bill Karpavich | 14 Feb 2019 |

| TEGRA MEDICAL | VARIABLE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL | CR-REC-0268 |
|---|---|---|
| | | REV: 2 |
| | | Page 1 of 9 |

| | | | |
|---|---|---|---|
| **Gage Family:** | **Visual System** | **Study Number:** | **TMV-0130** |
| **Characteristic:** | **Distance 197" ± .002"** | **Document Revision:** | **1** |
| **Part Name & Number:** | **Spline Handle, 1 piece, Overmolded, P/N 90505021** | **Date:** | **4-Jan-18** |

**TEGRA MEDICAL APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Leader | Luis Alonso Flores | LFlores | 9 Jan 19 |
| Quality Engineer | Jorge Campos | J. Campos | 9-Jan-19 |
| Engineering Representative | Johanny Hinrichs N | J. Hinrichs | 9-Jan-19. |
| Operations or Manufacturing Manager/Representative | Ricardo Castro | R.castro | 01/09/19 |
| Quality Manager | Karina Silman | KSilman | 09-Jan-19 |

**SMITH & NEPHEW APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Mfg. Eng. | David Zelonis | [signature] | 09 JAN 2019 |
| R+D Engineer | Eric Tat | [signature] | 09JAN19 |
| Quality Engineer | Jeremiah Shyne | [signature] | 09JAN2019 |
| Project MANAGER | Bill KARPovich | Bill Karpovich | 09 JAN 2019 |

| TEGRA MEDICAL | VARIABLE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL | CR-REC-0268<br>REV: 2<br>Page 1 of 10 |
|---|---|---|

| | | | |
|---|---|---|---|
| Gage Family: | Drop Indicator and FIX-0156 | Study Number: | TMV-0149 |
| Characteristic: | Width .066" +.000" / -.003" | Document Revision: | 1 |
| Part Name & Number: | Shaft, Fast Fix 360° P/N TEG-02-90504761-01 | Date: | 08-07-19 |

**TEGRA MEDICAL APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Leader | Luis Alonso Flores | L Flores | 08/16/19 |
| Quality Engineer | Jorge Campos Ch. | J Campos | 08/16/19 |
| Engineering Representative | Daniel Guerrero | dguerrero | 08/16/19 |
| Operations or Manufacturing Manager/Representative | José Ramírez | JRamírez | 08/16/19 |
| Quality Manager | Karina Silman | K Silman | 08-16-19 |

**SMITH & NEPHEW APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Leader | Bill Karpovich | Bill Karpovich | 15 AUG 2019 |
| Quality Engineer | Jeremiah Sline | Jeremiah D Sline | 15 AUG 2019 |
| R&D | Eric Tar | [illegible] | 15 AUG 19 |
| Manufacturing Engineer | [illegible] | [illegible] | 15 AUG 2019 |

| | | |
|---|---|---|
| TEGRA MEDICAL | ATTRIBUTE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL | CR-REC-0272<br>REV: 2<br>Page 1 of 11 |

| | | | |
|---|---|---|---|
| **Gage Family:** | Microscope 10X | **Study Number:** | TMV-0152 |
| **Characteristic:** | No burrs on Slot .212" | **Document Revision:** | 1 |
| **Part Name/Number:** | Shaft, Fast Fix 360° - TEG-02-90504761-01 (90504761) | **Date:** | 09-16-19 |

| Function | TEGRA MEDICAL APPROVALS | | |
|---|---|---|---|
| | Print Name | Signature | Date |
| Project Leader | Luis Alonso Flores | LFlores | 09-16-19 |
| Quality Assurance | Jorge Campos | J-Campos | 09/16/19 |
| Engineering | Mauricio Rodriguez | M Rodriguez | 09-17-19 |
| Operations or Manufacturing Manager | Eduardo Villillas | EVillillas | 09/17/19 |
| Quality Manager | Karen Silman | KSilman | 09-17-19 |

| Function | SMITH & NEPHEW APPROVALS | | |
|---|---|---|---|
| | Print Name | Signature | Date |
| Project Manager | Bill Karpovich | Bill Karpovich | 30 Sept 2019 |
| Manufacturing Engineer | David C. Schwinn | D McSlin | 26 SEP 2019 |
| R&D Engineer | Eric Tar | [signature] | 26SEP19 |
| Quality Engineer | Jeremiah Slyne | Desmond D [illegible] | 26SEP2019 |

TEGRA MEDICAL

**VARIABLE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL**

CR-REC-0268

REV: 2

Page 1 of 14

| | | | |
|---|---|---|---|
| Gage Family: | Keyence System XG-X2902 | Study Number: | TMV-0159 |
| Characteristic: | Length 7.571" ± .005" & Perpendicularity .003" Max | Document Revision: | 1 |
| Part Name & Number: | Actuator Push Assembly Fast Fix 360° PN 9054682 | Date: | 04-29-20 |

**TEGRA MEDICAL APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Leader | Luis Alonso Flores | LFlores | 05-07-20 |
| Quality Engineer | Jorge Campos | J. Campos | 05/07/20 |
| Engineering Representative | Johanny Hinrichs Naranjo | J. Hinrichs | 05-11-20 |
| Operations or Manufacturing Manager/Representative | Daniel Tirado | DTirado | 05-11-20 |
| Quality Manager | Karina Silvera | K. Silvera | 05-11-20 |

**SMITH & NEPHEW APPROVALS**

| Function | Print Name | Signature | Date |
|---|---|---|---|
| Project Manager | Bill Karpovich | Bill Karpovich | 13 May 2020 |
| Manufacturing Engineer | David Zelonis | Dave Zelonis | 13 MAY 2020 |
| R&D Engineer | Jeremiah Shyne | [illegible] | 13MAY2020 |
| Quality Engineer | Mailing Fuentes | MFuentes | 14 May 20 |
| Manufacturing Engineer (S&N Coyol) | Josue Arrieta Alfaro | JARRIETA | 13 May 20 |

| TEGRA MEDICAL | ATTRIBUTE GAGE REPEATABILITY AND REPRODUCIBILITY PROTOCOL | CR-REC-0272 |
|---|---|---|
| | | REV: 2 |
| | | Page 1 of 15 |

| | | | |
|---|---|---|---|
| **Gage Family:** | Keyence System IM-7030 | **Study Number:** | TMV-0161 |
| **Characteristic:** | Parallelism .002" Max | **Document Revision:** | 1 |
| **Part Name/Number:** | Needle Assy, Fast Fix 360° , P/N 90504761 | **Date:** | 07-08-20 |

| Function | TEGRA MEDICAL APPROVALS | | |
|---|---|---|---|
| | Print Name | Signature | Date |
| Quality Assurance | Luis Alonso Flores | L. Flores | 07-16-20 |
| Engineering Representative | Fabián Mora | F. Mora | 07/16/20 |
| Operations or Manufacturing Manager | ~~F~~ ① José Ramirez | J Ramirez | 07/16/20 |
| Quality Manager | Karim Silman | K Silman | 07-28-20 |

| Function | SMITH & NEPHEW APPROVALS | | |
|---|---|---|---|
| | Print Name | Signature | Date |
| Project Manager | | DocuSigned by: William Karpovich | |
| Manufacturing Engineer | | | DocuSigned by: David Zelonis |
| R&D Engineer | | | |
| Quality Engineer | | DocuSigned by: jeremiah shyne | |
| Manufacturing Engineer (S&N Coyol) | | DocuSigned by: Mailing Fuentes | DocuSigned by: Jesus Arrieta |

Signer Name: William Karpovich
Signing Reason: I approve this document
Signing Time: 15-Jul-2020 | 19:57:35 BST
811B7E84560A440EA0C913AD961EF567

Signer Name: David Zelonis
Signing Reason: I approve this document
Signing Time: 15-Jul-2020 | 20:13:42 BST
2FF42F6A486D49F3B8F921391AD59E67

Signer Name: jeremiah shyne
Signing Reason: I approve this document
Signing Time: 16-Jul-2020 | [illegible] BST
B17D117B35724D55A8DD7FEDA091DA71

Signer Name: Mailing Fuentes
Signing Reason: I approve this document
Signing Time: 15-Jul-2020 | 22:05:51 BST
9A4E41CF497C[illegible]

Signer Name: [illegible] Arrieta
Signing Reason: I approve this document
Signing Time: 15-Jul-2020 | 20:24:02 BST
79D09F7115EC4B17A3B9990C70A27585

① Wrong Entry F. Mora 07/16/20

# *Exhibit 18*


TEGRA MEDICAL
SFS
Automated Manufacturing of Meniscal Repair Devices Fast Fix 360
Team: Fabian Mora, Melody Delgado, Mario Figueroa, William Artavia, Pablo Chinchilla, Leonardo Morera, Javier Cabrera, Paul Quitzau, David Patch, Luis Flores
SFS Value Engineering Award 2023

# Automated Manufacturing of Meniscal Repair Device
# Idea behind the Project and Value for SFS

## Idea behind the Project and Customer Benefit

These meniscal repair devices improve people's lives. When there is an improvement in manufacturing and supply chain processes at Tegra Medical, this helps the customers in that mission. Applying the "local for local" strategy, Tegra Medical moved production from the USA to Costa Rica to reduce logistic costs and improve units per hour. In addition, the customer Smith+Nephew transferred the molding process from Phillips to Tegra Medical Costa Rica, giving more revenue to Tegra Medical Costa Rica, and streamlining the supply chain. Automation increased reliability and reduced the labor content for one of Tegra Medical's key product lines.

**Project Plan Key Milestones**

- 2015 Production only Metals
- 2016 Automated Laser Processes for Metals
- 2020 Vertical Integration Molding in Costa Rica
- 2021 Transfer all ops to Costa Rica
- 2023 Further Laser Automation

## Creating Value for SFS

**Turnover Growth:** When production was done between Tegra Medical and Phillips, the demand for Tegra Medical used to be 240k units per year. In 2020, when the vertical integration was implemented, insourcing the molding process, the demand increased to 400k units per year. Turnover grew from $1.70M in 2021 to $5.00M in 2023.

**Margin Improvement:** The margin improvement coming from this project is 5.40%. The deployment of the automation reduced the labor content by 35% (6 people for the laser operation).

**Sustainability Improvement (EGS):** Reduction of the CO2 footprint related to shipments from USA to Costa Rica.



# Automated Manufacturing of Meniscal Repair Device

## Creating Value for the Customer

**Functionality improvement:** Due to insourcing of molding, Tegra Medical Costa Rica was able to provide further value engineering. A critical metal feature that was required previously for the external molding operation is no longer necessary. This allowed Tegra Medical Costa Rica to increase process stability, eliminate a 100% inspection, and improve productivity.

**Cost Reduction for the customer:** related to freights from Tegra Medical to Smith+Nephew Costa Rica. The freight costs went from $40k per year to less than $10k per year.

**Sustainability Improvement (EGS):** Costa Rica, as a country, is known for implementing politics for environmental sustainability. Tegra Medical Costa Rica is part of those efforts, on this project the CO2 emission related to transport was reduced by > 16 tons in 2023 (99.58% reduction).



# Automated Manufacturing of Meniscal Repair Device

## Deployment of SFS Value Engineering principles

### Optimizing the Product, Improving the Processes:

By consolidating all manufacturing operations in Costa Rica, Tegra Medical Costa Rica increases the value add due to the insourcing of molding and significantly reduced logistic cost. Smith+Nephew managed to reduce their supplier base and sourcing costs while partnering with Tegra Medical Costa Rica, a reliable supplier with a strong local presence.

### Leverage the advantages of Digitization:

The adoption of digitization, through robots, PLC and programming, facilitated a higher degree of automation, which in turn led to reduced manufacturing costs, improved margins, and, ultimately, a more stable supply chain. Digital software tools, such as "PowerBi", "Minitab" and others, are now employed to monitor manufacturing output, aligned with specific production KPIs. Based on these insights, further improvement projects are launched, continuously enhancing productivity.

### Speed of Project Implementation through use of Digital / Industry 4.0:

CNC programing and robot programming were needed to complete this project. Integration between robot interfaces and programming of the machines was required. Project is giving the advantages of Industry 4.0, such as: Safety, time reduction, scalability and flexibility, improved control by "Big Data" generated, and others.

# Automated Manufacturing of Meniscal Repair Device

## Diversity of thought and future opportunities



### Diversity of thought and Inclusion Practices Applied

Project was coordinated and implemented by multidisciplinary teams, including Quality, Engineering, Production. Collaboration between Tegra Medical Franklin and Tegra Medical Costa Rica sites, to transfer the production lines and automation equipment.

### Future Success through multiplication opportunities

This represents a crucial component of the business, contributing to approximately one-third of its revenue for Tegra Medical Costa Rica. In addition to Smith+Nephew, Tegra Medical produces Meniscal Repair Devices for two other key customers. The insights gained can directly be multiplied to other applications, leading to further enhancements in productivity and quality. Moreover, Tegra Medical Costa Rica is actively involved in the development of Smith+Nephew's next-generation meniscal repair device, known as the Fast Fix Flex. This collaboration underscores the strong partnership between the two companies and highlights Tegra Medical Costa Rica performance.

Inventing success together

# Disclaimer Confidential

Tegra Medical (SFS) retains and reserves all rights to the disclosed information. The information shall be kept confidential and shall be used for the purpose of collaboration with Tegra Medical (SFS) only. Without the prior written consent of Tegra Medical (SFS), the information shall not be copied, forwarded or disclosed to third parties. Upon first request of Tegra Medical (SFS), all information shall be immediately deleted/destroyed.

TEGRA MEDICAL

Where medical devices come to life.®

# International Management Conference

**Tegra Medical Franklin Welding Automation**



# Agenda

1. **Medtronic Tissue Shavers**
   Customer Situation
   Demand and Forecast

2. **Current Welding Solution**
   Manual Weld and Straightening
   Cycle Time Analysis

3. **Automation Development**
   Process and System Development

4. **Automation Solution**
   Benefits and Savings

# TruClear → Caravan Medtronic Tissue Shavers

# TruClear
## Industry Standard

- TruClear Tissue Shavers
  - Hysteroscopic tissue removal system
  - Used for myomectomies (fibroid removal), polypectomies (polyp removal), diagnostic visual D&C procedures, and endometrial biopsies
- According to the National Institute of Health, hysteroscopy represents the gold standard for the diagnosis and treatment of intrauterine pathologies
- Substantial portion of Tegra Medical business is production of hysteroscopic tissue shavers, with largest customers forecasting huge growth including Medtronic (TruClear/Caravan), Arthrex, and Hologic (MyoSure)



TruClear™ 8.0 hysteroscope set



TruClear™ INCISOR™* device

TruClear™ INCISOR™* Plus device

# Medtronic
## TruClear: past, present and future

- Smith & Nephew launches TruClear product line [November 2009]
- Medtronic purchases TruClear product line from Smith & Nephew [August 2016]
- Medtronic begins development of next gen TruClear, aka Caravan [January 2019]
- Medtronic begins development of an additional mini-shaver, aka Dynamite [September 2020]

# Medtronic
## Extreme demand change

- Q3 2021, Tegra is notified of extreme demand increase for the Incisor assemblies, due to market demand increases and Medtronic's changed inventory strategies during COVID
- Tegra Medical short term;
  - Created project team to support ramp up
  - Initiated process improvements and reduced inspection initiatives
  - Worked with external suppliers for improved capacity initiatives
- Tegra Medical long term;
  - Designed and built laser automation system
  - Automated system cuts manual loading cycle time in half
  - Automated system eliminates need for 100% manually post-welding straightening operation



# Medtronic
## Directional forecast

| Family | Description | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|
| TruClear | Ultra Mini Outer | 19,000 | 17,894 | 15,750 | 9,720 |
| TruClear | Ultra Mini Inner | 22,000 | 20,720 | 18,237 | 11,254 |
| TruClear | Ultra Plus Outer | 12,000 | 10,741 | 9,504 | 5,469 |
| TruClear | Ultra Plus Inner | 12,000 | 10,741 | 9,504 | 5,469 |
| TruClear | Incisor Outer | 144,000 | 134,819 | 112,499 | 67,094 |
| TruClear | Incisor Inner | 144,000 | 134,819 | 112,499 | 67,094 |
| TruClear | Incisor Plus Outer | 27,000 | 25,044 | 23,932 | 14,385 |
| TruClear | Incisor Plus Inner | 27,000 | 25,044 | 23,932 | 14,385 |
| Caravan | Outer, DTS Mini | 2,930 | 3,114 | 7,085 | 14,442 |
| Caravan | Inner, DTS Mini | 2,930 | 3,114 | 7,085 | 14,442 |
| Caravan | Outer, DTS Plus | 2,638 | 2,764 | 6,247 | 13,093 |
| Caravan | Inner, DTS Plus | 2,638 | 2,764 | 6,247 | 13,093 |
| Caravan | Outer, STS Mini | 19,572 | 21,215 | 56,177 | 116,296 |
| Caravan | Inner, STS Mini | 19,572 | 21,215 | 56,177 | 116,296 |
| Caravan | Outer, STS Plus | 3,028 | 3,232 | 6,289 | 16,129 |
| Caravan | Inner, STS Plus | 3,028 | 3,232 | 6,289 | 16,129 |
| Dynamite | Inner, Assy | 2,319 | 11,644 | 18,165 | 34,429 |
| | | 465,655 | 452,114 | 495,618 | 549,218 |

# Medtronic
## Estimated revenue

| | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|
| **TruClear** [8 SKUs combined] | $8.3M | $8.3M | $7.2M | $6.0M |
| **Caravan** [8 SKUs combined] | $1.1M | $1.5M | $3.6M | $7.6M |
| **Dynamite** [1 SKU] | $50k | $225k | $360k | $650k |
| ***Total revenue*** | $9.4M | $9.8M | $10.8M | $14M |

# Current Welding Solution

# TruClear
# Weld Process



- Deep drawn tip and tube are manually loaded into lathe
- Single laser tac welds in two places, then 360º weld along seam
- Operator checks the ID of each part with a mandrel to ensure there is no ID occlusion
- Current run rate is 65 parts per hour

# TruClear
## Straightening

- Welded assemblies are inspected 100% for straightness in Secondary department
- Tips are straightened as they are inspected
- Current run rate is 81 parts per hour (PPH)



# TruClear
## Historic Demand

- Historic demand for TruClear Shavers:
  - Incisor (302710/302712): **8,000 units per month**
  - Incisor Plus (302483/302438): **1,000 units per month**
  - Total of **19,800 units per month** (including overall scrap rate), resulting in planned Manual Weld time of **311.9 hours (13 total days),** and Secondary straightening time of **220 hours (9.2 total days)**

| Product Part Numbers | 302710 | 302712 | 302483 | 302438 | Total/Month |
|---|---|---|---|---|---|
| Demand/Month | 8,800 | 8,800 | 1,100 | 1,100 | 19,800 |
| Weld Planned PPH (Manual) | 66 | 65 | 70 | 40 | [redacted] |
| Weld Planned Hours/Month | 133.3 | 135.4 | 15.7 | 27.5 | 311.9 |
| Secondary Planned PPH | 81.0 | 105.0 | 80.0 | 80.0 | [redacted] |
| Secondary Planned Hours/Month | 108.6 | 83.8 | 13.8 | 13.8 | 220.0 |

# TruClear
## Current Demand

- Due to increased demand and customer backlog, new demand:
  - Incisor (302710/302712): **12,000 units per month**
  - Incisor Plus (302483/302438): **2,250 units per month**
  - Total of **31,350 units per month** (including overall scrap rate), or a **59% increase**, resulting in planned Manual Weld time of **500.3 hours** (**20.8 total days**), and Secondary straightening time of **350.6 hours (14.6 total days)**

| Product Part Numbers | 302710 | 302712 | 302483 | 302438 | Total/Month |
|---|---|---|---|---|---|
| Demand/Month | 13,200 | 13,200 | 2,475 | 2,475 | 31,350 |
| Weld Planned PPH (Manual) | 66 | 65 | 70 | 40 | |
| Weld Planned Hours/Month | 200.0 | 203.1 | 35.4 | 61.9 | 500.3 |
| Secondary Planned PPH | 81.0 | 105.0 | 80.0 | 80.0 | |
| Secondary Planned Hours/Month | 163.0 | 125.7 | 30.9 | 30.9 | 350.6 |

# Automated Welding Development

# Automated Welding Development
## Process Comparison

| | Manual | Automated |
|---|---|---|
| Quality | Good – but operator dependent | Very Good - no operator, minimal variation, larger process window |
| Throughput | Low - 19 operator motion steps, all serial | Very Hi - 7 automated handling steps, 4 are parallel |
| Footprint | Large - requires 3-4 manual systems to achieve output of 1 automated system | Small - one automated system = 3-4 manual system |

# Automated Welding Development
## Automation System Diagram



# Automated Welding Development
## Automated Solution Benefits

Improved Process Quality
- Robot doesn't make adjustments or try and improve things
- Machine vision feedback verifies critical part location
- Sensors verify tip to tube contact
- 3-Tack laser system improves straightness yield
- 100% Inline gaging verifies straightness
- Output segregation eliminates accidental mixing lot quality

Reduced Variation
- Laser focus performed by the automation
- Component fixturing performed by the automation and is immune to tooling wear

Increased Throughput/Reduced Tact Time
- Concurrent operation - getting next tips/tubes, welding & gaging straightness operating in parallel is achieved by:
  - Advanced fixture design allows for rapid insertion/removal of parts regardless of length or diameter
  - Robot speed is optimized to match the welding process (pacer)
  - Robot doesn't fatigue, become distracted or require breaks

Footprint
- Comparatively Small – output of one automated system is equivalent to 3-4 manual systems

# Automated Welding Development
## Automation Hardware




Tip Feeding



Tube Feeding

# Automated Welding Development

## Automation Hardware




Tip Fixture



Tube Fixture

# Automated Welding Development

## Automation Hardware



Dual Gripper Robot



Straightness Gage



Lasers and Fixture

# Automated Welding Development
## Automation Laser Improvements





Tac Welds

# Automated Welding Solution

# TruClear
## Automated Welding



# TruClear
## Automated Welder Solution

- Increased run rate of 200 parts per hour results in **67% increase in throughput**
- Improved straightness and 100% inspection during welding operation results in 38% rejection rate for straightness
- Secondary hours reduction by **62%**

| Product Part Numbers | 302710 | 302712 | 302483 | 302438 | Total/Month |
|---|---|---|---|---|---|
| Demand/Month | 13,200 | 13,200 | 2,475 | 2,475 | 31,350 |
| Auto Weld Planned PPH | 200.0 | 200.0 | 200.0 | 200.0 | |
| Auto Weld Planned Hours/Month | 66.0 | 66.0 | 12.4 | 12.4 | 156.8 |
| Secondary Planned PPH | 81.0 | 105.0 | 80.0 | 80.0 | |
| Secondary Planned Hours/Month | 61.9 | 47.8 | 11.8 | 11.8 | 133.2 |

# TruClear
## Annual Savings

- Manual Welding Process:
  - Headcount: 2.9 Laser + 2.0 Secondary = **4.9 Total Headcount per Year**
  - Cost: $330,203 Laser + $193,505 Secondary = **$523,708 per Year**

| Product Part Numbers | 302710 | 302712 | 302483 | 302438 | Total/Year | Headcount/Year | Cost/Year |
|---|---|---|---|---|---|---|---|
| Demand/Year | 158,400 | 158,400 | 29,700 | 29,700 | 376,200 | - | - |
| Weld Planned PPH (Manual) | 66 | 65 | 70 | 40 | - | - | - |
| Weld Planned Hours/Year (Manual) | 2400.0 | 2436.9 | 424.3 | 742.5 | 6003.7 | 2.9 | $ 330,203.98 |
| Auto Weld Planned PPH | 200.0 | 200.0 | 200.0 | 200.0 | - | - | - |
| Auto Weld Planned Hours/Year | 792.0 | 792.0 | 148.5 | 148.5 | 1881.0 | 0.9 | $ 148,599.00 |
| Secondary Planned PPH | 81.0 | 105.0 | 80.0 | 80.0 | - | - | - |
| Secondary Planned Hours/Year | 1955.6 | 1508.6 | 371.3 | 371.3 | 4206.6 | 2.0 | $ 193,504.84 |
| Secondary Planned PPH | 81.0 | 105.0 | 80.0 | 80.0 | - | - | - |
| Secondary Planned Hours/Year | 743.1 | 573.3 | 141.1 | 141.1 | 1598.5 | 0.8 | $ 73,531.84 |

# TruClear
## Annual Savings

- Automated Welding Process:
  - Headcount: 0.9 Laser + 0.8 Secondary = **1.7 Total Headcount per Year (65% reduction)**
  - Cost: $148,599 Laser + $73,532 Secondary = **$222,131 per Year (57% reduction)**

| Product Part Numbers | 302710 | 302712 | 302483 | 302438 | Total/Year | Headcount/Year | Cost/Year |
|---|---|---|---|---|---|---|---|
| Demand/Year | 158,400 | 158,400 | 29,700 | 29,700 | 376,200 | - | - |
| Weld Planned PPH (Manual) | 66 | 65 | 70 | 40 | - | - | - |
| Weld Planned Hours/Year (Manual) | 2400.0 | 2436.9 | 424.3 | 742.5 | 6003.7 | 2.9 | $ 330,203.98 |
| Auto Weld Planned PPH | 200.0 | 200.0 | 200.0 | 200.0 | - | - | - |
| Auto Weld Planned Hours/Year | 792.0 | 792.0 | 148.5 | 148.5 | 1881.0 | 0.9 | $ 148,599.00 |
| Secondary Planned PPH | 81.0 | 105.0 | 80.0 | 80.0 | - | - | - |
| Secondary Planned Hours/Year | 1955.6 | 1508.6 | 371.3 | 371.3 | 4206.6 | 2.0 | $ 193,504.84 |
| Secondary Planned PPH | 81.0 | 105.0 | 80.0 | 80.0 | - | - | - |
| Secondary Planned Hours/Year | 743.1 | 573.3 | 141.1 | 141.1 | 1598.5 | 0.8 | $ 73,531.84 |

# TruClear
## Summary

- Automated Welding Process:
  - Headcount: 0.9 Laser + 0.8 Secondary = **1.7 Total Headcount per Year (65% reduction)**
  - Cost: $148,599 Laser + $73,532 Secondary = **$222,131 per Year (57% reduction)**
- Manual welding process is still the standard for most other tip to tube welding applications.
- Automated welder frees up 3.83% of machine allocation of manual welding for other customers, relieving a bottleneck point from the manufacturing process of many products and a reallocation of 2 operators
- Machine allocation of the new automated welder is about 4.8% with current TruClear demand, allowing for plenty of opportunity to explore validating similar welding applications

# Thank you for your attention

TEGRA MEDICAL

A member of SFS

# *Exhibit 19*

Arthrex®

**BILL TO:**
**APGroup@arthrex.com**
Arthrex Manufacturing Inc
1370 CREEKSIDE BLVD
NAPLES FL 34108-1945
USA
Phone: 239 598 4302

| PURCHASE ORDER | |
|---|---|
| **ORDER NUMBER** | **REVISION** |
| 4500403370 | 0 |
| **ORDER DATE** | **PRINT DATE** |
| 09/20/2024 | 10/08/2024 |

**SUPPLIER :** 100225
**ATTENTION :** DUTCH HARRISON
TEGRA MEDICAL LLC
9 FORGE PKWY
FRANKLIN MA 02038-3150
USA

**SHIP TO :** 1200-1010
AMI East
6875 ARTHREX COMMERCE DR
AVE MARIA FL 34142-9534
USA
Phone: (239) 643-5553

| **Terms** | |
|---|---|
| NET DUE 30 DAYS | |
| **FOB** | **SHIP VIA** |
| **FOB ORIGIN** | FedEx |
| **SUPPLIER FAX** | **SUPPLIER PHONE** |
| 508-553-4100 | 508-541-4200 |

| LINE NO | MATERIAL NUMBER | DUE DATE | QTY ORDERED | QTY OPEN | UM | UNIT PRICE | OPEN AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | C6514-02 | 10/17/2025 | 6000 | 6000 | EA | [redacted] | [redacted] |

**Revision:** 04
**Description :** INNER TUBE WELDMENT

**Estimated Tax** 0.00 0.00

Instruction : Please reference note 1 per drawing MS-002 for packaging instructions.
PLEASE PROVIDE COO WITH ALL DELIVERIES

1. This purchase order is subject to Arthrex standard Terms and Conditions.
2. Packing list and certificate of conformance attesting to the compliance of all Purchase order requirements must accompany each shipment. A first article inspection report is required on the receipt of all first production runs.
3. Arthrex order and part number(s) must be shown on all documents. Timely acknowledgement of this order is required by Arthrex.

Line Total: [redacted]
Est. Tax: 0.00
**Total:** [redacted]
USD

**Buyer Name :** Timothy Douthit

BY: Timothy Douthit
Authorized Signature

# ARTHREX PURCHASE ORDER TERMS AND CONDITIONS

**1. Acceptance:**
This purchase order becomes a binding contract on the terms set forth herein when it is accepted either by acknowledgment or by performance.

**2. Packing and Shipping:**
All items shall be suitably prepared and packed for shipment and shipped as designated on the front of this order. Buyer will not allow extra charges for packaging, cartage or anything else unless stated in this order. Seller shall mark the number of this order in each container and enclose a packing slip with the order number on each container. Seller shall mail invoices in triplicate, shipping documents and copy of packing slip to Buyer on day shipment is made.

**3. Delivery Schedule, Delays and Defaults:**
Seller shall follow the delivery schedule shown on this order and shall not make deliveries later or substantially earlier than dates shown. If items are shipped substantially, in advance of scheduled delivery dates, Buyer may return them at Seller's expense.If Seller exercises due care, Seller shall not be liable for delays due to acts of God, floods, fire, war, riot,strikes, and delays in transit due to causes beyond its reasonable control. However, in the event of any delay in delivery, regardless of the cause, or in the event of any other default of Seller hereunder, Buyer may terminate this order without liability upon Buyer to Seller, or Buyer may agree to a revised delivery schedule.

**4. Inspection:**
Seller agrees to permit the Buyer's Inspectors to have access to the Seller's plant at all reasonable times for the purpose of inspecting any items set forth on this order or work in progress for production of such items. All items are subject to final inspection and approval at Buyer's plant or other place designated by Buyer. Such inspection shall be made within a reasonable time after delivery, irrespective of the date of payment. Buyer may return rejected items at Seller's expense. Seller shall not replace items returned as defective unless so directed by Buyer in writing.

**5. Changes:**
The Buyer shall have the right to make changes from time to time in the drawings or specifications or otherwise in the work to be performed or the materials to be furnished by the Seller hereunder. If such changes result in delay or additional expense to Seller, an equitable adjustment of price and delivery schedules will be made. The Seller shall make no changes to this purchase order, drawings, specifications, or otherwise, without prior documented approval of the Buyer.

**6. Buyer's Property:**
When tooling or gages are furnished by Buyer, the responsibility of checking for initial accuracy and for maintaining accuracy shall rest upon the Seller. All tools, dies, jigs, patterns, equipment, or material and other items purchased, furnished, charged to or paid for by Buyer and any replacements thereof, shall remain the property of Buyer. Such property shall be plainly marked "Property of Arthrex Inc." and shall be safelystored apart from other property. Seller shall not substitute other property for Buyer's property and shall not use such property except in filling Buyer's orders. Such property, while in Seller's custody or control, shall be held at Seller's risk, shall be kept insured by Seller at Seller's expense in an amount equal to the replacement cost with loss payable to Buyer and shall be subject to removal at Buyer's written request,in which event Seller shall prepare such property for shipment and shall deliver the same to Buyer in good condition, reasonable wear and tearexpected.

**7. Chemical and Microbiological Requirements:**
If applicable, the Seller's part cleaning and/or surface finishing processes shall be validated to ensure the chemical and microbiological requirements meet or exceed those set forth in final product assessment oradoption processes. Any part that passes through the validated processes are subject to meet the requirements received by Buyer, regardlessof any post processing conducted by the Seller.

**8. Warranty:**
Seller warrants that all items shall be free from defects of material or workmanship, shall conform to applicable drawings and specifications and any samples previously approved by Buyer and shall be of merchantable quality and fit for the purpose for which purchased. Such warranties, together with all other service warranties and guarantees of Seller, not including any disclaimers, shall run in favor of Buyer and its customers and shall survive any inspection, delivery or acceptance of the materials or services, or payment by Buyer.

**9. Seller Indemnity:**
Seller shall indemnify, defend and hold harmless Buyer and its Affiliates and their respective shareholders, directors, officers, employees and agents from and against any and all liabilities, damages, losses, penalties, fines, costs and expenses, including reasonable attorneys' fees (each, an "Indemnifiable Loss"), paid or incurred by them in connection with any Claim brought by a Third Party based upon or arising from: (i) any facts or circumstances that would constitute a breach by Seller ofany of its representations, warranties or obligations under this Purchase Order; (ii) any bodily injury, death or property damage resulting from any defect in the design, engineering, fabrication, manufacture or label (including the label warnings) of any Product manufactured by or on behalf of Seller or from the failure of any such Product to conform to the applicable Specifications therefor, unless the Claim arises from Products modified by Buyer without Sellers' consent (a "Product Liability Claim"); (iii) any violation by Seller or its Affiliates of Applicable Laws; or (iv) any negligent or more culpable act or omission of Seller or its Affiliates or subcontractors or any of their respective employees or agents relating to the activities subject to this Purchase Order.

**10. Development:**
Any development performed in connection with this agreement is theproperty of Buyer. Any development which can be classified as work forhire is recognized as such by Seller and ownership will vest in Buyer,otherwise Seller agrees to assign and hereby assigns to Buyer all rights in any development performed in connection with this agreement. Anyrights not owned by Buyer but pertinent to make, use, or sell any good,device, process, or composition furnished or used hereunder are herebylicensed by Seller to Buyer under a fully paid up perpetual license with right to sublicense.

**11. Intellectual Property Indemnity:**
In respect of any goods, device, process, or composition furnished or used hereunder which is of Seller's design or Seller's standard manufacture, the Seller shall indemnify and hold Buyer and its customers harmless from any liability, expense, costs or damages arising from any actualor alleged infringement of any intellectual property rights and shall at its own expense defend any action in which such infringement is alleged with respect to the manufacture, sale or use of such items delivered hereunder, provided Seller is duly notified as to suits against Buyer.

**12. Drawings, Specifications and Technical Information:**
Drawings, specifications, photographs and other engineering and manufacturing information supplied by Buyer shall remain Buyer's property, shall not be photostated or otherwise duplicated without Buyer's written consent and shall be returned to Buyer upon completion of order or upon demand. Seller agrees not to disclose any confidential information of Buyerto any third party. Any information which Seller may disclose to Buyerwith respect to the design, manufacture, sale or use of the items covered by this order shall be deemed to have been disclosed as part of consideration for this order and Seller shall not assert any claim againstBuyer by reason of Buyer's use, including but not limited to duplication, modification, and distribution, thereof. All parts are to be manufactured under ISO9001/9002, ISO13485:2016, CFR 21 Part 820, MDD Council Directive 93/42/EEC and EU MDR 2017/745 requirements, as applicable.

**13. Subcontracts, Assignment and Setoff:**
Seller shall not without the consent of the Buyer make any contract with any other person for furnishing any of the completed or substantially completed items covered by this order or assign this order or any right hereunder without Buyers consent. Any subcontracted process must be approved by Arthrex in advance, and documented on the certificate of conformance. Buyer may set off against amount payable under this order to Seller or any assignee of Seller any claim or charge it may have against seller.

**14. Compliance with Statutes and Regulations:**
Seller warrants and certifies that in the performance of this contract it will comply with all applicable statutes, rules, regulations and orders of the United States, or of any state or political subdivision thereof, including laws and regulations pertaining to labor, wages, hours and other conditions of employment; and that the items to be furnished hereunder shall be produced in compliance with the Fair Labor Standards Act of 1938. Each of Seller's invoices shall contain a certificate that the items covered by the invoice were produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938 and of regulations and orders issued thereunder.

**15. Termination:**
Buyer may, by notice in writing to the Seller, terminate this purchase order in whole or in part and such termination shall not constitute a default on the part of Buyer. In such event, unless Seller shall have defaulted or be in default in performance hereof, Buyer and Seller shall have the rights and obligations contained in the Subcontract Termination clause set forth in Section 8-706 of the Armed Services Procurement Regulation as amended to the date of this order, which clause is hereby incorporated by reference and made a part hereof. In no event shall Seller be entitled to anticipatory profits or to special or consequential damages.

**16. Taxes:**
All local, state and Federal excise, sales and use taxes, when applicable, shall be stated separately on Seller's invoices.

**17. Responsibility for Goods:**
Except as otherwise provided in this order, Seller shall be responsible for the goods and materials covered by this order until they are delivered at the designated delivery point, and the Seller shall bear all risks as to rejected goods after notice of rejection, except that Buyer shall be responsible for loss or damage thereof resulting from the gross negligence of its employees.

**18. Prices:**
Seller's price shall not be higher than last quoted or charged to Buyer unless otherwise agreed in writing.

**19. Equal Employment:**
Arthrex is an equal employment opportunity employer and is a federal contractor. Consequently, the parties agree that, as applicable, they will abide by the requirements of 41 CFR 60-1.4(a), 41 CFR 60-300.5(a) and 41 CFR 60-741.5(a) and that these laws are incorporated herein by reference. These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, sexual orientation, gender identity or national origin. These regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status or disability. The parties also agree that, as applicable, they will abide by the requirements of Executive Order 13496 (29 CFR Part 471, Appendix A to Subpart A), relating to the notice of employee rights under federal labor laws.

**20. Insurance:**
Seller agrees to provide and to maintain in effect at all times duringthe term of the PO Agreement, at Sellers sole expense, at least the minimum insurance coverage required by law to protect the parties from anyliability which may arise out of or result from performing the obligations of this PO Agreement. Certificates of insurance will be provided toBuyer upon request.

**21. Publicity:**
Seller shall not make or publish any notice, advertisement, press release, or other communication with respect to the purchase order, its contents, or the goods or services without Buyers prior written consent. Seller shall not use the name, logo, or any marks of Buyer in any of in anyof its advertising, client list, or sales promotional material.

**GOVERNMENT CONTRACT PROVISIONS**
When the materials or products furnished are for use in connection with a Government contract or subcontract, in addition to the above provisions, (a) this order shall be deemed to include all clauses required by the provisions of the Armed Services Procurement Regulation to be inserted herein, including, without limitation, the clauses referred to in the following paragraphs (a-h), inclusive, which are hereby incorporated by reference, and (b) the additional provisions hereinafter set forth in paragraphs (21-26), inclusive, shall also apply.

a. Buy American Act (ASPR 6-104.5);
b. Eight Hour Law of 1912 (ASPR 12-303.1);
c. Walsh-Healey Public Contacts Act, (ASPR 12-605);
d. Nondiscrimination in Employment (ASPR 12-802);
e. Officials Not to Benefit (ASPR7-103.19);
f. Renegotiation (ASPR 7-103.13);
g. Military Security Requirements (ASPR 7-104.12), excluding the last sentence of paragraphs (e) thereof, Patent Rights (ASPR 9-107.1) (This clause is included only if this order is for $3,000 or more and hasexperimental, developmental or research work as one of its purposes);
h. Vinson-Trammel Act (ASPR 7-104.11) (This clause is included only if this order is for an amount which initially or hereafter exceeds $10,000 and is in connection with the construction or manufacture of anycomplete aircraft or naval vessel, or any portion thereof).

**22. Inspection:**
Materials to be used in the performance of Government contracts may be inspected and tested at all times and places, either before during or after manufacture by Buyer or by the Government agency concerned, at Buyer's discretion. If inspection and test are made on the premises of Seller or Seller's subcontractor, Seller shall furnish without additional charge all reasonable facilities and assistance for the safe and convenient inspection and tests required by the inspectors in the performance of their duty. The foregoing provisions of this Article are supplementary to, and not in lieu or derogation of, the provisions of Paragraph 4 above.

**23. Inspection and Audit:**
The Seller agrees that its books and records and its plants, or such part thereof as may be engaged in the performance of the contract, shall at all reasonable times be subject to inspection and audit by any authorized representative of the Government.

**24. Examination of Records:**
The Comptroller General of the United States or any of his duly authorized representatives shall, until the expiration of three years after final payment under this order, have access to and the right to examine any directly pertinent books, documents, papers, and records of Seller involving transaction related to this order.

**25. Non-Disclosure of Information:**
It is understood that disclosure of information relating to the work or materials referred to in this order to any person not entitled to receive it or failure to safeguard all "Confidential", "Secret", "Top Secret" or other classified matter that may come to the Seller, or any person under its control in connection with the work or materials referred to in this order, may subject the Seller, its agents, employees, and subcontractors to criminal liability under the laws of the United States. See Title 1 and particularly subparagraphs (d) and (e) of an Act approved March 28, 1940 (54 Stat. 79) and the provisions of an Act approved January 12, 1938 (52 State. 3), as supplemented by Executive Order No. 8381, dated March 22, 1940, 5 F.R. 1147, O.1. See also Second War Powers Act 1942, sections 1402, 1043, Act March 27, 1942 (P.L. No. 507, 77th Congress). Such disclosure or failure shall constitute a breach of contract by the Seller.

**26. Labor Disputes:**
Whenever an actual or potential labor dispute is delaying or threatensto delay the performance of this contract, Seller will immediately givenotice thereof to the cognizant Contracting Officer of the Government.

**27. Employment of Aliens:**
No aliens in the employ of the Seller shall be permitted to have access to the plans or specifications, or the work under this order, or to participate in the test, trials or inspections without the written consent beforehand of the Secretary of the Government Department concerned or his duly authorized representative, except where the articles furnished hereunder are standard or commercial products purchased under specifications not disclosing the nature or subject matter of the prime contract of Buyer with the Government and not disclosing any other classified information.

**ADDITIONAL TERMS - INTERNATIONAL PURCHASES**
When the materials or products furnished are for use in connection with an import into the United States, in addition to the above Buyers purchase order provisions, the Seller shall abide by and include, incorporate and/or provide documentation and/or information necessary for the Buyer to properly declare and provide all legal and regulatory data to U.S. Customs and Border Protection and any other regulatory agency of the United States government. This shall include, but is not limited to the following declarations, documents and/or data requirements:

**28. International Terms and Conditions of Sale (INCOTERMS):**
All international purchases occur at Sellers premises (specific location and address required) on a Free Carrier (FCA) basis in accordance with INCOTERMS 2010. The Seller shall fulfill and comply with all statutory and regulatory requirements of the country of export, including, but not limited to, filing necessary export declarations, paying any export duties, taxes or user fees, and payment for and obtaining any necessary export licenses, if required. Seller, upon Buyers request, shall provide Buyer affirmation the export filings occurred.

**29. English Language Requirements:**
All documents must be in English.

**30. Customs Invoice Format,Declarations and Content Requirements:**
The Seller shall furnish the Buyer with a commercial invoice based upon the United Nations Conference on Trade and Development (UNCTAD) format.

**31. Part 19, U.S. Code of Federal Regulations:**
Under 19 C.F.R. § 141.86,the Seller also must identify and declare on Sellers commercial invoice provided to the Buyer:

a. Any special packing or packing costs not included in the negotiated Purchase price of the item. For example, special packaging materials whose costs were extraneous to the price of the purchased item;
b. Any commissions paid to Buying or Selling Agents;
c. Any Royalty or License fees;
d. Any rebates or other discounts freely offered or conditioned upon other factors, such as sales quotas;
e. Early payment or cash payment discounts.

**32. Declaration of Assists:**
The Seller must identify and declare on Sellers commercial invoice provided to the Buyer any equipment or material and other items purchased, furnished, charged to or paid for by the Buyer. The declaration must identify such:

a. Materials, components, parts and similar items incorporated into the imported merchandise;
b. Tools, dies, jigs, patterns, molds and similar items used in the production of the imported merchandise;

c. Merchandise consumed in the production of the imported merchandise;

d. Engineering, development, artwork, design work, and plans and sketches that are undertaken outside of the United States and are necessary for the production of the imported merchandise;

e. The declared value must represent the true manufacturing costs of samples, including charges paid for tooling, set up, limited run fees, mold creation/modification charges, etc.

33. Regulatory Requirements of Other Government Agencies:

If the Buyer is the U.S. Importer of Record for Customs purposes, then Seller must provide Buyer information necessary to import the purchased materials, items, etc., into the United States, or another country determined by the Buyer. The Buyer, subject to United States Federal Communication Commission (U.S. FCC) or U.S. Food and Drug Administration (U.S.FDA) regulatory requirements, and other government agencies, in conjunction with U.S Customs and Border Protection regulatory requirements, may require the Seller provide specific documentation or information, including, but not limited to:

a. The U.S. FCC Form 740, (Statement Regarding The Importation Of Radio Frequency Devices Capable Of Causing Harmful Interference);

b. The Sellers U.S. FDA Facility Registration Number, if the Seller's facility is registered with U.S. FDA;

c. The items U.S. FDA Product Code;

d. If the purchased item is a medical device, the Medical Device Listing Number: Alpha numeric code;

e. The Manufacturers U.S. FDA 510k number: Alpha numeric code;

f. Affirmation the item may qualify as Exempt, Pre-amendment, or as a medical device component;

g. The total amount paid to the Seller by the Buyer for the merchandise, including direct payments and indirect payments and any proceeds of subsequent resale in the United States remitted to the Seller;

h. Any Conditions, Discounts, Considerations or Tie-in Sales the Seller established for the price of the imported merchandise conditioned upon the Buyers purchase of other merchandise in specified quantities.

34. Certificate of Origin:

The Seller shall provide the Buyer a Certificate of Origin positivelyaffirming the country of origin of all materials sold to the Buyer.

35. Advance Shipping Notices:

The Seller shall not export any items, items, including purchased items, pre-production samples, samples freely given, or return of items sentby the Buyer freely given or sold to the Seller, until the Seller hasissued an Advanced Shipping Notice to the Buyers Global Trade department and received affirmation from the Buyers Global Trade department theexport shipment may proceed.

36. Transportation and Delivery:

The Seller shall communicate with the Buyers Global Trade department and advise when purchased items are available for pick-up at Sellers facility. Buyers Global Trade department will manage pick-up and all modes of transportation and delivery to the Buyers place of delivery.

37. Duty Remission / Drawback Rights or Assignments:

The Buyer shall retain all duty remission/drawback rights and/or assignments and the Seller shall provide, without delay, all assistance necessary for Buyer to attain drawback refunds.

38. Letters of Credit:

Unless otherwise stated, when the parties agree the parties agree to payment via Letter of Credit (L/C), the Buyer will accept only a Confirmed Irrevocable Letter of Credit established by a foreign issuing Bank that bears the confirmation of the Advising Bank that the L/C is valid and authentic. The Letter of Credit is subject to and must conform to the Uniform Customs and Practice for Documentary Credit, ICC Publication No. 600 (Revision 2007).

39. Return of Rejected Material:

The Seller is responsible for accepting rejected material and communicating with Buyers Global Trade department to arrange export and return of the rejected material to the Seller.

a. If the Seller determines they do not wish to receive the rejected material, the Seller shall provide the Buyer written instructions regarding Sellers arrangements to remove the material from Buyers property.

40. Buy American Act:

The Seller, upon Buyers request, shall provide the Buyer a statement indicating if their goods, materials, etc., comply with the origin and content requirements of the Buy American Act.

41. Prohibition Against Slavery, Human Trafficking and Child, Forced and Prison Labor:

The Seller shall not use, condone, participate, purchase or supply materials or items manufactured from or with Child, Forced or Prison labor to the Buyer and shall provide Buyer with declarations, upon request, affirming materials or items were not manufactured with Child, Forced or Prison labor. The Seller prohibits the use of Slavery and Human Traffickingand declares to have read and understood the following Arthrex GlobalPolicy on Human Rights as well as the Arthrex Global Code of Conduct.

Notes:

a. Please use the following link for the "Arthrex Global Policy on Human Rights" - https://www.arthrex.com/link/asset/1DpwMA0qr0G0kQF2clNfFw

b. Please use the following link for the "Arthrex Global Code of Conduct" - https://www.arthrex.com/risk-management-and-compliance/code-of-conduct

42. Anti-Bribery and Anti-Corruption:

The Seller agrees to conduct its activities under this Purchase Order in accordance with the highest standards of business ethics and warrants that it will not offer, promise, or give a financial or other advantage to any person (including a foreign public official) with the intention of inducing or rewarding improper performance by them of their duties.

43. Government Inquiries:

The Seller shall provide the Buyer assistance with any government-initiated inquiry or request for trade documentation or information.

a. The Seller shall notify the Buyer immediately if Seller receives inquiries from government agencies, entities, or officials inquiring of Buyers business activities.

44. Arbitration and Governing Law:

Any controversy of claim arising out of or relating to this Purchase Order shall be finally settled by arbitration in accordance with the Rules of Commercial Arbitration of the American Arbitration Association (AAA) by a sole arbitrator to be appointed in accordance with the procedures of the AAA. The arbitration shall be held in English in Naples, Florida, and shall be governed and construed in accordance with the law of the State of Florida. Judgment upon any award rendered may be entered in any court having jurisdiction.

45. Severability:

If any provision of the Purchase Order shall be deemed to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

46. Entire Agreement:

The purchase order, together with these terms and conditions represents the entire agreement between the parties. Any additional terms or conditions on the Sellers invoice are specifically rejected, and shall have no effect, unless otherwise agreed to the parties in writing. This document is confidential and proprietary and it may not be reproduced, used, or disclosed to others without written consent of Arthrex, Inc.

**{END}**

Medtronic

Medtronic Logistics LLC (Spn)
1800 Pyramid Pl
Memphis TN 38132-1719
USA

# Purchase Order

| PURCHASE ORDER | REV |
|---|---|
| 4507358363 | 1 |

08/21/2024


**TO:** 30013269
Tegra Medical
8 Ledgewood Blvd
Dartmouth
BRISTOL
Massachusetts 02747
USA

**SHIP TO:** Medtronic
Dock B2 4340 Swinnea Rd, Building B
Memphis
SHELBY
Tennessee 38118-6603
USA

**BILL TO:** MEDTRONIC INC
E-MAIL: RS.USAP@MEDTRONIC.COM
Mail: PO Box 778
Minneapolis, MN 55440
Phone: 763-514-8975
Fax: 651-367-0204

| | | |
|---|---|---|
| **Vendor Contact Person:** | **Tel:** | **Fax:** 508-590-5524 |
| **Buyer Name:** Valencia Johnson | **Tel:** 901 399 2564 | **Fax:** 763 355 1820 |
| **Incoterms:** FOB SHIPPING POINT | **Currency:** USD | |

**Payment Terms:** Net 60
**********************************************************************************

SPECIFIED ITEMS ON THIS PURCHASE ORDER ARE SUBJECT TO "FIRST PRODUCTION RUN ACCEPTANCE REQUIREMENT REVIEW"
First Production Run requirements pertain to each part number and drawing revision combination noted on the purchase order. If the supplier has not previously produced the part number/drawing revision combination, changed the manufacturing process since the last production run, or has not produced the part in the last 24 months, then 1st Article Inspection is required. Revision changes to a print will require that the supplier submit first article inspection results for the changed feature only unless otherwise specified on the purchase order. 1st Article inspection part may be produced in advanced of the first production run or may be a sample taken at random from the first production run. The supplier shall perform a full dimensional layout of the part for all features noted on the drawing. The data and the part used for the inspection shall be forwarded to Medtronic Purchasing. Failure to provide a designated 1st article inspection part and the items listed below shall be cause for rejection of the order. 1st articles should not be submitted unless all dimensions are within specification.

Items to be submitted with First Article

(1) Cover page indicating the DMR # and revision,
(2) List of all part numbers that the DMR pertains to,
(3) A copy of the manufacturing router or process map indicating all steps used to produce the parts,
(4) Copies of or revision listing for any product specific documents (Example: set-up sheets, work instructions, gauge R&R's etc#),
(5) Program names and revision level for all CNC program(s) used to produced the parts,
(6) Copies of all inspection criteria showing the feature, frequency and inspection method used throughout the process,
(7) Copies of any special process or software validation (protocols & completion reports) specifically for these parts,
(8) A list of all subcontract suppliers utilized, and service provided to manufacture the parts (including raw materials)

MANUFACTURE MEDTRONIC SPINAL & BIOLOGICS (MSB) ITEMS PER THE PRINT SPECIFICATIONS.
a. ANY DEVIATION FROM THE PRINT MUST HAVE WRITTEN APPROVAL BY MSB. PARTS CANNOT BE SHIPPED UNLESS THE DEVIATION IS APPROVED.
b. IT IS THE SUPPLIER'S RESPONSIBILITY TO ENSURE THAT THE REVISION LEVEL ON THE PURCHASE ORDER MATCHES THE REVISION LEVEL ON THE CONTROLLED DOCUMENTS USED FOR MANUFACTURING.
c. THE DESIGN DOCUMENT MUST BE STAMPED "CONTROLLED DOCUMENT" BY MSB. IF THE SUPPLIER DOESN'T HAVE A CONTROLLED DOCUMENT AT THE CORRECT REVISION LEVEL, THE SUPPLIER MUST REQUEST ONE FROM THE MSB BUYER.
d. ALL INSTRUMENTS SHOULD BE ETCHED PER WORK INSTRUCTION SQ006, UNLESS OTHERWISE SPECIFIED ON THE DESIGN DOCUMENT.

**FED TAX ID #62-1483635**

Medtronic

Medtronic Logistics LLC (Spn)
1800 Pyramid Pl
Memphis TN 38132-1719
USA

# Purchase Order

| PURCHASE ORDER | REV |
|---|---|
| 4507358363 | 1 |

08/21/2024


Applicable device drawings and Medtronic Quality Acceptance Criteria (QAC's) are included with every purchase order. The drawings define the specifications for the device. The supplier is solely responsible for compliance with device specifications. The QAC defines Medtronic's internal requirements for device acceptance upon receipt. Note that if there are any requirements for documentation in additional to the Certificate of Conformance (specific inspection data, gauge R&R results, etc.) for a given device, these requirements shall be identified on the QAC. Orders with such requirements listed on the QAC, but not received with the parts, will be rejected.

SHIPPING INFORMATION:
1. PURCHASE ORDER NUMBER MUST BE LISTED ON THE PACKING LIST.
2. CERTIFICATE OF CONFORMANCE (C OF C) WITH PROPER REVISION LEVEL MUST ACCOMPANY EVERY SHIPMENT. ONLY ONE LOT IS ALLOWED ON EACH CERTIFICATE OF CONFORMANCE. SUPPLIERS MUST USE "GOOD DOCUMENTATION PRACTICES" WHEN FILLING OUT THE CERTIFICATE OF CONFORMANCE.
3. IF A DEVIATION WAS GRANTED, A COPY OF THE DEVIATION MUST ACCOMPANY THE SHIPMENT.
4. BLANKET ORDERS: REFERENCE LINE NUMBER FOR EVERY SHIPMENT AGAINST A BLANKET ORDER. THIS LINE NUMBER CAN BE FOUND ON HARD COPY ORDER.
5. SHIPPING METHOD WILL BE 5 DAY GROUND BY UPS FREIGHT COLLECT UNLESS SUPPLIER HAS CREATED A SITUATION THAT WILL CAUSE THE ORDER TO BE LATE BY STATISTICAL DUE DATE IN WHICH CASE THE SUPPLIER WILL PAY FOR OVERNIGHT DELIVERY USING UPS.
6. IF UNDER PERFORMANCE IMPROVEMENT PLANS, WHICH WILL BE COMMUNICATED SPECIFICALLY ON PO, THE SUPPLIER WILL BE RESPONSIBLE FOR UTILIZING UPS AT THE SUPPLIER'S EXPENSE USING A METHOD THAT WILL HAVE PRODUCT HERE ON TIME BY STATISTICAL DUE DATE. IF STATISTICAL DUE DATE IS MISSED THE SUPPLIER WILL BE RESPONSIBLE FOR THE OVERNIGHT DELIVERY USING UPS.

Item Number (BOD) Revision (BOD) Description (BOD)
MSD-ES-101 B MSD ENG SPEC BONE SCREW THREAD
MSD-ES-105 B Reverse Angel Buttress Screw Thread
MSD-ES-106 F Cosmetic Product Identification
MSD-MS-101 D MATERIAL SPECIFICATION 17-4 PH
MSD-MS-102 K Material Spec WR CO28 CR6MO Alloys
MSD-MS-103 F Material Spec TI-6AL-4V
MSD-MS-104 F Material Spec MGSS
MSD-MS-105 F Material Spec CP TI
MSD-MS-106 B Material Spec Unalloy Tantalum
MSD-MS-107 C UNS S45500 (CUSTOM 455®)-XM-16
MSD-MS-108 C MATERIAL SPEC TI-TIC MMC
MSD-MS-109 B MATERIAL SPEC TI POWDER
MSD-MS-110 D MAT'L SPEC S46500 CUSTOM 465®
MSD-MS-111 C MATERIAL SPEC TI6AL4V NON-ELI
MSD-MS-112 B-2 MAT'L SPEC 22CR-13NI-5MN SS
MSD-MS-113 B MAT'L SPEC 23Mn - 21Cr - 1Mo SS (BIODUR 108®)
MSD-MS-114 B MATERIAL SPEC MP35N
MSD-MS-115 G MATERIAL SPEC SILICONE ELASTOM
MSD-MS-116 C MATERIAL SPEC NITINOL
MSD-MS-117 D UNS S44004 (TYPE 440C) MARTENS

**FED TAX ID #62-1483635**

Medtronic

Medtronic Logistics LLC (Spn)
1800 Pyramid Pl
Memphis TN 38132-1719
USA

# Purchase Order

| PURCHASE ORDER | REV |
|---|---|
| 4507358363 | 1 |

08/21/2024


MSD-MS-119 C MGSS INSTRUMENTS
MSD-MS-120 C 420 Stainless Steel
MSD-MS-201 H MATERIAL SPEC PEEK
MSD-MS-202 A MAT'L SPEC POLYCARBONATE URETH
MSD-MS-203 B MATERIAL SPEC UHMWPE
MSD-MS-204 B2 MAT'L SPEC: PEEK - NON IMPLANT
MSD-MS-205 D POLYESTER
MSD-MS-206 D Medtronic Polyetheretherketone (PEEK)
MSD-MS-300 F MG PUTTY MATERIAL SPEC SHEET
MSD-MS-301 F MG MATRIX 5 CC MATERIAL SPEC
MSD-MS-302 F MG MATRIX 10 CC MATERIAL SPEC
MSD-MS-304 H MAT SPEC FOR PROGENIX(TM) PUTTY
MSD-MS-306 A 5 CC CRM - MATERIAL SPEC
MSD-MS-307 A 10 CC CRM - MATERIAL SPEC
MSD-MS-308 F MG MATRIX 20 CC MATERIAL SPEC
MSD-MS-309 G MASTERGRAFT STRIP SPEC
MSD-MS-311 E MASTERGRAFT MATRIX (CMI) INT parts SPEC
MSD-MS-315 A 10 CC BD SYRINGE SPECIFICATION
MSD-MS-316 A 20 CC BD SYRINGE SPECIFICATION
MSD-MS-320 A Skelite Material Spec
MSD-MS-321 C Silicone Adhesive
MSD-MS-322 C MASTERGRAFT MATRIX EXT (CMI) parts Specification
MSD-MS-501 A WIRE ACCEPTANCE CRITERIA
MSD-PC-101 D PROCESS CRITER TI PLASMA SPRAY
MSD-PC-102 D PROCESS CRITERIA PVD
MSD-PC-103 B PROCESS CRITER EP
MSD-PC-104 A PROC CRIT: ELECTROCHEM MILLING
MSD-PC-106 C PROCESS CRIT CHROMIUM COAT INS
MSD-PC-107 D PROCESS CRITER LOT NUMBERING
MSD-PC-109 B PROC CRIT: HA COATING
MSD-PC-110 C PROC CRIT: COLOR ANODIZE
MSD-PC-111 B PROC CRIT: ANODIZE TYPE II
MSD-PC-112 M PROCESS CRITERIA: Laser Marking of Metallic Materials
MSD-PC-113 D HEAT TREAT (INSTRUMENTS)
MSD-PC-114 H Shot Peening
MSD-PC-116 B Process Acceptance Criteria for Electrical Discharge Machining (EDM)
MSD-PC-117 B-2 Anodizing of Aluminum and Aluminum Alloys For Instruments
MSD-PC-118 B Ethylene Oxide Sterilization
MSD-PC-119 E Irradiation (Gamma or Electron Beam) Sterilization
MSD-PC-120 B Adhesive Bonding
MSD-PC-121 F Application of Epoxy Ink to Surgical Instruments

**FED TAX ID #62-1483635**

Medtronic

# Purchase Order

| PURCHASE ORDER | REV |
|---|---|
| 4507358363 | 1 |

08/21/2024


Medtronic Logistics LLC (Spn)
1800 Pyramid Pl
Memphis TN 38132-1719
USA

MSD-PC-122 C Manufacturing Cleaning Effectiveness
MSD-PC-123 B LASER WELDING OF IMPLANTS
MSD-PC-124 D SILICONE MOLDING FOR INSTRUMENTS
MSD-PC-125 H Commerically Pure Titanium Plasma Spraying Process
MSD-PS-101 F Citric Acid Passivation for Stainless Steel Parts
MSD-PS-103 D Nitric Acid Passivation of Matallic Parts
MSD-ES-108 E2 Cosmetic Product Identification # Acceptance Standards for PEEK Product
MSD-ES-103 F MSD ENG SPEC 2XLEAD BONE SCREW
MSD-ES-102 J ENG DWG PRACTICES
MSD-ES-109 B Quick Connect Specification
MSD-ES-110 A Knurling Specification
MSD-MS-121 D Ti-6Al-4V Additive Powder Material Specification
MSD-MS-207 OBS HyperPEEK
MSD-MS-208 A HA PEEK
MSD-MS-209 B Acetal
MSD-MS-210 A Ultra-High Molecular Weight Polyethylene (UHMWPE) Thread and Yarn
MSD-MS-211 A Radel (PPSU) Material Specification
MSD-PC-126 F Powder Bed Fusion of Metallic Materials
MSD-PC-127 C Passivation of Metallic Parts
MSD-PC-128 A Endotoxin Specification

| Line | Material<br>CFN | Rev | Vers | Description<br>Vendor Material Number | Ord Qty | UOM | Price | Per | Prc UOM | Ext Amt | Due Date<br>Tax% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 20763000211015<br>6550102 | E | N/A | BONE FILLER DEVICE 6550102 BOX OF 2 BFD | 1,000 | PK | [redacted] | 1.00 | PK | [redacted] | 12/05/2025<br>N/A |

**Shipping instructions:** Prisym Internal Label Print

CONTROL PLAN ACCEPTED REV E

**Total:** 135,220.00
**Grand Total:** 135,220.00

**FED TAX ID #62-1483635**

Medtronic

Medtronic Logistics LLC (Spn)
1800 Pyramid Pl
Memphis TN 38132-1719
USA

# Purchase Order

| PURCHASE ORDER | REV |
|---|---|
| 4507358363 | 1 |

08/21/2024


## TERMS AND CONDITIONS OF PURCHASE

Medtronic and Supplier agree to be bound by the terms of this Purchase Order as well as the terms and conditions located at https://www.medtronic.com/us-en/about/corporate-governance/suppliers/supplier-resources.html.

stryker
600 Hope Parkway SE
Leesburg VA 20175
Phone # 703-777-3155
Fax # 703-777-4338

R5543500 /Multiple Version
OOP-08-03 Rev 6

# PURCHASE ORDER CHANGE

**PO Number** 57978 **OP**
PO Date 2024-08-02
Version 1
Page 1 of 2

Vendor
Tegra Medical LLC
16 Forge Park
Franklin MA 02038

**Ship To**
**K2M**
610 Hope parkway SE
Leesburg VA 20175

**Bill To**
**Stryker**
Invoice Submission:
invoicesspine@stryker.com
Inquiries: spineap@stryker.com

**Terms :** **Net 45**
**FOB :** **Destination**

Supplier Number: 15303

Buyer : Jeremy Beavin
Phone #
Email : Jeremy.Beavin@stryker.com

Implant FAI Process Review:
Supplier shall submit the documentation defined on FORM-356 (Process Control Plan, PFMEA, Inspection Plans, Process / Equipment Validations) for approval for any implant first article at the drawing level. Supplier shall also properly segregate and identify all product traceable to the first article inspection and supply the records defined on FORM-356 (Signed Routers, Signed Inspection Records) for all products and their components under inspection.

Material Property Controls and Material Handling:
All metal implants must comply with K2M titanium specifications (MP-087) and/or K2M cobalt chromium specifications (MP-125) and be issued a K2M Certificate of Acceptance (FORM 259) prior to shipment. K2M recommends all implants be shipped in standardized trays and orientation per FORM-397.

All shipments must be accompanied with:
Material Certifications (including an MP-087 and/or MP-125 CoA and/or Heat Treat Certification when applicable), Packing List and Certificate of Conformance. By submitting a signed Certificate of Conformance, the supplier has agreed to have met all the stated requirements on the print, including: dimensional, physical, material, functional, visual, cleaning and passivation (when required). Unless called for on K2M print, one piece construction shall always be utilized for all components of K2M products unless explicit authorization from K2M is obtained via a Production Permit or an approved Supplier Deviation. Authorized concession of any non-conforming product shall be documented through a K2M Production Permit. All supplier procedures that differ from the stated K2M, Inc. procedure must be approved by K2M, Inc. prior to use.

| Line | Supplier Item | Drawing Number | Orig Rev# | Build To Rev# | Rel WO No | Request Date | Lot No | Ordered Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2701-90063 | K2-27-2006-01 | 3 | 3 | | 3/1/25 | WBXM | 500 | [redacted] | [redacted] |

(01)10888857035461(10)WBXM [redacted]

**By accepting this order, You have agreed to abide by Stryker terms and conditions available at**
**https://www.stryker.com/us/en/about/corporate-responsibility/responsible-supply-chains/po-terms.html**

stryker

600 Hope Parkway SE
Leesburg VA 20175
Phone # 703-777-3155
Fax # 703-777-4338

R5543500 /Multiple Version
OOP-08-03 Rev 6

# PURCHASE ORDER CHANGE

**PO Number** 57978 **OP**
PO Date 2024-08-02
Version 1
Page 2 of 2

| Line | Supplier Item | Drawing Number | Orig Rev# | Build To Rev# | Rel WO No | Request Date | Lot No | Ordered Quantity | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2701-90063 | K2-27-2006-01 | 3 | 3 | | 9/1/25 | WBXN | 500 | [redacted] | [redacted] |

(01)10888857035461(10)WBXN [redacted]

Total Order : 14700.00

| | Sales Tax | Total Order | |
|---|---|---|---|
| Tax Rate : *NA* | .00 | [redacted] | USD |

**By accepting this order, You have agreed to abide by Stryker terms and conditions available at**

**https://www.stryker.com/us/en/about/corporate-responsibility/responsible-supply-chains/po-terms.html**

# Purchase Order

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 46148167 | 3 | 1 of 38 |

This Purchase Order Number must appear on all order acknowledgements, packing lists, cartons and correspondence.

VIANT

Viant AS&O Holdings, LLC
45 Lexington Dr
Laconia, NH 03246 USA
Tel: 603-528-1211

SHIP TO: Viant Medical
45 Lexington Dr
LACONIA, NH 03246
UNITED STATES
T 603-528-1211

BILL TO: Viant Payables - US
1501 W Fountainhead PKWY #510
TEMPE, AZ 85282
UNITED STATES

accountspayable@viantmedical.com

SUPPLIER:

TEGRA MEDICAL
PO Box 936692
ATLANTA, GA 31193-6692
UNITED STATES

| DATE OF ORDER | BUYER | CUSTOMER ACCOUNT NO. | SUPPLIER NO. |
|---|---|---|---|
| 24-AUG-23 | Spencer, Noel | | 17756 |
| PAYMENT TERMS<br>Net 30 | SHIP VIA<br>FEDEX | F.O.B.<br>ORIGIN | PRINT DATE<br>22-FEB-24 |
| FREIGHT TERMS<br>FOB ORI COLLECT | CONFIRM TO / TELEPHONE<br>noel.spencer@viantmedical.com | | |

| ITEM | QUANTITY | PART NUMBER / DESCRIPTION | NEED BY / PROMISE | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | | This blanket purchase order agreement is to provide Tegra with a years forecasted quantity for the part numbers within the body of this order, 302438 and 302483.Tegra can build up to 12 weeks worth of inventory, 6,600pcs of each, Viant will be responsible only for 12 weeks maximum of inventory if Tegra is able to build stock, 13,200pcs total. Viant will request releases via email, detailing release quantity and part numbers. The standard method of shipment will be Fedex Ground unless specified otherwise. Partial quantity shipments are approved throughout each month. Viant requests the blade pairs be shipped together, with same quantities for both blades when shipped. The total monthly requested quantities must be met by the end of each month. All terms are subject to change upon mutual agreement between Viant and Tegra.<br>P/N 302438 REV 004<br>EDGE FORM, OUTER INCISOR PLUS<br>P/N 302483 REV 004<br>TUBE ASSEMBLY, INNER, INCISOR PLUS<br>*****************************************************<br>Monthly Release Qty 2,200pcs ea., 4,400 total<br>Total Blanket Order Qty: 105,600<br>302438, 52,800pcs * $16.54 = $873,312<br>302483, 52,800pcs * $17.12 = $903,936<br>*****************************************************<br>SHIP-TO from the Purchase Order section above<br>Purchase Agreement<br>Effective From: 01-JUL-24 To: 31-DEC-26<br><br>302438 Rev: 004<br>EDGE FORM, OUTER INCISOR PLUS<br>302483 Rev: 004<br>TUBE ASSEMBLY, INNER, INCISOR PLUS | | | Amount Agreed: | [redacted].00 | |

Acceptance and fulfillment of this Purchase Order constitutes Supplier's acceptance of the Viant Terms and Conditions of Purchase as well as the Viant Code of Conduct, both of which are incorporated herein by reference, may be amended from time-to-time by Viant, and are available at: https://viantmedical.com/quality-supplier-resources/ All production and pre-production materials shipped to the Viant company noted above must include a Certificate of Conformance referencing Viant part number, revision level per the Purchase Order, the manufacturer's part number, quantity shipped, lot number, and material certifications.

All domestic US freight shipments greater than 155 lbs (FTL, LTL, and IMDL) for Viant Medical will be scheduled through Hub Group. To schedule a pickup, please go to https://hubconnect.hubgroup.com. If you encounter any technical issues with Hub Connect, please call (866) 725-2101 or email waterstreet@hubgroup.com. All shipments are to be uninsured. For further instructions on shipments, please request a copy of Viant's Shipment Routing Guide from your Viant Purchasing contact.
Do not ship using expedited freight without written authorization by a Viant representative.

Total : [redacted].00 USD

Authorized Signature

# Purchase Order

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 46148167 Rel. 18 | 0 | 2 of 38 |

This Purchase Order Number must appear on all order acknowledgements, packing lists, cartons and correspondence.

VIANT

Viant AS&O Holdings, LLC
45 Lexington Dr
Laconia, NH 03246 USA
Tel: 603-528-1211

SHIP TO: Viant Medical
45 Lexington Dr
LACONIA, NH 03246
UNITED STATES
T 603-528-1211

BILL TO: Viant Payables - US
1501 W Fountainhead PKWY #510
TEMPE, AZ 85282
UNITED STATES

accountspayable@viantmedical.com

SUPPLIER:

TEGRA MEDICAL
PO Box 936692
ATLANTA, GA 31193-6692
UNITED STATES

| DATE OF ORDER | BUYER | CUSTOMER ACCOUNT NO. | SUPPLIER NO. |
|---|---|---|---|
| 16-JAN-24 | Jimenez, Francini | | 17756 |
| **PAYMENT TERMS** | **SHIP VIA** | **F.O.B.** | **PRINT DATE** |
| Net 30 | FEDEX | ORIGIN | 22-FEB-24 |
| **FREIGHT TERMS** | **CONFIRM TO / TELEPHONE** | | |
| FOB ORI COLLECT | Francini.Jimenez@ViantMedical.com | | |

| ITEM | QUANTITY | PART NUMBER / DESCRIPTION | NEED BY / PROMISE | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | | This blanket purchase order agreement is to provide Tegra with a years forecasted quantity for the part numbers within the body of this order, 302438 and 302483.Tegra can build up to 12 weeks worth of inventory, 6,600pcs of each, Viant will be responsible only for 12 weeks maximum of inventory if Tegra is able to build stock, 13,200pcs total. Viant will request releases via email, detailing release quantity and part numbers. The standard method of shipment will be Fedex Ground unless specified otherwise. Partial quantity shipments are approved throughout each month. Viant requests the blade pairs be shipped together, with same quantities for both blades when shipped. The total monthly requested quantities must be met by the end of each month. All terms are subject to change upon mutual agreement between Viant and Tegra.<br>P/N 302438 REV 004<br>EDGE FORM, OUTER INCISOR PLUS<br>P/N 302483 REV 004<br>TUBE ASSEMBLY, INNER, INCISOR PLUS<br>**************************************************<br>Monthly Release Qty 2,200pcs ea., 4,400 total<br>Total Blanket Order Qty: 105,600<br>302438, 52,800pcs * $16.54 = $873,312<br>302483, 52,800pcs * $17.12 = $903,936<br>**************************************************<br>SHIP-TO from the Purchase Order section above | | | | | |
| 1 | | 302438 Rev: 004<br>EDGE FORM, OUTER INCISOR PLUS<br>CERTIFY TO INTEGER PRINT #302438 REV 004<br>PAGES 1- 8 | | | | | |

Acceptance and fulfillment of this Purchase Order constitutes Supplier's acceptance of the Viant Terms and Conditions of Purchase as well as the Viant Code of Conduct, both of which are incorporated herein by reference, may be amended from time-to-time by Viant, and are available at: https://viantmedical.com/quality-supplier-resources/ All production and pre-production materials shipped to the Viant company noted above must include a Certificate of Conformance referencing Viant part number, revision level per the Purchase Order, the manufacturer's part number, quantity shipped, lot number, and material certifications.

All domestic US freight shipments greater than 155 lbs (FTL, LTL, and IMDL) for Viant Medical will be scheduled through Hub Group. To schedule a pickup, please go to https://hubconnect.hubgroup.com. If you encounter any technical issues with Hub Connect, please call (866) 725-2101 or email waterstreet@hubgroup.com. All shipments are to be uninsured. For further instructions on shipments, please request a copy of Viant's Shipment Routing Guide from your Viant Purchasing contact.
Do not ship using expedited freight without written authorization by a Viant representative.

Total : Continued USD

Authorized Signature

# Purchase Order

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 46148167 Rel. 18 | 0 | 3 of 38 |

This Purchase Order Number must appear on all order acknowledgements, packing lists, cartons and correspondence.

VIANT

Viant AS&O Holdings, LLC
45 Lexington Dr
Laconia, NH 03246 USA
Tel: 603-528-1211

SHIP TO: Viant Medical
45 Lexington Dr
LACONIA, NH 03246
UNITED STATES
T 603-528-1211

BILL TO: Viant Payables - US
1501 W Fountainhead PKWY #510
TEMPE, AZ 85282
UNITED STATES

accountspayable@viantmedical.com

SUPPLIER:

TEGRA MEDICAL
PO Box 936692
ATLANTA, GA 31193-6692
UNITED STATES

| DATE OF ORDER | BUYER | CUSTOMER ACCOUNT NO. | SUPPLIER NO. |
|---|---|---|---|
| 16-JAN-24 | Jimenez, Francini | | 17756 |
| **PAYMENT TERMS** | **SHIP VIA** | **F.O.B.** | **PRINT DATE** |
| Net 30 | FEDEX | ORIGIN | 22-FEB-24 |
| **FREIGHT TERMS** | **CONFIRM TO / TELEPHONE** | | |
| FOB ORI COLLECT | Francini.Jimenez@ViantMedical.com | | |

| ITEM | QUANTITY | PART NUMBER / DESCRIPTION | NEED BY / PROMISE | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | 900 | o SHIP TO:<br>SHIP TO from the Purchase Order section above. | 06-APR-26 /<br>06-APR-26 | EA | [redacted]0 | [redacted] | N |

Acceptance and fulfillment of this Purchase Order constitutes Supplier's acceptance of the Viant Terms and Conditions of Purchase as well as the Viant Code of Conduct, both of which are incorporated herein by reference, may be amended from time-to-time by Viant, and are available at: https://viantmedical.com/quality-supplier-resources/ All production and pre-production materials shipped to the Viant company noted above must include a Certificate of Conformance referencing Viant part number, revision level per the Purchase Order, the manufacturer's part number, quantity shipped, lot number, and material certifications.

All domestic US freight shipments greater than 155 lbs (FTL, LTL, and IMDL) for Viant Medical will be scheduled through Hub Group. To schedule a pickup, please go to https://hubconnect.hubgroup.com. If you encounter any technical issues with Hub Connect, please call (866) 725-2101 or email waterstreet@hubgroup.com. All shipments are to be uninsured. For further instructions on shipments, please request a copy of Viant's Shipment Routing Guide from your Viant Purchasing contact.
Do not ship using expedited freight without written authorization by a Viant representative.

Total : [redacted] USD

Authorized Signature

# Purchase Order

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 46148167 Rel. 1 | 0 | 4 of 38 |

This Purchase Order Number must appear on all order acknowledgements, packing lists, cartons and correspondence.

VIANT

Viant AS&O Holdings, LLC
45 Lexington Dr
Laconia, NH 03246 USA
Tel: 603-528-1211

SHIP TO: Viant Medical
45 Lexington Dr
LACONIA, NH 03246
UNITED STATES
T 603-528-1211

BILL TO: Viant Payables - US
1501 W Fountainhead PKWY #510
TEMPE, AZ 85282
UNITED STATES

accountspayable@viantmedical.com

SUPPLIER:

TEGRA MEDICAL
PO Box 936692
ATLANTA, GA 31193-6692
UNITED STATES

| DATE OF ORDER | BUYER | CUSTOMER ACCOUNT NO. | SUPPLIER NO. |
|---|---|---|---|
| 31-OCT-23 | Spencer, Noel | | 17756 |
| **PAYMENT TERMS** | **SHIP VIA** | **F.O.B.** | **PRINT DATE** |
| Net 30 | FEDEX | ORIGIN | 22-FEB-24 |
| **FREIGHT TERMS** | **CONFIRM TO / TELEPHONE** | | |
| FOB ORI COLLECT | | | |

| ITEM | QUANTITY | PART NUMBER / DESCRIPTION | NEED BY / PROMISE | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | | This blanket purchase order agreement is to provide Tegra with a years forecasted quantity for the part numbers within the body of this order, 302438 and 302483.Tegra can build up to 12 weeks worth of inventory, 6,600pcs of each, Viant will be responsible only for 12 weeks maximum of inventory if Tegra is able to build stock, 13,200pcs total. Viant will request releases via email, detailing release quantity and part numbers. The standard method of shipment will be Fedex Ground unless specified otherwise. Partial quantity shipments are approved throughout each month. Viant requests the blade pairs be shipped together, with same quantities for both blades when shipped. The total monthly requested quantities must be met by the end of each month. All terms are subject to change upon mutual agreement between Viant and Tegra.<br>P/N 302438 REV 004<br>EDGE FORM, OUTER INCISOR PLUS<br>P/N 302483 REV 004<br>TUBE ASSEMBLY, INNER, INCISOR PLUS<br>*******************************************************<br>Monthly Release Qty 2,200pcs ea., 4,400 total<br>Total Blanket Order Qty: 105,600<br>302438, 52,800pcs * $16.54 = $873,312<br>302483, 52,800pcs * $17.12 = $903,936<br>*******************************************************<br>SHIP-TO from the Purchase Order section above | | | | | |
| 1 | | 302438 Rev: 004<br>EDGE FORM, OUTER INCISOR PLUS<br>CERTIFY TO INTEGER PRINT #302438 REV 004<br>PAGES 1- 8 | | | | | |

Acceptance and fulfillment of this Purchase Order constitutes Supplier's acceptance of the Viant Terms and Conditions of Purchase as well as the Viant Code of Conduct, both of which are incorporated herein by reference, may be amended from time-to-time by Viant, and are available at: https://viantmedical.com/quality-supplier-resources/ All production and pre-production materials shipped to the Viant company noted above must include a Certificate of Conformance referencing Viant part number, revision level per the Purchase Order, the manufacturer's part number, quantity shipped, lot number, and material certifications.

All domestic US freight shipments greater than 155 lbs (FTL, LTL, and IMDL) for Viant Medical will be scheduled through Hub Group. To schedule a pickup, please go to https://hubconnect.hubgroup.com. If you encounter any technical issues with Hub Connect, please call (866) 725-2101 or email waterstreet@hubgroup.com. All shipments are to be uninsured. For further instructions on shipments, please request a copy of Viant's Shipment Routing Guide from your Viant Purchasing contact.
Do not ship using expedited freight without written authorization by a Viant representative.

Total : Continued USD

Authorized Signature

# Purchase Order

| PURCHASE ORDER NUMBER | REVISION | PAGE |
|---|---|---|
| 46148167 Rel. 1 | 0 | 5 of38 |

This Purchase Order Number must appear on all order acknowledgements, packing lists, cartons and correspondence.

VIANT

Viant AS&O Holdings, LLC
45 Lexington Dr
Laconia, NH 03246 USA
Tel: 603-528-1211

SHIP TO: Viant Medical
45 Lexington Dr
LACONIA, NH 03246
UNITED STATES
T 603-528-1211

BILL TO: Viant Payables - US
1501 W Fountainhead PKWY #510
TEMPE, AZ 85282
UNITED STATES

accountspayable@viantmedical.com

SUPPLIER:

TEGRA MEDICAL
PO Box 936692
ATLANTA, GA 31193-6692
UNITED STATES

| DATE OF ORDER | BUYER | CUSTOMER ACCOUNT NO. | SUPPLIER NO. |
|---|---|---|---|
| 31-OCT-23 | Spencer, Noel | | 17756 |
| PAYMENT TERMS<br>Net 30 | SHIP VIA<br>FEDEX | F.O.B.<br>ORIGIN | PRINT DATE<br>22-FEB-24 |
| FREIGHT TERMS<br>FOB ORI COLLECT | CONFIRM TO / TELEPHONE | | |

| ITEM | QUANTITY | PART NUMBER / DESCRIPTION | NEED BY / PROMISE | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | 2,300 | o SHIP TO:<br>SHIP TO from the Purchase Order section above. | 30-OCT-24 /<br>30-OCT-24 | EA | [redacted] | [redacted] | N |
| 2 | | 302483 Rev: 004<br>TUBE ASSEMBLY, INNER, INCISOR PLUS<br>CERT TO MEDTRONIC # 8107235 REV AA<br>LRM#302483 REV 004 PAGES 1- 8 | | | | | |
| | 3,100 | o SHIP TO:<br>SHIP TO from the Purchase Order section above. | 04-SEP-24 /<br>04-SEP-24 | EA | [redacted] | [redacted] | N |

Acceptance and fulfillment of this Purchase Order constitutes Supplier's acceptance of the Viant Terms and Conditions of Purchase as well as the Viant Code of Conduct, both of which are incorporated herein by reference, may be amended from time-to-time by Viant, and are available at: https://viantmedical.com/quality-supplier-resources/ All production and pre-production materials shipped to the Viant company noted above must include a Certificate of Conformance referencing Viant part number, revision level per the Purchase Order, the manufacturer's part number, quantity shipped, lot number, and material certifications.

All domestic US freight shipments greater than 155 lbs (FTL, LTL, and IMDL) for Viant Medical will be scheduled through Hub Group. To schedule a pickup, please go to https://hubconnect.hubgroup.com. If you encounter any technical issues with Hub Connect, please call (866) 725-2101 or email waterstreet@hubgroup.com. All shipments are to be uninsured. For further instructions on shipments, please request a copy of Viant's Shipment Routing Guide from your Viant Purchasing contact.
Do not ship using expedited freight without written authorization by a Viant representative.

Total : [redacted]00 USD

Authorized Signature

# *Exhibit 20*

| Medtronic<br>MEDTRONIC CONFIDENTIAL | Deliverable | Temporary Rework Plan | Effective | Page |
|---|---|---|---|---|
| | Title | ESI Blade Flaking Rework (Strip & Replate) | Upon Approval | 1 of 5 |
| Unique Identifier | DV005372 | Revision | A | |

## 1.DOCUMENT THE REWORK OPERATION

| General Information | |
|---|---|
| **Temporary Rework Plan Author:** *Thomas Hatch [ESI], Luis Flores [Tegra Medical]* | |
| **NCMR #:** *Tegra Medical NCMR # 2017380, 2017393, 2017474.* | |
| **Describe the original manufacturing process that is applicable to the nonconformance** | *Drag out & C'Flow Rinse*<br>*Before the silver strike process, the parts have to go through a Nickel bath, drag out and c'flow rinses for 2 minutes minimum. Operators were rinsing the parts for less than 2 minutes, therefore this practice triggered a flaking issue on the parts.* |
| **Identify the nonconformance that is to be addressed through rework, including the specific requirement(s) that were not met.** | *This rework is intended to correct the nonconformance for flaking/peeling issue for Product 302710, per requirement note #3 on drawing 90504595 (Finish: Silver Plate class #6 per 1250032).* |
| **Describe the scope or bounding of the nonconformance. Include the total quantity that is to be reworked.**<br><br>**Identify where and how the nonconforming product is segregated currently.** | *Product on hold at Tegra Medical prior to implementing initial corrections and product returned from Viant to Tegra Medical, to be reworked*<br><br>*Lots on hold at Tegra Medical (Never shipped to Viant)*<br>• *80064455*<br>• *80064403*<br><br>*Lots returned to Tegra Medical for reprocess*<br>• *80090648*<br>  ○ *RMA 50211-3*<br>• *80091522*<br>  ○ *RMA 50211-1*<br>  ○ *RMA 50211-2*<br>  ○ *RMA 50211-4* |

| Requirements to be Achieved or Maintained | | |
|---|---|---|
| **List the product requirements that must be achieved or maintained during the rework.** | **Product Requirements: Process Output** | **Fully Verified? (Yes or No)** |
| | *Plating Thickness within Spec* | *No* |
| | *Silver Adhesion Bonding Adequate* | *No* |

| Rework Process | |
|---|---|
| **Describe the process steps that are required for rework.** | 1. *Use gloves while handling to avoid putting finger oils on parts to be reworked.*<br>2. *Place no more than 300 pieces in a tall stainless-steel basket. Make sure each basket is identified with the specific job order.*<br>3. *Place the basket of parts into the silver strip tank for 30 minutes. Agitate the basket after 15 minutes to separate one part from another.*<br>4. *After 30 minutes, remove the basket from the strip tank and place in the strip drag-out rinse for one minute while agitating the rack.*<br>5. *After one minute remove the basket from the strip drag-out tank and place into the second strip drag-out tank for another minute while agitating.*<br>6. *After one minute remove the basket from the second drag-out tank and place in the primary flowing rinse tank for 10 minutes minimum.*<br>7. *After the completion of this rinse, place the basket in the secondary flowing rinse tank for a minimum of 10 minutes.*<br>8. *Upon completion of this rinse remove the basket and deliver to the racking station. Rack the parts a described per Medtronic document 1250033. Make sure to use clean gloves while racking.*<br>9. *Place rack in the flowing rinse after the Nitric acid tank on Line #5.*<br>10. *Continue to process the parts per Medtronic specification 1250032 minus cleaning, electropolishing and nitric acid rinse.*<br>11. *After plating, check each rack for visual acceptance per Medtronic specification1250032. Also take one piece from each rack and bend the part to destruction to verify siler plating adhesion.*<br>12. *Isolate every fifth rack and process/ inspect per the ESI supplemental inspection addendum. Make sure clean gloves are used to remove the plated parts from the rack.* |
| **Identify Where the Rework Takes Place:**<br>Online ☒ Identify line: Silver Plating + Stripping production lines (Electropolishing Systems)<br>Offline ☐ Identify specific location: | |
| **Describe how segregation controls are maintained on the product throughout the rework process.** | • *Line Clearance, (ESI)*<br>• *CoC travels with batch throughout processing which indicates product applicable to rework, (ESI).*<br>• *Lots to be in quarantine under Tegra Medical NCRs quality system, until approval to ship is received.* |

## 2. ANALYZE EFFECTS OF REWORK

| Assessment of the Effects of Rework | | |
|---|---|---|
| **List potential adverse effects that are generated by the rework.** | **Potential Adverse Effect** | **Adverse Effect Evaluation and/or Control** |
| | *Potential adverse effect 1. – Incomplete stripping* | *Visual in process and final inspection confirmed complete stripping.* |
| | *Potential adverse effect 2. – Incomplete rinsing* | *In process adhesion check per ESI-263 confirmed complete stripping.* |
| | *Potential adverse effect 3. – Physical Damage while stripping* | *Straightness verified at marking operation.* |
| | *No additional adverse effect is expected.* | *Process to be executed using existing equipment, process settings, and tools. Stripping chemistry is designed to protect parent material.* |

| Product Impact Conclusions | |
|---|---|
| **Does the rework impact the finished product's function, intended use, or reliability?** | *No, as the Stripping process does not impact the O.D. of the finished part. The Stripping removes the silver layer and does not impact the parent material dimensions. After stripping, the plating process remains the same as normal production. See above* |
| **Was any finished-product testing performed to evaluate the proposed rework?** | *The stripping process has been in place at ESI for over twenty years and used reliably on other products with similar functions. No adverse effects noted or identified during that twenty years.* |
| **Is any risk documentation impacted by the rework?** | *No* |
| **Risk Assessment Statement** | *No new or increased risks exist to the product because of the rework described in Section 2.* |

## 3.VALIDATE THE REWORK OPERATION

| | |
|---|---|
| **Rework Validation or Verification and Rework Loops** | **Record Validation Number/ Reference:** *N/A*<br>**Maximum Number of Rework Loops Allowed:** *1*<br>**Rework Loop Controls:** *Certificate of compliance and Work instruction ESI-264.* |

## 4. APPROVE THE REWORK PROCESS

| Role[1] | Name | Signature | Date |
|---|---|---|---|
| Manufacturing Engineering | Louis Vieira | Reference DV005372 | Reference DV005372 |
| Quality | Kevin Juchno | Reference DV005372 | Reference DV005372 |
| Design | Alan Gannon | Reference DV005372 | Reference DV005372 |
| Design Quality | Maia Shwarts | Reference DV005372 | Reference DV005372 |
| Regulatory Affairs | Taylor Wisniewski | Reference DV005372 | Reference DV005372 |

## 5. TEMPORARY REWORK EXECUTION

| | |
|---|---|
| **Documentation of rework execution** | *Include the following items in the DHR:*<br>- *Record of the NCMR and the associated rework and Quantity or volume of product that is beginning rework*<br>- *Quantity or volume of product that is beginning rework*<br>- *Name of person who executed the rework*<br>- *Equipment that was used and settings that are consistent with any corresponding validation and the rework instructions*<br>- *Traceability to specific calibrated equipment, instruments, or tooling that is used for acceptance activities that are associated with the rework*<br>- *Quantity or volume of product that is accepted after completing rework*<br>- *Quantity or volume that is scrapped*<br>- *Number of times that each product was reworked if the rework allows for multiple cycles* |

## 6. ATTACHMENTS

| ***Attachment Reference*** | ***Attachment Title*** |
|---|---|
| *ESI Certificates* | *80064403 - CofC*<br>*80064455 - CofC* |
| *Incoming/Final Inspection Tegra Medical* | *80064403 - Final Insp. Doc*<br>*80064455 - Final insp. Doc* |
| *OD Inspection* | *OD Inspection* |
| *Chemical compatibility for silver stripping* | *Chemical compatibility for silver stripping* |
| *Contact Materials MSDS* | *Hydrochloric Acid 20 degree, #156*<br>*Nitric Acid 67% Technical 3789* |

stryker

Doc Number: D0000000209
Name: Production Part Approval Process (PPAP) Workbook
Revision: AB

Form

stryker

## Production Part Approval Process Workbook

Part/Drawing Number: 6002-070-000D Revision: 01
Part/Drawing Name: Kwic Needle

| Stryker<br>*Use these buttons to connect to Stryker's comments related to each submisison item.* | Review Status | Supplier<br>*Use these buttons to connect to information about each required submission item.* | Submission Status |
|---|---|---|---|
| Process Flow Diagram (s) | Accept | Process Flow Diagram (s) | Complete |
| Process FMEA | Accept | Process FMEA | Complete |
| Control Plan | Accept | Control Plan | Complete |
| Measurement / Test Method Validation | Accept | Measurement / Test Method Validation | Complete |



stryker

Doc Number: D0000000209
Name: Production Part Approval Process (PPAP) Workbook
Revision: AB

Form

| | | | |
|---|---|---|---|
| First Article Inspection (FAI) | Accept | First Article Inspection (FAI) | Complete |
| Material / Perf Test Results | Accept | Material / Perf Test Results | Complete |
| Initial Process Studies (Ppk/Cpk) | Accept | Initial Process Studies (Ppk/Cpk) | Complete |
| Validation Records | Accept | Validation Records | Complete |
| Contact Material List | Accept | Contact Material List | Complete |
| Warrant | Accept | Warrant | Complete |

Applicable requirements for this PPAP: 10

| PPAP Deliverables | | Accepted | Submitted |
|---|---|---|---|
| Stage 1: | 4 | 100% | 100% |
| Stage 2: | 3 | 100% | 100% |
| Stage 3: | 3 | 100% | 100% |

**Form**

stryker

***Production Part Approval Process (PPAP) Workbook*** FOR USE ON STRYKER PROJECTS ONLY

**PROJECT INFORMATION**

*Reminder: Sections in blue are to be filled in by the Stryker Representative, sections in yellow are to be filled in by the supplier.*

**Part Information**

Part/Drawing Number: 6002-070-000D | Part/Dwg Revision: 01 | PPAP Revision: AC

Part/Drawing Name: Kwic Needle

Note: Formating is going to be updated when you leave this tab.

| | | | |
|---|---|---|---|
| Is this PPAP associated with an engineering change (CR)? | Y | CR # | MOC-2022-0386 |
| Is this PPAP associated with a Supplier Initiated Change Request (SICR)? | Y | SICR # | 15962 |
| Reason for this PPAP submission: | Manufacturing Transfer | | |
| Stryker division responsible for this PPAP: | Spine | | |
| PPAP Number: | 6002-070-000D_01_AC | | |

**Stryker**

| | | | | | |
|---|---|---|---|---|---|
| PPAP Originator | Brianna Owen | Phone #: | 267-949-7946 | E-mail: | brianna.owen1@stryker.com |
| Sourcing Contact: | Bryon Nicholson | Phone #: | | E-mail: | bryon.nicholson@stryker.com |

Receipt/Inspect Location: CDC

| | |
|---|---|
| Estimated Annual Demand: | 750,000 |
| How many components make up the assembly? (If it is a single component enter 1): | 5 |
| Enter the projected date for each phase to be completed. Stage 1: | 18-Jan-23 |
| Stage 2: | 20-Jan-23 |
| Stage 3: | 23-Jan-23 |

Format Date: DD-MMM-YY

Please select the appropriate date format from the drop down above for your geographic location.

**Supplier**

| | | | | | |
|---|---|---|---|---|---|
| PPAP Contact: | Nidhi Agrawal | Phone #: | | E-mail: | nagrawal@tegramedical.com |
| Supplier Name: | Tegra Medical | Supplier Number: | 15303 | | |

Mailing Address:

Manufacturing Location: (If different from mailing address above) 16 Forge Park, Franklin, MA 02038

**Revision History**

| Revision | Description |
|---|---|
| AB | Imbibe and Kwic Needle Label Procedure Update |
| AC | Kwic Needle Manufacturing Transfer |

| Comments / Notes |
|---|
| Scope of PPAP includes subcomponents: 1140-0114D, 1140-0115D, 1140-0117D, TM-2400-0163 |
| Tooling list out of scope, no special tooling in use by manufacturer. |
| Transport Packagin out of scope as final packaging is at Dartmouth facility which has not moved. |
| Part Specific Checking aids are out of scope, no special aids for this device at manufacturer. |





stryker

*Process Workbook*

**Critical Quality Attributes (CQAs)**

Acceptance Criteria Reference and Rev: CQG-PDC-005 Rev. 3 | Part Number: 6002-070-000D Revision Level: 01

Enter the total number of CQAs, then click button to configure the worksheets: Number: 1 | Configure Worksheets

*Guidance to Supplier:*
*1) Provide the balloon number for each identified CQA from the supplier's ballooned print provided as part of the first article inspection.*
*2) Select the desired sample size from the drop down menu to reveal the appropriate acceptance criteria, based on feature data type and risk level, necessary to satisfy the requirement with a 95% confidence.*
*3) In some cases, the sample size and acceptance criteria may be pre-filled by Stryker and will not be editable by the supplier.*
*4) Process performance studies performed for Performance Qualification (PQ) will satisfy the requirements of initial process studies when requested.*

**Critical Quality Attribute (CQA's) Table**

Risk derived comes from appropriate risk document (e.g., DFMEA, RMF, CFMEA, Attribute Chart, etc.)

*Guidance to Initiator:*
*1. Initiator enters the number of CQAs in the red box and clicks the "Click to configure" button.*
*2. Fills in the Feature, Data Type, and Risk information.*
*2. Fills in the Feature, Data Type, and Risk information.*
*3. Indicates whether Measurement/Test Method Validation and Initial Process Studies are required.*
*4. Initiator will enter the source reference above for the acceptance criteria used in this table.*
*5. Initiator then either verifies the information on the Acceptance Criteria matrix or enters it here manually.*

| Feature | CQA Number | Data Type | Risk | Measurement / Test Method Validation Required? | Acceptance Criteria for Measurement / Test Method Validation | Initial Process Studies Required? | Sample Size for Initial Process Studies (if required) | Acceptance Criteria for Ppk/Cpk Studies (if required) | Sample Size for OQ (if required) | Acceptance Criteria for OQ (if required) | Sample Size for PQ (if required) | Acceptance Criteria for PQ (if required) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CQA List list not needed. See CQA Memo "PT2022080_MOC-2022-0386_CQA memo.pdf" | N/A | N/A | N/A | N/A | FALSE | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**Requirement: Process Flow Diagram (s)** **Status:** Complete

## Process Flow Diagram(s)

### Purpose

The Process Flow Diagram, also known as a process flow chart or "map", and describes the production process from receiving through shipping, including outside processes and services and helps people "see" the real process. Process maps can be used to understand the following characteristics of a process:

- Order of processes performed, including rework loops when authorized.
- When inspection activities are performed.
- Flow path/timing of secondary operations.
- Flow path/timing of outside operations.
- Rework loops (when established as part of the process).

### References

1. Production Part Approval Process (PPAP) – AIAG Fourth Edition (Section 2.2.) – Process Flow Diagram(s)
2. ISO 13485 Quality
3. 21 CFR 820 The Quality System Regulation
4. ISO 13485 Quality Management *Systems – Medical Devices – System Requirements for Regulatory Purposes*
5. *The Quality System Compendium – CGMP Requirements and Industry Practice,* Association for the Advancement of Medical Instrumentation, Third Edition

### Acceptance Criteria

An acceptable Process Flow Diagram:

1. Describes each step of the process to manufacture the product (i.e. from receipt of raw material through final packaging and storage or shipment and would include all inspection steps, outside operations, as well as storage or "queue" points.)
2. Identifies specific machines or equipment (including any unique identifiers) used in each step.
3. Identifies any applicable procedures (with revision levels) used to govern each operation when such procedures are referenced in the process flow.
4. Forms the basis of the process FMEA, aligns to it and the control plan.
5. If the diagram is representing a product family, it also contains a reference attachment showing all part numbers and individual part differences between parts in the family grouping.

### Additional Information






stryker
Doc Number: D0000000209
Name: Production Part Approval Process (PPAP) Workbook
Revision: AB
Form



1. **All process steps**
   a. This will be the step by step flow required to manufacture the part.
2. **Outsourced operations**
   a. This includes processes outsourced as well as any receipt inspection steps required prior to the part reentering the flow.
3. **Inspection**
   a. This includes offline inspection or testing.
4. **Material handling and storage**
   a. This includes handling steps and storage that might have impact on the part.
5. **Rework**
   a. This includes alternate flow if rework is considered.
6. **Cleaning**
   a. This includes any cleaning step that could have an impact on the part.
7. **Packaging**
   a. This includes steps where packaging might affect the part or product.

**How to build a Process Map Diagram:**

Process Map is first created during the planning phase of the process. Preparing the Process Map is a team effort and should include the interface of engineers, operators, supervisors, maintenance, and supply chain, etc.

1. Gather all documents and information to gain a better understanding of the process (Including but not limited to)
   a. Engineering Specifications (i.e. Drawings, SOP, etc.)
   b. Special characteristics (CTQ, CQA, etc.)
   c. Engineering constrains (i.e. Lead time requirements, target mfg. cost, etc.)
      i. Volumes and lead-times might influence the manufacturing processes you select (i.e. automated processes for high volume)
   d. Lessons learned from similar parts
   e. Team's knowledge of the process (i.e. operator experience, observations, brainstorming, etc.)
   f. Design reviews

Prepare Process Flow Diagram as follows

   a. Define steps necessary to produce the product
      i. A basic understanding of the process assists in cost estimating/ quoting
      ii. Need to know process steps to understand what equipment/tooling/gages may be required.
   b. Identify all steps where special characteristics are affected
      i. Need to understand what controls may be required.

1. Review Process Flow Diagram with SME of each step to confirm that all possible steps are listed.
2. In some cases Stryker may allow Family Group PFD's, process FMEAs, and Control Plans – When this is agreed upon, the supplier shall have a reference attachment for all part numbers and individual part differences of the parts in the family grouping.
3. Usually approved by a cross functional group of manufacturing, operations, and quality.





**Requirement:** Process Flow Diagram (s)

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
|---|---|
| 22-Dec-22 | Process Flow Requested |
| 22-Dec-22 | Supllier Submits Process flow, and indicates processes in blue are performed at the Franklin facility, while processes in green are performed at the |
| 28-Dec-22 | Stryker Accepts Process Flow Document |

**Requirement: Process FMEA** **Status:** Complete

## Process FMEA

### Purpose

The Process FMEA (PFMEA) is a structured analytical tool to identify and evaluate potential failures within manufacturing or assembly processes. The primary purpose of the PFMEA is to identify the potential failure modes associated with the processes and to ensure that those potential failure modes are mitigated by using combinations of prevention and control activities.

### References

1. AIAG 4th Edition Reference manual - Potential Failure Mode and Effects Analysis (FMEA)
2. ISO14971, Medical Devices - Application of risk management to medical devices
3. EN ISO 14971, Medical Devices – Application of Risk Management to Medical Devices
4. IEC 60812, Analysis techniques for system reliability – Procedure for failure mode and effects analysis (FMEA)

### Acceptance Criteria

An acceptable Process FMEA (PFMEA):

1. Identifies, for each step of the process, what Critical Quality Attributes are produced in that step.
2. Includes a discussion about the "risk" associated with the failure of each CQA identified by Stryker. This is preferred to be done in a "failure mode / failure effect" approach with appropriate rating values for severity, occurrence, and detection.
3. Includes action steps to be taken in the event that a particular feature is deemed to have an unacceptable level of "risk" associated with it.
4. Forms the basis of the process control plan, aligns to it and the flow diagram.
5. If the diagram is representing a product family, a reference attachment showing all part numbers and individual part differences between parts in the family grouping is present.

### Additional Information

1. Applicable for all
    a. new manufacturing and assembly processes
    b. when new manufacturing and assembly processes are introduced for existing products.
    c. For all manufacturing and assembly processes when transferred to another site.
2. To be updated and revised as a result of Problem Solving (4D/8D methodology), NC/CAPA, Change Controls, Risk





Management, and customer feedback / complaints in accordance Risk Review process. The risk review lists all the potential events that **may** require a need to revise the PFMEA.

3. If the same product is processed in more than one location within a facility or division and there are differences in the processes or controls used, then unique PFMEAs **should** exist to represent each of the different processes appropriately.
4. In the event that a Process FMEA form does not exist (for example: legacy product released before the implementation of this instruction), the process risk documentation already on file for that process **may** be utilized to assess the impact of potential problems.
5. One of the most important factors for the successful implementation of PFMEA is timeliness. It is meant to be a "before the event" action, not an "after the fact" exercise. To achieve the greatest value, the PFMEA **should** start early in the product development phase. Early is defined as a point in time where the product design **may** still be inexpensively changed to eliminate or minimize risk that would otherwise need to be handled through process controls or expensive product changes later in the project, refer to Appendix B for PFMEA lifecycle flow chart. The most logical approach to Process FMEA is a bottom up approach focusing on each manufacturing step through the process flow from material receiving to product outgoing and the potential failure modes associated with failure of each step. Handling and transport steps between each process step **should** be included. Key points related to timing are the following:
    a. By engaging in PFMEA activity early, potential process failures **may** be thought of and considered for elimination though the product design.
    b. Significant PFMEA development **should** exist prior to the purchase of manufacturing and assembly equipment, tooling, fixtures, and inspection equipment. Prevention and detection controls **should** be integrated into the design of these items based on the potential failure modes and causes identified through the PFMEA activity.
    c. The PFMEA **should** continuously evolve as the process is further developed.
6. To ensure that risk control measures pertaining to safety are both implemented and effective, high severity failure modes **should** receive priority during design control, process control, validation, and change control activities.
7. The PFMEA is a "living document" that **should** be reviewed and updated prior to changes being made to the process. PFMEAs **shall** be reviewed and updated when the following types of events happen:
    a. Updates to documents such as "product drawings, product specifications, DFMEA, DFMECA, risk table, etc.
    b. New knowledge gained from events such as : customer complaints, non-conformances, CAPA, problem solving activities, scrap, rework, maintenance activities, EHS data, audit findings, change control activities, etc.

### Additional Information

**For gathering all input and pre-requisites for PFMEA:**

1. The cross-functional team **should** use the following types of information when developing a PFMEA. The section of the PFMEA that these documents provide the most input are listed below in italics.
    - Product specifications *(Requirements)*

- Blueprints, 3D Models, Prototype Product *(Requirements)*
- Special Characteristics from product and/or material specifications (Requirements)
- Applicable material, process, environmental, and safety standards. (Requirements,)
- CQA Information
- Design Risk Assessment (DFMEA / DFMECA / Risk Table / RMF / DIOVV / FTA) (Requirements, Failure Modes, Effects)
- Risk Management Feedback (Effects)
- Process Characteristics and Process Capability *(Requirements. Occurrence)*
- Applicable performance indicators for similar product such as complaint data, FPY, in process defect data, NC's, CAPAs, scrap, rework, warranty data *(Failure Modes, Causes, Occurrence)*
- Any information available that establishes best practices such as standard part identification methods, Poka-Yoke methods, defect containment methods, etc. *(Prevention and Detection Controls)*
- Lessons learned from previous product and process design implementations *(All Sections)*
- Process FMEA for Related Product Lines *(All Sections)*
- Product and Process Design Reviews *(All Sections)*





**2.** Process Flow Chart (Scope, Flow, Document Organization)

- A process flow chart describes the flow of the product through the process. It **should** illustrate each step in the manufacturing or assembly process, see guidance CQG-PDC-020, Process Mapping Process. The Step No in the PFMEA **should** match the process flow chart numbering exactly. However, the PFMEA **may** also include more steps than what is illustrated in the process flow chart. If this is the case, the detailed steps in the PFMEA **should** still logically align with the process flow chart step numbers. The alignment concept is illustrated below:

| Process Flow Steps | PFMEA steps |
|---|---|
| 1 Base Assembly | 1 Raise base jig<br>2 Set Base To Jig<br>3 Install casters<br>4 Install brake cables<br>5 Install springs |
| 10 Footrest Assembly | 10 Set footrest substrate<br>11 Install brackets<br>12 Install slide bearings<br>13 Secure with rivets<br>14 Install covers |
| 20 Testing | 20 Calibrate battery system<br>21 Calibrate motors<br>22 Calibrate load cells<br>23 Check Ground Bond<br>24 Check HIPOT<br>25 Function Test |

- The process flow chart helps to define what the scope of the PFMEA analysis will include. It **should** be done prior to initiating the actual PFMEA. The process flow chart **should** also evolve as the process is developed.

**However, more guidance is provided in this section related to these columns and revision of the PFMEA document.**

- If re-scoring numbers are present in the Action Results section, then that section represents the latest scoring. It is important that the description in the Actions Taken cell is adequate for the reader to understand why the scores have changed. The actions that were taken are NOT to be reflected back in the main body of the PFMEA when re-scoring numbers are present in the Action Results section. The information in the Recommended Actions and Responsibility section shall remain.
- It is recommended that what has been written in the Action Results section of the PFMEA remain until another change occurs that would impact these steps. This assumes that the description in the Actions Taken cell is adequate for the reader to understand why the scores have changed.
- When another change occurs to an area of the document where Action Results are currently present the following should occur. The information currently in the Action Results section should be reflected back into the main body of the PFMEA including the descriptions related to the effect, prevention control, and detection control (if applicable) and the scoring in the main body. The information in the Recommended Actions, Responsibility, and Action Results sections should then be replaced by new information related to the latest change. If the new change only involves the Recommended Actions and Responsibility columns, then the Actions Results section should be blank.
- If the changes are too complex to describe well in the in the Actions Taken cell the following revision method may be followed. The main body of the PFMEA is updated with descriptions and scoring that represents the new changes. The Recommended Actions and Responsibility columns are blank. The

represents the new changes. The Recommended Actions and Responsibility columns are blank. The Action Results scoring columns are blank. The Actions Taken cell may be populated with a general description to indicate that a process change occurred. For example, "Changed process to use electric tool instead of pneumatic July 2016" or it may be left blank.





**Requirement:** Process FMEA

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
|---|---|
| 3-Jan-23 | Stryker Requests PFMEA, Supplier submits commitment date of 01-18-2023 |
| 1-Feb-23 | Supplier Uploads PFMEA F-PVA-0091-FPS through F-PVA-0094-FPS |
| 2-Feb-23 | Stryker Accepts PFMEA |

**Requirement: Control Plan** **Status:** Complete

## Control Plan

### Purpose

A Control Plan is the written description of the actions that are required at each phase of the part production process including: receiving, in-process, out-going, and periodic requirements to assure that all process outputs will be in a state of control.

The control plan communicates to manufacturing personnel the type of measurements and tests to conduct to key product and process characteristics throughout the production process per established limits and performance standards. The intent of the control plan is to formalize and document the system of control that will be utilized.

*Why use a Control Plan:*

A control plan provides "safeguards" that make sure the manufacturing process is adequately managed to achieve the desired product output. It is important to use a control plan to ensure that the wants, needs, and expectations of the customer are met with the end product.

### References

1. Production Part Approval Process (PPAP) – AIAG Fourth Edition (Section 2.2.7) - Control Plan
2. Advance Product Quality Planning (APQP) and Control Plan Second Edition (Chapter 6)
3. 21 CFR 820 The Quality System Regulation
4. ISO 13485 Quality Management *Systems – Medical Devices – System Requirements for Regulatory Purposes*
5. *The Quality System Compendium – CGMP Requirements and Industry Practice,* Association for the Advancement of Medical Instrumentation, Third Edition

### Acceptance Criteria

An acceptable Process Control Plan:

1. Identifies, for each Critical Quality Attribute, what control measures are being implemented to assure the risks identified on the PFMEA are mitigated or eliminated.
2. Identifies what measuring system or technique and what sampling schema is to be used (e.g. sample size and frequency, AQL #, etc.).
3. Includes action steps to be taken in the event that a particular feature is deemed to have exceeded the specification boundaries.
4. Aligns to the process flow diagram and the process FMEA.
5. If the diagram is representing a product family, a reference attachment showing all part numbers and individual part differences between parts in the family grouping is present.





### Additional Information




**What to include in a Control Plan:**

An effective control plan is developed based on the process flow chart and the process FMEA. The process flow chart defines the process and details where tests, gauges, and measurements are necessary. The process FMEA looks at possible failures and whether current controls are adequate. A control plan must be in sync with both documents to ensure the required process variables are controlled. A typical control plan will include the following sections:

1. **General Tracking and Administrative Data**
   a. This includes data such as supplier's company name, control plan number with revision, manufacturing location, plan issue and revision date, and contact information.
2. **Product / Process Identification Data**
   a. This data will describe the product and/or process with revision (i.e. part number, product / process description) that will be controlled for the sake of quality, and whether the plan is for a prototype, pre-launch, or full production.
3. **Process and Equipment Descriptions**
   a. These descriptions identify the operation number, process / operation description and equipment subject to control measures.
4. **Product / Process Control Characteristics Data**
   a. This data describes the process and product factors that will be controlled for the sake of quality. This information includes control specifications and tolerances that operators need to check and maintain.
5. **Control Method Details**
   a. Control method details need to describe what will be done to control the process and product parameters. This element details:
      i. The control method and performance standard
      ii. Measurement techniques
      iii. Sample size and control frequency
      iv. Means for capturing and controlling process control data
6. **Reaction / Corrective Action Plan**
   a. A reactionary and corrective action plan should describe actions to take should a control method fail, including necessary corrective actions to get back on track.
7. **Manufacturing Materials Data**

a. List of all Manufacturing materials and controls (if applicable).

8. **Approvals Detail**
   a. A supplier and or customer approval if required.





**How to build a Control Plan:**

1. Gather all documents and information to gain a better understanding of the process, including but not limited to:
   a. Process flow diagram
   b. Drawings
   c. Special characteristics (CTQ, CQA, etc.)
   d. System/design/process failure mode and effects analysis (FMEA)
   e. Lessons learned from similar parts
   f. Team's knowledge of the process
   g. Design reviews
2. Prepare Control Plan as follow
   a. Align control steps with Process Flow and process FMEA steps.
   b. Define all steps where special characteristics are affected and identify control method
   c. Identify process FMEA risks that will require special control in the plan.
   d. Control plans shall address:
      i. All testing requirements - dimensional, material, and performance.
      ii. All product and process characteristics at every step throughout the process (e.g. critical, key, significant, etc.)
   e. Controls done by test or measuring are supported by a protocol and or TMV.
      i. The control method should be based on an effective analysis of the process such as SPC, Error Proofing, Inspection, Sampling Plan
   f. Control plans should reference other documentation
      i. Specifications, tooling, etc.
3. Review Control Plan with SME of each step to confirm that all possible failures are listed and the controls are effective.
4. In some cases Stryker may allow Family Group PFD's, process FMEAs, and Control Plans – When this is agreed upon, the supplier shall have a reference attachment for all part numbers and individual part differences of the parts in the family grouping.
5. Complete any MSA requirements.
6. Gather appropriate approvals.
7. It is necessary to review and update a control plan when changes impact any of the following:
   g. The product or process
   h. Tests and measurements
   i. Product packaging
   j. Shipping or Logistics
   k. Any changes to Process Flow Diagram and or process FMEA

**Requirement: Control Plan**

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
|---|---|
| 3-Jan-23 | Stryker requests Control Plans, supplier commits to upload 01-18-2023 |
| 1-Feb-23 | Supllier Uploads Control Plans F-PVA-0135-CP through F-PVE-0138 |
| 2-Feb-23 | Stryker Accepts Control Plans |
| 24-Feb-23 | Control Plan for 1140-0114D is uprevved to correct typo on thruhole dimension to .064" +/-.0008", Stryker Accepted |





**Requirement: Measurement / Test Method Validation** **Status:** Complete

# Measurement / Test Method Validation

## Purpose

The purpose of Measurement / Test Method Validation is to verify that the gage or measurement system is capable of accurately assessing the quality of the parts.

## References

1. Automotive Industry Action Group (AIAG). *Measurement Systems Analysis Reference Manual, 4th edition*.
2. CQG-PDC-005, *Validation By Stryker Suppliers*

## Acceptance Criteria

- MSAs are performed for all gages as required and fulfill acceptance criteria
- Measuring machines are qualified and validated
- A list of all gages and measuring machines including MSA reference shall be provided

## Additional Information

- **Gage** is any device used to obtain measurements: frequently used to refer specifically to the devices used on the shop floor: includes go/no-go devices.
- **Measurement System** is the collection of instruments or gages, standards, operations, methods, fixtures, software, personnel, environment and assumptions used to quantify a unit of measure or fix assessment to the feature characteristics being measured; the complete process used to obtain measurements.

One of the most common methods to evaluate MSA is **the Gage repeatability and reproducibility** (Gage R&R).

- **Repeatability** is the ability of an operator to consistently repeat the same measurement of the same part, using the same gage, under the same conditions.
- **Reproducibility** is the ability of a gage, used by multiple operators, to consistently reproduce the same measurement of the same part, under the same conditions

*Some points to think about while selecting a measurement system:*

- *What products do I have?*
- *What are the characteristics of the products?*
- *How do we measure these characteristics?*
- *What is the consequence of getting the measurement wrong?*

Form




Recommended Samples Sizes:

Variable: 10 parts, 3 operators, 2 repeats. (If only 2 operators are available then 3 repeats can be used). More operators/repeats/parts can always be added.

Attribute: 16 parts, 3 operators, 2 repeats. (If only 2 operators are available then 3 repeats can be used). More operators/repeats/parts can always be added. If a failure occurs during attribute study for gage R&R, justification may be written around the failure and will be reviewed by Quality team for approval. Attribute based studies should include at least 25% non-conforming parts and acceptable parts should be selected so as to represent the edges of the specification limits.

The risk level of the CQA being measured is identified as Low, Medium, or High. Acceptance Criteria for Total Gage R&R expressed as a percentage of the tolerance will be specified on the CQA tab.

Gage R&R shall be performed for the gages used on production control plan/ inspection plan. The number of appraisers, number of samples parts, and number of repeat readings should be determined in advance. The appraisers chosen should be selected from those who normally operate the instrument. Selection of the sample parts is critical for proper analysis and is necessary that the samples represent the production process.

The **Variable Gage Study** can be performed using different techniques. There are three common methods used to evaluate Gage R&Rs: Range Method, Average and Range Method and ANOVA (Analysis of Variance) method. The **ANOVA approach is preferred** because it evaluates the operator to part interaction gauge error, whereas the other 2 do not include this variation.

According to AIAG guidelines, if your measurement system's variation is less than 10% of process's variation, then it is acceptable. Between 10%-30%, the measurement system may be acceptable depending on the application, or other factors (review CQA tab for specific acceptance criteria).

For **attribute data study** shall be done with a minimum 25% non-conforming (or conforming) number of good and bad parts using the same number of operators, trials, and parts as mentioned. This study should result in 100% pass from operator checks. The non-conforming products should be within reason non-conforming - (example: it is not acceptable to do a gage pin study and use parts that did not have the hole drilled).





Form

Certain measurement systems may be **destructive** and repeat measurements on the same part are not possible. GR&R studies rely on the measurement of the same parts repeatedly and by different appraisers. Therefore, in case of destructive measuring systems, study parts can be paired, or grouped, in such a way that there is high confidence that the property being measured is the same for the pair or group.

**Requirement:** **Measurement / Test Method Validation**

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
|---|---|
| 3-Jan-23 | Stryker Requests MSA's |
| 13-Jan-23 | Supplier Submits MSA for Comparator, Laser Micrometer, Go/No-Go Pin Gage, and Caliper |
| 2-Feb-23 | Stryker Accepts, Caliper MSA, Request remediation for the other MSA's |
| 10-Feb-23 | Stryker Requests Laser Micrometer to be rerun to a tighter tolerance of +/-.0004", requests comparator to be rerun to .004", and new class x pin gage |
| 13-Feb-23 | Supplier notifies Stryker that laser micrometer rerun fails at tighter tolerance. |
| 15-Feb-23 | Stryker Reruns comparator data at tighter tolerance, accepts |
| 17-Feb-23 | NC 3235792 opened to address Laser Micrometer and pin gage MSA. Comparator MSA sufficient for PPAP. |
| 22-Feb-23 | CQA Equivalent Memo attached under initial Process Studies section of the PPAP. |





**Requirement: First Article Inspection (FAI)**

**Status:** Complete

## First Article Inspection

### Purpose

The First Article Inspection (FAI) is a formal method of providing a reported measurement for a given manufacturing process. Both the supplier and purchaser perform the First Article on the ordered product. The evaluation method consists of comparing supplier and purchasers results from measuring the dimensions of a PPAP sample against a design record or specification.

### References

1. 21 CFR 820 *The Quality System Regulation*
2. ISO 13485 *Quality Management Systems – Medical Devices – System Requirements for Regulatory Purposes*
3. *The Quality System Compendium – CGMP Requirements and Industry Practice,* Association for the Advancement of Medical Instrumentation, Third Edition

### Acceptance Criteria

**The First Article Inspection (FAI) is a requirement that containment four parts:**
- Design Record with Ballooned dimensions and notes
- Material / Performance Test Results
- Dimension Report (Full Layout)
- FAI Sample Parts

**Design Record with Ballooned dimension and notes:**

The design record includes part drawing(s) and engineering specifications required to produce the part. When the design records such as CAD/CAM math data, part drawings, or specifications are in electronic format (e.g. math data), the supplier shall produce and submit a copy (e.g., pictorial, GD&T sheets, drawing, specification pages, etc.) to identify measurements taken. For standard components the design record may consist only of a functional specification or a reference to a recognized industry standard or catalog number. Revision levels shall be reported on all documentation. Suppliers shall submit a ballooned copy of the drawing that corresponds to the Dimensional, Material, and Performance Results.

Prints are "ballooned" in order to provide a common numbering system so that features may be identified across documents with a common key. This significantly simplifies communication and record keeping. See additional information below for more details.

**Material / Performance Test Results:**

The supplier shall submit results of material/performance tests as required by Stryker. Results may be submitted in any convenient format that is traceable to the company performing the test. (e.g., Certificate of Analysis (CoA) provided by raw material vendor, Certificate of Conformance (CoC) showing heat treat results, passivation results, paint adhesion test results, etc.). This record is used to verify that the parts meet all of the Material and/or Performance requirements and specifications called out on the drawing and control plan.

**Dimension Results:**

100% dimensional layout and note evaluation corresponding to the balloon print is required for all PPAP sample parts

100% dimensional layout and note evaluation corresponding to the balloon print is required for all PPAP sample parts.
If production parts will be produced from more than one cavity, mold, tool, die, pattern, or production process, the supplier shall complete a full dimensional and note evaluation on a minimum of 2 parts from each unique process/variation (Including color, if applicable, for certain process'). The specific cavities, molds, line, etc. shall then be identified on the Warrant & on the FAI tab next to the part number and revision.

A Dimensional Check Results Form should be provided but the supplier may choose to use their own format as long as the information provided meets the expectations of the information identified on Stryker's form.





**FAI Sample Parts -**

Shall be labeled and easily identified as PPAP sample parts with sample number on each part that corresponds to the Dimensional Report. Sample parts provided shall be from a significant "production" run.

Significant Production Run – for production parts, submitted parts shall be taken from a production representative run (for NPD parts shall be taken from First Batch). The run shall be conducted at the production site, using production tooling, production gaging, production process, production materials, and production operators. Parts from each unique production process, e.g. cavity, mold, or tool, shall be measured and representative parts tested.

## Additional Information

**Instructions for use of Stryker FAI Report**

Complete the Table in the FAI worksheet for the # of cavities, # of sample parts / cavity and # of dimensions.

If the part being PPAPed does not have a cavity or mold, enter "1" for a single piece production flow.
The number of dimensions refers to the balloon drawing and the number of ballooned features on the design record. Keep in mind if the print calls out "4 x .5 +/- .1" this would be 4 separate dimensions.

Once the table is completed select "click to configure" to generate the FAI tables on the form.

After the tables are created, complete the "Type of feature/Note Specification" column and either the "Nominal value, Plus tolerance, Minus Tolerance" (Orange header) or the "USL and LSL" (Light green header).

The supplier will complete the generated tables including the supplier inspector, part number, revision, gage type, gage ID, and part values. If the values for the parts is attribute data, type "ok" or "pass" in the cell.

If any of the part values show as red then it indicates that the parts is out of tolerance, go back and ensure that the correct information is in the "Nominal value, Plus tolerance, Minus Tolerance" (Orange header) or the "USL and LSL" (Light green header).



stryker
Doc Number: D0000000209
Name: Production Part Approval Process (PPAP) Workbook
Revision: AB
Form

**Guidance for "Ballooning" of Prints**

All ballooning should be done in a numerical fashion.

clockwise manner from the view featured on the print (there is no need to list the breakdown on the print as this makes for a confusing print, just list the number 1 and follow the above guidance).

Features and GD&T frames should be regarded as separate measurements and should have separate item numbers. Do not forget to follow #2 (above) in regards to the GD&T frames (i.e. if the FOS is 4X then the GD&T should also be reported four times in the manner previously stated).

Number the print in a logical manner (starting in the top left hand corner image and going clockwise would be an example of this). This will make finding a particular feature easier and less time consuming. While this is the ideal, if something is missed it can be included later, just try to make things as logical as possible.

Include all notes in the ballooning, even if they are not applicable (just note this on the dimensional results form).

Unless already covered by notes, include verification of title block for material, finish and additional specifications included on the title block. Do not include the dimensional portion of the title block into the ballooned print, this is not applicable.

If unable to discern a measurement or if you think a measurement is incorrectly dimensioned, please note this and/or contact Stryker.



stryker
Doc Number: D0000000209
Name: Production Part Approval Process (PPAP) Workbook
Revision: AB
Form

**Requirement:** First Article Inspection (FAI)

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
|---|---|
| 3-Jan-23 | Stryker Requests Pre and Post Move FAI's, supplier to use their own FAI report. See attachments |
| 14-Jan-23 | Pre Move FAI's uploaded by supplier |
| 27-Jan-23 | Post Move FAI's uploaded by supplier |
| 2-Feb-23 | Stryker Identifies Typo on pre-move dowel pin FAI, requests Tegra to correct |
| 2-Feb-23 | Post Move FAI's accepted by Stryker |
| 7-Feb-23 | Supplier uploads corrected Pre Move FAI |
| 7-Feb-23 | Stryker Accepts Pre Move FAI's - Pre move FAI's not contained within PPAP, can be found under evidence on PT assessment CQF-SUP-023-F |
| 14-Feb-23 | Stryker finalizes FAI justification Memo to accept FAI from current rev.1 lot. |

**Requirement: Material / Perf Test Results**

**Status:** Complete

## Material and Performance Test Results

### Purpose

The organization shall have records of raw material and/or performance test results for tests specified on the design record or Control Plan.

### References

1. Production Part Approval Process (PPAP) – AIAG March 2006 (Section 2.2.10) – Performance Test Results
2. Production process and product approval (PPA) -VDA Volume 2 – November 2012 (Section 6.1 and 6.2)

### Acceptance Criteria

An acceptable documentation in the PPAP shall contain evidence of completion and passing of all tests needed to be performed for all parts and product materials when for the following requirements are specified by the design record or Control Plans.

1. Performance and functional
2. Chemical, physical, or metallurgical

Material test results shall indicate and include:

- The design record change level of the parts tested
- Any authorized engineering change documents that have not yet been incorporated in the design record
- The number, date, and change level of the specifications to which the part was tested
- The date on which the testing took place
- The quantity tested
- The actual measured results ("Pass" is not normally acceptable).
- The material supplier's name and, when required by the customer, the customer-assigned supplier/vendor code.

### Additional Information

Some examples might include:

- Raw material certifications or Certificates of Analysis
- Heat treat certifications showing technique and as measured hardness
- Anodize or electroplating certificates showing plating thickness
- Test results related to functional or safety testing
- Test results related to various certifications (e.g., UL, flame ratings, etc.)
- Inspection results for any 100% inspections required by the control plan





**Requirement:** **Material / Perf Test Results**

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
| --- | --- |
| 3-Jan-23 | Stryker Requests Material / Perf Test Results, supplier commits to upload of 01-13-2023 |
| 13-Jan-23 | Supplier Uploads Material cert results |
| 2-Feb-23 | Stryker Accepts Material Cert Results |

**Requirement: Initial Process Studies (Ppk/Cpk)** **Status:** Complete

## Initial Process Studies

### Purpose

The purpose of the initial process study is to understand the process variation, not just to achieve a specific index value.

### References

1. Production Part Approval Process (PPAP) – AIAG Fourth Edition
2. Statistical Process Control (SPC) – AIAG Second Edition

### Acceptance Criteria

The organization will find the acceptance criteria listed on the "CQA Information" tab, accessed from the "Project & Part Information" tab. The acceptance criteria is feature specific and risk based. In order to have a statistical confidence in the resulting data, sample size also is a factor in determining the acceptable process performance level.

Variable data is <u>always</u> preferable to attribute data for part qualification. If attribute based controls are to be implemented in production, variable data should still be provided, if possible, to qualify the part.

If the acceptance criteria cannot be adequately demonstrated, the supplier may opt for increased inspection up to and including 100% inspection. If the feature has been identified as a CQA, and it does not meet the acceptance criteria for validation or initial process studies, increased inspection must be at 100%.

### Additional Information

Initial process studies may be performed as part of validation efforts. In those cases, the data and results provided as part of the validation documentation would be sufficient to satisfy the initial process study requirements.

When no CQAs have been identified, Stryker reserves the right to require demonstration of initial process performance on other characteristics.

The initial process study is focused on variables and not attribute data. Assembly errors, test failures, surface defects are examples of attribute data, which is important to understand, but is not covered in this initial process study. To understand the performance of characteristics monitored by attribute data will require more data collected over time. Unless approved by the authorized Stryker representative, attribute data is not normally acceptable for PPAP submissions.

Initial process studies are short-term and will not predict the effects of time and variation in people, materials, methods, equipment, measurement systems, and environment. Even for these short-term studies, it is preferable to collect and analyze the data in the order produced using control charts.

For those characteristics that can be studied using X-Bar and R charts, a short term study should be based on a minimum of 25 subgroups containing at least 100 readings from consecutive parts of the significant production run. The initial process study data requirements may be replaced by longer-term historical data from the same or similar processes, with Stryker concurrence. For certain processes, alternative analytical tools such as individual and moving range charts may be appropriate and permitted with prior approval from an authorized Stryker representative.





### Quality Indices

Initial process studies shall be summarized with capability or performance indices, if applicable.

The initial process study results are dependent on the purpose of the study, method of data acquisition, sampling, amount of data, demonstration of statistical control, etc. For additional guidance, contact the Stryker representative.

Cpk – The estimate of sigma is based on *within subgroup variation*. Cpk does *not* include the effect of process variability between the subgroups. If the data is being subgroup and control charted, then the use of Cpk may be acceptable, but if used alone, may be an incomplete indicator of process performance.

Ppk – The estimate of *total variation* (of all individual sample data using the standard deviation). Ppk is an indicator of process performance based on process variation throughout the full set of data. Unlike Cpk, Ppk is not limited to the variation within subgroups. However, Ppk cannot isolate within subgroup variation from between subgroup variation. For these reasons, Ppk is the preferred measure of process performance.

### Unstable Processes

Depending on the nature of the instability, an unstable process may not meet stipulated requirements. The organization shall identify, evaluate and, wherever possible, eliminate special causes of variation prior to PPAP submission. The organization shall notify the Stryker representative of any unstable processes that exist and shall submit an action plan for their correction.

### One-Sided Specifications or Non-Normal Distributions

The acceptance criteria mentioned earlier assume normality. When this is not true, using this analysis may result in unreliable information. When the data appears to be non-normal, the organization should contact the Stryker representative for more information.

For one sided specifications or specifications involving the use of material modifiers (e.g., MMC, LMC). Contact the Stryker representative for guidance.

Requirement: Initial Process Studies (Ppk/Cpk)

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
|---|---|
| 3-Jan-23 | Stryker Requests Initial Process Studies, supplier commits to upload by 01-06-2023 |
| 6-Jan-23 | Supplier Uploads Thrufeed Grinding and Fiber Laser Weld |
| 6-Jan-23 | Electrocut, Clean Flash Passivation, and Swiss uploaded during previous PPAP's for other products at Stryker. |
| 2-Feb-23 | Stryker Accepts Thrufeed Grinding, Fiber Laser Weld, Electrocut, Clean Flash Passivation |
| 2-Feb-23 | Stryker Requires New dataset for Swiss process to run new process study analysis to align with print tolerance. |
| 14-Feb-23 | Supplier submits Swiss Data PQ Memo |
| 15-Feb-23 | Stryker Accepts Swiss PQ |
| 22-Feb-23 | PQ documentation for Electrocut and Thrufeed Grinding process are located in the OQ's of those processes. |





**Requirement: Validation Records**

Status: Complete

## Validation Records

### Purpose

Provide guidance to sub-contractors and vendors in relation to qualification and validation of:

| Validation | Purpose | Answers the questions: |
|---|---|---|
| Installation qualification (IQ) | Establishes by objective evidence that all key aspects of the process equipment and ancillary system installation adhere to the manufacturer's approved specifications and that the recommendations of the supplier of the equipment are suitably considered. | 1. Is the equipment designed and installed correctly?<br>2. Does the equipment perform as expected? |
| Operational Qualification (OQ) | Establishes by objective evidence process control limits and action levels which result in product that meets all predetermined requirements. | 1. Are the process factors that influence resulting product quality understood?<br>2. Have process control limits been developed to ensure that a product meets its specifications even at worst-case combinations of process factors? |
| Performance Qualification (PQ) | Establishes by objective evidence that the process, under anticipated conditions, consistently produces a product which meets all predetermined requirements. | 1. Is there consistent process output under foreseeable conditions?<br>2. When the equipment is operated under controlled conditions, does the process deliver a product that consistently meets its specifications? |

### References

1. 21 CFR 820 *The Quality System Regulation*
2. ISO 13485 *Quality Management Systems – Medical Devices – System Requirements for Regulatory Purposes*
3. *The Quality System Compendium – CGMP Requirements and Industry Practice,* Association for the Advancement of Medical Instrumentation, Third Edition
4. CQG-PDC-005 *Validation By Stryker's Suppliers,* Version 2.0, effective 16 June 2014 (available upon request)

### Acceptance Criteria

**An acceptable installation qualification (IQ) comprises documented evidence that:**

1. Equipment is appropriately installed, in accordance with the equipment supplier's recommendations.
2. Services/utilities are correctly connected and rated appropriately.
3. The equipment is adjusted, leveled, and calibrated to the required accuracy.
4. Health, safety and ergonomic requirements are met.
5. Preventative maintenance program is in place including a schedule of planned activities, part replacement, etc. These provisions should align with the supplier's recommendations.
6. Any software is installed correctly and a back-up is available.
7. Appropriate and necessary documentation, and records relating to the equipment and its installation, are available and

accurate (e.g. piping and wiring diagrams, electrical and other utility connections, parts lists, maintenance instructions).

*Note: When qualifying existing equipment for which original equipment specifications may not exist or are no longer relevant, the installation qualification may be limited to recording the "as-is" installation, reviewing the equipment's history (e.g. has its performance been satisfactory, or have there been problems and issues) and ensuring that current requirements are met (e.g. health, safety, and ergonomics) and procedures for maintenance and calibration are in place.*





**An acceptable operational qualification (OQ) comprises documented evidence that:**

1. All process control limits (including warning and action limits) which result in acceptable product have been verified.
   a. Include all process extremes permitted by the operator /work instructions for that process. These extremes may be combined into a reduced number of "worst-case' settings.
   b. Only where single process set points are used is it permissible to exclude the process setting extremes and execute the qualification at nominal.
2. When the "process" is a piece of equipment (e.g. CNC Machine or other automated equipment), then the operational qualification normally comprises documented evidence that:
   a. The equipment functions according to specification. This is typically of greater importance for more complex equipment which may include control loops (e.g. temperature or speed controllers), automated cycles, limits, alarms, multiple operating cycles, settings, etc.
   b. The equipment capabilities are appropriate for the process to be performed.
   c. The functionality of equipment (e.g. work piece transfers, operating cycles, tool changes, etc.) is verified.
   d. Fixtures and tooling are defined and suitable for the process to be performed.

*Note: When qualifying equipment already in use, a review of the history and performance may be sufficient provided that the historic use of the equipment is representative of the intended future use of the equipment. This review should be documented.*

**An acceptable performance qualification (PQ) comprises documented evidence that:**

1. The process will consistently produce acceptable product under the following normal operating conditions:
   a. The actual production equipment used in routine manufacturing.
   b. Production or operations personnel involved in normal manufacturing.
   c. Production processes and Standard Operating Procedures.

## Additional Information

*The "applicability" section of* The Quality System Regulation, *21 CFR 820, addresses requirements for "current Good Manufacturing Practice" and states that:*

1. *The regulation is applicable to manufacturers of "finished [medical] devices."*
2. *The regulation does not apply to manufacturers of components or parts of finished devices (but such suppliers are encouraged to use appropriate provisions of the regulation).*

*The FDA has provided further guidance of the interpretation of this distinction explaining that when materials, components, or parts are produced by Suppliers for general purposes (i.e. other than for inclusion into a medical device) it is the responsibility of the medical device manufacturer to select both the item being supplied and the supplier, to ensure that the item is suitable for its inclusion in the device. However where an item is produced by a supplier specifically for inclusion in a medical device (as is the case when any item or service is provided in accordance with a Stryker specification) then the supplier is considered an extension of the device manufacturer (Stryker) and its activities, and is therefore subject to the requirements of the Quality System Regulation.*

Equipment qualification normally comprises Installation Qualification and Operational Qualification.

IQ focuses on correct installation of the equipment. A successful IQ will establish that the production equipment's design, installation conditions, safety features, and environmental conditions are adequate to ensure ongoing proper operation. As part of the IQ, the equipment is formally adopted into the equipment-related aspects of the supplier's quality system. For example, IQ ensures that the equipment maintenance, cleaning, and calibration schedules are established, related instructions are established, and a spare parts list is available for maintenance personnel.

Equipment which is not "installed" (e.g. hand held or "mobile") may not require full installation qualification. However there may still be a requirement for qualification, including, for example, ensuring that the equipment is appropriate for the intended use, that it is calibrated, that provisions for maintenance are in place, that it complies with health and safety requirements, that use instructions are available, and that the equipment actually operates correctly.

When equipment is "automated" and includes embedded software, the validation of that software is typically included in the equipment qualification. Installation of the software (and requirements for back-up, access and maintenance) is typically covered during IQ. The functional performance of the software is typically covered during OQ-E. If the software comprises custom code or is configured for, or by, the supplier additional requirements may apply.

OQ activities provide a clear understanding of key process parameters (i.e., those factors that are part of the process and affect process outcomes). The process parameters are controllable factors or variables such as temperature, time, and pressure. The OQ challenges process variables that may affect important quality attributes. In challenging a process, a manufacturer challenges typical day-to-day conditions that will be encountered in the manufacturing environment, including any probable worst-case conditions. The challenges are repeated enough times to ensure meaningful, consistent results. By challenging process parameters, the manufacturer will determine the worst-case conditions under which the process is still able to produce a product that meets its specifications. Process characterization establishes process control limits for key process parameters.

OQ and PQ protocols should define the number of samples per run, number of runs required and process or product characteristics that will be measured. Statistically valid techniques should be used in determining the sample size and run quantities to ensure that final validation results are defensible. In current practice, Stryker expects manufacturers to have a statistically valid rationale supporting the number of production runs and sample sizes used to complete the process validation activities.

Validation activities conclude with the preparation of a final report. This report should refer to the protocols followed, describe the statistical techniques used and the data collected, explain any deviations experienced during the validation activities, and state conclusions regarding the validation status of the process. If a validation team is appointed, the team should review the final report, and appropriate members of management should approve it. A process that requires validation typically is not released for use in routine manufacturing until the validation report is approved. Once the report is completed, firms often refer to the process as being in a "validated state".

Ongoing monitoring and control of validated processes is essential. In some cases, a periodic, scheduled revalidation effort is appropriate. For example, sterilization processes are typically revalidated on a schedule that is based on an appropriate industry standard, regardless of whether known changes have occurred in the product or process since the previous validation was completed.

**Note relating to sample size determination using the "Critical Quality Attribute" tab:**

**When doing validation studies (e.g., OQ and PQ) and a particular validation criteria has not been provided, the Supplier may choose their sample size by selecting one from the drop down menu in the table. The form will then respond with the appropriate process performance criteria based on the sample size selected and the risk involved.**

**Requirement: Validation Records**

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
|---|---|
| 3-Jan-23 | Stryker Requests IQ OQ |
| 6-Jan-23 | Supplier Uploads, Grit Blast, Fiber Laser Weld and Tumble |
| | Supplier previously uploaded Electrocut, Laser Engrave, Clean Flash Passivation, Thrufeed Grinding, and Swiss during previous phases of the transfer. |
| 20-Jan-23 | Stryker Accepts Electrocut, Laser Engrave, Clean Flash Passivation, and Fiber Laser Weld |
| 24-Jan-23 | Stryker equests supplier to remediate Swiss IQOQ reports to clarify inconsistencies across machine output, memo to be submitted by supplier by 01-27- |
| 27-Jan-23 | Supllier uploads Swiss IQOQ Memo |
| 2-Feb-23 | Stryker accepts Thrufeed Grinding, Swiss, and Tumble |
| 6-Feb-23 | Stryker Requests clarification on Grit Blast OQ acceptance criteria |
| 8-Feb-23 | Supplier submits email clarification for grit blast OQ |
| 9-Feb-23 | Stryker Accepts Grit Blast Validation |





**Requirement: Supplier Contact Material list** Status: Complete

## Product contact material and manufacturing cleaning process.

### Purpose

Product contact agents: according to cleaning requirements all agents/substances that come into contact with Stryker`s product during handling/manufacturing shall be listed to define a capable process of consistently cleaning the product to an acceptable level.
Manufacturing cleaning process: Demonstrates and obtains evidence that a manufacturing cleaning process is capable of consistently cleaning product to an acceptable/defined level. The manufacturing cleaning processes can be defined as intermediate, final intermediate and final cleaning processes.

*Product contact agents answers the questions:*

1. *What are the intended and direct product contact materials?*
2. *What cleaning agents are used for the product?*
3. *What machining agents come into contact with the product?*
4. *Do agents contain product of animal origin, latex and/or phthalates?*

*Manufacturing cleaning process answers the question:*

1. *What cleaning process is in place?*
2. *What tests are in place to verify cleanliness?*
3. *How clean are the products after cleaning?*

### References

1. 21 CFR 820 *The Quality System Regulation*
2. ISO 13485 *Quality Management Systems – Medical Devices – System Requirements for Regulatory Purposes*
3. *The Quality System Compendium – CGMP Requirements and Industry Practice,* Association for the Advancement of Medical Instrumentation, Third Edition
4. CQG-PDC-014 *Manufacturing Cleaning Process Validation*
5. CQG-PDC-005 *Validation By Stryker's Suppliers,* Version 2.0, effective 16 June 2014 (available upon request)
6. Phthalates (EU Directive 2001/84/EC, EPA Phthalates Action Plan)

### Acceptance Criteria

An acceptable documentation contains:

1. A list with all contact materials (intended, direct) that need to be assessed and compared incl. the Process, it is used in, Contact Agent name, Class/Grade (e.g. USP Grade etc.),Material Specification reference and/or CAS# and Manufacturer/Supplier. If processes are outsourced to sub-tier these contact materials shall also be listed.
2. All MSDS (Material safety data sheet) are available
3. Definition of the cleaning process type
4. Definition of the cleaning process category
5. Visual inspection: Visually clean: Device must be dry, free of visible contaminants & foreign matter, and free from scratches or any physical damage.

Depending on the product category and further processing at Stryker following requirements may be applicable:

6. For Organic /in-organic residues: describe the methodology that is used and the defined acceptance criteria based on processes, manufacturing materials, and manufacturing cleaning process agents used in the overall device manufacturing process up to, and including, the manufacturing cleaning process under consideration or according to Stryker acceptance criteria.





7. For Endotoxin/ Cytotoxicity: describe utilized existing industry standards / regulatory requirements as the minimum acceptance criteria or according to Stryker acceptance criteria.
8. For Bioburden: Stryker defines the acceptance criteria based, primarily for sterile devices, on the relevant standards associated with sterilization processes.

*Note: When defining the cleaning process category please make sure that the packaging of the product is adequate to conserve the current cleaning status.*

## Additional Information

1. *Minimum information when listing product contact agents are:*

| In accordance with Process | Product Contact Agents | Class/Grade (e.g. USP Grade etc.) | Material Specification reference and/or CAS# | Supplier |
|---|---|---|---|---|
| <<turning>> | <<coolant>> | - | <<Variocut C334>> | <<Castol>> |
| <<cleaning>> | <<degreeze>> | - | | |
| | | | | |

*Do the listed agents contain product of animal origin, latex and/or phthalates? If yes, please list:*

| In accordance with Process | Product Contact Agents | How is it removed? |
|---|---|---|
| <<handling>> | <<latex gloves>> | << final cleaning>> |

2. *Minimum information when listing manufacturing cleaning process are*

| **Cleaning process type** | **Cleaning Process Category** | **Test / CQA / QA** | Test performed | Val ref./ Test | Methodology, Limits & monitoring interval |
|---|---|---|---|---|---|
| <<Machine>> | <<Final Cleaning>> | Visually Clean | ☐ | | |
| | <<Final intermediate cleaning>> | Organic Residual | ☐ | | <<TOC:>><br><<AOR:>> |
| | <<Intermediate Cleaning >> | Inorganic Residual | ☐ | | |
| | | Endotoxin | ☐ | | |
| | | Cytotoxicity | ☐ | | |
| | | Bioburden | ☐ | | |

3. *Definitions:*
   a. *Cleaning process Category:*
      i. ***Intermediate Cleaning**: Removal of contamination from a device during the manufacturing process to the extent necessary for its safe handling and further processing.*
      ii. ***Final Intermediate Cleaning**: The last intermediate cleaning process that is conducted prior to final*
      i. ***Cytotoxicity**: Of, relating to, or producing a toxic effect on cells. Cytotoxicity testing is the use of cell culture techniques, to determine the lysis of cells (cell death) and inhibition of cell growth and other effects on cells caused by medical devices, materials and/or their extracts. The unit of measure is grade of cytotoxic response, as defined in ISO10993-5.*
      ii. ***Endotoxin:** A toxin produced by certain bacteria and released upon destruction of the bacterial cell or*

*shed from the cell wall. For testing of endotoxin levels on product, the typical unit of measure is endotoxin unit (EU) per device.*

iii. ***In-Organic Residual:*** *In-Organic matter, consisting of non-carbon based chemicals or metals in various chemical and physical properties, remaining on the product post manufacturing and cleaning.*

iv. ***Organic Residual:*** *Organic matter, consisting of carbon based chemicals, remaining on the product post manufacturing and cleaning.*

v. ***Visually clean****: Device must be dry, free of visible contaminants & foreign matter, and free from scratches or any physical damage.*





**Requirement:** Contact Material List

Stryker Reviewer Results: Accept

| Date | Stryker Reviewer Comments: |
|---|---|
| 3-Jan-23 | Stryker Requests Contact Material List |
| 6-Jan-23 | Supplier Uploads Contact material List |
| 2-Feb-23 | Stryker Accepts Contact Material List |

# PPAP 15303-10005_6002-070-000

Final Audit Report 2023-02-27

| | |
|---|---|
| Created: | 2023-02-24 |
| By: | Brianna Owen (brianna.owen1@stryker.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAydFeWNzT4ciHJ4R0-uYvxGWM7scQn0BP |

## "PPAP 15303-10005_6002-070-000" History

- Document created by Brianna Owen (brianna.owen1@stryker.com)
  2023-02-24 - 6:26:16 PM GMT- IP address: 107.209.207.147

- Document emailed to Luis Flores (lflores@tegramedical.com) for signature
  2023-02-24 - 6:29:09 PM GMT

- Email viewed by Luis Flores (lflores@tegramedical.com)
  2023-02-24 - 6:32:21 PM GMT- IP address: 65.199.184.190

- Luis Flores (lflores@tegramedical.com) verified identity with Adobe Acrobat Sign authentication
  2023-02-24 - 6:34:27 PM GMT

- Document e-signed by Luis Flores (lflores@tegramedical.com)
  Signing reason: I approve this document
  Signature Date: 2023-02-24 - 6:34:27 PM GMT - Time Source: server- IP address: 65.199.184.190

- Document emailed to Greg Miller (greg.miller@stryker.com) for signature
  2023-02-24 - 6:34:28 PM GMT

- Email viewed by Greg Miller (greg.miller@stryker.com)
  2023-02-26 - 2:38:41 PM GMT- IP address: 134.199.10.159

- Greg Miller (greg.miller@stryker.com) verified identity with Adobe Acrobat Sign authentication
  2023-02-26 - 3:22:38 PM GMT

- Document e-signed by Greg Miller (greg.miller@stryker.com)
  Signing reason: I approve this document
  Signature Date: 2023-02-26 - 3:22:38 PM GMT - Time Source: server- IP address: 198.72.46.3

- Document emailed to William Reinholt (william.reinholt@stryker.com) for signature
  2023-02-26 - 3:22:39 PM GMT

Adobe Acrobat Sign

- Email viewed by William Reinholt (william.reinholt@stryker.com)
  2023-02-27 - 12:21:34 PM GMT- IP address: 104.47.56.254

- William Reinholt (william.reinholt@stryker.com) verified identity with Adobe Acrobat Sign authentication
  2023-02-27 - 12:22:28 PM GMT

- Document e-signed by William Reinholt (william.reinholt@stryker.com)
  Signing reason: I approve this document
  Signature Date: 2023-02-27 - 12:22:28 PM GMT - Time Source: server- IP address: 172.222.116.221

- Document emailed to Brianna Owen (brianna.owen1@stryker.com) for signature
  2023-02-27 - 12:22:29 PM GMT

- Email viewed by Brianna Owen (brianna.owen1@stryker.com)
  2023-02-27 - 1:10:20 PM GMT- IP address: 104.47.56.254

- Brianna Owen (brianna.owen1@stryker.com) verified identity with Adobe Acrobat Sign authentication
  2023-02-27 - 1:11:35 PM GMT

- Document e-signed by Brianna Owen (brianna.owen1@stryker.com)
  Signing reason: I approve this document
  Signature Date: 2023-02-27 - 1:11:35 PM GMT - Time Source: server- IP address: 107.209.207.147

- Agreement completed.
  2023-02-27 - 1:11:35 PM GMT

Adobe Acrobat Sign

# *Exhibit 21*

TEGRA MEDICAL
Where medical devices come to life.®

November 8, 2024

RE: Mr. Luis Alonso Flores Castillo

Dear Sir or Madam:

This letter is submitted to clarify the L-1B nonimmigrant visa petition (Form I-129 with L Classification and Form I-129S) filed by Tegra Medical Holdings, LLC ("Tegra" or "the Company") on behalf of Mr. Luis Alonso Flores Castillo, a dual citizen of Costa Rica and Peru.

Founded in 2007, Tegra Medical Holdings, LLC is a specialized contract manufacturer that focuses on delivering high precision, finished medical devices and complex components. The company serves as a critical partner to original equipment manufacturers (OEMs) in the medical device industry, catering to the rigorous demands of surgical, therapeutic, and diagnostic applications. Tegra is a subsidiary of SFS Acquisition Holding, Inc., which is wholly owned by SFS Group USA, Inc. As the central entity within the SFS Medical Division, Tegra integrates and extends the medical manufacturing expertise of the SFS Group, a global leader in precision manufacturing. The company is headquartered in Franklin, Massachusetts, and operates additional state-of-the-art facilities in locations such as Dartmouth, Massachusetts; Hernando, Mississippi; Heredia, Costa Rica; Altstätten, Hallau, and Heerbrugg, Switzerland; Johor Bahru, Malaysia; and Nantong City, China.

Tegra Medical specializes in the production of both finished medical devices and intricate components, with a primary focus on disposable, high-precision products made from metal and plastic. These products are tailored for use by leading global medical device OEMs. The company is renowned for its ability to combine conventional and innovative manufacturing technologies. Key capabilities include laser cutting, injection molding, CNC (Computer Numerical Control) grinding, and metal forming, enabling the production of highly complex and delicate products. Tegra's extensive portfolio ranges from surgical fasteners, retractors, and spreaders to stylets, cannulas, implants, and other specialized medical instruments.

As a full-service solutions provider, Tegra offers a comprehensive, end-to-end manufacturing approach. This includes everything from design and prototyping to final assembly, sterilization management, and packaging. By handling the entire production lifecycle, Tegra simplifies the supply chain for its clients, reducing time-to-market and ensuring the highest levels of quality and compliance. This capability is particularly valuable in the medical industry, where stringent regulatory standards and the need for reliable, high-quality products are paramount.

Tegra Medical operates within the highly specialized field of medical device manufacturing, which demands precision engineering, adherence to strict regulatory requirements, and the ability to innovate

rapidly. The company's products are crucial components in a wide range of therapeutic and diagnostic applications, serving sectors such as:

- Orthopedics: Surgical instruments and implants for bone repair and joint replacement.
- Cardiac Care: Devices used in cardiovascular interventions and cardiac surgery.
- Women's Health: Specialized tools and instruments for gynecological procedures.
- Neurology: Components used in brain surgery and neurological interventions.
- Ophthalmology: Precision instruments for eye surgery.
- Otolaryngology (ENT): Tools for ear, nose, and throat procedures.
- Radiology: Devices used in diagnostic imaging and minimally invasive interventions.
- Pain Management: Components for pain relief therapies, such as spinal injections and nerve stimulation.
- Diabetes Treatment: Instruments used for glucose monitoring and insulin delivery.

By serving these diverse yet highly specialized fields, Tegra Medical positions itself as a versatile and reliable partner in the medical device industry. Its ability to innovate and integrate various manufacturing processes enables OEMs to meet the evolving demands of healthcare providers and patients worldwide.

Tegra Medical's competitive edge lies in its ability to integrate multiple advanced technologies within a single manufacturing workflow. This integration not only enhances product complexity and customization but also streamlines production, thereby reducing costs and improving efficiency for its clients. The company's global footprint, with manufacturing facilities across North America, Europe, and Asia, allows it to offer localized support and scalable production capabilities, ensuring both flexibility and reliability in meeting customer needs.

In summary, Tegra Medical Holdings, LLC leverages its extensive capabilities in precision manufacturing to deliver high-quality, innovative medical devices and components to leading OEMs across the globe. By focusing on end-to-end solutions and maintaining a diverse, specialized product portfolio, Tegra continues to play a vital role in advancing healthcare technology. Tegra currently employs approximately 791 people in the United States. In 2023, the Company's U.S. net sales were over $119 million (See **Exhibit 1** from the underlying petition). Tegra Medical, La Aurora is a manufacturing plant branch office located in Heredia, Costa Rica.

**THE SPECIALIZED KNOWLEDGE PROFESSIONAL POSITION OF QUALITY ENGINEER**

The Quality Engineer uses Quality & Process Engineering principles, tools, and practices to develop and optimized systems and processes that are aligned with the overall business and quality vision of Tegra Medical and support Franklin Quality and Operations groups.

Specific duties for this position include:

- Investigate and resolve work-in-process problems to reduce/eliminate scrap and rework; analyze process statistics and conduct efficiency studies; analyze production data to identify root causes or potential causes for production issues, and support with risk assessments for rework; implement corrective actions and process improvements, aiming to reduce waste and enhance overall efficiency; conduct regular statistical reviews and efficiency studies as part of the non-conformances management to maintain quality standards. (10%).



8 Ledgewood Boulevard | Dartmouth, MA 02747 16 Forge Park | Franklin, MA 02038 3414 Highway 51 South Hernando, MS 38632
www.tegramedical.com 508.541.4200 *A member of SFS*

- Recommend and implement process improvements and modifications; establish production/process standards; identify opportunities for process enhancements, recommend changes to optimize production, collaborate with customers and/or suppliers to define acceptance criteria and qualification requirement, and establish clear internal process standards to ensure consistent quality and regulatory compliance (5%);
- Support on-site transfer projects and product scale-up activities; assist with transferring products or quality software across the Tegra Medical facilities and support scale-up activities, ensuring smooth integration and adherence to quality standards throughout the process (5%)
- Optimize manufacturing processes to provide sustainable gains in cost effectiveness and product performance through statistical analysis, designed experiments, and procedural changes; assist with projects that cover reductions of 100% inspection processes by using statistical analysis such as capability index, probability, correlations, distributions, etc., as justification for optimization projects, including the Subject Matter Expert role for Non-Conformances and managing associated KPIs for trending and directing cross-functional resources. (10%)
- Drive quality improvements by increasing internal competencies in process control/verification and validation studies, root cause analysis, failure mode and effects analysis (FMEA), and the use of Process Excellence tools; lead quality enhancement initiatives by strengthening team expertise in process control, process validation studies, root cause analysis, and process FMEA; utilize Process Excellence tools to drive robust, data-driven improvements, ensuring consistent quality and regulatory compliance (10%);
- Work with suppliers, customers and participates in multi-functional teams to resolve technical/quality issues to develop new protocols; work with a list of customers and suppliers to resolve production constrains, improve throughput of critical production processes, assess the risk of potential changes in drawings, tools, processes and/or customer products (20%);
- Partner with Operations to assure alignment of goals, objectives and strategies; collaborate closely with the Operations and Development teams to align on goals, objectives, and strategies, ensuring seamless integration of quality initiatives with production priorities for optimal efficiency (10%);
- Provide general engineering support to in-process inspection & incoming inspection; offer quality engineering support for in-process and incoming inspections, ensuring accurate assessments, troubleshooting issues, and maintaining quality standards throughout production (10%);
- Implement quality and efficiency improvements in in-process inspection; drive quality and efficiency enhancements in in-process inspections by optimizing procedures, reducing inspection time, and increasing accuracy to maintain high production standards (10%);
- Evaluate process critical quality parameters and update specifications and protocols; evaluate critical quality parameters/features within the process to ensure they align with product quality and regulatory requirements, including analyzing data trends, identifying key metrics that impact product performance, and assessing the robustness of current specifications; update specifications and protocols to reflect the most current process capabilities and quality expectations; lead and/or collaborate with cross-functional teams to validate any changes, ensuring they are fully documented and compliant with applicable standards, and implement monitoring mechanisms to track the effectiveness of updated protocols over time (10%).

The role of a Quality Engineer in a specialized manufacturing environment, such as that of Tegra Medical, demands a unique blend of academic qualifications and practical experience. A candidate for this position is expected to possess a bachelor's degree in industrial or mechanical engineering along with relevant experience in the manufacturing, quality, and process disciplines. This role also requires an in-depth understanding of industry-specific regulatory standards, including Good Manufacturing Practice (GMP), FDA regulations, and Standard Operating Procedures (SOPs), as well as experience with risk management

techniques like Process Failure Modes and Effects Analysis (pFMEA). Additionally, expertise in process validation and verification activities—specifically Installation Qualification (IQ), Operational Qualification (OQ), Performance Qualification (PQ), and Test Method Validation (TMV)—is crucial to ensuring that all systems, processes, and equipment operate within precise specifications.

Acquiring the specialized knowledge necessary for this role involves significant time and practical experience, particularly within the context of Tegra Medical's operations. The position demands a deep understanding of system optimization processes and quality assurance protocols that are essential for maintaining the high standards required in the medical device industry. Such expertise is not only fundamental for compliance with stringent regulatory requirements but also critical for achieving consistent, reliable production outcomes.

A successful candidate in this role would also demonstrate proficiency in Process Control applications and Six Sigma methodologies. These include advanced quality engineering techniques like Statistical Process Control (SPC), Capability Analysis, and Gauge Repeatability & Reproducibility (GR&R), which are essential for minimizing defects and optimizing processes. The application of Six Sigma tools allows for the proactive identification of potential risks and process inefficiencies, thus safeguarding the integrity and quality of the manufacturing process.

Mastering these tools and standards is no small feat. For example, Test Method Validation (TMV) involves verifying that testing methods yield accurate, repeatable results, requiring not only advanced analytical skills but also detailed knowledge of both product-specific requirements and overarching industry regulations. Similarly, the comprehensive qualification processes of IQ, OQ, and PQ ensure that all equipment and processes meet defined operational criteria, contributing to the robustness of the manufacturing environment.

The combination of regulatory expertise, hands-on experience with quality control methodologies, and proficiency in process validation techniques equips a Quality Engineer with the ability to maintain compliance and drive operational efficiency. The extensive training and real-world application required to achieve this level of competency reflect the specialized nature of the role, underscoring its importance in sustaining the high-quality standards that are essential in the medical device sector.

## THE SPECIALIZED KNOWLEDGE QUALIFICATIONS OF MR. FLORES

Mr. Flores is uniquely qualified for the position of Quality Engineer at Tegra. He has been employed as a Quality Engineer with Tegra in Franklin; Massachusetts since February 2022 pursuant to valid L-1B status. His duties are described above.

Prior to his U.S. employment, Mr. Flores was employed by Tegra Medical, La Aurora in Heredia, Costa Rica in various positions from July 2014 to February 2022. Mr. Flores has over nine years of progressively responsible professional experience in the medical device manufacturing industry in machining and engineering capacities.

From January 2018 to February 2022, Mr. Flores served in the specialized knowledge position of Jr. Quality Engineer for Tegra Medical, La Aurora in Costa Rica. In this role, Mr. Flores reported directly to the Director of Quality Assurance & Regulatory Affairs, Karim Silman. During his tenure, Mr. Flores developed an in-depth understanding of Tegra Medical's complex quality assurance and process optimization frameworks. He was primarily responsible for leveraging Quality & Process Engineering principles, tools, and practices to improve and optimize production systems, ensuring compliance with

stringent industry standards, while aligning with the company's overarching business and quality objectives. His role required a thorough application of Good Manufacturing Practices (GMP), occupational health protocols, and quality assurance standards, thus reinforcing Tegra Medical's commitment to regulatory compliance and operational excellence.

Tegra Medical specializes in the manufacturing of precision medical components and devices, where adherence to exacting quality standards is paramount. Mr. Florės contributed directly to the enhancement of Tegra's product quality by focusing on the following:

- Medical Device Components: Ensuring the quality of high-precision surgical instruments, orthopedic implants, and interventional devices through rigorous process control and validation techniques.
- Validation and Verification Activities: He played a critical role in equipment and process qualification, including Installation Qualification (IQ), Operational Qualification (OQ), Performance Qualification (PQ), and Test Method Validation (TMV). These activities are essential for certifying that manufacturing processes consistently produce products that meet specified standards.

Mr. Flores utilized a variety of advanced tools and techniques to ensure product quality and process optimization, demonstrating expertise in:

- Statistical Process Control (SPC): Conducting comprehensive data analysis to monitor production processes and reduce variability, leading to enhanced product reliability.
- Design of Experiments (DOE): Applying statistical methodologies to optimize process parameters, which helped in improving product performance and reducing costs.
- Six Sigma Methodologies: Leveraging Process Failure Mode and Effects Analysis (pFMEA), Statistical Process Control (SPC), and Capability Analysis to drive continuous improvement initiatives. His familiarity with Gauge Repeatability and Reproducibility (GR&R) studies further demonstrates his specialized skills in process control.

In his role, Mr. Flores was instrumental in optimizing quality processes and implementing risk mitigation strategies:

- Risk Assessments: He conducted and maintained comprehensive risk assessments, contributing to Tegra's robust risk management framework. This included identifying potential failure points, assessing their impact, and implementing corrective actions to mitigate risks associated with product development and manufacturing.
- Root Cause Analysis: Leading investigations to identify root causes of non-conforming products, scrap, and rework, thereby improving production yields and reducing waste.
- Continuous Improvement Projects: Mr. Flores was pivotal in driving sustainable gains in quality and efficiency through ongoing optimization of production procedures, aligning with Lean Manufacturing principles.

Mr. Flores was not only technically adept but also contributed significantly to cross-functional collaboration and process management. His responsibilities included:

- Leading Cross-Functional Teams: Coordinating with suppliers, customers, and internal stakeholders to resolve complex quality and technical issues, ensuring alignment with Tegra's quality objectives.
- Training and Development: Enhancing internal competencies in quality control and continuous improvement through training programs, which included techniques for process control, statistical analysis, and quality assurance best practices.
- Compliance and Regulatory Knowledge: He gained substantial experience with FDA regulations, ISO standards, and Tegra's internal Standard Operating Procedures (SOPs). His role required ensuring that all quality processes adhered to these guidelines, thus maintaining the company's compliance status.

Through his tenure, Mr. Flores stayed abreast of emerging trends in quality engineering by engaging in ongoing research related to process optimization, risk management, and validation procedures. His efforts led to innovations in quality processes that contributed to Tegra Medical's competitiveness in the medical device manufacturing industry. He has completed over 240 different training courses relating to his positions at Tegra Medical, La Aurora between July 2014 and February 2022. This extensive and specialized training has equipped Mr. Flores with in-depth knowledge of proprietary products and processes unique to the Company, knowledge that is critical to the company's operations. The expertise he possesses cannot be easily transferred or taught to another individual without incurring significant economic costs and causing operational disruptions. His mastery of these specialized skills, developed over years of targeted training and practical experience, is not only difficult to replicate but also essential for maintaining the company's efficiency, quality standards, and competitive edge.

The breadth and depth of Mr. Flores' experience in quality engineering, especially within the high-stakes environment of medical device manufacturing, have equipped him with specialized knowledge that is integral to Tegra Medical's operations. His expertise in process validation (IQ, OQ, PQ, TMV), compliance with GMP and FDA standards, and the use of advanced quality control tools like Six Sigma and SPC, reflect a level of specialized knowledge that typically requires significant time and hands-on experience to acquire. This specialized knowledge is not only specific to Tegra Medical's proprietary systems but is also vital for maintaining the high standards expected in the medical device industry.

I have been employed by Tegra Medical Holdings, LLC in Franklin, Massachusetts since August 16, 2021, and currently hold the title of Human Resources Director. I am thus able to verify Mr. Flores' employment in this position with our company.

Please contact our attorney-of-record, Zachary L. Maria, if you have any questions concerning this petition.

Very truly yours,

Anabela Watson
Director of Human Resources



8 Ledgewood Boulevard | Dartmouth, MA 02747 16 Forge Park | Franklin, MA 02038 3414 Highway 51 South | Hernando, MS 38632
www.tegramedical.com 508.541.4200 *A member of SFS*

# *Exhibit 22*

beBee Register

Jobs > Zelienople

# Quality Engineer - Zelienople, PA, United States - BD

BD
BD
Zelienople, PA
5 days ago



## Description

The Quality Engineer performs various quality-engineering functions and associated support tasks in developing knowledge and experience in the areas of Quality Assurance. The role provides guidance for the various elements of the Quality System, for example, to ensure process control and identifies/recommends opportunities for continuous improvement (internal/external). Applies the appropriate statistical tools to analyze data, identify root cause and corrective actions for effective problem resolution of small to moderate in scope and complexity. BD is one of the largest global medical technology companies in the world. Advancing the world of healthTM is our Purpose, and it's no small feat. It takes the imagination and passion of all of us—from design and engineering to the manufacturing and marketing of our billions of MedTech products per year—to look at the impossible and find transformative solutions that turn dreams into possibilities.

Work with manufacturing engineers to solve problems that arise leading up to production

Acts as a resource to work groups and project teams, within the plant and outside the plant relative to quality

Maintains familiarity with manufacturing processes and products to evaluate the cause and effect of defects and identify trends in process and product quality.

Provides quality engineering project support with respect to generally accepted quality engineering tools/principles, such as root cause analysis, FMEAs, control plans, risk mitigation and other process improvement tools.

Conduct quality engineering investigations, calculations and preparing reports for out of tolerance conditions

Provides guidance to test technicians/quality inspectors as required

Provides assistance with internal and external quality system audits as a means of evaluating the effectiveness of the established Quality System and Good manufacturing Practices.

Provides technical guidance for projects using the application of FMEA's, risk mitigation, plant validations; Formulates, reviews and implements policies and procedures relating to product quality and process control as appropriate.

Coordinates communication between Division R&D and Plant personnel on new products, product improvements and product issues.

Monitor the performance of assigned product lines about product quality levels, waste, and rejection rates.

Review and develop changes in existing or proposed processes or requirements to achieve optimum performance and quality, cost.

Process monitoring and adjustment, process and product improvement, including corrective action plans to address complaint issues.

Assists with the investigation and closure of applicable Non-Conforming Material Reports

Support the implementation of new processes and automation projects to the manufacturing floor.

Degree in Science-related field, Quality Assurance, Engineering, Mathematics/Statistics or equivalent.

Knowledge of QSR's/ISO 13485 and their application would be a plus.

A minimum of 1 year of experience in a manufacturing environment of related industry

Knowledge of electronics assembly and test

Majority of time is spent working in a manufacturing environment

Ability to be able to work with limited supervision.

Class II / III medical device experience (preferred).

For certain roles at BD, employment is contingent upon the Company's receipt of sufficient proof that you are fully vaccinated against COVID-19. In some locations, testing for COVID-19 may be available and/or required. Consistent with BD's Workplace Accommodations Policy, requests for accommodation will be considered pursuant to applicable law.

A career at BD means being part of a team that values your opinions and contributions and that encourages you to bring your authentic self to work. It's also a place where we help each other be great, we do what's right, we hold each other accountable, and learn and improve every day.

We welcome people with the imagination and drive to help us reinvent the future of health. At BD, you'll discover a culture in which you can learn, grow, and thrive. To learn more about BD visit

We do not unlawfully discriminate on the basis of race, color, religion, age, sex, creed, national origin, ancestry, citizenship status, marital or domestic or civil union status, familial status, affectional or sexual orientation, gender identity or expression, genetics, disability, military eligibility or veteran status, or any other protected status.

#Work Shift

BD

Report this job

Apply

beBee Register

Jobs > Mansfield

# Medical Device Quality Engineer - Mansfield, United States - Oxenham Group

Oxenham Group
Mansfield
1 day ago



Description

**Job Overview:**

We are seeking a detail-oriented Contract Medical Device Quality Engineer to address customer complaints related to our medical devices. This role requires a thorough understanding of regulatory requirements, quality assurance processes, and excellent analytical skills.

**Key Responsibilities:**

- Lead thorough investigations into customer complaints for Class I-III devices
- Ensure all complaint investigations are conducted in accordance with FDA, ISO 13485, and other applicable regulations
- Perform detailed root cause analysis and collaborate with cross-functional teams to identify corrective and preventive actions (CAPA)
- Document and report findings in accordance with FDA regulations, ISO standards, and internal quality management systems
- Communicate investigation results to internal stakeholders and provide recommendations for product improvements
- Ensure timely closure of complaints and adherence to all regulatory requirements

**Minimum Qualifications:**

- Bachelor's degree in Engineering, Life Sciences, or a related field
- 3+ years of investigation experience
- 5+ years of medical device experience
- Experience working in a Lean or Six Sigma Environment
- Ability to be on-site daily

Report this job

## Supplier Quality Engineer

15 hours ago

Emerson Mansfield

JOB DESCRIPTIONIf you are a quality engineering professional looking for an opportunity to grow, Emerson has an exciting opportunity for you Based in our Mansfield, MA location, you will be part of the team that produces pressure relief valves for nuclear power plants as well as ...

## Manufacturing Quality Engineer

7 hours ago

Apply

beBee Register

Jobs > Springdale

# Quality Engineer - Springdale, United States - NOWDiagnostics | NOWDx

NOWDiagnostics | NOWDx
Springdale
3 days ago



Upper Management / Consulting

## Description

Quality Engineer works closely with engineering group to understand critical to quality design characteristics/specifications and performs reviews ensuring products comply with mandatory regulatory requirements. They help create, monitor, and improve ISO 13485 and 21 CFR 820 quality system procedures to ensure compliance requirements are met efficiently and effectively. Key responsibilities include determining quality improvement factors, making sure processes adhere to quality standards, preparing reports, and working in accordance with deadlines. The Quality Engineer also actively participates in root cause analysis on failures, collects and organizes information related to supplier quality, and ensures procedures and work instructions are documented according to corporate and ISO standards. Additional responsibilities include establishing process control plans, providing quality related documents, monitoring production floor processes, and developing incoming inspection processes. They must also track nonconforming material, lead Material Review Board efforts, and interface with suppliers. The engineer must have advanced proficiency in Microsoft Office products, excellent communication and organization skills, and be able to work independently and in a team environment. A degree in Engineering and at least 3 years' experience in the regulated medical device industry as a Quality Assurance Engineer are required. Familiarity with ISO 13485, FDA Quality System Regulations, Good Manufacturing Practices, and Good Documentation Practices is preferred.

Report this job


### Quality Engineer III

2 days ago

Walmart · Bentonville · Full time

Position Summary... · What you'll do... · Supports code development for eCommerce projects by participating in project team meetings to develop project plans; reviewing project requirements; providing insight to software developers regarding project quality requirements; and prov ...

### NDE Imaging Intelligence Engineer

3 days ago

GE Aerospace · Springdale

As NDE Imaging Intelligence Engineer, you will be part of a dynamic team focused on designing, implementing, and creating image display and analysis technologies to ensure the quality of jet engine components. This includes working with nondestructive testing modalities, design, ...

### Travel Nurse RN

3 days ago

Consolidated Precision Products

Select Language

Powered by Google Translate

# Quality Engineer (Euclid, OH)

## Quality Engineer

**If you would love to be part of a company that is poised for substantial growth with opportunities for career advancement, then working for CPP may be the right fit for you! Join a results-oriented workplace that strives for success through innovation, collaboration, and teamwork.**

Consolidated Precision Products (CPP) Euclid is an investment casting foundry that specializes in complex aerospace & gas turbine components. With a stable business model and competitive compensation & benefits, CPP is a great option to consider as you look to make your next career move.

For more information, please visit https://www.cppcorp.com/

### WHAT WE HAVE TO OFFER

- Weekly Pay for Hourly Employees
- Comprehensive Benefit Plans
- Quarterly Bonus Opportunity
- 401k with Company Match
- Emphasis on Employee Engagement
- Paid Holidays and Vacation Time
- Tuition Reimbursement

### JOB SUMMARY

- Work cooperatively in a team environment to support development of robust manufacturing processes and quality systems to support the company's growth in the industrial and aerospace investment casting markets.
- Gather, interpret, and audit data to determine acceptance of product to customer specifications (internal and external).

- Identify/define problems; perform root cause analysis, and support solution implementation to address problems that affect yield, rework, and overall quality of the product using a standardized approach (PDCA, Six Sigma, ...)
- Take a leadership role in resolving cross-functional problems.

## PRIMARY RESPONSIBILITIES

- Develop, maintain, and advance CPP quality systems, procedures, and practices.
- Develop and document quality work procedures and processes.
- Review contracts for adherence with CPP standards and practices.
- Interact with CPP NDT level III personnel to ensure product compliance.
- Oversees conformance and quality enforcement of casting manufacturing process.
- Routinely audit production lots for adherence to established techniques and to ensure the repeatability of the results.
- Manage resolution of non-conforming material/processes.
- Communicate with customers to resolve/address quality system concerns/inquires.
- Participate during customer/external audits including preparation, guidance and closure.
- Drive closure of preventative/corrective actions, customer returns/inquires.
- Actively participates in Continuous improvement of process/product such that castings meet or exceed customer expectations.
- Coordinate with engineering team the applicable qualification documentation and data submittal packages.
- Review quality shipment documentation including certificates of conformance and other quality audit checklists.
- Work closely with other departments to ensure organization objectives are achieved.
- Use problem solving tools and techniques to increase profitability.
- Maintain a positive work atmosphere with respect and communication in a professional manner.

## QUALIFICATIONS

- Education: BS in Engineering Discipline or 3-5 years of applicable experience.
- Experience: Quality systems, and/or formal training in Quality tools.
- Certifications/Licenses: CQA or CQ Engineer preferred.
- Other Required Knowledge, Skills & Abilities: Basic engineering skills. Knowledge and application of statistics. Knowledge of computer applications. Knowledge of raw materials, production processes, quality control, costs. Quality system and problem solving skills. Able to interpret customer drawings, specifications, reports and basic working knowledge of GD&T. Good written communication skills. Good verbal communications with all levels of CPP management and manufacturing. Familiar with FMEA, Control Plan and PPAP documentation

## WORKING ENVIRONMENT

- **Working Environment:** Indoor working environment within various areas of a foundry facility/Office environment.
- **Physical Demands:** Sitting/standing, using a computer screen, keyboard, and mouse for extended periods of time, ability to lift to 20lbs.
- **Travel Requirements:** Occasional.
- **Required PPE**: Check for required PPE in areas you may be working.
- **Safety Glasses and Steel Toed Shoes:** Needed in all areas of the plant.

*NOTE: Consolidated Precision Products is an Equal Employment Opportunity Employer and does not discriminate on the basis of race, color, religion, sex, sexual orientation, gender identity, national origin, pregnancy, age, disability, veteran status, genetic information, or any other characteristic protected under applicable law. It is the policy of the company to comply with all aspects of the Americans with Disabilities Act. Upon request, the company will provide reasonable accommodations to individuals with disabilities who need an accommodation to fully participate in the application process. All roles are restricted to U.S. persons (U.S. citizens, permanent residents and other protected individuals under the Immigration and Naturalization Act) due to access to export-controlled technology. CPP will require proof of status prior to employment.*

*Note that we maintain a drug-free workplace, and all offers of employment will be contingent on satisfactory results of a drug & background screen.*

This is a full time position

Visit Careers at Consolidated Precision Products

Subscribe to be notified of new jobs Share this job

Apply Now

Jobs page provided by the applicantmanager

# *Exhibit 23*

SFS

Value

SFS Value Engineering Award
"We create value – for customers and us"

# Automated Manufacturing of Meniscal Repair Devices Fast Fix 360

Finalist member 2023

## Luis Flores

SFS Group AG

Jens Breu

Jens Breu
CEO

QSI ACADEMY

# CERTIFICATE

## OF SUCCESSFUL COMPLETION

**FLORES CASTILLO LUIS ALONSO**

**Identification Number:** 801370574

Has **successfully completed a 70-hour training program titled:**

# Integrated Management System

# LEAD AUDITOR

## ISO 9001:2015

## ISO 14001:2015

## ISO 45001:2018

**Issue Date:** 15 Jan. 2024

**Certificate No:** L20240115-08

Authorized by

Celso Alvarado

Celso Alvarado

PRESIDENT

To verify this certificate scan the qr code or visit: www.qsiacademy.com/validate

This certificate does not expire.

**TS 7.0. - Version C - Date 2019-03-22**

QSI ACADEMY

# CERTIFICATE

OF SUCCESSFUL COMPLETION

## Luis Alonso Flores Castillo

**Identification Number:** 801370574

Has **successfully completed a 40-hour training program titled:**

## Quality Management Systems

## LEAD AUDITOR

Based on:

# ISO 9001:2015

**Issue Date:** 08 Jan. 2024

**Certificate No:** L20240108-25

**Authorized by**

Celso Alvarado

Celso Alvarado

PRESIDENT

To verify this certificate scan the qr code or visit: www.qsiacademy.com/validate

This certificate does not expire.

**TS 7.0. - Version C - Date 2019-03-22**

QSI ACADEMY

# CERTIFICATE

OF SUCCESSFUL COMPLETION

## Luis Alonso Flores Castillo

**Identification Number:** 801370574

Has **successfully completed a 40-hour training program titled:**

## Environmental Management System

## LEAD AUDITOR

Based on:

# ISO 14001:2015

**Issue Date:** 08 Jan. 2024

**Certificate No:** L20240108-26

**Authorized by**

Celso Alvarado

Celso Alvarado

PRESIDENT

To verify this certificate scan the qr code or visit: www.qsiacademy.com/validate

This certificate does not expire.

**TS 7.0. - Version C - Date 2019-03-22**

QSI ACADEMY

# CERTIFICATE

OF SUCCESSFUL COMPLETION

## Luis Alonso Flores Castillo

**Identification Number:** 801370574

Has **successfully completed a 40-hour training program titled:**

## Occupational Health and Safety Management Systems

## LEAD AUDITOR

Based on:

## ISO 45001:2018

**Issue Date:** 08 Jan. 2024

**Certificate No:** L20240108-27

**Authorized by**

Celso Alvarado

Celso Alvarado

PRESIDENT

To verify this certificate scan the qr code or visit: www.qsiacademy.com/validate

This certificate does not expire.

**TS 7.0. - Version C - Date 2019-03-22**

AZTECH REGULATORY AND QUALITY LLC

# Certificate of Training

This is to certify that

**Luis Flores**

has attended and completed the 1-day Lead Auditor Training Course*

Joseph M. Azary
Chief Advisor & Compliance Officer

8/12/2024

*For Auditors who have already completed past auditor training and have experience with performing audits

H-I Translating
& Interpreting

November 7, 2024

To Whom It May Concern:

This is to certify that the attached translated documents embossed by H-I Translating & Interpreting, LLC, have been translated by a Spanish translator, who is fluent in both Spanish and English. It is a true, complete and accurate translation, to the best of our ability, of the documents presented to us:

*Republic of Costa Rica*
*Training Certificates*
***Luis Alonso Flores Castillo***

Judith A. Sabol
H-I Translating & Interpreting, LLC

State of Ohio
County of Cuyahoga

Before me, a Notary Public, personally appeared the above named Judith A. Sabol who acknowledges that she did sign the foregoing instrument and that the same is her free act and deed. In the Testimony Whereof, I have hereunto affixed my name and official seal on this 7 day of November, 2024.

CORTNEY M. KALFAS
Notary Public, State of Ohio
My Commission Expires
January 30, 2027

UNIVERSIDAD HISPANOAMERICANA

PXS SCHOOL OF EXCELLENCE

Otorga el presente título a

# Luis Alonso Flores Castillo

Por haber cumplido con los requisitos curriculares de aprovechamiento del curso:

# CMQ/OE

**MANAGER OF QUALITY / ORGANIZATIONAL EXCELLENCE**

56 horas de capacitación

Fecha de finalización: 25 abril, 2024

| | | |
|---|---|---|
| Francisco Préstamo Gil<br>Rector<br>Universidad Hispanoamericana | Franklin Acuña Arias<br>Instructor de Curso<br>Performance Excellence Solutions | Javier González Fernández<br>Director General<br>Performance Excellence Solutions |

**UH HISPANIC AMERICAN UNIVERSITY**

**PXS**
**SCHOOL OF EXCELLENCE**

Confers this diploma to

# Luis Alonso Flores Castillo

For having complied with all curricular requirements for completion of the course:

## CMQ/OE
### MANAGER OF QUALITY/ ORGANIZATIONAL EXCELLENCE

56 hours of training

Completion date: April 25, 2024

| | | |
|---|---|---|
| *Signature* | *Signature* | *Signature* |
| Francisco Prestamo Gil | Franklin Acuna Arias | Javier Gonzalez Fernandez |
| Regent | Course Owner | General Director |
| Hispanic American University | Performance Excellence Solutions | Performance Excellence Solutions |

UNIVERSIDAD HISPANOAMERICANA

PXS SCHOOL OF EXCELLENCE

Otorga el presente certificado a

# Luis Alonso Flores Castillo

Por haber obtenido la certificación:

**CERTIFIED SIX SIGMA**

# GREEN BELT

**Numero de Certificado PXS-GB-1984**

60 horas de capacitación

Fecha de finalización: 09 noviembre, 2023

| | | |
|---|---|---|
| Francisco Préstamo Gil<br>**Rector**<br>Universidad Hispanoamericana | Franklin Acuña Arias<br>Course Owner<br>Performance Excellence Solutions | Javier González Fernández<br>Director General<br>Performance Excellence Solutions |

**UH HISPANIC AMERICAN UNIVERSITY**

**PXS**
**SCHOOL OF EXCELLENCE**

Confers this certificate upon

**Luis Alonso Flores Castillo**

For obtaining certification:

**CERTIFIED SIX SIGMA**

# GREEN BELT

**Certificate number PXS-GB-1984**

60 course hours

Completion date: November 9, 2023

| | | |
|---|---|---|
| *Signature* | *Signature* | *Signature* |
| Francisco Prestamo Gil | Franklin Acuna Arias | Javier Gonzalez Fernandez |
| Regent | Course Owner | General Director |
| Hispanic American University | Performance Excellence Solutions | Performance Excellence Solutions |

CENTRO DE POSGRADOS
CERTIFICACIONES

LA UNIVERSIDAD HISPANOAMERICANA LE CONFIERE A:

# FLORES CASTILLO LUIS ALONSO

EL RECONOCIMIENTO POR HABER FINALIZADO EL PROGRAMA ACADÉMICO DE 90 HORAS

## CERTIFICACIÓN DE ALTA GERENCIA EN ADMINISTRACIÓN DE CALIDAD Y MANUFACTURA ESBELTA

Dado en San José de Costa Rica, en la Sede de la Universidad en el mes de mayo de 2024

PhD.(c) FRANCISCO PRÉSTAMO GIL
RECTOR UNIVERSIDAD HISPANOAMERICANA

Tomo: 01 Folio: 02 Asiento: 28

# UH CENTER FOR POSTGRADUATE CERTIFICATIONS

HISPANIC AMERICAN UNIVERSITY CONFERS UPON:

**FLORES CASTILLO LUIS ALONSO**

DUE RECOGNITION FOR HAVING COMPLETED THE 90-HOUR ACADEMIC PROGRAM

**CERTIFICATION IN HIGH MANAGEMENT FOR QUALITY MANAGEMENT AND LEAN MANUFACTURING**

Extended in San Jose, Costa Rica, at the University Campus in May 2024

*Signed*
FRANCISCO PRESTAMO GIL, PhD
HISPANIC AMERICAN UNIVERSITY REGENT

Tome: 01 Page: 02 Record: 28

# UNIVERSIDAD HISPANOAMERICANA

Por haber cumplido con los requisitos reglamentarios
de la carrera respectiva se confiere a

***FLORES CASTILLO LUIS ALONSO***

***Céd.: 8-0137-0574***

el grado académico de:

***MAESTRÍA PROFESIONAL EN GESTIÓN DE CALIDAD***

con todos los derechos y deberes inherentes a tal grado.

Dado en San José de Costa Rica, en la sede de la Universidad
el día ***treinta de julio de dos mil veinticuatro***

UNIVERSIDAD HISPANOAMERICANA

*Dirección Ejecutiva*
*CONESUP*

*MSc. Francisco Préstamo Gil*
*Rector*
*UNIVERSIDAD*

Inscrito Ministerio de Educación:
Código de la Universidad: 9

Asiento: 36677

Anotado Universidad: Tomo: 5 Folio: 42 Número: 26030

# HISPANIC AMERICAN UNIVERSITY[1]

Having complied with the regulatory requisites
for the respective course
We hereby confer to

**FLORES CASTILLO LUIS ALONSO**

**ID: 8-0137-0574**

The academic diploma for:

**PROFESSIONAL MASTER'S DEGREE IN QUALITY MANAGEMENT**

With all the inherent rights and duties for said degree.

Extended in San Jose, Costa Rica, at the University Campus

On **July thirty, two thousand twenty-four**

**UH**
**HISPANIC**
**AMERICAN**
**UNIVERSITY**

*Signature*
*Executive Management*
*CONESUP*

*Signature*
*Francisco Prestamo Gil, MSc*
*UNIVERSITY Regent*

Ministry of Education Registration
University Code 9 Record: 366717 University Record: Tome 5 Page: 42 Number: 26030

---

[1] In Spanish the term *"hispanoamericano(a)"* describes someone or something from a Spanish-speaking country in Latin America

LEAD University

Otorga el presente certificado de aprovechamiento a

*Luis Alonso Flores Castillo*

por haber cumplido con los requisitos del curso

# Gerencia de Proyectos

Impartida de Febrero 2022 a Abril 2022

Duración: 24 horas

Profesor: Luis Torres

**Fernando Ocampo**

Decano Lead University

Tomo: I Folio: 8 Asiento: 13

LEAD UNIVERSITRY (*logo*)
SOCIETY IN PROGRESS

LEAD University

Hereby extends this certificate of completion to

*Luis Alonso Flores Castillo*

for having complied with all requisites of the course

**Project Management**

Taught from February 2022 to April 2022

Duration: 24 hours

Professor: Luis Torres

*Signature*
**Fernando Ocampo**

Dean of Lead University

---

Tome: I Page: 8 Record: 13

# *Exhibit 24*

| Training Topic | Traineer | Trainees | Rol | Tegra Medical Location |
|---|---|---|---|---|
| Single Minute Exchange of Die (SMED) | Luis Flores | Ricardo Castro | Production Supervisor | Costa Rica |
| | | Mario Valverde | Sr. Machinist | |
| | | Juan Chavarria | Sr. Machinist | |
| | | Felix Blandon | Sr. Machinist | |
| | | Alejandro Soto | Lead - Swiss Department | |
| | | Randall Oviedo | Sr. Machinist | |
| | | Randall Martinez | Lead - Swiss Department | |
| | | Cristian Cambronero | Operator | |
| Control Plan | Luis Flores | Nathan Bhobho | Quality Engineer | Franklin |
| | | Tanner Meas | Quality Eng. Tech. | |
| | | William Kellogg | Quality Engineer | |
| | | Hayley Cooper | Quality Engineer | |
| | | Hector Villodas | Quality Eng. Tech. | |
| | | Amanda Laczinsky | Quality Eng. Tech. | |
| | | Nuchada Suksawat | Quality Eng. Tech. | |
| | | Peter Antoniou | Quality Eng. Tech. | |
| FMEA - Risk Assessment | Luis Flores | Nathan Bhobho | Quality Engineer | Franklin |
| | | Tanner Meas | Quality Eng. Tech. | |
| | | William Kellogg | Quality Engineer | |
| | | Hayley Cooper | Quality Engineer | |
| | | Hector Villodas | Quality Eng. Tech. | |
| | | Amanda Laczinsky | Quality Eng. Tech. | |
| | | Nuchada Suksawat | Quality Eng. Tech. | |
| | | Peter Antoniou | Quality Eng. Tech. | |
| Process Flow Diagrams | Luis Flores | Nathan Bhobho | Quality Engineer | Franklin |
| | | Tanner Meas | Quality Eng. Tech. | |
| | | William Kellogg | Quality Engineer | |
| | | Hayley Cooper | Quality Engineer | |
| | | Hector Villodas | Quality Eng. Tech. | |
| | | Amanda Laczinsky | Quality Eng. Tech. | |
| | | Nuchada Suksawat | Quality Eng. Tech. | |
| | | Peter Antoniou | Quality Eng. Tech. | |
| Non-Conformances | Luis Flores | Nathan Bhobho | Quality Engineer | Franklin |
| | | Tanner Meas | Quality Eng. Tech. | |
| | | William Kellogg | Quality Engineer | |
| | | Hayley Cooper | Quality Engineer | |
| | | Hector Villodas | Quality Eng. Tech. | |
| | | Amanda Laczinsky | Quality Eng. Tech. | |
| | | Nuchada Suksawat | Quality Eng. Tech. | |
| | | Peter Antoniou | Quality Eng. Tech. | |
| | | Alexandria Bessette | Quality Engineer | |
| | | Chris Furlong | Quality Eng. Sup. | |
| | | Amy Smith | Quality Engineer | |
| | | Jacob Poirier | Quality Engineer | |
| | | Silvia Esquivel | Quality Engineer | |
| | | Brian LaBreck | Quality Engineer | |
| | | Paul Hennesey | Production Supervisor | |
| | | Nidhi Agrawal | Supply Chain Manager | |
| | | Chris Zumpfe | Quality Engineer | |
| | | Jacob Blanton | NPI Engineer | |
| Root Cause Analysis | Luis Flores | Silvia Esquivel | Quality Engineer | Franklin |
| | | Nicholas Pion | Production Supervisor | |
| | | Jacob Poirier | Quality Engineer | |
| | | Ed Arseneau | Lead - Cleaning Department | |
| | | Kenneth Field | Manufacturing Engineer | |
| | | Amy Smith | Quality Engineer | |
| | | Jessica Frost | Production Supervisor | |
| | | Sonia Avila | Lead - Laser Department | |
| | | Sebastian Zalewski | Manufacturing Engineer | |
| Root Cause Analysis - Future | | William Kellogg | Quality Engineer | |
| | | Nathan Bhobho | Quality Engineer | |
| | | Chris Zumpfe | Quality Engineer | |
| | | Jonathan Bellavance | Manufacturing Engineer | |
| | | Steve Burris | Manufacturing Engineer | |
| | | Gabriel Correia | Manufacturing Engineer | |
| | | Tanner Borruso | Manufacturing Engineer | |
| | | Jesus Morales | Production Supervisor | |
| | | William Cunningham | Production Supervisor | |
| | | TBD ... | N/A | |

ORIGIN ID:LNNA (216) 896-0855
ZACHARY MARIA, ESQ.
GREEN AND SPIEGEL MIDWEST LLC
20600 CHAGRIN BLVD.
SUITE 703
SHAKER HEIGHTS, OH 44122
UNITED STATES US

SHIP DATE: 13NOV24
ACTWGT: 3.00 LB
CAD: 256507636/INET4535

BILL SENDER

TO **ATTN: I-129 L (RFE RETURNS)**
**USCIS - CALIFORNIA SERVICE CENTER**
**2642 MICHELLE DRIVE**

**TUSTIN CA 92780**
(216) 896-0855
INV:
PO:
REF: TEGRA/FLORES, L. (L-1B RFE)
DEPT:

58CJ5/582E/C6C4

FedEx Express

E

J244024091001uv

**THU - 14 NOV 5:00P**
**STANDARD OVERNIGHT**

TRK# 0201 **7799 3386 5086**

**92780**

**XW DTHA**

**CA-US SNA**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.